# Exhibit 1

# Exhibit 1

| CORE CONSPIRATOR DEFENDANTS | Acetazolamide | Albuterol | Amitriptyline | Baclofen | Benazepril HCTZ | Clobetasol | Clomipramine | Desonide | Digoxin | Divalproex ER | Doxycycline | Econazole | Fluocinonide | Fosinopril HCTZ | Glipizide | Glyburide | Glyburide-met | Leflunomide | Levothyroxine | Lidocaine-Prilo | Meprobamate | Metronidazole | Nimodipine | Nystatin | Paromomycin | Pravastatin | Propranolol | Theophylline ER | Ursodiol | Verapamil | Zoledronic Acid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actavis | | | | | | X | | X | | | X | | X | | | | X | | | | | | | X | | X | X | | X | X | |
| Par | | | X | X | | | | | X | X | X | | | | | | | | | | | | | X | | | X | | | | |
| Fougera/Sandoz | | | X | | X | X | X | X | | | | X | | X | | | | | | X | X | | X | | | X | | | | | |
| Heritage | X | | | | | | | | | | X | | | X | X | X | X | | X | | | X | X | X | | X | X | | X | X | X |
| Mylan | | | X | X | | X | | X | | X | X | X | | | | X | | | X | | | | | X | X | | X | | | X | |
| Sun/Taro | | X | | | | X | X | X | | | X | X | X | | | | | | | | | | X | X | X | | | | | | |
| Teva | X | | | X | | | | | | | X | | | X | X | X | X | | X | | | | | X | | X | X | X | | | |

591799.1

*The Kroger Co. et al., v. Actavis Holdco U.S., Inc., et al.*
Exhibit 1