# Exhibit 2

| DEFENDANT | Acetazolamide | Albuterol | Amitriptyline | Baclofen | Benazepril HCTZ | Clobetasol | Clomipramine | Desonide | Digoxin | Divalproex ER | Doxycycline | Econazole | Fosinopril HCTZ | Fluocinonide | Glipizide | Glyburide | Glyburide-met | Leflunomide | Levothyroxine | Lidocaine-Prilo | Meprobamate | Metronidazole | Nimodipine | Nystatin | Paromomycin | Pravastatin | Propranolol | Theophylline ER | Ursodiol | Verapamil | Zoledronic Acid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actavis | | | | | | X | | X | | | X | | | X | | | X | | | | | | | X | | X | X | | X | X | |
| Akorn / Hi-Tech | | | | | | X | | | | | | | | | | | | | | X | | | | | | | | | | | |
| Apotex | | | | | | | | | | | | | | | | | | | | X | | | | | | X | | | | | |
| Aurobindo | | | | | | | | | | | | | X | | | X | X | | | | | | | | | | | | | | |
| Breckenridge | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | |
| Citron | | | | | | | | | | | | | X | | | X | X | | | | | | | | | | | | | | |
| Dr. Reddy's | | | | | | | | | | X | | | | | | | | | | X | | | | X | | | | | | | X |
| Epic | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | |
| Fougera | | | | | | X | | X | | | | X | | | | | | | | | X | | | | | | | | | | |
| G&W | | | | | | | | | | | | | | | | | | | | | | X | | | | | | | | | |
| Glenmark | | | | | | | | | | | | | | X | | | | | | | | | | X | | | | | | | |
| Heritage | X | | | | | | | | | X | | | X | | X | X | X | X | | | X | | X | X | X | | X | X | | X | X |
| Impax | | | | | | | | | X | | | | | | | | | | | X | | X | | | | | | | | | |
| Lannett | X | | | X | | | | | X | | X | | | | | | | | | X | | | | | | | | | | X | |
| Lupin | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | | | |
| Mayne | | | | | | | | | | | | X | | | | | | | | | | | | | | | | | | | |
| Morton Grove / Wockhardt | | | | | | X | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mylan | | X | X | | X | | X | | X | X | X | | | | X | | | | X | | | | | | | X | X | | | X | |
| Par | | | X | X | | | | | X | X | X | | | | | | | | | | | | | | | X | X | | | | |
| Perrigo | | | | | | X | | X | | | | X | | | | | | | | | | | | X | | | | | | | |
| Sandoz | | | X | | X | X | X | X | | | | | X | | | | | | | X | X | | X | | X | X | | | | | |
| Sun | | X | | | | | | | | | | X | | | | | | | | | | | X | X | X | | | | | | |
| Taro | X | | | | | X | X | X | | | | | X | X | | | | | | | | | | X | | | | | | | |
| Teligent | | | | | | | | | | | | | X | | | | | | | | | | | | | | | | | | |
| Teva | X | | X | | | | | | | | | | X | X | X | X | X | | | X | | X | | X | | X | X | | | | |
| Upsher-Smith | | | X | | | | | | | | | | | | | | | | | | | | | | | | X | | | | |
| Valeant | | | | | | | | | | | | | | | | | | | | | | X | | | | | | | | | |
| West-Ward | | | | | | | | | X | | X | | | | | | | | | | | | | | | | | | | | |
| Zydus | X | | | | | | | | | X | | | | | | | | | | | | | | X | | | | | | | |

591803.1

*The Kroger Co. et al v. Actavis Holdco U.S., Inc., et al.*
Exhibit 2