# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724 <br> 16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | |
| *Ahold USA, Inc., et al. v. Actavis Holdco U.S., Inc., et al.* | 18-cv-02641 |
| *The Kroger Co, et al. v. Actavis Holdco U.S., Inc., et al.* | 18-cv-284 |

## [PROPOSED] ORDER

**AND NOW**, this ____ day of _____, 2019, upon consideration of Defendants Valeant Pharmaceuticals North America LLC, Valeant Pharmaceuticals International, and Oceanside Pharmaceuticals, Inc.'s Motion to Dismiss Direct Purchasers' First Amended Complaint and Kroger Plaintiffs' Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and any responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. The Direct Purchasers' First Amended Complaint and Kroger Plaintiffs' Amended Complaint and all claims asserted are **DISMISSED WITH PREJUDICE** in their entirety as to Defendants Valeant Pharmaceuticals North America LLC, Valeant Pharmaceuticals International, and Oceanside Pharmaceuticals, Inc.

BY THE COURT:

_____
The Honorable Cynthia M. Rufe