IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | ORAL ARGUMENT REQUESTED |
| *The State of Connecticut, et al. v. Actavis Holdco U.S., Inc., et al.* | 17-CV-03768 |
| *The Kroger Co., et al. v. Actavis Holdco U.S., Inc., et al.* | 18-CV-00284 |
| *1199SEIU National Benefit Fund, et al. v. Actavis Holdco U.S., Inc., et al.* | 18-CV-02401 |
| *West Val Pharmacy, et al. v. Actavis Holdco U.S., Inc., et al.* | 18-CV-02533 |
| *Humana Inc. v. Actavis Elizabeth, LLC, et al.* | 18-CV-03299 |
| *Marion Diagnostic Center, LLC, et al. v. McKesson Corporation, et al.* | 18-CV-04137 |

**[PROPOSED] ORDER**

AND NOW, this ____ day of _____, 2019, upon consideration of Defendant Mayne Pharma Inc.'s Motion Under FRCP 12(b)(6) To Dismiss Various Plaintiffs' So-Called "Overarching Conspiracy" Complaints (the "Motion") and any responses and replies thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. The following complaints are **DISMISSED WITH PREJUDICE** in their entirety as to Defendant Mayne Pharma Inc.: *The State of Connecticut, et al. v. Actavis Holdco U.S., Inc., et al.* (17-CV-03768, ECF 15); *The Kroger Co., et al. v. Actavis Holdco U.S., Inc., et al.* (18-CV-00284, ECF 37); *1199SEIU National Benefit Fund, et al. v. Actavis Holdco U.S., Inc., et al.* (18-CV-02401, ECF 2); *West Val Pharmacy, et al.*

*v. Actavis Holdco U.S., Inc., et al.* (18-CV-02533, ECF 4); *Humana Inc. v. Actavis Elizabeth, LLC, et al.* (18-CV-03299, ECF 30); *Marion Diagnostic Center, LLC, et al. v. McKesson Corporation, et al.* (18-CV-04137, ECF 23).

        BY THE COURT:

        _____
        HON. CYNTHIA M. RUFE
        United States District Judge