# EXHIBIT 1

# Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations

**SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&APPL_NO=062337)**

**TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&APPL_NO=062337)**

+

**EMAIL (MAILTO:?SUBJECT=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&APPL_NO=062337)**

**Home (index.cfm?resetfields=1)** | **Back to Search Results**

## Product Details for ANDA 062337

**Expand all**

DOXYCYCLINE HYCLATE (DOXYCYCLINE HYCLATE)
EQ 50MG BASE                                                                                     Marketing Status: Prescription

**Active Ingredient:** DOXYCYCLINE HYCLATE
**Proprietary Name:** DOXYCYCLINE HYCLATE
**Dosage Form; Route of Administration:** CAPSULE; ORAL
**Strength:** EQ 50MG BASE
**Reference Listed Drug:** No
**Reference Standard:** No
**TE Code:** AB
**Application Number:** A062337
**Product Number:** 001
**Approval Date:** Mar 29, 1982
**Applicant Holder Full Name:** MYLAN PHARMACEUTICALS INC
**Marketing Status:** Prescription
**Patent and Exclusivity Information (patent_info.cfm?Product_No=001&Appl_No=062337&Appl_type=A)**

DOXYCYCLINE HYCLATE (DOXYCYCLINE HYCLATE)
EQ 100MG BASE

Marketing Status: Prescription

# Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations

**SHARE** (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&APPL_NO=062031)

**TWEET** (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&APPL_NO=062031)

+

**EMAIL** (MAILTO:?SUBJECT=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&APPL_NO=062031)

Home (index.cfm?resetfields=1) | Back to Search Results

## Product Details for ANDA 062031

Expand all

---

DOXYCYCLINE HYCLATE (DOXYCYCLINE HYCLATE)
EQ 50MG BASE                                                                 Marketing Status: Prescription

**Active Ingredient:** DOXYCYCLINE HYCLATE
**Proprietary Name:** DOXYCYCLINE HYCLATE
**Dosage Form; Route of Administration:** CAPSULE; ORAL
**Strength:** EQ 50MG BASE
**Reference Listed Drug:** No
**Reference Standard:** No
**TE Code:** AB
**Application Number:** A062031
**Product Number:** 002
**Approval Date:** Oct 13, 1982
**Applicant Holder Full Name:** ACTAVIS LABORATORIES FL INC
**Marketing Status:** Prescription
**Patent and Exclusivity Information (patent_info.cfm?Product_No=002&Appl_No=062031&Appl_type=A)**

**DOXYCYCLINE HYCLATE (DOXYCYCLINE HYCLATE)**
EQ 100MG BASE

Marketing Status: Prescription

# Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations

 **SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&APPL_NO=062500)**

 **TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&APPL_NO=062500)**

+

 **EMAIL (MAILTO:?SUBJECT=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&APPL_NO=062500)**

**Home (index.cfm?resetfields=1)** | **Back to Search Results**

## Product Details for ANDA 062500

**Expand all**

DOXYCYCLINE HYCLATE (DOXYCYCLINE HYCLATE)
EQ 50MG BASE                                                                 Marketing Status: Prescription

**Active Ingredient:** DOXYCYCLINE HYCLATE
**Proprietary Name:** DOXYCYCLINE HYCLATE
**Dosage Form; Route of Administration:** CAPSULE; ORAL
**Strength:** EQ 50MG BASE
**Reference Listed Drug:** No
**Reference Standard:** No
**TE Code:** AB
**Application Number:** A062500
**Product Number:** 001
**Approval Date:** Sep 11, 1984
**Applicant Holder Full Name:** CHARTWELL LIFE SCIENCE LLC
**Marketing Status:** Prescription
**Patent and Exclusivity Information (patent_info.cfm?Product_No=001&Appl_No=062500&Appl_type=A)**

DOXYCYCLINE HYCLATE (DOXYCYCLINE HYCLATE)
EQ 100MG BASE

Marketing Status: Prescription

# Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations

**SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&APPL_NO=062396)**

**TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&APPL_NO=062396)**

**+**

**EMAIL (MAILTO:?SUBJECT=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&APPL_NO=062396)**

Home (index.cfm?resetfields=1) | Back to Search Results

## Product Details for ANDA 062396

Expand all

DOXYCYCLINE HYCLATE (DOXYCYCLINE HYCLATE)
EQ 50MG BASE

Marketing Status: Prescription

**Active Ingredient:** DOXYCYCLINE HYCLATE
**Proprietary Name:** DOXYCYCLINE HYCLATE
**Dosage Form; Route of Administration:** CAPSULE; ORAL
**Strength:** EQ 50MG BASE
**Reference Listed Drug:** No
**Reference Standard:** No
**TE Code:** AB
**Application Number:** A062396
**Product Number:** 002
**Approval Date:** Nov 7, 1984
**Applicant Holder Full Name:** HIKMA INTERNATIONAL PHARMACEUTICALS LLC
**Marketing Status:** Prescription
**Patent and Exclusivity Information (patent_info.cfm?Product_No=002&Appl_No=062396&Appl_type=A)**

**DOXYCYCLINE HYCLATE (DOXYCYCLINE HYCLATE)**
EQ 100MG BASE

Marketing Status: Prescription

# Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations

**SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&APPL_NO=062676)**

**TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&APPL_NO=062676)**

+

**EMAIL (MAILTO:?SUBJECT=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&APPL_NO=062676)**

Home (index.cfm?resetfields=1) | Back to Search Results

## Product Details for ANDA 062676

Expand all

---

DOXYCYCLINE HYCLATE (DOXYCYCLINE HYCLATE)
EQ 50MG BASE

Marketing Status: Prescription

**Active Ingredient:** DOXYCYCLINE HYCLATE
**Proprietary Name:** DOXYCYCLINE HYCLATE
**Dosage Form; Route of Administration:** CAPSULE; ORAL
**Strength:** EQ 50MG BASE
**Reference Listed Drug:** No
**Reference Standard:** No
**TE Code:** AB
**Application Number:** A062676
**Product Number:** 002
**Approval Date:** Jul 10, 1986
**Applicant Holder Full Name:** SUN PHARMACEUTICAL INDUSTRIES INC
**Marketing Status:** Prescription
**Patent and Exclusivity Information (patent_info.cfm?Product_No=002&Appl_No=062676&Appl_type=A)**

DOXYCYCLINE HYCLATE (DOXYCYCLINE HYCLATE)
EQ 100MG BASE

Marketing Status: Prescription