# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | : | MDL 2724 |
| | : | 16-MD-2724 |
| THIS DOCUMENT RELATES TO: | : | |
| *Humana Inc. v. Actavis Elizabeth, LLC, et al.* | : | 18-cv-3299 |
| *Marion Diagnostic Center, LLC, et al. v. McKesson Corp., et al.* | : | 18-cv-4137 |
| *In re: State Attorneys General Litigation* | : | 17-cv-3768 |
| *Ahold USA Inc., et al. v. Actavis Holdco U.S., Inc., et al.* | : | 18-cv-2641 |
| *The Kroger Co., et al. v. Actavis Holdco U.S., Inc., et al.*, | : | 18-cv-284 |
| *West Val Pharmacy, et al. v. Actavis Holdco U.S., Inc., et al.* | : | 18-cv-2533 |
| *1199SEIU National Benefit Fund, et al. v. Actavis Holdco U.S., Inc., et al.* | : | 18-cv-2401 |

### [PROPOSED] ORDER

**AND NOW**, this ___ day of _____ 2019, upon consideration of Defendant Glenmark Pharmaceutical Inc., USA's ("Glenmark") Individual Motion to Dismiss Plaintiffs' Sherman Act Claims in the Multi-Drug Complaints[1] pursuant to Federal Rule of Civil Procedure

---

[1] The Multi-Drug Complaints are: Direct Purchaser Plaintiffs' Amended Class Action Compl., No. 18-cv-2641, Dkt. No. 12 ("DPP ACAC"); End Payer Class Action Compl., No. 18-cv-2401, Dkt. No. 2 ("EPP CAC"); Indirect Reseller Plaintiffs' Amended Class Action Compl., No. 18-cv-2533, Dkt. No. 4 ("IRP ACAC"); The Kroger Plaintiffs' Amended Compl., No. 18-cv-284, Dkt. No. 36 ("Kroger AC"); The Marion Plaintiffs' First Amended Compl., No. 18-cv-4137, Dkt. No. 23 ("Marion AC"); Humana, Inc's Amended Compl., No. 18-cv-3299, Dkt. No. 30 ("Humana AC"); and Plaintiff States' Consolidated Amended Compl., No. 17-cv-3768, Dkt. No. 15 ("States' CAC").

12(b)(6), and any responses thereto, it is **ORDERED** that Glenmark's Motion to Dismiss is **GRANTED** and the following claims are **DISMISSED WITH PREJUDICE** as to Glenmark:

- DPP ACAC, Count 1 (overarching Sherman Act, Sections 1 and 3 claim);

- EPP CAC, Count 1 (overarching Sherman Act, Sections 1 and 3 claim);

- IRP ACAC, Count 1 (overarching Sherman Act, Sections 1 and 3 claim);

- Kroger AC, Count 1 (overarching Sherman Act, Section 1 claim);

- Kroger AC, Count 15 (individual Sherman Act, Section 1 claim (Fosinopril-HCTZ));

- Kroger AC, Count 27 (individual Sherman Act, Section 1 claim (Pravastatin));

- Marion AC, Count 1 (overarching Sherman Act, Section 1 claim);

- Humana AC, Count 106 (overarching Sherman Act, Section 1 claim);

- Humana AC, Count 110 (overarching Clayton Act, Section 16 claim for violations of Sherman Act, Sections 1 and 2); and

- States' CAC, Counts 1-5, 7-18 (overarching Sherman Act, Section 1 claims (Nimodipine, Zoledronic Acid, Meprobamate, Doxycycline DR, Doxycycline Mono, Acetazolamide, Fosinopril-HCTZ, Glipizide-Metformin, Glyburide, Glyburide-Metformin, Leflunomide, Nystatin, Paromomycin, Theophylline, and Verapamil)).

                                                    **BY THE COURT:**

                                                    _____

                                                    CYNTHIA M. RUFE
                                                    United States District Judge