## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of February, 2019, the undersigned filed the foregoing Defendant Glenmark Pharmaceuticals Inc., USA's Individual Motion to Dismiss Plaintiffs' Sherman Act Claims in the Multi-Drug Complaints, and the accompanying Memorandum of Law and Proposed Order, via the Court's CM/ECF system, which sent notice and a copy of the filing to all counsel of record in this action.

                                            */s/ Steven A. Reed*
                                            *Counsel for Defendant*
                                            Glenmark Pharmaceuticals Inc., USA