**CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2019, I caused (i) **Defendant Lupin Pharmaceuticals, Inc.'s Motion to Dismiss Kroger Plaintiffs' and Humana, Inc.'s Overarching Conspiracy Claims**; (ii) **Defendant Lupin Pharmaceuticals, Inc.'s Memorandum of Law in Support of its Motion to Dismiss Kroger Plaintiffs' and Humana, Inc.'s Overarching Conspiracy Claims**; and (iii) **The [Proposed] Order** to be filed electronically using the CM/ECF system, which will serve notification of such filing to the email addresses of all counsel of record in this action.

By: */s/ Leiv Blad*