IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |

**THIS DOCUMENT RELATES TO:**

*Ahold USA, Inc., et al. v. Actavis Holdco U.S., Inc. et al.*

*The Kroger Co., et al. v. Actavis Holdco U.S., Inc.*

## [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2019, upon consideration of Defendant G&W Laboratories, Inc.'s Motion to Dismiss the Direct Purchaser and Kroger Plaintiffs' Complaints (the "Motion") and any responses thereto, it is hereby ORDERED that the Motion is GRANTED. Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint and Kroger Plaintiffs' Amended Complaint are DISMISSED with prejudice in their entirety as to defendant G&W Laboratories, Inc.

BY THE COURT:

_____
The Honorable Cynthia M. Rufe