EXHIBIT A

*Direct Purchaser Plaintiffs' Complaint*

| Alleged Individual Drug Conspiracies | Alleged Participants |
| --- | --- |
| Acetazolamide Tablets | Lannett<br>Taro |
| Acetazolamide Capsules | Heritage<br>Teva<br>Zydus |
| Doxycycline Monohydrate (Doxy Mono) | Heritage<br>Lannett<br>Mylan<br>Par |
| Fosinopril Hydrochlorothiazide (Fosi-HCTZ) | Aurobindo<br>Citron<br>Glenmark<br>Heritage<br>Sandoz |
| Glipizide-Metformin | Heritage<br>Mylan<br>Teva |
| Glyburide-Metformin | Actavis<br>Aurobindo<br>Citron<br>Heritage<br>Impax<br>Teva |
| Leflunomide | Apotex<br>Heritage<br>Teva |
| Meprobamate[1] | Actavis<br>Dr. Reddy's<br>Heritage |
| Metronidazole Cream | G&W<br>Sandoz<br>Teva |

---

[1]      The DPP Complaint lists Actavis as one of the "relevant manufacturers of meprobamate" but notes that Actavis exited the meprobamate market in "early 2013." DPP ¶¶ 261-62.  It thus alleges only an "agreement between at least Defendants Heritage and Dr. Reddy's" as being part of the "overarching conspiracy."  *Id.* at ¶ 269.

| Alleged Individual Drug Conspiracies | Alleged Participants |
| --- | --- |
| Metronidazole Jelly | G&W<br>Impax<br>Sandoz<br>Teva |
| Metronidazole Lotion | Sandoz<br>Teva |
| Metronidazole Vaginal | Sandoz<br>Valeant/Oceanside |
| Nimodipine | Ascend[2]<br>Heritage<br>Sun<br>Teva |
| Nystatin Cream | Actavis<br>Par<br>Perrigo<br>Sandoz<br>Taro |
| Nystatin Ointment | Actavis<br>Perrigo<br>Sandoz |
| Nystatin Tablets | Heritage<br>Sun<br>Teva |
| Paromomycin | Heritage<br>Sun |
| Theophylline | Heritage<br>Teva |
| Verapamil Tablets | Actavis<br>Heritage<br>Mylan |
| Verapamil Capsules | Actavis<br>Mylan |
| Zoledronic Acid | Dr. Reddy's<br>Heritage<br>Par |

[2] The DPP Complaint lists Ascend as one of the "relevant manufacturers of nimodipine" but does not name Ascend as a Defendant, presumably because Ascend never marketed nimodipine. *See* EPP Compl. ¶ 283.

*End Payor Plaintiffs' Complaint*

| Alleged Individual Drug Conspiracies | Alleged Participants |
|---|---|
| Nystatin Cream | Actavis<br>Par<br>Perrigo<br>Sandoz<br>Taro |
| Nystatin Ointment | Actavis<br>Perrigo<br>Sandoz |
| Nystatin Tablets | Heritage<br>Sun |
| Nimodipine | Heritage<br>Sun |
| Doxycycline Hyclate Regular Release (Doxy RR)[3] | Sun<br>Actavis<br>West-Ward<br>Mylan<br>Par |
| Doxycycline Hyclate Delayed Release (Doxy DR) | Heritage<br>Mayne<br>Mylan |
| Doxycycline Monohydrate (Doxy Mono) | Heritage<br>Lannett<br>Mylan<br>Par |
| Zoledronic Acid | Dr. Reddy's<br>Heritage<br>Par |
| Meprobamate | Dr. Reddy's<br>Heritage |
| Acetazolamide Tablets | Taro<br>Lannett |
| Acetazolamide Capsules | Heritage<br>Teva<br>Zydus |

---

[3]     EPPs do not seek to recover damages or equitable relief from overcharges for Doxycycline Hyclate Regular Release (Doxy RR) or Doxycycline Hyclate Delayed Release (Doxy DR).  *See* EPP Compl. ¶ 3 n.17.

| Alleged Individual Drug Conspiracies | Alleged Participants |
|---|---|
| Fosinopril-HCTZ (Fosi-HCTZ) | Aurobindo<br>Citron<br>Glenmark<br>Heritage<br>Sandoz |
| Glipizide-Metformin | Heritage<br>Mylan<br>Teva |
| Glyburide | Aurobindo<br>Citron<br>Heritage<br>Teva |
| Glyburide-Metformin | Actavis<br>Aurobindo<br>Citron<br>Heritage<br>Teva |
| Leflunomide | Apotex<br>Heritage<br>Teva |
| Paromomycin | Heritage<br>Sun |
| Theophylline | Heritage<br>Teva |
| Verapamil | Actavis<br>Heritage<br>Mylan |

*Indirect Reseller Plaintiffs' Complaint*

| Alleged Individual Drug Conspiracies | Alleged Participants |
|---|---|
| Nystatin Tablets | Heritage<br>Teva<br>Sun |
| Nystatin Cream | Actavis<br>Par<br>Perrigo<br>Sandoz<br>Taro |
| Nystatin Ointment | Actavis<br>Perrigo<br>Sandoz |
| Nimodipine | Heritage<br>Sun |
| Doxycycline Hyclate Delayed Release (Doxy DR)[4] | Heritage<br>Mayne<br>Mylan |
| Doxycycline Regular Release (Doxy RR) | Sun<br>Actavis<br>West-Ward<br>Mylan<br>Par |
| Doxycycline Monohydrate (Doxy Mono) | Heritage<br>Lannett<br>Mylan<br>Par |
| Zoledronic Acid | Dr. Reddy's<br>Heritage<br>Par |
| Meprobamate | Dr. Reddy's<br>Heritage |
| Acetazolamide Tablets | Lannett<br>Taro |
| Acetazolamide Capsules | Heritage<br>Teva<br>Zydus |

---

[4]     IRPs do not seek to recover damages or equitable relief from overcharges for Doxycycline Hyclate Regular Release (Doxy RR) or Doxycycline Hyclate Delayed Release (Doxy DR).  *See* EPP Compl. ¶ 360 n.23.

| Alleged Individual Drug Conspiracies | Alleged Participants |
|---|---|
| Fosinopril-Hydrochlorothiazide (Fosi-HCTZ) | Aurobindo<br>Citron<br>Glenmark<br>Heritage<br>Sandoz |
| Glipizide-Metformin | Heritage<br>Mylan<br>Teva |
| Glyburide | Aurobindo<br>Citron<br>Heritage<br>Teva |
| Glyburide-Metformin | Actavis<br>Aurobindo<br>Citron<br>Heritage<br>Teva |
| Leflunomide | Apotex<br>Heritage<br>Teva |
| Paromomycin | Heritage<br>Sun |
| Theophylline | Heritage<br>Teva |
| Verapamil | Actavis<br>Heritage<br>Mylan |

*Kroger Plaintiffs' Complaint*

| Alleged Individual Drug Conspiracies[5] | Alleged Participants |
|---|---|
| Acetazolamide | Heritage<br>Lannett<br>Taro<br>Teva<br>Zydus |
| Albuterol | Mylan<br>Sun |
| Amitriptyline | Mylan<br>Par<br>Sandoz |
| Baclofen | Lannett<br>Par<br>Teva<br>Upsher-Smith |
| Benazepril HCTZ | Mylan<br>Sandoz |

---

[5]     The Kroger Plaintiffs group their allegations into 31 counts, but five of those counts improperly combine allegations concerning separate alleged conspiracies naming distinct defendants as to distinct formulations of that drug.  *See* Count Two (Acetazolamide: Tablets – Taro and Lannett (Kroger Compl. ¶¶ 237-243), Capsules – Heritage, Teva, Zydus (Kroger Compl. ¶¶ 244-250)); Count Twelve (Doxycycline: Doxy Hyclate [Regular Release] – West-Ward, Actavis, Sun, Teva, Par (Kroger Compl. ¶¶ 440-448), Doxy Mono – Heritage, Lannett, Mylan, and Par (¶¶ 449-461), Doxy DR – Heritage, Mylan, Mayne (Kroger Compl. ¶¶ 462-470)); Count Twenty-Three (Metronidazole: Cream – G&W, Sandoz, Teva (Kroger Compl. ¶¶ 656-658), Jelly – G&W, Sandoz, Teva, Impax (Kroger Compl. ¶¶ 659-662), Lotion – Sandoz, Teva (Kroger Compl. ¶¶ 663-666), Vaginal – Sandoz, Valeant (Kroger Compl. ¶¶ 667-671); Count Twenty-Five (Nystatin: Cream – Taro, Perrigo, Par, Actavis, Sandoz (Kroger Compl. ¶¶ 691-696), Ointment – Perrigo, Sandoz, Actavis (Kroger Compl. ¶¶ 697-701), Tablets – Sun/Mutual, Heritage, Teva (Kroger Compl. ¶¶ 702-209)); Count Twenty-Eight (Propranolol: Capsules – Actavis, Breckenridge, Upsher-Smith (Kroger Compl. ¶¶ 744-745), Tablets – Actavis, Mylan, Teva, Pliva, UDL, Par, Heritage (Kroger Compl. ¶¶ 746-750).  The Kroger Plaintiffs thus purport to allege not just 31, but 41 distinct individual conspiracies.  In addressing these allegations in the motion, no Defendant concedes that distinct formulations of any drug are appropriately the subject of a single alleged conspiracy.

| Alleged Individual Drug Conspiracies[5] | Alleged Participants |
|---|---|
| Clobetasol | Actavis<br>Akorn<br>Fougera<br>Hi-Tech<br>Morton Grove<br>Perrigo<br>Sandoz<br>Taro<br>Wockhardt |
| Clomipramine | Mylan<br>Sandoz<br>Taro |
| Desonide | Actavis<br>Fougera<br>Perrigo<br>Sandoz<br>Taro |
| Digoxin | Impax<br>Lannett<br>Mylan<br>Par<br>West-Ward |
| Divalproex ER | Dr. Reddy's<br>Mylan<br>Par<br>Zydus |
| Doxycycline | Actavis<br>Heritage<br>Lannett<br>Mayne<br>Mylan<br>Par<br>Sun<br>West-Ward |
| Econazole | Fougera<br>Perrigo<br>Taro<br>Teligent |
| Fluocinonide | Actavis<br>Taro<br>Teva |

| Alleged Individual Drug Conspiracies[5] | Alleged Participants |
|---|---|
| Fosinopril-HCTZ | Aurobindo<br>Citron<br>Glenmark<br>Heritage<br>Sandoz |
| Glipizide-Metformin | Heritage<br>Mylan<br>Teva |
| Glyburide | Aurobindo<br>Citron<br>Heritage<br>Teva |
| Glyburide-Metformin | Actavis<br>Aurobindo<br>Heritage<br>Teva<br>Citron |
| Leflunomide | Apotex<br>Heritage<br>Teva |
| Levothyroxine | Lannett<br>Mylan<br>Sandoz |
| Lidocaine-Prilocaine | Akorn<br>Fougera<br>Hi-Tech<br>Impax<br>Sandoz |
| Meprobamate | Dr. Reddy's<br>Heritage |
| Metronidazole | G&W<br>Impax<br>Sandoz<br>Teva<br>Valeant |
| Nimodipine | Heritage<br>Sun |
| Nystatin | Actavis<br>Heritage<br>Par<br>Perrigo<br>Sandoz<br>Sun<br>Taro<br>Teva |

| Alleged Individual Drug Conspiracies[5] | Alleged Participants |
|---|---|
| Paromomycin | Heritage<br>Sun |
| Pravastatin | Actavis<br>Apotex<br>Dr. Reddy's<br>Glenmark<br>Lupin<br>Mylan<br>Sandoz<br>Teva<br>Zydus |
| Propranolol | Actavis<br>Breckenridge<br>Heritage<br>Mylan<br>Par<br>Teva<br>Upsher-Smith |
| Theophylline ER | Heritage<br>Teva |
| Ursodiol | Actavis<br>Epic<br>Lannett |
| Verapamil | Actavis<br>Heritage<br>Mylan |
| Zoledronic Acid | Dr. Reddy's<br>Heritage |

*Humana Complaint*

| Alleged Individual Drug Conspiracies | Alleged Participants |
|---|---|
| Acetazolamide tablets | Taro<br>Lannett |
| Acetazolamide capsules | Heritage<br>Teva<br>Zydus |
| Amitriptyline | Mylan<br>Par<br>Sandoz |
| Baclofen | Lannett<br>Par<br>Teva<br>Upsher-Smith |
| Benazepril | Mylan<br>Sandoz |
| Clobetasol | Actavis<br>Akorn<br>Fougera<br>Hi-Tech<br>Morton Grove<br>Perrigo<br>Sandoz<br>Taro<br>Wockhardt |
| Clomipramine | Mylan<br>Sandoz<br>Taro |
| Desonide | Actavis<br>Fougera<br>Perrigo<br>Sandoz<br>Taro |
| Digoxin | Impax<br>Lannett<br>Mylan<br>Par<br>Sun<br>West-Ward |
| Divalproex | Dr. Reddy's<br>Mylan<br>Par<br>Zydus |

| Alleged Individual Drug Conspiracies | Alleged Participants |
|---|---|
| Doxycycline Hyclate (Doxy Hyclate) | Actavis<br>Par<br>Sun<br>Teva<br>West-Ward |
| Doxycycline Hyclate Delayed Release (Doxy DR) | Heritage<br>Mayne<br>Mylan |
| Doxycycline Monohydrate (Doxy Mono) | Heritage<br>Lannett<br>Mylan<br>Par |
| Econazole | Fougera<br>Perrigo<br>Sandoz<br>Taro<br>Teligent |
| Fluocinonide | Actavis<br>Fougera<br>Sandoz<br>Taro<br>Teva |
| Leflunomide | Apotex<br>Heritage<br>Teva |
| Levothyroxine | Lannett<br>Mylan<br>Sandoz |
| Lidocaine | Akorn<br>Fougera<br>Hi-Tech<br>Impax<br>Sandoz |
| Nystatin Cream | Actavis<br>Par<br>Perrigo<br>Sandoz<br>Taro |
| Nystatin Ointment | Actavis<br>Perrigo<br>Sandoz |
| Nystatin Tablets | Teva<br>Heritage<br>Sun |

| Alleged Individual Drug Conspiracies | Alleged Participants |
|---|---|
| Pravastatin | Actavis<br>Apotex<br>Dr. Reddy's<br>Glenmark<br>Lupin<br>Mylan<br>Teva<br>Zydus |
| Propranolol Capsules | Actavis<br>Breckenridge<br>Upsher-Smith |
| Propranolol Tablets | Actavis<br>Endo<br>Heritage<br>Mylan<br>Par<br>Teva<br>UDL |
| Theophylline | Heritage<br>Teva |
| Ursodiol | Actavis<br>Epic<br>Lannett |
| Verapamil | Actavis<br>Heritage<br>Mylan |

*State Plaintiffs' Complaint*

| Alleged Individual Drug Conspiracies | Alleged Participants |
|---|---|
| Nimodipine | Heritage<br>Sun<br>Ascend |
| Zoledronic Acid | Heritage<br>Dr. Reddy's |
| Meprobamate | Heritage<br>Dr. Reddy's |
| Doxycycline Hyclate Delayed Release (Doxy DR) | Heritage<br>Emcure<br>Mylan<br>Mayne |
| Doxycycline Monohyrdrate (Doxy Mono) | Heritage<br>Lannett<br>Par<br>Mylan |
| Acetazolamide | Heritage<br>Teva<br>Zydus |
| Fosinopril-Hydrochlorothiazide (Fosi-HCTZ) | Heritage<br>Aurobindo<br>Citron<br>Glenmark<br>Sandoz |
| Glipizide-Metformin | Heritage<br>Mylan<br>Teva |
| Glyburide | Heritage<br>Teva<br>Aurobindo<br>Citron |
| Glyburide-Metformin | Heritage<br>Teva<br>Aurobindo<br>Actavis |
| Leflunomide | Heritage<br>Teva<br>Apotex |
| Nystatin | Heritage<br>Teva<br>Sun |
| Paromomycin | Heritage<br>Sun |

| Alleged Individual Drug Conspiracies | Alleged Participants |
| --- | --- |
| Theophylline ER | Heritage |
| | Teva |
| Verapamil | Heritage |
| | Mylan |
| | Actavis |

*Marion Plaintiffs' Complaint*

| Alleged Individual Drug Conspiracies | Alleged Participants |
|---|---|
| The Marion Plaintiffs allege a single conspiracy covering "all generic drugs" | Ascend<br>Apotex<br>Aurobindo<br>Citron<br>Dr. Reddy's<br>Emcure<br>Glenmark<br>Heritage<br>Lannett<br>Mayne Pharma<br>Mylan<br>Par<br>Sandoz<br>Sun<br>Teva<br>Zydus |