IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*HUMANA INC. v. ACTAVIS ELIZABETH LLC et al.*<br><br>*THE KROGER CO., et al. v. ACTAVIS HOLDCO U.S., INC. et al.* | 18-CV-3299<br><br>18-CV-284<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANT BRECKENRIDGE PHARMACEUTICAL, INC.'S**
**MOTION TO DISMISS THE HUMANA INC. AND KROGER CO. COMPLAINTS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and PTO 71 (16-MD-2724, Dkt. No. 846), and for the reasons set forth in the accompanying Memorandum of Law, Defendant Breckenridge Pharmaceutical, Inc. ("Breckenridge"), by and through undersigned counsel, respectfully moves this honorable Court to dismiss the following with prejudice:

1. With respect to Plaintiff Humana, Inc.'s Amended Complaint [18-cv-3299, Dkt. 29], Breckenridge hereby moves to dismiss Counts LXXXVI, XC, and CVI-CX;

2. With respect to Plaintiffs The Kroger Co., Albertsons Companies LLC, and H.E. Butt Grocery Company L.P.'s ("Kroger Plaintiffs") Complaint [18-cv-284, Dkt. 37], Breckenridge hereby moves to dismiss Counts 1 and 28.

Pursuant to Rule 7.1(f) of the Local Rules of Civil Procedure, Breckenridge requests oral argument on its Motion to Dismiss.

2

Dated:  February 21, 2019                    Respectfully submitted,


/s/ *Stacey Anne Mahoney*
Stacey Anne Mahoney
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York  10178
Telephone:  (212) 309-6000
Facsimile:  (212) 309-6001
stacey.mahoney@morganlewis.com


/s/ *Charles J. Reitmeyer*
Charles J. Reitmeyer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Telephone:  (215) 963-5000
Facsimile:  (215) 963-5001
charles.reitmeyer@morganlewis.com

*Counsel for Defendant*
*Breckenridge Pharmaceutical, Inc.*