IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:**<br><br>*HUMANA INC. v. ACTAVIS ELIZABETH LLC et al.*<br>*THE KROGER CO., et al. v. ACTAVIS HOLDCO U.S., INC. et al.* | 18-CV-3299<br><br>18-CV-284 |

### [PROPOSED] ORDER

**AND NOW**, this ___ day of _____, 2019, upon consideration of Defendant Breckenridge Pharmaceutical, Inc.'s ("Breckenridge") Motion to Dismiss the Humana Inc. and Kroger Co. Complaints against Breckenridge, pursuant to Federal Rule of Civil Procedure 12(b)(6), the responses and replies thereto, and the arguments of counsel, and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that the Motions are disposed of as set forth herein.

1. Defendant Breckenridge's Motion to Dismiss Humana, Inc.'s Amended Complaint [No. 18-3299, Dkt. 29] is **GRANTED**. Counts LXXXVI, XC, and CVI-CX of Humana, Inc.'s Amended Complaint are **DISMISSED WITH PREJUDICE** as to Defendant Breckenridge;

2. Defendant Breckenridge's Motion to Dismiss the Kroger Plaintiffs' Complaint [No. 18-284, Dkt. 37] is **GRANTED.** Counts 1 and 28 of the Kroger Plaintiffs' Complaint are **DISMISSED WITH PREJUDICE** as to Defendant Breckenridge.

2

It is so **ORDERED.**

                                        BY THE COURT:

                                        _____
                                        The Honorable Cynthia M. Rufe
                                        United States District Judge