IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:** | **Civil Action Nos.** |
| *Humana Inc. v. Actavis Elizabeth, LLC et al.* | No. 18-cv-3299 |
| *Marion Diagnostic Center, LLC et al. v. McKesson Corp. et al.* | No. 18-cv-4137 |
| *In re: State Attorneys General* | No. 17-cv-3768 |
| *Ahold USA Inc. et al. v. Actavis Holdco U.S., Inc. et al.* | No. 18-cv-2641 |
| *The Kroger Co. et al. v. Actavis Holdco U.S., Inc. et al.* | No. 18-cv-284 |
| *West Val Pharmacy et al. v. Actavis Holdco U.S., Inc. et al.* | No. 18-cv-2533 |
| *1999SEIU National Benefit Fund et al. v. Actavis Holdco U.S., Inc. et al.* | No. 18-cv-2401 |

## ORDER

Upon consideration of Defendant Zydus Pharmaceuticals (USA), Inc.'s ("Zydus") Motion to Dismiss Plaintiffs' Overarching Conspiracy Claims ("Motion"), and any opposition thereto, it is hereby

**ORDERED**, that Zydus' Motion be and the same is hereby, **GRANTED**; and it is further

**ORDERED**, that the overarching conspiracy claims asserted against Zydus in the the Indirect Reseller Plaintiffs' Amended Overarching Complaint, No. 18-cv-2533; Humana Inc.

Amended Complaint, No. 2:18-cv-03299-CMR; Direct Purchasers' First Amended Class Action Complaint, No. 18-cv-02641; Marion First Amended Class Action Complaint, No. 2:18-cv-04137-CMR; Kroger Plaintiffs' Amended Complaint, No. 18-cv-284; Plaintiff States' Consolidated Amended Complaint  No. 17-3768; and End-Payer Class Action Complaint, No. 18-2401 be **DISMISSED WITH PREDJUDICE**.

Dated:  _____        _____
                                                                        Judge Cynthia M. Rufe
                                                                        U.S. District Court for the Eastern
                                                                        District of Pennsylvania

Copies to:  All counsel of record