# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724 <br> 16-md-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | Civil Action Nos. |
| *Ahold USA, Inc., et al. v. Actavis Holdco U.S., Inc. et al.* | 18-2641 <br> 18-2401 <br> 18-3299 <br> 18-2533 <br> 18-284 |
| *1199SEIU Nat'l Benefit Fund, et al. v. Actavis Holdco US, Inc.* | |
| *Humana Inc. v. Actavis Elizabeth, LLC et al.* | |
| *West Val Pharm., et al. v. Actavis Holdco U.S., Inc.* | **ORAL ARGUMENT REQUESTED** |
| *The Kroger Co., et al. v. Actavis Holdco U.S., Inc.* | |

**DEFENDANT PERRIGO NEW YORK, INC.'S INDIVIDUAL MOTION TO DISMISS PLAINTIFFS' "OVERARCHING CONSPIRACY" CLAIMS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Perrigo New York, Inc. ("Perrigo") hereby moves to dismiss the following with prejudice:

1. With respect to the Direct Purchaser Plaintiffs' First Amended Complaint [No. 18-2641, Dkt. 11], Perrigo hereby moves to dismiss the Complaint against Perrigo;

2. With respect to the End Payor Plaintiffs' Complaint [No. 18-2401, Dkt. 2], Perrigo hereby moves to dismiss Counts One through Four against Perrigo;

3. With respect to Plaintiff Humana, Inc.'s Amended Complaint [No. 18-3299, Dkt. 30], Perrigo hereby moves to dismiss Counts CVI-CX against Perrigo;

4. With respect to the Indirect Reseller Plaintiffs' Amended Overarching Complaint [No. 18-2533, Dkt. 4], Perrigo hereby moves to dismiss Counts One through Five against Perrigo;

5. With respect to Plaintiffs The Kroger Co., Albertsons Companies LLC, and H.E. Butt Grocery Company L.P.'s ("Kroger Plaintiffs") Complaint [No. 18-284, Dkt. 37], Perrigo hereby move to dismiss Count One against Perrigo;

In support of this Motion, Perrigo relies upon Perrigo's Memorandum of Law in Support of Its Individual Motion to Dismiss Plaintiffs' "Overarching Conspiracy" Claims, which is being filed contemporaneously with this Motion.

For all the reasons set forth therein, Plaintiffs' overarching conspiracy claims against Perrigo should be dismissed with prejudice.

Dated: February 21, 2019                    Respectfully submitted,

/s/ *J. Clayton Everett, Jr.*
Scott A. Stempel
J. Clayton Everett, Jr.
Tracey F. Milich
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 739-3000
Fax: (202) 739-3001
scott.stempel@morganlewis.com
clay.everett@morganlewis.com
tracey.milich@morganlewis.com

Harvey Bartle IV
Francis A. DeSimone
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
harvey.bartle@morganlewis.com
frank.desimone@morganlewis.com

*Counsel for Defendant Perrigo New York, Inc.*