# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*The Kroger Co., et al. v. Actavis Holdco U.S., Inc.*<br><br>*Humana Inc. v. Actavis Elizabeth, LLC et al.* | Civil Action Nos.<br>18-284<br>18-3299 |

## [PROPOSED] ORDER

**AND NOW**, this ___ day of _____, 2019, upon consideration of Teligent's Individual Motion to Dismiss the Kroger and Humana Complaints Against Teligent, Inc. pursuant to Federal Rule of Civil Procedure 12(b)(6), and any responses thereto, it is **ORDERED** that the Motion to Dismiss is **GRANTED** and the Kroger and Humana Actions as they pertain to Teligent, Inc. are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

_____
CYNTHIA M. RUFE
United States District Judge

AMERICAS 98709822