UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION _____ <br><br> THIS DOCUMENT RELATES TO: <br><br> *State Attorneys General Litigation* <br><br> *Ahold USA, Inc., et al. v. Actavis Holdco U.S., Inc., et al.* <br> 2:18-cv-2641 <br><br> *1199SEIU Nat'l Benefit Fund, et al. v. Actavis Holdco U.S., Inc.* <br> 2:18-cv-2401 <br><br> *Humana Inc. v. Actavis Elizabeth, LLC et al.* <br> 2:18-cv-3299 <br><br> *West Val Pharm., et al. v. Actavis Holdco U.S., Inc.* <br> 2:18-cv-2533 <br><br> *The Kroger Co., et al. v. Actavis Holdco U.S., Inc.* <br> 2:18-cv-284 | MDL 2724 <br> 16-MD-2724 <br> HON. CYNTHIA M. RUFE |

### [Proposed] ORDER

**AND NOW**, this ____ day of _____, 2019, upon consideration of Defendants' Joint Motion to Dismiss Plaintiffs' Overarching Conspiracy Claims and the opposition there to, it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

_____
CYNTHIA M. RUFE, J.