# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>Case No. 16-md-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*The Kroger Co., et al v. Actavis Holdco U.S. Inc., et al*, No: 2:18-cv-00284 (CMR) | HON. CYNTHIA M. RUFE |

## [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 2019, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Overarching Conspiracy Claims and the opposition thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

_____
CYNTHIA M. RUFE, J.