UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO: | HON. CYNTHIA M. RUFE |
| *Ahold USA, Inc., et al. v. Actavis Holdco U.S., Inc., et al.* | 18-2641 |
| *1199SEIU Nat'l Benefit Fund, et al. v. Actavis Holdco US, Inc., et al.* | 18-2401 |
| *Humana Inc. v. Actavis Elizabeth, LLC, et al.* | 18-3299 |
| *West Val Pharm., et al. v. Actavis Holdco U.S., Inc., et al.* | 18-2533 |
| *The Kroger Co., et al. v. Actavis Holdco U.S., Inc., et al.* | 18-284 |
| *The State Attorneys General Litigation* | 17-3768 |

### [Proposed] ORDER

**AND NOW**, this ____ day of _____, 2019, upon consideration of Apotex Corp.'s Motion to Dismiss Plaintiffs' Overarching Conspiracy Claims and the opposition there to, it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

_____
CYNTHIA M. RUFE, J.