# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | |
| *Ahold USA, Inc., et al. v. Actavis Holdco U.S., Inc. et al.* | No. 18-2641 |
| *The Kroger Co., et al. v. Actavis Holdco U.S., Inc.* | No. 18-284 |

## [Proposed] ORDER

**AND NOW**, this _____ day of _____, 2019, upon consideration of Defendant G&W Laboratories, Inc.'s Motion to Dismiss Direct Purchaser and Kroger Plaintiffs' Complaints and the opposition there to, it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

_____
CYNTHIA M. RUFE, J.