IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*The State Attorneys General Litigation*<br><br>*Ahold USA, Inc., et al. v. Actavis Holdco U.S., Inc., et al.*<br><br>*1199SEIU Nat'l Benefit Fund, et al. v. Actavis Holdco US, Inc., et al.*<br><br>*West Val Pharm., et al. v. Actavis Holdco U.S., Inc., at al.*<br><br>*The Kroger Co., et al. v. Actavis Holdco U.S., Inc., et al.*<br><br>*Humana Inc. v. Actavis Elizabeth, LLC, et al.* | MDL 2724<br>16-md-2724<br><br>HON. CYNTHIA M. RUFE<br><br>Civil Action Nos.<br>17-3768<br>18-2641<br>18-2401<br>18-2533<br>18-284<br>18-3299 |

**[Proposed ORDER]**

**AND NOW,** this ____ day of_____, 2019, upon consideration of Glenmark Pharmaceuticals Inc. USA's Individual Motion to Dismiss and the opposition there to, it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED.**

BY THE COURT:

_____
CYNTHIA M. RUFE, J.