# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-md-2724 |
| | HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:** | Civil Action Nos.<br>18-2401<br>18-2533<br>18-284<br>18-3299 |
| *1199SEIU Nat'l Benefit Fund, et al. v. Actavis Holdco US, Inc., et al.* | |
| *West Val Pharm., et al. v. Actavis Holdco U.S., Inc., at al.* | |
| *The Kroger Co., et al. v. Actavis Holdco U.S., Inc., et al.* | |
| *Humana Inc. v. Actavis Elizabeth, LLC, et al.* | |

### [Proposed ORDER]

**AND NOW,** this _____ day of _____, 2019, upon consideration of West-Ward Pharmaceuticals Corp.'s Motion to Dismiss Plaintiffs' Overarching Conspiracy Claims and the opposition there to, it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED.**

BY THE COURT:

_____
CYNTHIA M. RUFE, J.