## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-md-2724<br>HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:** | Civil Action Nos. |
| *Ahold USA, Inc., et al. v. Actavis Holdco U.S., Inc. et al.* (DPPs) | 18-cv-2641 |
| *1199SEIU Nat'l Benefit Fund, et al. v. Actavis Holdco US, Inc. et al.*  (EPPs) | 18-cv-2401 |
| *West Val Pharm., et al. v. Actavis Holdco U.S., Inc. et al.* (IRPs) | 18-cv-2533 |
| *State of Connecticut, et al. v. Actavis Holdco U.S. Inc.* | 17-cv-3768 |
| *The Kroger Co., et al. v. Actavis Holdco U.S., Inc.* | 18-cv-284 |
| *Humana Inc. v. Actavis Elizabeth, LLC et al.* | 18-cv-3299 |

## [Proposed ORDER]

**AND NOW,** this_____day of_____, 2019, upon consideration of

Zydus Pharmaceuticals (USA), Inc.'s Individual Motion to Dismiss and the opposition thereto,

it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED.**

BY THE COURT:

_____
CYNTHIA M. RUFE, J.