## **CERTIFICATE OF SERVICE**

I, Michael E. Martinez, hereby certify that on June 13, 2019, a true and correct copy of the foregoing

- **DEFENDANT MAYNE PHARMA INC.'S REPLY IN SUPPORT OF ITS MOTION UNDER FRCP 12(b)(6) TO DISMISS VARIOUS PLAINTIFFS' SO-CALLED "OVERARCHING CONSPIRACY" COMPLAINTS**

- **EXHIBITS A, B, & C**

were filed electronically and are available for viewing and downloading from the Court's ECF System, pursuant to Local Rule 5.1.2(8)(b). I further certify that the foregoing documents were served electronically upon all counsel of record via the ECF System and electronic mail.

Dated: June 13, 2019                                        */s/ Michael Martinez*

                                                                                         Michael Martinez
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, IL 60602
Tel. 312-372-1121
michael.martinez@klgates.com

*Counsel for Defendant Mayne Pharma Inc.*