## CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of June 2019, I caused to be filed electronically on the Court's ECF System Defendant Breckenridge Pharmaceutical, Inc.'s Reply Brief in Support of Its Motion to Dismiss the Kroger and Humana Inc. Amended Complaints, which was served on all counsel of record and is available for viewing and downloading via the Court's ECF System.  A copy of the foregoing will be submitted to the Court by Liaison Counsel by the 18th day of June, 2019.

/s/ *Victoria Peng*
Victoria Peng