# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br><br>Individual Case No. 18-CV-284<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*The Kroger Co. et al. v. Actavis Holdco U.S., Inc. et al.* | |

**KROGER PLAINTIFFS' MEMORANDUM IN SUPPORT OF
THEIR MOTION FOR LEAVE TO AMEND**

The Special Master's Recommended Case Management Order of August 16, 2019 ("CMO") contemplates bellwether trials for one or more claims or cases filed as of September 1, 2019. We are authorized to inform the Court that the State AGs have agreed for the Kroger DAPs to participate with the State AGs in a bellwether trial of the "Heritage-Related" claims as framed in the State AG's initial Complaint in *State of Connecticut et al. v. Aurobindo Pharma USA, Inc.*, Case No. 17-cv-03768-CMR (E.D. Pa.) (The "Heritage-Related Claims"). The Kroger DAPs' Complaint includes an overarching conspiracy claim that is broader than the Heritage-Related Claims alleged in the State AGs' initial Complaint. Accordingly, in order to align with the State AGs for the purpose of a bellwether trial, should the Court approve, the Kroger DAPs seek leave of Court to file a Second Amended Complaint ("SAC") that merely and only adds in the alternative claims that align with the State AGs' Heritage-Related Claims.

The proposed SAC does not substantively alter the Kroger DAPs' existing allegations and will not prejudice any Defendant. Nor does the proposed amendment add any new Defendants or any new drugs. Instead, this proposed amendment is a belt-and-suspenders measure that conforms certain of the Counts in the Kroger DAPs' Complaint to the overarching conspiracy Counts that the States already assert in their Heritage-Related Conspiracy.[1] Specifically, the Kroger DAPs seek to add the following Defendants – all of which are already named as Defendants in the Kroger DAPs' original overarching conspiracy – to the following individual drug conspiracies as detailed below on this chart:

---

[1] The amendment also clarifies that Albertsons Companies LLC asserts certain claims as the assignee of its subsidiary, Safeway Inc., and as the assignee of Cardinal Health.

| Count | Generic Drug | Original Defendants | Added Defendants |
|---|---|---|---|
| 2 | Acetazolamide | Heritage, Lannett, Taro, Teva, Zydus | Actavis, Apotex, Aurobindo, Citron, Dr. Reddy's, Glenmark, Mayne, Mylan, Par, Sandoz, Sun |
| 3 | Albuterol | Mylan, Sun | none |
| 4 | Amitriptyline | Mylan, Par, Sandoz | none |
| 5 | Baclofen | Lannett, Par, Teva, Upsher-Smith | none |
| 6 | Benazepril HCTZ | Mylan, Sandoz | none |
| 7 | Clobetasol | Actavis, Akorn, Fougera, Hi-Tech, Morton Grove, Perrigo, Sandoz, Taro, Wockhardt | none |
| 8 | Clomipramine | Mylan, Sandoz, Taro | none |
| 9 | Desonide | Actavis, Fougera, Perrigo, Sandoz, Taro | none |
| 10 | Digoxin | Impax, Lannett, Mylan, Par, West-Ward | none |
| 11 | Divalproex ER | Dr. Reddy's, Mylan, Par, Zydus | none |
| 12 | Doxycycline | Actavis, Heritage, Lannett, Mayne, Mylan, Par, Sun, West-Ward | Apotex, Aurobindo, Citron, Dr. Reddy's, Glenmark, Sandoz, Teva, Zydus |
| 13 | Econazole | Fougera, Perrigo, Taro, Teligent | none |
| 14 | Fluocinonide | Actavis, Taro, Teva | none |
| 15 | Fosinopril HCTZ | Aurobindo, Citron, Glenmark, Heritage, Sandoz | Actavis, Apotex, Dr. Reddy's, Lannett, Mayne, Mylan, Par, Sun, Teva, Zydus |
| 16 | Glipizide | Heritage, Mylan, Teva | Actavis, Apotex, Aurobindo, Citron, Dr. Reddy's, Glenmark, Lannett, Mayne, Par, Sandoz, Sun, Zydus |
| 17 | Glyburide | Aurobindo, Citron, Heritage, Teva | Actavis, Apotex, Dr. Reddy's, Glenmark, Lannett, Mayne, Mylan, Par, Sandoz, Sun, Zydus |
| 18 | Glyburide-Metformin | Actavis, Aurobindo, Citron, Heritage, Teva | Apotex, Dr. Reddy's, Glenmark, Lannett, Mayne, Mylan, Par, Sandoz, Sun, Zydus |
| 19 | Leflunomide | Apotex, Heritage, Teva | Actavis, Aurobindo, Citron, Dr. Reddy's, Glenmark, Lannett, Mayne, Mylan, Par, Sandoz, Sun, Teva, Zydus Actavis, Aurobindo, Citron, Dr. Reddy's, Glenmark, Lannett, Mayne, Mylan, Par, Sandoz, Sun, Teva, Zydus |

3

| | | | |
|---|---|---|---|
| 20 | Levothyroxine | Lannett, Mylan, Sandoz | none |
| 21 | Lidocaine-Prilocaine | Akorn, Fougera, Hi-Tech, Impax, Sandoz | none |
| 22 | Meprobamate | Dr. Reddy's, Heritage | Actavis, Apotex, Aurobindo, Citron, Glenmark, Lannett, Mayne, Mylan, Par, Sandoz, Sun, Teva, Zydus |
| 23 | Metronidazole | G&W, Impax, Sandoz, Teva, and Valeant | none |
| 24 | Nimodipine | Heritage, Sun | Actavis, Apotex, Aurobindo, Citron, Dr. Reddy's, Glenmark, Lannett, Mayne, Mylan, Par, Sandoz, Teva, Zydus |
| 25 | Nystatin | Actavis, Heritage, Par, Perrigo, Sandoz, Sun, Taro, Teva, Mylan | Apotex, Aurobindo, Citron, Dr. Reddy's, Glenmark, Lannett, Mayne, Zydus |
| 26 | Paromomycin | Heritage, Sun | Actavis, Mylan, Apotex, Aurobindo, Citron, Dr. Reddy's, Glenmark, Lannett, Mayne, Par, Sandoz, Teva, Zydus |
| 27 | Pravastatin | Actavis, Apotex, Glenmark, Lupin, Mylan, Sandoz, Teva, Zydus | none[2] |
| 28 | Propranolol | Actavis, Breckenridge, Heritage, Mylan, Par, Teva, Upsher-Smith | none |
| 29 | Theophylline ER | Heritage, Teva | Actavis, Mylan, Apotex, Aurobindo, Citron, Dr. Reddy's, Glenmark, Lannett, Mayne, Par, Sandoz, Sun, Zydus |
| 30 | Ursodiol | Actavis, Epic, Lannett | none |
| 31 | Verapamil | Actavis, Heritage, Mylan | Apotex, Aurobindo, Citron, Dr. Reddy's, Glenmark, Lannett, Mayne, Par, Sandoz, Sun, Teva, Zydus |
| 32 | Zoledronic Acid | Dr. Reddy's, Heritage | Actavis, Apotex, Aurobindo, Citron, Glenmark, Lannett, Mayne, Mylan, Par, Sandoz, Sun, Teva, Zydus |

---

[2] The Kroger DAPs previously dismissed this Count against Dr. Reddy's without prejudice. ECF No. 98. The SAC reflects this voluntary dismissal and removes allegations against Dr. Reddy's related to Pravastatin only.

This amendment will not prejudice any Defendant.  All of the Defendants that the Kroger DAPs seek to add to the individual drug conspiracies are already named as Defendants in the all-Defendants/all-Generics conspiracy alleged in Count One of the Kroger DAPs' original Complaint.  As the Court recently ruled, that broader overarching conspiracy satisfies the plausibility requirements of *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007).  *See* Order Denying Joint Motion to Dismiss Overarching Conspiracy Claims, ECF No. 1071.  Because these individual-drug conspiracies are already included within Count One of the Kroger DAPs' First Amended Complaint, this amendment does not alter the potential scope of any Defendant's liability.

In other words, the proposed SAC does not broaden this MDL in any way.  It does not add any new party.  It does not add any new claim or any new drug.  And, because the States have already pled the overarching conspiracies to which the Kroger DAPs seek to conform certain claims, the proposed SAC will not increase the burden of any Defendant to litigate the claims against it.

By way of example, the amended pleading adds Apotex as a named Defendant in Count Two, the individual-drug conspiracy for Acetazolamide.  But the Kroger DAPs already alleged that Apotex conspired to fix the prices of Acetazolamide (and all other generic drugs identified in the Complaint) with all of the other Defendants named in the First Amended Complaint.  Moreover, the State AGs have already alleged that Apotex conspired to fix the prices of Acetazolamide with all the Defendants identified in their Complaint.  Thus, the Kroger DAPs' proposed amendment does not assert any new claim against Apotex.

Finally, the Kroger DAPs recognize that several of the individual Defendants' motions to dismiss the overarching conspiracy claims remain pending.  But because the proposed amendment does not alter the scope of any Defendants' liability or add any substantive allegations, the result

5

of those motions will be the same whether applied to this proposed SAC, or whether applied to the Kroger DAPs' First Amended Complaint.

Again, by way of example, Apotex has moved individually to dismiss all Plaintiffs' overarching conspiracy claims, including the Kroger DAPs' all-Defendants/all-Generics overarching conspiracy and the State AGs' overarching conspiracy claims. Thus, any Order by the Court resolving that individual motion will apply to the Kroger DAPs' proposed SAC the same as it would to the current First Amended Complaint. If the Court denies Apotex's motion as to the Kroger DAPs' broader overarching conspiracy claim, then it necessarily follows that the more narrow individual-drug claim – which is wholly subsumed by the broader overarching conspiracy claim – survives as well. And if the Court grants Apotex's motion as applied to the State AGs' Complaint, then the same result would necessarily apply to the Kroger DAPs' SAC, which conforms certain claims to the ones asserted by the State AGs. For this reason, the Kroger DAPs' ask that the Court substitute the proposed SAC for the Kroger DAPs' current First Amended Complaint for the purposes of the pending motions to dismiss.

## **CONCLUSION**

Rule 15(a)(2) contemplates that leave to amend should be granted freely when justice so requires. The proposed Second Amended Complaint does not prejudice any Defendant in this MDL and does not alter the scope of this MDL in any way. Instead, the proposed Second Amended Complaint conforms certain claims already asserted by the Kroger DAPs to claims already asserted by the State AGs, so that the States and the Kroger DAPs could jointly try these claims in a potential bellwether trial, subject to the Court's approval. Leave to amend under Rule 15(a)(2) is therefore appropriate. *See* Memorandum Opinion & Order Granting Leave to Amend. ECF No. 603 & 604.

Dated:  August 30, 2019

Respectfully submitted,

By: _____
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Scott E. Perwin, Esquire
Anna T. Neill, Esquire
Samuel J. Randall, Esquire
Brandon S. Floch, Esquire
Joshua B. Gray, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail:  rarnold@knpa.com
         wblechman@knpa.com
         sperwin@knpa.com
         aneill@knpa.com
         srandall@knpa.com
         bfloch@knpa.com
         jgray@knpa.com

*Counsel for Kroger Plaintiffs*

606939.1

7