IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>Case No. 16-md-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*The Kroger Co., et al v. Actavis Holdco U.S. Inc., et al*, No: 2:18-cv-00284 (CMR) | HON. CYNTHIA M. RUFE |

### [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 2019, upon consideration of the Kroger DAPs' Motion to for Leave to Amend, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that:

1) The Kroger DAPs are granted leave to file their proposed Second Amended Complaint as their operative Pleading in this matter;

2) The Kroger DAPs' Second Amended Complaint will be deemed substituted for their prior First Amended Complaint, ECF No. 36, and all pending Motions to Dismiss filed against the First Amended Complaint will be considered as if filed against the Second Amended Complaint.

BY THE COURT:

_____
CYNTHIA M. RUFE, DISTRICT JUDGE

606940.1