**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | **MDL 2724**<br>**16-MD-2724**<br>**Individual Case No: 2:18-cv-00284-CMR** |
| THIS DOCUMENT RELATES TO:<br><br>*The Kroger Co., et al. v. Actavis Holdco U.S. Inc. et al.* | **HON. CYNTHIA M. RUFE** |

## NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO AMEND

Plaintiffs The Kroger Co., Albertsons Companies, LLC, and H.E. Butt Grocery Company LP., (collectively "Plaintiffs") give notice to the Court of the withdrawal of our Motion for Leave to Amend, filed on August 30, 2019. (ECF No. 185).

As Plaintiffs informed the Court during the December 13, 2019 status conference, we intend to assert claims based on the drugs identified in the State AGs' Teva-centric Complaint. To further update the Court, the Kroger Plaintiffs anticipate filing a motion for leave to amend that adds the new drugs to the currently operative First Amended Complaint by January 2020.

The Plaintiffs asked Defendants for their position on our withdrawal of the pending Motion for Leave to Amend. Defendants responded that it was Plaintiffs' "prerogative to withdraw the motion, and if [Plaintiffs] do so, then [Defendants'] opposition will be denied as moot."

Accordingly, the Plaintiffs give notice to the Court that their pending Motion for Leave to Amend, ECF No. 185, should be deemed withdrawn, which effectively moots Defendants' opposition to that motion.

2

Dated: December 18, 2019               Respectfully submitted,

                                       By: _____
                                           Richard Alan Arnold, Esquire
                                           William J. Blechman, Esquire
                                           Scott E. Perwin, Esquire
                                           Anna T. Neill, Esquire
                                           Samuel J. Randall, Esquire
                                           KENNY NACHWALTER, P.A.
                                           1441 Brickell Avenue, Suite 1100
                                           Miami, Florida 33131
                                           Tel:  (305) 373-1000
                                           Fax:  (305) 372-1861
                                           E-mail: rarnold@knpa.com
                                                   wblechman@knpa.com
                                                   sperwin@knpa.com
                                                   aneill@knpa.com
                                                   srandall@knpa.com

                                       *Counsel for the Kroger Direct Action Plaintiffs*

613178.1

2