**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>THE KROGER CO., et al.,<br>Plaintiffs,<br>v.<br><br>ACTAVIS HOLDCO U.S., INC., et al.,<br>Defendants. | 18-CV-284 |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THE OPPOSITION TO THE KROGER DIRECT-ACTION PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

Defendants respectfully submit the attached opinion recently issued by the Court of Appeals for the Sixth Circuit, *In re National Prescription Opiate Litigation*, No. 20-3075 (6th Cir. Apr. 15, 2020), in which the Court of Appeals discussed and applied the standard for a motion for leave to amend after expiration of the district court's deadline, in the context of another large and complex MDL. *See* Slip Op., attached hereto as Exhibit A, at 5-8. The Sixth Circuit ultimately found that the "district court's decision to grant leave to amend was plainly incorrect as a matter of law." *Id*. at 8-9. The Sixth Circuit's opinion is relevant to the arguments made by Defendants in their Opposition at pages 7 to 11 (ECF No. 206), and Sur-Reply at pages 6 to 8 (ECF No. 217).

Dated: April 21, 2020

Respectfully submitted,

*/s/ Steven A. Reed*
Steven A. Reed
R. Brendan Fee
Melina R. DiMattio
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +215.963.5001
steve.reed@morganlewis.com
brendan.fee@morganlewis.com
melina.dimattio@morganlewis.com

Wendy West Feinstein
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA 15219-6401
Telephone: +1.412.560.7455
Facsimile: +1.412.560.7001
wendy.feinstein@morganlewis.com

*Attorneys for Defendant*
*Glenmark Pharmaceuticals, Inc., USA*

*/s/ Robin D. Adelstein*
Robin D. Adelstein
Mark A. Robertson
Gerald A. Stein
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NJ 10019-6022
Tel.: 212-318-3000
Robin.adelstein@nortonrosefulbright.com
Mark.roberston@nortonrosefulbright.com
Gerald.stein@nortonrosefulbright.com

*Attorneys for Defendants Valeant*
*Pharmaceuticals North America LLC,*
*Valeant Pharmaceuticals International, and*
*Oceanside Pharmaceuticals, Inc.*

*/s/ Heather K. McDevitt*
Heather K. McDevitt
Bryan D. Gant
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 819-8200
Fax: (212) 354-8113
hmcdevitt@whitecase.com
bgant@whitecase.com

*Counsel for Defendant Teligent, Inc.*

*/s/ Seth A. Moskowitz*
Seth A. Moskowitz
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
smoskowitz@kasowitz.com

*Counsel for Actavis Holdco U.S., Inc. and Actavis Pharma, Inc.*

*/s/ J. Clayton Everett, Jr.*
Scott A. Stempel
J. Clayton Everett, Jr.
Tracey F. Milich
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 739-3000
Fax: (202) 739-3001
scott.stempel@morganlewis.com
clay.everett@morganlewis.com
tracey.milich@morganlewis.com

Harvey Bartle IV
Francis A. DeSimone
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
harvey.bartle@morganlewis.com
frank.desimone@morganlewis.com

*Counsel for Defendant Perrigo New York, Inc.*

*/s/ James W. Matthews*
James W. Matthews
Katy E. Koski
John F. Nagle
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Tel: (617) 342-4000
Fax: (617) 342-4001
jmatthews@foley.com
kkoski@foley.com
jnagle@foley.com

James T. McKeown
Elizabeth A. N. Haas
Kate E. Gehl
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
Tel: (414) 271-2400
Fax: (414) 297-4900
jmckeown@foley.com
ehaas@foley.com
kgehl@foley.com

Steven F. Cherry
April N. Williams
Claire Bergeron
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com
april.williams@wilmerhale.com
claire.bergeron@wilmerhale.com

Terry M. Henry
Melanie S. Carter
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Tel: (215) 569-5644
Fax: (215) 832-5644
THenry@blankrome.com
MCarter@blankrome.com

*Attorneys for Defendant Apotex Corp.*

*/s/ Gerald E. Arth*

Gerald E. Arth
Ryan T. Becker
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel.: (215) 299-2000
Fax: (215) 299-2150
garth@foxrothschild.com
rbecker@foxrothschild.com

George G. Gordon
Stephen D. Brown
Julia Chapman
**DECHERT LLP**
2929 Arch Street
Philadelphia, PA 19104-2808
Tel.: (215) 994-2382
Fax: (215) 655-2240
george.gordon@dechert.com
stephen.brown@dechert.com
julia.chapman@dechert.com

*Counsel for Lannett Company, Inc.*

*/s/ John E. Schmidtlein*

John E. Schmidtlein
Sarah F. Kirkpatrick
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5000
Fax: (202) 434-5029
jschmidtlein@wc.com
skirkpatrick@wc.com

*Attorneys for Par Pharmaceutical, Inc.*

*/s/ Anthony C. Porcelli*

Anthony C. Porcelli
**POLSINELLI PC**
150 North Riverside Plaza, Suite 3000
Chicago, IL 60606
Tel: (312) 819-1900
Fax: (312) 819-1910
aporcelli@polsinelli.com

Amy D. Fitts
**POLSINELLI PC**
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Tel: (816) 753-1000
Fax: (816) 222-0425
afitts@polsinelli.com

*Counsel for Defendants Akorn, Inc. and Hi-Tech Pharmacal Co. Inc.*

*/s/ Jason R. Parish*

Jason R. Parish
Martin J. Amundson
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, NW
Washington, D.C. 20006
Telephone: (202) 452-7900
jason.parish@bipc.com
martin.amundson@bipc.com

Bradley Kitlowski
**BUCHANAN INGERSOLL & ROONEY PC**
Union Trust Building
501 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 562-8800

bradley.kitlowski@bipc.com

*Counsel for Applicant Zydus Pharmaceuticals (USA) Inc.*

*/s/ Jeffrey D. Smith*
Jeffrey D. Smith
Thomas A. Abbate
Amar A. Mehta
Gabrielle J. Canaie
**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**
61 South Paramus Road, Suite 250
Paramus, NJ 07652
Tel: (201) 928-1100
Fax: (201) 928-0588
jsmith@decotiislaw.com
tabbate@decotiislaw.com
amehta@decotiislaw.com
gcanaie@decotiislaw.com

*Counsel for Epic Pharma, LLC*

*/s/ Saul P. Morgenstern*
Saul P. Morgenstern
Margaret A. Rogers
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@arnoldporter.com
margaret.rogers@arnoldporter.com

Laura S. Shores
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@arnoldporter.com

*Counsel for Sandoz and Fougera Pharmaceuticals, Inc.*

*/s/ William A. Escobar*
William A Escobar
Damon W Suden
Clifford E. Katz
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897
wescobar@kelleydrye.com
dsuden@kelleydrye.com
ckatz@kelleydrye.com

*Counsel for Wockhardt USA LLC and Morton Grove Pharmaceuticals, Inc.*

*/s/ Michael Martinez*
Michael Martinez
Steven Kowal
Lauren Norris Donahue
Brian J. Smith
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, IL 60602
Tel. 312-372-1121
Fax 312-827-8000
michael.martinez@klgates.com
steven.kowal@klgates.com
lauren.donahue@klgates.com
brian.j.smith@klgates.com

*Counsel for Defendant Mayne Pharma Inc.*

*/s/ Steven E. Bizar*
Steven E. Bizar
John P. McClam
Tiffany E. Engsell
**DECHERT LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000
steven.bizar@dechert.com
john.mcclam@dechert.com
tiffany.engsell@dechert.com

*Counsel for Citron Pharma LLC*

*/s/ Marguerite M. Sullivan*
Marguerite M. Sullivan (pro hac vice)
Anna M. Rathbun (pro hac vice)
**LATHAM & WATKINS LLP**
555 Eleventh Street, N.W., Suite 1000
Washington, D.C., 20004
(202)-637-2200
marguerite.sullivan@lw.com
anna.rathbun@lw.com

*Attorneys for Defendant G&W Laboratories, Inc.*

*/s/ Jan P. Levine*
Jan P. Levine
Robin P. Sumner
Michael J. Hartman
**PEPPER HAMILTON LLP**
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel. (215) 981-4000
Fax. (215) 981-4750
levinej@pepperlaw.com
sumnerr@pepperlaw.com
hartmann@pepperlaw.com

*Attorneys for Defendant West-Ward Pharmaceuticals Corp.*

*/s/ Stacey Anne Mahoney*
Stacey Anne Mahoney
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
stacey.mahoney@morganlewis.com

*Counsel for Defendant Breckenridge Pharmaceutical, Inc.*

*/s/ Chul Pak*
Chul Pak
**WILSON SONSINI GOODRICH & ROSATI, PC**
1301 Avenue of the Americas 40th Floor
New York, New York 10019
Tel: (212) 497-7726
Fax: (212) 999-5899
cpak@wsgr.com

Seth C. Silber
Jeffrey C. Bank
**WILSON SONSINI GOODRICH & ROSATI, PC**
1700 K Street, NW Fifth Floor
Washington, DC 20006
Tel: (202) 973-8824
Fax: (202) 973-8899
ssilber@wsgr.com
jbank@wsgr.com

Adam K. Levin
Benjamin F. Holt
Justin W. Bernick
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
adam.levin@hoganlovells.com

benjamin.holt@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendants Mylan Inc,. Mylan Pharmaceuticals, Inc., UDL Laboratories, Inc., and Mylan N.V*

*/s/ Erik T. Koons*

John M. Taladay
Erik T. Koons
Stacy L. Turner
Christopher P. Wilson
**BAKER BOTTS LLP**
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
john.taladay@bakerbotts.com
erik.koons@bakerbotts.com
stacy.turner@bakerbotts.com
christopher.wilson@bakerbotts.com

Lauri A. Kavulich
Ann E. Lemmo
**CLARK HILL PLC**
2001 Market St, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8500
Facsimile: (215) 640-8501
lkavulich@clarkhill.com
alemmo@clarkhill.com

Lindsay S. Fouse
**CLARK HILL PLC**
301 Grant St, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7711
Facsimile: (412) 394-2555
lfouse@clarkhill.com

*Counsel for Defendants Sun Pharmaceutical Industries, Inc. and Taro Pharmaceuticals USA, Inc.*

*/s/ Wayne A. Mack*

Wayne A. Mack
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Tel: +1215.979.1152
Fax: +1.215.689.2595
wamack@duanemorris.com

*Counsel for Defendant Aurobindo Pharma USA, Inc.*

*/s/ Raymond A. Jacobsen, Jr.*

Raymond A. Jacobsen, Jr.
Paul M. Thompson
Lisa A. Peterson
**MCDERMOTT WILL & EMERY LLP**
500 N. Capitol St., NW
Washington, D.C. 20001
202-756-8000
Nicole L. Castle
**MCDERMOTT WILL & EMERY LLP**
340 Madison Ave.
New York, NY 10173
212-547-5400

*Counsel for Impax Laboratories, Inc.*

*/s/ J. Gordon Cooney, Jr.*

J. Gordon Cooney, Jr.
John J. Pease, III
Alison Tanchyk
William T. McEnroe
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jgcooney@morganlewis.com
john.pease@morganlewis.com
alison.tanchyk@morganlewis.com
william.mcenroe@morganlewis.com

Amanda B. Robinson
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
amanda.robinson@morganlewis.com

*Counsel for Defendant Teva Pharmaceuticals USA, Inc. and Pliva*

*/s/ Roger B. Kaplan*
Roger B. Kaplan
Jason Kislin
Aaron Van Nostrand
**GREENBERG TRAURIG LLP**
500 Campus Drive, Suite 400
Florham Park, NJ 07931
(973) 360-7900

Brian T. Feeney
**GREENBERG TRAURIG, LLP**
1717 Arch Street, Suite 400
Philadelphia, PA 19103
(215) 988-7812

*Counsel for Defendant Dr. Reddy's Laboratories, Inc.*

*/s/ Edward B. Schwartz*
Edward B. Schwartz
Andrew C. Bernasconi
**REED SMITH LLP**
1301 K Street NW
Suite 1000-East Tower
Washington, DC 20005
Tel: (202) 414-9232
Fax: (202) 414-9299
eschwartz@reedsmith.com
abernasconi@reedsmith.com

*Counsel for Defendant Heritage Pharmaceuticals Inc.*

*/s/ Leiv Blad*
Leiv Blad
Zarema Jaramillo
Ario Fazli
**LOWENSTEIN SANDLER LLP**
2200 Pennsylvania Avenue
Washington, DC 20037
Tel.: (202) 753-3800
Fax: (202) 753-3838
lblad@lowenstein.com
zjaramillo@lowenstein.com
afazli@lowenstein.com

*Attorneys for Lupin Pharmaceuticals, Inc.*

*/s/ Jay P. Lefkowitz*
Jay P. Lefkowitz, P.C.
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022-4611
Tel.: (212) 446-4800
Fax: (212) 446-4900
Email: lefkowitz@kirkland.com

*/s/ Devora W. Allon*
Devora W. Allon
Alexia R. Brancato
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022-4611
Tel.: (212) 446-4800
Fax: (212) 446-4900
Email: devora.allon@kirkland.com
Email: alexia.brancato@kirkland.com

*Attorneys for Defendant Upsher-Smith Laboratories, LLC*