## **CERTIFICATE OF SERVICE**

I, Steven A. Reed, hereby certify that on April 21, 2020, the foregoing Notice of Supplemental Authority was filed electronically on the Court's CM/ECF system that will automatically send email notification of such filing to all counsel of record.

*/s/ Steven A. Reed*
Steven A. Reed
