IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | Case No: 16-MD-2724<br>MDL No. 2724 |
| | Individual Case No. 18-CV-284 |
| THIS DOCUMENT RELATES TO: | HON. CYNTHIA M. RUFE |
| *The Kroger Co., et al v. Actavis Holdco U.S., Inc., et al* | |

**KROGER DIRECT ACTION PLAINTIFFS'
MOTION FOR LEAVE TO FILE RESPONSE TO
DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

The Kroger DAPs respectfully request leave of Court to file the proposed response to Defendants' notice of supplemental authority, ECF No. 219 (appending *In re Nat'l Prescription Opiate Litig.*, --- F.3d ---, 2020 WL 1875174 (6th Cir. Apr. 15, 2020)). For the reasons explained in the proposed response – attached as Exhibit 1 – *Opiate* is plainly distinguishable from the facts here and thus not supportive of Defendants' Opposition to the Kroger DAPs' Motion to Amend. If anything, the decision supports the Kroger's DAPs' Motion, which is fully briefed.

2

Dated: April 27, 2020								Respectfully submitted,


By: */s/ William J. Blechman*
    Richard Alan Arnold, Esquire
    William J. Blechman, Esquire
    Scott E. Perwin, Esquire
    Anna T. Neill, Esquire
    Samuel J. Randall, Esquire
    Brandon S. Floch, Esquire
    Joshua B. Gray, Esquire
    KENNY NACHWALTER, P.A.
    1441 Brickell Avenue
    Suite 1100
    Miami, Florida 33131
    Tel: (305) 373-1000
    Fax: (305) 372-1861
    E-mail: rarnold@knpa.com
           wblechman@knpa.com
           sperwin@knpa.com
           aneill@knpa.com
           srandall@knpa.com
           bfloch@knpa.com
           jgray@knpa.com

***Counsel for the Kroger Direct Action Plaintiffs***

619270.1