# Exhibit 2

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>Case No. 16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>*The Kroger Co., et al v. Actavis Holdco U.S. Inc., et al*, | Individual Case No. 18-CV-284 (CMR)<br>HON. CYNTHIA M. RUFE |

### [PROPOSED] ORDER GRANTING LEAVE TO FILE RESPONSE

**AND NOW**, this _____ day of _____, 2020, upon consideration of the Kroger Direct Action Plaintiffs' Motion for leave to file a response to Defendants' Notice of Supplemental Authority, it is hereby **ORDERED** that the motion is **GRANTED**. The Kroger Direct Action Plaintiffs are permitted to file the proposed Response, which is attached as Exhibit 1 to their motion for leave to file.

It is so **ORDERED.**

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**