# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>THE KROGER CO., et al.,<br>　　　　　　　　　　　　Plaintiffs,<br>v.<br><br>ACTAVIS HOLDCO U.S., INC., et al.,<br>　　　　　　　　　　　　Defendants. | 18-CV-284 |

## [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2020, upon consideration of the Kroger Direct-Action Plaintiffs' Motion for Leave to File a Response to Defendants' Notice of Supplemental Authority, and Defendants' Opposition thereto, it is ORDERED that the Motion is DENIED.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CYNTHIA M. RUFE, J.