**CERTIFICATE OF SERVICE**

     I, Steven A. Reed, hereby certify that on April 30, 2020, the foregoing Opposition to the Kroger Direct-Action Plaintiffs' Motion for Leave to File Response to Defendants' Notice of Supplemental Authority was filed electronically on the Court's CM/ECF system that will automatically send email notification of such filing to all counsel of record.

                                                                   */s/ Steven A. Reed*
                                                                   Steven A. Reed