IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>Case No. 2:16-MD-02724 |
| THIS DOCUMENT RELATES TO:<br>*The Kroger Co. v. Actavis Holdco U.S., Inc.* | HON. CYNTHIA M. RUFE<br><br>Individual Case No. 18-284 |

## ORDER

**AND NOW**, this 30th day of April 2020, upon consideration of the Kroger Direct Action Plaintiffs' Motion for Leave to File Response to Defendants' Notice of Supplemental Authority [MDL Doc. No. 1361, Doc. No. 221 in Civil Action No. 18-284], and the opposition thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** and Exhibit 1 to the Motion is accepted as filed **only** on the docket for Civil Action No. 18-284 and **not** on the Master Docket [16-md-2724]. Counsel are reminded that documents that apply only to individual cases are **not** to be filed on the Master Docket.

2. Defendants' reply to the response [Exhibit A to Document No. 222 in Civil Action No. 18-284] is accepted as filed on the docket for Civil Action No. 18-284.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**