IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>THE KROGER CO., et al.,<br>                              Plaintiffs,<br>v.<br><br>ACTAVIS HOLDCO U.S., INC., et al.,<br>                              Defendants. | 18-CV-284 |

**DEFENDANTS' REPLY TO THE KROGER DIRECT-ACTION PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

The Kroger DAPs' Response to Defendants' Notice of Supplemental Authority does nothing to change the conclusion that their Motion for Leave to Amend should be denied.

In *In re Nat'l Prescription Opiate Litigation*, --- F.3d ---, 2020 WL 1875174 (6th Cir. Apr. 15, 2020), the Sixth Circuit issued a writ of mandamus instructing the district court to strike an untimely amended complaint submitted after the district court's deadline for amending pleadings. Like the *Opiate* plaintiffs, the Kroger DAPs are attempting to amend a complaint after the district court's deadline for amending pleadings has expired. The Sixth Circuit held that Rule 16 applies in these circumstances and requires plaintiffs to show—without exception— good cause, meaning they acted diligently in pursuing amendment:

> [T]he district court's stated basis for finding good cause—namely, that the trial would be most efficient if it included [the amended claims]—is simply no substitute for the showing of diligence required by the Rule. To the contrary, the requirements of the Civil Rules in an MDL case—indeed, the requirements for granting a motion to amend in particular—are the same as those for ordinary litigation on an ordinary docket.

> Respectfully, the district court's mistake was to think it had authority to disregard the Rules' requirements . . . in favor of enhancing the efficiency of the MDL as a whole.

2020 WL 1875174, at *3 (internal citation and quotation marks omitted).  Thus, even though the Kroger DAPs assert that "discovery in this MDL is still at its nascent stage . . . and deposition discovery has not yet commenced," Response to Notice of Suppl. Auth. ("Resp.") at 3, they still must show they acted diligently in pursuing amendment, which they cannot do.

The Kroger DAPs are not relieved of their burden of satisfying Rule 16 based on the purported differences they posit between the circumstances in *Opiate* and this case.  For example, the Kroger DAPs assert that "[i]n this case (unlike in *Opiate*), the operative case management order and the Court's comments at multiple status hearings expressly contemplate amended pleadings."  Resp. at 1.  Not true.  Just as the case management order in *Opiate* set an amendment deadline, 2020 WL 1875174, at *1, this Court set a December 2018 deadline for amending pleadings in PTO 61.  Nothing about PTO 105 or the Court's comments at status conferences vacate or change the deadline set by PTO 61.  Sur-Reply (ECF No. 217) at 3-5.  The Kroger DAPs also assert they sought leave to amend while fact discovery is ongoing, unlike the plaintiffs in *Opiate*.  Resp. at 2.  That distinction is meaningless, unless the Kroger DAPs show they acted diligently in pursuing amendment.  They have not.  Opp. (ECF No. 206) at 7-11; Sur-Reply at 6-8.

The Kroger DAPs are likewise wrong that the *Opiate* opinion somehow supports their misguided interpretation that PTO 61 is not a "Rule 16 scheduling order," such that they are relieved of their burden of satisfying the Rule 16 good cause standard.  Nowhere does the Sixth Circuit state that the Rule 16 standard applies only if the district court's order both sets an amendment deadline and includes other items, such as "deadlines to join other parties, complete discovery, and file motions."  Resp. at 2.  Indeed, the Sixth Circuit never references those other items at all.  Instead, the Sixth Circuit applies the Rule 16 good cause standard because the

district court set an amendment deadline, and then 19 months after the deadline expired, the opioid plaintiffs sought leave to amend. *Opiate*, 2020 WL 1875174, at *2. The same is true here—the Rule 16 good cause standard applies because PTO 61 set an amendment deadline, and then 20 months after the deadline expired, the Kroger DAPs sought leave to amend. Opp. at 7-11; Sur-Reply at 6-8.

Finally, contrasting the *Opiate* opinion with this case does not show that the Kroger DAPs have met their burden of showing good cause. Resp. at 3. Like the plaintiffs in *Opiate*, the Kroger DAPs' Motion for Leave to Amend did not even attempt to show the diligence that is required to meet the good cause standard. *Opiate*, 2020 WL 1875174, at *3; Opp. at 7. Their belated attempt to do so in their Reply fails as well. Sur-Reply at 6-8. And although it is incorrect to say that "no one is prejudiced by" the Kroger DAPs' proposed SAC, Resp. 3—indeed, there are 14 motions to dismiss the FAC still pending—"the absence of prejudice . . . does not constitute 'good cause' under Rule 16" in any event. *Harbor Laundry Sales, Inc. v. Mayflower Textile Servs. Co.*, No. 09-6259. 2011 WL 6303258, at *3 (D.N.J. Dec. 16, 2011).

Accordingly, the Kroger DAPs, like the plaintiffs in *Opiate*, have not met their burden of showing good cause, and their Motion for Leave to Amend should be denied.

Dated: April 30, 2020

                                                   Respectfully submitted,

*/s/ Steven A. Reed*
Steven A. Reed
R. Brendan Fee
Melina R. DiMattio
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +215.963.5001
steve.reed@morganlewis.com
brendan.fee@morganlewis.com
melina.dimattio@morganlewis.com

Wendy West Feinstein
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA 15219-6401
Telephone: +1.412.560.7455
Facsimile:  +1.412.560.7001
wendy.feinstein@morganlewis.com

*Attorneys for Defendant*
*Glenmark Pharmaceuticals, Inc., USA*


*/s/ Robin D. Adelstein*
Robin D. Adelstein
Mark A. Robertson
Gerald A. Stein
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NJ 10019-6022
Tel.:    212-318-3000
Robin.adelstein@nortonrosefulbright.com
Mark.roberston@nortonrosefulbright.com
Gerald.stein@nortonrosefulbright.com

*Attorneys for Defendants Valeant*
*Pharmaceuticals North America LLC,*
*Valeant Pharmaceuticals International, and*
*Oceanside Pharmaceuticals, Inc.*

4

*/s/ Heather K. McDevitt*
Heather K. McDevitt
Bryan D. Gant
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 819-8200
Fax: (212) 354-8113
hmcdevitt@whitecase.com
bgant@whitecase.com

*Counsel for Defendant Teligent, Inc.*


*/s/ Seth A. Moskowitz*
Seth A. Moskowitz
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
smoskowitz@kasowitz.com

*Counsel for Actavis Holdco U.S., Inc. and Actavis Pharma, Inc.*


*/s/ J. Clayton Everett, Jr.*
Scott A. Stempel
J. Clayton Everett, Jr.
Tracey F. Milich
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 739-3000
Fax: (202) 739-3001
scott.stempel@morganlewis.com
clay.everett@morganlewis.com
tracey.milich@morganlewis.com

Harvey Bartle IV
Francis A. DeSimone
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001

harvey.bartle@morganlewis.com
frank.desimone@morganlewis.com

*Counsel for Defendant Perrigo New York, Inc.*


*/s/ James W. Matthews*
James W. Matthews
Katy E. Koski
John F. Nagle
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, Massachusetts 02199
Tel:  (617) 342-4000
Fax:  (617) 342-4001
jmatthews@foley.com
kkoski@foley.com
jnagle@foley.com

James T. McKeown
Elizabeth A. N. Haas
Kate E. Gehl
**FOLEY & LARDNER LLP**
777 E. Wisconsin Avenue
Milwaukee, WI 53202
Tel:  (414) 271-2400
Fax:  (414) 297-4900
jmckeown@foley.com
ehaas@foley.com
kgehl@foley.com

Steven F. Cherry
April N. Williams
Claire Bergeron
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com
april.williams@wilmerhale.com
claire.bergeron@wilmerhale.com

5

Terry M. Henry
Melanie S. Carter
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103
Tel:  (215) 569-5644
Fax:  (215) 832-5644
THenry@blankrome.com
MCarter@blankrome.com

*Attorneys for Defendant Apotex Corp.*


 */s/ Gerald E. Arth*
Gerald E. Arth
Ryan T. Becker
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel.: (215) 299-2000
Fax: (215) 299-2150
garth@foxrothschild.com
rbecker@foxrothschild.com

George G. Gordon
Stephen D. Brown
Julia Chapman
**DECHERT LLP**
2929 Arch Street
Philadelphia, PA 19104-2808
Tel.: (215) 994-2382
Fax: (215) 655-2240
george.gordon@dechert.com
stephen.brown@dechert.com
julia.chapman@dechert.com

*Counsel for Lannett Company, Inc.*

*/s/ John E. Schmidtlein*
John E. Schmidtlein
Sarah F. Kirkpatrick
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5000

Fax: (202) 434-5029
jschmidtlein@wc.com
skirkpatrick@wc.com

*Attorneys for Par Pharmaceutical, Inc.*


*/s/ Anthony C. Porcelli*
Anthony C. Porcelli
**POLSINELLI PC**
150 North Riverside Plaza, Suite 3000
Chicago, IL 60606
Tel: (312) 819-1900
Fax: (312) 819-1910
aporcelli@polsinelli.com

Amy D. Fitts
**POLSINELLI PC**
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Tel: (816) 753-1000
Fax: (816) 222-0425
afitts@polsinelli.com

*Counsel for Defendants Akorn, Inc. and Hi-Tech Pharmacal Co. Inc.*


*/s/ Jason R. Parish*
Jason R. Parish
Martin J. Amundson
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, NW
Washington, D.C. 20006
Telephone: (202) 452-7900
jason.parish@bipc.com
martin.amundson@bipc.com

Bradley Kitlowski
**BUCHANAN INGERSOLL & ROONEY PC**
Union Trust Building
501 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 562-8800

bradley.kitlowski@bipc.com

*Counsel for Zydus Pharmaceuticals (USA) Inc.*

*/s/ Jeffrey D. Smith*
Jeffrey D. Smith
Thomas A. Abbate
Amar A. Mehta
Gabrielle J. Canaie
**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**
61 South Paramus Road, Suite 250
Paramus, NJ 07652
Tel: (201) 928-1100
Fax: (201) 928-0588
jsmith@decotiislaw.com
tabbate@decotiislaw.com
amehta@decotiislaw.com
gcanaie@decotiislaw.com

*Counsel for Epic Pharma, LLC*

*/s/ Saul P. Morgenstern*
Saul P. Morgenstern
Margaret A. Rogers
**ARNOLD & PORTER
  KAYE SCHOLER LLP**
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@arnoldporter.com
margaret.rogers@arnoldporter.com

Laura S. Shores
**ARNOLD & PORTER
  KAYE SCHOLER LLP**
601 Massachusetts Avenue
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@arnoldporter.com

*Counsel for Sandoz and Fougera Pharmaceuticals, Inc.*

*/s/ William A. Escobar*
William A Escobar
Damon W Suden
Clifford E. Katz
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897
wescobar@kelleydrye.com
dsuden@kelleydrye.com
ckatz@kelleydrye.com

*Counsel for Wockhardt USA LLC and Morton Grove Pharmaceuticals, Inc.*

*/s/ Michael Martinez*
Michael Martinez
Steven Kowal
Lauren Norris Donahue
Brian J. Smith
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, IL 60602
Tel. 312-372-1121
Fax 312-827-8000
michael.martinez@klgates.com
steven.kowal@klgates.com
lauren.donahue@klgates.com
brian.j.smith@klgates.com

*Counsel for Defendant Mayne Pharma Inc.*

/s/ Steven E. Bizar
Steven E. Bizar
John P. McClam
Tiffany E. Engsell
**DECHERT LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000
steven.bizar@dechert.com
john.mcclam@dechert.com
tiffany.engsell@dechert.com

*Counsel for Citron Pharma LLC*

/s/ Marguerite M. Sullivan
Marguerite M. Sullivan (pro hac vice)
Anna M. Rathbun (pro hac vice)
**LATHAM & WATKINS LLP**
555 Eleventh Street, N.W., Suite 1000
Washington, D.C., 20004
(202)-637-2200
marguerite.sullivan@lw.com
anna.rathbun@lw.com

*Attorneys for Defendant*
*G&W Laboratories, Inc.*

/s/ Jan P. Levine
Jan P. Levine
Robin P. Sumner
Michael J. Hartman
**PEPPER HAMILTON LLP**
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel. (215) 981-4000
Fax. (215) 981-4750
levinej@pepperlaw.com
sumnerr@pepperlaw.com
hartmann@pepperlaw.com

*Attorneys for Defendant West-Ward*
*Pharmaceuticals Corp.*

/s/ Stacey Anne Mahoney
Stacey Anne Mahoney
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
stacey.mahoney@morganlewis.com

*Counsel for Defendant Breckenridge*
*Pharmaceutical, Inc.*

/s/ Chul Pak
Chul Pak
**WILSON SONSINI GOODRICH & ROSATI, PC**
1301 Avenue of the Americas 40th Floor
New York, New York 10019
Tel: (212) 497-7726
Fax: (212) 999-5899
cpak@wsgr.com

Seth C. Silber
Jeffrey C. Bank
**WILSON SONSINI GOODRICH & ROSATI, PC**
1700 K Street, NW Fifth Floor
Washington, DC 20006
Tel: (202) 973-8824
Fax: (202) 973-8899
ssilber@wsgr.com
jbank@wsgr.com

Adam K. Levin
Benjamin F. Holt
Justin W. Bernick
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
adam.levin@hoganlovells.com

benjamin.holt@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendants Mylan Inc,. Mylan Pharmaceuticals, Inc., UDL Laboratories, Inc., and Mylan N.V*


*/s/ Erik T. Koons*
John M. Taladay
Erik T. Koons
Stacy L. Turner
Christopher P. Wilson
**BAKER BOTTS LLP**
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
john.taladay@bakerbotts.com
erik.koons@bakerbotts.com
stacy.turner@bakerbotts.com
christopher.wilson@bakerbotts.com

Lauri A. Kavulich
Ann E. Lemmo
**CLARK HILL PLC**
2001 Market St, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8500
Facsimile: (215) 640-8501
lkavulich@clarkhill.com
alemmo@clarkhill.com

Lindsay S. Fouse
**CLARK HILL PLC**
301 Grant St, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7711
Facsimile: (412) 394-2555
lfouse@clarkhill.com

*Counsel for Defendants Sun Pharmaceutical Industries, Inc. and Taro Pharmaceuticals USA, Inc.*

*/s/ Wayne A. Mack*
Wayne A. Mack
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Tel:   +1215.979.1152
Fax:   +1.215.689.2595
wamack@duanemorris.com

*Counsel for Defendant Aurobindo Pharma USA, Inc.*


*/s/ Raymond A. Jacobsen, Jr.*
Raymond A. Jacobsen, Jr.
Paul M. Thompson
Lisa A. Peterson
**MCDERMOTT WILL & EMERY LLP**
500 N. Capitol St., NW
Washington, D.C. 20001
202-756-8000
Nicole L. Castle
**MCDERMOTT WILL & EMERY LLP**
340 Madison Ave.
New York, NY 10173
212-547-5400

*Counsel for Impax Laboratories, Inc.*


*/s/ J. Gordon Cooney, Jr.*
J. Gordon Cooney, Jr.
John J. Pease, III
Alison Tanchyk
William T. McEnroe
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jgcooney@morganlewis.com
john.pease@morganlewis.com
alison.tanchyk@morganlewis.com
william.mcenroe@morganlewis.com

Amanda B. Robinson
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
amanda.robinson@morganlewis.com

*Counsel for Defendant Teva Pharmaceuticals USA, Inc. and Pliva*


/s/ Roger B. Kaplan
Roger B. Kaplan
Jason Kislin
Aaron Van Nostrand
**GREENBERG TRAURIG LLP**
500 Campus Drive, Suite 400
Florham Park, NJ 07931
(973) 360-7900

Brian T. Feeney
**GREENBERG TRAURIG, LLP**
1717 Arch Street, Suite 400
Philadelphia, PA 19103
(215) 988-7812

*Counsel for Defendant Dr. Reddy's Laboratories, Inc.*


/s/ Edward B. Schwartz
Edward B. Schwartz
Andrew C. Bernasconi
**REED SMITH LLP**
1301 K Street NW
Suite 1000-East Tower
Washington, DC 20005
Tel: (202) 414-9232
Fax: (202) 414-9299
eschwartz@reedsmith.com
abernasconi@reedsmith.com

*Counsel for Defendant Heritage Pharmaceuticals Inc.*

/s/ Leiv Blad
Leiv Blad
Zarema Jaramillo
Ario Fazli
**LOWENSTEIN SANDLER LLP**
2200 Pennsylvania Avenue
Washington, DC 20037
Tel.: (202) 753-3800
Fax: (202) 753-3838
lblad@lowenstein.com
zjaramillo@lowenstein.com
afazli@lowenstein.com

*Attorneys for Lupin Pharmaceuticals, Inc.*


/s/ Jay P. Lefkowitz
Jay P. Lefkowitz, P.C.
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022-4611
Tel.: (212) 446-4800
Fax: (212) 446-4900
Email: lefkowitz@kirkland.com

/s/ Devora W. Allon
Devora W. Allon
Alexia R. Brancato
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022-4611
Tel.: (212) 446-4800
Fax: (212) 446-4900
Email: devora.allon@kirkland.com
Email: alexia.brancato@kirkland.com

*Attorneys for Defendant Upsher-Smith Laboratories, LLC*

10