**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724 16-MD-2724 HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | |
| THE KROGER CO., et al., Plaintiffs, | 18-CV-284 |
| v. | |
| ACTAVIS HOLDCO U.S., INC., et al., Defendants. | |

**DEFENDANTS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF THE OPPOSITION TO THE KROGER DIRECT-ACTION
PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

Defendants respectfully submit the attached opinion recently issued by the Court of Appeals for the Third Circuit, *Premier Comp Solutions, LLC v. UPMC*, No. 19-1838 (3rd Cir. Aug. 12, 2020), in which the Court held "that when a party moves to amend or add a party after the deadline in a district court's scheduling order has passed, the 'good cause' standard of Rule 16(b)(4) of the Federal Rules of Civil Procedure applies" and "[a] party must meet this standard before a district court considers whether the party also meets Rule 15(a)'s more liberal standard." Slip. Op., attached hereto as Exhibit A, at 5.  The Court of Appeals affirmed the district court's order denying the plaintiff's motion to amend because the plaintiff failed to show good cause under Rule 16(b)(4).  *Id.* at 6-7.  The Third Circuit's controlling opinion in *Premier* supports the arguments made by Defendants in their Opposition to the Kroger DAPs' Motion for Leave to Amend at pages 7 to 11 (ECF No. 206), and Defendants' Sur-Reply at pages 3 to 8 (ECF No. 217), and requires denial of the Kroger DAPs' motion (ECF No. 196).

We understand that the Kroger DAPs are considering whether to withdraw their motion to amend, but because that has not yet occurred and the motion remains pending, we submit this

notice of supplemental authority to call to the Court's attention new, controlling authority issued

by the Third Circuit.

Dated:  August 20, 2020

Respectfully submitted,

*/s/ Steven A. Reed*
Steven A. Reed
R. Brendan Fee
Melina R. DiMattio
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +215.963.5001
steve.reed@morganlewis.com
brendan.fee@morganlewis.com
melina.dimattio@morganlewis.com

Wendy West Feinstein
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA 15219-6401
Telephone: +1.412.560.7455
Facsimile:  +1.412.560.7001
wendy.feinstein@morganlewis.com

*Attorneys for Defendant*
*Glenmark Pharmaceuticals, Inc., USA*

*/s/ Robin D. Adelstein*
Robin D. Adelstein
Mark A. Robertson
Gerald A. Stein
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NJ 10019-6022
Tel.:    212-318-3000
Robin.adelstein@nortonrosefulbright.com
Mark.roberston@nortonrosefulbright.com
Gerald.stein@nortonrosefulbright.com

*Attorneys for Defendants Valeant*
*Pharmaceuticals North America LLC,*
*Valeant Pharmaceuticals International, and*
*Oceanside Pharmaceuticals, Inc.*

3

/s/ Heather K. McDevitt
Heather K. McDevitt
Bryan D. Gant
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 819-8200
Fax: (212) 354-8113
hmcdevitt@whitecase.com
bgant@whitecase.com

*Counsel for Defendant Teligent, Inc.*


/s/ Seth A. Moskowitz
Seth A. Moskowitz
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
smoskowitz@kasowitz.com

*Counsel for Actavis Holdco U.S., Inc. and
Actavis Pharma, Inc.*


/s/ J. Clayton Everett, Jr.
Scott A. Stempel
J. Clayton Everett, Jr.
Tracey F. Milich
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 739-3000
Fax: (202) 739-3001
scott.stempel@morganlewis.com
clay.everett@morganlewis.com
tracey.milich@morganlewis.com

Harvey Bartle IV
Francis A. DeSimone
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000

Fax: (215) 963-5001
harvey.bartle@morganlewis.com
frank.desimone@morganlewis.com

*Counsel for Defendant Perrigo New York,
Inc.*


/s/ James W. Matthews
James W. Matthews
Katy E. Koski
John F. Nagle
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Tel:  (617) 342-4000
Fax:  (617) 342-4001
jmatthews@foley.com
kkoski@foley.com
jnagle@foley.com

James T. McKeown
Elizabeth A. N. Haas
Kate E. Gehl
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
Tel:  (414) 271-2400
Fax:  (414) 297-4900
jmckeown@foley.com
ehaas@foley.com
kgehl@foley.com

Steven F. Cherry
April N. Williams
Claire Bergeron
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com
april.williams@wilmerhale.com
claire.bergeron@wilmerhale.com

Terry M. Henry
Melanie S. Carter
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103
Tel:  (215) 569-5644
Fax:  (215) 832-5644
THenry@blankrome.com
MCarter@blankrome.com

*Attorneys for Defendant Apotex Corp.*

 */s/ Gerald E. Arth*
Gerald E. Arth
Ryan T. Becker
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel.: (215) 299-2000
Fax: (215) 299-2150
garth@foxrothschild.com
rbecker@foxrothschild.com

George G. Gordon
Stephen D. Brown
Julia Chapman
**DECHERT LLP**
2929 Arch Street
Philadelphia, PA 19104-2808
Tel.: (215) 994-2382
Fax: (215) 655-2240
george.gordon@dechert.com
stephen.brown@dechert.com
julia.chapman@dechert.com

*Counsel for Lannett Company, Inc.*

*/s/ John E. Schmidtlein*
John E. Schmidtlein
Sarah F. Kirkpatrick
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005

Phone: (202) 434-5000
Fax: (202) 434-5029
jschmidtlein@wc.com
skirkpatrick@wc.com

*Attorneys for Par Pharmaceutical, Inc.*

*/s/ Jason R. Parish*
Jason R. Parish
Martin J. Amundson
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, NW
Washington, D.C. 20006
Telephone: (202) 452-7900
jason.parish@bipc.com
martin.amundson@bipc.com

Bradley Kitlowski
**BUCHANAN INGERSOLL & ROONEY PC**
Union Trust Building
501 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 562-8800
bradley.kitlowski@bipc.com

*Counsel for Applicant Zydus Pharmaceuticals (USA) Inc.*

*/s/ Jing Xia*
Jing Xia
Richard C. Schoenstein
Philip Y. Braginsky
Matthew R. Torsiello
**TARTER KRINSKY & DROGIN LLP**
1350 Broadway
New York, NY 10018
Tel: (212) 216-8000
Fax: (212) 216-8001
jxia@tarterkrinsky.com
rschoenstein@tarterkrinsky.com
pbraginsky@tarterkrinsky.com
mtorsiello@tarterkrinsky.com

Counsel for Epic Pharma, LLC


/s/ Saul P. Morgenstern
Saul P. Morgenstern
Margaret A. Rogers
**ARNOLD & PORTER**
  **KAYE SCHOLER LLP**
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@arnoldporter.com
margaret.rogers@arnoldporter.com

Laura S. Shores
**ARNOLD & PORTER**
  **KAYE SCHOLER LLP**
601 Massachusetts Avenue
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@arnoldporter.com

Counsel for Sandoz and Fougera
Pharmaceuticals, Inc.


/s/ William A. Escobar
William A Escobar
Damon W Suden
Clifford E. Katz
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897
wescobar@kelleydrye.com
dsuden@kelleydrye.com
ckatz@kelleydrye.com

Counsel for Wockhardt USA LLC and
Morton Grove Pharmaceuticals, Inc.


/s/ Michael Martinez
Michael Martinez
Steven Kowal
Lauren Norris Donahue
Brian J. Smith
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, IL 60602
Tel. 312-372-1121
Fax 312-827-8000
michael.martinez@klgates.com
steven.kowal@klgates.com
lauren.donahue@klgates.com
brian.j.smith@klgates.com

Counsel for Defendant Mayne Pharma Inc.


/s/ Steven E. Bizar
Steven E. Bizar
John P. McClam
Tiffany E. Engsell
**DECHERT LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000
steven.bizar@dechert.com
john.mcclam@dechert.com
tiffany.engsell@dechert.com

Counsel for Citron Pharma LLC


/s/ Marguerite M. Sullivan
Marguerite M. Sullivan (pro hac vice)
Anna M. Rathbun (pro hac vice)
**LATHAM & WATKINS LLP**

555 Eleventh Street, N.W., Suite 1000
Washington, D.C., 20004
(202)-637-2200
marguerite.sullivan@lw.com
anna.rathbun@lw.com

*Attorneys for Defendant*
*G&W Laboratories, Inc.*


/s/ Jan P. Levine
Jan P. Levine
Robin P. Sumner
Michael J. Hartman
**PEPPER HAMILTON LLP**
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel. (215) 981-4000
Fax. (215) 981-4750
levinej@pepperlaw.com
sumnerr@pepperlaw.com
hartmann@pepperlaw.com

*Attorneys for Defendant West-Ward*
*Pharmaceuticals Corp.*
/s/ Stacey Anne Mahoney
Stacey Anne Mahoney
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
Telephone:  (212) 309-6000
Facsimile:   (212) 309-6001
stacey.mahoney@morganlewis.com

*Counsel for Defendant Breckenridge*
*Pharmaceutical, Inc.*


/s/ Chul Pak
Chul Pak
**WILSON SONSINI GOODRICH &**
**ROSATI, PC**
1301 Avenue of the Americas 40th Floor
New York, New York 10019
Tel: (212) 497-7726
Fax: (212) 999-5899

cpak@wsgr.com

Seth C. Silber
Jeffrey C. Bank
**WILSON SONSINI GOODRICH &**
**ROSATI, PC**
1700 K Street, NW Fifth Floor
Washington, DC 20006
Tel: (202) 973-8824
Fax: (202) 973-8899
ssilber@wsgr.com
jbank@wsgr.com

Adam K. Levin
Benjamin F. Holt
Justin W. Bernick
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
adam.levin@hoganlovells.com
benjamin.holt@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendants Mylan Inc,. Mylan*
*Pharmaceuticals, Inc., UDL Laboratories,*
*Inc., and Mylan N.V*


/s/ Erik T. Koons
John M. Taladay
Erik T. Koons
Stacy L. Turner
Christopher P. Wilson
**BAKER BOTTS LLP**
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
john.taladay@bakerbotts.com
erik.koons@bakerbotts.com
stacy.turner@bakerbotts.com
christopher.wilson@bakerbotts.com

Lauri A. Kavulich
Ann E. Lemmo
**CLARK HILL PLC**
2001 Market St, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8500
Facsimile: (215) 640-8501
lkavulich@clarkhill.com
alemmo@clarkhill.com

Lindsay S. Fouse
**CLARK HILL PLC**
301 Grant St, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7711
Facsimile: (412) 394-2555
lfouse@clarkhill.com

*Counsel for Defendants Sun Pharmaceutical Industries, Inc. and Taro Pharmaceuticals USA, Inc.*


/s/ Wayne A. Mack
Wayne A. Mack
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Tel:    +1215.979.1152
Fax:    +1.215.689.2595
wamack@duanemorris.com

*Counsel for Defendant Aurobindo Pharma USA, Inc.*


/s/ Raymond A. Jacobsen, Jr.
Raymond A. Jacobsen, Jr.
Paul M. Thompson
Lisa A. Peterson
**MCDERMOTT WILL & EMERY LLP**
500 N. Capitol St., NW
Washington, D.C. 20001
202-756-8000
Nicole L. Castle

**MCDERMOTT WILL & EMERY LLP**
340 Madison Ave.
New York, NY 10173
212-547-5400

*Counsel for Impax Laboratories, Inc.*


/s/ J. Gordon Cooney, Jr.
J. Gordon Cooney, Jr.
John J. Pease, III
Alison Tanchyk
William T. McEnroe
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jgcooney@morganlewis.com
john.pease@morganlewis.com
alison.tanchyk@morganlewis.com
william.mcenroe@morganlewis.com

Amanda B. Robinson
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
amanda.robinson@morganlewis.com

*Counsel for Defendant Teva Pharmaceuticals USA, Inc.*


/s/ Roger B. Kaplan
Roger B. Kaplan
Jason Kislin
Aaron Van Nostrand
**GREENBERG TRAURIG LLP**
500 Campus Drive, Suite 400
Florham Park, NJ 07931
(973) 360-7900

Brian T. Feeney

**GREENBERG TRAURIG, LLP**
1717 Arch Street, Suite 400
Philadelphia, PA 19103
(215) 988-7812

*Counsel for Defendant Dr. Reddy's
Laboratories, Inc.*


/s/ Edward B. Schwartz
Edward B. Schwartz
Andrew C. Bernasconi
**REED SMITH LLP**
1301 K Street NW
Suite 1000-East Tower
Washington, DC 20005
Tel: (202) 414-9232
Fax: (202) 414-9299
eschwartz@reedsmith.com
abernasconi@reedsmith.com

*Counsel for Defendant Heritage
Pharmaceuticals Inc.*


/s/ Leiv Blad
Leiv Blad
Zarema Jaramillo
Meg Slachetka
**LOWENSTEIN SANDLER LLP**
2200 Pennsylvania Avenue
Washington, DC 20037
Tel.: (202) 753-3800
Fax: (202) 753-3838
lblad@lowenstein.com
zjaramillo@lowenstein.com
mslachetka@lowenstein.com

*Attorneys for Lupin Pharmaceuticals, Inc.*


/s/ Jay P. Lefkowitz
Jay P. Lefkowitz, P.C.
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022-4611
Tel.: (212) 446-4800
Fax: (212) 446-4900
Email: lefkowitz@kirkland.com


/s/ Devora W. Allon
Devora W. Allon
Alexia R. Brancato
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022-4611
Tel.: (212) 446-4800
Fax: (212) 446-4900
Email: devora.allon@kirkland.com
Email: alexia.brancato@kirkland.com

*Attorneys for Defendant Upsher-Smith
Laboratories, LLC*