## **CERTIFICATE OF SERVICE**

      I, Steven A. Reed, hereby certify that on August 20, 2020, the foregoing Notice of Supplemental Authority was filed electronically on the Court's CM/ECF system that will automatically send email notification of such filing to all counsel of record.

                                                    */s/ Steven A. Reed*
                                                    Steven A. Reed