IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>Individual Case No: 2:18-cv-00284-CMR |
| THIS DOCUMENT RELATES TO:<br><br>*The Kroger Co., et al. v. Actavis Holdco U.S. Inc. et al.* | HON. CYNTHIA M. RUFE |

**NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO AMEND**

Plaintiffs The Kroger Co., Albertsons Companies, LLC, and H.E. Butt Grocery Company LP., (collectively "Plaintiffs") give notice to the Court of the withdrawal of our Motion for Leave to Amend, filed on February 3 2020. (ECF No. 196).

Accordingly, the Plaintiffs' pending Motion for Leave to Amend, ECF No. 185, should be deemed withdrawn, which effectively moots Defendants' opposition to that motion.

Plaintiffs intend to file a revised motion for leave to amend that updates the proposed second amended complaint based on our ongoing investigation into Defendants' wide-ranging conspiracy.

Dated:  September 4, 2020

Respectfully submitted,

By: */s/ Samuel Randall*
    Richard Alan Arnold, Esquire
    William J. Blechman, Esquire
    Scott E. Perwin, Esquire
    Anna T. Neill, Esquire
    Samuel J. Randall, Esquire
    KENNY NACHWALTER, P.A.
    1441 Brickell Avenue, Suite 1100
    Miami, Florida  33131
    Tel:   (305) 373-1000
    Fax:   (305) 372-1861
    E-mail:  rarnold@knpa.com
           wblechman@knpa.com
           sperwin@knpa.com
           aneill@knpa.com
           srandall@knpa.com

*Counsel for the Kroger Direct Action Plaintiffs*

613178.1