**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No: 2724 <br> 16-MD-2724 |
| THIS DOCUMENT RELATES TO: | Individual Case No: 18-CV-284 |
| *The Kroger Co. et al. v. Actavis Holdco U.S., Inc., et al.* | HON. CYNTHIA M. RUFE |

### KROGER PLAINTIFFS' MOTION FOR LEAVE TO AMEND[1]

Direct Action Plaintiffs The Kroger Co., Albertsons Companies, LLC, and H.E. Butt Grocery Company L.P. (collectively, the "Kroger DAPs") submit this Motion for Leave to Amend pursuant to Federal Rule of Civil Procedure 15(a)(2).

The proposed Second Amended Complaint ("PSAC") builds off the proposed Second Amended Complaint that the Kroger DAPs filed in February 2020, which sought to add new allegations detailing new Defendants and new drugs, including those identified by the State AGs in *Connecticut v. Teva Pharmaceutical Industries Ltd.*, *et al.,* No. 19-cv-2407-CMR.

Additionally, the PSAC adds a number of new drugs and new allegations based on the facts alleged by the State AGs in *Connecticut v. Sandoz, Inc., et al.,* No. 20-3539-CMR. Finally, the PSAC builds off the continuing investigation of the Kroger DAPs into Defendants' vast conspiracy, and adds certain entities and allegations against certain Defendants who are already parties to this MDL, but were not named by the Kroger DAPs in the earlier proposed complaint.

---

[1] The Kroger DAPs have withdrawn their prior motion for leave to amend, filed on February 3, 2020, in order to present a unified pleading that aligns with the current scope of this MDL. *See* ECF No. 229.

Notwithstanding these additions, the PSAC does not add any drug or any Defendant that was not already a part of the MDL as of June 10, 2020 (when the State AGs filed their third complaint).

For the reasons demonstrated in the accompanying Memorandum in Support of this Motion, the Kroger DAPs seek:

1. Leave of Court to file their proposed Second Amended Complaint;

2. An Order from this Court providing that the proposed Second Amended Complaint is deemed substituted for the Kroger DAPs' First Amended Complaint for the purposes of the remaining Motions to Dismiss.

3

Dated:  September 4, 2020          Respectfully submitted,

By: _____
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Scott E. Perwin, Esquire
Anna T. Neill, Esquire
Samuel J. Randall, Esquire
Brandon S. Floch, Esquire
Joshua B. Gray, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail:  rarnold@knpa.com
        wblechman@knpa.com
        sperwin@knpa.com
        aneill@knpa.com
        srandall@knpa.com
        bfloch@knpa.com
        jgray@knpa.com

*Counsel for Kroger Plaintiffs*