IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**Case No. 16-MD-2724-CMR**<br><br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>*The Kroger Co., et al. v. Actavis Holdco U.S. Inc. et al.* | **Individual Case No. 18-284** |

## ORDER

**AND NOW**, this 18th day of September 2020, upon consideration of the attached Stipulation, which applies only to Civil Action 18-284, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>Case No. 16-MD-2724-CMR |
| THIS DOCUMENT RELATES TO:<br><br>*The Kroger Co., et al. v. Actavis Holdco U.S. Inc. et al.* | HON. CYNTHIA M. RUFE<br><br>Individual Case No. 2:18-cv-00284-CMR |

**JOINT STIPULATION EXTENDING TIME TO RESPOND TO KROGER DIRECT ACTION PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

WHEREAS, on September 4, 2020, the Kroger Direct Action Plaintiffs filed a Motion for Leave to Amend Complaint (the "Motion to Amend"). (*See Kroger* Doc. 230.)

WHEREAS, pursuant to Local Rule 7.1(c), Defendants' response to the Motion to Amend is currently due September 18, 2020.

WHEREAS, after discussion, Defendants and Kroger Direct Action Plaintiffs agreed to an extension of the deadline for Defendants to respond to the Motion to Amend.

It here hereby STIPULATED AND AGREED, by the undersigned counsel, pursuant to Local Rule 7.4, that Defendants shall have until October 2, 2020 to file any opposition to the Motion to Amend.

**IT IS SO STIPULATED.**

Dated: September 17, 2020

/s/ *William J. Blechman*
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

***Counsel for the Kroger Direct Action Plaintiffs***

| | |
|---|---|
| */s/ Jan P. Levine*<br>Jan P. Levine<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799<br>Tel: (215) 981-4000<br>Fax: (215) 981-4750<br>levinej@pepperlaw.com | */s/ Sarah F. Kirkpatrick*<br>Sarah F. Kirkpatrick<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 434-5958<br>Fax: (202) 434-5029<br>skirkpatrick@wc.com |
| */s/ Devora W. Allon*<br>Devora W. Allon<br>KIRKLAND & ELLIS TORRES LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 446-5967<br>Fax: (212) 446-6460<br>devora.allon@kirkland.com | */s/ Sheron Korpus*<br>Sheron Korpus<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019<br>Tel: (212) 506-1700<br>Fax: (212) 506-1800<br>skorpus@kasowitz.com |
| */s/ Chul Pak*<br>Chul Pak<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>1301 Avenue of the Americas, 40th Flr.<br>New York, NY 10019<br>Tel: (212) 999-5800<br>Fax: (212) 999-5899<br>cpak@wsgr.com | |

**Defendants' Liaison Counsel**