**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | |
| THE KROGER CO., et al.,<br>                                        Plaintiffs,<br>v.<br>ACTAVIS HOLDCO U.S., INC., et al.,<br>                                        Defendants. | 18-CV-284 |

**DEFENDANTS' RESPONSE TO THE
KROGER DIRECT-ACTION PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

The Kroger Direct-Action Plaintiffs' ("Kroger DAPs")[1] September 4, 2020 motion for leave to file their 746-page second amended complaint (No. 18-cv-284, ECF No. 230-2) is their latest in a string of three such motions in the past two years.  As set forth in the opposition papers to the Kroger DAPs' second motion for leave to amend, Defendants opposed the Kroger DAPs' motion because it was filed after the Court's deadline for amendments in Pretrial Order ("PTO") 61 and did not satisfy the good cause requirement of Federal Rule of Civil Procedure 16.  No. 18-cv-284, ECF Nos. 206 (Opposition), 217 (Sur-Reply), 219 (Notice of Suppl. Auth.), 228 (Second Notice of Suppl. Auth.).  Defendants' arguments apply equally to the Kroger DAPs' most recent motion for leave to amend, which has once again substantially changed the contours of their case after the PTO 61 deadline, without a showing of good cause.  For these same reasons, their motion should be denied.

---

[1]     The "Kroger DAPs" include The Kroger Co., Albertsons Companies, LLC, and H.E. Butt Grocery Company L.P.

Defendants are cognizant of the Court's statement at the most recent status conference on September 10, 2020 that it was inclined to set a deadline for amendments of December 15, 2020. In light of PTO 61's existing December 2018 deadline, it is unclear whether the Court's new contemplated deadline applies only to complaints not subject to PTO 61, unlike the Kroger DAPs' complaint.  To the extent the Court intended to apply that new deadline to the Kroger DAPs, then Defendants expect the Court will grant their most recent motion for leave to amend. But, regardless, Defendants support the Court's stated intention to set a firm deadline, which is plainly within its discretion to do, and to hold all Plaintiffs to the good cause standard of Rule 16 thereafter.  *Premier Comp Sols., LLC v. UPMC*, 970 F.3d 316, 319 (3d Cir. 2020) ("[W]hen a party moves to amend or add a party after the deadline in a district court's scheduling order has passed, the 'good cause' standard of Rule 16(b)(4) of the Federal Rules of Civil Procedure applies.  A party must meet this standard before a district court considers whether the party also meets Rule 15(a)'s more liberal standard.").[2]

Specifically, at the September 10, 2020 status conference, the Court stated its intention to set a firm deadline "by which the Complaints are no longer amended and new Complaints are no longer filed," and indicated it was inclined to set December 15, 2020 as that deadline.  9/10/2020 Tr. (No. 16-md-2724, ECF No. 1519) at 42:23-43:1.  The Court acknowledged that it cannot "ban all Complaints from being filed after that" but recognized it has the authority to "stop more consideration that impacts on our progress in our dates and times that we decide are the schedules."  *Id.* at 43:2-5.  Defendants agree, and respectfully request that the Court enter an

---

[2]     For the avoidance of doubt, Defendants expressly preserve, and do not waive, all defenses and objections with respect to the Kroger DAPs' amended complaint, and any subsequent new complaints or amended complaints that may be filed by others, including but not limited to failure to state a claim, statutes of limitations, laches, and improper claim splitting.

Order establishing December 15, 2020 as the deadline, after which late-filed or late-amended complaints should be placed on a suspense docket.[3]

A definitive deadline of December 15, 2020 will allow the Court and the parties to determine the scope of the cases in the MDL and move those cases forward.  As the Court is well aware, the scope of the cases in this MDL has expanded dramatically due to the repeated and continuous filing of new and amended complaints.  The MDL now encompasses claims with respect to more than 200 pharmaceutical products, and includes dozens of single-drug cases, three separate but overlapping complaints by State Attorneys General Plaintiffs alleging various actions taken in furtherance of the same alleged overarching conspiracy, and multiple new and amended follow-on complaints filed by various private plaintiffs based on—and often repeating verbatim—the States' allegations.

The Kroger DAPs' recent motion for leave to amend underscores the need for a firm pleading deadline and strict adherence to that deadline.  The Kroger DAPs initially filed a complaint on January 22, 2018.  No. 18-cv-284, ECF No. 1.  Then, on December 21, 2018, which was the deadline in PTO 61 to amend "any currently outstanding complaint," the Kroger DAPs filed a First Amended Complaint ("FAC") based on the allegations in the State Attorneys General Plaintiffs' first overarching conspiracy complaint.  *Compare* No. 18-cv-284, ECF No. 37, *with* No. 17-cv-3768, ECF No. 15.  Motions to dismiss the Kroger DAPs' FAC are pending.[4] The Kroger DAPs then filed and withdrew two separate motions for leave to amend, followed by a third and currently pending motion for leave to amend seeking leave to file a proposed Second

---

[3]     For cases placed on the suspense docket, (1) all discovery relating to any pharmaceutical products or defendants unique to those late-filed or late-amended cases will be held in abeyance until further Court order, and (2) responses to any such complaints shall be stayed until further Court order.
[4]     18-cv-284, ECF Nos. 74, 75, 76, 77, 78, 79, 81, 82, 86, 87, 90, 91, 92, 95.

Amended Complaint ("PSAC") adding new defendants and more than 100 new pharmaceutical products to the pleading, based on allegations in the States' second and third overarching conspiracy complaints.  No. 18-cv-284, ECF Nos. 185, 194, 196, 229, 230, 231.  In addition, JM Smith Corporation, whose subsidiary Smith Drug Corporation previously sought to be added as a plaintiff in one of the now-withdrawn proposed amended complaints by the Kroger DAPs, has filed a new, 746-page standalone complaint that is virtually identical to the Kroger DAPs' current PSAC.[5]  No. 20-cv-4370, ECF No. 1.

At this stage of the proceedings, with discovery underway and the bellwether cases selected, continuing with a stream of new and amended complaints will undermine the progress of the MDL as well as any attempt at resolution.  As the Court stated during the status conference: "We have to go with what we have.  It's time. . . . I'm not going backwards any longer.  We're going forwards."  9/10/2020 Tr. at 43:7, 54:25-55:1.  Accordingly, Defendants respectfully request that the Court set a firm deadline of December 15, 2020 for the filing of new and amended complaints.

---

[5]     JM Smith Corporation and the Kroger DAPs are represented by the same counsel.

Dated: October 2, 2020

Respectfully submitted,

*/s/ Steven A. Reed*
Steven A. Reed
R. Brendan Fee
Melina R. DiMattio
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +215.963.5001
steve.reed@morganlewis.com
brendan.fee@morganlewis.com
melina.dimattio@morganlewis.com

Wendy West Feinstein
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA 15219-6401
Telephone: +1.412.560.7455
Facsimile:  +1.412.560.7001
wendy.feinstein@morganlewis.com

*Attorneys for Defendant*
*Glenmark Pharmaceuticals, Inc., USA*

*/s/ Robin D. Adelstein*
Robin D. Adelstein
Mark A. Robertson
Gerald A. Stein
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NJ 10019-6022
Tel.:    212-318-3000
Robin.adelstein@nortonrosefulbright.com
Mark.roberston@nortonrosefulbright.com
Gerald.stein@nortonrosefulbright.com

*Attorneys for Defendants Valeant*
*Pharmaceuticals North America LLC,*
*Valeant Pharmaceuticals International, and*
*Oceanside Pharmaceuticals, Inc.*

*/s/ Heather K. McDevitt*
Heather K. McDevitt
Bryan D. Gant
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 819-8200
Fax: (212) 354-8113
hmcdevitt@whitecase.com
bgant@whitecase.com

*Counsel for Defendant Teligent, Inc.*


*/s/ Seth A. Moskowitz*
Seth A. Moskowitz
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
smoskowitz@kasowitz.com

*Counsel for Actavis Holdco U.S., Inc. and Actavis Pharma, Inc.*


*/s/ J. Clayton Everett, Jr.*
Scott A. Stempel
J. Clayton Everett, Jr.
Tracey F. Milich
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 739-3000
Fax: (202) 739-3001
scott.stempel@morganlewis.com
clay.everett@morganlewis.com
tracey.milich@morganlewis.com

Harvey Bartle IV
Francis A. DeSimone
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001

harvey.bartle@morganlewis.com
frank.desimone@morganlewis.com

*Counsel for Defendant Perrigo New York, Inc.*


*/s/ James W. Matthews*
James W. Matthews
Katy E. Koski
John F. Nagle
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, Massachusetts 02199
Tel:  (617) 342-4000
Fax:  (617) 342-4001
jmatthews@foley.com
kkoski@foley.com
jnagle@foley.com

James T. McKeown
Elizabeth A. N. Haas
Kate E. Gehl
**FOLEY & LARDNER LLP**
777 E. Wisconsin Avenue
Milwaukee, WI 53202
Tel:  (414) 271-2400
Fax:  (414) 297-4900
jmckeown@foley.com
ehaas@foley.com
kgehl@foley.com

Steven F. Cherry
April N. Williams
Claire Bergeron
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com
april.williams@wilmerhale.com
claire.bergeron@wilmerhale.com

Terry M. Henry
Melanie S. Carter
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103
Tel:  (215) 569-5644
Fax:  (215) 832-5644
THenry@blankrome.com
MCarter@blankrome.com

*Attorneys for Defendant Apotex Corp.*

 */s/ Gerald E. Arth*
Gerald E. Arth
Ryan T. Becker
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel.: (215) 299-2000
Fax: (215) 299-2150
garth@foxrothschild.com
rbecker@foxrothschild.com

George G. Gordon
Stephen D. Brown
Julia Chapman
**DECHERT LLP**
2929 Arch Street
Philadelphia, PA 19104-2808
Tel.: (215) 994-2382
Fax: (215) 655-2240
george.gordon@dechert.com
stephen.brown@dechert.com
julia.chapman@dechert.com

*Counsel for Lannett Company, Inc.*


*/s/ John E. Schmidtlein*
John E. Schmidtlein
Sarah F. Kirkpatrick
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5000

Fax: (202) 434-5029
jschmidtlein@wc.com
skirkpatrick@wc.com

*Attorneys for Par Pharmaceutical, Inc.*


*/s/ Jason R. Parish*
Jason R. Parish
Martin J. Amundson
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, NW
Washington, D.C. 20006
Telephone: (202) 452-7900
jason.parish@bipc.com
martin.amundson@bipc.com

Bradley Kitlowski
**BUCHANAN INGERSOLL & ROONEY PC**
Union Trust Building
501 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 562-8800
bradley.kitlowski@bipc.com

*Counsel for Zydus Pharmaceuticals (USA) Inc.*

*/s/ Jing Xia*
Jing Xia
Richard C. Schoenstein
Philip Y. Braginsky
Matthew R. Torsiello
**TARTER KRINSKY & DROGIN LLP**
1350 Broadway
New York, NY 10018
Tel: (212) 216-8000
Fax: (212) 216-8001
jxia@tarterkrinsky.com
rschoenstein@tarterkrinsky.com
pbraginsky@tarterkrinsky.com
mtorsiello@tarterkrinsky.com

*Counsel for Epic Pharma, LLC*

7

/s/ Saul P. Morgenstern
Saul P. Morgenstern
Margaret A. Rogers
**ARNOLD & PORTER**
  **KAYE SCHOLER LLP**
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@arnoldporter.com
margaret.rogers@arnoldporter.com

Laura S. Shores
**ARNOLD & PORTER**
  **KAYE SCHOLER LLP**
601 Massachusetts Avenue
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@arnoldporter.com

*Counsel for Sandoz Inc. and Fougera*
*Pharmaceuticals Inc.*

/s/ William A. Escobar
William A Escobar
Damon W Suden
Clifford E. Katz
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897
wescobar@kelleydrye.com
dsuden@kelleydrye.com
ckatz@kelleydrye.com

*Counsel for Wockhardt USA LLC and*
*Morton Grove Pharmaceuticals, Inc.*

/s/ Michael Martinez
Michael Martinez
Steven Kowal
Lauren Norris Donahue
Brian J. Smith
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, IL 60602
Tel. 312-372-1121
Fax 312-827-8000
michael.martinez@klgates.com
steven.kowal@klgates.com
lauren.donahue@klgates.com
brian.j.smith@klgates.com

*Counsel for Defendant Mayne Pharma Inc.*

/s/ Steven E. Bizar
Steven E. Bizar
John P. McClam
Tiffany E. Engsell
**DECHERT LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000
steven.bizar@dechert.com
john.mcclam@dechert.com
tiffany.engsell@dechert.com

*Counsel for Citron Pharma LLC*

/s/ Marguerite M. Sullivan
Marguerite M. Sullivan (pro hac vice)
Anna M. Rathbun (pro hac vice)
**LATHAM & WATKINS LLP**
555 Eleventh Street, N.W., Suite 1000
Washington, D.C., 20004
(202)-637-2200
marguerite.sullivan@lw.com
anna.rathbun@lw.com

*Attorneys for Defendant*
*G&W Laboratories, Inc.*

/s/ Jan P. Levine
Jan P. Levine
Robin P. Sumner
Michael J. Hartman
**PEPPER HAMILTON LLP**
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel. (215) 981-4000
Fax. (215) 981-4750
levinej@pepperlaw.com
sumnerr@pepperlaw.com
hartmann@pepperlaw.com

*Attorneys for Defendant West-Ward
Pharmaceuticals Corp.*

/s/ Stacey Anne Mahoney
Stacey Anne Mahoney
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
Telephone:  (212) 309-6000
Facsimile:   (212) 309-6001
stacey.mahoney@morganlewis.com

*Counsel for Defendant Breckenridge
Pharmaceutical, Inc.*

/s/ Chul Pak
Chul Pak
**WILSON SONSINI GOODRICH &
ROSATI, PC**
1301 Avenue of the Americas 40th Floor
New York, New York 10019
Tel: (212) 497-7726
Fax: (212) 999-5899
cpak@wsgr.com

Seth C. Silber
Jeffrey C. Bank
**WILSON SONSINI GOODRICH &
ROSATI, PC**
1700 K Street, NW Fifth Floor
Washington, DC 20006
Tel: (202) 973-8824

Fax: (202) 973-8899
ssilber@wsgr.com
jbank@wsgr.com

Adam K. Levin
Benjamin F. Holt
Justin W. Bernick
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
adam.levin@hoganlovells.com
benjamin.holt@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendants Mylan Inc,. Mylan
Pharmaceuticals, Inc., UDL Laboratories,
Inc., and Mylan N.V*

/s/ Erik T. Koons
John M. Taladay
Erik T. Koons
Stacy L. Turner
Christopher P. Wilson
**BAKER BOTTS LLP**
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
john.taladay@bakerbotts.com
erik.koons@bakerbotts.com
stacy.turner@bakerbotts.com
christopher.wilson@bakerbotts.com

Lauri A. Kavulich
Ann E. Lemmo
**CLARK HILL PLC**
2001 Market St, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8500
Facsimile: (215) 640-8501
lkavulich@clarkhill.com
alemmo@clarkhill.com

9

Lindsay S. Fouse
**CLARK HILL PLC**
301 Grant St, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7711
Facsimile: (412) 394-2555
lfouse@clarkhill.com

*Counsel for Defendants Sun Pharmaceutical*
*Industries, Inc. and Taro Pharmaceuticals*
*USA, Inc.*


*/s/ Wayne A. Mack*
Wayne A. Mack
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Tel:     +1215.979.1152
Fax:     +1.215.689.2595
wamack@duanemorris.com

*Counsel for Defendant Aurobindo*
*Pharma USA, Inc.*


*/s/ Raymond A. Jacobsen, Jr.*
Raymond A. Jacobsen, Jr.
Paul M. Thompson
Lisa A. Peterson
**MCDERMOTT WILL & EMERY LLP**
500 N. Capitol St., NW
Washington, D.C. 20001
202-756-8000
Nicole L. Castle
**MCDERMOTT WILL & EMERY LLP**
340 Madison Ave.
New York, NY 10173
212-547-5400

*Counsel for Impax Laboratories, Inc.*


*/s/ J. Gordon Cooney, Jr.*
J. Gordon Cooney, Jr.
John J. Pease, III
Alison Tanchyk
William T. McEnroe
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jgcooney@morganlewis.com
john.pease@morganlewis.com
alison.tanchyk@morganlewis.com
william.mcenroe@morganlewis.com

Amanda B. Robinson
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
amanda.robinson@morganlewis.com

*Counsel for Defendant Teva*
*Pharmaceuticals USA, Inc.*


*/s/ Roger B. Kaplan*
Roger B. Kaplan
Jason Kislin
Aaron Van Nostrand
**GREENBERG TRAURIG LLP**
500 Campus Drive, Suite 400
Florham Park, NJ 07931
(973) 360-7900

Brian T. Feeney
**GREENBERG TRAURIG, LLP**
1717 Arch Street, Suite 400
Philadelphia, PA 19103
(215) 988-7812

*Counsel for Defendant Dr. Reddy's*
*Laboratories, Inc.*

/s/ Leiv Blad
Leiv Blad
Zarema Jaramillo
Meg Slachetka
**LOWENSTEIN SANDLER LLP**
2200 Pennsylvania Avenue
Washington, DC 20037
Tel.: (202) 753-3800
Fax: (202) 753-3838
lblad@lowenstein.com
zjaramillo@lowenstein.com
mslachetka@lowenstein.com

*Attorneys for Lupin Pharmaceuticals, Inc.*


/s/ Jay P. Lefkowitz
Jay P. Lefkowitz, P.C.
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022-4611
Tel.: (212) 446-4800
Fax: (212) 446-4900
Email: lefkowitz@kirkland.com

/s/ Devora W. Allon
Devora W. Allon
Alexia R. Brancato
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022-4611
Tel.: (212) 446-4800
Fax: (212) 446-4900
Email: devora.allon@kirkland.com
Email: alexia.brancato@kirkland.com

*Attorneys for Defendant Upsher-Smith*
*Laboratories, LLC*

/s/ Adam C. Hemlock
Adam C. Hemlock
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153-0119
Tel.: (212) 310-8000
Fax: (212) 310-8007
Email: adam.hemlock@weil.com

*Attorneys for Torrent Pharma Inc.*