**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | Case No: 16-MD-2724<br>MDL No. 2724 |
| | Individual Case No. 18-CV-284 |
| THIS DOCUMENT RELATES TO: | HON. CYNTHIA M. RUFE |
| *The Kroger Co. et al. v. Actavis Holdco U.S., Inc. et al,* | |

**KROGER DIRECT ACTION PLAINTIFFS' NOTICE REGARDING THEIR CONSOLIDATED REPLY MEMORANDUM IN FURTHER SUPPORT OF THEIR MOTION FOR LEAVE TO AMEND**

The Kroger Direct Action Plaintiffs ("DAPs") provide this Notice that in their Reply in support of their Motion for Leave to File Their Second Amended Complaint and supporting Memorandum (the "Motion"), ECF No. 235, the reference on ECF 235 - Page 2, line 11 (which is in the second paragraph on the page) to "PTO 161" should read "PTO 105."

Dated:  October 15, 2020                    Respectfully submitted,

By: */s/ William J. Blechman*
William J. Blechman, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail:  wblechman@knpa.com

*Counsel for the Kroger Direct Action Plaintiffs*

/626871.1