**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **16-md-2724 HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** | **Civil Action Nos.** |
| *The Kroger Co., et al. v. Actavis Holdco U.S. Inc., et al.* | 18-284 |
| *J M Smith Corporation v. Actavis Holdco U.S. Inc. et al.* | 20-4370 |

<u>**MOTION AND MEMORANDUM OF LAW IN SUPPORT OF CERTAIN DIRECT ACTION PLAINTIFFS' JOINT MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED COMPLAINTS**</u>

Pursuant to the Federal Rules of Civil Procedure and this Court's Pretrial Orders in this MDL, The  Kroger Co., Albertsons Companies, LLC., H.E. Butt Grocery Company L.P., and J M Smith Corporation ("Plaintiffs") seek leave to supplement and amend their respective complaints to add Novartis AG and Sandoz AG as Defendants, as well as allegations based on facts recently revealed in this litigation with respect to their participation in the alleged conspiracies.

The proposed supplemental and amended complaints are attached as Exhibits A1-2 (redlined versions) and Exhibits B1-2 (clean versions):

**EXHIBIT A: Redline Versions of Proposed Supplemental and Amended Complaints**

| | |
|---|---|
| Exhibit A1 | *The Kroger Co., et al. v. Actavis Holdco U.S. Inc., et al..*, No. 18-284 |
| Exhibit A2 | *J M Smith Corporation v. Actavis Holdco U.S. Inc. et al.* No. 20-4370 |

**EXHIBIT B: Clean Versions of Proposed Supplemental and Amended Complaints**

| | |
|---|---|
| Exhibit B1 | *The Kroger Co., et al. v. Actavis Holdco U.S. Inc., et al..*, No. 18-284 |
| Exhibit B2 | *J M Smith Corporation v. Actavis Holdco U.S. Inc. et al.* No. 20-4370 |

The amended and supplemental allegations in the Plaintiffs' complaints are substantively similar to and rely on the same underlying facts as those in EPPs' proposed supplemental and amended complaints. *See* Exhibits 2-10 to End Payor Plaintiffs Memorandum of Law in Support of Their Motion for Leave to Amend and Supplement Certain EPP Complaints ("EPPs' Brief"), ECF No. 2790. Additionally, Plaintiffs have coordinated with all plaintiff groups, including EPPs, throughout discovery, including efforts to uncover the extent of Sandoz and Novartis's participation and involvement in the conspiracy (or conspiracies) at issue, and the extent of Novartis's domination and control of Sandoz. Accordingly, the factual and legal bases and arguments for the amendments set forth in EPPs' Brief equally apply to Plaintiffs. For the convenience of the Court and to promote the efficient litigation of the issues raised by these motions, Plaintiffs will not burden the Court with redundant submissions or argument, and instead adopt and incorporate by reference the background and arguments set forth in EPPs' Brief, except as specifically noted below.

Unlike EPPs, Plaintiffs disagree with any suggestion that PTO 153, the "Fourth Case Management Order Governing Phase 2 Discovery," and therefore Rule 16, potentially apply to the proposed amendments. EPPs appear to take the view that PTO 153 established a December 15, 2020, date by which all new and amended complaints must be filed. PTO 153 did not order such a deadline. Rather, PTO 153 established a cutoff date by which new and amended complaints could be filed *for purposes of inclusion in Phase 2 Discovery*. *See e.g.,* PTO 153 at ¶ 4 ("Pursuant to this Order, discovery shall proceed . . . ."); ¶ 6 (The parameters of discovery governed by this Order . . . ."); ¶ 8 ("The parties listed in Paragraphs 10 and 11 shall engage in global and/or individual meet and confers regarding the following parameters of Phase 2 document discovery.")  In response to the proposed expansion of at-issue drugs in the MDL, Paragraph 5 directed that

2

discovery "shall not proceed under this Order on any generic pharmaceutical molecule first introduced into the MDL . . . via any new or amended complaint filed after September 4, 2020." Of course, Plaintiffs' proposed amendments do not seek to add new drugs to the MDL. Moreover, Paragraph 3 of the Order contemplated later complaints and amendments, which are expressly stated to be "beyond the scope of this Order." *Id*. at ¶ 3.

PTO 153 further applies by its express terms only to actions filed or amended within the September 1, 2019 – July 10, 2020 window. *See id.* at ¶ 1. This does not include either the Kroger DAPs' complaint filed January 22, 2018 and amended September 4, 2020 (No. 18-284) or J M Smith's complaint filed September 4, 2020 (No. 20-4370).[1] Plaintiffs' interpretation of PTO 153 is consistent with the fact that a case management schedule, including a schedule for responses to complaints, has not yet been entered for non-bellwether cases, including each of the Plaintiffs' actions.

Should the Court find that the December 15, 2020 date in PTO 153 nonetheless serves as a deadline for amending Plaintiffs' complaints, good cause exists to grant Plaintiffs' request. For the same reasons expressed in EPPs' Brief, Plaintiffs have been diligent in prosecuting their cases and seeking leave to amend.

Given that all factors weigh in favor of amendment, Plaintiffs respectfully submit that the proposed amendments should be permitted. Accordingly, the Court should grant Plaintiffs' motion.

---

[1]    Further, because J M Smith's complaint has not been amended and Defendants have not filed any Answer, J M Smith is entitled to amend as a matter of right under Rule 15(a).

3

Date: April 1, 2024                          Respectfully submitted,


By: s/ *William J. Blechman*
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Samuel J. Randall, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail:   rarnold@knpa.com
          wblechman@knpa.com
          srandall@knpa.com

*Counsel for Plaintiffs The Kroger Co.,
Albertsons Companies, LLC., H.E. Butt
Grocery Company L.P., and J M Smith
Corporation*

# Exhibit A1

# Filed Under Seal

# Exhibit A2

# Filed Under Seal

# Exhibit B1

# Filed Under Seal

# Exhibit B2

# Filed Under Seal