**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | **MDL 2724**<br>**16-MD-2724**<br>**HON. CYNTHIA M. RUFE** |
| THIS DOCUMENT RELATES TO: | **Civil Action Nos.** |
| *The Kroger Co., et al. v. Actavis Holdco U.S., Inc., et al.* | 18-cv-00284 |
| *United Healthcare Services, Inc. v. Actavis Holdco U.S. Inc., et al.* | 19-cv-00629 |
| *Humana Inc. v. Actavis Elizabeth, LLC, et al.* | 19-cv-04862 |
| *Health Care Service Corp. v. Actavis Elizabeth, LLC, et al.* | 19-cv-05819 |
| *1199SEIU National Benefit Fund, et al. v Actavis Holdco U.S., Inc., et al.* | 19-cv-06011 |
| *Reliable Pharmacy, Inc., et al. v. Actavis Holdco US, Inc., et al.* | 19-cv-06044 |
| *MSP Recovery Claims, Series LLC, et al. v. Actavis Elizabeth, LLC, et al.* | 20-cv-00231 |
| *Molina Healthcare, Inc. v. Actavis Elizabeth, LLC, et al.* | 20-cv-00695 |
| *Rite Aid Corp. and Rite Aid Hdqtrs. Corp.. v. Actavis Holdco US, Inc., et al.* | 20-cv-03367 |
| *J M Smith Corp. v. Actavis Holdco U.S., Inc., et al.* | 20-cv-04370 |
| *County of Suffolk v. Actavis Holdco US, Inc., et al.* | 20-cv-04893 |
| *Walgreen Company v. Actavis Holdco U.S. Inc., et al.* | 20-cv-06258 |

| | |
|---|---|
| *Winn-Dixie Stores, Inc., et al. v. Actavis Holdco U.S., Inc., et al.* | 20-cv-06290 |
| *Reliable Pharmacy, Inc., et al. v. Actavis Holdco US, Inc., et al.* | 20-cv-06291 |
| *CVS Pharmacy, Inc., v. Actavis Elizabeth, LLC, et al.* | 20-cv-06310 |
| *County of Albany, et al. v. Actavis Holdco US, Inc., et al.* | 21-cv-01875 |
| *County of Westchester, et al. v. Actavis Holdco US, Inc., et al.* | 21-cv-04474 |
| *Providence St. Joseph Health, et al. v. Actavis Holdco U.S., Inc.* | 23-cv-03636 |

## DEFENDANTS' OMNIBUS PARTIAL MOTION TO DISMISS CONSPIRACY CLAIMS FOR WHICH THERE ARE NO FACTUAL ALLEGATIONS

For the reasons stated in the accompanying Memorandum of Law, Defendants, by and through their undersigned counsel, move pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiffs' conspiracy claims for products without factual allegations in the above-captioned cases.

Date: May 5, 2025

Respectfully submitted,

/s/ Sheron Korpus
Sheron Korpus
Seth A. Moskowitz
Seth Davis
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019 Telephone: (212)
506-1700 skorpus@kasowitz.com
smoskowitz@kasowitz.com
sdavis@kasowitz.com

*Counsel for Defendants Teva Pharmaceuticals USA, Inc., Barr Pharmaceuticals, Inc., Pliva, Inc., Actavis Elizabeth, LLC, Actavis Holdco U.S., Inc., and Actavis Pharma, Inc.*

*/s/ James W. Matthews*
James W. Matthews
Katy E. Koski
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Tel:  (617) 342-4000
Fax:  (617) 342-4001
jmatthews@foley.com
kkoski@foley.com

Max B. Chester
Kate E. Gehl
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
Tel:  (414) 271-2400
Fax:  (414) 297-4900
mchester@foley.com
kgehl@foley.com

Steven F. Cherry
April N. Williams
Claire Bergeron
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com
april.williams@wilmerhale.com
claire.bergeron@wilmerhale.com

Terry M. Henry
Melanie S. Carter
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Tel:  (215) 569-5644
Fax:  (215) 832-5644
THenry@blankrome.com
MCarter@blankrome.com

*Counsel for Defendant Apotex Corp.*

*/s/ Jeremy A. Rist*
Jeremy A. Rist
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Tel: (215) 569-5361
Fax: (215) 832-5361
Email: jeremy.rist@BlankRome.com

*Counsel for Defendant Jubilant Cadista
Pharmaceuticals, Inc.*

*/s/ George G. Gordon*
George G. Gordon
Julia Chapman
Forrest Lovett
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: (215) 994-2382
Fax: (215) 655-2240
george.gordon@dechert.com
julia.chapman@dechert.com
forrest.lovett@dechert.com

D. Brett Kohlhofer
Christie Boyden
DECHERT LLP
1900 K Street NW
Washington, D.C.
Tel: (202) 261-3300
Fax: (202) 261-3333
d.brett.kohlhofer@dechert.com
christie.boyden@dechert.com

*Attorneys for Defendant Lannett Company,
Inc.*

3

/s/ Robin P. Sumner
Robin P. Sumner
Michael J. Hartman
Melissa O'Donnell
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel. (215) 981-4000
Fax. (215) 981-4750
robin.sumner@troutman.com
michael.hartman@troutman.com
melissa.odonnell@troutman.com

*Counsel for Defendants Amneal
Pharmaceuticals, Inc., Amneal
Pharmaceuticals LLC, Hikma Pharmaceuticals
USA, Inc., Hikma Labs, Inc., Impax
Laboratories, LLC, West-Ward
Pharmaceuticals Corp., and West-Ward
Columbus Inc*


/s/ Craig M. Reiser
Craig M. Reiser
Eva H. Yung
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, New York 10011
Telephone: 212.728.2200
Fax: 212.728.2201
creiser@axinn.com
eyung@axinn.com

*Counsel for Defendant Alvogen, Inc.*

/s/ Colin R. Kass
Colin R. Kass
PROSKAUER ROSE LLP
1001 Pennsylvania Ave, NW
Suite 600 South
Washington, DC 20004
Telephone: (202) 416-6890
Facsimile: (202) 416-6899
ckass@proskauer.com

Bradley I. Ruskin
David A. Munkittrick
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
bruskin@proskauer.com
dmunkittrick@proskauer.com

Meg Slachetka
Leiv Blad
COMPETITION LAW PARTNERS
601 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 742-4300
meg@competitionlawpartners.com
leiv@competitionlawpartners.com

*Counsel for Defendant Lupin
Pharmaceuticals, Inc.*


/s/ Steven E. Bizar
Steven E. Bizar
John P. McClam
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Tel:  (215) 994-4000
steven.bizar@dechert.com
john.mcclam@dechert.com

*Counsel for Citron Pharma, LLC*

4

*/s/ Robin D. Adelstein*
Robin D. Adelstein
Mark A. Robertson
Kimberly Fetsick
Abigail Schwarz
Dewey Jude Gonsoulin, III
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: (212) 318-3000
Facsimile: (212) 408-5100
robin.adelstein@nortonrosefulbright.com
mark.robertson@nortonrosefulbright.com
kimberly.fetsick@nortonrosefulbright.com
abigail.schwarz@nortonrosefulbright.com
dewey.gonsoulin@nortonrosefulbright.com

Mark Angland
NORTON ROSE FULBRIGHT US LLP
779 9th Street NW, Suite 1000
Washington, DC 20001
Telephone: (202) 662-0200
Facsimile: (202) 662-4643
mark.angland@nortonrosefulbright.com

*Counsel for Defendants Bausch Health
Americas, Inc.; Bausch Health US LLC;
Oceanside Pharmaceuticals, Inc.; Valeant
Pharmaceuticals International, Inc.; Valeant
Pharmaceuticals International; and Valeant
Pharmaceuticals North America, LLC*


*/s/ Donald W. Hawthorne*
Donald W. Hawthorne
CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP
101 Park Avenue
New York, NY 10178
T: 212-696-6949
dhawthorne@curtis.com

*Counsel for Defendant Breckenridge
Pharmaceutical, Inc.*

*/s/ Chul Pak*
Chul Pak
Michael Sommer
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
cpak@wsgr.com
msommer@wsgr.com

Seth C. Silber
Jeffrey C. Bank
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, NW, 5th Floor
Washington, D.C. 20006
Telephone: (202) 973-8800
Facsimile: (866) 974-7329
ssilber@wsgr.com
jbank@wsgr.com

*Counsel for Defendants Mylan Inc.,
Mylan Pharmaceuticals, Inc., Mylan N.V.,
UDL Laboratories, Inc., and
Viatris, Inc.*


*/s/ Brian J. Smith*
Brian J. Smith
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, NW, 5th Floor
Washington, D.C. 20006
Telephone: (202) 973-8800
Facsimile: (866) 974-7329
brian.smith@wsgr.com
*Admitted only in Illinois & Maine

*Counsel for Defendant Mayne Pharma Inc.*

5

*/s/ Heather P. Lamberg*
Heather P. Lamberg
FRESHFIELDS US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
T: (202) 777-4797
E: heather.lamberg@freshfields.com

*Counsel for Defendant Camber
Pharmaceuticals, Inc.*


*/s/ Ilana H. Eisenstein*
Ilana H. Eisenstein
Whitney Cloud
Ben C. Fabens-Lassen
DLA PIPER LLP (US)
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
ilana.eisenstein@dlapiper.com
whitney.cloud@dlapiper.com
ben.fabens-lassen@dlapiper.com

*Counsel for Defendants Pfizer Inc.
and Greenstone LLC*

*/s/ J. Clayton Everett, Jr.*
J. Clayton Everett, Jr.
William S.D. Cravens
Molly R. Maidman
Y. Frank Ren
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: +1.202.739.3000
Facsimile: +1.202.739.3001
clay.everett@morganlewis.com
william.cravens@morganlewis.com
molly.maidman@morganlewis.com
frank.ren@morganlewis.com

Harvey Bartle IV
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
harvey.bartle@morganlewis.com

*Counsel for Defendants Perrigo New York,
Inc., Perrigo Company plc and
Padagis US LLC*


*/s/ Douglas M. Tween*
Douglas M. Tween
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 903-9072
douglas.tween@linklaters.com

*Counsel for Defendant Strides Pharma, Inc.*

*/s/ Dimitra Doufekias*
Dimitra Doufekias
Megan E. Gerking
Robert W. Manoso
MORRISON & FOERSTER LLP
2100 L Street, NW Suite 900
Washington, DC 20037
Tel.: (202) 887-1500
Fax: (202) 887-0763
ddoufekias@mofo.com
mgerking@mofo.com
rmanoso@mofo.com

Michael B. Miller
MORRISON & FOERSTER LLP
250 W 55th Street
New York, NY 10019
Tel.: (212) 468-8000
Fax: (212) 468-7900
mbmiller@mofo.com

*Counsel for Defendant Glenmark
Pharmaceuticals Inc., USA in the following
matters:*

*Kroger Co., et al. v. Actavis Holdco
U.S., Inc. et al.* (18-CV-00284);
*United HealthCare Services, Inc. v.
Actavis Holdco U.S. Inc., et al.* (19-
CV-00629); *SEIU National Benefit
Fund, et al. v. Actavis Holdco U.S.,
Inc., et al.* (19-CV-06011); *Health
Care Service Corp. v. Actavis
Elizabeth, LLC, et al.* (19-CV-05819);
*Humana Inc. v. Actavis Elizabeth,
LLC, et al.* (19-CV-04862); *Reliable
Pharmacy et al. v. Actavis Holdco
U.S., Inc., et al.* (19-CV-06044);
*Reliable Pharmacy v. Actavis Holdco
U.S. Inc., et al.* (20-CV-06291); *MSP
Recovery Claims, Series LLC, et al. v.
Actavis, Elizabeth, LLC, et. Al* (20-
CV-00231); *Molina Healthcare, Inc.
v. Actavis Elizabeth, LLC, et al.* (20-
CV-00695); *Rite Aid & Rite Aid
Headquarters Corp. Inc. v. Actavis*

*/s/ David Fioccola*
Grant Esposito
David Fioccola
PROSKAUER ROSE LLP
Eleven Times Square New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
gesposito@proskauer.com
dfioccola@proskauer.com

Christopher Ondeck
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW
Suite 600 South
Washington, DC 20004
Tel: (202) 416-5865
Fax: (202) 416-6899
condeck@proskauer.com

*Counsel for Defendants Sandoz Inc. and
Fougera Pharmaceuticals Inc.*

*/s/ Peter G. Siachos*
Peter G. Siachos
GORDON REES SCULLY MANSUKHANI LLP
677 King Street, Suite 450
Charleston, SC 29403
Telephone: (843) 278-5900
Facsimile: (843) 804-4691
psiachos@grsm.com

Clair E. Wischusen
GORDON REES SCULLY MANSUKHANI LLP
277 S. Washington Street, Suite 550
Alexandria, VA 22314
Telephone: (703) 650-7030
Facsimile: (202) 800-2999
cwischusen@grsm.com

*Counsel for Defendant Epic Pharma, LLC*

7

*Holdco US Inc., et al.* (20-CV-00695); *J M Smith Corp. v. Actavis Holdco U.S., Inc., et al.* (20-CV-04370); *Walgreen Company v. Actavis Holdco U.S. Inc., et al.* (20-CV-06258); *Winn-Dixie Stores, Inc., et al. v. Actavis Holdco U.S., Inc., et al.* (20-CV-06290); *CVS Pharmacy, Inc., v. Actavis Elizabeth, LLC, et al.* (20-CV-06310); *County of Suffolk v. Actavis Holdco US, Inc., et al.* (20-CV-04893); *County of Albany, et al. v. Actavis Holdco U.S., Inc* (21-CV-01875); *County of Westchester v. Actavis Holdco U.S. Inc., et al.* (21-CV-04474)


/s/ *Leonard A. Gail*
Leonard A. Gail
Bruce W. Doughty
Brigid M. Carmichael
MASSEY & GAIL LLP
50 E. Washington Street, Suite 400
Chicago, IL 60602
Phone: (312) 283-1590
Fax: (312) 379-0467
lgail@masseygail.com
bdoughty@masseygail.com
bcarmichael@masseygail.com

*Counsel for Defendants Glenmark Pharmaceuticals Inc., USA and Glenmark Generics, Inc., USA in the matter of Providence St. Joseph Health, et al. v. Actavis Holdco U.S., Inc., et al.* (23-CV-03636)

/s/ *John M. Taladay*
John M. Taladay
Christopher P. Wilson
Edward W. Duffy
JoAnna B. Adkisson
Michael A. Munoz
BAKER BOTTS LLP
700 K Street NW
Washington, DC 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
john.taladay@bakerbotts.com
christopher.wilson@bakerbotts.com
ed.duffy@bakerbotts.com
joanna.adkisson@bakerbotts.com
michael.munoz@bakerbotts.com

Matthew M. Hilderbrand
BAKER BOTTS LLP
401 South 1st Street, Suite 1300
Austin, TX 78704
Telephone: (512) 322-2500
Facsimile: (512) 322-3613
matthew.hilderbrand@bakerbotts.com

Lauri A. Kavulich
CLARK HILL PLC
2001 Market Street, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8500
Facsimile: (215) 640-8501
lkavulich@clarkhill.com

Lindsay S. Fouse
CLARK HILL PLC
301 Grant St, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7711
Facsimile: (412) 394-2555
lfouse@clarkhill.com

*Counsel for Defendants Sun Pharmaceutical Industries, Inc., Mutual Pharmaceutical Company, Inc., Taro Pharmaceuticals U.S.A., Inc. and Taro Pharmaceutical Industries, Ltd.*

*/s/ Justin P. Murphy*
Justin P. Murphy
Matt Schock
BAKER & HOSTETLER LLP
1050 Connecticut Ave. N.W., Suite 1100
Washington, D.C. 20236
Telephone: (202) 861-1500
jpmurphy@bakerlaw.com
mschock@bakerlaw.com

Alyse F. Stach
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 568-3100
astach@bakerlaw.com

Kayley B. Sullivan
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
kbsullivan@bakerlaw.com

*Counsel for Defendants Heritage
Pharmaceuticals Inc., Emcure
Pharmaceuticals, Ltd., and Satish Mehta except
as to Providence St. Joseph Health, et al., v.
Actavis Holdco U.S., Inc., et al., 23-cv-3636*

Aidan O'Connor
PASHMAN STEIN WALDER HAYDEN P.C.
21 Main Street, Suite 200
Hackensack, NJ 07601
Telephone: (201) 270-4940
aoconnor@pashmanstein.com

*Counsel for Defendants Heritage
Pharmaceuticals Inc., Emcure
Pharmaceuticals, Ltd., and Satish Mehta for
Providence St. Joseph Health, et al., v. Actavis
Holdco U.S., Inc., et al., 23-cv-3636*

*/s/ Adam C. Hemlock*
Adam C. Hemlock
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Email: Adam.Hemlock@weil.com

*Counsel for Defendant Torrent Pharma Inc.*

*/s/ Devora W. Allon, P.C.*
Devora W. Allon, P.C.
Alexia R. Brancato, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
T: (212) 446-4800
F: (212) 446-4900
devora.allon@kirkland.com
alexia.brancato@kirkland.com

*Counsel for Defendant
Upsher-Smith Laboratories, LLC*

*/s/ Clifford E. Katz*
Clifford E. Katz
Damon W. Suden
Aaron J. Gold
KELLEY DRYE WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
ckatz@kelleydrye.com
dsuden@kelleydrye.com
agold@kelleydrye.com

*Counsel for Defendant Wockhardt USA LLC
and Morton Grove Pharmaceuticals, Inc.*

/s/ James A. Backstrom
James A. Backstrom
JAMES A. BACKSTROM, COUNSELLOR
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
Tel: (215) 864-7797
jabber@backstromlaw.com

*Counsel for Defendant Marc Falkin*


/s/ Robert J. Cleary
Robert J. Cleary
Amy N. Vegari
PATTERSON BELKNAP WEBB & TYLER
LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
rcleary@pbwt.com
avegari@pbwt.com

*Counsel for Defendant Rajiv Malik*


/s/ G. Robert Gage, Jr.
G. Robert Gage, Jr.
GAGE SPENCER & FLEMING LLP
410 Park Avenue
New York, NY 10022
Telephone: (212) 768-4900
grgage@gagespencer.com

Fabien M. Thayamballi
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas
17th Floor
New York, NY 10036
Tel. (212)-257-4891
fthayamballi@shapiroarato.com

*Counsel for Defendant Ara Aprahamian*


/s/ Jason R. Parish
Jason R. Parish
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, NW, Suite 300
Washington, D.C. 20006
Tel.:    (202) 452-7900
Fax:    (202) 452-7989
Email: jason.parish@bipc.com


Bradley J. Kitlowski
BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA  15219
Tel.:    (412) 562-8800
Fax:    (412) 562-1041
Email: bradley.kitlowski@bipc.com


Caroline B. Warren
BUCHANAN INGERSOLL & ROONEY PC
Carillon Tower
227 West Trade Street, Suite 600
Charlotte, NC 28202
Tel.:    (704) 444-3371
Fax:    (704) 444-3490
Email: caroline.warren@bipc.com


*Counsel for Defendant Zydus
Pharmaceuticals (USA) Inc. in all matters
except Providence St. Joseph Health, et al. v.
Actavis Holdco U.S., Inc., et al. (23-cv-03636)*


/s/ Terri A. Pawelski
Terri A. Pawelski
Spencer Osborne
MONTGOMERY McCRACKEN WALKER
& RHOADS LLP
1735 Market St., 20th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 772-7284
tpawelski@mmwr.com


*Counsel for Defendant Zydus
Pharmaceuticals (USA) Inc., in Providence St.
Joseph Health, et al. v. Actavis Holdco U.S.,
Inc., et al. (23-cv-03636)*

*/s/ David Schertler*
David Schertler
Lisa Schertler
Tara Tighe
Schertler Onorato Mead & Sears, LLP
555 13th Street NW, Suite 500 West
Washington, DC 20004
Phone: (202) 628-4199
Fax: (202) 628-4177
dschertler@schertlerlaw.com
lschertler@schertlerlaw.com
ttighe@schertlerlaw.com

*Counsel for Defendant Konstantin Ostaficiuk*

*/s/ Michelle N. Lipkowitz*
Michelle N. Lipkowitz
Mintz, Levin, Cohn, Ferris, Glovsky and
Popeo, P.C .
555 12th Street NW
Suite 1100
Washington, DC 20004
(202) 434-7448
mnlipkowitz@mintz.com

*Counsel for Defendant Mitchell S. Blashinsky*

*/s/ Michael G. Considine*
Michael G. Considine
Laura E. Miller
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
considine@sewkis.com
millerl@sewkis.com

*Counsel for Defendant Jill Nailor*

*/s/ G. Robert Gage, Jr.*
Guy Petrillo
Christina Karam
Petrillo Klein + Boxer LLP
655 Third Avenue, 12th Floor
New York, New York 10017
(212) 370-0330
gpetrillo@pkbllp.com
ckaram@pkbllp.com

*Counsel for Douglas Boothe*

*/s/ Peter Ryan*
L. Barrett Boss
Thomas J. Ingalls
COZEN O'CONNOR, P.C.
2001 M Street, NW, Suite 500
Washington, DC 20036
Telephone: (202) 912-4818
Facsimile: (866) 413-0172
bboss@cozen.com
tingalls@cozen.com

Peter M. Ryan
COZEN O'CONNOR, P.C.
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2130
Facsimile: (215) 701-2157
pryan@cozen.com

Rebecca Brodey
BOURELLY, GEORGE AND
BRODEY PLLC
1050 30th Street, NW
Washington, DC 20007
Telephone: (310) 500-6216
rebecca.brodey@bgblawyers.com

*Counsel for Defendant James Nesta*

11

/s/ Erica Weisgerber
Erica Weisgerber
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
eweisgerber@debevoise.com

Edward D. Hassi
Leah Martin
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 383-8000
thassi@debevoise.com
lmartin@debevoise.com

*Counsel for Defendant Hector Armando Kellum*

/s/ Meg Slachetka
Meg Slachetka
Leiv Blad
COMPETITION LAW PARTNERS
601 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 742-4300
meg@competitionlawpartners.com
leiv@competitionlawpartners.com

*Counsel for Defendant David Berthold*

/s/ Larry H. Krantz
Larry H. Krantz
Jerrold L. Steigman
KRANTZ & BERMAN LLP
747 Third Avenue, 32nd Floor
New York, New York 10017
Tel: (212) 661-0009
lkrantz@krantzberman.com
jsteigman@krantzberman.com

*Counsel for Defendant James Brown*

/s/ Jeffrey D. Smith
Jeffrey D. Smith
Alice M. Bergen
DECOTIIS, FITZPATRICK, COLE &
GIBLIN, LLP
61 South Paramus Road
Paramus, New Jersey 07652
Telephone: (201) 907-5228
jsmisth@decotiislaw.com
abergen@decotiislaw.com

*Counsel for Defendant Robin Hatosy (Strzeminski)*

/s/ Stephan Matanovic
Stephan Matanovic (Pa. No. 83459)
Bailey Duquette P.C.
57 N. 2nd Street, 2nd Floor
Philadelphia, PA 19106
215.660.7600
stephan@baileyduquette.com

James Bailey
Bailey Duquette P.C.
104 Charlton St., 1W
New York, NY 10014
212.658.1946
james@baileyduquette.com

Darrell Prescott
Darrell Prescott Law Office P.C.
104 Charlton Street, 1-W
New York, NY
(917) 510-3165
dp@darrellprescott.com

*Counsel for Defendant G&W Laboratories, Inc.*

/s/ Adam S. Lurie
Adam S. Lurie
LINKLATERS LLP
601 Thirteenth Street, NW
Suite 400S
Washington, DC 20005
Telephone: (202) 654-9200
Facsimile: (202) 654-9210
adam.lurie@linkaters.com

Michael Pilcher
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
michael.pilcher@linklaters.com

*Counsel for Defendant Michael Perfetto*

/s/ Jeffrey A. Brown
Jeffrey A. Brown
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3511
Fax: (212) 698-3599
jeffrey.brown@dechert.com

Stormie B. Mauck
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
Fax: (215) 994-2222
stormie.mauck.dechert.com

*Counsel for Defendant David Rekenthaler*

/s/ Thomas H. Suddath, Jr.
Thomas H. Suddath, Jr.
Reed Smith LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: 215-851-8100
Facsimile: 215-851-1420
tsuddath@reedsmith.com

*Counsel for Defendant Maureen Cavanaugh*

/s/ Amy B. Carver
Amy B. Carver
WELSH & RECKER, P.C.
306 Walnut Street
Philadelphia, PA 19106
Tel: (215) 972-6430
abcarver@welshrecker.com

*Counsel for Tracy Sullivan DiValerio*

/s/ Robert E. Welsh, Jr.
Robert E. Welsh, Jr.
Richard D. Walk, III
WELSH & RECKER, P.C.
306 Walnut Street
Philadelphia, PA 19106
Tel: (215) 972-6430
Fax: (985) 617-1021
rewelsh@welshrecker.com
rwalk@welshrecker.com

*Counsel for Defendant Kevin Green*

*/s/ W. Gordon Dobie*
W. Gordon Dobie
Frank A. Battaglia
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
wdobie@winston.com

Irving Wiesen
LAW OFFICES OF IRVING L. WIESEN, P.C.
420 Lexington Ave. – Suite 2400
New York, NY 10170
Tel: (212) 381-8774
Fax: (646) 536-3185
iwiesen@wiesenlaw.com

*Counsel for Defendant Ascend Laboratories, LLC*


*/s/ Calli Padilla*
Stephen A. Miller
Calli Jo Padilla
COZEN O'CONNOR P.C.
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-6938 (phone)
samiller@cozen.com
cpadilla@cozen.com

*Counsel for Defendant Richard Rogerson*