**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>THE KROGER CO., ET AL.,<br>Plaintiffs,<br>v.<br><br>ACTAVIS HOLDCO U.S., INC., ET AL.,<br>Defendants. | HON. CYNTHIA M. RUFE<br><br>Case No. 18-cv-284-CMR |

**DEFENDANT PERRIGO NEW YORK, INC.'S ANSWER TO THE SECOND AMENDED COMPLAINT FILED BY THE KROGER CO., ALBERTSONS COMPANIES, LLC, AND H.E. BUTT GROCERY COMPANY L.P.**

Defendant Perrigo New York, Inc. ("Perrigo"), by and through its undersigned attorneys, respectfully submits the following Answer and additional defenses to the Second Amended Complaint (the "Complaint") filed by the Kroger Co., Albertsons Companies, LLC, and H.E. Butt Grocery Company L.P. ("collectively, "Plaintiffs"). Except as expressly stated below, Perrigo answers and responds only to those allegations directed toward it. Perrigo is without sufficient knowledge or information to form a belief concerning the truth of the allegations in the Complaint directed toward other Defendants, and on that basis denies all such allegations. Perrigo answers and responds to each of the allegations in the Complaint as follows:

1. Perrigo denies the existence of any alleged conspiracy to fix, increase, stabilize or maintain the prices of generic pharmaceutical drugs. The remainder of Paragraph 1 does not contain any factual allegations to which a response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 1.

2. Perrigo denies the existence of any alleged conspiracy. The remainder of Paragraph 2 does not contain any factual allegations to which a response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 2.

3. Perrigo denies the existence of the alleged "generic drug price fixing conspiracy." Perrigo admits that on March 2, 2020, Sandoz, Inc. ("Sandoz") entered into a Deferred Prosecution Agreement. Perrigo denies the allegations concerning Perrigo in the DPA, and lacks sufficient knowledge or information to form a belief as to the truth of the other allegations contained within the DPA and on that basis denies them. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 3 and on that basis denies them.

4. Perrigo admits that on March 2, 2020, Sandoz, Inc. ("Sandoz") entered into a Deferred Prosecution Agreement ("DPA"), and that the DPA identified Perrigo. Perrigo denies the allegations concerning Perrigo in the DPA, and lacks sufficient knowledge or information to form a belief as to the truth of the other allegations contained within the DPA and on that basis denies them. Perrigo further denies the existence of the alleged "generic price fixing conspiracy." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 4 and on that basis denies them.

5. Perrigo denies the allegations in Paragraph 5.

6. Perrigo admits that the attorneys general of multiple states filed a complaint in the United States District Court for the District of Connecticut (20-cv-00802-MPS) alleging collusion among manufacturers of generic topical products. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 6 and on that basis denies them.

7. Perrigo denies the allegations in Paragraph 7.

8. Perrigo denies the allegations in Paragraph 8.

9. Perrigo denies the allegations in Paragraph 9.

10. Perrigo denies the allegations in Paragraph 10.

11. Perrigo denies the allegations in Paragraph 11.

12. Paragraph 12 does not contain any factual allegations to which a response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 12.

13. Perrigo denies that it engaged in price fixing with respect to any drugs listed in Paragraph 13 and referred to throughout the complaint as "Price-Fixed Generic Drugs" (referred to hereinafter as the "Drugs at Issue"). The remaining portions of Paragraph 13 do not contain any factual allegations to which a response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 13.

14. The allegations in Paragraph 14 state legal conclusions to which no response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 14.

15. The allegations in Paragraph 15 state legal conclusions to which no response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 15.

16. The allegations in Paragraph 16, including subparts (a) through (d), state legal conclusions to which no response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 16.

17. The allegations in Paragraph 17, including subparts (a) through (f) state legal conclusions to which no response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 17.

18. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 18 and on that basis denies them.

19. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 19 and on that basis denies them.

20. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 20 and on that basis denies them.

21. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 21 and on that basis denies them.

22. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 22 and on that basis denies them.

23. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 23 and on that basis denies them.

24. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 24 and on that basis denies them.

25. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 25 and on that basis denies them.

26. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 26 and on that basis denies them.

27. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 27 and on that basis denies them.

28. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 28 and on that basis denies them.

29. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 28 and on that basis denies them.

30. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 30 and on that basis denies them.

31. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 31 and on that basis denies them.

32. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 32 and on that basis denies them.

33. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 33 and on that basis denies them.

34. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 34 and on that basis denies them.

35. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 35 and on that basis denies them.

36. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 36 and on that basis denies them.

37. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 37, including subparts (a) through (r), and on that basis denies them.

38. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 38 and on that basis denies them.

39. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 39 and on that basis denies them.

40. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 39 and on that basis denies them.

41. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 41 and on that basis denies them.

42. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 42 and on that basis denies them.

43. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 43 and on that basis denies them.

44. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 44 and on that basis denies them.

45. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 44 and on that basis denies them.

46. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 46 and on that basis denies them.

47. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 47 and on that basis denies them.

48. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 48 and on that basis denies them.

49. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 49 and on that basis denies them.

50. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 50 and on that basis denies them.

51. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 51 and on that basis denies them.

52. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 52 and on that basis denies them.

53. Perrigo admits that it is a Delaware corporation, and admits that it is a subsidiary of Perrigo Company plc. Perrigo denies that its principal place of business is in Allegan, Michigan. Perrigo denies that it "sold one or more of the Price-Fixed Generic Drugs throughout the United States and its territories," but admits that affiliates of Perrigo New York, Inc., including Perrigo Pharmaceuticals Company, sold one or more of the alleged Drugs at Issue to purchasers in the United States during the time period at issue in Plaintiffs' Complaint. Perrigo will respond to allegations addressed to and concerning "Perrigo" in the complaint as if those allegations addressed those affiliates. Perrigo denies the remaining allegations in the last sentence of Paragraph 53. The remainder of Paragraph 53 does not contain any factual allegations to which a response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 53.

54. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 54 and on that basis denies them.

55. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 55 and on that basis denies them.

56. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 56 and on that basis denies them.

57. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 57 and on that basis denies them.

58. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 58 and on that basis denies them.

59. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 59 and on that basis denies them.

60. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 60 and on that basis denies them.

61. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 61 and on that basis denies them.

62. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 62 and on that basis denies them.

63. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 63 and on that basis denies them.

64. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 64 and on that basis denies them.

65. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 65 and on that basis denies them.

66. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 66 and on that basis denies them.

67. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 67 and on that basis denies them.

68. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 68 and on that basis denies them.

69. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 69 and on that basis denies them.

70. Perrigo denies the allegations in Paragraph 70.

71. Perrigo denies the existence of any co-conspirators, including the existence of any "additional co-conspirators." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 71 and on that basis denies them.

72. Perrigo denies the allegations in Paragraph 72.

73. Perrigo denies the allegations in Paragraph 73.

74. Perrigo denies the allegations in Paragraph 74.

75. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 75, including subparts (a) through (d), and on that basis denies them.

76. Perrigo denies the allegations in Paragraph 76.

77. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 77 and on that basis denies them.

78. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 78 and on that basis denies them.

79. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 79 and on that basis denies them.

80. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 80 and on that basis denies them.

81. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 81 and on that basis denies them.

82. Perrigo admits the allegations in the first two sentences of Paragraph 82. Perrigo also admits that manufacturers seeking approval to sell a generic version of a Reference Listed Drug may file an Abbreviated New Drug Application ("ANDA"). Perrigo further admits that a generic drug product is required by the FDA to be bioequivalent to a Reference Listed Drug, and that a generic drug that receives an AB rating has been determined by the FDA to be therapeutically equivalent to a brand name drug. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 82 and on that basis denies them.

83. Perrigo admits the allegations in the last sentence of Paragraph 83. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 83 and on that basis denies them.

84. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 84 and on that basis denies them.

85. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 85 and on that basis denies them.

86. Perrigo admits that generic drug products are required by the FDA to be bioequivalent to Reference Listed Drugs. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 86 and on that basis denies them.

87. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 87 and on that basis denies them.

88. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 88 and on that basis denies them.

89. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 89 and on that basis denies them.

90. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 90 and on that basis denies them.

91. Perrigo admits the allegations in the first two sentences of Paragraph 91. Perrigo also admits that WAC typically does not include discounts, and that WAC is reported to certain pricing compendia. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 91 and on that basis denies them.

92. Perrigo denies that the Antitrust Division of the U.S. Department of Justice ("DOJ") considers Perrigo a subject or target of the division's grand jury investigation of antitrust violations in the generic drug industry. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 92 and on that basis denies them.

93. Perrigo admits that the DOJ opened a grand jury investigation of alleged antitrust violations in the generic drug industry, and that at one point, Perrigo was a subject of the investigation. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 93 and on that basis denies them.

94. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 94 and on that basis denies them.

95. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 95 and on that basis denies them.

96. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 96 and on that basis denies them.

97. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 97 and on that basis denies them.

98. Perrigo denies the existence of any alleged conspiracy (or, alternatively, conspiracies), and the allegations in the last sentence of Paragraph 98. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 98 and on that basis denies them.

99. Perrigo admits that on May 2, 2017, it disclosed that "search warrants were executed at the Company's corporate offices associated with an ongoing investigation by the U.S. Department of Justice Antitrust Division related to drug pricing in the pharmaceutical industry." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 99 and on that basis denies them.

100. Perrigo admits that on May 2, 2017, it disclosed that "search warrants were executed at the Company's corporate offices associated with an ongoing investigation by the U.S. Department of Justice Antitrust Division related to drug pricing in the pharmaceutical industry." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 100 and on that basis denies them.

101. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 101 and on that basis denies them.

102. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 102 and on that basis denies them.

103. Perrigo admits that the DOJ intervened in MDL 2724, and filed a motion to stay discovery. To the extent that Paragraph 103 purports to set forth the contents of the DOJ's motion to stay discovery, the content of which speaks for itself, Perrigo refers to the motion to stay discovery for a complete statement of its contents. Perrigo denies the allegations in Paragraph 103 to the extent that they are inconsistent with the contents of the DOJ's motion to stay discovery. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 103 and on that basis denies them.

104. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 104 and on that basis denies them.

105. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 105 and on that basis denies them.

106. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 106 and on that basis denies them.

107. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 107 and on that basis denies them.

108. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 108 and on that basis denies them.

109. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 109 and on that basis denies them.

110. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 110 and on that basis denies them.

111. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 111 and on that basis denies them.

112. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 112 and on that basis denies them.

113. Perrigo admits that the March 2, 2020, the DOJ charged Sandoz with a four-count Information alleging four separate violations of the Sherman Act. Perrigo denies the allegations concerning Perrigo contained in the Information. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 113 and on that basis denies them.

114. Perrigo admits that Sandoz entered into a DPA with the DOJ. Perrigo denies all allegations concerning Perrigo contained within the DPA. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 114 and on that basis denies them.

115. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 115 and on that basis denies them.

116. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 116 and on that basis denies them.

117. Perrigo admits that the March 2, 2020 DPA entered into by Sandoz includes language purporting to admit that "[f]rom in or about July 2013 and continuing until in or about December 2015, Sandoz conspired to suppress and eliminate competition by agreeing to allocate customers and rig bids for, and/or stabilize, maintain, and fix prices of, certain drugs, including desonide ointment" with Perrigo. Perrigo denies that it engaged in any such unlawful conduct. Perrigo also denies the remaining allegations in Paragraph 117 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 117 and on that basis denies them.

118. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 118 and on that basis denies them.

119. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 119 and on that basis denies them.

120. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 120 and on that basis denies them.

121. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 121 and on that basis denies them.

122. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 122 and on that basis denies them.

123. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 123 and on that basis denies them.

124. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 124 and on that basis denies them.

125. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 125 and on that basis denies them.

126. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 126 and on that basis denies them.

127. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 127 and on that basis denies them.

128. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 128 and on that basis denies them.

129. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 129 and on that basis denies them.

130. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 130 and on that basis denies them.

131. Perrigo admits that the attorneys general of multiple states, led by Connecticut, filed a complaint against Perrigo, and other corporate generic drug manufacturers, in the United States District Court for the District of Connecticut (20-cv-00802-MPS) (the "State AG Complaint"), alleging a conspiracy to fix prices and allocate customers. Perrigo also admits that the State AG Complaint contains allegations surrounding 80 drugs and 26 corporate generic drug manufacturers. Perrigo denies all allegations directed at Perrigo concerning the alleged "conspiracy to fix prices and allocate customers" in the State AG Complaint, and incorporates by reference its Answer to the State AG Complaint (ECF No. 416). Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 131 and on that basis denies them.

132. Perrigo denies that the State AG Complaint contains the language quoted in Paragraph 132. Perrigo also denies the allegations in Paragraph 132 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 132 and on that basis denies them.

133. The first sentence of Paragraph 133 purports to set forth the contents of the State AG Complaint, the content of which speaks for itself. Perrigo refers to the State AG Complaint for a complete statement of its contents, and denies the allegations in the State AG Complaint that are directed at Perrigo. Perrigo incorporates by reference its Answer to the State AG Complaint. Perrigo denies the remaining allegations in Paragraph 133.

134. Paragraph 134 purports to quote from the State AG Complaint, the content of which speaks for itself. Perrigo refers to the State AG Complaint for a complete statement of its contents, and denies the allegations in the State AG Complaint that are directed at Perrigo. Perrigo incorporates by reference its Answer to the State AG Complaint. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 133 and on that basis denies them.

135. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 135 and on that basis denies them.

136. Perrigo denies the allegations in the first sentence of Paragraph 136. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 136 and on that basis denies them.

137. Perrigo denies the allegations in the first two sentences of Paragraph 137. The remaining portions of Paragraph 137, including subparts (a) through (g), do not contain any factual allegations to which a response is required. To the extent a response is deemed necessary, Perrigo denies the remaining allegations in Paragraph 137.

138. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 138 and on that basis denies them.

139. Perrigo admits that in October 2014, Senator Bernie Sanders and Representative Elijah Cummings were conducting an investigation into price increases for generic drugs, and that they sent letters to 14 generic drug manufacturers requesting documents and information. Perrigo also admits that on November 20, 2014, the United States Senate Subcommittee on Primary Health and Aging of the Committee on Health Education, Labor, and Pensions held a hearing entitled "Why are Some Generic Drugs Skyrocketing in Price." Perrigo admits that Senator Sanders

participated in the hearing, and that five witnesses testified. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 139 and on that basis denies them.

140. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 140 and on that basis denies them.

141. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 141 and on that basis denies them.

142. Perrigo denies the allegations in Paragraph 142.

143. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 143 and on that basis denies them.

144. Perrigo denies the allegations in Paragraph 144.

145. Perrigo admits that certain employees were members of trade associations. Perrigo denies the remaining allegations in Paragraph 145.

146. Perrigo admits that certain trade associations, including GPhA and ECRM, hosted industry meetings and events. Perrigo denies the remaining allegations in Paragraph 146.

147. Perrigo denies the allegations in Paragraph 147, including subparts (a) through (g).

148. Perrigo denies the allegations in Paragraph 148.

149. Perrigo denies the allegations in Paragraph 149.

150. Perrigo denies the allegations in Paragraph 150 that are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 150 and on that basis denies them.

151. Perrigo admits that certain of its employees were members of trade associations. Perrigo denies the remaining allegations in Paragraph 151.

152. Perrigo admits that certain of its employees were members of GPhA. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 152 and on that basis denies them.

153. Perrigo admits that GPhA held events. Perrigo denies that Exhibit 1 accurately reflects the GPhA meetings attended by Perrigo employees. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 153 and on that basis denies them.

154. Perrigo admits that GPhA held meetings and events. Perrigo denies the remaining allegations in the first two sentences of Paragraph 154. The last sentence of Paragraph 154 purports to set forth the contents of the State AG Complaint. Perrigo refers to the State AG Complaint for a complete statement of its contents, and denies the allegations in the State AG Complaint that are directed at Perrigo. Perrigo incorporates by reference its Answer to the State AG Complaint.

155. Perrigo admits that both Douglas Boothe and Richard Stec were on the GPhA Board of Directors during certain periods of time. Perrigo denies the allegations in the first sentence of Paragraph 155. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 155 and on that basis denies them.

156. Perrigo denies the allegations in Paragraph 156.

157. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 157 and on that basis denies them.

158. Perrigo denies the allegations in Paragraph 158.

159. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 159 and on that basis denies them.

160. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 160 and on that basis denies them.

161. Perrigo admits that MMCAP holds conferences. Perrigo denies that Exhibit 1 accurately reflects the MMCAP meetings attended by Perrigo employees. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 161 and on that basis denies them.

162. Perrigo admits that ECRM holds meetings. Perrigo denies that Exhibit 1 accurately reflects the ECRM meetings attended by Perrigo employees. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 162 and on that basis denies them.

163. Perrigo denies the allegations in Paragraph 163.

164. Perrigo denies the allegations in Paragraph 164.

165. Perrigo admits that it has offices in New York and New Jersey. Perrigo denies the remaining allegations in the first sentence of Paragraph 165. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 165 and on that basis denies them.

166. Perrigo denies the allegations in Paragraph 166.

167. Perrigo denies the allegations in Paragraph 167.

168. Perrigo denies the allegations in Paragraph 168.

169. Perrigo denies the allegations in Paragraph 169.

170. Perrigo denies the allegations in Paragraph 170.

171. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 171 and on that basis denies them.

172. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 172 and on that basis denies them.

173. Perrigo denies the allegations in Paragraph 173.

174. Perrigo denies the allegations in Paragraph 174.

175. Perrigo denies the allegations in Paragraph 175.

176. Perrigo denies the allegations in the first sentence of Paragraph 176. Perrigo also denies the existence of the alleged "overarching conspiracy," and the existence of alleged "conspiracies regarding the sale of specific drugs." The remainder of Paragraph 176 does not contain any factual allegations to which a response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 176.

177. Perrigo denies the allegations in the first, second, and fourth sentences of Paragraph 177. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 177 and on that basis denies them.

178. Perrigo denies the allegations in Paragraph 178.

179. Perrigo denies the allegations in Paragraph 179 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 179 and on that basis denies them.

180. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 180 and on that basis denies them.

181. Perrigo denies the allegations in Paragraph 181 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 181 and on that basis denies them.

182. Perrigo denies the allegations in the first two sentences of Paragraph 182 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 182 and on that basis denies them.

183. Paragraph 183 does not contain any factual allegations to which a response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 183.

184. Perrigo denies the allegations in the first and last sentences of Paragraph 184. Perrigo further denies the existence of an “interlocking, overlapping web of collusion formed by Defendants.” Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 184 and on that basis denies them.

185. Perrigo denies the allegations in Paragraph 185.

186. Perrigo denies the allegations in the first sentence of Paragraph 186. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 186 and on that basis denies them.

187. Perrigo denies the allegations in the first sentence of Paragraph 187. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 187 and on that basis denies them.

188. Perrigo denies the existence of the alleged understanding. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 188 and on that basis denies them.

189. Perrigo denies the allegations in Paragraph 189.

190. Perrigo denies the existence of the alleged “common goal.” Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 190 and on that basis denies them.

191. Perrigo denies the allegations in Paragraph 191.

192. Perrigo denies the allegations in Paragraph 192.

193. Perrigo denies the allegations in the first three sentences of Paragraph 193. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 193 and on that basis denies them.

194. Perrigo denies the allegations in Paragraph 194.

195. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 195 and on that basis denies them.

196. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 196 and on that basis denies them.

197. Perrigo denies the allegations in the first two sentences of Paragraph 197. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 197 and on that basis denies them.

198. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 198 and on that basis denies them.

199. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 199 and on that basis denies them.

200. Perrigo denies the allegations in the first three sentences of Paragraph 200. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 200 and on that basis denies them.

201. Perrigo denies the allegations in the first two sentences of Paragraph 201. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 201 and on that basis denies them.

202. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 202 and on that basis denies them.

203. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 203 and on that basis denies them.

204. Perrigo denies the allegations in the first sentence of Paragraph 204. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 204 and on that basis denies them.

205. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 205 and on that basis denies them.

206. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 206 and on that basis denies them.

207. Perrigo denies the allegations in Paragraph 207.

208. Perrigo denies the allegations in the first sentence of Paragraph 208 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 208 and on that basis denies them.

209. Perrigo denies the allegations in the first sentence of Paragraph 209. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 209 and on that basis denies them.

210. Perrigo denies the allegations in the first sentence of Paragraph 210 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 210 and on that basis denies them.

211. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 211 and on that basis denies them.

212. Perrigo denies the allegations in the first two sentences of Paragraph 212. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 212 and on that basis denies them.

213. Perrigo denies the allegations in Paragraph 213.

214. Perrigo denies the allegations in the first two sentences of Paragraph 214. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 214 and on that basis denies them.

215. Perrigo denies the allegations in the first sentence of Paragraph 215. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 215 and on that basis denies them.

216. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 216 and on that basis denies them.

217. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 217 and on that basis denies them.

218. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 218 and on that basis denies them.

219. [Complaint is missing Paragraph 219]

220. [Complaint is missing Paragraph 220]

221. [Complaint is missing Paragraph 221]

222. [Complaint is missing Paragraph 222]

223. [Complaint is missing Paragraph 223]

224. Perrigo denies the allegations in the first sentence of Paragraph 224 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 224 and on that basis denies them.

225. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 225 and on that basis denies them.

226. Perrigo denies the existence of the alleged conspiracy. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 226 and on that basis denies them.

227. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 227 and on that basis denies them.

228. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 228 and on that basis denies them.

229. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 229 and on that basis denies them.

230. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 230 and on that basis denies them.

231. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 231 and on that basis denies them.

232. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 232 and on that basis denies them.

233. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 233 and on that basis denies them.

234. Perrigo denies the allegations in the last sentence of Paragraph 234 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 234 and on that basis denies them.

235. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 235 and on that basis denies them.

236. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 236 and on that basis denies them.

237. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 237 and on that basis denies them.

238. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 238 and on that basis denies them.

239. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 239 and on that basis denies them.

240. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 240 and on that basis denies them.

241. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 241 and on that basis denies them.

242. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 242 and on that basis denies them.

243. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 243 and on that basis denies them.

244. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 244 and on that basis denies them.

245. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 245 and on that basis denies them.

246. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 246 and on that basis denies them.

247. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 247 and on that basis denies them.

248. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 248 and on that basis denies them.

249. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 249 and on that basis denies them.

250. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 250 and on that basis denies them.

251. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 251 and on that basis denies them.

252. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 252 and on that basis denies them.

253. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 253 and on that basis denies them.

254. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 254 and on that basis denies them.

255. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 255 and on that basis denies them.

256. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 256 and on that basis denies them.

257. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 257 and on that basis denies them.

258. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 258 and on that basis denies them.

259. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 259 and on that basis denies them.

260. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 260 and on that basis denies them.

261. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 261 and on that basis denies them.

262. Perrigo denies the allegations in the first sentence of Paragraph 262. The remaining portions of Paragraph 262 do not contain any factual allegations to which a response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 262.

263. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 263 and on that basis denies them.

264. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 264 and on that basis denies them.

265. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 265 and on that basis denies them.

266. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 266 and on that basis denies them.

267. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 267 and on that basis denies them.

268. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 268 and on that basis denies them.

269. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 269 and on that basis denies them.

270. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 270 and on that basis denies them.

271. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 271 and on that basis denies them.

272. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 272 and on that basis denies them.

273. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 273 and on that basis denies them.

274. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 274 and on that basis denies them.

275. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 275 and on that basis denies them.

276. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 276 and on that basis denies them.

277. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 277 and on that basis denies them.

278. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 278 and on that basis denies them.

279. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 279 and on that basis denies them.

280. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 280 and on that basis denies them.

281. Perrigo denies the allegations in Paragraph 281.

282. Perrigo denies the allegations in the first two sentences of Paragraph 282. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 282 and on that basis denies them.

283. Perrigo denies the allegations in Paragraph 283.

284. Perrigo admits that maximum allowable cost ("MAC") is a pricing tool that sets the maximum amount that a pharmacy can be reimbursed for a particular generic drug. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 284 and on that basis denies them.

285. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 285 and on that basis denies them.

286. Perrigo admits that an AB rating from the FDA indicates that a drug is therapeutically equivalent to another drug. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 286 and on that basis denies them.

287. Perrigo denies the allegations in Paragraph 287.

288. Perrigo denies the allegations in Paragraph 288.

289. Perrigo denies the allegations in Paragraph 289.

290. Perrigo denies the allegations in Paragraph 290.

291. Perrigo denies the allegations in Paragraph 291.

292. Perrigo denies the allegations in Paragraph 292.

293. Perrigo denies the allegations in Paragraph 293.

294. Perrigo denies the existence of any alleged conspiracy, and the existence of any alleged "drug-specific collusion." The remainder of Paragraph 294 does not contain any factual allegations to which a response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 294.

295. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 295 and on that basis denies them.

296. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 296 and on that basis denies them.

297. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 297 and on that basis denies them.

298. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 298 and on that basis denies them.

299. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 299 and on that basis denies them.

300. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 300 and on that basis denies them.

301. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 301 and on that basis denies them.

302. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 302 and on that basis denies them.

303. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 303 and on that basis denies them.

304. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 304 and on that basis denies them.

305. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 305 and on that basis denies them.

306. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 306 and on that basis denies them.

307. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 307 and on that basis denies them.

308. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 308 and on that basis denies them.

309. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 309 and on that basis denies them.

310. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 310 and on that basis denies them.

311. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 311 and on that basis denies them.

312. Perrigo admits the allegations in Paragraph 312.

313. Perrigo admits that it began selling the 45 g size of adapalene cream 0.1% on October 25, 2010. Perrigo denies that Perrigo and Fougera "colluded to allocate market share to Perrigo." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 313 and on that basis denies them.

314. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 314 and on that basis denies them.

315. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 315 and on that basis denies them.

316. Perrigo denies the allegations in the last sentence of Paragraph 316. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 316 and on that basis denies them.

317. Perrigo admits that Perrigo previously employed a salesperson with the initials A.F. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 317 and on that basis denies them.

318. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 318 and on that basis denies them.

319. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 319 and on that basis denies them.

320. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 320 and on that basis denies them.

321. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 321 and on that basis denies them.

322. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 322 and on that basis denies them.

323. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 323 and on that basis denies them.

324. Perrigo admits that John Wesolowski was a Perrigo executive who had responsibility for the generic prescription drug sales organization of Perrigo, of which T.P. was a part. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 324 and on that basis denies them.

325. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 325 and on that basis denies them.

326. Perrigo denies the allegations in the first sentence of Paragraph 326. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 326 and on that basis denies them.

327. Perrigo denies the existence of the alleged agreement between Perrigo and Sandoz. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 327 and on that basis denies them.

328. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 328 and on that basis denies them.

329. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 329 and on that basis denies them.

330. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 330 and on that basis denies them.

331. Perrigo denies that it "promptly conceded the customer." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 331 and on that basis denies them.

332. Perrigo denies the allegations in Paragraph 332.

333. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 333 and on that basis denies them.

334. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 334 and on that basis denies them.

335. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 335 and on that basis denies them.

336. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 336 and on that basis denies them.

337. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 337 and on that basis denies them.

338. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 338 and on that basis denies them.

339. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 339 and on that basis denies them.

340. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 340 and on that basis denies them.

341. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 341 and on that basis denies them.

342. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 342 and on that basis denies them.

343. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 343 and on that basis denies them.

344. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 344 and on that basis denies them.

345. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 345 and on that basis denies them.

346. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 346 and on that basis denies them.

347. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 347 and on that basis denies them.

348. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 348 and on that basis denies them.

349. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 349 and on that basis denies them.

350. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 350 and on that basis denies them.

351. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 351 and on that basis denies them.

352. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 352 and on that basis denies them.

353. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 353 and on that basis denies them.

354. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 354 and on that basis denies them.

355. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 355 and on that basis denies them.

356. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 356 and on that basis denies them.

357. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 357 and on that basis denies them.

358. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 358 and on that basis denies them.

359. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 359 and on that basis denies them.

360. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 360 and on that basis denies them.

361. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 361 and on that basis denies them.

362. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 362 and on that basis denies them.

363. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 363 and on that basis denies them.

364. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 364 and on that basis denies them.

365. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 365 and on that basis denies them.

366. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 366 and on that basis denies them.

367. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 367 and on that basis denies them.

368. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 368 and on that basis denies them.

369. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 369 and on that basis denies them.

370. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 370 and on that basis denies them.

371. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 371 and on that basis denies them.

372. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 372 and on that basis denies them.

373. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 373 and on that basis denies them.

374. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 374 and on that basis denies them.

375. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 375 and on that basis denies them.

376. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 376 and on that basis denies them.

377. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 377 and on that basis denies them.

378. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 378 and on that basis denies them.

379. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 379 and on that basis denies them.

380. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 380 and on that basis denies them.

381. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 381 and on that basis denies them.

382. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 382 and on that basis denies them.

383. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 383 and on that basis denies them.

384. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 384 and on that basis denies them.

385. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 385 and on that basis denies them.

386. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 386 and on that basis denies them.

387. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 387 and on that basis denies them.

388. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 388 and on that basis denies them.

389. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 389 and on that basis denies them.

390. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 390 and on that basis denies them.

391. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 391 and on that basis denies them.

392. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 392 and on that basis denies them.

393. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 393 and on that basis denies them.

394. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 394 and on that basis denies them.

395. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 395 and on that basis denies them.

396. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 396 and on that basis denies them.

397. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 397 and on that basis denies them.

398. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 398 and on that basis denies them.

399. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 399 and on that basis denies them.

400. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 400 and on that basis denies them.

401. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 401 and on that basis denies them.

402. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 402 and on that basis denies them.

403. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 403 and on that basis denies them.

404. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 404 and on that basis denies them.

405. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 405 and on that basis denies them.

406. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 406 and on that basis denies them.

407. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 407 and on that basis denies them.

408. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 408 and on that basis denies them.

409. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 409 and on that basis denies them.

410. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 410 and on that basis denies them.

411. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 411 and on that basis denies them.

412. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 412 and on that basis denies them.

413. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 413 and on that basis denies them.

414. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 414 and on that basis denies them.

415. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 415 and on that basis denies them.

416. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 416 and on that basis denies them.

417. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 417 and on that basis denies them.

418. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 418 and on that basis denies them.

419. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 419 and on that basis denies them.

420. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 420 and on that basis denies them.

421. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 421 and on that basis denies them.

422. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 422 and on that basis denies them.

423. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 423 and on that basis denies them.

424. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 424 and on that basis denies them.

425. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 425 and on that basis denies them.

426. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 426 and on that basis denies them.

427. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 427 and on that basis denies them.

428. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 428 and on that basis denies them.

429. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 429 and on that basis denies them.

430. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 430 and on that basis denies them.

431. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 431 and on that basis denies them.

432. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 432 and on that basis denies them.

433. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 433 and on that basis denies them.

434. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 434 and on that basis denies them.

435. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 435 and on that basis denies them.

436. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 436 and on that basis denies them.

437. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 437 and on that basis denies them.

438. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 438 and on that basis denies them.

439. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 439 and on that basis denies them.

440. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 440 and on that basis denies them.

441. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 441 and on that basis denies them.

442. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 442 and on that basis denies them.

443. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 443 and on that basis denies them.

444. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 444 and on that basis denies them.

445. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 445 and on that basis denies them.

446. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 446 and on that basis denies them.

447. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 447 and on that basis denies them.

448. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 448 and on that basis denies them.

449. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 449 and on that basis denies them.

450. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 450 and on that basis denies them.

451. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 451 and on that basis denies them.

452. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 452 and on that basis denies them.

453. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 453 and on that basis denies them.

454. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 454 and on that basis denies them.

455. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 455 and on that basis denies them.

456. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 456 and on that basis denies them.

457. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 457 and on that basis denies them.

458. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 458 and on that basis denies them.

459. Perrigo admits that betamethasone dipropionate lotion is a topical steroid used to treat inflammation caused by allergic reactions, eczema, and psoriasis. Perrigo also admits that it sold the 60 mL size of betamethasone dipropionate lotion 0.05%. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 459 and on that basis denies them.

460. Perrigo admits that it sold the 60 mL size of betamethasone dipropionate lotion 0.05% in 2010. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 460 and on that basis denies them.

461. Perrigo denies the existence of any alleged "collusive understanding" between Fougera and Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 461 and on that basis denies them.

462. Perrigo admits that on December 16, 2010, it held an internal meeting to discuss various price increase opportunities, including a potential increase on the 60 mL size of betamethasone dipropionate lotion 0.05%. Perrigo also admits that notes from the meeting included, amongst other things, the statement quoted in the second sentence of Paragraph 462. Perrigo denies that the quoted language expresses the full content or context of the notes. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 462 and on that basis denies them.

463. Perrigo admits that on January 4, 2011, it increased its published WAC for the 60 mL size of betamethasone dipropionate lotion 0.05% to $37.50, and that it increased its published WAC for the product before Fougera. Perrigo denies that it decided to raise its pricing on the 60 mL size of betamethasone dipropionate lotion 0.05% after a "series of phone calls" on December 16, 2010, and also denies that it increased its pricing by 504%. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 463 and on that basis denies them.

464. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 464 and on that basis denies them.

465. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 465 and on that basis denies them.

466. Perrigo denies the allegation that it was allegedly coordinating with Fougera to raise prices on the 60 mL size of betamethasone dipropionate lotion 0.05%. Perrigo lacks sufficient

knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 466 and on that basis denies them.

467. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 467 and on that basis denies them.

468. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 468 and on that basis denies them.

469. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 469 and on that basis denies them.

470. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 470 and on that basis denies them.

471. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 471 and on that basis denies them.

472. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 472 and on that basis denies them.

473. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 473 and on that basis denies them.

474. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 474 and on that basis denies them.

475. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 475 and on that basis denies them.

476. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 476 and on that basis denies them.

477. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 477 and on that basis denies them.

478. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 478 and on that basis denies them.

479. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 479 and on that basis denies them.

480. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 480 and on that basis denies them.

481. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 481 and on that basis denies them.

482. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 482 and on that basis denies them.

483. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 483 and on that basis denies them.

484. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 484 and on that basis denies them.

485. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 485 and on that basis denies them.

486. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 486 and on that basis denies them.

487. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 487 and on that basis denies them.

488. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 488 and on that basis denies them.

489. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 489 and on that basis denies them.

490. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 490 and on that basis denies them.

491. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 491 and on that basis denies them.

492. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 492 and on that basis denies them.

493. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 493 and on that basis denies them.

494. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 494 and on that basis denies them.

495. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 495 and on that basis denies them.

496. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 496 and on that basis denies them.

497. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 497 and on that basis denies them.

498. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 498 and on that basis denies them.

499. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 499 and on that basis denies them.

500. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 500 and on that basis denies them.

501. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 501 and on that basis denies them.

502. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 502 and on that basis denies them.

503. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 503 and on that basis denies them.

504. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 504 and on that basis denies them.

505. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 505 and on that basis denies them.

506. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 506 and on that basis denies them.

507. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 507 and on that basis denies them.

508. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 508 and on that basis denies them.

509. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 509 and on that basis denies them.

510. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 510 and on that basis denies them.

511. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 511 and on that basis denies them.

512. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 512 and on that basis denies them.

513. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 513 and on that basis denies them.

514. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 514 and on that basis denies them.

515. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 515 and on that basis denies them.

516. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 516 and on that basis denies them.

517. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 517 and on that basis denies them.

518. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 518 and on that basis denies them.

519. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 519 and on that basis denies them.

520. Perrigo admits the allegations in Paragraph 520.

521. Perrigo admits that in December 2012 it was selling the 30 count and 100 count sizes of bromocriptine mesylate tablets (2.5 mg), and that Sandoz and Mylan also sold the product

at that time. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 521 and on that basis denies them.

522. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 522 and on that basis denies them.

523. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 523 and on that basis denies them.

524. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 524 and on that basis denies them.

525. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 525 and on that basis denies them.

526. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 526 and on that basis denies them.

527. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 527 and on that basis denies them.

528. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 528 and on that basis denies them.

529. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 529 and on that basis denies them.

530. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 530 and on that basis denies them.

531. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 531 and on that basis denies them.

532. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 532 and on that basis denies them.

533. Perrigo denies that T.P. "reported back" to John Wesolowski as alleged. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 533 and on that basis denies them.

534. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 534 and on that basis denies them.

535. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 535 and on that basis denies them.

536. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 536 and on that basis denies them.

537. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 537 and on that basis denies them.

538. Perrigo admits that it did not increase its published WAC for the 30 count and 100 count sizes of bromocriptine mesylate tablets (2.5 mg) in 2013. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 538 and on that basis denies them.

539. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 539 and on that basis denies them.

540. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 540 and on that basis denies them.

541. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 541 and on that basis denies them.

542. Perrigo admits that the emails quoted in Paragraph 542 contain, among other things, the language quoted in Paragraph 542. To the extent that Paragraph 542 purports to set forth the contents of the emails, Perrigo refers to the cited emails for a complete statement of their contents, and denies the remaining allegations in Paragraph 542 to the extent they are inconsistent with the contents of the emails. Perrigo denies that the language quoted in Paragraph 542 expresses the full content or context of the communications. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 542 and on that basis denies them.

543. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 543 and on that basis denies them.

544. Perrigo admits that it increased its published WAC on the 30 count and 100 count sizes of bromocriptine mesylate tablets (2.5 mg) in October 2014. Perrigo denies the remaining allegations in Paragraph 544.

545. Perrigo admits that John Wesolowski was a Perrigo executive who had responsibility for the generic prescription drug sales organization of Perrigo, of which T.P. was a part. Perrigo also admits that on October 7, 2014, Perrigo sent out a product announcement notifying its customers that it was increasing its published WAC and AWP on the 30 and 100 count sizes of 2.5 mg bromocriptine mesylate tablets, effective October 9, 2014. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 545 and on that basis denies them.

546. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 546 and on that basis denies them.

547. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 547 and on that basis denies them.

548. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 548 and on that basis denies them.

549. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 549 and on that basis denies them.

550. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 550 and on that basis denies them.

551. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 551 and on that basis denies them.

552. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 552 and on that basis denies them.

553. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 553 and on that basis denies them.

554. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 554 and on that basis denies them.

555. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 555 and on that basis denies them.

556. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 556 and on that basis denies them.

557. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 557 and on that basis denies them.

558. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 558 and on that basis denies them.

559. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 559 and on that basis denies them.

560. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 560 and on that basis denies them.

561. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 561 and on that basis denies them.

562. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 562 and on that basis denies them.

563. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 563 and on that basis denies them.

564. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 564 and on that basis denies them.

565. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 565 and on that basis denies them.

566. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 566 and on that basis denies them.

567. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 567 and on that basis denies them.

568. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 568 and on that basis denies them.

569. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 569 and on that basis denies them.

570. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 570 and on that basis denies them.

571. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 571 and on that basis denies them.

572. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 572 and on that basis denies them.

573. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 573 and on that basis denies them.

574. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 574 and on that basis denies them.

575. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 575 and on that basis denies them.

576. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 576 and on that basis denies them.

577. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 577 and on that basis denies them.

578. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 578 and on that basis denies them.

579. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 579 and on that basis denies them.

580. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 580 and on that basis denies them.

581. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 581 and on that basis denies them.

582. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 582 and on that basis denies them.

583. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 583 and on that basis denies them.

584. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 584 and on that basis denies them.

585. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 585 and on that basis denies them.

586. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 586 and on that basis denies them.

587. Perrigo admits that calcipotriene betamethasone dipropionate ointment is known by the brand name Taclonex and is a corticosteroid combination product. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 587 and on that basis denies them.

588. Perrigo admits that it was preparing to launch the Authorized Generic version of the 60 g and 100 g sizes of calcipotriene betamethasone dipropionate ointment 0.005-0.064% ("cal beta dip ointment") in early 2014. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 588 and on that basis denies them.

589. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 589 and on that basis denies them.

590. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 590 and on that basis denies them.

591. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 591 and on that basis denies them.

592. Perrigo admits that John Wesolowski was a Perrigo executive who had responsibility for the generic prescription drug sales organization of Perrigo, of which T.P. was a part. Perrigo also admits that on March 14, 2014, it held an internal meeting to discuss its cal beta dip ointment launch. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 592 and on that basis denies them.

593. Perrigo admits that it previously employed a marketing executive with the initials J.B. Perrigo also admits that following an internal meeting on March 14, 2014, J.B. circulated two documents about cal beta dip ointment that were discussed during the meeting. Perrigo further admits that one of the documents shows that Perrigo's "target share" for cal beta dip ointment was 50%, but denies that the quoted language expresses the full content or context of the document. Perrigo refers to the document for a complete statement of its contents, and denies the allegations in Paragraph 593 to the extent that they are inconsistent with the document. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 593 and on that basis denies them.

594. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 594 and on that basis denies them.

595. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 595 and on that basis denies them.

596. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 596 and on that basis denies them.

597. Perrigo denies the allegations in the first sentence of Paragraph 597. Perrigo further denies that T.P. reported the substance of any of the alleged communications "to his supervisor, Wesolowski, seeking direction from him on how to respond to CW-3." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 597 and on that basis denies them.

598. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 598 and on that basis denies them.

599. Perrigo denies the allegations in the first two sentences of Paragraph 599. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 599 and on that basis denies them.

600. Perrigo admits that it launched the 60 g and 100 g sizes of cal beta dip ointment on April 1, 2014. Perrigo denies that its published WAC for the 60 g and 100 g sizes of cal beta dip ointment matched the price points reflected in the notebook. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 600 and on that basis denies them.

601. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 601 and on that basis denies them.

602. Perrigo denies the allegations in the first sentence of Paragraph 602. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 602 and on that basis denies them.

603. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 603 and on that basis denies them.

604. Perrigo denies the allegations in the first three sentences of Paragraph 604. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 604 and on that basis denies them.

605. Perrigo denies the allegations in the second sentence of Paragraph 605. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 605 and on that basis denies them.

606. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 606 and on that basis denies them.

607. Perrigo denies the allegations in Paragraph 607 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 607 and on that basis denies them.

608. Perrigo denies the allegations in the second sentence of Paragraph 608. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 608 and on that basis denies them.

609. Perrigo denies the existence of the alleged plan. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 609 and on that basis denies them.

610. Perrigo denies that Omnicare reached out to Perrigo to ask for a bid on cal beta dip ointment on March 21, 2014. Perrigo also denies that P.H., a Perrigo salesperson, forwarded the request to John Wesolowski. Perrigo admits that emails demonstrate that John Wesolowski wrote an email that contains the quoted language in the third sentence of Paragraph 610, and that P.H. then sent an email to Omnicare that contained the quoted language in the fourth sentence of Paragraph 610. Perrigo denies that the quoted language in the third and fourth sentences of Paragraph 610 expresses the full content or context of the email communications. Perrigo refers to the email communications for a complete statement of their contents, and denies the allegations in Paragraph 610 to the extent that they are inconsistent with the communications. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 610 and on that basis denies them.

611. Perrigo admits that it launched the 60 g and 100 g sizes of cal beta dip ointment on March 31, 2014. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 611 and on that basis denies them.

612. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 612 and on that basis denies them.

613. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 613 and on that basis denies them.

614. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 614 and on that basis denies them.

615. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 615 and on that basis denies them.

616. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 616 and on that basis denies them.

617. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 617 and on that basis denies them.

618. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 618 and on that basis denies them.

619. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 619 and on that basis denies them.

620. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 620 and on that basis denies them.

621. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 621 and on that basis denies them.

622. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 622 and on that basis denies them.

623. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 623 and on that basis denies them.

624. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 624 and on that basis denies them.

625. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 625 and on that basis denies them.

626. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 626 and on that basis denies them.

627. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 627 and on that basis denies them.

628. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 628 and on that basis denies them.

629. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 629 and on that basis denies them.

630. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 630 and on that basis denies them.

631. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 631 and on that basis denies them.

632. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 632 and on that basis denies them.

633. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 633 and on that basis denies them.

634. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 634 and on that basis denies them.

635. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 635 and on that basis denies them.

636. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 636 and on that basis denies them.

637. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 637 and on that basis denies them.

638. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 638 and on that basis denies them.

639. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 639 and on that basis denies them.

640. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 640 and on that basis denies them.

641. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 641 and on that basis denies them.

642. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 642 and on that basis denies them.

643. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 643 and on that basis denies them.

644. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 644 and on that basis denies them.

645. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 645 and on that basis denies them.

646. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 646 and on that basis denies them.

647. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 647 and on that basis denies them.

648. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 648 and on that basis denies them.

649. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 649 and on that basis denies them.

650. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 650 and on that basis denies them.

651. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 651 and on that basis denies them.

652. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 652 and on that basis denies them.

653. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 653 and on that basis denies them.

654. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 654 and on that basis denies them.

655. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 655 and on that basis denies them.

656. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 656 and on that basis denies them.

657. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 657 and on that basis denies them.

658. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 658 and on that basis denies them.

659. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 659 and on that basis denies them.

660. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 660 and on that basis denies them.

661. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 661 and on that basis denies them.

662. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 662 and on that basis denies them.

663. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 663 and on that basis denies them.

664. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 664 and on that basis denies them.

665. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 665 and on that basis denies them.

666. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 666 and on that basis denies them.

667. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 667 and on that basis denies them.

668. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 668 and on that basis denies them.

669. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 669 and on that basis denies them.

670. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 670 and on that basis denies them.

671. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 671 and on that basis denies them.

672. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 672 and on that basis denies them.

673. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 673 and on that basis denies them.

674. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 674 and on that basis denies them.

675. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 675 and on that basis denies them.

676. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 676 and on that basis denies them.

677. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 677 and on that basis denies them.

678. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 678 and on that basis denies them.

679. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 679 and on that basis denies them.

680. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 680 and on that basis denies them.

681. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 681 and on that basis denies them.

682. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 682 and on that basis denies them.

683. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 683 and on that basis denies them.

684. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 684 and on that basis denies them.

685. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 685 and on that basis denies them.

686. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 686 and on that basis denies them.

687. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 687 and on that basis denies them.

688. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 688 and on that basis denies them.

689. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 689 and on that basis denies them.

690. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 690 and on that basis denies them.

691. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 691 and on that basis denies them.

692. Perrigo admits that ciclopirox cream and ciclopirox shampoo are both known by the brand name Loprox, and that ciclopirox solution is known by the brand name Penlac. Perrigo also admits that ciclopirox is sold in cream, shampoo, and solution formulations. Perrigo lacks

sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 692 and on that basis denies them.

693. Perrigo admits that it was selling the 15 g, 30 g, and 90 g sizes of ciclopirox cream .77% in the summer of 2011. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 693 and on that basis denies them.

694. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 694 and on that basis denies them.

695. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 695 and on that basis denies them.

696. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 696 and on that basis denies them.

697. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 697 and on that basis denies them.

698. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 698 and on that basis denies them.

699. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 699 and on that basis denies them.

700. Perrigo admits that it previously employed a high-level executive with the initials S.K. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 700 and on that basis denies them.

701. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 701 and on that basis denies them.

702. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 702 and on that basis denies them.

703. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 703 and on that basis denies them.

704. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 704 and on that basis denies them.

705. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 705 and on that basis denies them.

706. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 706 and on that basis denies them.

707. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 707 and on that basis denies them.

708. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 708 and on that basis denies them.

709. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 709 and on that basis denies them.

710. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 710 and on that basis denies them.

711. Perrigo admits that NACDS holds an annual meeting. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 711 and on that basis denies them.

712. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 712 and on that basis denies them.

713. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 713 and on that basis denies them.

714. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 714 and on that basis denies them.

715. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 715 and on that basis denies them.

716. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 716 and on that basis denies them.

717. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 717 and on that basis denies them.

718. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 718 and on that basis denies them.

719. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 719 and on that basis denies them.

720. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 720 and on that basis denies them.

721. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 721 and on that basis denies them.

722. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 722 and on that basis denies them.

723. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 723 and on that basis denies them.

724. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 724 and on that basis denies them.

725. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 725 and on that basis denies them.

726. Perrigo denies the allegations in Paragraph 726.

727. Perrigo admits the allegations in Paragraph 727.

728. Perrigo admits that it began selling the 30 mL and 60 mL sizes of clindamycin phosphate topical solution 1% in late 2013. Perrigo denies "coordinating to avoid competition and minimize price erosion consistent with the 'fair share' understanding." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 728 and on that basis denies them.

729. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 729 and on that basis denies them.

730. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 730 and on that basis denies them.

731. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 731 and on that basis denies them.

732. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 732 and on that basis denies them.

733. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 733 and on that basis denies them.

734. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 734 and on that basis denies them.

735. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 735 and on that basis denies them.

736. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 736 and on that basis denies them.

737. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 737 and on that basis denies them.

738. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 738 and on that basis denies them.

739. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 739 and on that basis denies them.

740. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 740 and on that basis denies them.

741. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 741 and on that basis denies them.

742. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 742 and on that basis denies them.

743. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 743 and on that basis denies them.

744. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 744 and on that basis denies them.

745. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 745 and on that basis denies them.

746. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 746 and on that basis denies them.

747. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 747 and on that basis denies them.

748. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 748 and on that basis denies them.

749. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 749 and on that basis denies them.

750. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 750 and on that basis denies them.

751. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 751 and on that basis denies them.

752. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 752 and on that basis denies them.

753. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 753 and on that basis denies them.

754. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 754 and on that basis denies them.

755. Perrigo admits that it obtained approval to sell clindamycin solution prior to late-2012, and that it was not active in the market in late-2012. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 755 and on that basis denies them.

756. Perrigo admits that internal Perrigo emails contain, among other things, the language quoted in Paragraph 756. To the extent that Paragraph 756 purports to set for the contents of the emails, Perrigo refers to the emails for a complete statement of the contents, and denies the allegations in Paragraph 756 to the extent that they are inconsistent with the contents of the email. Perrigo denies that the language quoted in Paragraph 756 express the full content or context of the communication. Perrigo also denies that it was in "frequent communication with its competitors at every important step throughout the process." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 756 and on that basis denies them.

757. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 757 and on that basis denies them.

758. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 758 and on that basis denies them.

759. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 759 and on that basis denies them.

760. Perrigo denies the allegations in Paragraph 760 that are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 760 and on that basis denies them.

761. Perrigo denies the allegations in the first sentence of Paragraph 761. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 761 and on that basis denies them.

762. Perrigo admits the allegations in the first two sentences of Paragraph 762. Perrigo also admits that in advance of an August 28, 2013, internal meeting, a Perrigo executive circulated

a document internally that contains the language quoted in the third sentence of Paragraph 762. To the extent that Paragraph 762 purports to set forth the contents of the document, Perrigo refers to the document for a complete statement of its contents, and denies the allegations in Paragraph 762 to the extent that they are inconsistent with the contents of the document. Perrigo denies that the language quoted in Paragraph 762 expresses the full content or context of the document. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 762 and on that basis denies them.

763. Perrigo admits that on September 4, 2013, a Perrigo executive sent an internal e-mail to the Perrigo sales team about clindamycin solution that contains the language quoted in Paragraph 763. To the extent that Paragraph 763 purports to set forth the contents of the email, Perrigo refers to the email for a complete statement of the contents, and denies the allegations in Paragraph 763 to the extent that they are inconsistent with the contents of the email. Perrigo denies that the language quoted in Paragraph 763 expresses the full content or context of the communication. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 763 and on that basis denies them.

764. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 764 and on that basis denies them.

765. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 765 and on that basis denies them.

766. Perrigo denies the allegations in the first sentence of Paragraph 766. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 766 and on that basis denies them.

767. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 767 and on that basis denies them.

768. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 768 and on that basis denies them.

769. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 769 and on that basis denies them.

770. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 770 and on that basis denies them.

771. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 771 and on that basis denies them.

772. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 772 and on that basis denies them.

773. Perrigo denies the allegations in the first sentence of Paragraph 773 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 773 and on that basis denies them.

774. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 774 and on that basis denies them.

775. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 775 and on that basis denies them.

776. Perrigo denies the existence of any alleged coordination through telephone calls between Sandoz, Taro, Perrigo, and Greenstone. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 776 and on that basis denies them.

777. Perrigo denies the existence of any "coordinated efforts to minimize price erosion." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 777 and on that basis denies them.

778. Perrigo denies the existence of the alleged "fair share scheme." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 778 and on that basis denies them.

779. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 779 and on that basis denies them.

780. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 780 and on that basis denies them.

781. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 781 and on that basis denies them.

782. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 782 and on that basis denies them.

783. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 783 and on that basis denies them.

784. Perrigo denies the allegations in the second sentence of Paragraph 784 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 784 and on that basis denies them.

785. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 785 and on that basis denies them.

786. Perrigo denies the allegations in the first sentence of Paragraph 786 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 786 and on that basis denies them.

787. Perrigo denies the allegations in Paragraph 787 that are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 787 and on that basis denies them.

788. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 788 and on that basis denies them.

789. Perrigo denies the allegations in Paragraph 789 that are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 789 and on that basis denies them.

790. Perrigo denies the allegations in Paragraph 790.

791. Perrigo admits that certain Perrigo employees attended the NACDS meeting in Paragraph 791. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 791 and on that basis denies them.

792. Perrigo admits that GPhA held meetings. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 792 and on that basis denies them.

793. Perrigo admits that certain Perrigo employees attended the NACDS event cited in Paragraph 793. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 793 and on that basis denies them.

794. Perrigo admits that GPhA held meetings. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 794 and on that basis denies them.

795. Perrigo admits that certain Perrigo employees attended the NACDS meeting cited in Paragraph 795. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 795 and on that basis denies them.

796. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 796 and on that basis denies them.

797. Perrigo admits that GPhA held meetings. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 797 and on that basis denies them.

798. Perrigo admits that certain of its employees attended the event cited in Paragraph 798. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 798 and on that basis denies them.

799. Perrigo admits that GPhA held meetings. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 799 and on that basis denies them.

800. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 800 and on that basis denies them.

801. Perrigo admits that certain of its employees attended the meeting cited in Paragraph 801. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 801 and on that basis denies them.

802. Perrigo admits that certain of its employees attended the meeting cited in Paragraph 802. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 802 and on that basis denies them.

803. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 803 and on that basis denies them.

804. Perrigo admits that GPhA held meetings. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 804 and on that basis denies them.

805. Perrigo admits that certain of its employees attended the event cited in Paragraph 805. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 805 and on that basis denies them.

806. Perrigo admits that certain Perrigo employees attended trade association meetings and events. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 806 and on that basis denies them.

807. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 807 and on that basis denies them.

808. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 808 and on that basis denies them.

809. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 809 and on that basis denies them.

810. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 810 and on that basis denies them.

811. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 811 and on that basis denies them.

812. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 812 and on that basis denies them.

813. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 813 and on that basis denies them.

814. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 814 and on that basis denies them.

815. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 815 and on that basis denies them.

816. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 816 and on that basis denies them.

817. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 817 and on that basis denies them.

818. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 818 and on that basis denies them.

819. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 819 and on that basis denies them.

820. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 820 and on that basis denies them.

821. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 821 and on that basis denies them.

822. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 822 and on that basis denies them.

823. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 823 and on that basis denies them.

824. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 824 and on that basis denies them.

825. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 825 and on that basis denies them.

826. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 826 and on that basis denies them.

827. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 827 and on that basis denies them.

828. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 828 and on that basis denies them.

829. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 829 and on that basis denies them.

830. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 830 and on that basis denies them.

831. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 831 and on that basis denies them.

832. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 832 and on that basis denies them.

833. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 833 and on that basis denies them.

834. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 834 and on that basis denies them.

835. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 835 and on that basis denies them.

836. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 836 and on that basis denies them.

837. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 837 and on that basis denies them.

838. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 838 and on that basis denies them.

839. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 839 and on that basis denies them.

840. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 840 and on that basis denies them.

841. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 841 and on that basis denies them.

842. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 842 and on that basis denies them.

843. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 843 and on that basis denies them.

844. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 844 and on that basis denies them.

845. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 845 and on that basis denies them.

846. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 846 and on that basis denies them.

847. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 847 and on that basis denies them.

848. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 848 and on that basis denies them.

849. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 849 and on that basis denies them.

850. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 850 and on that basis denies them.

851. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 851 and on that basis denies them.

852. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 852 and on that basis denies them.

853. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 853 and on that basis denies them.

854. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 854 and on that basis denies them.

855. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 855 and on that basis denies them.

856. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 856 and on that basis denies them.

857. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 857 and on that basis denies them.

858. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 858 and on that basis denies them.

859. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 859 and on that basis denies them.

860. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 860 and on that basis denies them.

861. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 861 and on that basis denies them.

862. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 862 and on that basis denies them.

863. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 863 and on that basis denies them.

864. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 864 and on that basis denies them.

865. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 865 and on that basis denies them.

866. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 866 and on that basis denies them.

867. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 867 and on that basis denies them.

868. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 868 and on that basis denies them.

869. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 869 and on that basis denies them.

870. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 870 and on that basis denies them.

871. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 871 and on that basis denies them.

872. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 872 and on that basis denies them.

873. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 873 and on that basis denies them.

874. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 874 and on that basis denies them.

875. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 875 and on that basis denies them.

876. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 876 and on that basis denies them.

877. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 877 and on that basis denies them.

878. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 878 and on that basis denies them.

879. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 879 and on that basis denies them.

880. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 880 and on that basis denies them.

881. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 881 and on that basis denies them.

882. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 882 and on that basis denies them.

883. Perrigo admits that desonide comes in both a cream and ointment form. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 883 and on that basis denies them.

884. Perrigo admits that Perrigo sold the 15 g and 60 g sizes of desonide cream and ointment 0.05%. Perrigo denies that it sold its desonide cream and ointment products "at supracompetitive prices inflated by the unlawful and anticompetitive agreements alleged in this Complaint." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 884 and on that basis denies them.

885. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 885 and on that basis denies them.

886. Perrigo denies the allegations in the second sentence of Paragraph 886 to the extent that the allegations are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 886 and on that basis denies them.

887. Perrigo admits that it sold the 15 g and 60 g sizes of desonide ointment, and that the NDC numbers reflected in the chart shown in Paragraph 887 for Perrigo's 15 g and 60 g sizes of desonide ointment are correct. Perrigo also admits it increased its published WAC on the 15 g and 60 g sizes of desonide ointment on May 21, 2013. Perrigo denies that the rest of the information about Perrigo's 15 g and 60 g sizes of desonide ointment that is reflected in the chart in Paragraph 887 is correct. Perrigo further denies the remaining allegations in Paragraph 887 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 887 and on that basis denies them.

888. Perrigo denies the allegations in the last sentence of Paragraph 888. Perrigo further denies that Actavis "communicated its intention to enter the market to Perrigo . . . well in advance of its actual entry" and that Perrigo reached an agreement with any party "on the supracompetitive pricing that each would charge its customers." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 888 and on that basis denies them.

889. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 889 and on that basis denies them.

890. Perrigo denies the allegations in the first sentence of Paragraph 890. Perrigo also denies the existence of the alleged "coordinated and extraordinary price increases" on desonide

cream and ointment. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 890 and on that basis denies them.

891. Perrigo denies the allegations in Paragraph 891.

892. Perrigo denies the allegations in Paragraph 892.

893. Perrigo admits that GPhA holds meetings. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 893 and on that basis denies them.

894. Perrigo admits that certain of its employees attended the meeting cited in Paragraph 894. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 894 and on that basis denies them.

895. Perrigo admits that certain of its employees attended the meeting cited in Paragraph 895. Perrigo denies that it took "drastic May 2013 price increases." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 895 and on that basis denies them.

896. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 896 and on that basis denies them.

897. Perrigo admits that GPhA held meetings. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 897 and on that basis denies them.

898. Perrigo admits that certain of its employees attended the event cited in Paragraph 898. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 898 and on that basis denies them.

899. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 899 and on that basis denies them.

900. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 900 and on that basis denies them.

901. Perrigo admits that certain of its employees attended the event cited in Paragraph 901. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 901 and on that basis denies them.

902. Perrigo admits that certain Perrigo employees attended trade association meetings and events between 2014 and 2016. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 902 and on that basis denies them.

903. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 903 and on that basis denies them.

904. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 904 and on that basis denies them.

905. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 905 and on that basis denies them.

906. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 906 and on that basis denies them.

907. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 907 and on that basis denies them.

908. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 908 and on that basis denies them.

909. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 909 and on that basis denies them.

910. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 910 and on that basis denies them.

911. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 911 and on that basis denies them.

912. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 912 and on that basis denies them.

913. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 913 and on that basis denies them.

914. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 914 and on that basis denies them.

915. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 915 and on that basis denies them.

916. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 916 and on that basis denies them.

917. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 917 and on that basis denies them.

918. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 918 and on that basis denies them.

919. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 919 and on that basis denies them.

920. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 920 and on that basis denies them.

921. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 921 and on that basis denies them.

922. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 922 and on that basis denies them.

923. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 923 and on that basis denies them.

924. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 924 and on that basis denies them.

925. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 925 and on that basis denies them.

926. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 926 and on that basis denies them.

927. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 927 and on that basis denies them.

928. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 928 and on that basis denies them.

929. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 929 and on that basis denies them.

930. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 930 and on that basis denies them.

931. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 931 and on that basis denies them.

932. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 932 and on that basis denies them.

933. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 933 and on that basis denies them.

934. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 934 and on that basis denies them.

935. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 935 and on that basis denies them.

936. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 936 and on that basis denies them.

937. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 937 and on that basis denies them.

938. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 938 and on that basis denies them.

939. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 939 and on that basis denies them.

940. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 940 and on that basis denies them.

941. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 941 and on that basis denies them.

942. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 942 and on that basis denies them.

943. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 943 and on that basis denies them.

944. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 944 and on that basis denies them.

945. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 945 and on that basis denies them.

946. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 946 and on that basis denies them.

947. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 947 and on that basis denies them.

948. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 948 and on that basis denies them.

949. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 949 and on that basis denies them.

950. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 950 and on that basis denies them.

951. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 951 and on that basis denies them.

952. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 952 and on that basis denies them.

953. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 953 and on that basis denies them.

954. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 954 and on that basis denies them.

955. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 955 and on that basis denies them.

956. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 956 and on that basis denies them.

957. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 957 and on that basis denies them.

958. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 958 and on that basis denies them.

959. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 959 and on that basis denies them.

960. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 960 and on that basis denies them.

961. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 961 and on that basis denies them.

962. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 962 and on that basis denies them.

963. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 963 and on that basis denies them.

964. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 964 and on that basis denies them.

965. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 965 and on that basis denies them.

966. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 966 and on that basis denies them.

967. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 967 and on that basis denies them.

968. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 968 and on that basis denies them.

969. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 969 and on that basis denies them.

970. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 970 and on that basis denies them.

971. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 971 and on that basis denies them.

972. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 972 and on that basis denies them.

973. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 973 and on that basis denies them.

974. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 974 and on that basis denies them.

975. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 975 and on that basis denies them.

976. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 976 and on that basis denies them.

977. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 977 and on that basis denies them.

978. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 978 and on that basis denies them.

979. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 979 and on that basis denies them.

980. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 980 and on that basis denies them.

981. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 981 and on that basis denies them.

982. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 982 and on that basis denies them.

983. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 983 and on that basis denies them.

984. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 984 and on that basis denies them.

985. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 985 and on that basis denies them.

986. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 986 and on that basis denies them.

987. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 987 and on that basis denies them.

988. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 988 and on that basis denies them.

989. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 989 and on that basis denies them.

990. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 990 and on that basis denies them.

991. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 991 and on that basis denies them.

992. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 992 and on that basis denies them.

993. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 993 and on that basis denies them.

994. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 994 and on that basis denies them.

995. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 995 and on that basis denies them.

996. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 996 and on that basis denies them.

997. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 997 and on that basis denies them.

998. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 998 and on that basis denies them.

999. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 999 and on that basis denies them.

1000. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1000 and on that basis denies them.

1001. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1001 and on that basis denies them.

1002. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1002 and on that basis denies them.

1003. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1003 and on that basis denies them.

1004. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1004 and on that basis denies them.

1005. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1005 and on that basis denies them.

1006. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1006 and on that basis denies them.

1007. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1007 and on that basis denies them.

1008. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1008 and on that basis denies them.

1009. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1009 and on that basis denies them.

1010. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1010 and on that basis denies them.

1011. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1011 and on that basis denies them.

1012. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1012 and on that basis denies them.

1013. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1013 and on that basis denies them.

1014. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1014 and on that basis denies them.

1015. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1015 and on that basis denies them.

1016. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1016 and on that basis denies them.

1017. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1017 and on that basis denies them.

1018. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1018 and on that basis denies them.

1019. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1019 and on that basis denies them.

1020. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1020 and on that basis denies them.

1021. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1021 and on that basis denies them.

1022. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1022 and on that basis denies them.

1023. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1023 and on that basis denies them.

1024. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1024 and on that basis denies them.

1025. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1025 and on that basis denies them.

1026. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1026 and on that basis denies them.

1027. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1027 and on that basis denies them.

1028. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1028 and on that basis denies them.

1029. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1029 and on that basis denies them.

1030. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1030 and on that basis denies them.

1031. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1031 and on that basis denies them.

1032. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1032 and on that basis denies them.

1033. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1033 and on that basis denies them.

1034. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1034 and on that basis denies them.

1035. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1035 and on that basis denies them.

1036. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1036 and on that basis denies them.

1037. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1037 and on that basis denies them.

1038. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1038 and on that basis denies them.

1039. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1039 and on that basis denies them.

1040. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1040 and on that basis denies them.

1041. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1041 and on that basis denies them.

1042. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1042 and on that basis denies them.

1043. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1043 and on that basis denies them.

1044. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1044 and on that basis denies them.

1045. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1045 and on that basis denies them.

1046. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1046 and on that basis denies them.

1047. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1047 and on that basis denies them.

1048. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1048 and on that basis denies them.

1049. Perrigo admits that it sold the 15 g, 30 g, and 75 g sizes of econazole nitrate cream 1% pursuant to an ANDA approved on June 23, 2004. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1049 and on that basis denies them.

1050. Perrigo admits that it sold the 15 g, 30 g, and 75 g sizes of econazole nitrate cream 1%. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1050 and on that basis denies them.

1051. Perrigo denies the allegations in the second sentence of Paragraph 1051. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1051 and on that basis denies them.

1052. Perrigo denies the allegations in the second sentence of Paragraph 1052. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1052 and on that basis denies them.

1053. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1053 and on that basis denies them.

1054. Perrigo denies the allegations in the first sentence of Paragraph 1054. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1054 and on that basis denies them.

1055. Perrigo denies the allegations in the second sentence of Paragraph 1055. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1055 and on that basis denies them.

1056. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1056 and on that basis denies them.

1057. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1057 and on that basis denies them.

1058. Perrigo denies the allegations in Paragraph 1058.

1059. Perrigo denies the allegations in the last sentence of Paragraph 1059. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1059 and on that basis denies them.

1060. Perrigo denies the allegations in Paragraph 1060.

1061. Perrigo denies the existence of the alleged agreement, and the allegation that Perrigo acted pursuant to an agreement. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1061 and on that basis denies them.

1062. Perrigo admits that GPhA hosted meetings. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1062 and on that basis denies them.

1063. Perrigo admits that on July 24, 2014, Perrigo increased its published WAC on the 15 g, 30 g, and 86 g sizes of econazole nitrate cream 1%. Perrigo denies the remaining allegations in Paragraph 1063 that are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1063 and on that basis denies them.

1064. Perrigo denies the allegations in the first sentence of Paragraph 1064. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1064 and on that basis denies them.

1065. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1065 and on that basis denies them.

1066. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1066 and on that basis denies them.

1067. Perrigo admits that on July 24, 2014, Perrigo increased its published WAC on the 15 g, 30 g, and 86 g sizes of econazole nitrate cream 1%. Perrigo denies the remaining allegations in Paragraph 1067.

1068. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1068 and on that basis denies them.

1069. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1069 and on that basis denies them.

1070. Perrigo denies the alleged coordination with Taro and Teligent. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1070 and on that basis denies them.

1071. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1071 and on that basis denies them.

1072. Perrigo admits that Perrigo sold the 15 g, 30 g, and 85 g sizes of econazole nitrate cream 1%, and that the NDC numbers reflected in the chart in Paragraph 1072 are correct. Perrigo also admits that on July 24, 2014, Perrigo increased its published WAC on the 15 g, 30 g, and 85 g sizes of econazole nitrate cream 1%. Perrigo denies that the remaining information about Perrigo in the chart reflected in Paragraph 1072 is correct. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1072 and on that basis denies them.

1073. Perrigo denies the existence of any alleged "ongoing understanding" between Perrigo and Sandoz. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1073 and on that basis denies them.

1074. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1074 and on that basis denies them.

1075. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1075 and on that basis denies them.

1076. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1076 and on that basis denies them.

1077. Perrigo denies the allegations in the third sentence of Paragraph 1077. Perrigo also denies the existence of the alleged "fair share rules." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1077 and on that basis denies them.

1078. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1078 and on that basis denies them.

1079. Perrigo denies the allegations in Paragraph 1079.

1080. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1080 and on that basis denies them.

1081. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1081 and on that basis denies them.

1082. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1082 and on that basis denies them.

1083. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1083 and on that basis denies them.

1084. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1084 and on that basis denies them.

1085. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1085 and on that basis denies them.

1086. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1086 and on that basis denies them.

1087. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1087 and on that basis denies them.

1088. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1088 and on that basis denies them.

1089. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1089 and on that basis denies them.

1090. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1090 and on that basis denies them.

1091. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1091 and on that basis denies them.

1092. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1092 and on that basis denies them.

1093. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1093 and on that basis denies them.

1094. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1094 and on that basis denies them.

1095. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1095 and on that basis denies them.

1096. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1096 and on that basis denies them.

1097. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1097 and on that basis denies them.

1098. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1098 and on that basis denies them.

1099. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1099 and on that basis denies them.

1100. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1100 and on that basis denies them.

1101. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1101 and on that basis denies them.

1102. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1102 and on that basis denies them.

1103. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1103 and on that basis denies them.

1104. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1104 and on that basis denies them.

1105. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1105 and on that basis denies them.

1106. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1106 and on that basis denies them.

1107. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1107 and on that basis denies them.

1108. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1108 and on that basis denies them.

1109. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1109 and on that basis denies them.

1110. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1110 and on that basis denies them.

1111. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1111 and on that basis denies them.

1112. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1112 and on that basis denies them.

1113. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1113 and on that basis denies them.

1114. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1114 and on that basis denies them.

1115. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1115 and on that basis denies them.

1116. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1116 and on that basis denies them.

1117. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1117 and on that basis denies them.

1118. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1118 and on that basis denies them.

1119. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1119 and on that basis denies them.

1120. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1120 and on that basis denies them.

1121. Perrigo admits the allegations in Paragraph 1121.

1122. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1122 and on that basis denies them.

1123. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1123 and on that basis denies them.

1124. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1124 and on that basis denies them.

1125. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1125 and on that basis denies them.

1126. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1126 and on that basis denies them.

1127. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1127 and on that basis denies them.

1128. Perrigo admits the allegations in the first two sentences of Paragraph 1128, but denies that those sentences fully reflect the content or context of the referenced communications. Perrigo refers to the referenced communications for a complete statement of their contents, and denies the allegations in Paragraph 1128 to the extent that they are inconsistent with the contents of the email. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1128 and on that basis denies them.

1129. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1129 and on that basis denies them.

1130. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1130 and on that basis denies them.

1131. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1131 and on that basis denies them.

1132. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1132 and on that basis denies them.

1133. Perrigo admits that it resumed selling the 60 mL size of erythromycin topical solution 2% on December 19, 2011, and published its WAC. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1133 and on that basis denies them.

1134. Perrigo denies the allegations in the second sentence of Paragraph 1134. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1134 and on that basis denies them.

1135. Perrigo admits that NACDS holds an annual meeting. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1135 and on that basis denies them.

1136. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1136 and on that basis denies them.

1137. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1137 and on that basis denies them.

1138. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1138 and on that basis denies them.

1139. Perrigo admits that Perrigo previously employed a salesperson with the initials A.F. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1139 and on that basis denies them.

1140. Perrigo admits that on May 7, 2012, John Wesolowski sent an internal e-mail regarding customer reports that Fougera was planning to re-enter the erythromycin solution market and his estimate that Perrigo would lose 25%-35% market share. Perrigo denies that the e-mail shown in Paragraph 1140 expresses the full content or context of the communication. Perrigo refers to the e-mail for a complete statement of its contents, and denies the allegations in Paragraph 1140 to the extent that they are inconsistent with the contents of the email.

1141. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1141 and on that basis denies them.

1142. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1142 and on that basis denies them.

1143. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1143 and on that basis denies them.

1144. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1144 and on that basis denies them.

1145. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1145 and on that basis denies them.

1146. Perrigo denies that T.P. and CW-3 had "a collusive relationship that would last several years." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1146 and on that basis denies them.

1147. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1147 and on that basis denies them.

1148. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1148 and on that basis denies them.

1149. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1149 and on that basis denies them.

1150. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1150 and on that basis denies them.

1151. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1151 and on that basis denies them.

1152. Perrigo denies the allegations in the last sentence of Paragraph 1152. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1152 and on that basis denies them.

1153. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1153 and on that basis denies them.

1154. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1154 and on that basis denies them.

1155. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1155 and on that basis denies them.

1156. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1156 and on that basis denies them.

1157. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1157 and on that basis denies them.

1158. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1158 and on that basis denies them.

1159. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1159 and on that basis denies them.

1160. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1160 and on that basis denies them.

1161. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1161 and on that basis denies them.

1162. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1162 and on that basis denies them.

1163. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1163 and on that basis denies them.

1164. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1164 and on that basis denies them.

1165. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1165 and on that basis denies them.

1166. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1166 and on that basis denies them.

1167. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1167 and on that basis denies them.

1168. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1168 and on that basis denies them.

1169. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1169 and on that basis denies them.

1170. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1170 and on that basis denies them.

1171. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1171 and on that basis denies them.

1172. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1172 and on that basis denies them.

1173. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1173 and on that basis denies them.

1174. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1174 and on that basis denies them.

1175. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1175 and on that basis denies them.

1176. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1176 and on that basis denies them.

1177. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1177 and on that basis denies them.

1178. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1178 and on that basis denies them.

1179. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1179 and on that basis denies them.

1180. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1180 and on that basis denies them.

1181. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1181 and on that basis denies them.

1182. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1182 and on that basis denies them.

1183. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1183 and on that basis denies them.

1184. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1184 and on that basis denies them.

1185. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1185 and on that basis denies them.

1186. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1186 and on that basis denies them.

1187. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1187 and on that basis denies them.

1188. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1188 and on that basis denies them.

1189. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1189 and on that basis denies them.

1190. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1190 and on that basis denies them.

1191. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1191 and on that basis denies them.

1192. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1192 and on that basis denies them.

1193. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1193 and on that basis denies them.

1194. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1194 and on that basis denies them.

1195. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1195 and on that basis denies them.

1196. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1196 and on that basis denies them.

1197. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1197 and on that basis denies them.

1198. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1198 and on that basis denies them.

1199. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1199 and on that basis denies them.

1200. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1200 and on that basis denies them.

1201. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1201 and on that basis denies them.

1202. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1202 and on that basis denies them.

1203. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1203 and on that basis denies them.

1204. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1204 and on that basis denies them.

1205. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1205 and on that basis denies them.

1206. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1206 and on that basis denies them.

1207. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1207 and on that basis denies them.

1208. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1208 and on that basis denies them.

1209. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1209 and on that basis denies them.

1210. Perrigo admits that fenofibrate is also known by the brand name Tricor, and is a medication used to treat cholesterol conditions. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1210 and on that basis denies them.

1211. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1211 and on that basis denies them.

1212. Perrigo admits that it sold the 90 count of 48 mg and 145 mg fenofibrate tablets. Perrigo denies the existence of the alleged "fair share agreement." Perrigo also denies the allegations in the second sentence of Paragraph 1212. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1212 and on that basis denies them.

1213. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1213 and on that basis denies them.

1214. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1214 and on that basis denies them.

1215. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1215 and on that basis denies them.

1216. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1216 and on that basis denies them.

1217. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1217 and on that basis denies them.

1218. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1218 and on that basis denies them.

1219. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1219 and on that basis denies them.

1220. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1220 and on that basis denies them.

1221. Perrigo denies the allegations in Paragraph 1221 that are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1221 and on that basis denies them.

1222. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1222 and on that basis denies them.

1223. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1223 and on that basis denies them.

1224. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1224 and on that basis denies them.

1225. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1225 and on that basis denies them.

1226. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1226 and on that basis denies them.

1227. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1227 and on that basis denies them.

1228. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1228 and on that basis denies them.

1229. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1229 and on that basis denies them.

1230. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1230 and on that basis denies them.

1231. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1231 and on that basis denies them.

1232. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1232 and on that basis denies them.

1233. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1233 and on that basis denies them.

1234. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1234 and on that basis denies them.

1235. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1235 and on that basis denies them.

1236. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1236 and on that basis denies them.

1237. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1237 and on that basis denies them.

1238. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1238 and on that basis denies them.

1239. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1239 and on that basis denies them.

1240. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1240 and on that basis denies them.

1241. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1241 and on that basis denies them.

1242. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1242 and on that basis denies them.

1243. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1243 and on that basis denies them.

1244. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1244 and on that basis denies them.

1245. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1245 and on that basis denies them.

1246. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1246 and on that basis denies them.

1247. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1247 and on that basis denies them.

1248. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1248 and on that basis denies them.

1249. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1249 and on that basis denies them.

1250. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1250 and on that basis denies them.

1251. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1251 and on that basis denies them.

1252. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1252 and on that basis denies them.

1253. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1253 and on that basis denies them.

1254. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1254 and on that basis denies them.

1255. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1255 and on that basis denies them.

1256. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1256 and on that basis denies them.

1257. Perrigo admits that fluocinonide it a topical corticosteroid that is used to treat certain skin conditions. Perrigo denies that fluocinonide cream is known by the brand name Lidex. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1257 and on that basis denies them.

1258. Perrigo admits that fluocinonide comes in a cream formulation. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1258 and on that basis denies them.

1259. Perrigo admits the allegations in the first sentence of Paragraph 1259. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1259 and on that basis denies them.

1260. Perrigo denies the allegations in the second sentence of Paragraph 1260. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1260 and on that basis denies them.

1261. Perrigo denies the existence of the alleged "fair share understanding among the defendants." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1261 and on that basis denies them.

1262. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1262 and on that basis denies them.

1263. Perrigo denies the allegations in the last sentence of Paragraph 1263. Perrigo denies the remaining allegations in Paragraph 1263.

1264. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1264 and on that basis denies them.

1265. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1265 and on that basis denies them.

1266. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1266 and on that basis denies them.

1267. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1267 and on that basis denies them.

1268. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1268 and on that basis denies them.

1269. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1269 and on that basis denies them.

1270. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1270 and on that basis denies them.

1271. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1271 and on that basis denies them.

1272. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1272 and on that basis denies them.

1273. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1273 and on that basis denies them.

1274. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1274 and on that basis denies them.

1275. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1275 and on that basis denies them.

1276. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1276 and on that basis denies them.

1277. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1277 and on that basis denies them.

1278. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1278 and on that basis denies them.

1279. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1279 and on that basis denies them.

1280. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1280 and on that basis denies them.

1281. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1281 and on that basis denies them.

1282. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1282 and on that basis denies them.

1283. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1283 and on that basis denies them.

1284. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1284 and on that basis denies them.

1285. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1285 and on that basis denies them.

1286. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1286 and on that basis denies them.

1287. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1287 and on that basis denies them.

1288. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1288 and on that basis denies them.

1289. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1289 and on that basis denies them.

1290. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1290 and on that basis denies them.

1291. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1291 and on that basis denies them.

1292. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1292 and on that basis denies them.

1293. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1293 and on that basis denies them.

1294. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1294 and on that basis denies them.

1295. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1295 and on that basis denies them.

1296. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1296 and on that basis denies them.

1297. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1297 and on that basis denies them.

1298. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1298 and on that basis denies them.

1299. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1299 and on that basis denies them.

1300. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1300 and on that basis denies them.

1301. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1301 and on that basis denies them.

1302. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1302 and on that basis denies them.

1303. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1303 and on that basis denies them.

1304. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1304 and on that basis denies them.

1305. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1305 and on that basis denies them.

1306. Perrigo admits the allegations in Paragraph 1306.

1307. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1307 and on that basis denies them.

1308. Perrigo denies the allegations in Paragraph 1308 that are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1308 and on that basis denies them.

1309. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1309 and on that basis denies them.

1310. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1310 and on that basis denies them.

1311. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1311 and on that basis denies them.

1312. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1312 and on that basis denies them.

1313. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1313 and on that basis denies them.

1314. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1314 and on that basis denies them.

1315. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1315 and on that basis denies them.

1316. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1316 and on that basis denies them.

1317. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1317 and on that basis denies them.

1318. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1318 and on that basis denies them.

1319. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1319 and on that basis denies them.

1320. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1320 and on that basis denies them.

1321. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1321 and on that basis denies them.

1322. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1322 and on that basis denies them.

1323. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1323 and on that basis denies them.

1324. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1324 and on that basis denies them.

1325. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1325 and on that basis denies them.

1326. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1326 and on that basis denies them.

1327. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1327 and on that basis denies them.

1328. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1328 and on that basis denies them.

1329. Perrigo denies the existence of a "fair share" understanding. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1329 and on that basis denies them.

1330. Perrigo admits that it received FDA approval to begin selling fluticasone lotion on July 30, 2013. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1330 and on that basis denies them.

1331. Perrigo denies the existence of any "fair share understanding." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1331 and on that basis denies them.

1332. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1332 and on that basis denies them.

1333. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1333 and on that basis denies them.

1334. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1334 and on that basis denies them.

1335. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1335 and on that basis denies them.

1336. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1336 and on that basis denies them.

1337. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1337 and on that basis denies them.

1338. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1338 and on that basis denies them.

1339. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1339 and on that basis denies them.

1340. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1340 and on that basis denies them.

1341. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1341 and on that basis denies them.

1342. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1342 and on that basis denies them.

1343. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1343 and on that basis denies them.

1344. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1344 and on that basis denies them.

1345. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1345 and on that basis denies them.

1346. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1346 and on that basis denies them.

1347. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1347 and on that basis denies them.

1348. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1348 and on that basis denies them.

1349. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1349 and on that basis denies them.

1350. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1350 and on that basis denies them.

1351. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1351 and on that basis denies them.

1352. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1352 and on that basis denies them.

1353. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1353 and on that basis denies them.

1354. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1354 and on that basis denies them.

1355. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1355 and on that basis denies them.

1356. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1356 and on that basis denies them.

1357. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1357 and on that basis denies them.

1358. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1358 and on that basis denies them.

1359. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1359 and on that basis denies them.

1360. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1360 and on that basis denies them.

1361. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1361 and on that basis denies them.

1362. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1362 and on that basis denies them.

1363. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1363 and on that basis denies them.

1364. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1364 and on that basis denies them.

1365. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1365 and on that basis denies them.

1366. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1366 and on that basis denies them.

1367. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1367 and on that basis denies them.

1368. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1368 and on that basis denies them.

1369. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1369 and on that basis denies them.

1370. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1370 and on that basis denies them.

1371. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1371 and on that basis denies them.

1372. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1372 and on that basis denies them.

1373. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1373 and on that basis denies them.

1374. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1374 and on that basis denies them.

1375. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1375 and on that basis denies them.

1376. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1376 and on that basis denies them.

1377. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1377 and on that basis denies them.

1378. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1378 and on that basis denies them.

1379. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1379 and on that basis denies them.

1380. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1380 and on that basis denies them.

1381. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1381 and on that basis denies them.

1382. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1382 and on that basis denies them.

1383. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1383 and on that basis denies them.

1384. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1384 and on that basis denies them.

1385. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1385 and on that basis denies them.

1386. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1386 and on that basis denies them.

1387. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1387 and on that basis denies them.

1388. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1388 and on that basis denies them.

1389. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1389 and on that basis denies them.

1390. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1390 and on that basis denies them.

1391. Perrigo admits the allegations in Paragraph 1391.

1392. Perrigo admits that in June 2012 it sold the 15 g and 50 g sizes of halobetasol propionate cream 0.05% and halobetasol propionate ointment 0.05%, and that G&W also sold the products at that time. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1392 and on that basis denies them.

1393. Perrigo admits that it notified certain customers of contract price increases for the 15 g and 50 g sizes of halobetasol propionate cream 0.05% and halobetasol propionate ointment

0.05% in September 2012. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1393 and on that basis denies them.

1394. Perrigo denies the allegations in the second sentence of Paragraph 1394. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1394 and on that basis denies them.

1395. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1395 and on that basis denies them.

1396. Perrigo admits that John Wesolowski was a Perrigo executive who had responsibility for the generic prescription drug sales organization of Perrigo, of which T.P. was a part. Perrigo denies that T.P. reported any information regarding the alleged conversations between T.P. and CW-6 back to John Wesolowski. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1396 and on that basis denies them.

1397. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1397 and on that basis denies them.

1398. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1398 and on that basis denies them.

1399. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1399 and on that basis denies them.

1400. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1400 and on that basis denies them.

1401. Perrigo denies the allegations in the first sentence of Paragraph 1401. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1401 and on that basis denies them.

1402. Perrigo admits that it increased its published WAC for the 15 g and 50 g sizes of halobetasol propionate cream 0.05% and halobetasol propionate ointment 0.05% on March 27, 2013. Perrigo denies the remaining allegations in Paragraph 1402.

1403. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1403 and on that basis denies them.

1404. Perrigo denies the allegations in the second sentence of Paragraph 1404. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1404 and on that basis denies them.

1405. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1405 and on that basis denies them.

1406. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1406 and on that basis denies them.

1407. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1407 and on that basis denies them.

1408. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1408 and on that basis denies them.

1409. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1409 and on that basis denies them.

1410. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1410 and on that basis denies them.

1411. Perrigo denies any coordination with Sandoz regarding halobetasol propionate cream 0.05%. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1411 and on that basis denies them.

1412. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1412 and on that basis denies them.

1413. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1413 and on that basis denies them.

1414. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1414 and on that basis denies them.

1415. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1415 and on that basis denies them.

1416. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1416 and on that basis denies them.

1417. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1417 and on that basis denies them.

1418. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1418 and on that basis denies them.

1419. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1419 and on that basis denies them.

1420. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1420 and on that basis denies them.

1421. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1421 and on that basis denies them.

1422. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1422 and on that basis denies them.

1423. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1423 and on that basis denies them.

1424. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1424 and on that basis denies them.

1425. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1425 and on that basis denies them.

1426. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1426 and on that basis denies them.

1427. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1427 and on that basis denies them.

1428. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1428 and on that basis denies them.

1429. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1429 and on that basis denies them.

1430. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1430 and on that basis denies them.

1431. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1431 and on that basis denies them.

1432. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1432 and on that basis denies them.

1433. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1433 and on that basis denies them.

1434. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1434 and on that basis denies them.

1435. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1435 and on that basis denies them.

1436. Perrigo denies the existence of any alleged "market share balance" between Perrigo and G&W. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1436 and on that basis denies them.

1437. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1437 and on that basis denies them.

1438. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1438 and on that basis denies them.

1439. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1439 and on that basis denies them.

1440. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1440 and on that basis denies them.

1441. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1441 and on that basis denies them.

1442. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1442 and on that basis denies them.

1443. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1443 and on that basis denies them.

1444. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1444 and on that basis denies them.

1445. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1445 and on that basis denies them.

1446. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1446 and on that basis denies them.

1447. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1447 and on that basis denies them.

1448. Perrigo admits the allegations in Paragraph 1448.

1449. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1449 and on that basis denies them.

1450. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1450 and on that basis denies them.

1451. Perrigo denies the allegations in Paragraph 1451.

1452. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1452 and on that basis denies them.

1453. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1453 and on that basis denies them.

1454. Perrigo admits that representatives from Perrigo attended the McKesson ideaShare trade show in June 2013. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1454 and on that basis denies them.

1455. Perrigo admits that Perrigo previously employed a salesperson with the initials S.S. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1455 and on that basis denies them.

1456. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1456 and on that basis denies them.

1457. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1457 and on that basis denies them.

1458. Perrigo denies the existence of any coordination with G&W, including coordination on a price increase for hydrocortisone acetate suppositories. Perrigo denies that T.P. reported the substance of any of the alleged conversations back to his supervisor. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1458 and on that basis denies them.

1459. Perrigo admits that on July 9, 2013, it issued a product announcement notifying customers that it was increasing its pricing on the 12 count size of hydrocortisone acetate suppositories 25 mg and 30 mg, effective July 11, 2013. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1459 and on that basis denies them.

1460. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1460 and on that basis denies them.

1461. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1461 and on that basis denies them.

1462. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1462 and on that basis denies them.

1463. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1463 and on that basis denies them.

1464. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1464 and on that basis denies them.

1465. Perrigo admits the allegations in the first sentence of Paragraph 1465, and the fact that its price increase for hydrocortisone acetate suppositories became effective on July 24, 2014. Perrigo denies the remaining allegations in Paragraph 1465.

1466. Perrigo admits that representatives from Perrigo attended the McKesson ideaShare trade show in 2014. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1466 and on that basis denies them.

1467. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1467 and on that basis denies them.

1468. Perrigo denies the existence of the alleged "ongoing understanding to follow each other's price increases," and the alleged "past practice on th[e] product." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1468 and on that basis denies them.

1469. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1469 and on that basis denies them.

1470. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1470 and on that basis denies them.

1471. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1471 and on that basis denies them.

1472. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1472 and on that basis denies them.

1473. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1473 and on that basis denies them.

1474. Perrigo denies the allegations in the first sentence of Paragraph 1474. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1474 and on that basis denies them.

1475. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1475 and on that basis denies them.

1476. Perrigo admits the allegations in Paragraph 1476.

1477. Perrigo admits that it sold the 15 g, 45 g, and 60 g sizes of hydrocortisone valerate cream 0.2% in 2013 and 2014, and that Taro also sold the product at those times. Perrigo denies the remaining allegations in Paragraph 1477.

1478. Perrigo admits that John Wesolowski was a Perrigo executive who had responsibility for the generic prescription drug sales organization of Perrigo. Perrigo admits that M.C. sent an internal Perrigo e-mail regarding Taro's price increase on hydrocortisone valerate, and that John Wesolowski responded by email including the language quoted in the third sentence of Paragraph 1478. To the extent that Paragraph 1478 purports to set forth the contents of the e-mail chain, Perrigo refers to the cited e-mail chain for a complete statement of its contents, and denies the allegations in Paragraph 1478 to the extent they are inconsistent with the contents of the e-mail chain. Perrigo denies that the language quoted in Paragraph 1478 expresses the full content or context of the communication. Perrigo further denies that M.C. was a sales executive at Perrigo.

Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1478 and on that basis denies them.

1479. Perrigo admits that Perrigo previously employed a salesperson with the initials A.F. Perrigo further admits that A.F. sent an internal e-mail asking about products that were due for a price increase, and that D.B. responded, with the language quoted in the second sentence of Paragraph 1479. Perrigo also admits that hydrocortisone valerate cream was included on the list of products that D.B. sent. To the extent that Paragraph 1479 purports to set forth the contents of the e-mail chain, Perrigo refers to the cited e-mail chain for a complete statement of its contents, and denies the allegation in Paragraph 1479 to the extent that they are inconsistent with the contents of the e-mail chain. Perrigo denies that the quoted language in Paragraph 1479 expresses the full content or context of the communication. Perrigo further denies that D.B. was a pricing executive.

1480. Perrigo denies the allegations in the first sentence of Paragraph 1480. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1480 and on that basis denies them.

1481. Perrigo admits that it notified certain customers in July 2014 that it would be increasing its published WAC on certain products, including the 15 g, 45 g, and 60 g sizes of hydrocortisone valerate cream 0.2%. Perrigo denies the allegations in the second sentence of Paragraph 1481. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1481 and on that basis denies them.

1482. Perrigo denies the existence of the alleged "overarching conspiracy." Perrigo also denies the allegations in the second and third sentences of Paragraph 1482. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1482 and on that basis denies them.

1483. Perrigo admits that imiquimod cream is known by the brand names Aldara and Zyclara. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1483 and on that basis denies them.

1484. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1484 and on that basis denies them.

1485. Perrigo admits that it issued a press release noting that it would be the authorized generic distributor for imiquimod cream on April 13, 2010. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1485 and on that basis denies them.

1486. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1486 and on that basis denies them.

1487. Perrigo admits that there is an internal email with the phrase in quotations in Paragraph 1487, but denies that the quoted language expresses the full content or context of the communication. Perrigo refers to the email cited in Paragraph 1487 for a full statement of its contents, and denies the allegations in Paragraph 1487 to the extent that they are inconsistent with the email. Perrigo also admits that it published WAC for imiquimod cream in April 2010 that was higher than Fougera’s published WAC for imiquimod cream in April 2010. Perrigo further admits that John Wesolowski was a Perrigo executive who had responsibility for the generic prescription drug sales organization of Perrigo, of which T.P. was a part. Perrigo denies that T.P. “report[ed] the results” of his alleged communications with CW-6 to John Wesolowski. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1487 and on that basis denies them.

1488. Perrigo admits that NACDS holds an annual meeting. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1488 and on that basis denies them.

1489. Perrigo denies the allegations in the first sentence of Paragraph 1489. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1489 and on that basis denies them.

1490. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1490 and on that basis denies them.

1491. Perrigo admits that it began selling the 24's size of imiquimod cream 5% on April 28, 2010, and that its published WAC for imiquimod cream was slightly higher than Fougera's published WAC for the product. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1491 and on that basis denies them.

1492. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1492 and on that basis denies them.

1493. Perrigo denies the existence of the alleged "fair share principles" and "prior discussions between the competitors" concerning customers. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1493 and on that basis denies them.

1494. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1494 and on that basis denies them.

1495. Perrigo denies the existence of any "agreement in place between the two competitors." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1495 and on that basis denies them.

1496. Perrigo admits that it sold the AG of imiquimod cream 5% through a license with a branded manufacturer prior to receiving its own ANDA approval for imiquimod cream 5% on September 8, 2010. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1496 and on that basis denies them.

1497. Perrigo denies the existence of the alleged "larger fair share understanding." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1497 and on that basis denies them.

1498. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1498 and on that basis denies them.

1499. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1499 and on that basis denies them.

1500. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1500 and on that basis denies them.

1501. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1501 and on that basis denies them.

1502. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1502 and on that basis denies them.

1503. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1503 and on that basis denies them.

1504. Perrigo admits that ECRM hosts the Retail Pharmacy Generic Pharmaceutical Conference. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1504 and on that basis denies them.

1505. Perrigo denies the allegations in the last sentence of Paragraph 1505. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1505 and on that basis denies them.

1506. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1506 and on that basis denies them.

1507. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1507 and on that basis denies them.

1508. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1508 and on that basis denies them.

1509. Perrigo denies the allegations in the first sentence of Paragraph 1509. Perrigo also denies that T.P. was "reporting to, and taking direction from," his supervisor, John Wesolowski, with respect to alleged communications between T.P. and CW-6 of Fougera. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1509 and on that basis denies them.

1510. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1510 and on that basis denies them.

1511. Perrigo denies that it had any communications with Fougera or Taro on July 5, 2011 "to make sure they were on the same page regarding Taro's entry." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1511 and on that basis denies them.

1512. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1512 and on that basis denies them.

1513. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1513 and on that basis denies them.

1514. Perrigo admits the allegations in the first two sentences of Paragraph 1514. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1514 and on that basis denies them.

1515. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1515 and on that basis denies them.

1516. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1516 and on that basis denies them.

1517. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1517 and on that basis denies them.

1518. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1518 and on that basis denies them.

1519. Perrigo denies the allegations in Paragraph 1519.

1520. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1520 and on that basis denies them.

1521. Perrigo denies the allegations in Paragraph 1521 that are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1521 and on that basis denies them.

1522. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1522 and on that basis denies them.

1523. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1523 and on that basis denies them.

1524. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1524 and on that basis denies them.

1525. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1525 and on that basis denies them.

1526. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1526 and on that basis denies them.

1527. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1527 and on that basis denies them.

1528. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1528 and on that basis denies them.

1529. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1529 and on that basis denies them.

1530. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1530 and on that basis denies them.

1531. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1531 and on that basis denies them.

1532. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1532 and on that basis denies them.

1533. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1533 and on that basis denies them.

1534. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1534 and on that basis denies them.

1535. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1535 and on that basis denies them.

1536. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1536 and on that basis denies them.

1537. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1537 and on that basis denies them.

1538. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1538 and on that basis denies them.

1539. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1539 and on that basis denies them.

1540. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1540 and on that basis denies them.

1541. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1541 and on that basis denies them.

1542. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1542 and on that basis denies them.

1543. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1543 and on that basis denies them.

1544. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1544 and on that basis denies them.

1545. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1545 and on that basis denies them.

1546. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1546 and on that basis denies them.

1547. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1547 and on that basis denies them.

1548. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1548 and on that basis denies them.

1549. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1549 and on that basis denies them.

1550. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1550 and on that basis denies them.

1551. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1551 and on that basis denies them.

1552. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1552 and on that basis denies them.

1553. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1553 and on that basis denies them.

1554. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1554 and on that basis denies them.

1555. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1555 and on that basis denies them.

1556. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1556 and on that basis denies them.

1557. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1557 and on that basis denies them.

1558. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1558 and on that basis denies them.

1559. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1559 and on that basis denies them.

1560. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1560 and on that basis denies them.

1561. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1561 and on that basis denies them.

1562. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1562 and on that basis denies them.

1563. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1563 and on that basis denies them.

1564. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1564 and on that basis denies them.

1565. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1565 and on that basis denies them.

1566. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1566 and on that basis denies them.

1567. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1567 and on that basis denies them.

1568. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1568 and on that basis denies them.

1569. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1569 and on that basis denies them.

1570. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1570 and on that basis denies them.

1571. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1571 and on that basis denies them.

1572. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1572 and on that basis denies them.

1573. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1573 and on that basis denies them.

1574. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1574 and on that basis denies them.

1575. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1575 and on that basis denies them.

1576. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1576 and on that basis denies them.

1577. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1577 and on that basis denies them.

1578. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1578 and on that basis denies them.

1579. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1579 and on that basis denies them.

1580. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1580 and on that basis denies them.

1581. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1581 and on that basis denies them.

1582. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1582 and on that basis denies them.

1583. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1583 and on that basis denies them.

1584. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1584 and on that basis denies them.

1585. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1585 and on that basis denies them.

1586. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1586 and on that basis denies them.

1587. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1587 and on that basis denies them.

1588. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1588 and on that basis denies them.

1589. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1589 and on that basis denies them.

1590. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1590 and on that basis denies them.

1591. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1591 and on that basis denies them.

1592. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1592 and on that basis denies them.

1593. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1593 and on that basis denies them.

1594. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1594 and on that basis denies them.

1595. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1595 and on that basis denies them.

1596. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1596 and on that basis denies them.

1597. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1597 and on that basis denies them.

1598. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1598 and on that basis denies them.

1599. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1599 and on that basis denies them.

1600. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1600 and on that basis denies them.

1601. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1601 and on that basis denies them.

1602. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1602 and on that basis denies them.

1603. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1603 and on that basis denies them.

1604. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1604 and on that basis denies them.

1605. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1605 and on that basis denies them.

1606. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1606 and on that basis denies them.

1607. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1607 and on that basis denies them.

1608. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1608 and on that basis denies them.

1609. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1609 and on that basis denies them.

1610. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1610 and on that basis denies them.

1611. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1611 and on that basis denies them.

1612. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1612 and on that basis denies them.

1613. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1613 and on that basis denies them.

1614. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1614 and on that basis denies them.

1615. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1615 and on that basis denies them.

1616. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1616 and on that basis denies them.

1617. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1617 and on that basis denies them.

1618. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1618 and on that basis denies them.

1619. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1619 and on that basis denies them.

1620. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1620 and on that basis denies them.

1621. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1621 and on that basis denies them.

1622. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1622 and on that basis denies them.

1623. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1623 and on that basis denies them.

1624. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1624 and on that basis denies them.

1625. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1625 and on that basis denies them.

1626. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1626 and on that basis denies them.

1627. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1627 and on that basis denies them.

1628. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1628 and on that basis denies them.

1629. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1629 and on that basis denies them.

1630. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1630 and on that basis denies them.

1631. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1631 and on that basis denies them.

1632. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1632 and on that basis denies them.

1633. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1633 and on that basis denies them.

1634. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1634 and on that basis denies them.

1635. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1635 and on that basis denies them.

1636. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1636 and on that basis denies them.

1637. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1637 and on that basis denies them.

1638. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1638 and on that basis denies them.

1639. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1639 and on that basis denies them.

1640. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1640 and on that basis denies them.

1641. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1641 and on that basis denies them.

1642. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1642 and on that basis denies them.

1643. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1643 and on that basis denies them.

1644. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1644 and on that basis denies them.

1645. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1645 and on that basis denies them.

1646. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1646 and on that basis denies them.

1647. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1647 and on that basis denies them.

1648. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1648 and on that basis denies them.

1649. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1649 and on that basis denies them.

1650. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1650 and on that basis denies them.

1651. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1651 and on that basis denies them.

1652. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1652 and on that basis denies them.

1653. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1653 and on that basis denies them.

1654. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1654 and on that basis denies them.

1655. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1655 and on that basis denies them.

1656. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1656 and on that basis denies them.

1657. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1657 and on that basis denies them.

1658. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1658 and on that basis denies them.

1659. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1659 and on that basis denies them.

1660. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1660 and on that basis denies them.

1661. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1661 and on that basis denies them.

1662. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1662 and on that basis denies them.

1663. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1663 and on that basis denies them.

1664. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1664 and on that basis denies them.

1665. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1665 and on that basis denies them.

1666. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1666 and on that basis denies them.

1667. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1667 and on that basis denies them.

1668. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1668 and on that basis denies them.

1669. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1669 and on that basis denies them.

1670. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1670 and on that basis denies them.

1671. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1671 and on that basis denies them.

1672. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1672 and on that basis denies them.

1673. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1673 and on that basis denies them.

1674. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1674 and on that basis denies them.

1675. Perrigo admits the allegations in Paragraph 1675.

1676. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1676 and on that basis denies them.

1677. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1677 and on that basis denies them.

1678. Perrigo admits that it acquired Fera's right to distribute the 25 mg and 50 mg sizes of methazolamide tablets, and that as a result of the acquisition, Fera stopped selling the product.

Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1678 and on that basis denies them.

1679. Perrigo admits that it launched the 25 mg and 50 mg strengths of methazolamide tablets on March 6, 2014. Perrigo also admits that an internal Perrigo document contains the language quoted in the fourth sentence of Paragraph 1679. Perrigo denies that the quoted language in the fourth sentence of Paragraph 1679 expresses the full content or context of the communication. Perrigo refers to the document for a complete statement of its contents, and denies the allegations in Paragraph 1679 to the extent that they are inconsistent with the document. Perrigo also admits that John Wesolowski was a Perrigo executive who had responsibility for the generic prescription drug sales organization of Perrigo, of which T.P. was a part. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1679 and on that basis denies them.

1680. Perrigo admits that Douglas Boothe was a Perrigo executive. Perrigo also admits that John Wesolowski forwarded the e-mail excerpted in Paragraph 1680 to Douglas Boothe. To the extent that Paragraph 1680 purports to set forth the contents of the e-mail, Perrigo refers to the e-mail for a complete statement of the contents, and denies the allegations in Paragraph 1680 to the extent that they are inconsistent with the contents of the e-mail. Perrigo denies that the e-mail shown in Paragraph 1680 expresses the full content or context of the communication. Perrigo denies the allegations in the second and third sentence of Paragraph 1680. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1680 and on that basis denies them.

1681. Perrigo denies the allegations in Paragraph 1681.

1682. Perrigo denies the allegations in the second sentence of Paragraph 1682. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1682 and on that basis denies them.

1683. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1683 and on that basis denies them.

1684. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1684 and on that basis denies them.

1685. Perrigo denies the allegations in the first sentence of Paragraph 1685. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1685 and on that basis denies them.

1686. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1686 and on that basis denies them.

1687. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1687 and on that basis denies them.

1688. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1688 and on that basis denies them.

1689. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1689 and on that basis denies them.

1690. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1690 and on that basis denies them.

1691. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1691 and on that basis denies them.

1692. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1692 and on that basis denies them.

1693. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1693 and on that basis denies them.

1694. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1694 and on that basis denies them.

1695. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1695 and on that basis denies them.

1696. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1696 and on that basis denies them.

1697. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1697 and on that basis denies them.

1698. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1698 and on that basis denies them.

1699. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1699 and on that basis denies them.

1700. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1700 and on that basis denies them.

1701. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1701 and on that basis denies them.

1702. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1702 and on that basis denies them.

1703. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1703 and on that basis denies them.

1704. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1704 and on that basis denies them.

1705. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1705 and on that basis denies them.

1706. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1706 and on that basis denies them.

1707. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1707 and on that basis denies them.

1708. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1708 and on that basis denies them.

1709. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1709 and on that basis denies them.

1710. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1710 and on that basis denies them.

1711. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1711 and on that basis denies them.

1712. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1712 and on that basis denies them.

1713. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1713 and on that basis denies them.

1714. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1714 and on that basis denies them.

1715. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1715 and on that basis denies them.

1716. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1716 and on that basis denies them.

1717. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1717 and on that basis denies them.

1718. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1718 and on that basis denies them.

1719. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1719 and on that basis denies them.

1720. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1720 and on that basis denies them.

1721. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1721 and on that basis denies them.

1722. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1722 and on that basis denies them.

1723. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1723 and on that basis denies them.

1724. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1724 and on that basis denies them.

1725. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1725 and on that basis denies them.

1726. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1726 and on that basis denies them.

1727. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1727 and on that basis denies them.

1728. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1728 and on that basis denies them.

1729. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1729 and on that basis denies them.

1730. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1730 and on that basis denies them.

1731. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1731 and on that basis denies them.

1732. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1732 and on that basis denies them.

1733. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1733 and on that basis denies them.

1734. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1734 and on that basis denies them.

1735. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1735 and on that basis denies them.

1736. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1736 and on that basis denies them.

1737. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1737 and on that basis denies them.

1738. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1738 and on that basis denies them.

1739. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1739 and on that basis denies them.

1740. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1740 and on that basis denies them.

1741. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1741 and on that basis denies them.

1742. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1742 and on that basis denies them.

1743. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1743 and on that basis denies them.

1744. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1744 and on that basis denies them.

1745. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1745 and on that basis denies them.

1746. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1746 and on that basis denies them.

1747. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1747 and on that basis denies them.

1748. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1748 and on that basis denies them.

1749. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1749 and on that basis denies them.

1750. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1750 and on that basis denies them.

1751. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1751 and on that basis denies them.

1752. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1752 and on that basis denies them.

1753. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1753 and on that basis denies them.

1754. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1754 and on that basis denies them.

1755. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1755 and on that basis denies them.

1756. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1756 and on that basis denies them.

1757. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1757 and on that basis denies them.

1758. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1758 and on that basis denies them.

1759. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1759 and on that basis denies them.

1760. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1760 and on that basis denies them.

1761. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1761 and on that basis denies them.

1762. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1762 and on that basis denies them.

1763. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1763 and on that basis denies them.

1764. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1764 and on that basis denies them.

1765. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1765 and on that basis denies them.

1766. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1766 and on that basis denies them.

1767. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1767 and on that basis denies them.

1768. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1768 and on that basis denies them.

1769. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1769 and on that basis denies them.

1770. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1770 and on that basis denies them.

1771. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1771 and on that basis denies them.

1772. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1772 and on that basis denies them.

1773. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1773 and on that basis denies them.

1774. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1774 and on that basis denies them.

1775. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1775 and on that basis denies them.

1776. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1776 and on that basis denies them.

1777. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1777 and on that basis denies them.

1778. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1778 and on that basis denies them.

1779. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1779 and on that basis denies them.

1780. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1780 and on that basis denies them.

1781. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1781 and on that basis denies them.

1782. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1782 and on that basis denies them.

1783. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1783 and on that basis denies them.

1784. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1784 and on that basis denies them.

1785. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1785 and on that basis denies them.

1786. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1786 and on that basis denies them.

1787. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1787 and on that basis denies them.

1788. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1788 and on that basis denies them.

1789. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1789 and on that basis denies them.

1790. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1790 and on that basis denies them.

1791. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1791 and on that basis denies them.

1792. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1792 and on that basis denies them.

1793. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1793 and on that basis denies them.

1794. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1794 and on that basis denies them.

1795. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1795 and on that basis denies them.

1796. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1796 and on that basis denies them.

1797. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1797 and on that basis denies them.

1798. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1798 and on that basis denies them.

1799. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1799 and on that basis denies them.

1800. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1800 and on that basis denies them.

1801. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1801 and on that basis denies them.

1802. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1802 and on that basis denies them.

1803. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1803 and on that basis denies them.

1804. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1804 and on that basis denies them.

1805. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1805 and on that basis denies them.

1806. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1806 and on that basis denies them.

1807. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1807 and on that basis denies them.

1808. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1808 and on that basis denies them.

1809. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1809 and on that basis denies them.

1810. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1810 and on that basis denies them.

1811. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1811 and on that basis denies them.

1812. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1812 and on that basis denies them.

1813. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1813 and on that basis denies them.

1814. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1814 and on that basis denies them.

1815. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1815 and on that basis denies them.

1816. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1816 and on that basis denies them.

1817. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1817 and on that basis denies them.

1818. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1818 and on that basis denies them.

1819. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1819 and on that basis denies them.

1820. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1820 and on that basis denies them.

1821. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1821 and on that basis denies them.

1822. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1822 and on that basis denies them.

1823. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1823 and on that basis denies them.

1824. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1824 and on that basis denies them.

1825. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1825 and on that basis denies them.

1826. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1826 and on that basis denies them.

1827. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1827 and on that basis denies them.

1828. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1828 and on that basis denies them.

1829. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1829 and on that basis denies them.

1830. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1830 and on that basis denies them.

1831. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1831 and on that basis denies them.

1832. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1832 and on that basis denies them.

1833. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1833 and on that basis denies them.

1834. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1834 and on that basis denies them.

1835. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1835 and on that basis denies them.

1836. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1836 and on that basis denies them.

1837. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1837 and on that basis denies them.

1838. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1838 and on that basis denies them.

1839. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1839 and on that basis denies them.

1840. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1840 and on that basis denies them.

1841. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1841 and on that basis denies them.

1842. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1842 and on that basis denies them.

1843. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1843 and on that basis denies them.

1844. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1844 and on that basis denies them.

1845. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1845 and on that basis denies them.

1846. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1846 and on that basis denies them.

1847. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1847 and on that basis denies them.

1848. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1848 and on that basis denies them.

1849. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1849 and on that basis denies them.

1850. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1850 and on that basis denies them.

1851. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1851 and on that basis denies them.

1852. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1852 and on that basis denies them.

1853. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1853 and on that basis denies them.

1854. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1854 and on that basis denies them.

1855. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1855 and on that basis denies them.

1856. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1856 and on that basis denies them.

1857. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1857 and on that basis denies them.

1858. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1858 and on that basis denies them.

1859. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1859 and on that basis denies them.

1860. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1860 and on that basis denies them.

1861. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1861 and on that basis denies them.

1862. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1862 and on that basis denies them.

1863. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1863 and on that basis denies them.

1864. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1864 and on that basis denies them.

1865. Perrigo admits that it sold the 15 g and 30 g sizes of nystatin cream and nystatin ointment. Perrigo denies that it sold nystatin cream and ointment "at supracompetitive prices inflated by the unlawful and anticompetitive agreements alleged in th[e] Complaint." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1865 and on that basis denies them.

1866. Perrigo admits that it sold the 15 g and 30 g sizes of nystatin cream USP 100,000 U/g. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1866 and on that basis denies them.

1867. Perrigo admits that it sold the 15 g and 30 g sizes of nystatin ointment USP 100,000 U/g. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1867 and on that basis denies them.

1868. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1868 and on that basis denies them.

1869. Perrigo admits that it increased its published WAC on nystatin cream USP 100,000 U/g on June 1, 2011. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1869 and on that basis denies them.

1870. Perrigo denies the allegations in the second sentence of Paragraph 1870. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1870 and on that basis denies them.

1871. Perrigo denies the existence of the alleged "fair share agreement." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1871 and on that basis denies them.

1872. Perrigo denies the allegations in Paragraph 1872 that are directed at Perrigo, and Perrigo also denies the last sentence of Paragraph 1872. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1872 and on that basis denies them.

1873. Perrigo denies the allegations in Paragraph 1873 that are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1873 and on that basis denies them.

1874. Perrigo denies the allegations in Paragraph 1874.

1875. Perrigo admits that it increased its published WAC on the 15 g and 30 g sizes of nystatin ointment USP 100,000 U/g effective June 1, 2011. Perrigo denies that it increased its pricing by "more than 300%." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1875 and on that basis denies them.

1876. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1876 and on that basis denies them.

1877. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1877 and on that basis denies them.

1878. Perrigo denies the existence of the alleged "'fair share' agreement understanding." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 1878 and on that basis denies them.

1879. Perrigo denies the allegations in Paragraph 1879.

1880. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1880 and on that basis denies them.

1881. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1881 and on that basis denies them.

1882. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1882 and on that basis denies them.

1883. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1883 and on that basis denies them.

1884. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1884 and on that basis denies them.

1885. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1885 and on that basis denies them.

1886. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1886 and on that basis denies them.

1887. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1887 and on that basis denies them.

1888. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1888 and on that basis denies them.

1889. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1889 and on that basis denies them.

1890. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1890 and on that basis denies them.

1891. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1891 and on that basis denies them.

1892. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1892 and on that basis denies them.

1893. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1893 and on that basis denies them.

1894. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1894 and on that basis denies them.

1895. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1895 and on that basis denies them.

1896. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1896 and on that basis denies them.

1897. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1897 and on that basis denies them.

1898. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1898 and on that basis denies them.

1899. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1899 and on that basis denies them.

1900. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1900 and on that basis denies them.

1901. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1901 and on that basis denies them.

1902. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1902 and on that basis denies them.

1903. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1903 and on that basis denies them.

1904. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1904 and on that basis denies them.

1905. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1905 and on that basis denies them.

1906. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1906 and on that basis denies them.

1907. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1907 and on that basis denies them.

1908. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1908 and on that basis denies them.

1909. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1909 and on that basis denies them.

1910. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1910 and on that basis denies them.

1911. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1911 and on that basis denies them.

1912. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1912 and on that basis denies them.

1913. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1913 and on that basis denies them.

1914. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1914 and on that basis denies them.

1915. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1915 and on that basis denies them.

1916. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1916 and on that basis denies them.

1917. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1917 and on that basis denies them.

1918. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1918 and on that basis denies them.

1919. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1919 and on that basis denies them.

1920. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1920 and on that basis denies them.

1921. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1921 and on that basis denies them.

1922. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1922 and on that basis denies them.

1923. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1923 and on that basis denies them.

1924. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1924 and on that basis denies them.

1925. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1925 and on that basis denies them.

1926. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1926 and on that basis denies them.

1927. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1927 and on that basis denies them.

1928. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1928 and on that basis denies them.

1929. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1929 and on that basis denies them.

1930. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1930 and on that basis denies them.

1931. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1931 and on that basis denies them.

1932. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1932 and on that basis denies them.

1933. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1933 and on that basis denies them.

1934. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1934 and on that basis denies them.

1935. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1935 and on that basis denies them.

1936. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1936 and on that basis denies them.

1937. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1937 and on that basis denies them.

1938. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1938 and on that basis denies them.

1939. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1939 and on that basis denies them.

1940. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1940 and on that basis denies them.

1941. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1941 and on that basis denies them.

1942. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1942 and on that basis denies them.

1943. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1943 and on that basis denies them.

1944. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1944 and on that basis denies them.

1945. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1945 and on that basis denies them.

1946. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1946 and on that basis denies them.

1947. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1947 and on that basis denies them.

1948. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1948 and on that basis denies them.

1949. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1949 and on that basis denies them.

1950. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1950 and on that basis denies them.

1951. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1951 and on that basis denies them.

1952. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1952 and on that basis denies them.

1953. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1953 and on that basis denies them.

1954. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1954 and on that basis denies them.

1955. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1955 and on that basis denies them.

1956. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1956 and on that basis denies them.

1957. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1957 and on that basis denies them.

1958. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1958 and on that basis denies them.

1959. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1959 and on that basis denies them.

1960. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1960 and on that basis denies them.

1961. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1961 and on that basis denies them.

1962. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1962 and on that basis denies them.

1963. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1963 and on that basis denies them.

1964. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1964 and on that basis denies them.

1965. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1965 and on that basis denies them.

1966. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1966 and on that basis denies them.

1967. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1967 and on that basis denies them.

1968. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1968 and on that basis denies them.

1969. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1969 and on that basis denies them.

1970. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1970 and on that basis denies them.

1971. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1971 and on that basis denies them.

1972. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1972 and on that basis denies them.

1973. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1973 and on that basis denies them.

1974. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1974 and on that basis denies them.

1975. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1975 and on that basis denies them.

1976. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1976 and on that basis denies them.

1977. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1977 and on that basis denies them.

1978. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1978 and on that basis denies them.

1979. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1979 and on that basis denies them.

1980. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1980 and on that basis denies them.

1981. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1981 and on that basis denies them.

1982. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1982 and on that basis denies them.

1983. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1983 and on that basis denies them.

1984. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1984 and on that basis denies them.

1985. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1985 and on that basis denies them.

1986. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1986 and on that basis denies them.

1987. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1987 and on that basis denies them.

1988. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1988 and on that basis denies them.

1989. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1989 and on that basis denies them.

1990. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1990 and on that basis denies them.

1991. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1991 and on that basis denies them.

1992. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1992 and on that basis denies them.

1993. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1993 and on that basis denies them.

1994. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1994 and on that basis denies them.

1995. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1995 and on that basis denies them.

1996. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1996 and on that basis denies them.

1997. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1997 and on that basis denies them.

1998. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1998 and on that basis denies them.

1999. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1999 and on that basis denies them.

2000. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2000 and on that basis denies them.

2001. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2001 and on that basis denies them.

2002. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2002 and on that basis denies them.

2003. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2003 and on that basis denies them.

2004. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2004 and on that basis denies them.

2005. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2005 and on that basis denies them.

2006. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2006 and on that basis denies them.

2007. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2007 and on that basis denies them.

2008. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2008 and on that basis denies them.

2009. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2009 and on that basis denies them.

2010. Perrigo admits that permethrin cream can be used to treat scabies, among other indications. Perrigo also admits that it sold the 60 g size of permethrin cream 5%. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2010 and on that basis denies them.

2011. Perrigo admits that it previously employed a salesperson with the initials T.P. Perrigo denies the allegations in the second and last sentences of Paragraph 2011. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2011 and on that basis denies them.

2012. Perrigo denies the allegations in the first and last sentences of Paragraph 2012. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2012 and on that basis denies them.

2013. Perrigo denies the allegations in the second and third sentences of Paragraph 2013. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2013 and on that basis denies them.

2014. Perrigo denies the allegations in the last sentence of Paragraph 2014. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2014 and on that basis denies them.

2015. Perrigo denies the alleged coordination between Mylan, Actavis, and Perrigo surrounding permethrin cream 5%. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2015 and on that basis denies them.

2016. Perrigo denies the allegations in Paragraph 2016.

2017. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2017 and on that basis denies them.

2018. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2018 and on that basis denies them.

2019. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2019 and on that basis denies them.

2020. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2020 and on that basis denies them.

2021. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2021 and on that basis denies them.

2022. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2022 and on that basis denies them.

2023. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2023 and on that basis denies them.

2024. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2024 and on that basis denies them.

2025. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2025 and on that basis denies them.

2026. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2026 and on that basis denies them.

2027. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2027 and on that basis denies them.

2028. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2028 and on that basis denies them.

2029. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2029 and on that basis denies them.

2030. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2030 and on that basis denies them.

2031. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2031 and on that basis denies them.

2032. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2032 and on that basis denies them.

2033. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2033 and on that basis denies them.

2034. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2034 and on that basis denies them.

2035. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2035 and on that basis denies them.

2036. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2036 and on that basis denies them.

2037. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2037 and on that basis denies them.

2038. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2038 and on that basis denies them.

2039. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2039 and on that basis denies them.

2040. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2040 and on that basis denies them.

2041. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2041 and on that basis denies them.

2042. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2042 and on that basis denies them.

2043. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2043 and on that basis denies them.

2044. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2044 and on that basis denies them.

2045. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2045 and on that basis denies them.

2046. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2046 and on that basis denies them.

2047. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2047 and on that basis denies them.

2048. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2048 and on that basis denies them.

2049. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2049 and on that basis denies them.

2050. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2050 and on that basis denies them.

2051. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2051 and on that basis denies them.

2052. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2052 and on that basis denies them.

2053. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2053 and on that basis denies them.

2054. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2054 and on that basis denies them.

2055. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2055 and on that basis denies them.

2056. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2056 and on that basis denies them.

2057. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2057 and on that basis denies them.

2058. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2058 and on that basis denies them.

2059. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2059 and on that basis denies them.

2060. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2060 and on that basis denies them.

2061. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2061 and on that basis denies them.

2062. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2062 and on that basis denies them.

2063. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2063 and on that basis denies them.

2064. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2064 and on that basis denies them.

2065. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2065 and on that basis denies them.

2066. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2066 and on that basis denies them.

2067. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2067 and on that basis denies them.

2068. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2068 and on that basis denies them.

2069. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2069 and on that basis denies them.

2070. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2070 and on that basis denies them.

2071. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2071 and on that basis denies them.

2072. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2072 and on that basis denies them.

2073. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2073 and on that basis denies them.

2074. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2074 and on that basis denies them.

2075. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2075 and on that basis denies them.

2076. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2076 and on that basis denies them.

2077. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2077 and on that basis denies them.

2078. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2078 and on that basis denies them.

2079. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2079 and on that basis denies them.

2080. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2080 and on that basis denies them.

2081. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2081 and on that basis denies them.

2082. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2082 and on that basis denies them.

2083. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2083 and on that basis denies them.

2084. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2084 and on that basis denies them.

2085. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2085 and on that basis denies them.

2086. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2086 and on that basis denies them.

2087. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2087 and on that basis denies them.

2088. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2088 and on that basis denies them.

2089. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2089 and on that basis denies them.

2090. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2090 and on that basis denies them.

2091. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2091 and on that basis denies them.

2092. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2092 and on that basis denies them.

2093. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2093 and on that basis denies them.

2094. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2094 and on that basis denies them.

2095. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2095 and on that basis denies them.

2096. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2096 and on that basis denies them.

2097. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2097 and on that basis denies them.

2098. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2098 and on that basis denies them.

2099. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2099 and on that basis denies them.

2100. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2100 and on that basis denies them.

2101. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2101 and on that basis denies them.

2102. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2102 and on that basis denies them.

2103. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2103 and on that basis denies them.

2104. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2104 and on that basis denies them.

2105. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2105 and on that basis denies them.

2106. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2106 and on that basis denies them.

2107. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2107 and on that basis denies them.

2108. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2108 and on that basis denies them.

2109. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2109 and on that basis denies them.

2110. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2110 and on that basis denies them.

2111. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2111 and on that basis denies them.

2112. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2112 and on that basis denies them.

2113. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2113 and on that basis denies them.

2114. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2114 and on that basis denies them.

2115. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2115 and on that basis denies them.

2116. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2116 and on that basis denies them.

2117. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2117 and on that basis denies them.

2118. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2118 and on that basis denies them.

2119. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2119 and on that basis denies them.

2120. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2120 and on that basis denies them.

2121. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2121 and on that basis denies them.

2122. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2122 and on that basis denies them.

2123. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2123 and on that basis denies them.

2124. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2124 and on that basis denies them.

2125. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2125 and on that basis denies them.

2126. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2126 and on that basis denies them.

2127. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2127 and on that basis denies them.

2128. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2128 and on that basis denies them.

2129. Perrigo admits the allegations in Paragraph 2129.

2130. Perrigo admits that it sold the 12 unit size of 25 mg prochlorperazine maleate suppositories. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2130 and on that basis denies them.

2131. Perrigo denies that it "maintained a virtually even split of the [prochlorperazine] market," and the allegations in the second sentence of Paragraph 2131. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2131 and on that basis denies them.

2132. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2132 and on that basis denies them.

2133. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2133 and on that basis denies them.

2134. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2134 and on that basis denies them.

2135. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2135 and on that basis denies them.

2136. Perrigo admits the allegations in the first sentence of Paragraph 2136. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2136 and on that basis denies them.

2137. Perrigo admits that NACDS holds an annual meeting. Perrigo denies that "Boothe, Orlofski, and Vogel-Baylor . . . had many opportunities to meet in person to discuss the prochlorperazine increases at various programming and social events" at the NACDS 2013 annual meeting. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2137 and on that basis denies them.

2138. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2138 and on that basis denies them.

2139. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2139 and on that basis denies them.

2140. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2140 and on that basis denies them.

2141. Perrigo denies the allegations in the second sentence of Paragraph 2141. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2141 and on that basis denies them.

2142. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2142 and on that basis denies them.

2143. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2143 and on that basis denies them.

2144. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2144 and on that basis denies them.

2145. Perrigo admits the allegations in the first sentence of Paragraph 2145. Perrigo also admits that it sold the 12 count size of promethazine hcl 12.5 mg suppositories in late 2012 and early 2013. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2145 and on that basis denies them.

2146. Perrigo denies the allegations in Paragraph 2146 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2146 and on that basis denies them.

2147. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2147 and on that basis denies them.

2148. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2148 and on that basis denies them.

2149. Perrigo denies the existence of any collusion between it and G&W on halobetasol propionate cream and ointment and/or promethazine hcl suppositories. Perrigo lacks sufficient

knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2149 and on that basis denies them.

2150. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2150 and on that basis denies them.

2151. Perrigo admits that John Wesolowski was a Perrigo executive who had responsibility for the generic prescription drug sales organization, of which T.P. was a part. Perrigo denies that T.P. reported any information back to John Wesolowski concerning T.P.'s alleged communications with M.D. of Actavis. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2151 and on that basis denies them.

2152. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2152 and on that basis denies them.

2153. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2153 and on that basis denies them.

2154. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2154 and on that basis denies them.

2155. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2155 and on that basis denies them.

2156. Perrigo denies that it "followed suit on December 4, 2012." Perrigo admits that on December 4, 2012, some of its customers received notification that Perrigo was increasing its contract pricing on promethazine hcl suppositories, effective January 5, 2013. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2156 and on that basis denies them.

2157. Perrigo denies the allegations in Paragraph 2157.

2158. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2158 and on that basis denies them.

2159. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2159 and on that basis denies them.

2160. Perrigo denies the allegations in the first sentence of Paragraph 2160. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2160 and on that basis denies them.

2161. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2161 and on that basis denies them.

2162. Perrigo denies the existence of the alleged "plan" regarding promethazine hcl suppositories. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2162 and on that basis denies them.

2163. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2163 and on that basis denies them.

2164. Perrigo denies that it spoke with Actavis about promethazine hcl suppositories prior to Actavis raising its pricing for the product. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2164 and on that basis denies them.

2165. Perrigo admits that it previously employed a salesperson with the initials S.S. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2165 and on that basis denies them.

2166. Perrigo admits that on July 30, 2013, Perrigo notified its customers that it was increasing its published WAC for the 12 count of promethazine hcl suppositories. Perrigo admits that its published WAC matched the publicly-available WACs that G&W and Actavis already had already established in the market for promethazine hcl suppositories. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2166 and on that basis denies them.

2167. Perrigo denies the allegations in the first sentence of Paragraph 2167. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2167 and on that basis denies them.

2168. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2168 and on that basis denies them.

2169. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2169 and on that basis denies them.

2170. Perrigo denies the existence of the alleged "market share balance" concerning promethazine hcl suppositories. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2170 and on that basis denies them.

2171. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2171 and on that basis denies them.

2172. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2172 and on that basis denies them.

2173. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2173 and on that basis denies them.

2174. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2174 and on that basis denies them.

2175. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2175 and on that basis denies them.

2176. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2176 and on that basis denies them.

2177. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2177 and on that basis denies them.

2178. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2178 and on that basis denies them.

2179. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2179 and on that basis denies them.

2180. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2180 and on that basis denies them.

2181. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2181 and on that basis denies them.

2182. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2182 and on that basis denies them.

2183. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2183 and on that basis denies them.

2184. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2184 and on that basis denies them.

2185. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2185 and on that basis denies them.

2186. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2186 and on that basis denies them.

2187. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2187 and on that basis denies them.

2188. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2188 and on that basis denies them.

2189. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2189 and on that basis denies them.

2190. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2190 and on that basis denies them.

2191. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2191 and on that basis denies them.

2192. Perrigo admits that tacrolimus ointment is also known by the brand name Protopic, and that it is used to treat eczema. Perrigo also admits that tacrolimus ointment is available in 30 g, 60 g, and 100 g sizes. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2192 and on that basis denies them.

2193. Perrigo admits that it was preparing to launch tacrolimus ointment as the authorized generic in August 2014. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2193 and on that basis denies them.

2194. Perrigo admits that Perrigo previously employed a salesperson with the initials T.P. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2194 and on that basis denies them.

2195. Perrigo denies the allegations in the third, fourth, and fifth sentences of Paragraph 2195. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2195 and on that basis denies them.

2196. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2196 and on that basis denies them.

2197. Perrigo denies the allegations in the third sentence of Paragraph 2197. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2197 and on that basis denies them.

2198. Perrigo denies the allegations in Paragraph 2198 that are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2198 and on that basis denies them.

2199. Perrigo admits that Perrigo previously employed a salesperson with the initials A.F., and that John Wesolowski was a Perrigo executive who had responsibility for the generic prescription drug sales organization of Perrigo. Perrigo also admits that T.P. sent an email to John Wesolowski that contains the language quoted in the fourth sentence of Paragraph 2199, but denies that the quoted language expresses the full content or context of the communication. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2199 and on that basis denies them.

2200. Perrigo denies that it launched tacrolimus ointment on November 20, 2014. Perrigo further denies the existence of any plan between it and Sandoz regarding customers for tacrolimus

ointment. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2200 and on that basis denies them.

2201. Perrigo admits that Douglas Boothe was a Perrigo executive. Perrigo also admits that Perrigo previously employed a business development executive with the initials C.V. Perrigo further admits that internal Perrigo e-mails contain the quoted language in Paragraph 2201. To the extent that Paragraph 2201 purports to set forth the contents of the e-mails, Perrigo refers to the cited emails for a complete statement of their contents, and denies the allegations in Paragraph 2201 to the extent that they are inconsistent with the contents of the email. Perrigo denies that the quoted language in Paragraph 2201 expresses the full content or context of the communications. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2201 and on that basis denies them.

2202. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2202 and on that basis denies them.

2203. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2203 and on that basis denies them.

2204. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2204 and on that basis denies them.

2205. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2205 and on that basis denies them.

2206. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2206 and on that basis denies them.

2207. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2207 and on that basis denies them.

2208. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2208 and on that basis denies them.

2209. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2209 and on that basis denies them.

2210. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2210 and on that basis denies them.

2211. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2211 and on that basis denies them.

2212. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2212 and on that basis denies them.

2213. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2213 and on that basis denies them.

2214. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2214 and on that basis denies them.

2215. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2215 and on that basis denies them.

2216. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2216 and on that basis denies them.

2217. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2217 and on that basis denies them.

2218. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2218 and on that basis denies them.

2219. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2219 and on that basis denies them.

2220. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2220 and on that basis denies them.

2221. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2221 and on that basis denies them.

2222. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2222 and on that basis denies them.

2223. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2223 and on that basis denies them.

2224. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2224 and on that basis denies them.

2225. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2225 and on that basis denies them.

2226. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2226 and on that basis denies them.

2227. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2227 and on that basis denies them.

2228. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2228 and on that basis denies them.

2229. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2229 and on that basis denies them.

2230. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2230 and on that basis denies them.

2231. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2231 and on that basis denies them.

2232. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2232 and on that basis denies them.

2233. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2233 and on that basis denies them.

2234. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2234 and on that basis denies them.

2235. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2235 and on that basis denies them.

2236. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2236 and on that basis denies them.

2237. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2237 and on that basis denies them.

2238. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2238 and on that basis denies them.

2239. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2239 and on that basis denies them.

2240. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2240 and on that basis denies them.

2241. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2241 and on that basis denies them.

2242. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2242 and on that basis denies them.

2243. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2243 and on that basis denies them.

2244. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2244 and on that basis denies them.

2245. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2245 and on that basis denies them.

2246. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2246 and on that basis denies them.

2247. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2247 and on that basis denies them.

2248. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2248 and on that basis denies them.

2249. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2249 and on that basis denies them.

2250. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2250 and on that basis denies them.

2251. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2251 and on that basis denies them.

2252. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2252 and on that basis denies them.

2253. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2253 and on that basis denies them.

2254. Perrigo admits that triamcinolone acetonide is known in the United States by the brand names Kenalog and Triderm, and that it is a corticosteroid that is used to treat certain skin conditions. Perrigo also admits that triamcinolone acetonide is available as both a cream and an ointment, but notes that there are other formulations of triamcinolone acetonide available as well. Perrigo further admits that it sold certain sizes of triamcinolone acetonide cream 0.025%, triamcinolone acetonide cream 0.1%, triamcinolone acetonide cream 0.5%, triamcinolone acetonide ointment 0.025%, triamcinolone acetonide ointment 0.1%, and triamcinolone acetonide ointment 0.5%. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2254 and on that basis denies them.

2255. Perrigo admits that in July 2010, it was selling certain sizes of triamcinolone acetonide cream 0.025%, triamcinolone acetonide cream 0.1%, triamcinolone acetonide cream 0.5%, triamcinolone acetonide ointment 0.025%, triamcinolone acetonide ointment 0.1%, and triamcinolone acetonide ointment 0.5%. Perrigo also admits that Fougera was also selling certain sizes and strengths of triamcinolone acetonide cream and ointment. Perrigo denies the allegations in the second and last sentences of Paragraph 2255. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2255 and on that basis denies them.

2256. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2256 and on that basis denies them.

2257. Perrigo denies the allegations in the first sentence of Paragraph 2257. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2257 and on that basis denies them.

2258. Perrigo admits that John Wesolowski was a Perrigo executive who had responsibility for the generic prescription drug sales organization of Perrigo, of which T.P. was a part. Perrigo denies the existence of the alleged agreement between Perrigo and Fougera. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2258 and on that basis denies them.

2259. Perrigo denies the existence of "fair share rules" and that there was an agreement to "not poach market share from other manufacturers." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2259 and on that basis denies them.

2260. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2260 and on that basis denies them.

2261. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2261 and on that basis denies them.

2262. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2262 and on that basis denies them.

2263. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2263 and on that basis denies them.

2264. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2264 and on that basis denies them.

2265. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2265 and on that basis denies them.

2266. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2266 and on that basis denies them.

2267. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2267 and on that basis denies them.

2268. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2268 and on that basis denies them.

2269. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2269 and on that basis denies them.

2270. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2270 and on that basis denies them.

2271. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2271 and on that basis denies them.

2272. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2272 and on that basis denies them.

2273. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2273 and on that basis denies them.

2274. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2274 and on that basis denies them.

2275. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2275 and on that basis denies them.

2276. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2276 and on that basis denies them.

2277. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2277 and on that basis denies them.

2278. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2278 and on that basis denies them.

2279. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2279 and on that basis denies them.

2280. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2280 and on that basis denies them.

2281. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2281 and on that basis denies them.

2282. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2282 and on that basis denies them.

2283. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2283 and on that basis denies them.

2284. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2284 and on that basis denies them.

2285. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2285 and on that basis denies them.

2286. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2286 and on that basis denies them.

2287. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2287 and on that basis denies them.

2288. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2288 and on that basis denies them.

2289. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2289 and on that basis denies them.

2290. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2290 and on that basis denies them.

2291. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2291 and on that basis denies them.

2292. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2292 and on that basis denies them.

2293. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2293 and on that basis denies them.

2294. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2294 and on that basis denies them.

2295. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2295 and on that basis denies them.

2296. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2296 and on that basis denies them.

2297. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2297 and on that basis denies them.

2298. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2298 and on that basis denies them.

2299. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2299 and on that basis denies them.

2300. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2300 and on that basis denies them.

2301. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2301 and on that basis denies them.

2302. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2302 and on that basis denies them.

2303. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2303 and on that basis denies them.

2304. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2304 and on that basis denies them.

2305. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2305 and on that basis denies them.

2306. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2306 and on that basis denies them.

2307. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2307 and on that basis denies them.

2308. Perrigo denies the allegations in Paragraph 2308.

2309. Perrigo denies the existence of any conspiracy, including an overarching conspiracy "fair share" agreement that "allowed competitors to begin increasing prices on drugs

in bunches. The remainder of Paragraph 2309 does not contain any factual allegations to which a response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 2309.

2310. Perrigo denies the existence of the alleged "collusion across generic drugs, which was made possible by the overarching conspiracy and its rules on fair share." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2310 and on that basis denies them.

2311. Perrigo denies the allegations in Paragraph 2311 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2311 and on that basis denies them.

2312. Perrigo admits that it sold certain sizes of ammonium lactate cream 12%, ammonium lactate lotion 12%, desonide cream 0.05%, and desonide ointment 0.05%. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2312 and on that basis denies them.

2313. Perrigo denies the allegations in Paragraph 2313 that are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2313 and on that basis denies them.

2314. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2314 and on that basis denies them.

2315. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2315 and on that basis denies them.

2316. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2316 and on that basis denies them.

2317. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2317 and on that basis denies them.

2318. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2318 and on that basis denies them.

2319. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2319 and on that basis denies them.

2320. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2320 and on that basis denies them.

2321. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2321 and on that basis denies them.

2322. Perrigo admits that it sold certain sizes of ammonium lactate cream 12% and ammonium lactate lotion 12% in May 2013, and that Taro and Actavis also sold both products at the time. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2322 and on that basis denies them.

2323. Perrigo denies the allegations in the first sentence of Paragraph 2323 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2323 and on that basis denies them.

2324. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2324 and on that basis denies them.

2325. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2325 and on that basis denies them.

2326. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2326 and on that basis denies them.

2327. Perrigo denies the allegations in the first sentence of Paragraph 2327. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2327 and on that basis denies them.

2328. Perrigo admits that NACDS holds an annual meeting. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2328 and on that basis denies them.

2329. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2329 and on that basis denies them.

2330. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2330 and on that basis denies them.

2331. Perrigo denies the allegations in Paragraph 2331 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2331 and on that basis denies them.

2332. Perrigo denies the allegations in Paragraph 2332 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2332 and on that basis denies them.

2333. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2333 and on that basis denies them.

2334. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2334 and on that basis denies them.

2335. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2335 and on that basis denies them.

2336. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2336 and on that basis denies them.

2337. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2337 and on that basis denies them.

2338. Perrigo denies the allegations in the first sentence of Paragraph 2338 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2338 and on that basis denies them.

2339. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2339 and on that basis denies them.

2340. Perrigo denies the allegations in Paragraph 2340 that are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2340 and on that basis denies them.

2341. Perrigo denies the allegations in the first sentence of Paragraph 2341. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2341 and on that basis denies them.

2342. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2342 and on that basis denies them.

2343. Perrigo admits that it increased its published WAC on the 15 g and 60 g sizes of desonide cream 0.05%, and desonide ointment 0.05% on May 21, 2013. Perrigo denies that it "followed the Taro price increases" on both products. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2343 and on that basis denies them.

2344. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2344 and on that basis denies them.

2345. Perrigo denies the allegations in Paragraph 2345 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2345 and on that basis denies them.

2346. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2346 and on that basis denies them.

2347. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2347 and on that basis denies them.

2348. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2348 and on that basis denies them.

2349. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2349 and on that basis denies them.

2350. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2350 and on that basis denies them.

2351. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2351 and on that basis denies them.

2352. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2352 and on that basis denies them.

2353. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2353 and on that basis denies them.

2354. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2354 and on that basis denies them.

2355. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2355 and on that basis denies them.

2356. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2356 and on that basis denies them.

2357. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2357 and on that basis denies them.

2358. Perrigo admits that in May 2013 it sold the 15 g, 30 g, and 90 g sizes of ciclopirox cream 0.77%. Perrigo denies that it colluded with Glenmark, Fougera, and G&W to coordinate "entry into the market and also to allocate that market and increase prices." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2358 and on that basis denies them.

2359. Perrigo admits that mometasone furoate is known by the brand name Elocon, and is a corticosteroid used to treat certain skin conditions, including eczema, psoriasis, allergies, and rashes. Perrigo further admits that mometasone furoate is available in several forms, including a cream, ointment, and solution. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2359 and on that basis denies them.

2360. Perrigo admits that it sold the 15 g and 45 g sizes of mometasone furoate cream and ointment 0.1%, and the 30 mL and 60 mL sizes of mometasone furoate solution 0.1%. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2360 and on that basis denies them.

2361. Perrigo denies the allegations in the first sentence of Paragraph 2361 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2361 and on that basis denies them.

2362. Perrigo denies the allegations in the first sentence of Paragraph 2362. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2362 and on that basis denies them.

2363. Perrigo denies that it "follow[ed] with an increase on Ciclopirox Cream." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2363 and on that basis denies them.

2364. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2364 and on that basis denies them.

2365. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2365 and on that basis denies them.

2366. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2366 and on that basis denies them.

2367. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2367 and on that basis denies them.

2368. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2368 and on that basis denies them.

2369. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2369 and on that basis denies them.

2370. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2370 and on that basis denies them.

2371. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2371 and on that basis denies them.

2372. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2372 and on that basis denies them.

2373. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2373 and on that basis denies them.

2374. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2374 and on that basis denies them.

2375. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2375 and on that basis denies them.

2376. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2376 and on that basis denies them.

2377. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2377 and on that basis denies them.

2378. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2378 and on that basis denies them.

2379. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2379 and on that basis denies them.

2380. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2380 and on that basis denies them.

2381. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2381 and on that basis denies them.

2382. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2382 and on that basis denies them.

2383. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2383 and on that basis denies them.

2384. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2384 and on that basis denies them.

2385. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2385 and on that basis denies them.

2386. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2386 and on that basis denies them.

2387. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2387 and on that basis denies them.

2388. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2388 and on that basis denies them.

2389. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2389 and on that basis denies them.

2390. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2390 and on that basis denies them.

2391. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2391 and on that basis denies them.

2392. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2392 and on that basis denies them.

2393. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2393 and on that basis denies them.

2394. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2394 and on that basis denies them.

2395. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2395 and on that basis denies them.

2396. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2396 and on that basis denies them.

2397. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2397 and on that basis denies them.

2398. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2398 and on that basis denies them.

2399. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2399 and on that basis denies them.

2400. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2400 and on that basis denies them.

2401. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2401 and on that basis denies them.

2402. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2402 and on that basis denies them.

2403. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2403 and on that basis denies them.

2404. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2404 and on that basis denies them.

2405. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2405 and on that basis denies them.

2406. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2406 and on that basis denies them.

2407. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2407 and on that basis denies them.

2408. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2408 and on that basis denies them.

2409. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2409 and on that basis denies them.

2410. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2410 and on that basis denies them.

2411. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2411 and on that basis denies them.

2412. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2412 and on that basis denies them.

2413. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2413 and on that basis denies them.

2414. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2414 and on that basis denies them.

2415. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2415 and on that basis denies them.

2416. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2416 and on that basis denies them.

2417. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2417 and on that basis denies them.

2418. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2418 and on that basis denies them.

2419. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2419 and on that basis denies them.

2420. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2420 and on that basis denies them.

2421. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2421 and on that basis denies them.

2422. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2422 and on that basis denies them.

2423. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2423 and on that basis denies them.

2424. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2424 and on that basis denies them.

2425. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2425 and on that basis denies them.

2426. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2426 and on that basis denies them.

2427. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2427 and on that basis denies them.

2428. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2428 and on that basis denies them.

2429. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2429 and on that basis denies them.

2430. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2430 and on that basis denies them.

2431. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2431 and on that basis denies them.

2432. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2432 and on that basis denies them.

2433. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2433 and on that basis denies them.

2434. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2434 and on that basis denies them.

2435. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2435 and on that basis denies them.

2436. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2436 and on that basis denies them.

2437. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2437 and on that basis denies them.

2438. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2438 and on that basis denies them.

2439. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2439 and on that basis denies them.

2440. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2440 and on that basis denies them.

2441. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2441 and on that basis denies them.

2442. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2442 and on that basis denies them.

2443. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2443 and on that basis denies them.

2444. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2444 and on that basis denies them.

2445. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2445 and on that basis denies them.

2446. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2446 and on that basis denies them.

2447. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2447 and on that basis denies them.

2448. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2448 and on that basis denies them.

2449. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2449 and on that basis denies them.

2450. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2450 and on that basis denies them.

2451. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2451 and on that basis denies them.

2452. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2452 and on that basis denies them.

2453. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2453 and on that basis denies them.

2454. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2454 and on that basis denies them.

2455. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2455 and on that basis denies them.

2456. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2456 and on that basis denies them.

2457. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2457 and on that basis denies them.

2458. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2458 and on that basis denies them.

2459. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2459 and on that basis denies them.

2460. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2460 and on that basis denies them.

2461. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2461 and on that basis denies them.

2462. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2462 and on that basis denies them.

2463. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2463 and on that basis denies them.

2464. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2464 and on that basis denies them.

2465. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2465 and on that basis denies them.

2466. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2466 and on that basis denies them.

2467. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2467 and on that basis denies them.

2468. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2468 and on that basis denies them.

2469. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2469 and on that basis denies them.

2470. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2470 and on that basis denies them.

2471. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2471 and on that basis denies them.

2472. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2472 and on that basis denies them.

2473. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2473 and on that basis denies them.

2474. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2474 and on that basis denies them.

2475. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2475 and on that basis denies them.

2476. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2476 and on that basis denies them.

2477. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2477 and on that basis denies them.

2478. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2478 and on that basis denies them.

2479. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2479 and on that basis denies them.

2480. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2480 and on that basis denies them.

2481. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2481 and on that basis denies them.

2482. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2482 and on that basis denies them.

2483. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2483 and on that basis denies them.

2484. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2484 and on that basis denies them.

2485. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2485 and on that basis denies them.

2486. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2486 and on that basis denies them.

2487. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2487 and on that basis denies them.

2488. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2488 and on that basis denies them.

2489. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2489 and on that basis denies them.

2490. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2490 and on that basis denies them.

2491. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2491 and on that basis denies them.

2492. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2492 and on that basis denies them.

2493. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2493 and on that basis denies them.

2494. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2494 and on that basis denies them.

2495. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2495 and on that basis denies them.

2496. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2496 and on that basis denies them.

2497. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2497 and on that basis denies them.

2498. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2498 and on that basis denies them.

2499. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2499 and on that basis denies them.

2500. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2500 and on that basis denies them.

2501. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2501 and on that basis denies them.

2502. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2502 and on that basis denies them.

2503. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2503 and on that basis denies them.

2504. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2504 and on that basis denies them.

2505. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2505 and on that basis denies them.

2506. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2506 and on that basis denies them.

2507. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2507 and on that basis denies them.

2508. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2508 and on that basis denies them.

2509. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2509 and on that basis denies them.

2510. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2510 and on that basis denies them.

2511. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2511 and on that basis denies them.

2512. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2512 and on that basis denies them.

2513. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2513 and on that basis denies them.

2514. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2514 and on that basis denies them.

2515. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2515 and on that basis denies them.

2516. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2516 and on that basis denies them.

2517. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2517 and on that basis denies them.

2518. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2518 and on that basis denies them.

2519. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2519 and on that basis denies them.

2520. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2520 and on that basis denies them.

2521. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2521 and on that basis denies them.

2522. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2522 and on that basis denies them.

2523. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2523 and on that basis denies them.

2524. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2524 and on that basis denies them.

2525. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2525 and on that basis denies them.

2526. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2526 and on that basis denies them.

2527. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2527 and on that basis denies them.

2528. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2528 and on that basis denies them.

2529. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2529 and on that basis denies them.

2530. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2530 and on that basis denies them.

2531. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2531 and on that basis denies them.

2532. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2532 and on that basis denies them.

2533. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2533 and on that basis denies them.

2534. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2534 and on that basis denies them.

2535. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2535 and on that basis denies them.

2536. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2536 and on that basis denies them.

2537. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2537 and on that basis denies them.

2538. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2538 and on that basis denies them.

2539. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2539 and on that basis denies them.

2540. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2540 and on that basis denies them.

2541. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2541 and on that basis denies them.

2542. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2542 and on that basis denies them.

2543. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2543 and on that basis denies them.

2544. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2544 and on that basis denies them.

2545. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2545 and on that basis denies them.

2546. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2546 and on that basis denies them.

2547. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2547 and on that basis denies them.

2548. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2548 and on that basis denies them.

2549. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2549 and on that basis denies them.

2550. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2550 and on that basis denies them.

2551. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2551 and on that basis denies them.

2552. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2552 and on that basis denies them.

2553. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2553 and on that basis denies them.

2554. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2554 and on that basis denies them.

2555. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2555 and on that basis denies them.

2556. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2556 and on that basis denies them.

2557. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2557 and on that basis denies them.

2558. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2558 and on that basis denies them.

2559. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2559 and on that basis denies them.

2560. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2560 and on that basis denies them.

2561. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2561 and on that basis denies them.

2562. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2562 and on that basis denies them.

2563. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2563 and on that basis denies them.

2564. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2564 and on that basis denies them.

2565. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2565 and on that basis denies them.

2566. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2566 and on that basis denies them.

2567. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2567 and on that basis denies them.

2568. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2568 and on that basis denies them.

2569. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2569 and on that basis denies them.

2570. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2570 and on that basis denies them.

2571. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2571 and on that basis denies them.

2572. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2572 and on that basis denies them.

2573. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2573 and on that basis denies them.

2574. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2574 and on that basis denies them.

2575. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2575 and on that basis denies them.

2576. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2576 and on that basis denies them.

2577. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2577 and on that basis denies them.

2578. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2578 and on that basis denies them.

2579. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2579 and on that basis denies them.

2580. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2580 and on that basis denies them.

2581. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2581 and on that basis denies them.

2582. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2582 and on that basis denies them.

2583. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2583 and on that basis denies them.

2584. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2584 and on that basis denies them.

2585. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2585 and on that basis denies them.

2586. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2586 and on that basis denies them.

2587. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2587 and on that basis denies them.

2588. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2588 and on that basis denies them.

2589. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2589 and on that basis denies them.

2590. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2590 and on that basis denies them.

2591. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2591 and on that basis denies them.

2592. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2592 and on that basis denies them.

2593. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2593 and on that basis denies them.

2594. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2594 and on that basis denies them.

2595. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2595 and on that basis denies them.

2596. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2596 and on that basis denies them.

2597. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2597 and on that basis denies them.

2598. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2598 and on that basis denies them.

2599. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2599 and on that basis denies them.

2600. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2600 and on that basis denies them.

2601. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2601 and on that basis denies them.

2602. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2602 and on that basis denies them.

2603. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2603 and on that basis denies them.

2604. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2604 and on that basis denies them.

2605. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2605 and on that basis denies them.

2606. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2606 and on that basis denies them.

2607. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2607 and on that basis denies them.

2608. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2608 and on that basis denies them.

2609. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2609 and on that basis denies them.

2610. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2610 and on that basis denies them.

2611. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2611 and on that basis denies them.

2612. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2612 and on that basis denies them.

2613. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2613 and on that basis denies them.

2614. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2614 and on that basis denies them.

2615. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2615 and on that basis denies them.

2616. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2616 and on that basis denies them.

2617. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2617 and on that basis denies them.

2618. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2618 and on that basis denies them.

2619. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2619 and on that basis denies them.

2620. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2620 and on that basis denies them.

2621. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2621 and on that basis denies them.

2622. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2622 and on that basis denies them.

2623. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2623 and on that basis denies them.

2624. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2624 and on that basis denies them.

2625. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2625 and on that basis denies them.

2626. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2626 and on that basis denies them.

2627. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2627 and on that basis denies them.

2628. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2628 and on that basis denies them.

2629. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2629 and on that basis denies them.

2630. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2630 and on that basis denies them.

2631. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2631 and on that basis denies them.

2632. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2632 and on that basis denies them.

2633. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2633 and on that basis denies them.

2634. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2634 and on that basis denies them.

2635. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2635 and on that basis denies them.

2636. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2636 and on that basis denies them.

2637. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2637 and on that basis denies them.

2638. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2638 and on that basis denies them.

2639. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2639 and on that basis denies them.

2640. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2640 and on that basis denies them.

2641. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2641 and on that basis denies them.

2642. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2642 and on that basis denies them.

2643. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2643 and on that basis denies them.

2644. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2644 and on that basis denies them.

2645. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2645 and on that basis denies them.

2646. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2646 and on that basis denies them.

2647. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2647 and on that basis denies them.

2648. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2648 and on that basis denies them.

2649. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2649 and on that basis denies them.

2650. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2650 and on that basis denies them.

2651. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2651 and on that basis denies them.

2652. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2652 and on that basis denies them.

2653. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2653 and on that basis denies them.

2654. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2654 and on that basis denies them.

2655. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2655 and on that basis denies them.

2656. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2656 and on that basis denies them.

2657. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2657 and on that basis denies them.

2658. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2658 and on that basis denies them.

2659. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2659 and on that basis denies them.

2660. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2660 and on that basis denies them.

2661. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2661 and on that basis denies them.

2662. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2662 and on that basis denies them.

2663. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2663 and on that basis denies them.

2664. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2664 and on that basis denies them.

2665. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2665 and on that basis denies them.

2666. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2666 and on that basis denies them.

2667. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2667 and on that basis denies them.

2668. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2668 and on that basis denies them.

2669. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2669 and on that basis denies them.

2670. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2670 and on that basis denies them.

2671. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2671 and on that basis denies them.

2672. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2672 and on that basis denies them.

2673. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2673 and on that basis denies them.

2674. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2674 and on that basis denies them.

2675. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2675 and on that basis denies them.

2676. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2676 and on that basis denies them.

2677. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2677 and on that basis denies them.

2678. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2678 and on that basis denies them.

2679. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2679 and on that basis denies them.

2680. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2680 and on that basis denies them.

2681. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2681 and on that basis denies them.

2682. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2682 and on that basis denies them.

2683. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2683 and on that basis denies them.

2684. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2684 and on that basis denies them.

2685. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2685 and on that basis denies them.

2686. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2686 and on that basis denies them.

2687. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2687 and on that basis denies them.

2688. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2688 and on that basis denies them.

2689. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2689 and on that basis denies them.

2690. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2690 and on that basis denies them.

2691. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2691 and on that basis denies them.

2692. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2692 and on that basis denies them.

2693. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2693 and on that basis denies them.

2694. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2694 and on that basis denies them.

2695. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2695 and on that basis denies them.

2696. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2696 and on that basis denies them.

2697. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2697 and on that basis denies them.

2698. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2698 and on that basis denies them.

2699. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2699 and on that basis denies them.

2700. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2700 and on that basis denies them.

2701. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2701 and on that basis denies them.

2702. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2702 and on that basis denies them.

2703. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2703 and on that basis denies them.

2704. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2704 and on that basis denies them.

2705. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2705 and on that basis denies them.

2706. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2706 and on that basis denies them.

2707. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2707 and on that basis denies them.

2708. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2708 and on that basis denies them.

2709. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2709 and on that basis denies them.

2710. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2710 and on that basis denies them.

2711. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2711 and on that basis denies them.

2712. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2712 and on that basis denies them.

2713. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2713 and on that basis denies them.

2714. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2714 and on that basis denies them.

2715. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2715 and on that basis denies them.

2716. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2716 and on that basis denies them.

2717. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2717 and on that basis denies them.

2718. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2718 and on that basis denies them.

2719. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2719 and on that basis denies them.

2720. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2720 and on that basis denies them.

2721. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2721 and on that basis denies them.

2722. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2722 and on that basis denies them.

2723. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2723 and on that basis denies them.

2724. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2724 and on that basis denies them.

2725. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2725 and on that basis denies them.

2726. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2726 and on that basis denies them.

2727. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2727 and on that basis denies them.

2728. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2728 and on that basis denies them.

2729. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2729 and on that basis denies them.

2730. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2730 and on that basis denies them.

2731. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2731 and on that basis denies them.

2732. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2732 and on that basis denies them.

2733. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2733 and on that basis denies them.

2734. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2734 and on that basis denies them.

2735. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2735 and on that basis denies them.

2736. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2736 and on that basis denies them.

2737. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2737 and on that basis denies them.

2738. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2738 and on that basis denies them.

2739. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2739 and on that basis denies them.

2740. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2740 and on that basis denies them.

2741. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2741 and on that basis denies them.

2742. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2742 and on that basis denies them.

2743. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2743 and on that basis denies them.

2744. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2744 and on that basis denies them.

2745. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2745 and on that basis denies them.

2746. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2746 and on that basis denies them.

2747. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2747 and on that basis denies them.

2748. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2748 and on that basis denies them.

2749. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2749 and on that basis denies them.

2750. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2750 and on that basis denies them.

2751. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2751 and on that basis denies them.

2752. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2752 and on that basis denies them.

2753. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2753 and on that basis denies them.

2754. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2754 and on that basis denies them.

2755. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2755 and on that basis denies them.

2756. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2756 and on that basis denies them.

2757. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2757 and on that basis denies them.

2758. Perrigo denies the allegations in Paragraph 2758 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2758 and on that basis denies them.

2759. Perrigo denies the allegations in the first sentence of Paragraph 2759. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2759 and on that basis denies them.

2760. Perrigo denies the allegations in the first sentence of Paragraph 2760. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2760 and on that basis denies them.

2761. Perrigo denies the allegations in Paragraph 2761 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2761 and on that basis denies them.

2762. Perrigo denies the allegations in Paragraph 2762 that are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2762 and on that basis denies them.

2763. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2763 and on that basis denies them.

2764. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2764 and on that basis denies them.

2765. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2765 and on that basis denies them.

2766. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2766 and on that basis denies them.

2767. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2767 and on that basis denies them.

2768. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2768 and on that basis denies them.

2769. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2769 and on that basis denies them.

2770. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2770 and on that basis denies them.

2771. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2771 and on that basis denies them.

2772. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2772 and on that basis denies them.

2773. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2773 and on that basis denies them.

2774. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2774 and on that basis denies them.

2775. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2775 and on that basis denies them.

2776. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2776 and on that basis denies them.

2777. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2777 and on that basis denies them.

2778. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2778 and on that basis denies them.

2779. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2779 and on that basis denies them.

2780. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2780 and on that basis denies them.

2781. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2781 and on that basis denies them.

2782. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2782 and on that basis denies them.

2783. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2783 and on that basis denies them.

2784. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2784 and on that basis denies them.

2785. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2785 and on that basis denies them.

2786. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2786 and on that basis denies them.

2787. Perrigo denies the allegations in the first and last sentences of Paragraph 2787.

2788. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2788 and on that basis denies them.

2789. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2789 and on that basis denies them.

2790. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2790 and on that basis denies them.

2791. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2791 and on that basis denies them.

2792. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2792 and on that basis denies them.

2793. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2793 and on that basis denies them.

2794. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2794 and on that basis denies them.

2795. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2795 and on that basis denies them.

2796. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2796 and on that basis denies them.

2797. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2797 and on that basis denies them.

2798. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2798 and on that basis denies them.

2799. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2799 and on that basis denies them.

2800. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2800 and on that basis denies them.

2801. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2801 and on that basis denies them.

2802. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2802 and on that basis denies them.

2803. Perrigo denies the allegations in the first and last sentences of Paragraph 2803. The remaining allegations in Paragraph 2803 state legal conclusions for which no response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 2803.

2804. Perrigo denies the existence of the alleged "conspiracy." Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2804 and on that basis denies them.

2805. Perrigo denies that the generic drug industry is "ripe for collusion." Perrigo also denies that it acquired Paddock Laboratories, Inc. in 2011, and the allegations in the last sentence of Paragraph 2805. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2805 and on that basis denies them.

2806. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2806 and on that basis denies them.

2807. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2807 and on that basis denies them.

2808. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2808 and on that basis denies them.

2809. Perrigo admits that a generic pharmaceutical drug must be bioequivalent to a Reference Listed Drug. Perrigo denies the allegations in the last sentence of Paragraph 2809. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2809 and on that basis denies them.

2810. Perrigo denies the allegations in Paragraph 2810.

2811. Perrigo denies the allegations in Paragraph 2811.

2812. Perrigo denies the allegations in Paragraph 2812.

2813. Perrigo admits that MAC is the maximum amount that a payer will reimburse a pharmacy for a generic drug product. Perrigo denies the allegations in the last sentence of Paragraph 2813. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2813 and on that basis denies them.

2814. Perrigo denies the allegations in Paragraph 2814.

2815. Perrigo denies the allegations in Paragraph 2815.

2816. Perrigo denies the allegations in Paragraph 2816.

2817. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2817 and on that basis denies them.

2818. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2818 and on that basis denies them.

2819. Perrigo denies the allegations in Paragraph 2819.

2820. Perrigo denies the allegations in Paragraph 2820.

2821. Perrigo denies the allegations in Paragraph 2821.

2822. Paragraph 2822 does not contain any factual allegations to which a response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 2822.

2823. The allegations in Paragraph 2823 state legal conclusions to which no response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 2823, including subparts (a) through (c).

2824. Perrigo denies the allegations in Paragraph 2824.

2825. Perrigo denies the allegations in Paragraph 2825.

2826. Perrigo denies the allegations in the last sentence of Paragraph 2826. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2826 and on that basis denies them.

2827. Perrigo denies the allegations in the first two sentences of Paragraph 2827, and the allegations in subpart (a), the first sentence of subpart (b), the first sentence of subpart (c), the first sentence of subpart (d), and the first and last sentences of subpart (e). Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2827 and on that basis denies them.

2828. Perrigo denies the allegations in Paragraph 2828.

2829. Perrigo denies the allegations in Paragraph 2829.

2830. Perrigo denies the allegations in Paragraph 2830 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2830 and on that basis denies them.

2831. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2831 and on that basis denies them.

2832. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2832 and on that basis denies them.

2833. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2833 and on that basis denies them.

2834. Perrigo denies the allegations in Paragraph 2834 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2834 and on that basis denies them.

2835. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 2835 and on that basis denies them.

2836. Perrigo denies the allegations in Paragraph 2836 to the extent that they are directed at Perrigo. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2836 and on that basis denies them.

2837. Perrigo denies the allegations in Paragraph 2837.

2838. Perrigo denies the allegations in Paragraph 2838.

2839. Paragraph 2839 does not contain any factual allegations to which a response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 2839.

2840. Perrigo denies the allegations in Paragraph 2840.

2841. Perrigo denies the allegations in Paragraph 2841.

2842. Perrigo denies the allegations in Paragraph 2842.

2843. Perrigo denies the allegations in Paragraph 2843.

2844. Perrigo denies the allegations in Paragraph 2844.

2845. Perrigo denies the allegations in Paragraph 2845.

2846. Perrigo denies the allegations in Paragraph 2846

2847. Perrigo denies the allegations in the first four sentences of Paragraph 2847. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2847 and on that basis denies them.

2848. Perrigo denies the allegations in the first sentence of Paragraph 2848. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2848 and on that basis denies them.

2849. Perrigo denies the allegations in the first, second, third, and seventh sentences of Paragraph 2849. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2849 and on that basis denies them.

2850. Perrigo denies the allegations in the first, fourth, and fifth sentences of Paragraph 2850. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2850 and on that basis denies them.

2851. Perrigo denies the allegations in the first sentence of Paragraph 2851. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2851 and on that basis denies them.

2852. Perrigo denies the allegations in Paragraph 2852.

2853. Perrigo denies the allegations in the first four sentences of Paragraph 2853. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2853 and on that basis denies them.

2854. Perrigo denies the allegations in the first and last sentences of Paragraph 2854. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2854 and on that basis denies them.

2855. Perrigo denies the allegations in Paragraph 2855.

2856. Perrigo denies the allegations in Paragraph 2856.

2857. Perrigo denies the allegations in Paragraph 2857, including subparts (a) through (d).

2858. Perrigo denies the allegations in Paragraph 2858.

2859. Perrigo denies the allegations in Paragraph 2859, including subparts (a) through (c).

2860. Perrigo denies the allegations in Paragraph 2860.

2861. Paragraph 2861 does not contain any factual allegations to which a response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 2861.

2862. Paragraph 2862 does not contain any factual allegations to which a response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 2862.

2863. Paragraph 2863 does not contain any factual allegations to which a response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 2863.

2864. Perrigo denies the allegations in Paragraph 2864.

2865. Perrigo denies the allegations in Paragraph 2865.

2866. Perrigo denies the allegations in Paragraph 2866.

2867. Perrigo denies the allegations in Paragraph 2867.

2868. Perrigo denies the allegations in the second and third sentences of Paragraph 2868. Perrigo lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 2868 and on that basis denies them.

2869. Perrigo denies the allegations in Paragraph 2869.

2870. Perrigo denies the allegations in Paragraph 2870.

2871. Perrigo denies the allegations in Paragraph 2871, including subparts (a) through (d).

2872. Perrigo denies the allegations in Paragraph 2872, including subparts (a) through (d).

2873. Perrigo denies the allegations in Paragraph 2873.

2874. Perrigo denies the allegations in Paragraph 2874, including subparts (a) through (c).

2875. Perrigo denies the allegations in Paragraph 2875.

2876. Paragraph 2876 does not contain any factual allegations to which a response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 2876.

2877. Paragraph 2877 does not contain any factual allegations to which a response is required. To the extent a response is deemed necessary, Perrigo denies the allegations in Paragraph 2877.

2878. Perrigo denies the allegations in Paragraph 2878.

2879. Perrigo denies the allegations in Paragraph 2879.

2880. Perrigo denies the allegations in Paragraph 2880, including subparts (a) through (d).

2881. Perrigo denies the allegations in Paragraph 2881, including subparts (a) through (d).

2882. Perrigo denies the allegations in Paragraph 2882.

2883. Perrigo denies the allegations in Paragraph 2883, including subparts (a) through (c).

2884. Perrigo denies the allegations in Paragraph 2884.

## DENIAL

Perrigo denies each and every allegation in the Complaint not specifically admitted above. Perrigo denies that Plaintiffs are entitled to any relief at all, including the relief they seek.

## JURY TRIAL DEMAND

Perrigo requests a jury trial on all claims so triable.

## DEFENSES

Without assuming any burden of proof that it would not otherwise bear under applicable law, Perrigo asserts the following defenses to each and every cause of action alleged in the Plaintiffs' Complaint. Perrigo reserves the right to assert further defenses as the case proceeds.

### First Defense

The Complaint fails to state a claim upon which relief may be granted.

### Second Defense

The Plaintiffs' claims are barred, in whole or part, because the Plaintiffs do not have standing.

### Third Defense

The Plaintiffs' claims are barred because the relief sought is broader than what is necessary to remedy the alleged harm.

**Fourth Defense**

The Plaintiffs' claims are barred, in whole or in part, by the applicable statutes of limitations.

**Fifth Defense**

The Plaintiffs' claims are barred, in whole or in part, because they have not sustained any cognizable injury or antitrust injury by reason of any action of Perrigo or the alleged co-conspirators.

**Sixth Defense**

The Plaintiffs' claims are barred, in whole or in part, because their alleged damages, if any, are too remote or speculative to allow recovery, and because of the impossibility of ascertaining and allocating those alleged damages with reasonable certainty.

**Seventh Defense**

The Plaintiffs' claims are barred, in whole or in part, because the Plaintiffs have not suffered injury proximately caused by any conduct on the part of Perrigo.

**Eighth Defense**

The Plaintiffs' claims are barred to the extent the Plaintiffs failed to take all necessary, reasonable, and appropriate actions to mitigate their alleged damages, if any. Alternatively, any damages sustained by the Plaintiffs, which Perrigo denies, must be reduced by the amount that such damages would have been reduced had the Plaintiffs exercised reasonable diligence in mitigating their damages.

**Ninth Defense**

The Plaintiffs' claims are barred, in whole or in part, because the Complaint fails to plead conspiracy or fraud with the particularity required under applicable law.

**Tenth Defense**

Any and all of the injuries or damages suffered by the Plaintiffs resulted solely from conduct and/or conditions for which Perrigo is not responsible and for which it cannot be held liable. The Plaintiffs' claims are barred, in whole or in part, because the harm alleged was proximately caused by the negligence, gross negligence, or intentional and malicious acts of intervening third parties not under the control of Perrigo.

**Eleventh Defense**

The Plaintiffs' claims are barred to the extent that any recovery would be duplicative of a recovery by other plaintiffs and in other lawsuits, subjecting Perrigo to the possibility of multiple recovery which is barred by the United States Constitution and any other applicable laws.

**Twelfth Defense**

The Plaintiffs' claims against Perrigo are barred to the extent they have agreed to arbitration, chosen a different forum for the resolution of their claims, or waived a jury trial. This Court lacks jurisdiction to adjudicate any claim pertaining to those agreements.

**Thirteenth Defense**

The Plaintiffs' claims are barred because the Plaintiffs have not suffered any actual injury or damage as a result of any conduct alleged as a basis of this lawsuit.

**Fourteenth Defense**

The Plaintiffs attempt to allege a conspiracy beginning in 2010 that they claim resulted in their paying higher prices for the product in issue, but the Plaintiffs allege no facts that explain or justify their delay in bringing this lawsuit. To the extent that the Plaintiffs could have brought essentially the same claims years earlier, the Plaintiffs are barred from pursuing all or part of such a claim by the doctrines of estoppel and laches.

**Fifteenth Defense**

The Plaintiffs' claims are barred, in whole or in part, because any injury or damages the Plaintiffs may have suffered were caused solely or proximately by market conditions or the acts and omissions of others and not by any act or omission attributable to Perrigo.

**Sixteenth Defense**

The Plaintiffs' claims are barred because the actions or practices of Perrigo that are the subject of the Complaint were undertaken unilaterally for legitimate business reasons and in pursuit of Perrigo's independent interests and those of its customers, and were not the result of any unlawful contract, combination or conspiracy between Perrigo and any other person or entity.

**Seventeenth Defense**

The Plaintiffs' claims are barred, in whole or in part, because none of the alleged actions taken by Perrigo injured competition in any relevant market.

**Eighteenth Defense**

The Plaintiffs' claims are barred, in whole or in part, because none of the alleged actions taken by Perrigo harmed consumers.

**Nineteenth Defense**

The Plaintiffs' claims are barred, in whole or in part, by the defense or privilege of competition.

**Twentieth Defense**

The Plaintiffs' claims are barred, in whole or in part, by the voluntary payment doctrine, under which one cannot recover payments made with full knowledge of the facts.

**Twenty-First Defense**

The Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because any claimed injury or damage has been offset by benefits Plaintiffs received with respect to the challenged conduct.

**Twenty-Second Defense**

Perrigo is entitled to complete indemnity (express or implied), contribution, proportional fault, comparative fault, allocation, apportionment, and offset against parties (including severed parties, and/or those proceeding in bankruptcy) and non-parties.

**Twenty-Third Defense**

To the extent that the Plaintiffs attempt to seek equitable relief against Perrigo, they are not entitled to such relief because they have an adequate remedy at law.

**Twenty-Fourth Defense**

Plaintiffs have failed to state a claim for injunctive relief

**Twenty-Fifth Defense**

Claims against Perrigo for damages are barred, in whole or in part, by the doctrine of consent and/or ratification to the extent that the Plaintiffs have received and/or paid for products manufactured, marketed, and sold by Perrigo after the filing of the Plaintiffs' original complaint.

**Twenty-Sixth Defense**

The Plaintiffs' claims are barred to the extent the remedies sought, including penalties, are unconstitutional, contrary to public policy, go beyond applicable statutory ceilings on recoverable damages or penalties, and/or are otherwise unauthorized.

**Twenty-Seventh Defense**

The Plaintiffs fail to allege facts or causes of action against Perrigo sufficient to support a claim for attorneys' fees, treble damages, and/or legal fees.

**Twenty-Eighth Defense**

To the extent that any actionable conduct occurred, the Plaintiffs' claims are barred because all such conduct, and in particular any such conduct by any Perrigo current or former employee, would have been committed by individuals acting *ultra vires* and/or for their own benefit and contrary to Perrigo's interests.

**Twenty-Nineth Defense**

Without admitting the existence of any contract, combination, or conspiracy in restraint of trade, and expressly denying same, the Plaintiffs' claims are barred, in whole or in part, by non-settling Defendants' right to set off any amounts paid to the Plaintiffs by any Defendants who have settled, or do settle, the Plaintiffs' claims against them in this action.

**Thirtieth Defense**

The Plaintiffs' claims based on conspiracy are barred, in whole or in part, because civil conspiracy is not actionable in the absence of an underlying wrongful act or tort.

**Thirty-First Defense**

The Plaintiffs' Complaint, and the cause of action allegedly contained therein, is barred, in whole or in part, because it does not present a justiciable controversy.

**Thirty-Second Defense**

The Plaintiffs' claims alleging a restraint of trade are barred, in whole or in part, because none of Perrigo's challenged actions or omissions substantially lessened competition within any properly defined market.

**Thirty-Third Defense**

Perrigo incorporates by reference all affirmative defenses asserted by other Defendants in this action.

**PRAYER FOR RELIEF:**

WHEREFORE, Perrigo prays as follows:

1. That the Complaint be dismissed with prejudice;

2. That the Court enter judgment in favor of Perrigo;

3. That the Court award Perrigo its costs and expenses, including attorneys' fees; and

4. That the Court award further relief as deemed just and proper.

Dated: March 2, 2026 Respectfully submitted,

*<u>/s/ J. Clayton Everett, Jr.</u>*
J. Clayton Everett, Jr.
William S.D. Cravens
Y. Frank Ren
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: +1.202.739.3000
Facsimile: +1.202.739.3001
clay.everett@morganlewis.com
william.cravens@morganlewis.com
frank.ren@morganlewis.com

Stephen D. LaBrecque
**MORGAN, LEWIS & BOCKIUS LLP**
1 Federal Street
Boston, MA 02110
Telephone: +1.617.341.7700
Facsimile: +1.617.341.7701
stephen.labrecque@morganlewis.com

Harvey Bartle IV
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
harvey.bartle@morganlewis.com

*Counsel for Defendant Perrigo New York, Inc.*

**CERTIFICATE OF SERVICE**

I, J. Clayton Everett, Jr., certify that on the 2nd day of March 2026, a true and correct copy of the foregoing document has been filed electronically using the Court's CM/ECF system, which will serve a copy upon all counsel of record, and is available for viewing and download.

Dated: March 2, 2026

*/s/ J. Clayton Everett, Jr.*
J. Clayton Everett, Jr.