**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION

MDL NO. 2724
16-MD-2724

THE KROGER CO., ALBERTSONS COMPANIES, LLC, AND H.E. BUTT GROCERY COMPANY L.P.,

Plaintiffs,

v.

ACTAVIS HOLDCO U.S., INC., ACTAVIS PHARMA, INC., AKORN, INC., APOTEX CORP., AUROBINDO PHARMA USA, INC., BRECKENRIDGE PHARMACEUTICAL, INC., CITRON PHARMA, LLC, DR. REDDY'S LABORATORIES, INC., EPIC PHARMA, LLC, FOUGERA PHARMACEUTICALS, INC., G&W LABORATORIES, INC., GLENMARK PHARMACEUTICALS INC., USA, HERITAGE PHARMACEUTICALS, INC., HI-TECH PHARMACAL CO., INC., IMPAX LABORATORIES, INC., LANNETT COMPANY, INC., LUPIN PHARMACEUTICALS, INC., MAYNE PHARMA USA INC., MORTON GROVE PHARMACEUTICALS, INC., MYLAN INC., MYLAN PHARMACEUTICALS, INC., MYLAN N.V., OCEANSIDE PHARMACEUTICALS, INC., PAR PHARMACEUTICAL, INC., PERRIGO NEW YORK, INC., PLIVA, INC., SANDOZ, INC., SUN PHARMACEUTICAL INDUSTRIES, INC., TARO PHARMACEUTICALS USA, INC. TELIGENT, INC., TEVA PHARMACEUTICALS USA, INC., UDL LABORATORIES, INC., UPSHER-SMITH LABORATORIES, LLC, WEST-WARD PHARMACEUTICALS CORP., WOCKHARDT USA LLC, VALEANT PHARMACEUTICALS NORTH AMERICA LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, AND ZYDUS PHARMACEUTICALS (USA) INC.,

Defendants.

No. 18-cv-284

HON. CYNTHIA M. RUFE

JURY TRIAL DEMANDED

**DEFENDANTS PLIVA, INC. & TEVA PHARMACEUTICALS USA, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS THE KROGER CO., ALBERTSONS COMPANIES, LLC, AND H.E. BUTT GROCERY COMPANY L.P.'S SECOND AMENDED COMPLAINT**

Defendants Pliva, Inc. and Teva Pharmaceuticals USA, Inc. (together, "Teva"), by and through their counsel, hereby submit their Answer and Affirmative Defenses to the Second Amended Complaint (the "Complaint") filed by Plaintiffs The Kroger Co., Albertsons Companies, LLC, and H.E. Butt Grocery Company L.P. (collectively, "Plaintiffs"). Teva is responding to the allegations in the Complaint that are directed toward Teva. Except as otherwise stated below, all allegations in the Complaint directed toward Teva are denied. Except as otherwise stated below, Teva is without knowledge or information sufficient to form a belief concerning the truth of the allegations in the Complaint that are directed toward other Defendants and, therefore, denies same.

## I. INTRODUCTION

1. With the exception of the conduct specifically described in Exhibit A of Teva's Deferred Prosecution Agreement ("DPA"), Teva denies the allegations contained in Paragraph 1 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1 and, therefore, Teva denies same.

2. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2 and, therefore, Teva denies same.

3. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Clotrimazole, Pravastatin, or Tobramycin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 3 and, therefore, Teva denies same.

4. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Clotrimazole, Pravastatin, or Tobramycin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 4 and, therefore, Teva denies same.

5. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 5 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 5 and, therefore, Teva denies same.

6. Teva denies the allegations contained in Paragraph 6 directed toward it, except admits only that certain State Attorneys General ("AGs") have conducted an investigation related to the generic pharmaceutical industry. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 6 and, therefore, Teva denies same.

7. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 7 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 7 and, therefore, Teva denies same.

8. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 8 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 8 and, therefore, Teva denies same.

9. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 9 that are directed toward it. Teva lacks

knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 9 and, therefore, Teva denies same.

10. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 10 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 10 and, therefore, Teva denies same.

11. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 11 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 11 and, therefore, Teva denies same.

12. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 12 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 12 and, therefore, Teva denies same.

## II. DRUGS INVOLVED IN THE CONSPIRACY

13. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Clotrimazole, Pravastatin, or Tobramycin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 13 and, therefore, Teva denies same.

## III. VENUE AND JURISDICTION

14. Paragraph 14 contains legal conclusions to which no response is required and is therefore denied.

15. Paragraph 15 contains legal conclusions to which no response is required and is therefore denied.

16. Paragraph 16 contains legal conclusions to which no response is required and is therefore denied.

17. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 17 that are directed toward it. The remaining allegations in Paragraph 17 contain legal conclusions to which no response is required and are therefore denied.

## IV. PARTIES

### A. Plaintiffs

18. Teva denies the allegations contained in Paragraph 18 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 18 and, therefore, Teva denies same.

19. Teva denies the allegations contained in Paragraph 19 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 19 and, therefore, Teva denies same.

20. Teva denies the allegations contained in Paragraph 20 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 20 and, therefore, Teva denies same.

### B. Defendants

21. Teva denies the allegations contained in Paragraph 21 directed toward it, except admits only that, in August 2016, Teva Pharmaceuticals USA, Inc. acquired Allergan plc's generics business (including Actavis). Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 21 and, therefore, Teva denies same.

22. Teva denies the allegations contained in Paragraph 22 directed toward it, except admits only that, in August 2016, Teva Pharmaceuticals USA, Inc. acquired Allergan plc's generics business (including Actavis). Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 22 and, therefore, Teva denies same.

23. The allegations contained in Paragraph 23 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and, therefore, Teva denies same.

24. The allegations contained in Paragraph 24 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and, therefore, Teva denies same.

25. The allegations contained in Paragraph 25 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and, therefore, Teva denies same.

26. The allegations contained in Paragraph 26 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and, therefore, Teva denies same.

27. The allegations contained in Paragraph 27 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and, therefore, Teva denies same.

28. The allegations contained in Paragraph 28 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 and, therefore, Teva denies same.

29. The allegations contained in Paragraph 29 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 and, therefore, Teva denies same.

30. The allegations contained in Paragraph 30 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 and, therefore, Teva denies same.

31. The allegations contained in Paragraph 31 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and, therefore, Teva denies same.

32. The allegations contained in Paragraph 32 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 and, therefore, Teva denies same.

33. The allegations contained in Paragraph 33 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 and, therefore, Teva denies same.

34. The allegations contained in Paragraph 34 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and, therefore, Teva denies same.

35. The allegations contained in Paragraph 35 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and, therefore, Teva denies same.

36. The allegations contained in Paragraph 36 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 and, therefore, Teva denies same.

37. The allegations contained in Paragraph 37 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and, therefore, Teva denies same.

38. The allegations contained in Paragraph 38 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and, therefore, Teva denies same.

39. The allegations contained in Paragraph 39 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and, therefore, Teva denies same.

40. The allegations contained in Paragraph 40 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 and, therefore, Teva denies same.

41. The allegations contained in Paragraph 41 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 and, therefore, Teva denies same.

42. The allegations contained in Paragraph 42 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and, therefore, Teva denies same.

43. The allegations contained in Paragraph 43 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 and, therefore, Teva denies same.

44. The allegations contained in Paragraph 44 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 and, therefore, Teva denies same.

45. The allegations contained in Paragraph 45 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 and, therefore, Teva denies same.

46. The allegations contained in Paragraph 46 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and, therefore, Teva denies same.

47. The allegations contained in Paragraph 47 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 and, therefore, Teva denies same.

48. The allegations contained in Paragraph 48 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 and, therefore, Teva denies same.

49. The allegations contained in Paragraph 49 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 and, therefore, Teva denies same.

50. The allegations contained in Paragraph 50 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and, therefore, Teva denies same.

51. The allegations contained in Paragraph 51 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 and, therefore, Teva denies same.

52. The allegations contained in Paragraph 52 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 and, therefore, Teva denies same.

53. The allegations contained in Paragraph 53 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and, therefore, Teva denies same.

54. Teva denies the allegations in Paragraph 54 directed toward it, except admits only that Pliva, Inc. was a subsidiary of Teva and a New Jersey corporation with its principal place of business in East Hanover, New Jersey. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 54 and, therefore, Teva denies same.

55. The allegations contained in Paragraph 55 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 and, therefore, Teva denies same.

56. The allegations contained in Paragraph 56 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and, therefore, Teva denies same.

57. The allegations contained in Paragraph 57 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and, therefore, Teva denies same.

58. The allegations contained in Paragraph 58 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 and, therefore, Teva denies same.

59. The allegations contained in Paragraph 59 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 and, therefore, Teva denies same.

60. The allegations contained in Paragraph 60 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 and, therefore, Teva denies same.

61. Teva denies the allegations contained in Paragraph 61 directed toward it, except admits only that it was a Delaware corporation with its principal place of business in North Wales, Pennsylvania and a subsidiary of Teva Pharmaceutical Industries, Ltd. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 61 and, therefore, Teva denies same.

62. The allegations contained in Paragraph 62 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 and, therefore, Teva denies same.

63. The allegations contained in Paragraph 63 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 and, therefore, Teva denies same.

64. The allegations contained in Paragraph 64 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 and, therefore, Teva denies same.

65. The allegations contained in Paragraph 65 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 and, therefore, Teva denies same.

66. The allegations contained in Paragraph 66 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 and, therefore, Teva denies same.

67. The allegations contained in Paragraph 67 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 and, therefore, Teva denies same.

68. The allegations contained in Paragraph 68 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 and, therefore, Teva denies same.

69. The allegations contained in Paragraph 69 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 and, therefore, Teva denies same.

**C. Co-Conspirators and Agents**

70. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 70 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 70 and, therefore, Teva denies same.

71. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 71 that are directed toward it. Teva lacks

knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 71 and, therefore, Teva denies same.

72. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 72 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 72 and, therefore, Teva denies same.

73. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 73 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 73 and, therefore, Teva denies same.

74. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 74 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 74 and, therefore, Teva denies same.

## V. TRADE AND COMMERCE

75. Paragraph 75 consists of legal conclusions to which no response is required. To the extent a response is required, Teva denies the allegations in Paragraph 75 directed toward it, except admits only that Teva sold generic drugs in the United States. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 75 and, therefore, Teva denies same.

76. Paragraph 76 consists of legal conclusions to which no response is required. To the extent a response is required, Teva denies the allegations in Paragraph 76 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 76 and, therefore, Teva denies same.

## VI. GENERIC DRUGS, THE FDCA AND THE HATCH-WAXMAN AMENDMENTS

77. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 and, therefore, Teva denies same.

78. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 and, therefore, Teva denies same.

79. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 and, therefore, Teva denies same.

80. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and, therefore, Teva denies same.

81. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and, therefore, Teva denies same.

82. Paragraph 82 consists of legal conclusions to which no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 and, therefore, Teva denies same.

83. Paragraph 83 consists of legal conclusions to which no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 and, therefore, Teva denies same.

84. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and, therefore, Teva denies same.

85. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 and, therefore, Teva denies same.

86. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 and, therefore, Teva denies same.

87. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and, therefore, Teva denies same.

88. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 and, therefore, Teva denies same.

89. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 and, therefore, Teva denies same.

90. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 and, therefore, Teva denies same.

91. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 and, therefore, Teva denies same.

## VII. THE DOJ AND STATE ATTORNEYS GENERAL INVESTIGATIONS

92. Teva denies the allegations contained in Paragraph 92 directed toward it, except admits only that the Department of Justice ("DOJ") and certain State AGs have conducted investigations related to the generic pharmaceutical industry. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 92 and, therefore, Teva denies same.

### A. The DOJ is Leading a Broad-Ranging Criminal Investigation Into the Anticompetitive Conduct of Generic Drug Manufacturers

93. Teva denies the allegations contained in Paragraph 93 directed toward it, except admits only that the DOJ has conducted an investigation related to the generic pharmaceutical industry. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 93 and, therefore, Teva denies same.

94. Teva denies the allegations contained in Paragraph 94 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 94 and, therefore, Teva denies same.

95. Paragraph 95 purports to quote from an online Bloomberg News article, the contents of which speak for themselves. Teva denies all allegations contained in Paragraph 95 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 95 and, therefore, Teva denies same.

96. The allegations contained in Paragraph 96 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 and, therefore, Teva denies same.

97. The allegations contained in Paragraph 97 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 and, therefore, Teva denies same.

98. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 98 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 98 and, therefore, Teva denies same.

99. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 99 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 99 and, therefore, Teva denies same.

100. Teva denies the allegations contained in Paragraph 100 directed toward it, except admits only that Teva received a DOJ grand jury subpoena. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 100 and, therefore, Teva denies same.

101. Teva denies the allegations contained in Paragraph 101 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 101 and, therefore, Teva denies same.

102. Paragraph 102 purports to quote from the DOJ's website, the contents of which speak for themselves. Teva denies the allegations contained in Paragraph 102 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 102 and, therefore, Teva denies same.

103. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 103 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 103 and, therefore, Teva denies same.

104. The allegations contained in Paragraph 104 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 104 and, therefore, Teva denies same.

105. Teva denies the allegations contained in Paragraph 105 toward it, except admits only that the DOJ has conducted investigations related to the generic pharmaceutical industry and that Teva and DOJ entered into a DPA on August 21, 2023. Teva lacks knowledge or information

sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 105 and, therefore, Teva denies same.

106. The allegations contained in Paragraph 106 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 106 and, therefore, Teva denies same.

107. The allegations contained in Paragraph 107 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 107 and, therefore, Teva denies same.

108. The allegations contained in Paragraph 108 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 108 and, therefore, Teva denies same.

109. The allegations contained in Paragraph 109 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 109 and, therefore, Teva denies same.

110. The allegations contained in Paragraph 110 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 110 and, therefore, Teva denies same.

111. The allegations contained in Paragraph 111 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 111 and, therefore, Teva denies same.

112. The allegations contained in Paragraph 112 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 112 and, therefore, Teva denies same.

113. The allegations contained in Paragraph 113 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 113 and, therefore, Teva denies same.

114. The allegations contained in Paragraph 114 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 114 and, therefore, Teva denies same.

115. The allegations contained in Paragraph 115 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 115 and, therefore, Teva denies same.

116. The allegations contained in Paragraph 116 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 116 and, therefore, Teva denies same.

117. The remaining allegations contained in Paragraph 117 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 117 and, therefore, Teva denies same.

118. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Tobramycin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 118 and, therefore, Teva denies same.

119. The allegations contained in Paragraph 119 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 119 and, therefore, Teva denies same.

120. The allegations contained in Paragraph 120 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 120 and, therefore, Teva denies same.

121. The allegations contained in Paragraph 121 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 121 and, therefore, Teva denies same.

122. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 122 and, therefore, Teva denies same.

123. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 123 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 123 and, therefore, Teva denies same.

124. The allegations contained in Paragraph 124 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 124 and, therefore, Teva denies same.

125. The allegations contained in Paragraph 125 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 125 and, therefore, Teva denies same.

126. Teva denies the allegations contained in Paragraph 126 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 126 and, therefore, Teva denies same.

127. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 127 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 127 and, therefore, Teva denies same.

128. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Clotrimazole, Pravastatin, or Tobramycin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 128 and, therefore, Teva denies same.

129. Teva denies the allegations contained in Paragraph 129 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 129 and, therefore, Teva denies same.

### B. At Least 49 State Attorneys General are Also Investigating the Anticompetitive Conduct in the Generic Drug Industry

130. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 130 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 130 and, therefore, Teva denies same.

131. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 131 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 131 and, therefore, Teva denies same.

132. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 132 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 132 and, therefore, Teva denies same.

133. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 133 that are directed toward it. Teva

lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 133 and, therefore, Teva denies same.

134. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 134 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 134 and, therefore, Teva denies same.

135. The allegations contained in Paragraph 135 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 135 and, therefore, Teva denies same.

136. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 136 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 136 and, therefore, Teva denies same.

137. Teva denies the allegations contained in Paragraph 137 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 137 and, therefore, Teva denies same.

## VIII. CONGRESSIONAL RESPONSES TO GENERIC DRUG PRICE INCREASES

138. Teva denies the allegations contained in Paragraph 138 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 138 and, therefore, Teva denies same.

139. Teva denies the allegations contained in Paragraph 139 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 139 and, therefore, Teva denies same.

140. Teva denies the allegations contained in Paragraph 140 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 140 and, therefore, Teva denies same.

141. Teva denies the allegations contained in Paragraph 141 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 141 and, therefore, Teva denies same.

## IX. THE GENERIC DRUG INDUSTRY WAS CHARACTERIZED BY AN EXTREMELY HIGH LEVEL OF COMPETITOR CONTACTS, WHICH FACILITATED COLLUSION BETWEEN DEFENDANTS

142. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 142 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 142 and, therefore, Teva denies same.

143. Teva denies all remaining allegations contained in Paragraph 143 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 143 and, therefore, Teva denies same.

144. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 144 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 144 and, therefore, Teva denies same.

### A. Defendants Used Trade Association Meetings to Facilitate Their Collusion

145. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 145 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 145 and, therefore, Teva denies same.

146. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 146 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 146 and, therefore, Teva denies same.

147. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 147 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 147 and, therefore, Teva denies same.

148. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 148 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 148 and, therefore, Teva denies same.

149. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 149 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 149 and, therefore, Teva denies same.

150. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 150 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 150 and, therefore, Teva denies same.

151. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 151 that are directed toward it. Teva

lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 151 and, therefore, Teva denies same.

152. Teva denies the allegations contained in Paragraph 152 directed toward it, except admits only that Teva was a member of the GPhA at certain points in time. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 152 and, therefore, Teva denies same.

153. Teva admits only that certain former Teva employees attended certain GPhA meetings. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 153 and, therefore, Teva denies same.

154. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 154 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 154 and, therefore, Teva denies same.

155. Teva denies the allegations contained in Paragraph 155 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 155 and, therefore, Teva denies same.

156. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 156 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 156 and, therefore, Teva denies same.

157. Teva admits only that certain former Teva employees attended certain HDMA meetings. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 157 and, therefore, Teva denies same.

158. Teva denies the allegations contained in Paragraph 158 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 158 and, therefore, Teva denies same.

159. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 159 and, therefore, Teva denies same.

160. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 160 and, therefore, Teva denies same.

161. Teva denies the allegations contained in Paragraph 161 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 161 and, therefore, Teva denies same.

162. Teva admits only that certain former Teva employees attended certain ECRM meetings. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 162 and, therefore, Teva denies same

163. Teva denies the allegations contained in Paragraph 163 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 163 and, therefore, Teva denies same.

164. Teva denies the allegations contained in Paragraph 164 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 164 and, therefore, Teva denies same.

165. Teva denies the allegations contained in Paragraph 165 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 165 and, therefore, Teva denies same.

166. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 166 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 166 and, therefore, Teva denies same.

167. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 167 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 167 and, therefore, Teva denies same.

168. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 168 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 168 and, therefore, Teva denies same.

169. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 169 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 169 and, therefore, Teva denies same.

**B. Defendants Communicated in Secret through E-Mail, Telephone, and Text Messages**

170. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 170 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 170 and, therefore, Teva denies same.

171. Teva denies the allegations contained in Paragraph 171 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 171 and, therefore, Teva denies same.

172. Teva denies the allegations contained in Paragraph 172 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 172 and, therefore, Teva denies same.

173. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 173 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 173 and, therefore, Teva denies same.

**C. The Overarching Conspiracy between Generic Drug Manufacturers – Playing Nice in the Sandbox**

174. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 174 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 174 and, therefore, Teva denies same.

175. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 175 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 175 and, therefore, Teva denies same.

176. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 176 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 176 and, therefore, Teva denies same.

177. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 177 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 177 and, therefore, Teva denies same.

178. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 178 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 178 and, therefore, Teva denies same.

179. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 179 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 179 and, therefore, Teva denies same.

180. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 180 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 180 and, therefore, Teva denies same.

181. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 181 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 181 and, therefore, Teva denies same.

182. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 182 that are directed toward it. Teva

lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 182 and, therefore, Teva denies same.

183. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 183 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 183 and, therefore, Teva denies same.

184. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 184 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 184 and, therefore, Teva denies same.

185. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 185 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 185 and, therefore, Teva denies same.

186. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 186 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 186 and, therefore, Teva denies same.

187. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 187 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 187 and, therefore, Teva denies same.

188. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 188 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 188 and, therefore, Teva denies same.

189. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 189 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 189 and, therefore, Teva denies same.

190. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 190 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 190 and, therefore, Teva denies same.

191. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 191 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 191 and, therefore, Teva denies same.

192. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 192 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 192 and, therefore, Teva denies same.

193. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 193 that are directed toward it. Teva

lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 193 and, therefore, Teva denies same.

194. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 194 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 194 and, therefore, Teva denies same.

195. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 195 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 195 and, therefore, Teva denies same.

196. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 196 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 196 and, therefore, Teva denies same.

197. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 197 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 197 and, therefore, Teva denies same.

198. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 198 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 198 and, therefore, Teva denies same.

199. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 199 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 199 and, therefore, Teva denies same.

200. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 200 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 200 and, therefore, Teva denies same.

201. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 201 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 201 and, therefore, Teva denies same.

202. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 202 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 202 and, therefore, Teva denies same.

203. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 203 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 203 and, therefore, Teva denies same.

204. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 204 that are directed toward it. Teva

lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 204 and, therefore, Teva denies same.

205. The allegations contained in Paragraph 205 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 205 and, therefore, Teva denies same.

206. Teva denies the allegations contained in Paragraph 206 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 206 and, therefore, Teva denies same.

207. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 207 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 207 and, therefore, Teva denies same.

208. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 208 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 208 and, therefore, Teva denies same.

209. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 209 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 209 and, therefore, Teva denies same.

210. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 210 that are directed toward it. Teva

lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 210 and, therefore, Teva denies same.

211. Teva denies the allegations contained in Paragraph 211 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 211 and, therefore, Teva denies same.

212. The allegations contained in Paragraph 212 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 212 and, therefore, Teva denies same.

213. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 213 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 213 and, therefore, Teva denies same.

214. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 214 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 214 and, therefore, Teva denies same.

215. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 215 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 215 and, therefore, Teva denies same.

216. The allegations contained in Paragraph 216 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 216 and, therefore, Teva denies same.

217. The allegations contained in Paragraph 217 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 217 and, therefore, Teva denies same.

218. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 218 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 218 and, therefore, Teva denies same.

## X. INDUSTRY COMMENTARY FURTHER SUGGESTS THAT DEFENDANTS' COLLUSIVE CONDUCT IS A PLAUSIBLE EXPLANATION FOR THE INCREASED PRICES OF THE PRICE-FIXED GENERIC DRUGS

224. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 224 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 224 and, therefore, Teva denies same.[1]

225. Teva denies the allegations contained in Paragraph 225 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 225 and, therefore, Teva denies same.

[1] Plaintiffs' Complaint skipped from Paragraph 218 to Paragraph 224. Teva has maintained this numbering accordingly.

## XI. CORPORATE AND INDIVIDUAL RELATIONSHIPS THAT ALLOWED THE CONSPIRACY TO EVOLVE

226. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 226 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 226 and, therefore, Teva denies same.

227. Teva denies the allegations contained in Paragraph 227 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 227 and, therefore, Teva denies same.

228. Teva denies the allegations contained in Paragraph 228 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 228 and, therefore, Teva denies same.

229. Teva denies the allegations contained in Paragraph 229 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 229 and, therefore, Teva denies same.

230. Teva denies the allegations contained in Paragraph 230 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 230 and, therefore, Teva denies same.

231. Teva denies the allegations contained in Paragraph 231 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 231 and, therefore, Teva denies same.

232. Teva denies the allegations contained in Paragraph 232 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 232 and, therefore, Teva denies same.

**A. <u>Ranking "Quality of Competition" to Identify Price Increase Candidates</u>**

233. Teva denies the allegations contained in Paragraph 233 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 233 and, therefore, Teva denies same.

234. Teva denies the allegations contained in Paragraph 234 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 234 and, therefore, Teva denies same.

235. Teva denies the allegations contained in Paragraph 235 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 235 and, therefore, Teva denies same.

236. Teva denies the allegations contained in Paragraph 236 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 236 and, therefore, Teva denies same.

237. Teva denies the allegations contained in Paragraph 237 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 237 and, therefore, Teva denies same.

238. Teva denies the allegations contained in Paragraph 238 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 238 and, therefore, Teva denies same.

239. Teva denies the allegations contained in Paragraph 239 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 239 and, therefore, Teva denies same.

240. Teva denies the allegations contained in Paragraph 240 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 240 and, therefore, Teva denies same.

1. The "High Quality" Competitor Relationships

241. Teva denies the allegations contained in Paragraph 241 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 241 and, therefore, Teva denies same.

(a) **Mylan (+3)**

242. Teva denies the allegations contained in Paragraph 242 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 242 and, therefore, Teva denies same.

243. Teva denies the allegations contained in Paragraph 243 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 243 and, therefore, Teva denies same.

244. Teva denies the allegations contained in Paragraph 244 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 244 and, therefore, Teva denies same.

245. Teva denies the allegations contained in Paragraph 245 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 245 and, therefore, Teva denies same.

246. Teva denies the allegations contained in Paragraph 246 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 246 and, therefore, Teva denies same.

(b) **Watson/Teva (+3)**

247. Teva denies the allegations contained in Paragraph 247 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 247 and, therefore, Teva denies same.

248. Teva denies the allegations contained in Paragraph 248 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 248 and, therefore, Teva denies same.

249. Teva denies the allegations contained in Paragraph 249 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 249 and, therefore, Teva denies same.

250. Teva denies the allegations contained in Paragraph 250 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 250 and, therefore, Teva denies same.

(c) **Sandoz (+3)**

251. Teva denies the allegations contained in Paragraph 251 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 251 and, therefore, Teva denies same.

252. Teva denies the allegations contained in Paragraph 252 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 252 and, therefore, Teva denies same.

253. Teva denies the allegations contained in Paragraph 253 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 253 and, therefore, Teva denies same.

(d) **Glenmark (+3)**

254. Teva denies the allegations contained in Paragraph 254 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 254 and, therefore, Teva denies same.

255. Teva denies the allegations contained in Paragraph 255 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 255 and, therefore, Teva denies same.

256. Teva denies the allegations contained in Paragraph 256 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 256 and, therefore, Teva denies same.

(e) **Taro (+3)**

257. Teva denies the allegations contained in Paragraph 257 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 257 and, therefore, Teva denies same.

258. Teva denies the allegations contained in Paragraph 258 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 258 and, therefore, Teva denies same.

(f) **Lupin (+2)**

259. Teva denies the allegations contained in Paragraph 259 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 259 and, therefore, Teva denies same.

260. Teva denies the allegations contained in Paragraph 260 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 260 and, therefore, Teva denies same.

261. Teva denies the allegations contained in Paragraph 261 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 261 and, therefore, Teva denies same.

**B. Individual Relationships**

262. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 262 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 262 and, therefore, Teva denies same.

1. Ara Aprahamian

263. Teva denies the allegations contained in Paragraph 263 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 263 and, therefore, Teva denies same.

2. David Berthold

264. Teva denies the allegations contained in Paragraph 264 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 264 and, therefore, Teva denies same.

3. Jim Brown

265. Teva denies the allegations contained in Paragraph 265 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 265 and, therefore, Teva denies same.

4. Maureen Cavanaugh

266. Teva denies the allegations contained in Paragraph 266 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 266 and, therefore, Teva denies same.

5. Marc Falkin

267. Teva denies the allegations contained in Paragraph 267 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 267 and, therefore, Teva denies same.

6. Jim Grauso

268. Teva denies the allegations contained in Paragraph 268 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 268 and, therefore, Teva denies same.

269. Teva denies the allegations contained in Paragraph 269 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 269 and, therefore, Teva denies same.

7. Kevin Green

270. Teva denies the allegations contained in Paragraph 270 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 270 and, therefore, Teva denies same.

271. Teva denies the allegations contained in Paragraph 271 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 271 and, therefore, Teva denies same.

8. Armando Kellum

272. Teva denies the allegations contained in Paragraph 272 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 272 and, therefore, Teva denies same.

9. Jill Nailor

273. Teva denies the allegations contained in Paragraph 273 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 273 and, therefore, Teva denies same.

274. Teva denies the allegations contained in Paragraph 274 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 274 and, therefore, Teva denies same.

10. James Nesta

275. Teva denies the allegations contained in Paragraph 275 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 275 and, therefore, Teva denies same.

11. Konstantin Ostaficiuk

276. Teva denies the allegations contained in Paragraph 276 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 276 and, therefore, Teva denies same.

12. Nisha Patel

277. Teva denies the allegations contained in Paragraph 277 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 277 and, therefore, Teva denies same.

13. David Rekenthaler

278. Teva denies the allegations contained in Paragraph 278 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 278 and, therefore, Teva denies same.

14. Rick Rogerson

279. Teva denies the allegations contained in Paragraph 279 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 279 and, therefore, Teva denies same.

15. Tracy Sullivan

280. Teva denies the allegations contained in Paragraph 280 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 280 and, therefore, Teva denies same.

## XII. THE CONSPIRATORIAL PRICE-FIXING, BID-RIGGING, & MARKET ALLOCATION AGREEMENTS

281. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 281 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 281 and, therefore, Teva denies same.

282. Paragraph 282 consists of legal conclusions to which no response is required. To the extent a response is required, with the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 282 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 282 and, therefore, Teva denies same.

283. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 283 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 283 and, therefore, Teva denies same.

284. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 284 and, therefore, Teva denies same.

285. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 285 and, therefore, Teva denies same.

286. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 286 and, therefore, Teva denies same.

287. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 287 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 287 and, therefore, Teva denies same.

288. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 288 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 288 and, therefore, Teva denies same.

289. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 289 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 289 and, therefore, Teva denies same.

290. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 290 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 290 and, therefore, Teva denies same.

291. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 291 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 291 and, therefore, Teva denies same.

292. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 292 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 292 and, therefore, Teva denies same.

293. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 293 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 293 and, therefore, Teva denies same.

294. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 294 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 294 and, therefore, Teva denies same.

**A. Acetazolamide**

295. Teva admits only that it manufactured certain formulations of Acetazolamide at certain points in time. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 295 and, therefore, Teva denies same.

1. Acetazolamide Tablets

296. The allegations contained in Paragraph 296 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 296 and, therefore, Teva denies same.

297. The allegations contained in Paragraph 297 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 297 and, therefore, Teva denies same.

298. The allegations contained in Paragraph 298 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 298 and, therefore, Teva denies same.

299. The allegations contained in Paragraph 299 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 299 and, therefore, Teva denies same.

300. The allegations contained in Paragraph 300 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 300 and, therefore, Teva denies same.

301. The allegations contained in Paragraph 301 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 301 and, therefore, Teva denies same.

302. The allegations contained in Paragraph 302 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 302 and, therefore, Teva denies same.

303. The allegations contained in Paragraph 303 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 303 and, therefore, Teva denies same.

304. The allegations contained in Paragraph 304 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 304 and, therefore, Teva denies same.

2. Acetazolamide Capsules

305. Teva denies the allegations contained in Paragraph 305 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 305 and, therefore, Teva denies same.

306. Teva denies the allegations contained in Paragraph 306 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 306 and, therefore, Teva denies same.

307. Teva denies the allegations contained in Paragraph 307 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 307 and, therefore, Teva denies same.

308. The allegations contained in Paragraph 308 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 308 and, therefore, Teva denies same.

309. Teva denies the allegations contained in Paragraph 309 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 309 and, therefore, Teva denies same.

310. Teva denies the allegations contained in Paragraph 310 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 310 and, therefore, Teva denies same.

311. Teva denies the allegations contained in Paragraph 311 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 311 and, therefore, Teva denies same.

**B. <u>Adapalene</u>**

312. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 312 and, therefore, Teva denies same.

313. The allegations contained in Paragraph 313 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 313 and, therefore, Teva denies same.

314. The allegations contained in Paragraph 314 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 314 and, therefore, Teva denies same.

315. The allegations contained in Paragraph 315 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 315 and, therefore, Teva denies same.

316. The allegations contained in Paragraph 316 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 316 and, therefore, Teva denies same.

317. The allegations contained in Paragraph 317 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 317 and, therefore, Teva denies same.

318. The allegations contained in Paragraph 318 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 318 and, therefore, Teva denies same.

319. The allegations contained in Paragraph 319 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 319 and, therefore, Teva denies same.

320. The allegations contained in Paragraph 320 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 320 and, therefore, Teva denies same.

321. The allegations contained in Paragraph 321 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 321 and, therefore, Teva denies same.

322. The allegations contained in Paragraph 322 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 322 and, therefore, Teva denies same.

323. The allegations contained in Paragraph 323 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 323 and, therefore, Teva denies same.

324. The allegations contained in Paragraph 324 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 324 and, therefore, Teva denies same.

325. The allegations contained in Paragraph 325 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 325 and, therefore, Teva denies same.

326. The allegations contained in Paragraph 326 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 326 and, therefore, Teva denies same.

327. The allegations contained in Paragraph 327 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 327 and, therefore, Teva denies same.

328. The allegations contained in Paragraph 328 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 328 and, therefore, Teva denies same.

329. The allegations contained in Paragraph 329 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 329 and, therefore, Teva denies same.

330. The allegations contained in Paragraph 330 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 330 and, therefore, Teva denies same.

331. The allegations contained in Paragraph 331 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 331 and, therefore, Teva denies same.

332. Teva denies the allegations contained in Paragraph 332 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 332 and, therefore, Teva denies same.

**C. <u>Albuterol</u>**

333. The allegations contained in Paragraph 333 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 333 and, therefore, Teva denies same.

334. The allegations contained in Paragraph 334 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 334 and, therefore, Teva denies same.

335. Teva denies the allegations contained in Paragraph 335 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 335 and, therefore, Teva denies same.

336. The allegations contained in Paragraph 336 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 336 and, therefore, Teva denies same.

337. Teva denies the allegations contained in Paragraph 337 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 337 and, therefore, Teva denies same.

338. Teva denies the allegations contained in Paragraph 338 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 338 and, therefore, Teva denies same.

339. The allegations contained in Paragraph 339 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 339 and, therefore, Teva denies same.

340. The allegations contained in Paragraph 340 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 340 and, therefore, Teva denies same.

341. The allegations contained in Paragraph 341 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 341 and, therefore, Teva denies same.

342. The allegations contained in Paragraph 342 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 342 and, therefore, Teva denies same.

343. Teva admits only that certain former Teva employees attended certain trade association events. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 343 and, therefore, Teva denies same.

**D. Alclometasone Dipropionate**

344. The allegations contained in Paragraph 344 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 344 and, therefore, Teva denies same.

345. The allegations contained in Paragraph 345 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 345 and, therefore, Teva denies same.

346. The allegations contained in Paragraph 346 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 346 and, therefore, Teva denies same.

347. The allegations contained in Paragraph 347 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 347 and, therefore, Teva denies same.

348. The allegations contained in Paragraph 348 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 348 and, therefore, Teva denies same.

349. The allegations contained in Paragraph 349 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 349 and, therefore, Teva denies same.

350. The allegations contained in Paragraph 350 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 350 and, therefore, Teva denies same.

351. The allegations contained in Paragraph 351 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 351 and, therefore, Teva denies same.

352. The allegations contained in Paragraph 352 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 352 and, therefore, Teva denies same.

353. The allegations contained in Paragraph 353 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 353 and, therefore, Teva denies same.

354. The allegations contained in Paragraph 354 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 354 and, therefore, Teva denies same.

355. The allegations contained in Paragraph 355 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 355 and, therefore, Teva denies same.

**E. Allopurinol**

356. The allegations contained in Paragraph 356 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 356 and, therefore, Teva denies same.

357. The allegations contained in Paragraph 357 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 357 and, therefore, Teva denies same.

358. The allegations contained in Paragraph 358 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 358 and, therefore, Teva denies same.

359. The allegations contained in Paragraph 359 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 359 and, therefore, Teva denies same.

360. The allegations contained in Paragraph 360 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 360 and, therefore, Teva denies same.

361. The allegations contained in Paragraph 361 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 361 and, therefore, Teva denies same.

362. The allegations contained in Paragraph 362 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 362 and, therefore, Teva denies same.

363. The allegations contained in Paragraph 363 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 363 and, therefore, Teva denies same.

**F. Amantadine HCL**

364. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 364 and, therefore, Teva denies same.

365. The allegations contained in Paragraph 365 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 365 and, therefore, Teva denies same.

366. The allegations contained in Paragraph 366 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 366 and, therefore, Teva denies same.

367. The allegations contained in Paragraph 367 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 367 and, therefore, Teva denies same.

368. The allegations contained in Paragraph 368 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 368 and, therefore, Teva denies same.

369. The allegations contained in Paragraph 369 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 369 and, therefore, Teva denies same.

**G. <u>Amiloride HCL/HCTZ</u>**

370. Teva admits only that Amiloride HCL/HCTZ treats edema and hypertension. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 370 and, therefore, Teva denies same.

371. Teva denies the allegations in Paragraph 371 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 371 and, therefore, Teva denies same.

372. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 372 that are directed toward it. Teva

lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 372 and, therefore, Teva denies same.

373. Teva denies the allegations contained in Paragraph 373 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 373 and, therefore, Teva denies same.

374. Teva denies the allegations contained in Paragraph 374 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 374 and, therefore, Teva denies same.

375. Teva denies the allegations contained in Paragraph 375 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 375 and, therefore, Teva denies same.

**H. Amitriptyline**

376. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 376 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 376 and, therefore, Teva denies same.

377. The allegations contained in Paragraph 377 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 377 and, therefore, Teva denies same.

378. The allegations contained in Paragraph 378 are directed toward other Defendants and, therefore, no response is required. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 378 and, therefore, Teva denies same.

379. The allegations contained in Paragraph 379 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 379 and, therefore, Teva denies same.

380. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 380 and, therefore, Teva denies same.

381. The allegations contained in Paragraph 381 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 381 and, therefore, Teva denies same.

382. Teva denies the allegations contained in Paragraph 382 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 382 and, therefore, Teva denies same.

383. The allegations contained in Paragraph 383 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 383 and, therefore, Teva denies same.

384. The allegations contained in Paragraph 384 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 384 and, therefore, Teva denies same.

385. The allegations contained in Paragraph 385 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 385 and, therefore, Teva denies same.

386. The allegations contained in Paragraph 386 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 386 and, therefore, Teva denies same.

387. The allegations contained in Paragraph 387 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 387 and, therefore, Teva denies same.

388. The allegations contained in Paragraph 388 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 388 and, therefore, Teva denies same.

389. The allegations contained in Paragraph 389 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 389 and, therefore, Teva denies same.

390. The allegations contained in Paragraph 390 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 390 and, therefore, Teva denies same.

391. The allegations contained in Paragraph 391 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 391 and, therefore, Teva denies same.

392. The allegations contained in Paragraph 392 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 392 and, therefore, Teva denies same.

393. The allegations contained in Paragraph 393 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 393 and, therefore, Teva denies same.

394. The allegations contained in Paragraph 394 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 394 and, therefore, Teva denies same.

395. The allegations contained in Paragraph 395 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 395 and, therefore, Teva denies same.

396. The allegations contained in Paragraph 396 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 396 and, therefore, Teva denies same.

397. The allegations contained in Paragraph 397 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 397 and, therefore, Teva denies same.

398. The allegations contained in Paragraph 398 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 398 and, therefore, Teva denies same.

**I. Amphetamine/Dextroamphetamine**

399. Teva admits the allegations contained in Paragraph 399.

400. Teva denies the allegations contained in Paragraph 400 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 400 and, therefore, Teva denies same.

401. Teva denies the allegations contained in Paragraph 401 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 401 and, therefore, Teva denies same.

402. Teva denies the allegations contained in Paragraph 402 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 402 and, therefore, Teva denies same.

403. Teva denies the allegations contained in Paragraph 403 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 403 and, therefore, Teva denies same.

404. Teva denies the allegations contained in Paragraph 404 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 404 and, therefore, Teva denies same.

405. Teva denies the allegations contained in Paragraph 405 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 405 and, therefore, Teva denies same.

406. Teva denies the allegations contained in Paragraph 406 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 406 and, therefore, Teva denies same.

407. Teva denies the allegations contained in Paragraph 407 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 407 and, therefore, Teva denies same.

408. Teva denies the allegations contained in Paragraph 408 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 408 and, therefore, Teva denies same.

409. Teva denies the allegations contained in Paragraph 409 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 409 and, therefore, Teva denies same.

410. Teva denies the allegations contained in Paragraph 410 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 410 and, therefore, Teva denies same.

411. Teva denies the allegations contained in Paragraph 411 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 411 and, therefore, Teva denies same.

**J. Atenolol Chlorthalidone**

412. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 412 and, therefore, Teva denies same.

413. The allegations contained in Paragraph 413 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 413 and, therefore, Teva denies same.

414. The allegations contained in Paragraph 414 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 414 and, therefore, Teva denies same.

415. The allegations contained in Paragraph 415 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 415 and, therefore, Teva denies same.

416. The allegations contained in Paragraph 416 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 416 and, therefore, Teva denies same.

**K. Baclofen**

417. Teva denies the allegations contained in Paragraph 417 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 417 and, therefore, Teva denies same.

418. Teva denies the allegations contained in Paragraph 418 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 418 and, therefore, Teva denies same.

419. Teva denies the allegations contained in Paragraph 419 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 419 and, therefore, Teva denies same.

420. The allegations contained in Paragraph 420 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 420 and, therefore, Teva denies same.

421. Teva denies the allegations contained in Paragraph 421 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 421 and, therefore, Teva denies same.

422. Teva denies the allegations contained in Paragraph 422 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 422 and, therefore, Teva denies same.

423. Teva denies the allegations contained in Paragraph 423 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 423 and, therefore, Teva denies same.

424. Teva denies the allegations contained in Paragraph 424 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 424 and, therefore, Teva denies same.

425. Teva denies the allegations contained in Paragraph 425 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 425 and, therefore, Teva denies same.

426. Teva denies the allegations contained in Paragraph 426 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 426 and, therefore, Teva denies same.

427. Teva denies the allegations contained in Paragraph 427 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 427 and, therefore, Teva denies same.

428. Teva denies the allegations contained in Paragraph 428 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 428 and, therefore, Teva denies same.

429. Teva denies the allegations contained in Paragraph 429 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 429 and, therefore, Teva denies same.

430. Teva denies the allegations contained in Paragraph 430 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 430 and, therefore, Teva denies same.

431. Teva denies the allegations contained in Paragraph 431 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 431 and, therefore, Teva denies same.

432. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 432 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 432 and, therefore, Teva denies same.

433. Teva denies the allegations contained in Paragraph 433 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 433 and, therefore, Teva denies same.

434. Teva denies the allegations contained in Paragraph 434 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 434 and, therefore, Teva denies same.

435. Teva denies the allegations contained in Paragraph 435 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 435 and, therefore, Teva denies same.

436. Teva denies the allegations contained in Paragraph 436 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 436 and, therefore, Teva denies same.

437. Teva denies the allegations contained in Paragraph 437 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 437 and, therefore, Teva denies same.

438. Teva denies the allegations contained in Paragraph 438 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 438 and, therefore, Teva denies same.

**L. <u>Balsalazide Disodium</u>**

439. The allegations contained in Paragraph 439 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 439 and, therefore, Teva denies same.

440. The allegations contained in Paragraph 440 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 440 and, therefore, Teva denies same.

441. The allegations contained in Paragraph 441 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 441 and, therefore, Teva denies same.

442. The allegations contained in Paragraph 442 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 442 and, therefore, Teva denies same.

443. The allegations contained in Paragraph 443 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 443 and, therefore, Teva denies same.

**M. Benazepril HCTZ**

444. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 444 and, therefore, denies the same.

445. The allegations contained in Paragraph 445 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 445 and, therefore, Teva denies same.

446. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 446 and, therefore, Teva denies same.

447. The allegations contained in Paragraph 447 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 447 and, therefore, Teva denies same.

448. The allegations contained in Paragraph 448 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 448 and, therefore, Teva denies same.

449. The allegations contained in Paragraph 449 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 449 and, therefore, Teva denies same.

450. The allegations contained in Paragraph 450 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 450 and, therefore, Teva denies same.

451. The allegations contained in Paragraph 451 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 451 and, therefore, Teva denies same.

452. The allegations contained in Paragraph 452 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 452 and, therefore, Teva denies same.

453. The allegations contained in Paragraph 453 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 453 and, therefore, Teva denies same.

454. The allegations contained in Paragraph 454 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 454 and, therefore, Teva denies same.

455. The allegations contained in Paragraph 455 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 455 and, therefore, Teva denies same.

456. The allegations contained in Paragraph 456 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 456 and, therefore, Teva denies same.

457. The allegations contained in Paragraph 457 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 457 and, therefore, Teva denies same.

458. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 458 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 458 and, therefore, Teva denies same.

## N. Betamethasone Dipropionate

459. Teva admits only that Betamethasone Dipropionate is a steroid used to treat a variety of skin conditions. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 459 and, therefore, Teva denies same.

### 1. Lotion, Cream, and Ointment

460. Teva denies the allegations in Paragraph 460 directed toward it, except admits only that it sold certain formulations of Betamethasone Dipropionate at certain points in time. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 460 and, therefore, Teva denies same.

461. Teva denies the allegations in Paragraph 461 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 461 and, therefore, Teva denies same.

462. The allegations contained in Paragraph 462 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 462 and, therefore, Teva denies same.

463. The allegations contained in Paragraph 463 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 463 and, therefore, Teva denies same.

464. The allegations contained in Paragraph 464 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 464 and, therefore, Teva denies same.

465. The allegations contained in Paragraph 465 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 465 and, therefore, Teva denies same.

466. The allegations contained in Paragraph 466 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 466 and, therefore, Teva denies same.

467. The allegations contained in Paragraph 467 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 467 and, therefore, Teva denies same.

2. CBD

468. The allegations contained in Paragraph 468 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 468 and, therefore, Teva denies same.

469. The allegations contained in Paragraph 469 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 469 and, therefore, Teva denies same.

470. The allegations contained in Paragraph 470 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 470 and, therefore, Teva denies same.

471. The allegations contained in Paragraph 471 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 471 and, therefore, Teva denies same.

472. The allegations contained in Paragraph 472 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 472 and, therefore, Teva denies same.

473. The allegations contained in Paragraph 473 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 473 and, therefore, Teva denies same.

474. The allegations contained in Paragraph 474 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 474 and, therefore, Teva denies same.

475. The allegations contained in Paragraph 475 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 475 and, therefore, Teva denies same.

476. The allegations contained in Paragraph 476 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 476 and, therefore, Teva denies same.

477. The allegations contained in Paragraph 477 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 477 and, therefore, Teva denies same.

478. The allegations contained in Paragraph 478 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 478 and, therefore, Teva denies same.

479. The allegations contained in Paragraph 479 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 479 and, therefore, Teva denies same.

480. The allegations contained in Paragraph 480 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 480 and, therefore, Teva denies same.

481. The allegations contained in Paragraph 481 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 481 and, therefore, Teva denies same.

482. The allegations contained in Paragraph 482 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 482 and, therefore, Teva denies same.

483. The allegations contained in Paragraph 483 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 483 and, therefore, Teva denies same.

484. The allegations contained in Paragraph 484 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 484 and, therefore, Teva denies same.

485. The allegations contained in Paragraph 485 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 485 and, therefore, Teva denies same.

486. The allegations contained in Paragraph 486 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 486 and, therefore, Teva denies same.

487. The allegations contained in Paragraph 487 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 487 and, therefore, Teva denies same.

488. The allegations contained in Paragraph 488 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 488 and, therefore, Teva denies same.

489. The allegations contained in Paragraph 489 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 489 and, therefore, Teva denies same.

490. The allegations contained in Paragraph 490 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 490 and, therefore, Teva denies same.

### O. Betamethasone Valerate

491. Teva admits only that Betamethasone Valerate is a corticosteroid used to treat a variety of skin conditions, and that Teva manufactured certain formulations of Betamethasone Valerate at certain points in time. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 491 and, therefore, Teva denies same.

#### 1. Lotion

492. Teva denies the allegations in Paragraph 492 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 492 and, therefore, Teva denies same.

493. Teva denies the allegations in Paragraph 493 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 493 and, therefore, Teva denies same.

494. The allegations contained in Paragraph 494 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 494 and, therefore, Teva denies same.

495. The allegations contained in Paragraph 495 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 495 and, therefore, Teva denies same.

496. The allegations contained in Paragraph 496 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 496 and, therefore, Teva denies same.

497. The allegations contained in Paragraph 497 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 497 and, therefore, Teva denies same.

498. The allegations contained in Paragraph 498 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 498 and, therefore, Teva denies same.

499. The allegations contained in Paragraph 499 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 499 and, therefore, Teva denies same.

500. The allegations contained in Paragraph 500 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 500 and, therefore, Teva denies same.

501. The allegations contained in Paragraph 501 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 501 and, therefore, Teva denies same.

502. The allegations contained in Paragraph 502 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 502 and, therefore, Teva denies same.

503. The allegations contained in Paragraph 503 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 503 and, therefore, Teva denies same.

504. The allegations contained in Paragraph 504 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 504 and, therefore, Teva denies same.

505. The allegations contained in Paragraph 505 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 505 and, therefore, Teva denies same.

2. Ointment

506. The allegations contained in Paragraph 506 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 506 and, therefore, Teva denies same.

507. The allegations contained in Paragraph 507 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 507 and, therefore, Teva denies same.

508. The allegations contained in Paragraph 508 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 508 and, therefore, Teva denies same.

509. The allegations contained in Paragraph 509 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 509 and, therefore, Teva denies same.

510. The allegations contained in Paragraph 510 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 510 and, therefore, Teva denies same.

511. The allegations contained in Paragraph 511 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 511 and, therefore, Teva denies same.

512. The allegations contained in Paragraph 512 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 512 and, therefore, Teva denies same.

513. The allegations contained in Paragraph 513 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 513 and, therefore, Teva denies same.

514. The allegations contained in Paragraph 514 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 514 and, therefore, Teva denies same.

515. The allegations contained in Paragraph 515 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 515 and, therefore, Teva denies same.

516. The allegations contained in Paragraph 516 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 516 and, therefore, Teva denies same.

517. The allegations contained in Paragraph 517 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 517 and, therefore, Teva denies same.

518. The allegations contained in Paragraph 518 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 518 and, therefore, Teva denies same.

519. The allegations contained in Paragraph 519 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 519 and, therefore, Teva denies same.

### P. Bromocriptine Mesylate Tablets

520. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 520 and, therefore, Teva denies same.

521. The allegations contained in Paragraph 521 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 521 and, therefore, Teva denies same.

522. The allegations contained in Paragraph 522 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 522 and, therefore, Teva denies same.

523. The allegations contained in Paragraph 523 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 523 and, therefore, Teva denies same.

524. The allegations contained in Paragraph 524 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 524 and, therefore, Teva denies same.

525. The allegations contained in Paragraph 525 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 525 and, therefore, Teva denies same.

526. The allegations contained in Paragraph 526 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 526 and, therefore, Teva denies same.

527. The allegations contained in Paragraph 527 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 527 and, therefore, Teva denies same.

528. The allegations contained in Paragraph 528 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 528 and, therefore, Teva denies same.

529. The allegations contained in Paragraph 529 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 529 and, therefore, Teva denies same.

530. The allegations contained in Paragraph 530 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 530 and, therefore, Teva denies same.

531. The allegations contained in Paragraph 531 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 531 and, therefore, Teva denies same.

532. The allegations contained in Paragraph 532 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 532 and, therefore, Teva denies same.

533. The allegations contained in Paragraph 533 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 533 and, therefore, Teva denies same.

534. The allegations contained in Paragraph 534 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 534 and, therefore, Teva denies same.

535. The allegations contained in Paragraph 535 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 535 and, therefore, Teva denies same.

536. The allegations contained in Paragraph 536 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 536 and, therefore, Teva denies same.

537. The allegations contained in Paragraph 537 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 537 and, therefore, Teva denies same.

538. The allegations contained in Paragraph 538 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 538 and, therefore, Teva denies same.

539. The allegations contained in Paragraph 539 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 539 and, therefore, Teva denies same.

540. The allegations contained in Paragraph 540 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 540 and, therefore, Teva denies same.

541. The allegations contained in Paragraph 541 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 541 and, therefore, Teva denies same.

542. The allegations contained in Paragraph 542 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 542 and, therefore, Teva denies same.

543. The allegations contained in Paragraph 543 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 543 and, therefore, Teva denies same.

544. The allegations contained in Paragraph 544 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 544 and, therefore, Teva denies same.

545. The allegations contained in Paragraph 545 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 545 and, therefore, Teva denies same.

**Q. Budesonide DR Capsules**

546. Teva admits the allegations contained in Paragraph 546.

547. Teva denies the allegations in Paragraph 547 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 547 and, therefore, Teva denies same.

548. Teva denies the allegations in Paragraph 548 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 548 and, therefore, Teva denies same.

549. Teva denies the allegations in Paragraph 549 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 549 and, therefore, Teva denies same.

550. The allegations contained in Paragraph 550 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 550 and, therefore, Teva denies same.

551. Teva denies the allegations in Paragraph 551 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 551 and, therefore, Teva denies same.

552. Teva denies the allegations in Paragraph 552 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 552 and, therefore, Teva denies same.

**R. Budesonide Inhalation**

553. Teva denies the allegations contained in Paragraph 553 directed toward it, except admits only that Teva manufactured certain formulations of Budesonide Inhalation at certain points in time, and that Budesonide Inhalation is an anti-inflammatory steroid, administered through inhalers or similar devices, used to prevent asthma attacks. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 553 and, therefore, Teva denies same.

554. Teva denies the allegations contained in Paragraph 554 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 554 and, therefore, Teva denies same.

555. Teva denies the allegations contained in Paragraph 555 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 555 and, therefore, Teva denies same.

556. Teva denies the allegations contained in Paragraph 556 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 556 and, therefore, Teva denies same.

557. Teva denies the allegations contained in Paragraph 557 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 557 and, therefore, Teva denies same.

558. Teva denies the allegations contained in Paragraph 558 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 558 and, therefore, Teva denies same.

559. Teva denies the allegations contained in Paragraph 559 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 559 and, therefore, Teva denies same.

560. Teva denies the allegations contained in Paragraph 560 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 560 and, therefore, Teva denies same.

**S. Buspirone Hydrochloride Tablets**

561. Teva admits only that Buspirone Hydrochloride is used to treat anxiety. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 561 and, therefore Teva denies same.

562. Teva denies the allegations contained in Paragraph 562 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 562 and, therefore, Teva denies same.

563. Teva denies the allegations contained in Paragraph 563 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 563 and, therefore, Teva denies same.

564. Teva denies the allegations contained in Paragraph 564 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 564 and, therefore, Teva denies same.

**T. Butorphanol Tartrate**

565. The allegations contained in Paragraph 565 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 565 and, therefore, Teva denies same.

566. The allegations contained in Paragraph 566 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 566 and, therefore, Teva denies same.

567. The allegations contained in Paragraph 567 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 567 and, therefore, Teva denies same.

568. The allegations contained in Paragraph 568 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 568 and, therefore, Teva denies same.

569. The allegations contained in Paragraph 569 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 569 and, therefore, Teva denies same.

**U. Cabergoline**

570. Teva admits the allegations contained in Paragraph 570.

571. Teva denies the allegations contained in Paragraph 571 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 571 and, therefore, Teva denies same.

572. Teva denies the allegations contained in Paragraph 572 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 572 and, therefore, Teva denies same.

573. Teva denies the allegations contained in Paragraph 573 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 573 and, therefore, Teva denies same.

574. Teva denies the allegations contained in Paragraph 574 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 574 and, therefore, Teva denies same.

575. Teva denies the allegations contained in Paragraph 575 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 575 and, therefore, Teva denies same.

576. Teva denies the allegations contained in Paragraph 576 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 576 and, therefore, Teva denies same.

**V. <u>Calcipotriene</u>**

577. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 577 and, therefore, Teva denies same.

578. The allegations contained in Paragraph 578 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 578 and, therefore, Teva denies same.

579. The allegations contained in Paragraph 579 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 579 and, therefore, Teva denies same.

580. The allegations contained in Paragraph 580 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 580 and, therefore, Teva denies same.

581. The allegations contained in Paragraph 581 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 581 and, therefore, Teva denies same.

582. The allegations contained in Paragraph 582 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 582 and, therefore, Teva denies same.

583. The allegations contained in Paragraph 583 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 583 and, therefore, Teva denies same.

584. The allegations contained in Paragraph 584 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 584 and, therefore, Teva denies same.

585. The allegations contained in Paragraph 585 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 585 and, therefore, Teva denies same.

586. The allegations contained in Paragraph 586 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 586 and, therefore, Teva denies same.

**W. Calcipotriene Betamethasone**

587. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 587 and, therefore, Teva denies same.

588. The allegations contained in Paragraph 588 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 588 and, therefore, Teva denies same.

589. The allegations contained in Paragraph 589 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 589 and, therefore, Teva denies same.

590. The allegations contained in Paragraph 590 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 590 and, therefore, Teva denies same.

591. The allegations contained in Paragraph 591 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 591 and, therefore, Teva denies same.

592. The allegations contained in Paragraph 592 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 592 and, therefore, Teva denies same.

593. The allegations contained in Paragraph 593 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 593 and, therefore, Teva denies same.

594. The allegations contained in Paragraph 594 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 594 and, therefore, Teva denies same.

595. The allegations contained in Paragraph 595 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 595 and, therefore, Teva denies same.

596. The allegations contained in Paragraph 596 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 596 and, therefore, Teva denies same.

597. The allegations contained in Paragraph 597 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 597 and, therefore, Teva denies same.

598. The allegations contained in Paragraph 598 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 598 and, therefore, Teva denies same.

599. The allegations contained in Paragraph 599 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 599 and, therefore, Teva denies same.

600. The allegations contained in Paragraph 600 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 600 and, therefore, Teva denies same.

601. The allegations contained in Paragraph 601 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 601 and, therefore, Teva denies same.

602. The allegations contained in Paragraph 602 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 602 and, therefore, Teva denies same.

603. The allegations contained in Paragraph 603 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 603 and, therefore, Teva denies same.

604. The allegations contained in Paragraph 604 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 604 and, therefore, Teva denies same.

605. The allegations contained in Paragraph 605 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 605 and, therefore, Teva denies same.

606. The allegations contained in Paragraph 606 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 606 and, therefore, Teva denies same.

607. The allegations contained in Paragraph 607 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 607 and, therefore, Teva denies same.

608. The allegations contained in Paragraph 608 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 608 and, therefore, Teva denies same.

609. The allegations contained in Paragraph 609 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 609 and, therefore, Teva denies same.

610. The allegations contained in Paragraph 610 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 610 and, therefore, Teva denies same.

611. The allegations contained in Paragraph 611 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 611 and, therefore, Teva denies same.

612. The allegations contained in Paragraph 612 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 612 and, therefore, Teva denies same.

**X. Capecitabine**

613. Teva admits the allegations contained in Paragraph 613.

614. Teva denies the allegations contained in Paragraph 614 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 614 and, therefore, Teva denies same.

615. Teva denies the allegations contained in Paragraph 615 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 615 and, therefore, Teva denies same.

616. Teva denies the allegations contained in Paragraph 616 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 616 and, therefore, Teva denies same.

617. Teva denies the allegations contained in Paragraph 617 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 617 and, therefore, Teva denies same.

618. Teva denies the allegations contained in Paragraph 618 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 618 and, therefore, Teva denies same.

619. Teva denies the allegations contained in Paragraph 619 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 619 and, therefore, Teva denies same.

620. Teva denies the allegations contained in Paragraph 620 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 620 and, therefore, Teva denies same.

621. Teva denies the allegations contained in Paragraph 621 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 621 and, therefore, Teva denies same.

622. Teva denies the allegations contained in Paragraph 622 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 622 and, therefore, Teva denies same.

623. Teva denies the allegations contained in Paragraph 623 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 623 and, therefore, Teva denies same.

624. Teva denies the allegations contained in Paragraph 624 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 624 and, therefore, Teva denies same.

625. Teva denies the allegations contained in Paragraph 625 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 625 and, therefore, Teva denies same.

626. Teva denies the allegations contained in Paragraph 626 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 626 and, therefore, Teva denies same.

627. Teva denies the allegations contained in Paragraph 627 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 627 and, therefore, Teva denies same.

**Y. <u>Captopril</u>**

628. The allegations contained in Paragraph 628 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 628 and, therefore, Teva denies same.

629. The allegations contained in Paragraph 629 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 629 and, therefore, Teva denies same.

630. The allegations contained in Paragraph 630 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 630 and, therefore, Teva denies same.

631. The allegations contained in Paragraph 631 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 631 and, therefore, Teva denies same.

632. The allegations contained in Paragraph 632 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 632 and, therefore, Teva denies same.

633. The allegations contained in Paragraph 633 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 633 and, therefore, Teva denies same.

634. The allegations contained in Paragraph 634 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 634 and, therefore, Teva denies same.

635. The allegations contained in Paragraph 635 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 635 and, therefore, Teva denies same.

**Z. Carbamazepine**

636. Teva admits the allegations contained in Paragraph 636.

637. Teva denies the allegations contained in Paragraph 637 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 637 and, therefore, Teva denies same.

638. The allegations contained in Paragraph 638 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 638 and, therefore, Teva denies same.

639. The allegations contained in Paragraph 639 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 639 and, therefore, Teva denies same.

640. The allegations contained in Paragraph 640 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 640 and, therefore, Teva denies same.

641. The allegations contained in Paragraph 641 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 641 and, therefore, Teva denies same.

642. The allegations contained in Paragraph 642 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 642 and, therefore, Teva denies same.

643. The allegations contained in Paragraph 643 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 643 and, therefore, Teva denies same.

644. The allegations contained in Paragraph 644 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 644 and, therefore, Teva denies same.

645. Teva denies the allegations in Paragraph 645 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 645 and, therefore, Teva denies same.

646. Teva denies the allegations in Paragraph 646 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 646 and, therefore, Teva denies same.

647. The allegations contained in Paragraph 647 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 647 and, therefore, Teva denies same.

648. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 648 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 648 and, therefore, Teva denies same.

649. Teva denies the allegations contained in Paragraph 649 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 649 and, therefore, Teva denies same.

650. Teva denies the allegations contained in Paragraph 650 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 650 and, therefore, Teva denies same.

651. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 651 that are directed toward it. Teva

lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 651 and, therefore, Teva denies same.

**AA. Cefpodoxime Proxetil**

652. The allegations contained in Paragraph 652 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 652 and, therefore, Teva denies same.

653. The allegations contained in Paragraph 653 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 653 and, therefore, Teva denies same.

654. The allegations contained in Paragraph 654 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 654 and, therefore, Teva denies same.

655. The allegations contained in Paragraph 655 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 655 and, therefore, Teva denies same.

656. The allegations contained in Paragraph 656 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 656 and, therefore, Teva denies same.

657. The allegations contained in Paragraph 657 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 657 and, therefore, Teva denies same.

658. The allegations contained in Paragraph 658 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 658 and, therefore, Teva denies same.

659. The allegations contained in Paragraph 659 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 659 and, therefore, Teva denies same.

660. The allegations contained in Paragraph 660 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 660 and, therefore, Teva denies same.

661. The allegations contained in Paragraph 661 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 661 and, therefore, Teva denies same.

662. The allegations contained in Paragraph 662 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 662 and, therefore, Teva denies same.

663. The allegations contained in Paragraph 663 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 663 and, therefore, Teva denies same.

664. The allegations contained in Paragraph 664 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 664 and, therefore, Teva denies same.

665. The allegations contained in Paragraph 665 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 665 and, therefore, Teva denies same.

666. The allegations contained in Paragraph 666 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 666 and, therefore, Teva denies same.

### BB. Cefuroxime Axetil

667. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 667 and, therefore, Teva denies same.

668. The allegations contained in Paragraph 668 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 668 and, therefore, Teva denies same.

669. The allegations contained in Paragraph 669 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 669 and, therefore, Teva denies same.

670. The allegations contained in Paragraph 670 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 670 and, therefore, Teva denies same.

671. The allegations contained in Paragraph 671 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 671 and, therefore, Teva denies same.

672. The allegations contained in Paragraph 672 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 672 and, therefore, Teva denies same.

**CC. Celecoxib**

673. Teva admits the allegations contained in Paragraph 673.

674. Teva denies the allegations contained in Paragraph 674 directed toward it.

675. Teva denies the allegations contained in Paragraph 675 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 675 and, therefore, Teva denies same.

676. Teva denies the allegations contained in Paragraph 676 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 676 and, therefore, Teva denies same.

677. Teva denies the allegations contained in Paragraph 677 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 677 and, therefore, Teva denies same.

678. Teva denies the allegations contained in Paragraph 678 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 678 and, therefore, Teva denies same.

679. Teva denies the allegations contained in Paragraph 679 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 679 and, therefore, Teva denies same.

**DD. Chlorpromazine**

680. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 680 and, therefore, Teva denies same.

681. The allegations contained in Paragraph 681 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 681 and, therefore, Teva denies same.

682. The allegations contained in Paragraph 682 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 682 and, therefore, Teva denies same.

683. The allegations contained in Paragraph 683 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 683 and, therefore, Teva denies same.

684. The allegations contained in Paragraph 684 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 684 and, therefore, Teva denies same.

685. The allegations contained in Paragraph 685 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 685 and, therefore, Teva denies same.

686. The allegations contained in Paragraph 686 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 686 and, therefore, Teva denies same.

**EE. Cholestyramine**

687. The allegations contained in Paragraph 687 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 687 and, therefore, Teva denies same.

688. The allegations contained in Paragraph 688 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 688 and, therefore, Teva denies same.

689. The allegations contained in Paragraph 689 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 689 and, therefore, Teva denies same.

690. The allegations contained in Paragraph 690 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 690 and, therefore, Teva denies same.

691. The allegations contained in Paragraph 691 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 691 and, therefore, Teva denies same.

**FF. Ciclopirox**

692. The allegations contained in Paragraph 692 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 692 and, therefore, Teva denies same.

693. The allegations contained in Paragraph 693 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 693 and, therefore, Teva denies same.

694. The allegations contained in Paragraph 694 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 694 and, therefore, Teva denies same.

695. The allegations contained in Paragraph 695 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 695 and, therefore, Teva denies same.

696. The allegations contained in Paragraph 696 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 696 and, therefore, Teva denies same.

697. The allegations contained in Paragraph 697 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 697 and, therefore, Teva denies same.

698. The allegations contained in Paragraph 698 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 698 and, therefore, Teva denies same.

699. The allegations contained in Paragraph 699 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 699 and, therefore, Teva denies same.

700. The allegations contained in Paragraph 700 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 700 and, therefore, Teva denies same.

701. The allegations contained in Paragraph 701 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 701 and, therefore, Teva denies same.

702. The allegations contained in Paragraph 702 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 702 and, therefore, Teva denies same.

703. The allegations contained in Paragraph 703 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 703 and, therefore, Teva denies same.

704. The allegations contained in Paragraph 704 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 704 and, therefore, Teva denies same.

705. The allegations contained in Paragraph 705 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 705 and, therefore, Teva denies same.

706. The allegations contained in Paragraph 706 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 706 and, therefore, Teva denies same.

707. The allegations contained in Paragraph 707 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 707 and, therefore, Teva denies same.

708. The allegations contained in Paragraph 708 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 708 and, therefore, Teva denies same.

709. The allegations contained in Paragraph 709 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 709 and, therefore, Teva denies same.

710. The allegations contained in Paragraph 710 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 710 and, therefore, Teva denies same.

711. The allegations contained in Paragraph 711 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 711 and, therefore, Teva denies same.

712. The allegations contained in Paragraph 712 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 712 and, therefore, Teva denies same.

713. The allegations contained in Paragraph 713 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 713 and, therefore, Teva denies same.

714. The allegations contained in Paragraph 714 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 714 and, therefore, Teva denies same.

715. The allegations contained in Paragraph 715 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 715 and, therefore, Teva denies same.

716. The allegations contained in Paragraph 716 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 716 and, therefore, Teva denies same.

717. The allegations contained in Paragraph 717 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 717 and, therefore, Teva denies same.

718. The allegations contained in Paragraph 718 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 718 and, therefore, Teva denies same.

719. The allegations contained in Paragraph 719 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 719 and, therefore, Teva denies same.

720. The allegations contained in Paragraph 720 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 720 and, therefore, Teva denies same.

721. The allegations contained in Paragraph 721 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 721 and, therefore, Teva denies same.

722. The allegations contained in Paragraph 722 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 722 and, therefore, Teva denies same.

723. The allegations contained in Paragraph 723 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 723 and, therefore, Teva denies same.

724. The allegations contained in Paragraph 724 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 724 and, therefore, Teva denies same.

725. The allegations contained in Paragraph 725 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 725 and, therefore, Teva denies same.

726. The allegations contained in Paragraph 726 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 726 and, therefore, Teva denies same.

## GG. Clindamycin Phosphate

727. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 727 and, therefore, Teva denies same.

728. The allegations contained in Paragraph 728 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 728 and, therefore, Teva denies same.

### 1. The First Coordinated Price Increase (60ml Solution – Fougera and Greenstone)

729. The allegations contained in Paragraph 729 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 729 and, therefore, Teva denies same.

730. The allegations contained in Paragraph 730 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 730 and, therefore, Teva denies same.

731. The allegations contained in Paragraph 731 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 731 and, therefore, Teva denies same.

732. The allegations contained in Paragraph 732 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 732 and, therefore, Teva denies same.

733. The allegations contained in Paragraph 733 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 733 and, therefore, Teva denies same.

734. The allegations contained in Paragraph 734 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 734 and, therefore, Teva denies same.

735. The allegations contained in Paragraph 735 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 735 and, therefore, Teva denies same.

736. The allegations contained in Paragraph 736 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 736 and, therefore, Teva denies same.

737. The allegations contained in Paragraph 737 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 737 and, therefore, Teva denies same.

738. The allegations contained in Paragraph 738 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 738 and, therefore, Teva denies same.

739. The allegations contained in Paragraph 739 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 739 and, therefore, Teva denies same.

2. The Second Coordinated Increase (October 2012 – All Formulations – Sandoz and Greenstone)

740. The allegations contained in Paragraph 740 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 740 and, therefore, Teva denies same.

741. The allegations contained in Paragraph 741 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 741 and, therefore, Teva denies same.

742. The allegations contained in Paragraph 742 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 742 and, therefore, Teva denies same.

743. The allegations contained in Paragraph 743 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 743 and, therefore, Teva denies same.

744. The allegations contained in Paragraph 744 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 744 and, therefore, Teva denies same.

745. The allegations contained in Paragraph 745 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 745 and, therefore, Teva denies same.

746. The allegations contained in Paragraph 746 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 746 and, therefore, Teva denies same.

747. The allegations contained in Paragraph 747 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 747 and, therefore, Teva denies same.

748. The allegations contained in Paragraph 748 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 748 and, therefore, Teva denies same.

749. The allegations contained in Paragraph 749 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 749 and, therefore, Teva denies same.

750. The allegations contained in Paragraph 750 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 750 and, therefore, Teva denies same.

751. The allegations contained in Paragraph 751 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 751 and, therefore, Teva denies same.

752. The allegations contained in Paragraph 752 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 752 and, therefore, Teva denies same.

753. The allegations contained in Paragraph 753 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 753 and, therefore, Teva denies same.

754. The allegations contained in Paragraph 754 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 754 and, therefore, Teva denies same.

### 3. New Entrants on Clindamycin Solution – Teva, Perrigo and Taro – Do Not Significantly Erode Pricing

755. The allegations contained in Paragraph 755 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 755 and, therefore, Teva denies same.

756. The allegations contained in Paragraph 756 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 756 and, therefore, Teva denies same.

757. The allegations contained in Paragraph 757 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 757 and, therefore, Teva denies same.

758. The allegations contained in Paragraph 758 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 758 and, therefore, Teva denies same.

759. The allegations contained in Paragraph 759 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 759 and, therefore, Teva denies same.

760. The allegations contained in Paragraph 760 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 760 and, therefore, Teva denies same.

761. The allegations contained in Paragraph 761 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 761 and, therefore, Teva denies same.

762. The allegations contained in Paragraph 762 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 762 and, therefore, Teva denies same.

763. The allegations contained in Paragraph 763 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 763 and, therefore, Teva denies same.

764. The allegations contained in Paragraph 764 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 764 and, therefore, Teva denies same.

765. The allegations contained in Paragraph 765 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 765 and, therefore, Teva denies same.

766. The allegations contained in Paragraph 766 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 766 and, therefore, Teva denies same.

767. The allegations contained in Paragraph 767 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 767 and, therefore, Teva denies same.

768. The allegations contained in Paragraph 768 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 768 and, therefore, Teva denies same.

769. The allegations contained in Paragraph 769 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 769 and, therefore, Teva denies same.

770. The allegations contained in Paragraph 770 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 770 and, therefore, Teva denies same.

771. The allegations contained in Paragraph 771 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 771 and, therefore, Teva denies same.

772. The allegations contained in Paragraph 772 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 772 and, therefore, Teva denies same.

773. The allegations contained in Paragraph 773 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 773 and, therefore, Teva denies same.

774. The allegations contained in Paragraph 774 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 774 and, therefore, Teva denies same.

775. The allegations contained in Paragraph 775 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 775 and, therefore, Teva denies same.

776. The allegations contained in Paragraph 776 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 776 and, therefore, Teva denies same.

777. The allegations contained in Paragraph 777 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 777 and, therefore, Teva denies same.

778. The allegations contained in Paragraph 778 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 778 and, therefore, Teva denies same.

4. The Third Coordinated Price Increase (2014 – All Formulations Except Solution – Sandoz and Greenstone)

779. The allegations contained in Paragraph 779 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 779 and, therefore, Teva denies same.

780. The allegations contained in Paragraph 780 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 780 and, therefore, Teva denies same.

781. The allegations contained in Paragraph 781 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 781 and, therefore, Teva denies same.

782. The allegations contained in Paragraph 782 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 782 and, therefore, Teva denies same.

783. The allegations contained in Paragraph 783 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 783 and, therefore, Teva denies same.

**HH. Clobetasol**

784. The allegations contained in Paragraph 784 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 784 and, therefore, Teva denies same.

785. The allegations contained in Paragraph 785 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 785 and, therefore, Teva denies same.

786. The allegations contained in Paragraph 786 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 786 and, therefore, Teva denies same.

787. The allegations contained in Paragraph 787 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 787 and, therefore, Teva denies same.

788. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 788 and, therefore, Teva denies same.

789. The allegations contained in Paragraph 789 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 789 and, therefore, Teva denies same.

790. The allegations contained in Paragraph 790 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 790 and, therefore, Teva denies same.

791. The allegations contained in Paragraph 791 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 791 and, therefore, Teva denies same.

792. The allegations contained in Paragraph 792 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 792 and, therefore, Teva denies same.

793. The allegations contained in Paragraph 793 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 793 and, therefore, Teva denies same.

794. The allegations contained in Paragraph 794 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 794 and, therefore, Teva denies same.

795. The allegations contained in Paragraph 795 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 795 and, therefore, Teva denies same.

796. The allegations contained in Paragraph 796 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 796 and, therefore, Teva denies same.

797. The allegations contained in Paragraph 797 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 797 and, therefore, Teva denies same.

798. The allegations contained in Paragraph 798 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 798 and, therefore, Teva denies same.

799. The allegations contained in Paragraph 799 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 799 and, therefore, Teva denies same.

800. The allegations contained in Paragraph 800 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 800 and, therefore, Teva denies same.

801. The allegations contained in Paragraph 801 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 801 and, therefore, Teva denies same.

802. The allegations contained in Paragraph 802 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 802 and, therefore, Teva denies same.

803. The allegations contained in Paragraph 803 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 803 and, therefore, Teva denies same.

804. The allegations contained in Paragraph 804 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 804 and, therefore, Teva denies same.

805. The allegations contained in Paragraph 805 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 805 and, therefore, Teva denies same.

806. The allegations contained in Paragraph 806 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 806 and, therefore, Teva denies same.

**II. Clomipramine**

807. The allegations contained in Paragraph 807 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 807 and, therefore, Teva denies same.

808. The allegations contained in Paragraph 808 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 808 and, therefore, Teva denies same.

809. The allegations contained in Paragraph 809 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 809 and, therefore, Teva denies same.

810. The allegations contained in Paragraph 810 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 810 and, therefore, Teva denies same.

811. The allegations contained in Paragraph 811 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 811 and, therefore, Teva denies same.

812. The allegations contained in Paragraph 812 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 812 and, therefore, Teva denies same.

813. The allegations contained in Paragraph 813 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 813 and, therefore, Teva denies same.

814. The allegations contained in Paragraph 814 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 814 and, therefore, Teva denies same.

815. The allegations contained in Paragraph 815 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 815 and, therefore, Teva denies same.

816. The allegations contained in Paragraph 816 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 816 and, therefore, Teva denies same.

817. The allegations contained in Paragraph 817 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 817 and, therefore, Teva denies same.

818. The allegations contained in Paragraph 818 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 818 and, therefore, Teva denies same.

819. The allegations contained in Paragraph 819 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 819 and, therefore, Teva denies same.

820. The allegations contained in Paragraph 820 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 820 and, therefore, Teva denies same.

821. The allegations contained in Paragraph 821 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 821 and, therefore, Teva denies same.

822. The allegations contained in Paragraph 822 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 822 and, therefore, Teva denies same.

823. The allegations contained in Paragraph 823 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 823 and, therefore, Teva denies same.

824. The allegations contained in Paragraph 824 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 824 and, therefore, Teva denies same.

825. The allegations contained in Paragraph 825 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 825 and, therefore, Teva denies same.

826. The allegations contained in Paragraph 826 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 826 and, therefore, Teva denies same.

827. The allegations contained in Paragraph 827 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 827 and, therefore, Teva denies same.

828. The allegations contained in Paragraph 828 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 828 and, therefore, Teva denies same.

829. The allegations contained in Paragraph 829 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 829 and, therefore, Teva denies same.

830. The allegations contained in Paragraph 830 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 830 and, therefore, Teva denies same.

831. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 831 and, therefore, Teva denies same.

832. The allegations contained in Paragraph 832 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 832 and, therefore, Teva denies same.

833. The allegations contained in Paragraph 833 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 833 and, therefore, Teva denies same.

834. The allegations contained in Paragraph 834 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 834 and, therefore, Teva denies same.

835. The allegations contained in Paragraph 835 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 835 and, therefore, Teva denies same.

836. The allegations contained in Paragraph 836 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 836 and, therefore, Teva denies same.

837. The allegations contained in Paragraph 837 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 837 and, therefore, Teva denies same.

838. The allegations contained in Paragraph 838 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 838 and, therefore, Teva denies same.

839. The allegations contained in Paragraph 839 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 839 and, therefore, Teva denies same.

840. The allegations contained in Paragraph 840 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 840 and, therefore, Teva denies same.

841. The allegations contained in Paragraph 841 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 841 and, therefore, Teva denies same.

**JJ. Clonidine-TTS Patch**

842. Teva admits the allegations contained in Paragraph 842.

843. Teva denies the allegations in Paragraph 843 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 843 and, therefore, Teva denies same.

844. Teva denies the allegations in Paragraph 844 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 844 and, therefore, Teva denies same.

845. Teva denies the allegations in Paragraph 845 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 845 and, therefore, Teva denies same.

846. Teva denies the allegations in Paragraph 846 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 846 and, therefore, Teva denies same.

847. Teva denies the allegations in Paragraph 847 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 847 and, therefore, Teva denies same.

848. Teva denies the allegations in Paragraph 848 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 848 and, therefore, Teva denies same.

849. Teva denies the allegations in Paragraph 849 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 849 and, therefore, Teva denies same.

850. Teva denies the allegations in Paragraph 850 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 850 and, therefore, Teva denies same.

851. Teva denies the allegations in Paragraph 851 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 851 and, therefore, Teva denies same.

852. Teva denies the allegations in Paragraph 852 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 852 and, therefore, Teva denies same.

853. Teva denies the allegations in Paragraph 853 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 853 and, therefore, Teva denies same.

854. Teva denies the allegations in Paragraph 854 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 854 and, therefore, Teva denies same.

855. Teva denies the allegations in Paragraph 855 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 855 and, therefore, Teva denies same.

856. Teva denies the allegations in Paragraph 856 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 856 and, therefore, Teva denies same.

857. Teva denies the allegations in Paragraph 857 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 857 and, therefore, Teva denies same.

858. Teva denies the allegations in Paragraph 858 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 858 and, therefore, Teva denies same.

859. Teva denies the allegations contained in Paragraph 859 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 859 and, therefore, Teva denies same.

860. Teva denies the allegations contained in Paragraph 860 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 860 and, therefore, Teva denies same.

861. Teva denies the allegations contained in Paragraph 861 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 861 and, therefore, Teva denies same.

862. Teva denies the allegations contained in Paragraph 862 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 862 and, therefore, Teva denies same.

863. Teva denies the allegations contained in Paragraph 863 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 863 and, therefore, Teva denies same.

864. Teva denies the allegations contained in Paragraph 864 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 864 and, therefore, Teva denies same.

### KK. Clotrimazole

865. Teva admits the allegations contained in Paragraph 865.

866. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Clotrimazole. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 866 and, therefore, Teva denies same.

867. The allegations contained in Paragraph 867 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 867 and, therefore, Teva denies same.

868. The allegations contained in Paragraph 868 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 868 and, therefore, Teva denies same.

869. The allegations contained in Paragraph 869 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 869 and, therefore, Teva denies same.

870. The allegations contained in Paragraph 870 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 870 and, therefore, Teva denies same.

871. The allegations contained in Paragraph 871 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 871 and, therefore, Teva denies same.

872. The allegations contained in Paragraph 872 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 872 and, therefore, Teva denies same.

873. The allegations contained in Paragraph 873 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 873 and, therefore, Teva denies same.

874. The allegations contained in Paragraph 874 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 874 and, therefore, Teva denies same.

875. The allegations contained in Paragraph 875 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 875 and, therefore, Teva denies same.

876. The allegations contained in Paragraph 876 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 876 and, therefore, Teva denies same.

877. The allegations contained in Paragraph 877 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 877 and, therefore, Teva denies same.

878. The allegations contained in Paragraph 878 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 878 and, therefore, Teva denies same.

**LL. Desogestrel/Ethinyl Estradiol Tablets (Kariva)**

879. Teva denies the allegations contained in Paragraph 879 directed toward it, except admits only that Desogestrel/Ethinyl Estradiol is an oral contraceptive combination pill containing progestin and estrogen, and that Teva manufactured Desogestrel/Ethinyl Estradiol at certain points in time. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 879 and, therefore, Teva denies same.

880. Teva denies the allegations contained in Paragraph 880 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 880 and, therefore, Teva denies same.

881. Teva denies the allegations contained in Paragraph 881 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 881 and, therefore, Teva denies same.

882. Teva denies the allegations contained in Paragraph 882 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 882 and, therefore, Teva denies same.

**MM. Desonide**

883. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 883 and, therefore, Teva denies same.

884. The allegations contained in Paragraph 884 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 884 and, therefore, Teva denies same.

885. The allegations contained in Paragraph 885 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 885 and, therefore, Teva denies same.

886. The allegations contained in Paragraph 886 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 886 and, therefore, Teva denies same.

887. The allegations contained in Paragraph 887 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 887 and, therefore, Teva denies same.

888. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations in Paragraph 888 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 888 and, therefore, Teva denies same.

889. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 889 and, therefore, Teva denies same.

890. The allegations contained in Paragraph 890 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 890 and, therefore, Teva denies same.

891. The allegations contained in Paragraph 891 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 891 and, therefore, Teva denies same.

892. The allegations contained in Paragraph 892 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 892 and, therefore, Teva denies same.

893. The allegations contained in Paragraph 893 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 893 and, therefore, Teva denies same.

894. The allegations contained in Paragraph 894 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 894 and, therefore, Teva denies same.

895. The allegations contained in Paragraph 895 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 895 and, therefore, Teva denies same.

896. The allegations contained in Paragraph 896 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 896 and, therefore, Teva denies same.

897. The allegations contained in Paragraph 897 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 897 and, therefore, Teva denies same.

898. The allegations contained in Paragraph 898 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 898 and, therefore, Teva denies same.

899. The allegations contained in Paragraph 899 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 899 and, therefore, Teva denies same.

900. The allegations contained in Paragraph 900 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 900 and, therefore, Teva denies same.

901. The allegations contained in Paragraph 901 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 901 and, therefore, Teva denies same.

902. The allegations contained in Paragraph 902 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 902 and, therefore, Teva denies same.

**NN. Desoximetasone Ointment**

903. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 903 and, therefore, Teva denies same.

904. The allegations contained in Paragraph 904 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 904 and, therefore, Teva denies same.

905. The allegations contained in Paragraph 905 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 905 and, therefore, Teva denies same.

906. The allegations contained in Paragraph 906 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 906 and, therefore, Teva denies same.

907. The allegations contained in Paragraph 907 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 907 and, therefore, Teva denies same.

908. The allegations contained in Paragraph 908 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 908 and, therefore, Teva denies same.

909. The allegations contained in Paragraph 909 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 909 and, therefore, Teva denies same.

910. The allegations contained in Paragraph 910 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 910 and, therefore, Teva denies same.

911. The allegations contained in Paragraph 911 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 911 and, therefore, Teva denies same.

912. The allegations contained in Paragraph 912 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 912 and, therefore, Teva denies same.

913. The allegations contained in Paragraph 913 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 913 and, therefore, Teva denies same.

914. The allegations contained in Paragraph 914 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 914 and, therefore, Teva denies same.

915. The allegations contained in Paragraph 915 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 915 and, therefore, Teva denies same.

916. The allegations contained in Paragraph 916 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 916 and, therefore, Teva denies same.

917. The allegations contained in Paragraph 917 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 917 and, therefore, Teva denies same.

918. The allegations contained in Paragraph 918 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 918 and, therefore, Teva denies same.

919. The allegations contained in Paragraph 919 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 919 and, therefore, Teva denies same.

920. The allegations contained in Paragraph 920 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 920 and, therefore, Teva denies same.

921. The allegations contained in Paragraph 921 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 921 and, therefore, Teva denies same.

922. The allegations contained in Paragraph 922 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 922 and, therefore, Teva denies same.

923. The allegations contained in Paragraph 923 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 923 and, therefore, Teva denies same.

924. The allegations contained in Paragraph 924 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 924 and, therefore, Teva denies same.

**OO. <u>Dexmethylphenidate HCL Extended Release</u>**

925. Teva admits the allegations contained in Paragraph 925.

926. Teva denies the allegations in Paragraph 926 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 926 and, therefore, Teva denies same.

927. Teva denies the allegations in Paragraph 927 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 927 and, therefore, Teva denies same.

928. Teva denies the allegations in Paragraph 928 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 928 and, therefore, Teva denies same.

929. Teva denies the allegations in Paragraph 929 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 929 and, therefore, Teva denies same.

930. Teva denies the allegations in Paragraph 930 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 930 and, therefore, Teva denies same.

931. Teva denies the allegations in Paragraph 931 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 931 and, therefore, Teva denies same.

932. Teva denies the allegations in Paragraph 932 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 932 and, therefore, Teva denies same.

933. Teva denies the allegations in Paragraph 933 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 933 and, therefore, Teva denies same.

**PP. Dextroamphetamine Sulfate Extended Release**

934. Teva admits the allegations contained in Paragraph 934.

935. Teva denies the allegations contained in Paragraph 935 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 935 and, therefore, Teva denies same.

936. Teva denies the allegations contained in Paragraph 936 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 936 and, therefore, Teva denies same.

937. Teva denies the allegations contained in Paragraph 937 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 937 and, therefore, Teva denies same.

938. Teva denies the allegations contained in Paragraph 938 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 938 and, therefore, Teva denies same.

939. Teva denies the allegations contained in Paragraph 939 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 939 and, therefore, Teva denies same.

940. Teva denies the allegations contained in Paragraph 940 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 940 and, therefore, Teva denies same.

**QQ. <u>Digoxin</u>**

941. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 941 and, therefore, Teva denies same.

942. The allegations contained in Paragraph 942 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 942 and, therefore, Teva denies same.

943. The allegations contained in Paragraph 943 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 943 and, therefore, Teva denies same.

944. The allegations contained in Paragraph 944 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 944 and, therefore, Teva denies same.

945. The allegations contained in Paragraph 945 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 945 and, therefore, Teva denies same.

946. The allegations contained in Paragraph 946 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 946 and, therefore, Teva denies same.

947. The allegations contained in Paragraph 947 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 947 and, therefore, Teva denies same.

948. The allegations contained in Paragraph 948 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 948 and, therefore, Teva denies same.

949. The allegations contained in Paragraph 949 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 949 and, therefore, Teva denies same.

950. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 950 and, therefore, Teva denies same.

951. The allegations contained in Paragraph 951 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 951 and, therefore, Teva denies same.

952. The allegations contained in Paragraph 952 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 952 and, therefore, Teva denies same.

953. The allegations contained in Paragraph 953 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 953 and, therefore, Teva denies same.

954. The allegations contained in Paragraph 954 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 954 and, therefore, Teva denies same.

955. The allegations contained in Paragraph 955 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 955 and, therefore, Teva denies same.

956. The allegations contained in Paragraph 956 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 956 and, therefore, Teva denies same.

957. The allegations contained in Paragraph 957 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 957 and, therefore, Teva denies same.

958. The allegations contained in Paragraph 958 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 958 and, therefore, Teva denies same.

959. The allegations contained in Paragraph 959 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 959 and, therefore, Teva denies same.

960. The allegations contained in Paragraph 960 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 960 and, therefore, Teva denies same.

961. The allegations contained in Paragraph 961 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 961 and, therefore, Teva denies same.

962. The allegations contained in Paragraph 962 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 962 and, therefore, Teva denies same.

963. The allegations contained in Paragraph 963 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 963 and, therefore, Teva denies same.

**RR. Diphenoxylate Atropine**

964. The allegations contained in Paragraph 964 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 964 and, therefore, Teva denies same.

965. The allegations contained in Paragraph 965 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 965 and, therefore, Teva denies same.

966. The allegations contained in Paragraph 966 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 966 and, therefore, Teva denies same.

967. The allegations contained in Paragraph 967 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 967 and, therefore, Teva denies same.

968. The allegations contained in Paragraph 968 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 968 and, therefore, Teva denies same.

**SS. Divalproex ER**

969. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 969 and, therefore, Teva denies same.

970. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 970 and, therefore, Teva denies same.

971. The allegations contained in Paragraph 971 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 971 and, therefore, Teva denies same.

972. The allegations contained in Paragraph 972 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 972 and, therefore, Teva denies same.

973. The allegations contained in Paragraph 973 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 973 and, therefore, Teva denies same.

974. The allegations contained in Paragraph 974 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 974 and, therefore, Teva denies same.

975. The allegations contained in Paragraph 975 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 975 and, therefore, Teva denies same.

976. The allegations contained in Paragraph 976 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 976 and, therefore, Teva denies same.

977. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 977 and, therefore, Teva denies same.

978. The allegations contained in Paragraph 978 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 978 and, therefore, Teva denies same.

979. The allegations contained in Paragraph 979 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 979 and, therefore, Teva denies same.

980. The allegations contained in Paragraph 980 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 980 and, therefore, Teva denies same.

981. The allegations contained in Paragraph 981 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 981 and, therefore, Teva denies same.

982. The allegations contained in Paragraph 982 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 982 and, therefore, Teva denies same.

983. The allegations contained in Paragraph 983 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 983 and, therefore, Teva denies same.

984. The allegations contained in Paragraph 984 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 984 and, therefore, Teva denies same.

985. The allegations contained in Paragraph 985 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 985 and, therefore, Teva denies same.

986. The allegations contained in Paragraph 986 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 986 and, therefore, Teva denies same.

987. The allegations contained in Paragraph 987 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 987 and, therefore, Teva denies same.

988. The allegations contained in Paragraph 988 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 988 and, therefore, Teva denies same.

989. The allegations contained in Paragraph 989 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 989 and, therefore, Teva denies same.

990. The allegations contained in Paragraph 990 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 990 and, therefore, Teva denies same.

991. The allegations contained in Paragraph 991 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 991 and, therefore, Teva denies same.

992. The allegations contained in Paragraph 992 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 992 and, therefore, Teva denies same.

993. The allegations contained in Paragraph 993 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 993 and, therefore, Teva denies same.

994. The allegations contained in Paragraph 994 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 994 and, therefore, Teva denies same.

995. The allegations contained in Paragraph 995 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 995 and, therefore, Teva denies same.

**TT. <u>Doxycycline</u>**

996. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 996 and, therefore, Teva denies same.

997. The allegations contained in Paragraph 997 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 997 and, therefore, Teva denies same.

998. The allegations contained in Paragraph 998 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 998 and, therefore, Teva denies same.

1. The Doxy Hyclate Collusive Price Increase

999. The allegations contained in Paragraph 999 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 999 and, therefore, Teva denies same.

1000. Teva denies the allegations contained in Paragraph 1000 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1000 and, therefore, Teva denies same.

1001. Teva denies the allegations contained in Paragraph 1001 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1001 and, therefore, Teva denies same.

1002. Teva denies the allegations contained in Paragraph 1002 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1002 and, therefore, Teva denies same.

1003. Teva denies the allegations contained in Paragraph 1003 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1003 and, therefore, Teva denies same.

1004. The allegations contained in Paragraph 1004 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1004 and, therefore, Teva denies same.

1005. The allegations contained in Paragraph 1005 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1005 and, therefore, Teva denies same.

1006. The allegations contained in Paragraph 1006 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1006 and, therefore, Teva denies same.

1007. The allegations contained in Paragraph 1007 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1007 and, therefore, Teva denies same.

2. The Doxy Mono Collusive Price Increase

1008. The allegations contained in Paragraph 1008 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1008 and, therefore, Teva denies same.

1009. The allegations contained in Paragraph 1009 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1009 and, therefore, Teva denies same.

1010. The allegations contained in Paragraph 1010 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1010 and, therefore, Teva denies same.

1011. The allegations contained in Paragraph 1011 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1011 and, therefore, Teva denies same.

1012. The allegations contained in Paragraph 1012 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1012 and, therefore, Teva denies same.

1013. The allegations contained in Paragraph 1013 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1013 and, therefore, Teva denies same.

1014. The allegations contained in Paragraph 1014 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1014 and, therefore, Teva denies same.

1015. The allegations contained in Paragraph 1015 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1015 and, therefore, Teva denies same.

1016. The allegations contained in Paragraph 1016 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1016 and, therefore, Teva denies same.

1017. The allegations contained in Paragraph 1017 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1017 and, therefore, Teva denies same.

1018. The allegations contained in Paragraph 1018 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1018 and, therefore, Teva denies same.

1019. The allegations contained in Paragraph 1019 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1019 and, therefore, Teva denies same.

1020. The allegations contained in Paragraph 1020 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1020 and, therefore, Teva denies same.

3. Collusion on Doxy DR

1021. The allegations contained in Paragraph 1021 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1021 and, therefore, Teva denies same.

1022. The allegations contained in Paragraph 1022 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1022 and, therefore, Teva denies same.

1023. The allegations contained in Paragraph 1023 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1023 and, therefore, Teva denies same.

1024. The allegations contained in Paragraph 1024 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1024 and, therefore, Teva denies same.

1025. The allegations contained in Paragraph 1025 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1025 and, therefore, Teva denies same.

1026. The allegations contained in Paragraph 1026 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1026 and, therefore, Teva denies same.

1027. The allegations contained in Paragraph 1027 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1027 and, therefore, Teva denies same.

1028. The allegations contained in Paragraph 1028 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1028 and, therefore, Teva denies same.

1029. The allegations contained in Paragraph 1029 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1029 and, therefore, Teva denies same.

1030. Teva denies the allegations contained in Paragraph 1030 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1030 and, therefore, Teva denies same.

**UU. Drospirenone and ethinyl estradiol (Ocella)**

1031. Teva admits only that Drospirenone and Ethinyl Estradiol are used as an oral contraceptive. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1031 and, therefore, Teva denies same.

1032. Teva denies the allegations contained in Paragraph 1032 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1032 and, therefore, Teva denies same.

1033. The allegations contained in Paragraph 1033 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1033 and, therefore, Teva denies same.

1034. Teva denies the allegations contained in Paragraph 1034 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1034 and, therefore, Teva denies same.

1035. Teva denies the allegations contained in Paragraph 1035 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1035 and, therefore, Teva denies same.

1036. Teva denies the allegations contained in Paragraph 1036 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1036 and, therefore, Teva denies same.

1037. Teva denies the allegations contained in Paragraph 1037 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1037 and, therefore, Teva denies same.

1038. Teva denies the allegations contained in Paragraph 1038 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1038 and, therefore, Teva denies same.

1039. Teva denies the allegations contained in Paragraph 1039 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1039 and, therefore, Teva denies same.

1040. Teva denies the allegations contained in Paragraph 1040 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1040 and, therefore, Teva denies same.

1041. Teva denies the allegations contained in Paragraph 1041 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1041 and, therefore, Teva denies same.

1042. Teva denies the allegations contained in Paragraph 1042 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1042 and, therefore, Teva denies same.

1043. Teva denies the allegations contained in Paragraph 1043 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1043 and, therefore, Teva denies same.

1044. Teva denies the allegations contained in Paragraph 1044 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1044 and, therefore, Teva denies same.

1045. Teva denies the allegations contained in Paragraph 1045 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1045 and, therefore, Teva denies same.

1046. Teva denies the allegations contained in Paragraph 1046 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1046 and, therefore, Teva denies same.

1047. Teva denies the allegations contained in Paragraph 1047 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1047 and, therefore, Teva denies same.

1048. Teva denies the allegations contained in Paragraph 1048 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1048 and, therefore, Teva denies same.

**VV. <u>Econazole</u>**

1049. The allegations contained in Paragraph 1049 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1049 and, therefore, Teva denies same.

1050. The allegations contained in Paragraph 1050 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1050 and, therefore, Teva denies same.

1051. The allegations contained in Paragraph 1051 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1051 and, therefore, Teva denies same.

1052. The allegations contained in Paragraph 1052 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1052 and, therefore, Teva denies same.

1053. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1053 and, therefore, Teva denies same.

1054. The allegations contained in Paragraph 1054 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1054 and, therefore, Teva denies same.

1055. The allegations contained in Paragraph 1055 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1055 and, therefore, Teva denies same.

1056. The allegations contained in Paragraph 1056 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1056 and, therefore, Teva denies same.

1057. The allegations contained in Paragraph 1057 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1057 and, therefore, Teva denies same.

1058. The allegations contained in Paragraph 1058 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1058 and, therefore, Teva denies same.

1059. The allegations contained in Paragraph 1059 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1059 and, therefore, Teva denies same.

1060. The allegations contained in Paragraph 1060 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1060 and, therefore, Teva denies same.

1061. The allegations contained in Paragraph 1061 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1061 and, therefore, Teva denies same.

1062. The allegations contained in Paragraph 1062 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1062 and, therefore, Teva denies same.

1063. The allegations contained in Paragraph 1063 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1063 and, therefore, Teva denies same.

1064. The allegations contained in Paragraph 1064 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1064 and, therefore, Teva denies same.

1065. The allegations contained in Paragraph 1065 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1065 and, therefore, Teva denies same.

1066. The allegations contained in Paragraph 1066 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1066 and, therefore, Teva denies same.

1067. The allegations contained in Paragraph 1067 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1067 and, therefore, Teva denies same.

1068. The allegations contained in Paragraph 1068 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1068 and, therefore, Teva denies same.

1069. The allegations contained in Paragraph 1069 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1069 and, therefore, Teva denies same.

1070. The allegations contained in Paragraph 1070 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1070 and, therefore, Teva denies same.

1071. The allegations contained in Paragraph 1071 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1071 and, therefore, Teva denies same.

1072. The allegations contained in Paragraph 1072 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1072 and, therefore, Teva denies same.

1073. The allegations contained in Paragraph 1073 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1073 and, therefore, Teva denies same.

1074. The allegations contained in Paragraph 1074 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1074 and, therefore, Teva denies same.

1075. The allegations contained in Paragraph 1075 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1075 and, therefore, Teva denies same.

1076. The allegations contained in Paragraph 1076 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1076 and, therefore, Teva denies same.

1077. The allegations contained in Paragraph 1077 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1077 and, therefore, Teva denies same.

1078. The allegations contained in Paragraph 1078 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1078 and, therefore, Teva denies same.

1079. The allegations contained in Paragraph 1079 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1079 and, therefore, Teva denies same.

1080. Teva denies the allegations contained in Paragraph 1080 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1080 and, therefore, Teva denies same.

**WW. Enalapril Maleate**

1081. Teva admits the allegations contained in Paragraph 1081.

1082. The allegations contained in Paragraph 1082 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1082 and, therefore, Teva denies same.

1083. Teva denies the allegations contained in Paragraph 1083 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1083 and, therefore, Teva denies same.

1084. Teva denies the allegations contained in Paragraph 1084 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1084 and, therefore, Teva denies same.

1085. Teva denies the allegations contained in Paragraph 1085 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1085 and, therefore, Teva denies same.

1086. Teva denies the allegations contained in Paragraph 1086 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1086 and, therefore, Teva denies same.

1087. The allegations contained in Paragraph 1087 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1087 and, therefore, Teva denies same.

1088. The allegations contained in Paragraph 1088 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1088 and, therefore, Teva denies same.

1089. Teva denies the allegations contained in Paragraph 1089 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1089 and, therefore, Teva denies same.

1090. Teva denies the allegations contained in Paragraph 1090 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1090 and, therefore, Teva denies same.

1091. The allegations contained in Paragraph 1091 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1091 and, therefore, Teva denies same.

1092. The allegations contained in Paragraph 1092 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1092 and, therefore, Teva denies same.

1093. Teva denies the allegations contained in Paragraph 1093 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1093 and, therefore, Teva denies same.

1094. Teva denies the allegations contained in Paragraph 1094 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1094 and, therefore, Teva denies same.

1095. Teva denies the allegations contained in Paragraph 1095 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1095 and, therefore, Teva denies same.

1096. The allegations contained in Paragraph 1096 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1096 and, therefore, Teva denies same.

1097. The allegations contained in Paragraph 1097 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1097 and, therefore, Teva denies same.

1098. The allegations contained in Paragraph 1098 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1098 and, therefore, Teva denies same.

1099. The allegations contained in Paragraph 1099 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1099 and, therefore, Teva denies same.

1100. Teva denies the allegations contained in Paragraph 1100 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1100 and, therefore, Teva denies same.

1101. Teva denies the allegations contained in Paragraph 1101 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1101 and, therefore, Teva denies same.

1102. Teva denies the allegations contained in Paragraph 1102 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1102 and, therefore, Teva denies same.

1103. Teva denies the allegations contained in Paragraph 1103 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1103 and, therefore, Teva denies same.

## XX. Entecavir

1104. Teva admits the allegations contained in Paragraph 1104.

1105. Teva denies the allegations contained in Paragraph 1105 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1105 and, therefore, Teva denies same.

1106. Teva denies the allegations contained in Paragraph 1106 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1106 and, therefore, Teva denies same.

1107. Teva denies the allegations contained in Paragraph 1107 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1107 and, therefore, Teva denies same.

1108. Teva denies the allegations contained in Paragraph 1108 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1108 and, therefore, Teva denies same.

1109. Teva denies the allegations contained in Paragraph 1109 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1109 and, therefore, Teva denies same.

1110. Teva denies the allegations contained in Paragraph 1110 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1110 and, therefore, Teva denies same.

1111. Teva denies the allegations contained in Paragraph 1111 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1111 and, therefore, Teva denies same.

1112. Teva denies the allegations contained in Paragraph 1112 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1112 and, therefore, Teva denies same.

1113. Teva denies the allegations contained in Paragraph 1113 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1113 and, therefore, Teva denies same.

**YY. Eplerenone Tablets**

1114. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1114 and, therefore, Teva denies same.

1115. The allegations contained in Paragraph 1115 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1115 and, therefore, Teva denies same.

1116. The allegations contained in Paragraph 1116 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1116 and, therefore, Teva denies same.

1117. The allegations contained in Paragraph 1117 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1117 and, therefore, Teva denies same.

1118. The allegations contained in Paragraph 1118 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1118 and, therefore, Teva denies same.

1119. The allegations contained in Paragraph 1119 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1119 and, therefore, Teva denies same.

1120. The allegations contained in Paragraph 1120 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1120 and, therefore, Teva denies same.

**ZZ. Erythromycin Solution**

1121. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1121 and, therefore, Teva denies same.

1122. The allegations contained in Paragraph 1122 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1122 and, therefore, Teva denies same.

1123. The allegations contained in Paragraph 1123 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1123 and, therefore, Teva denies same.

1124. The allegations contained in Paragraph 1124 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1124 and, therefore, Teva denies same.

1125. The allegations contained in Paragraph 1125 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1125 and, therefore, Teva denies same.

1126. The allegations contained in Paragraph 1126 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1126 and, therefore, Teva denies same.

1127. The allegations contained in Paragraph 1127 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1127 and, therefore, Teva denies same.

1128. The allegations contained in Paragraph 1128 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1128 and, therefore, Teva denies same.

1129. The allegations contained in Paragraph 1129 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1129 and, therefore, Teva denies same.

1130. The allegations contained in Paragraph 1130 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1130 and, therefore, Teva denies same.

1131. The allegations contained in Paragraph 1131 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1131 and, therefore, Teva denies same.

1132. The allegations contained in Paragraph 1132 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1132 and, therefore, Teva denies same.

1133. The allegations contained in Paragraph 1133 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1133 and, therefore, Teva denies same.

1134. The allegations contained in Paragraph 1134 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1134 and, therefore, Teva denies same.

1135. The allegations contained in Paragraph 1135 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1135 and, therefore, Teva denies same.

1136. The allegations contained in Paragraph 1136 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1136 and, therefore, Teva denies same.

1137. The allegations contained in Paragraph 1137 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1137 and, therefore, Teva denies same.

1138. The allegations contained in Paragraph 1138 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1138 and, therefore, Teva denies same.

1139. The allegations contained in Paragraph 1139 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1139 and, therefore, Teva denies same.

1140. The allegations contained in Paragraph 1140 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1140 and, therefore, Teva denies same.

1141. The allegations contained in Paragraph 1141 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1141 and, therefore, Teva denies same.

1142. The allegations contained in Paragraph 1142 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1142 and, therefore, Teva denies same.

1143. The allegations contained in Paragraph 1143 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1143 and, therefore, Teva denies same.

1144. The allegations contained in Paragraph 1144 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1144 and, therefore, Teva denies same.

1145. The allegations contained in Paragraph 1145 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1145 and, therefore, Teva denies same.

1146. The allegations contained in Paragraph 1146 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1146 and, therefore, Teva denies same.

1147. The allegations contained in Paragraph 1147 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1147 and, therefore, Teva denies same.

1148. The allegations contained in Paragraph 1148 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1148 and, therefore, Teva denies same.

1149. The allegations contained in Paragraph 1149 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1149 and, therefore, Teva denies same.

1150. The allegations contained in Paragraph 1150 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1150 and, therefore, Teva denies same.

1151. The allegations contained in Paragraph 1151 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1151 and, therefore, Teva denies same.

1152. The allegations contained in Paragraph 1152 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1152 and, therefore, Teva denies same.

**AAA. Estradiol Tablets**

1153. Teva denies the allegations contained in Paragraph 1153 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1153 and, therefore, Teva denies same.

1154. Teva denies the allegations contained in Paragraph 1154 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1154 and, therefore, Teva denies same.

**BBB. Estradiol/Norethindrone Acetate Tablets (Mimvey)**

1155. Teva denies the allegations contained in Paragraph 1155. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1155 and, therefore, Teva denies same.

1156. Teva denies the allegations contained in Paragraph 1156 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1156 and, therefore, Teva denies same.

1157. Teva denies the allegations contained in Paragraph 1157 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1157 and, therefore, Teva denies same.

1158. Teva denies the allegations contained in Paragraph 1158 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1158 and, therefore, Teva denies same.

1159. Teva denies the allegations contained in Paragraph 1159 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1159 and, therefore, Teva denies same.

1160. Teva denies the allegations contained in Paragraph 1160 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1160 and, therefore, Teva denies same.

**CCC. Ethambutol HCL Tablets**

1161. Teva admits only Ethambutol HCL treats tuberculosis and that Teva sold certain formulations of Ethambutol HCL at certain points in time. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1161 and, therefore, Teva denies same.

1162. Teva denies the allegations contained in Paragraph 1162 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1162 and, therefore, Teva denies same.

1163. Teva denies the allegations contained in Paragraph 1163 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1163 and, therefore, Teva denies same.

1164. Teva denies the allegations contained in Paragraph 1164 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1164 and, therefore, Teva denies same.

1165. The allegations contained in Paragraph 1165 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1165 and, therefore, Teva denies same.

1166. The allegations contained in Paragraph 1166 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1166 and, therefore, Teva denies same.

1167. The allegations contained in Paragraph 1167 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1167 and, therefore, Teva denies same.

1168. The allegations contained in Paragraph 1168 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1168 and, therefore, Teva denies same.

1169. The allegations contained in Paragraph 1169 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1169 and, therefore, Teva denies same.

1170. Teva denies the allegations contained in Paragraph 1170 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1170 and, therefore, Teva denies same.

1171. Teva denies the allegations contained in Paragraph 1171 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1171 and, therefore, Teva denies same.

1172. The allegations contained in Paragraph 1172 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1172 and, therefore, Teva denies same.

1173. The allegations contained in Paragraph 1173 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1173 and, therefore, Teva denies same.

1174. The allegations contained in Paragraph 1174 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1174 and, therefore, Teva denies same.

1175. The allegations contained in Paragraph 1175 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1175 and, therefore, Teva denies same.

1176. The allegations contained in Paragraph 1176 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1176 and, therefore, Teva denies same.

**DDD. Ethinyl Estradiol and Levonorgestrel**

1177. Teva denies the allegations contained in Paragraph 1177 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1177 and, therefore, Teva denies same.

1178. Teva denies the allegations contained in Paragraph 1178 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1178 and, therefore, Teva denies same.

1179. Teva denies the allegations contained in Paragraph 1179 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1179 and, therefore, Teva denies same.

1180. Teva denies the allegations contained in Paragraph 1180 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1180 and, therefore, Teva denies same.

1181. Teva denies the allegations contained in Paragraph 1181 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1181 and, therefore, Teva denies same.

1182. Teva denies the allegations contained in Paragraph 1182 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1182 and, therefore, Teva denies same.

**EEE. Etodolac**

1183. Teva admits the allegations contained in Paragraph 1183.

1184. Teva denies the allegations contained in Paragraph 1184 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1184 and, therefore, Teva denies same.

1185. Teva denies the allegations contained in Paragraph 1185 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1185 and, therefore, Teva denies same.

1186. The allegations contained in Paragraph 1186 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1186 and, therefore, Teva denies same.

1187. Teva denies the allegations contained in Paragraph 1187 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1187 and, therefore, Teva denies same.

1188. The allegations contained in Paragraph 1188 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1188 and, therefore, Teva denies same.

1189. Teva denies the allegations contained in Paragraph 1189 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1189 and, therefore, Teva denies same.

1190. Teva denies the allegations contained in Paragraph 1190 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1190 and, therefore, Teva denies same.

1191. Teva denies the allegations contained in Paragraph 1191 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1191 and, therefore, Teva denies same.

1192. Teva denies the allegations contained in Paragraph 1192 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1192 and, therefore, Teva denies same.

1193. Teva denies the allegations contained in Paragraph 1193 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1193 and, therefore, Teva denies same.

1194. The allegations contained in Paragraph 1194 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1194 and, therefore, Teva denies same.

1195. The allegations contained in Paragraph 1195 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1195 and, therefore, Teva denies same.

1196. Teva denies the allegations contained in Paragraph 1196 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1196 and, therefore, Teva denies same.

1197. The allegations contained in Paragraph 1197 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1197 and, therefore, Teva denies same.

1198. The allegations contained in Paragraph 1198 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1198 and, therefore, Teva denies same.

1199. Teva denies the allegations contained in Paragraph 1199 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1199 and, therefore, Teva denies same.

1200. Teva denies the allegations contained in Paragraph 1200 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1200 and, therefore, Teva denies same.

1201. Teva denies the allegations contained in Paragraph 1201 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1201 and, therefore, Teva denies same.

1202. Teva denies the allegations contained in Paragraph 1202 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1202 and, therefore, Teva denies same.

1203. Teva denies the allegations contained in Paragraph 1203 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1203 and, therefore, Teva denies same.

1204. Teva denies the allegations contained in Paragraph 1204 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1204 and, therefore, Teva denies same.

1205. Teva denies the allegations contained in Paragraph 1205 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1205 and, therefore, Teva denies same.

1206. Teva denies the allegations contained in Paragraph 1206 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1206 and, therefore, Teva denies same.

1207. Teva denies the allegations contained in Paragraph 1207 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1207 and, therefore, Teva denies same.

1208. Teva denies the allegations contained in Paragraph 1208 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1208 and, therefore, Teva denies same.

1209. Teva denies the allegations contained in Paragraph 1209 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1209 and, therefore, Teva denies same.

**FFF. <u>Fenofibrate</u>**

1210. Teva admits only that Fenofibrate treats cholesterol conditions. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1210 and, therefore, Teva denies same.

1211. Teva denies the allegations contained in Paragraph 1211 directed toward it, except admits only that it sold certain formulations of Fenofibrate at certain points in time. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1211 and, therefore, Teva denies same.

1212. Teva denies the allegations contained in Paragraph 1212 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1212 and, therefore, Teva denies same.

1213. Teva denies the allegations contained in Paragraph 1213 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1213 and, therefore, Teva denies same.

1214. Teva denies the allegations contained in Paragraph 1214 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1214 and, therefore, Teva denies same.

1215. Teva denies the allegations contained in Paragraph 1215 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1215 and, therefore, Teva denies same.

1216. Teva denies the allegations contained in Paragraph 1216 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1216 and, therefore, Teva denies same.

1217. Teva denies the allegations contained in Paragraph 1217 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1217 and, therefore, Teva denies same.

1218. Teva denies the allegations contained in Paragraph 1218 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1218 and, therefore, Teva denies same.

1219. Teva denies the allegations contained in Paragraph 1219 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1219 and, therefore, Teva denies same.

1220. Teva denies the allegations contained in Paragraph 1220 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1220 and, therefore, Teva denies same.

1221. Teva denies the allegations contained in Paragraph 1221 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1221 and, therefore, Teva denies same.

1222. Teva denies the allegations contained in Paragraph 1222 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1222 and, therefore, Teva denies same.

1223. Teva denies the allegations contained in Paragraph 1223 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1223 and, therefore, Teva denies same.

1224. Teva denies the allegations contained in Paragraph 1224 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1224 and, therefore, Teva denies same.

1225. Teva denies the allegations contained in Paragraph 1225 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1225 and, therefore, Teva denies same.

1226. Teva denies the allegations contained in Paragraph 1226 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1226 and, therefore, Teva denies same.

1227. Teva denies the allegations contained in Paragraph 1227 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1227 and, therefore, Teva denies same.

1228. Teva denies the allegations contained in Paragraph 1228 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1228 and, therefore, Teva denies same.

1229. Teva denies the allegations contained in Paragraph 1229 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1229 and, therefore, Teva denies same.

1230. Teva denies the allegations contained in Paragraph 1230 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1230 and, therefore, Teva denies same.

1231. Teva denies the allegations contained in Paragraph 1231 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1231 and, therefore, Teva denies same.

1232. Teva denies the allegations contained in Paragraph 1232 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1232 and, therefore, Teva denies same.

1233. Teva denies the allegations contained in Paragraph 1233 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1233 and, therefore, Teva denies same.

1234. Teva denies the allegations contained in Paragraph 1234 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1234 and, therefore, Teva denies same.

1235. Teva denies the allegations contained in Paragraph 1235 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1235 and, therefore, Teva denies same.

**GGG. Fluocinolone Acetonide**

1236. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1236 and, therefore, Teva denies same.

1237. The allegations contained in Paragraph 1237 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1237 and, therefore, Teva denies same.

1238. The allegations contained in Paragraph 1238 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1238 and, therefore, Teva denies same.

1239. The allegations contained in Paragraph 1239 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1239 and, therefore, Teva denies same.

1240. The allegations contained in Paragraph 1240 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1240 and, therefore, Teva denies same.

1241. The allegations contained in Paragraph 1241 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1241 and, therefore, Teva denies same.

1242. The allegations contained in Paragraph 1242 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1242 and, therefore, Teva denies same.

1243. The allegations contained in Paragraph 1243 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1243 and, therefore, Teva denies same.

1244. The allegations contained in Paragraph 1244 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1244 and, therefore, Teva denies same.

1245. The allegations contained in Paragraph 1245 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1245 and, therefore, Teva denies same.

1246. The allegations contained in Paragraph 1246 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1246 and, therefore, Teva denies same.

1247. The allegations contained in Paragraph 1247 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1247 and, therefore, Teva denies same.

1248. The allegations contained in Paragraph 1248 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1248 and, therefore, Teva denies same.

1249. The allegations contained in Paragraph 1249 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1249 and, therefore, Teva denies same.

1250. The allegations contained in Paragraph 1250 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1250 and, therefore, Teva denies same.

1251. The allegations contained in Paragraph 1251 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1151 and, therefore, Teva denies same.

1252. The allegations contained in Paragraph 1252 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1252 and, therefore, Teva denies same.

1253. The allegations contained in Paragraph 1253 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1253 and, therefore, Teva denies same.

1254. The allegations contained in Paragraph 1254 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1254 and, therefore, Teva denies same.

1255. The allegations contained in Paragraph 1255 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1255 and, therefore, Teva denies same.

1256. The allegations contained in Paragraph 1256 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1256 and, therefore, Teva denies same.

**HHH. Fluocinonide**

1257. Teva admits only that Fluocinonide is a topical corticosteroid used to treat a variety of skin conditions and is available in the United States. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1257 and, therefore, Teva denies same.

1258. Teva admits the allegations contained in Paragraph 1258.

1259. The allegations contained in Paragraph 1259 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1259 and, therefore, Teva denies same.

1260. The allegations contained in Paragraph 1260 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1260 and, therefore, Teva denies same.

1261. The allegations contained in Paragraph 1261 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1261 and, therefore, Teva denies same.

1262. The allegations contained in Paragraph 1262 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1262 and, therefore, Teva denies same.

1263. The allegations contained in Paragraph 1263 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1263 and, therefore, Teva denies same.

1264. The allegations contained in Paragraph 1264 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1264 and, therefore, Teva denies same.

1265. The allegations contained in Paragraph 1265 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1265 and, therefore, Teva denies same.

1266. The allegations contained in Paragraph 1266 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1266 and, therefore, Teva denies same.

1267. Teva denies the allegations contained in Paragraph 1267 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1267 and, therefore, Teva denies same.

1268. The allegations contained in Paragraph 1268 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1268 and, therefore, Teva denies same.

1269. The allegations contained in Paragraph 1269 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1269 and, therefore, Teva denies same.

1270. Teva denies the allegations contained in Paragraph 1270 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1270 and, therefore, Teva denies same.

1271. Teva denies the allegations contained in Paragraph 1271 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1271 and, therefore, Teva denies same.

1272. Teva denies the allegations contained in Paragraph 1272 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1272 and, therefore, Teva denies same.

1273. Teva denies the allegations contained in Paragraph 1273 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1273 and, therefore, Teva denies same.

1274. Teva denies the allegations contained in Paragraph 1274 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1274 and, therefore, Teva denies same.

1275. Teva denies the allegations contained in Paragraph 1275 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1275 and, therefore, Teva denies same.

1276. Teva denies the allegations contained in Paragraph 1276 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1276 and, therefore, Teva denies same.

1277. Teva denies the allegations contained in Paragraph 1277 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1277 and, therefore, Teva denies same.

1278. Teva denies the allegations contained in Paragraph 1278 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1278 and, therefore, Teva denies same.

1279. Teva denies the allegations contained in Paragraph 1279 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1279 and, therefore, Teva denies same.

1280. Teva denies the allegations contained in Paragraph 1280 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1280 and, therefore, Teva denies same.

1281. Teva denies the allegations contained in Paragraph 1281 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1281 and, therefore, Teva denies same.

1282. Teva denies the allegations contained in Paragraph 1282 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1282 and, therefore, Teva denies same.

1283. Teva denies the allegations contained in Paragraph 1283 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1283 and, therefore, Teva denies same.

1284. The allegations contained in Paragraph 1284 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1284 and, therefore, Teva denies same.

1285. Teva denies the allegations contained in Paragraph 1285 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1285 and, therefore, Teva denies same.

1286. Teva denies the allegations contained in Paragraph 1286 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1286 and, therefore, Teva denies same.

1287. Teva denies the allegations contained in Paragraph 1287 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1287 and, therefore, Teva denies same.

1288. Teva denies the allegations contained in Paragraph 1288 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1288 and, therefore, Teva denies same.

1289. Teva denies the allegations contained in Paragraph 1289 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1289 and, therefore, Teva denies same.

1290. Teva denies the allegations contained in Paragraph 1290 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1290 and, therefore, Teva denies same.

1291. Teva denies the allegations contained in Paragraph 1291 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1291 and, therefore, Teva denies same.

1292. Teva denies the allegations contained in Paragraph 1292 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1292 and, therefore, Teva denies same.

1293. The allegations contained in Paragraph 1293 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1293 and, therefore, Teva denies same.

1294. The allegations contained in Paragraph 1294 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1294 and, therefore, Teva denies same.

1295. The allegations contained in Paragraph 1295 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1295 and, therefore, Teva denies same.

1296. The allegations contained in Paragraph 1296 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1296 and, therefore, Teva denies same.

1297. The allegations contained in Paragraph 1297 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1297 and, therefore, Teva denies same.

1298. The allegations contained in Paragraph 1298 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1298 and, therefore, Teva denies same.

1299. The allegations contained in Paragraph 1299 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1299 and, therefore, Teva denies same.

1300. The allegations contained in Paragraph 1300 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1300 and, therefore, Teva denies same.

1301. The allegations contained in Paragraph 1301 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1301 and, therefore, Teva denies same.

1302. Teva denies the allegations contained in Paragraph 1302 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1302 and, therefore, Teva denies same.

1303. The allegations contained in Paragraph 1303 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1303 and, therefore, Teva denies same.

1304. The allegations contained in Paragraph 1304 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1304 and, therefore, Teva denies same.

1305. The allegations contained in Paragraph 1305 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1305 and, therefore, Teva denies same.

## III. Fluticasone Propionate

1306. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1306 and, therefore, Teva denies same.

1307. The allegations contained in Paragraph 1307 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1307 and, therefore, Teva denies same.

1308. The allegations contained in Paragraph 1308 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1308 and, therefore, Teva denies same.

1309. The allegations contained in Paragraph 1309 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1309 and, therefore, Teva denies same.

1310. The allegations contained in Paragraph 1310 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1310 and, therefore, Teva denies same.

1311. The allegations contained in Paragraph 1311 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1311 and, therefore, Teva denies same.

1312. The allegations contained in Paragraph 1312 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1312 and, therefore, Teva denies same.

1313. The allegations contained in Paragraph 1313 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1313 and, therefore, Teva denies same.

1314. The allegations contained in Paragraph 1314 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1314 and, therefore, Teva denies same.

1315. The allegations contained in Paragraph 1315 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1315 and, therefore, Teva denies same.

1316. The allegations contained in Paragraph 1316 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1316 and, therefore, Teva denies same.

1317. The allegations contained in Paragraph 1317 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1317 and, therefore, Teva denies same.

1318. The allegations contained in Paragraph 1318 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1318 and, therefore, Teva denies same.

1319. The allegations contained in Paragraph 1319 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1319 and, therefore, Teva denies same.

1320. The allegations contained in Paragraph 1320 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1320 and, therefore, Teva denies same.

1321. The allegations contained in Paragraph 1321 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1321 and, therefore, Teva denies same.

1322. The allegations contained in Paragraph 1322 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1322 and, therefore, Teva denies same.

1323. The allegations contained in Paragraph 1323 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1323 and, therefore, Teva denies same.

1324. The allegations contained in Paragraph 1324 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1324 and, therefore, Teva denies same.

1325. The allegations contained in Paragraph 1325 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1325 and, therefore, Teva denies same.

1326. The allegations contained in Paragraph 1326 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1326 and, therefore, Teva denies same.

1327. The allegations contained in Paragraph 1327 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1327 and, therefore, Teva denies same.

1328. The allegations contained in Paragraph 1328 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1328 and, therefore, Teva denies same.

1329. The allegations contained in Paragraph 1329 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1329 and, therefore, Teva denies same.

1330. The allegations contained in Paragraph 1330 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1330 and, therefore, Teva denies same.

1331. The allegations contained in Paragraph 1331 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1331 and, therefore, Teva denies same.

**JJJ. <u>Fosinopril HCTZ</u>**

1332. The allegations contained in Paragraph 1332 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1332 and, therefore, Teva denies same.

1333. The allegations contained in Paragraph 1333 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as .to the truth of the allegations contained in Paragraph 1333 and, therefore, Teva denies same.

1334. The allegations contained in Paragraph 1334 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1334 and, therefore, Teva denies same.

1335. The allegations contained in Paragraph 1335 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1335 and, therefore, Teva denies same.

1336. The allegations contained in Paragraph 1336 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1336 and, therefore, Teva denies same.

1337. The allegations contained in Paragraph 1337 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1337 and, therefore, Teva denies same.

1338. The allegations contained in Paragraph 1338 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1338 and, therefore, Teva denies same.

1339. The allegations contained in Paragraph 1339 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1339 and, therefore, Teva denies same.

1340. The allegations contained in Paragraph 1340 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1340 and, therefore, Teva denies same.

1341. The allegations contained in Paragraph 1341 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1341 and, therefore, Teva denies same.

1342. The allegations contained in Paragraph 1342 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1342 and, therefore, Teva denies same.

1343. The allegations contained in Paragraph 1343 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1343 and, therefore, Teva denies same.

1344. The allegations contained in Paragraph 1344 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1344 and, therefore, Teva denies same.

1345. The allegations contained in Paragraph 1345 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1345 and, therefore, Teva denies same.

1346. The allegations contained in Paragraph 1346 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1346 and, therefore, Teva denies same.

1347. The allegations contained in Paragraph 1347 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1347 and, therefore, Teva denies same.

1348. The allegations contained in Paragraph 1348 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1348 and, therefore, Teva denies same.

1349. Teva denies the allegations contained in Paragraph 1349 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1349 and, therefore, Teva denies same.

1350. Teva denies the allegations contained in Paragraph 1350 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1350 and, therefore, Teva denies same.

1351. Teva denies the allegations contained in Paragraph 1351 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1351 and, therefore, Teva denies same.

**KKK. Gabapentin Tablets**

1352. Teva admits the allegations contained in Paragraph 1352.

1353. Teva denies the allegations contained in Paragraph 1353 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1353 and, therefore, Teva denies same.

1354. Teva denies the allegations contained in Paragraph 1354 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1354 and, therefore, Teva denies same.

1355. Teva denies the allegations contained in Paragraph 1355 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1355 and, therefore, Teva denies same.

1356. Teva denies the allegations contained in Paragraph 1356 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1356 and, therefore, Teva denies same.

1357. Teva denies the allegations contained in Paragraph 1357 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1357 and, therefore, Teva denies same.

1358. Teva denies the allegations contained in Paragraph 1358 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1358 and, therefore, Teva denies same.

**LLL. Glipizide-Metformin**

1359. Teva denies the allegations contained in Paragraph 1359 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1359 and, therefore, Teva denies same.

1360. Teva denies the allegations contained in Paragraph 1360 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1360 and, therefore, Teva denies same.

1361. The allegations contained in Paragraph 1361 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1361 and, therefore, Teva denies same.

1362. Teva denies the allegations contained in Paragraph 1362 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1362 and, therefore, Teva denies same.

1363. Teva denies the allegations contained in Paragraph 1363 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1363 and, therefore, Teva denies same.

1364. Teva denies the allegations contained in Paragraph 1364 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1364 and, therefore, Teva denies same.

**MMM. Glyburide**

1365. Teva denies the allegations contained in Paragraph 1365 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1365 and, therefore, Teva denies same.

1366. Teva denies the allegations contained in Paragraph 1366 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1366 and, therefore, Teva denies same.

1367. Teva denies the allegations contained in Paragraph 1367 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1367 and, therefore, Teva denies same.

1368. Teva denies the allegations contained in Paragraph 1368 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1368 and, therefore, Teva denies same.

1369. Teva denies the allegations contained in Paragraph 1369 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1369 and, therefore, Teva denies same.

1370. Teva denies the allegations contained in Paragraph 1370 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1370 and, therefore, Teva denies same.

1371. Teva denies the allegations contained in Paragraph 1371 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1371 and, therefore, Teva denies same.

1372. Teva denies the allegations contained in Paragraph 1372 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1372 and, therefore, Teva denies same.

1373. Teva denies the allegations contained in Paragraph 1373 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1373 and, therefore, Teva denies same.

1374. The allegations contained in Paragraph 1374 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1374 and, therefore, Teva denies same.

1375. The allegations contained in Paragraph 1375 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1375 and, therefore, Teva denies same.

1376. Teva denies the allegations contained in Paragraph 1376 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1376 and, therefore, Teva denies same.

1377. Teva denies the allegations contained in Paragraph 1377 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1377 and, therefore, Teva denies same.

1378. Teva denies the allegations contained in Paragraph 1378 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1378 and, therefore, Teva denies same.

1379. Teva denies the allegations contained in Paragraph 1379 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1379 and, therefore, Teva denies same.

**NNN. Glyburide-Metformin**

1380. Teva denies the allegations contained in Paragraph 1380 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1380 and, therefore, Teva denies same.

1381. Teva denies the allegations contained in Paragraph 1381 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1381 and, therefore, Teva denies same.

1382. The allegations contained in Paragraph 1382 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1382 and, therefore, Teva denies same.

1383. The allegations contained in Paragraph 1383 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1383 and, therefore, Teva denies same.

1384. The allegations contained in Paragraph 1384 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1384 and, therefore, Teva denies same.

1385. Teva denies the allegations contained in Paragraph 1385 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1385 and, therefore, Teva denies same.

1386. The allegations contained in Paragraph 1386 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1386 and, therefore, Teva denies same.

1387. Teva denies the allegations contained in Paragraph 1387 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1387 and, therefore, Teva denies same.

1388. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 1388 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1388 and, therefore, Teva denies same.

1389. Teva denies the allegations contained in Paragraph 1389 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1389 and, therefore, Teva denies same.

1390. Teva denies the allegations contained in Paragraph 1390 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1390 and, therefore, Teva denies same.

**OOO. Halobetasol Propionate**

1391. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1391 and, therefore, Teva denies same.

1392. The allegations contained in Paragraph 1392 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1392 and, therefore, Teva denies same.

1. The First Coordinated Price Increase – September 2012

1393. The allegations contained in Paragraph 1393 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1393 and, therefore, Teva denies same.

1394. The allegations contained in Paragraph 1394 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1394 and, therefore, Teva denies same.

1395. The allegations contained in Paragraph 1395 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1395 and, therefore, Teva denies same.

1396. The allegations contained in Paragraph 1396 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1396 and, therefore, Teva denies same

1397. The allegations contained in Paragraph 1397 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1397 and, therefore, Teva denies same.

1398. The allegations contained in Paragraph 1398 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1398 and, therefore, Teva denies same

1399. The allegations contained in Paragraph 1399 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1399 and, therefore, Teva denies same

1400. The allegations contained in Paragraph 1400 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1400 and, therefore, Teva denies same

2. The Second Coordinated Price Increase – March/April 2013

1401. The allegations contained in Paragraph 1401 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1401 and, therefore, Teva denies same.

1402. The allegations contained in Paragraph 1402 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1402 and, therefore, Teva denies same.

1403. The allegations contained in Paragraph 1403 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1403 and, therefore, Teva denies same.

1404. The allegations contained in Paragraph 1404 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1404 and, therefore, Teva denies same.

3. Sandoz Launches Halobetasol Cream

1405. The allegations contained in Paragraph 1405 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1405 and, therefore, Teva denies same.

1406. The allegations contained in Paragraph 1406 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1406 and, therefore, Teva denies same.

1407. The allegations contained in Paragraph 1407 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1407 and, therefore, Teva denies same.

1408. The allegations contained in Paragraph 1408 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1408 and, therefore, Teva denies same.

1409. The allegations contained in Paragraph 1409 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1409 and, therefore, Teva denies same.

1410. The allegations contained in Paragraph 1410 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1410 and, therefore, Teva denies same.

1411. The allegations contained in Paragraph 1411 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1411 and, therefore, Teva denies same.

1412. The allegations contained in Paragraph 1412 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1412 and, therefore, Teva denies same.

1413. The allegations contained in Paragraph 1413 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1413 and, therefore, Teva denies same.

1414. The allegations contained in Paragraph 1414 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1414 and, therefore, Teva denies same.

1415. The allegations contained in Paragraph 1415 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1415 and, therefore, Teva denies same.

1416. The allegations contained in Paragraph 1416 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1416 and, therefore, Teva denies same.

1417. The allegations contained in Paragraph 1417 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1417 and, therefore, Teva denies same.

1418. The allegations contained in Paragraph 1418 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1418 and, therefore, Teva denies same.

1419. The allegations contained in Paragraph 1419 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1419 and, therefore, Teva denies same.

1420. The allegations contained in Paragraph 1420 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1420 and, therefore, Teva denies same.

1421. The allegations contained in Paragraph 1421 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1421 and, therefore, Teva denies same.

1422. The allegations contained in Paragraph 1422 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1422 and, therefore, Teva denies same.

1423. The allegations contained in Paragraph 1423 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1423 and, therefore, Teva denies same.

1424. The allegations contained in Paragraph 1424 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1424 and, therefore, Teva denies same.

1425. The allegations contained in Paragraph 1425 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1425 and, therefore, Teva denies same.

4. Taro Launches Halobetasol Cream and Ointment

1426. The allegations contained in Paragraph 1426 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1426 and, therefore, Teva denies same.

1427. The allegations contained in Paragraph 1427 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1427 and, therefore, Teva denies same.

1428. The allegations contained in Paragraph 1428 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1428 and, therefore, Teva denies same.

1429. The allegations contained in Paragraph 1429 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1429 and, therefore, Teva denies same.

1430. The allegations contained in Paragraph 1430 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1430 and, therefore, Teva denies same.

1431. The allegations contained in Paragraph 1431 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1431 and, therefore, Teva denies same.

1432. The allegations contained in Paragraph 1432 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1432 and, therefore, Teva denies same.

1433. The allegations contained in Paragraph 1433 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1433 and, therefore, Teva denies same.

1434. The allegations contained in Paragraph 1434 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1434 and, therefore, Teva denies same.

1435. The allegations contained in Paragraph 1435 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1435 and, therefore, Teva denies same.

1436. The allegations contained in Paragraph 1436 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1436 and, therefore, Teva denies same.

**PPP. Hydralazine**

1437. Teva admits the allegations contained in Paragraph 1437.

1438. Teva denies the allegations contained in Paragraph 1438 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1438 and, therefore, Teva denies same.

1439. Teva denies the allegations contained in Paragraph 1439 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1439 and, therefore, Teva denies same.

1440. Teva denies the allegations contained in Paragraph 1440 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1440 and, therefore, Teva denies same.

1441. The allegations contained in Paragraph 1441 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1441 and, therefore, Teva denies same.

1442. The allegations contained in Paragraph 1442 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1442 and, therefore, Teva denies same.

1443. The allegations contained in Paragraph 1443 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1443 and, therefore, Teva denies same.

1444. The allegations contained in Paragraph 1444 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1444 and, therefore, Teva denies same.

1445. The allegations contained in Paragraph 1445 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1445 and, therefore, Teva denies same.

1446. Teva denies the allegations contained in Paragraph 1446 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1446 and, therefore, Teva denies same.

1447. Teva denies the allegations contained in Paragraph 1447 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1447 and, therefore, Teva denies same.

**QQQ. <u>Hydrocortisone Acetate Suppositories (Anucort HC)</u>**

1448. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1448 and, therefore, Teva denies same.

1449. The allegations contained in Paragraph 1449 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1449 and, therefore, Teva denies same.

1450. The allegations contained in Paragraph 1450 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1450 and, therefore, Teva denies same.

1451. The allegations contained in Paragraph 1451 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1451 and, therefore, Teva denies same.

1452. The allegations contained in Paragraph 1452 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1452 and, therefore, Teva denies same.

1453. The allegations contained in Paragraph 1453 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1453 and, therefore, Teva denies same.

1454. The allegations contained in Paragraph 1454 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1454 and, therefore, Teva denies same.

1455. The allegations contained in Paragraph 1455 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1455 and, therefore, Teva denies same.

1456. The allegations contained in Paragraph 1456 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1456 and, therefore, Teva denies same.

1457. The allegations contained in Paragraph 1457 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1457 and, therefore, Teva denies same.

1458. The allegations contained in Paragraph 1458 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1458 and, therefore, Teva denies same.

1459. The allegations contained in Paragraph 1459 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1459 and, therefore, Teva denies same.

1460. The allegations contained in Paragraph 1460 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1460 and, therefore, Teva denies same.

1461. The allegations contained in Paragraph 1461 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1461 and, therefore, Teva denies same.

1462. The allegations contained in Paragraph 1462 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1462 and, therefore, Teva denies same.

1463. The allegations contained in Paragraph 1463 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1463 and, therefore, Teva denies same.

1464. The allegations contained in Paragraph 1464 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1464 and, therefore, Teva denies same.

1465. The allegations contained in Paragraph 1465 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1465 and, therefore, Teva denies same.

1466. The allegations contained in Paragraph 1466 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1466 and, therefore, Teva denies same.

1467. The allegations contained in Paragraph 1467 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1467 and, therefore, Teva denies same.

1468. The allegations contained in Paragraph 1468 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1468 and, therefore, Teva denies same.

1469. The allegations contained in Paragraph 1469 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1469 and, therefore, Teva denies same.

1470. The allegations contained in Paragraph 1470 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1470 and, therefore, Teva denies same.

1471. The allegations contained in Paragraph 1471 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1471 and, therefore, Teva denies same.

1472. The allegations contained in Paragraph 1472 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1472 and, therefore, Teva denies same.

1473. The allegations contained in Paragraph 1473 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1473 and, therefore, Teva denies same.

1474. The allegations contained in Paragraph 1474 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1474 and, therefore, Teva denies same.

1475. The allegations contained in Paragraph 1475 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1475 and, therefore, Teva denies same.

**RRR. <u>Hydrocortisone Valerate Cream</u>**

1476. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1476 and, therefore, Teva denies same.

1477. The allegations contained in Paragraph 1477 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1477 and, therefore, Teva denies same.

1478. The allegations contained in Paragraph 1478 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1478 and, therefore, Teva denies same.

1479. The allegations contained in Paragraph 1479 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1479 and, therefore, Teva denies same.

1480. The allegations contained in Paragraph 1480 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1480 and, therefore, Teva denies same.

1481. The allegations contained in Paragraph 1481 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1481 and, therefore, Teva denies same.

1482. The allegations contained in Paragraph 1482 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1482 and, therefore, Teva denies same.

**SSS. Imiquimod Cream**

1483. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1483 and, therefore, Teva denies same.

1484. The allegations contained in Paragraph 1484 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1484 and, therefore, Teva denies same.

1. Perrigo Entry (April 2010)

1485. The allegations contained in Paragraph 1485 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1485 and, therefore, Teva denies same.

1486. The allegations contained in Paragraph 1486 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1486 and, therefore, Teva denies same.

1487. The allegations contained in Paragraph 1487 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1487 and, therefore, Teva denies same.

1488. The allegations contained in Paragraph 1488 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1488 and, therefore, Teva denies same.

1489. The allegations contained in Paragraph 1489 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1489 and, therefore, Teva denies same.

1490. The allegations contained in Paragraph 1490 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1490 and, therefore, Teva denies same.

1491. The allegations contained in Paragraph 1491 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1491 and, therefore, Teva denies same.

1492. The allegations contained in Paragraph 1492 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1492 and, therefore, Teva denies same.

1493. The allegations contained in Paragraph 1493 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1493 and, therefore, Teva denies same.

1494. The allegations contained in Paragraph 1494 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1494 and, therefore, Teva denies same.

1495. The allegations contained in Paragraph 1495 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1495 and, therefore, Teva denies same.

1496. The allegations contained in Paragraph 1496 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1496 and, therefore, Teva denies same.

1497. The allegations contained in Paragraph 1497 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1497 and, therefore, Teva denies same.

1498. The allegations contained in Paragraph 1498 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1498 and, therefore, Teva denies same.

2. Sandoz Entry (February 2011)

1499. The allegations contained in Paragraph 1499 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1499 and, therefore, Teva denies same.

1500. The allegations contained in Paragraph 1500 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1500 and, therefore, Teva denies same.

1501. The allegations contained in Paragraph 1501 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1501 and, therefore, Teva denies same.

1502. The allegations contained in Paragraph 1502 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1502 and, therefore, Teva denies same.

1503. The allegations contained in Paragraph 1503 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1503 and, therefore, Teva denies same.

1504. The allegations contained in Paragraph 1504 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1504 and, therefore, Teva denies same.

1505. The allegations contained in Paragraph 1505 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1505 and, therefore, Teva denies same.

1506. The allegations contained in Paragraph 1506 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1506 and, therefore, Teva denies same.

3. Taro Entry (July 2011)

1507. The allegations contained in Paragraph 1507 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1507 and, therefore, Teva denies same.

1508. The allegations contained in Paragraph 1508 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1508 and, therefore, Teva denies same.

1509. The allegations contained in Paragraph 1509 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1509 and, therefore, Teva denies same.

1510. The allegations contained in Paragraph 1510 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1510 and, therefore, Teva denies same.

1511. The allegations contained in Paragraph 1511 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1511 and, therefore, Teva denies same.

1512. The allegations contained in Paragraph 1512 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1512 and, therefore, Teva denies same.

1513. The allegations contained in Paragraph 1513 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1513 and, therefore, Teva denies same.

1514. The allegations contained in Paragraph 1514 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1514 and, therefore, Teva denies same.

1515. The allegations contained in Paragraph 1515 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1515 and, therefore, Teva denies same.

1516. The allegations contained in Paragraph 1516 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1516 and, therefore, Teva denies same.

1517. The allegations contained in Paragraph 1517 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1517 and, therefore, Teva denies same.

1518. The allegations contained in Paragraph 1518 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1518 and, therefore, Teva denies same.

1519. The allegations contained in Paragraph 1519 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1519 and, therefore, Teva denies same.

1520. The allegations contained in Paragraph 1520 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1520 and, therefore, Teva denies same.

1521. The allegations contained in Paragraph 1521 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1521 and, therefore, Teva denies same.

1522. The allegations contained in Paragraph 1522 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1522 and, therefore, Teva denies same.

**TTT. Irbesartan**

1523. Teva admits the allegations contained in Paragraph 1523.

1524. Teva denies the allegations contained in Paragraph 1524.

1525. Teva denies the allegations contained in Paragraph 1525 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1525 and, therefore, Teva denies same.

1526. Teva denies the allegations contained in Paragraph 1526 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1526 and, therefore, Teva denies same.

1527. Teva denies the allegations contained in Paragraph 1527 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1527 and, therefore, Teva denies same.

1528. Teva denies the allegations contained in Paragraph 1528 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1528 and, therefore, Teva denies same.

**UUU. <u>Isosorbide Dinitrate</u>**

1529. The allegations contained in Paragraph 1529 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1529 and, therefore, Teva denies same.

1530. The allegations contained in Paragraph 1530 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1530 and, therefore, Teva denies same.

1531. The allegations contained in Paragraph 1531 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1531 and, therefore, Teva denies same.

1532. The allegations contained in Paragraph 1532 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1532 and, therefore, Teva denies same.

1533. The allegations contained in Paragraph 1533 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1533 and, therefore, Teva denies same.

1534. Teva denies the allegations contained in Paragraph 1534 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1534 and, therefore, Teva denies same.

### VVV. Labetalol

1535. Teva admits the allegations contained in Paragraph 1535.

1536. Teva denies the allegations contained in Paragraph 1536 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1536 and, therefore, Teva denies same.

1537. Teva denies the allegations contained in Paragraph 1537 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1537 and, therefore, Teva denies same.

1538. Teva denies the allegations contained in Paragraph 1538 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1538 and, therefore, Teva denies same.

1539. Teva denies the allegations contained in Paragraph 1539 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1539 and, therefore, Teva denies same.

1540. Teva denies the allegations contained in Paragraph 1540 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1540 and, therefore, Teva denies same.

### WWW. Lamivudine/Zidovudine (Generic Combivir)

1541. Teva admits the allegations contained in Paragraph 1541.

1542. Teva denies the allegations contained in Paragraph 1542.

1543. The allegations contained in Paragraph 1543 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1543 and, therefore, Teva denies same.

1544. Teva denies the allegations contained in Paragraph 1544 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1544 and, therefore, Teva denies same.

1545. Teva denies the allegations contained in Paragraph 1545 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1545 and, therefore, Teva denies same.

1546. Teva denies the allegations contained in Paragraph 1546 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1546 and, therefore, Teva denies same.

1547. Teva denies the allegations contained in Paragraph 1547 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1547 and, therefore, Teva denies same.

1548. Teva denies the allegations contained in Paragraph 1548 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1548 and, therefore, Teva denies same.

1549. Teva denies the allegations contained in Paragraph 1549 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1549 and, therefore, Teva denies same.

1550. Teva denies the allegations contained in Paragraph 1550 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1550 and, therefore, Teva denies same.

1551. Teva denies the allegations contained in Paragraph 1551 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1551 and, therefore, Teva denies same.

1552. Teva denies the allegations contained in Paragraph 1552 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1552 and, therefore, Teva denies same.

1553. Teva denies the allegations contained in Paragraph 1553 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1553 and, therefore, Teva denies same.

1554. Teva denies the allegations contained in Paragraph 1554 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1554 and, therefore, Teva denies same.

**XXX. Latanoprost Drops**

1555. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1555 and, therefore, Teva denies same.

1556. The allegations contained in Paragraph 1556 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1556 and, therefore, Teva denies same.

1557. The allegations contained in Paragraph 1557 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1557 and, therefore, Teva denies same.

1558. The allegations contained in Paragraph 1558 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1558 and, therefore, Teva denies same.

1559. The allegations contained in Paragraph 1559 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1559 and, therefore, Teva denies same.

1560. The allegations contained in Paragraph 1560 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1560 and, therefore, Teva denies same.

1561. The allegations contained in Paragraph 1561 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1561 and, therefore, Teva denies same.

1562. The allegations contained in Paragraph 1562 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1562 and, therefore, Teva denies same.

1563. The allegations contained in Paragraph 1563 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1563 and, therefore, Teva denies same.

1564. The allegations contained in Paragraph 1564 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1564 and, therefore, Teva denies same.

1565. The allegations contained in Paragraph 1565 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1565 and, therefore, Teva denies same.

1566. The allegations contained in Paragraph 1566 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1566 and, therefore, Teva denies same.

1567. The allegations contained in Paragraph 1567 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1567 and, therefore, Teva denies same.

1568. The allegations contained in Paragraph 1568 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1568 and, therefore, Teva denies same.

1569. The allegations contained in Paragraph 1569 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1569 and, therefore, Teva denies same.

1570. The allegations contained in Paragraph 1570 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1570 and, therefore, Teva denies same.

1571. The allegations contained in Paragraph 1571 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1571 and, therefore, Teva denies same.

1572. The allegations contained in Paragraph 1572 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1572 and, therefore, Teva denies same.

1573. The allegations contained in Paragraph 1573 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1573 and, therefore, Teva denies same.

1574. The allegations contained in Paragraph 1574 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1574 and, therefore, Teva denies same.

1575. The allegations contained in Paragraph 1575 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1575 and, therefore, Teva denies same.

1576. The allegations contained in Paragraph 1576 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1576 and, therefore, Teva denies same.

1577. The allegations contained in Paragraph 1577 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1577 and, therefore, Teva denies same.

1578. The allegations contained in Paragraph 1578 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1578 and, therefore, Teva denies same.

1579. The allegations contained in Paragraph 1579 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1579 and, therefore, Teva denies same.

1580. The allegations contained in Paragraph 1580 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1580 and, therefore, Teva denies same.

**YYY. <u>Leflunomide</u>**

1581. Teva denies the allegations contained in Paragraph 1581 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1581 and, therefore, Teva denies same.

1582. Teva denies the allegations contained in Paragraph 1582 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1582 and, therefore, Teva denies same.

1583. Teva denies the allegations contained in Paragraph 1583 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1583 and, therefore, Teva denies same.

1584. Teva denies the allegations contained in Paragraph 1584 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1584 and, therefore, Teva denies same.

1585. Teva denies the allegations contained in Paragraph 1585 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1585 and, therefore, Teva denies same.

1586. Teva denies the allegations contained in Paragraph 1586 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1586 and, therefore, Teva denies same.

**ZZZ. Levothyroxine**

1587. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1587 and, therefore, Teva denies same.

1588. The allegations contained in Paragraph 1588 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1588 and, therefore, Teva denies same.

1589. Teva denies the allegations contained in Paragraph 1589 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1589 and, therefore, Teva denies same.

1590. Teva denies the allegations contained in Paragraph 1590 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1590 and, therefore, Teva denies same.

1591. Teva denies the allegations contained in Paragraph 1591 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1591 and, therefore, Teva denies same.

1592. The allegations contained in Paragraph 1592 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1592 and, therefore, Teva denies same.

1593. The allegations contained in Paragraph 1593 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1593 and, therefore, Teva denies same.

1594. The allegations contained in Paragraph 1594 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1594 and, therefore, Teva denies same.

1595. The allegations contained in Paragraph 1595 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1595 and, therefore, Teva denies same.

1596. The allegations contained in Paragraph 1596 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1596 and, therefore, Teva denies same.

1597. The allegations contained in Paragraph 1597 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1597 and, therefore, Teva denies same.

1598. The allegations contained in Paragraph 1598 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1598 and, therefore, Teva denies same.

1599. The allegations contained in Paragraph 1599 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1599 and, therefore, Teva denies same.

1600. The allegations contained in Paragraph 1600 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1600 and, therefore, Teva denies same.

1601. The allegations contained in Paragraph 1601 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1601 and, therefore, Teva denies same.

1602. The allegations contained in Paragraph 1602 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1602 and, therefore, Teva denies same.

1603. The allegations contained in Paragraph 1603 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1603 and, therefore, Teva denies same.

1604. The allegations contained in Paragraph 1604 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1604 and, therefore, Teva denies same.

1605. The allegations contained in Paragraph 1605 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1605 and, therefore, Teva denies same.

1606. The allegations contained in Paragraph 1606 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1606 and, therefore, Teva denies same.

1607. The allegations contained in Paragraph 1607 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1607 and, therefore, Teva denies same.

1608. The allegations contained in Paragraph 1608 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1608 and, therefore, Teva denies same.

**AAAA. Lidocaine Ointment**

1609. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1609 and, therefore, Teva denies same.

1610. The allegations contained in Paragraph 1610 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1610 and, therefore, Teva denies same.

1611. The allegations contained in Paragraph 1611 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1611 and, therefore, Teva denies same.

1612. The allegations contained in Paragraph 1612 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1612 and, therefore, Teva denies same.

1613. The allegations contained in Paragraph 1613 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1613 and, therefore, Teva denies same.

1614. The allegations contained in Paragraph 1614 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1614 and, therefore, Teva denies same.

1615. The allegations contained in Paragraph 1615 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1615 and, therefore, Teva denies same.

1616. The allegations contained in Paragraph 1616 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1616 and, therefore, Teva denies same.

1617. The allegations contained in Paragraph 1617 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1617 and, therefore, Teva denies same.

1618. The allegations contained in Paragraph 1618 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1618 and, therefore, Teva denies same.

1619. The allegations contained in Paragraph 1619 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1619 and, therefore, Teva denies same.

1620. The allegations contained in Paragraph 1620 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1620 and, therefore, Teva denies same.

1621. The allegations contained in Paragraph 1621 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1621 and, therefore, Teva denies same.

1622. The allegations contained in Paragraph 1622 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1622 and, therefore, Teva denies same.

1623. The allegations contained in Paragraph 1623 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1623 and, therefore, Teva denies same.

1624. The allegations contained in Paragraph 1624 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1624 and, therefore, Teva denies same.

1625. The allegations contained in Paragraph 1625 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1625 and, therefore, Teva denies same.

1626. The allegations contained in Paragraph 1626 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1626 and, therefore, Teva denies same.

1627. The allegations contained in Paragraph 1627 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1627 and, therefore, Teva denies same.

1628. The allegations contained in Paragraph 1628 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1628 and, therefore, Teva denies same.

1629. The allegations contained in Paragraph 1629 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1629 and, therefore, Teva denies same.

1630. The allegations contained in Paragraph 1630 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1630 and, therefore, Teva denies same.

1631. The allegations contained in Paragraph 1631 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1631 and, therefore, Teva denies same.

1632. The allegations contained in Paragraph 1632 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1632 and, therefore, Teva denies same.

1633. The allegations contained in Paragraph 1633 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1633 and, therefore, Teva denies same.

1634. The allegations contained in Paragraph 1634 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1634 and, therefore, Teva denies same.

1635. The allegations contained in Paragraph 1635 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1635 and, therefore, Teva denies same.

**BBBB. Lidocaine-Prilocaine**

1636. The allegations contained in Paragraph 1636 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1636 and, therefore, Teva denies same.

1637. The allegations contained in Paragraph 1637 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1637 and, therefore, Teva denies same.

1638. The allegations contained in Paragraph 1638 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1638 and, therefore, Teva denies same.

1639. The allegations contained in Paragraph 1639 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1639 and, therefore, Teva denies same.

1640. The allegations contained in Paragraph 1640 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1640 and, therefore, Teva denies same.

1641. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 1641 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1641 and, therefore, Teva denies same.

1642. The allegations contained in Paragraph 1642 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1642 and, therefore, Teva denies same.

1643. The allegations contained in Paragraph 1643 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1643 and, therefore, Teva denies same.

1644. The allegations contained in Paragraph 1644 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1644 and, therefore, Teva denies same.

1645. The allegations contained in Paragraph 1645 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1645 and, therefore, Teva denies same.

1646. The allegations contained in Paragraph 1646 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1646 and, therefore, Teva denies same.

1647. The allegations contained in Paragraph 1647 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1647 and, therefore, Teva denies same.

1648. The allegations contained in Paragraph 1648 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1648 and, therefore, Teva denies same.

1649. The allegations contained in Paragraph 1649 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1649 and, therefore, Teva denies same.

1650. The allegations contained in Paragraph 1650 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1650 and, therefore, Teva denies same.

1651. The allegations contained in Paragraph 1651 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1651 and, therefore, Teva denies same.

1652. The allegations contained in Paragraph 1652 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the of the allegations contained in Paragraph 1652 and, therefore, Teva denies same.

1653. The allegations contained in Paragraph 1653 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1653 and, therefore, Teva denies same.

**CCCC. Loperamide HCL Capsules**

1654. Teva denies the allegations contained in Paragraph 1654 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1654 and, therefore, Teva denies same.

1655. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 1655 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1655 and, therefore, Teva denies same.

1656. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 1656 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1656 and, therefore, Teva denies same.

**DDDD. Meprobamate**

1657. The allegations contained in Paragraph 1657 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1657 and, therefore, Teva denies same.

1658. The allegations contained in Paragraph 1658 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1658 and, therefore, Teva denies same.

1659. The allegations contained in Paragraph 1659 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1659 and, therefore, Teva denies same.

1660. The allegations contained in Paragraph 1660 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1660 and, therefore, Teva denies same.

1661. The allegations contained in Paragraph 1661 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1661 and, therefore, Teva denies same.

1662. The allegations contained in Paragraph 1662 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1662 and, therefore, Teva denies same.

1663. The allegations contained in Paragraph 1663 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1663 and, therefore, Teva denies same.

1664. The allegations contained in Paragraph 1664 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1664 and, therefore, Teva denies same.

**EEEE. Metformin ER**

1665. Teva admits the allegations contained in Paragraph 1665.

1666. Teva denies the allegations contained in Paragraph 1666 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1666 and, therefore, Teva denies same.

1667. Teva denies the allegations contained in Paragraph 1667 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1667 and, therefore, Teva denies same.

1668. Teva denies the allegations contained in Paragraph 1668 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1668 and, therefore, Teva denies same.

1669. Teva denies the allegations contained in Paragraph 1669 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1669 and, therefore, Teva denies same.

1670. Teva denies the allegations contained in Paragraph 1670 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1670 and, therefore, Teva denies same.

**FFFF. Methadone HCL**

1671. The allegations contained in Paragraph 1671 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1671 and, therefore, Teva denies same.

1672. The allegations contained in Paragraph 1672 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1672 and, therefore, Teva denies same.

1673. The allegations contained in Paragraph 1673 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1673 and, therefore, Teva denies same.

1674. The allegations contained in Paragraph 1674 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1674 and, therefore, Teva denies same.

**GGGG. <u>Methazolamide Tablets</u>**

1675. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1675 and, therefore, Teva denies same.

1676. The allegations contained in Paragraph 1676 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1676 and, therefore, Teva denies same.

1677. The allegations contained in Paragraph 1677 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1677 and, therefore, Teva denies same.

1678. The allegations contained in Paragraph 1678 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1678 and, therefore, Teva denies same.

1679. The allegations contained in Paragraph 1679 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1679 and, therefore, Teva denies same.

1680. The allegations contained in Paragraph 1680 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1680 and, therefore, Teva denies same.

1681. The allegations contained in Paragraph 1681 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1681 and, therefore, Teva denies same.

1682. The allegations contained in Paragraph 1682 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1682 and, therefore, Teva denies same.

1683. The allegations contained in Paragraph 1683 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1683 and, therefore, Teva denies same.

1684. The allegations contained in Paragraph 1684 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1684 and, therefore, Teva denies same.

1685. The allegations contained in Paragraph 1685 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1685 and, therefore, Teva denies same

1686. The allegations contained in Paragraph 1686 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1686 and, therefore, Teva denies same.

1687. The allegations contained in Paragraph 1687 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1687 and, therefore, Teva denies same.

1688. The allegations contained in Paragraph 1688 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1688 and, therefore, Teva denies same.

**HHHH. <u>Methylphenidate</u>**

1689. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1689 and, therefore, Teva denies same.

1690. The allegations contained in Paragraph 1690 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1690 and, therefore, Teva denies same.

1691. The allegations contained in Paragraph 1691 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1691 and, therefore, Teva denies same.

1692. The allegations contained in Paragraph 1692 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1692 and, therefore, Teva denies same.

1693. The allegations contained in Paragraph 1693 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1693 and, therefore, Teva denies same.

1694. The allegations contained in Paragraph 1694 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1694 and, therefore, Teva denies same.

1695. The allegations contained in Paragraph 1695 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1695 and, therefore, Teva denies same.

1696. The allegations contained in Paragraph 1696 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1696 and, therefore, Teva denies same.

1697. The allegations contained in Paragraph 1697 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1697 and, therefore, Teva denies same.

1698. The allegations contained in Paragraph 1698 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1698 and, therefore, Teva denies same.

1699. The allegations contained in Paragraph 1699 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1699 and, therefore, Teva denies same.

1700. The allegations contained in Paragraph 1700 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1700 and, therefore, Teva denies same.

1701. The allegations contained in Paragraph 1701 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1701 and, therefore, Teva denies same.

**IIII. <u>Methylprednisolone</u>**

1702. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1702 and, therefore, Teva denies same.

1703. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1703 and, therefore, Teva denies same.

1704. The allegations contained in Paragraph 1704 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1704 and, therefore, Teva denies same.

1705. The allegations contained in Paragraph 1705 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1705 and, therefore, Teva denies same.

1706. The allegations contained in Paragraph 1706 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1706 and, therefore, Teva denies same.

1707. The allegations contained in Paragraph 1707 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1707 and, therefore, Teva denies same.

1708. The allegations contained in Paragraph 1708 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1708 and, therefore, Teva denies same.

1709. The allegations contained in Paragraph 1709 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1709 and, therefore, Teva denies same.

1710. The allegations contained in Paragraph 1710 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1710 and, therefore, Teva denies same.

1711. The allegations contained in Paragraph 1711 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1711 and, therefore, Teva denies same.

1712. The allegations contained in Paragraph 1712 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1712 and, therefore, Teva denies same.

**JJJJ. Metronidazole**

1713. Teva denies the allegations in Paragraph 1713 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1713 and, therefore, Teva denies same.

1. Metronidazole Gel

1714. Teva denies the allegations contained in Paragraph 1714 directed toward it, except admits only that it manufactured Metronidazole Gel at certain points in time and that Meronidazole Gel is a topical antibiotic used to treat skin lesions. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1714 and, therefore, Teva denies same.

1715. The allegations contained in Paragraph 1715 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1715 and, therefore, Teva denies same.

1716. The allegations contained in Paragraph 1716 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1716 and, therefore, Teva denies same.

1717. The allegations contained in Paragraph 1717 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1717 and, therefore, Teva denies same.

1718. The allegations contained in Paragraph 1718 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1718 and, therefore, Teva denies same.

1719. The allegations contained in Paragraph 1719 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1719 and, therefore, Teva denies same.

1720. The allegations contained in Paragraph 1720 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1720 and, therefore, Teva denies same.

1721. The allegations contained in Paragraph 1721 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1721 and, therefore, Teva denies same.

1722. The allegations contained in Paragraph 1722 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1722 and, therefore, Teva denies same.

1723. The allegations contained in Paragraph 1723 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1723 and, therefore, Teva denies same.

1724. The allegations contained in Paragraph 1724 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1724 and, therefore, Teva denies same.

1725. The allegations contained in Paragraph 1725 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1725 and, therefore, Teva denies same.

1726. The allegations contained in Paragraph 1726 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1726 and, therefore, Teva denies same.

1727. The allegations contained in Paragraph 1727 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1727 and, therefore, Teva denies same.

1728. The allegations contained in Paragraph 1728 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1728 and, therefore, Teva denies same.

1729. The allegations contained in Paragraph 1729 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1729 and, therefore, Teva denies same.

1730. The allegations contained in Paragraph 1730 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1730 and, therefore, Teva denies same.

1731. The allegations contained in Paragraph 1731 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1731 and, therefore, Teva denies same.

1732. The allegations contained in Paragraph 1732 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1732 and, therefore, Teva denies same.

1733. The allegations contained in Paragraph 1733 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1733 and, therefore, Teva denies same.

1734. The allegations contained in Paragraph 1734 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1734 and, therefore, Teva denies same.

1735. The allegations contained in Paragraph 1735 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1735 and, therefore, Teva denies same.

1736. The allegations contained in Paragraph 1736 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1736 and, therefore, Teva denies same.

1737. The allegations contained in Paragraph 1737 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1737 and, therefore, Teva denies same.

1738. The allegations contained in Paragraph 1738 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1738 and, therefore, Teva denies same.

1739. The allegations contained in Paragraph 1739 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1739 and, therefore, Teva denies same.

1740. The allegations contained in Paragraph 1740 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1740 and, therefore, Teva denies same.

1741. The allegations contained in Paragraph 1741 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1741 and, therefore, Teva denies same.

1742. The allegations contained in Paragraph 1742 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1742 and, therefore, Teva denies same.

1743. The allegations contained in Paragraph 1743 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1743 and, therefore, Teva denies same.

1744. The allegations contained in Paragraph 1744 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1744 and, therefore, Teva denies same.

1745. The allegations contained in Paragraph 1745 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1745 and, therefore, Teva denies same.

1746. The allegations contained in Paragraph 1746 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1746 and, therefore, Teva denies same.

1747. The allegations contained in Paragraph 1747 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1747 and, therefore, Teva denies same.

1748. The allegations contained in Paragraph 1748 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1748 and, therefore, Teva denies same.

1749. The allegations contained in Paragraph 1749 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1749 and, therefore, Teva denies same.

1750. The allegations contained in Paragraph 1750 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1750 and, therefore, Teva denies same.

1751. The allegations contained in Paragraph 1751 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1751 and, therefore, Teva denies same.

1752. The allegations contained in Paragraph 1752 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1752 and, therefore, Teva denies same.

2. <u>Metronidazole Cream and Lotion</u>

1753. The allegations contained in Paragraph 1753 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1753 and, therefore, Teva denies same.

1754. The allegations contained in Paragraph 1754 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1754 and, therefore, Teva denies same.

1755. The allegations contained in Paragraph 1755 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1755 and, therefore, Teva denies same.

1756. The allegations contained in Paragraph 1756 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1756 and, therefore, Teva denies same.

1757. The allegations contained in Paragraph 1757 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1757 and, therefore, Teva denies same.

1758. The allegations contained in Paragraph 1758 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1758 and, therefore, Teva denies same.

1759. The allegations contained in Paragraph 1759 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1759 and, therefore, Teva denies same.

1760. The allegations contained in Paragraph 1760 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1760 and, therefore, Teva denies same.

1761. The allegations contained in Paragraph 1761 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1761 and, therefore, Teva denies same.

1762. The allegations contained in Paragraph 1762 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1762 and, therefore, Teva denies same.

1763. The allegations contained in Paragraph 1763 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1763 and, therefore, Teva denies same.

1764. The allegations contained in Paragraph 1764 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1764 and, therefore, Teva denies same.

1765. The allegations contained in Paragraph 1765 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1765 and, therefore, Teva denies same.

1766. The allegations contained in Paragraph 1766 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1766 and, therefore, Teva denies same.

1767. The allegations contained in Paragraph 1767 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1767 and, therefore, Teva denies same.

1768. The allegations contained in Paragraph 1768 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1768 and, therefore, Teva denies same.

1769. The allegations contained in Paragraph 1769 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1769 and, therefore, Teva denies same.

1770. The allegations contained in Paragraph 1770 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1770 and, therefore, Teva denies same.

1771. The allegations contained in Paragraph 1771 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1771 and, therefore, Teva denies same.

1772. The allegations contained in Paragraph 1772 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1772 and, therefore, Teva denies same.

3. Metronidazole Vaginal

1773. The allegations contained in Paragraph 1773 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1773 and, therefore, Teva denies same.

1774. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1774 and, therefore, Teva denies same.

1775. The allegations contained in Paragraph 1775 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1775 and, therefore, Teva denies same.

1776. The allegations contained in Paragraph 1776 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1776 and, therefore, Teva denies same.

1777. The allegations contained in Paragraph 1777 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1777 and, therefore, Teva denies same.

1778. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 1778 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1778 and, therefore, Teva denies same.

1779. Teva denies the allegations contained in Paragraph 1779 directed toward it, except admits only that certain former Teva employees attended certain NACDS events. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1779 and, therefore, Teva denies same.

1780. Teva denies the allegations contained in Paragraph 1780 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1780 and, therefore, Teva denies same.

1781. Teva denies the allegations contained in Paragraph 1781 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1781 and, therefore, Teva denies same.

1782. Teva denies the allegations contained in Paragraph 1782 directed toward it, except admits only that certain former Teva employees attended certain GPhA events. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1782 and, therefore, Teva denies same.

1783. Teva denies the allegations contained in Paragraph 1783 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1783 and, therefore, Teva denies same.

1784. Teva denies the allegations contained in Paragraph 1784 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1784 and, therefore, Teva denies same.

**KKKK. Moexipril Hydrochloride Tablets**

1785. Teva admits only that Moexipril Hydrochloride is an angiotensin-converting enzyme inhibitor used to treat high blood pressure. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1785 and, therefore, Teva denies same.

1786. Teva denies the allegations contained in Paragraph 1786 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1786 and, therefore, Teva denies same.

1787. Teva denies the allegations contained in Paragraph 1787 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1787 and, therefore, Teva denies same.

1788. Teva denies the allegations contained in Paragraph 1788 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1788 and, therefore, Teva denies same.

1789. Teva denies the allegations contained in Paragraph 1789 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1789 and, therefore, Teva denies same.

1790. Teva denies the allegations contained in Paragraph 1790 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1790 and, therefore, Teva denies same.

1791. Teva denies the allegations contained in Paragraph 1791 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1791 and, therefore, Teva denies same.

1792. Teva denies the allegations contained in Paragraph 1792 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1792 and, therefore, Teva denies same.

**LLLL. Nadolol**

1793. Teva denies the allegations contained in Paragraph 1793 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1793 and, therefore, Teva denies same.

1794. Teva denies the allegations contained in Paragraph 1794 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1794 and, therefore, Teva denies same.

1795. Teva denies the allegations contained in Paragraph 1795 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1795 and, therefore, Teva denies same.

1796. Teva denies the allegations contained in Paragraph 1796 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1796 and, therefore, Teva denies same.

1797. Teva denies the allegations contained in Paragraph 1797 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1797 and, therefore, Teva denies same.

1798. Teva denies the allegations contained in Paragraph 1798 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1798 and, therefore, Teva denies same.

1799. The allegations contained in Paragraph 1799 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1799 and, therefore, Teva denies same.

1800. Teva denies the allegations contained in Paragraph 1800 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1800 and, therefore, Teva denies same.

1801. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 1801 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1801 and, therefore, Teva denies same.

1802. Teva denies the allegations contained in Paragraph 1802 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1802 and, therefore, Teva denies same.

1803. Teva denies the allegations contained in Paragraph 1803 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1803 and, therefore, Teva denies same.

1804. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 1804 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1804 and, therefore, Teva denies same.

**MMMM. Naproxen Sodium**

1805. The allegations contained in Paragraph 1805 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1805 and, therefore, Teva denies same.

1806. The allegations contained in Paragraph 1806 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1806 and, therefore, Teva denies same.

1807. The allegations contained in Paragraph 1807 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1807 and, therefore, Teva denies same.

1808. The allegations contained in Paragraph 1808 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1808 and, therefore, Teva denies same.

**NNNN. Niacin ER**

1809. Teva admits the allegations contained in Paragraph 1809.

1810. Teva denies the allegations contained in Paragraph 1810 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1810 and, therefore, Teva denies same.

1811. Teva denies the allegations contained in Paragraph 1811 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1811 and, therefore, Teva denies same.

1812. Teva denies the allegations contained in Paragraph 1812 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1812 and, therefore, Teva denies same.

1813. Teva denies the allegations contained in Paragraph 1813 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1813 and, therefore, Teva denies same.

1814. Teva denies the allegations contained in Paragraph 1814 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1814 and, therefore, Teva denies same.

1815. Teva denies the allegations contained in Paragraph 1815 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1815 and, therefore, Teva denies same.

1816. Teva denies the allegations contained in Paragraph 1816 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1816 and, therefore, Teva denies same.

1817. Teva denies the allegations contained in Paragraph 1817 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1817 and, therefore, Teva denies same.

1818. Teva denies the allegations contained in Paragraph 1818 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1818 and, therefore, Teva denies same.

1819. Teva denies the allegations contained in Paragraph 1819 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1819 and, therefore, Teva denies same.

1820. Teva denies the allegations contained in Paragraph 1820 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1820 and, therefore, Teva denies same.

1821. Teva denies the allegations contained in Paragraph 1821 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1821 and, therefore, Teva denies same.

**OOOO. <u>Nimodipine</u>**

1822. Teva denies the allegations contained in Paragraph 1822 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1822 and, therefore, Teva denies same.

1823. The allegations contained in Paragraph 1823 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1823 and, therefore, Teva denies same.

1824. The allegations contained in Paragraph 1824 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1824 and, therefore, Teva denies same.

1825. The allegations contained in Paragraph 1825 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1825 and, therefore, Teva denies same.

1826. The allegations contained in Paragraph 1826 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1826 and, therefore, Teva denies same.

1827. The allegations contained in Paragraph 1827 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1827 and, therefore, Teva denies same.

1828. The allegations contained in Paragraph 1828 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1828 and, therefore, Teva denies same.

1829. Teva denies the allegations contained in Paragraph 1829 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1829 and, therefore, Teva denies same.

**PPPP. Nitrofurantoin Macrocrystal Capsules**

1830. Teva admits the allegations contained in Paragraph 1830.

1831. Teva denies the allegations contained in Paragraph 1831 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1831 and, therefore, Teva denies same.

1832. Teva denies the allegations contained in Paragraph 1832 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1832 and, therefore, Teva denies same.

1833. Teva denies the allegations contained in Paragraph 1833 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1833 and, therefore, Teva denies same.

1834. Teva denies the allegations contained in Paragraph 1834 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1834 and, therefore, Teva denies same.

1835. Teva denies the allegations contained in Paragraph 1835 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1835 and, therefore, Teva denies same.

**QQQQ. Norethindrone Acetate**

1836. Teva admits the allegations contained in Paragraph 1836.

1837. Teva denies the allegations contained in Paragraph 1837 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1837 and, therefore, Teva denies same.

1838. Teva denies the allegations contained in Paragraph 1838 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1838 and, therefore, Teva denies same.

**RRRR. Norethindrone/ethinyl estradiol (Balziva®)**

1839. Teva denies the allegations contained in Paragraph 1839 directed toward it, except admits only that Norethindrone/Ethinyl Estradiol is used as an oral contraceptive.

1840. Teva denies the allegations contained in Paragraph 1840 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1840 and, therefore, Teva denies same.

1841. Teva denies the allegations contained in Paragraph 1841 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1841 and, therefore, Teva denies same.

1842. Teva denies the allegations contained in Paragraph 1842 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1842 and, therefore, Teva denies same.

1843. Teva denies the allegations contained in Paragraph 1843 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1843 and, therefore, Teva denies same.

1844. Teva denies the allegations contained in Paragraph 1844 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1844 and, therefore, Teva denies same.

**SSSS. <u>Nortriptyline Hydrochloride</u>**

1845. Teva admits the allegations contained in Paragraph 1845.

1846. Teva denies the allegations contained in Paragraph 1846 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1846 and, therefore, Teva denies same.

1847. The allegations contained in Paragraph 1847 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1847 and, therefore, Teva denies same.

1848. Teva denies the allegations contained in Paragraph 1848 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1848 and, therefore, Teva denies same.

1849. The allegations contained in Paragraph 1849 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1849 and, therefore, Teva denies same.

1850. Teva denies the allegations contained in Paragraph 1850 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1850 and, therefore, Teva denies same.

1851. Teva denies the allegations contained in Paragraph 1851 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1851 and, therefore, Teva denies same.

1852. Teva denies the allegations contained in Paragraph 1852 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1852 and, therefore, Teva denies same.

1853. Teva denies the allegations contained in Paragraph 1853 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1853 and, therefore, Teva denies same.

1854. Teva denies the allegations contained in Paragraph 1854 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1854 and, therefore, Teva denies same.

1855. The allegations contained in Paragraph 1855 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1855 and, therefore, Teva denies same.

1856. Teva denies the allegations contained in Paragraph 1856 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1856 and, therefore, Teva denies same.

1857. The allegations contained in Paragraph 1857 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1857 and, therefore, Teva denies same.

1858. The allegations contained in Paragraph 1858 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1858 and, therefore, Teva denies same.

1859. Teva denies the allegations contained in Paragraph 1859 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1859 and, therefore, Teva denies same.

1860. Teva denies the allegations contained in Paragraph 1860 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1860 and, therefore, Teva denies same.

1861. Teva denies the allegations contained in Paragraph 1861 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1861 and, therefore, Teva denies same.

1862. Teva denies the allegations contained in Paragraph 1862 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1862 and, therefore, Teva denies same.

1863. Teva denies the allegations contained in Paragraph 1863 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1863 and, therefore, Teva denies same.

1864. Teva denies the allegations contained in Paragraph 1864 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1864 and, therefore, Teva denies same.

**TTTT. Nystatin**

1865. Teva denies the allegations contained in Paragraph 1865 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1865 and, therefore, Teva denies same.

1866. The allegations contained in Paragraph 1866 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1866 and, therefore, Teva denies same.

1867. The allegations contained in Paragraph 1867 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1867 and, therefore, Teva denies same.

1868. Teva admits only that it manufactured certain formulations of Nystatin at certain points in time. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1868 and, therefore, Teva denies same.

1. Nystatin Cream

1869. The allegations contained in Paragraph 1869 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1869 and, therefore, Teva denies same.

1870. The allegations contained in Paragraph 1870 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1870 and, therefore, Teva denies same.

1871. The allegations contained in Paragraph 1871 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1871 and, therefore, Teva denies same.

1872. The allegations contained in Paragraph 1872 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1872 and, therefore, Teva denies same.

1873. The allegations contained in Paragraph 1873 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1873 and, therefore, Teva denies same.

1874. The allegations contained in Paragraph 1874 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1874 and, therefore, Teva denies same.

2. Nystatin Ointment

1875. The allegations contained in Paragraph 1875 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1875 and, therefore, Teva denies same.

1876. The allegations contained in Paragraph 1876 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1876 and, therefore, Teva denies same.

1877. The allegations contained in Paragraph 1877 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1877 and, therefore, Teva denies same.

1878. The allegations contained in Paragraph 1878 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1878 and, therefore, Teva denies same.

1879. The allegations contained in Paragraph 1879 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1879 and, therefore, Teva denies same.

3. Nystatin Tablets

1880. Teva denies the allegations contained in Paragraph 1880 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1880 and, therefore, Teva denies same.

1881. Teva denies the allegations contained in Paragraph 1881 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1881 and, therefore, Teva denies same.

1882. Teva denies the allegations contained in Paragraph 1882 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1882 and, therefore, Teva denies same.

1883. Teva denies the allegations contained in Paragraph 1883 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1883 and, therefore, Teva denies same.

1884. The allegations contained in Paragraph 1884 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1884 and, therefore, Teva denies same.

1885. Teva denies the allegations contained in Paragraph 1885 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1885 and, therefore, Teva denies same.

1886. Teva denies the allegations contained in Paragraph 1886 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1886 and, therefore, Teva denies same.

1887. Teva denies the allegations contained in Paragraph 1887 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1887 and, therefore, Teva denies same.

**UUUU. Nystatin Triamcinolone**

1888. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1888 and, therefore, Teva denies same.

1889. The allegations contained in Paragraph 1889 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1889 and, therefore, Teva denies same.

1890. The allegations contained in Paragraph 1890 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1890 and, therefore, Teva denies same.

1891. The allegations contained in Paragraph 1891 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1891 and, therefore, Teva denies same.

1892. The allegations contained in Paragraph 1892 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1892 and, therefore, Teva denies same.

1893. The allegations contained in Paragraph 1893 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1893 and, therefore, Teva denies same.

1894. The allegations contained in Paragraph 1894 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1894 and, therefore, Teva denies same.

1895. The allegations contained in Paragraph 1895 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1895 and, therefore, Teva denies same.

1896. The allegations contained in Paragraph 1896 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1896 and, therefore, Teva denies same.

1897. The allegations contained in Paragraph 1897 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1897 and, therefore, Teva denies same.

1898. The allegations contained in Paragraph 1898 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1898 and, therefore, Teva denies same.

1899. The allegations contained in Paragraph 1899 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1899 and, therefore, Teva denies same.

1900. The allegations contained in Paragraph 1900 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1900 and, therefore, Teva denies same.

1901. The allegations contained in Paragraph 1901 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1901 and, therefore, Teva denies same.

1902. The allegations contained in Paragraph 1902 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1902 and, therefore, Teva denies same.

1903. The allegations contained in Paragraph 1903 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1903 and, therefore, Teva denies same.

1904. The allegations contained in Paragraph 1904 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1904 and, therefore, Teva denies same.

1905. The allegations contained in Paragraph 1905 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1905 and, therefore, Teva denies same.

1906. The allegations contained in Paragraph 1906 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1906 and, therefore, Teva denies same.

1907. The allegations contained in Paragraph 1907 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1907 and, therefore, Teva denies same.

1908. The allegations contained in Paragraph 1908 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1908 and, therefore, Teva denies same.

1909. The allegations contained in Paragraph 1909 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1909 and, therefore, Teva denies same.

1910. The allegations contained in Paragraph 1910 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1910 and, therefore, Teva denies same.

1911. The allegations contained in Paragraph 1911 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1911 and, therefore, Teva denies same.

1912. The allegations contained in Paragraph 1912 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1912 and, therefore, Teva denies same.

1913. The allegations contained in Paragraph 1913 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1913 and, therefore, Teva denies same.

1914. The allegations contained in Paragraph 1914 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1914 and, therefore, Teva denies same.

1915. The allegations contained in Paragraph 1915 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1915 and, therefore, Teva denies same.

1916. The allegations contained in Paragraph 1916 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1916 and, therefore, Teva denies same.

1917. The allegations contained in Paragraph 1917 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1917 and, therefore, Teva denies same.

1918. The allegations contained in Paragraph 1918 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1918 and, therefore, Teva denies same.

1919. The allegations contained in Paragraph 1919 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1919 and, therefore, Teva denies same.

1920. The allegations contained in Paragraph 1920 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1920 and, therefore, Teva denies same.

1921. The allegations contained in Paragraph 1921 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1921 and, therefore, Teva denies same.

1922. The allegations contained in Paragraph 1922 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1922 and, therefore, Teva denies same.

1923. The allegations contained in Paragraph 1923 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1923 and, therefore, Teva denies same.

1924. The allegations contained in Paragraph 1924 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1924 and, therefore, Teva denies same.

1925. The allegations contained in Paragraph 1925 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1925 and, therefore, Teva denies same.

1926. The allegations contained in Paragraph 1926 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1926 and, therefore, Teva denies same.

1927. The allegations contained in Paragraph 1927 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1927 and, therefore, Teva denies same.

**VVVV. Omega-3-Acid Ethyl Esters**

1928. Teva admits the allegations contained in Paragraph 1928.

1929. Teva denies the allegations contained in Paragraph 1929 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1929 and, therefore, Teva denies same.

1930. Teva denies the allegations contained in Paragraph 1930 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1930 and, therefore, Teva denies same.

1931. Teva denies the allegations contained in Paragraph 1931 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1931 and, therefore, Teva denies same.

1932. Teva denies the allegations contained in Paragraph 1932 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1932 and, therefore, Teva denies same.

1933. The allegations contained in Paragraph 1933 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1933 and, therefore, Teva denies same.

1934. Teva denies the allegations contained in Paragraph 1934 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1934 and, therefore, Teva denies same.

1935. Teva denies the allegations contained in Paragraph 1935 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1935 and, therefore, Teva denies same.

1936. Teva denies the allegations contained in Paragraph 1936 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1936 and, therefore, Teva denies same.

1937. Teva denies the allegations contained in Paragraph 1937 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1937 and, therefore, Teva denies same.

1938. Teva denies the allegations contained in Paragraph 1938 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1938 and, therefore, Teva denies same.

**WWWW. <u>Oxaprozin Tablets</u>**

1939. Teva admits the allegations contained in Paragraph 1939.

1940. Teva denies the allegations contained in Paragraph 1940 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1940 and, therefore, Teva denies same.

1941. Teva denies the allegations contained in Paragraph 1941 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1941 and, therefore, Teva denies same.

1942. Teva denies the allegations contained in Paragraph 1942 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1942 and, therefore, Teva denies same.

1943. Teva denies the allegations contained in Paragraph 1943 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1943 and, therefore, Teva denies same.

1944. Teva denies the allegations contained in Paragraph 1944 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1944 and, therefore, Teva denies same.

1945. Teva denies the allegations contained in Paragraph 1945 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1945 and, therefore, Teva denies same.

1946. Teva denies the allegations contained in Paragraph 1946 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1946 and, therefore, Teva denies same.

1947. Teva denies the allegations contained in Paragraph 1947 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1947 and, therefore, Teva denies same.

1948. Teva denies the allegations contained in Paragraph 1948 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1948 and, therefore, Teva denies same.

1949. Teva denies the allegations contained in Paragraph 1949 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1949 and, therefore, Teva denies same.

1950. Teva denies the allegations contained in Paragraph 1950 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1950 and, therefore, Teva denies same.

1951. Teva denies the allegations contained in Paragraph 1951 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1951 and, therefore, Teva denies same.

1952. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 1952 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1952 and, therefore, Teva denies same.

1953. Teva denies the allegations contained in Paragraph 1953 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1953 and, therefore, Teva denies same.

1954. The allegations contained in Paragraph 1954 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1954 and, therefore, Teva denies same.

1955. Teva denies the allegations contained in Paragraph 1955 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1955 and, therefore, Teva denies same.

1956. Teva denies the allegations contained in Paragraph 1956 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1956 and, therefore, Teva denies same.

1957. Teva denies the allegations contained in Paragraph 1957 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1957 and, therefore, Teva denies same.

1958. Teva denies the allegations contained in Paragraph 1958 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1958 and, therefore, Teva denies same.

1959. Teva denies the allegations contained in Paragraph 1959 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1959 and, therefore, Teva denies same.

1960. Teva denies the allegations contained in Paragraph 1960 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1960 and, therefore, Teva denies same.

1961. Teva denies the allegations contained in Paragraph 1961 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1961 and, therefore, Teva denies same.

1962. Teva denies the allegations contained in Paragraph 1962 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1962 and, therefore, Teva denies same.

1963. The allegations contained in Paragraph 1963 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1963 and, therefore, Teva denies same.

1964. Teva denies the allegations contained in Paragraph 1964 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1964 and, therefore, Teva denies same.

**XXXX. Oxycodone/Acetaminophen**

1965. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1965 and, therefore, Teva denies same.

1966. The allegations contained in Paragraph 1966 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1966 and, therefore, Teva denies same.

1967. The allegations contained in Paragraph 1967 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1967 and, therefore, Teva denies same.

1968. The allegations contained in Paragraph 1968 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1968 and, therefore, Teva denies same.

1969. The allegations contained in Paragraph 1969 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1969 and, therefore, Teva denies same.

1970. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 1970 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1970 and, therefore, Teva denies same.

1971. The allegations contained in Paragraph 1971 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1971 and, therefore, Teva denies same.

1972. The allegations contained in Paragraph 1972 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1972 and, therefore, Teva denies same.

**YYYY. <u>Paricalcitol</u>**

1973. Teva admits the allegations contained in Paragraph 1973.

1974. Teva denies the allegations contained in Paragraph 1974 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1974 and, therefore, Teva denies same.

1975. Teva denies the allegations contained in Paragraph 1975 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1975 and, therefore, Teva denies same.

1976. Teva denies the allegations contained in Paragraph 1976 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1976 and, therefore, Teva denies same.

1977. Teva denies the allegations contained in Paragraph 1977 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1977 and, therefore, Teva denies same.

1978. Teva denies the allegations contained in Paragraph 1978 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1978 and, therefore, Teva denies same.

1979. Teva denies the allegations contained in Paragraph 1979 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1979 and, therefore, Teva denies same.

1980. Teva denies the allegations contained in Paragraph 1980 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1980 and, therefore, Teva denies same.

1981. Teva denies the allegations contained in Paragraph 1981 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1981 and, therefore, Teva denies same.

1982. Teva denies the allegations contained in Paragraph 1982 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1982 and, therefore, Teva denies same.

1983. Teva denies the allegations contained in Paragraph 1983 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1983 and, therefore, Teva denies same.

1984. Teva denies the allegations contained in Paragraph 1984 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1984 and, therefore, Teva denies same.

1985. Teva denies the allegations contained in Paragraph 1985 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1985 and, therefore, Teva denies same.

1986. Teva denies the allegations contained in Paragraph 1986 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1986 and, therefore, Teva denies same.

1987. Teva denies the allegations contained in Paragraph 1987 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1987 and, therefore, Teva denies same.

1988. Teva denies the allegations contained in Paragraph 1988 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1988 and, therefore, Teva denies same.

1989. Teva denies the allegations contained in Paragraph 1989 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1989 and, therefore, Teva denies same.

1990. Teva denies the allegations contained in Paragraph 1990 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1990 and, therefore, Teva denies same.

1991. Teva denies the allegations contained in Paragraph 1991 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1991 and, therefore, Teva denies same.

1992. Teva denies the allegations contained in Paragraph 1992 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1992 and, therefore, Teva denies same.

1993. Teva denies the allegations contained in Paragraph 1993 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1993 and, therefore, Teva denies same.

1994. Teva denies the allegations contained in Paragraph 1994 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1994 and, therefore, Teva denies same.

1995. Teva denies the allegations contained in Paragraph 1995 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1995 and, therefore, Teva denies same.

1996. Teva denies the allegations contained in Paragraph 1996 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1996 and, therefore, Teva denies same.

1997. Teva denies the allegations contained in Paragraph 1997 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1997 and, therefore, Teva denies same.

1998. Teva denies the allegations contained in Paragraph 1998 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1998 and, therefore, Teva denies same.

1999. The allegations contained in Paragraph 1999 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1999 and, therefore, Teva denies same.

2000. Teva denies the allegations contained in Paragraph 2000 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2000 and, therefore, Teva denies same.

2001. Teva denies the allegations contained in Paragraph 2001 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2001 and, therefore, Teva denies same.

2002. Teva denies the allegations contained in Paragraph 2002 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2002 and, therefore, Teva denies same.

2003. Teva denies the allegations contained in Paragraph 2003 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2003 and, therefore, Teva denies same.

**ZZZZ. Paromomycin**

2004. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2004 and, therefore, Teva denies same.

2005. The allegations contained in Paragraph 2005 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2005 and, therefore, Teva denies same.

2006. The allegations contained in Paragraph 2006 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2006 and, therefore, Teva denies same.

2007. The allegations contained in Paragraph 2007 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2007 and, therefore, Teva denies same.

2008. The allegations contained in Paragraph 2008 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2008 and, therefore, Teva denies same.

2009. The allegations contained in Paragraph 2009 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2009 and, therefore, Teva denies same.

**AAAAA. Permethrin**

2010. The allegations contained in Paragraph 2010 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2010 and, therefore, Teva denies same.

2011. The allegations contained in Paragraph 2011 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2011 and, therefore, Teva denies same.

2012. The allegations contained in Paragraph 2012 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2012 and, therefore, Teva denies same.

2013. The allegations contained in Paragraph 2013 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2013 and, therefore, Teva denies same.

2014. The allegations contained in Paragraph 2014 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2014 and, therefore, Teva denies same.

2015. The allegations contained in Paragraph 2015 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2015 and, therefore, Teva denies same.

2016. The allegations contained in Paragraph 2016 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2016 and, therefore, Teva denies same.

**BBBBB. Perphenazine**

2017. The allegations contained in Paragraph 2017 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2017 and, therefore, Teva denies same.

2018. The allegations contained in Paragraph 2018 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2018 and, therefore, Teva denies same.

2019. The allegations contained in Paragraph 2019 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2019 and, therefore, Teva denies same.

2020. The allegations contained in Paragraph 2020 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2020 and, therefore, Teva denies same.

2021. The allegations contained in Paragraph 2021 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2021 and, therefore, Teva denies same.

2022. The allegations contained in Paragraph 2022 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2022 and, therefore, Teva denies same.

**CCCCC. Phenytoin Sodium Capsules**

2023. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2023 and, therefore, Teva denies same.

2024. The allegations contained in Paragraph 2024 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2024 and, therefore, Teva denies same.

2025. The allegations contained in Paragraph 2025 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2025 and, therefore, Teva denies same.

2026. The allegations contained in Paragraph 2026 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2026 and, therefore, Teva denies same.

2027. The allegations contained in Paragraph 2027 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2027 and, therefore, Teva denies same.

2028. The allegations contained in Paragraph 2028 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2028 and, therefore, Teva denies same.

2029. The allegations contained in Paragraph 2029 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2029 and, therefore, Teva denies same.

2030. The allegations contained in Paragraph 2030 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2030 and, therefore, Teva denies same.

2031. The allegations contained in Paragraph 2031 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2031 and, therefore, Teva denies same.

2032. The allegations contained in Paragraph 2032 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2032 and, therefore, Teva denies same.

2033. The allegations contained in Paragraph 2033 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2033 and, therefore, Teva denies same.

2034. The allegations contained in Paragraph 2034 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2034 and, therefore, Teva denies same.

2035. The allegations contained in Paragraph 2035 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2035 and, therefore, Teva denies same.

2036. The allegations contained in Paragraph 2036 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2036 and, therefore, Teva denies same.

2037. The allegations contained in Paragraph 2037 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2037 and, therefore, Teva denies same.

2038. The allegations contained in Paragraph 2038 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2038 and, therefore, Teva denies same.

2039. The allegations contained in Paragraph 2039 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2039 and, therefore, Teva denies same.

**DDDDD. Pilocarpine HCL**

2040. The allegations contained in Paragraph 2040 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2040 and, therefore, Teva denies same.

2041. The allegations contained in Paragraph 2041 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2041 and, therefore, Teva denies same.

2042. The allegations contained in Paragraph 2042 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2042 and, therefore, Teva denies same.

2043. The allegations contained in Paragraph 2043 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2043 and, therefore, Teva denies same.

**EEEEE. Pioglitazone HCL Metformin HCL Tablets**

2044. Teva admits the allegations contained in Paragraph 2044.

2045. Teva denies the allegations contained in Paragraph 2045 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2045 and, therefore, Teva denies same.

2046. Teva denies the allegations contained in Paragraph 2046 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2046 and, therefore, Teva denies same.

2047. Teva denies the allegations contained in Paragraph 2047 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2047 and, therefore, Teva denies same.

2048. Teva denies the allegations contained in Paragraph 2048 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2048 and, therefore, Teva denies same.

2049. Teva denies the allegations contained in Paragraph 2049 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2049 and, therefore, Teva denies same.

2050. Teva denies the allegations contained in Paragraph 2050 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2050 and, therefore, Teva denies same.

2051. Teva denies the allegations contained in Paragraph 2051 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2051 and, therefore, Teva denies same.

2052. Teva denies the allegations contained in Paragraph 2052 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2052 and, therefore, Teva denies same.

2053. The allegations contained in Paragraph 2053 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2053 and, therefore, Teva denies same.

2054. The allegations contained in Paragraph 2054 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2054 and, therefore, Teva denies same.

2055. The allegations contained in Paragraph 2055 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2055 and, therefore, Teva denies same.

2056. The allegations contained in Paragraph 2056 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2056 and, therefore, Teva denies same.

2057. The allegations contained in Paragraph 2057 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2057 and, therefore, Teva denies same.

2058. The allegations contained in Paragraph 2058 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2058 and, therefore, Teva denies same.

2059. The allegations contained in Paragraph 2059 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2059 and, therefore, Teva denies same.

2060. Teva denies the allegations contained in Paragraph 2060 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2060 and, therefore, Teva denies same.

2061. Teva denies the allegations contained in Paragraph 2061 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2061 and, therefore, Teva denies same.

2062. Teva denies the allegations contained in Paragraph 2062 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2062 and, therefore, Teva denies same.

2063. Teva denies the allegations contained in Paragraph 2063 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2063 and, therefore, Teva denies same.

2064. Teva denies the allegations contained in Paragraph 2064 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2064 and, therefore, Teva denies same.

2065. Teva denies the allegations contained in Paragraph 2065 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2065 and, therefore, Teva denies same.

**FFFFF. Piroxicam**

2066. Teva admits only that Piroxicam is a nonsteroidal anti-inflammatory drug used to treat forms of arthritis and that Teva manufactured certain formulations of Piroxicam at certain points in time. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2066 and, therefore, Teva denies same.

2067. Teva denies the allegations contained in Paragraph 2067 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2067 and, therefore, Teva denies same.

2068. Teva denies the allegations contained in Paragraph 2068 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2068 and, therefore, Teva denies same.

2069. Teva denies the allegations contained in Paragraph 2069 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2069 and, therefore, Teva denies same.

2070. Teva denies the allegations contained in Paragraph 2070 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2070 and, therefore, Teva denies same.

2071. Teva denies the allegations contained in Paragraph 2071 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2071 and, therefore, Teva denies same.

2072. Teva denies the allegations contained in Paragraph 2072 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2072 and, therefore, Teva denies same.

2073. Teva denies the allegations contained in Paragraph 2073 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2073 and, therefore, Teva denies same.

2074. Teva denies the allegations contained in Paragraph 2074 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2074 and, therefore, Teva denies same.

2075. Teva denies the allegations contained in Paragraph 2075 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2075 and, therefore, Teva denies same.

2076. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2076 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2076 and, therefore, Teva denies same.

2077. Teva denies the allegations contained in Paragraph 2077 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2077 and, therefore, Teva denies same.

**GGGGG. Potassium Chloride**

2078. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2078 and, therefore, Teva denies same.

2079. The allegations contained in Paragraph 2079 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2079 and, therefore, Teva denies same.

2080. The allegations contained in Paragraph 2080 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2080 and, therefore, Teva denies same.

2081. The allegations contained in Paragraph 2081 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2081 and, therefore, Teva denies same.

2082. The allegations contained in Paragraph 2082 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2082 and, therefore, Teva denies same.

2083. The allegations contained in Paragraph 2083 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2083 and, therefore, Teva denies same.

2084. The allegations contained in Paragraph 2084 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2084 and, therefore, Teva denies same.

2085. The allegations contained in Paragraph 2085 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2085 and, therefore, Teva denies same.

**HHHHH. <u>Pravastatin</u>**

2086. Teva admits only that Pravastatin is a statin used to treat high cholesterol and triglyceride levels. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2086 and, therefore, Teva denies same.

2087. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks

knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2087 and, therefore, Teva denies same.

2088. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2088 and, therefore, Teva denies same.

2089. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2089 and, therefore, Teva denies same.

2090. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2090 and, therefore, Teva denies same.

2091. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2091 and, therefore, Teva denies same.

2092. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2092 and, therefore, Teva denies same.

2093. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2093 and, therefore, Teva denies same.

2094. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2094 and, therefore, Teva denies same.

2095. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2095 and, therefore, Teva denies same.

2096. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2096 and, therefore, Teva denies same.

2097. The allegations contained in Paragraph 2097 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2097 and, therefore, Teva denies same.

2098. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks

knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2098 and, therefore, Teva denies same.

2099. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2099 and, therefore, Teva denies same.

2100. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2100 and, therefore, Teva denies same.

2101. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2101 and, therefore, Teva denies same.

2102. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2102 and, therefore, Teva denies same.

2103. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2103 and, therefore, Teva denies same.

2104. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2104 and, therefore, Teva denies same.

2105. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2105 and, therefore, Teva denies same.

2106. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2106 and, therefore, Teva denies same.

2107. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2107 and, therefore, Teva denies same.

2108. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2108 and, therefore, Teva denies same.

2109. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks

knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2109 and, therefore, Teva denies same.

2110. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2110 and, therefore, Teva denies same.

2111. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2111 and, therefore, Teva denies same.

2112. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2112 and, therefore, Teva denies same.

2113. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2113 and, therefore, Teva denies same.

2114. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2114 and, therefore, Teva denies same.

2115. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2115 and, therefore, Teva denies same.

2116. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2116 and, therefore, Teva denies same.

2117. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2117 and, therefore, Teva denies same.

**IIIII. Prednisolone Acetate**

2118. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2118 and, therefore, Teva denies same.

2119. The allegations contained in Paragraph 2119 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2119 and, therefore, Teva denies same.

2120. The allegations contained in Paragraph 2120 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2120 and, therefore, Teva denies same.

2121. The allegations contained in Paragraph 2121 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2121 and, therefore, Teva denies same.

2122. The allegations contained in Paragraph 2122 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2122 and, therefore, Teva denies same.

**JJJJJ. Prednisone**

2123. The allegations contained in Paragraph 2123 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2123 and, therefore, Teva denies same.

2124. The allegations contained in Paragraph 2124 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2124 and, therefore, Teva denies same.

2125. The allegations contained in Paragraph 2125 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2125 and, therefore, Teva denies same.

2126. The allegations contained in Paragraph 2126 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2126 and, therefore, Teva denies same.

2127. The allegations contained in Paragraph 2127 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2127 and, therefore, Teva denies same.

2128. The allegations contained in Paragraph 2128 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2128 and, therefore, Teva denies same.

**KKKKK. Prochlorperazine**

2129. Teva admits the allegations contained in Paragraph 2129.

2130. Teva denies the allegations contained in Paragraph 2077 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2077 and, therefore, Teva denies same.

1. Suppositories

2131. The allegations contained in Paragraph 2131 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2131 and, therefore, Teva denies same.

2132. The allegations contained in Paragraph 2132 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2132 and, therefore, Teva denies same.

2133. The allegations contained in Paragraph 2133 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2133 and, therefore, Teva denies same.

2134. The allegations contained in Paragraph 2134 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2134 and, therefore, Teva denies same.

2135. The allegations contained in Paragraph 2135 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2135 and, therefore, Teva denies same.

2136. The allegations contained in Paragraph 2136 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2136 and, therefore, Teva denies same.

2137. The allegations contained in Paragraph 2137 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2137 and, therefore, Teva denies same.

2138. The allegations contained in Paragraph 2138 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2138 and, therefore, Teva denies same.

2139. The allegations contained in Paragraph 2139 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2139 and, therefore, Teva denies same.

2140. The allegations contained in Paragraph 2140 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2140 and, therefore, Teva denies same.

2141. The allegations contained in Paragraph 2141 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2141 and, therefore, Teva denies same.

2. Tablets

2142. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2142 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2142 and, therefore, Teva denies same.

2143. Teva denies the allegations contained in Paragraph 2143 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2143 and, therefore, Teva denies same.

2144. Teva denies the allegations contained in Paragraph 2144 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2144 and, therefore, Teva denies same.

**LLLLL. Promethazine HCL**

2145. The allegations contained in Paragraph 2145 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2145 and, therefore, Teva denies same.

2146. The allegations contained in Paragraph 2146 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2146 and, therefore, Teva denies same.

2147. The allegations contained in Paragraph 2147 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2147 and, therefore, Teva denies same.

2148. The allegations contained in Paragraph 2148 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2148 and, therefore, Teva denies same.

2149. The allegations contained in Paragraph 2149 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2149 and, therefore, Teva denies same.

2150. The allegations contained in Paragraph 2150 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2150 and, therefore, Teva denies same.

2151. The allegations contained in Paragraph 2151 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2151 and, therefore, Teva denies same.

2152. The allegations contained in Paragraph 2152 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2152 and, therefore, Teva denies same.

2153. The allegations contained in Paragraph 2153 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2153 and, therefore, Teva denies same.

2154. The allegations contained in Paragraph 2154 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2154 and, therefore, Teva denies same.

2155. The allegations contained in Paragraph 2155 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2155 and, therefore, Teva denies same.

2156. The allegations contained in Paragraph 2156 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2156 and, therefore, Teva denies same.

2157. The allegations contained in Paragraph 2157 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2157 and, therefore, Teva denies same.

2158. The allegations contained in Paragraph 2158 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2158 and, therefore, Teva denies same.

2159. The allegations contained in Paragraph 2159 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2159 and, therefore, Teva denies same.

2160. The allegations contained in Paragraph 2160 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2160 and, therefore, Teva denies same.

2161. The allegations contained in Paragraph 2161 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2161 and, therefore, Teva denies same.

2162. The allegations contained in Paragraph 2162 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2162 and, therefore, Teva denies same.

2163. The allegations contained in Paragraph 2163 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2163 and, therefore, Teva denies same.

2164. The allegations contained in Paragraph 2164 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2164 and, therefore, Teva denies same.

2165. The allegations contained in Paragraph 2165 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2165 and, therefore, Teva denies same.

2166. The allegations contained in Paragraph 2166 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2166 and, therefore, Teva denies same.

2167. The allegations contained in Paragraph 2167 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2167 and, therefore, Teva denies same.

2168. The allegations contained in Paragraph 2168 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2168 and, therefore, Teva denies same.

2169. The allegations contained in Paragraph 2169 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2169 and, therefore, Teva denies same.

2170. The allegations contained in Paragraph 2170 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2170 and, therefore, Teva denies same.

2171. The allegations contained in Paragraph 2171 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2171 and, therefore, Teva denies same.

2172. The allegations contained in Paragraph 2172 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2172 and, therefore, Teva denies same.

**MMMMM. Propranolol**

2173. Teva admits only that Propranolol is a beta blocker available in the United States that is used to treat conditions such as high blood pressure, irregular heartbeat, and tremors. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2173 and, therefore, Teva denies same.

2174. Teva denies the allegations contained in Paragraph 2174 directed toward it, except admits only that Teva and Pliva manufactured certain formulations of Propranolol at certain points in time. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2174 and, therefore, Teva denies same.

1. Propranolol Capsules

2175. The allegations contained in Paragraph 2175 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2175 and, therefore, Teva denies same.

2176. The allegations contained in Paragraph 2176 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2176 and, therefore, Teva denies same.

2. Propranolol Tablets

2177. Teva denies the allegations contained in Paragraph 2177 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2177 and, therefore, Teva denies same.

2178. Teva denies the allegations contained in Paragraph 2178 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2178 and, therefore, Teva denies same.

2179. The allegations contained in Paragraph 2179 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2179 and, therefore, Teva denies same.

2180. Teva denies the allegations contained in Paragraph 2180 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2180 and, therefore, Teva denies same.

2181. Teva denies the allegations contained in Paragraph 2181 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2181 and, therefore, Teva denies same.

2182. Teva denies the allegations contained in Paragraph 2182 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2182 and, therefore, Teva denies same.

2183. Teva denies the allegations contained in Paragraph 2183 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2183 and, therefore, Teva denies same.

2184. Teva denies the allegations contained in Paragraph 2184 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2184 and, therefore, Teva denies same.

2185. Teva denies the allegations contained in Paragraph 2185 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2185 and, therefore, Teva denies same.

2186. Teva denies the allegations contained in Paragraph 2186 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2186 and, therefore, Teva denies same.

2187. Teva denies the allegations contained in Paragraph 2187 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2187 and, therefore, Teva denies same.

**NNNNN. Spironolactone HCTZ**

2188. The allegations contained in Paragraph 2188 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2188 and, therefore, Teva denies same.

2189. The allegations contained in Paragraph 2189 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2189 and, therefore, Teva denies same.

2190. The allegations contained in Paragraph 2190 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2190 and, therefore, Teva denies same.

2191. The allegations contained in Paragraph 2191 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2191 and, therefore, Teva denies same.

**OOOOO. Tacrolimus Ointment**

2192. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2192 and, therefore, Teva denies same.

2193. The allegations contained in Paragraph 2193 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2193 and, therefore, Teva denies same.

2194. The allegations contained in Paragraph 2194 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2194 and, therefore, Teva denies same.

2195. The allegations contained in Paragraph 2195 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2195 and, therefore, Teva denies same.

2196. The allegations contained in Paragraph 2196 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2196 and, therefore, Teva denies same.

2197. The allegations contained in Paragraph 2197 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2197 and, therefore, Teva denies same.

2198. The allegations contained in Paragraph 2198 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2198 and, therefore, Teva denies same.

2199. The allegations contained in Paragraph 2199 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2199 and, therefore, Teva denies same.

2200. The allegations contained in Paragraph 2200 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2200 and, therefore, Teva denies same.

2201. The allegations contained in Paragraph 2201 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2201 and, therefore, Teva denies same.

**PPPPP. <u>Temozolomide</u>**

2202. Teva admits the allegations contained in Paragraph 2202.

2203. Teva denies the allegations contained in Paragraph 2203 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2203 and, therefore, Teva denies same.

2204. Teva denies the allegations contained in Paragraph 2204 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2204 and, therefore, Teva denies same.

2205. Teva denies the allegations contained in Paragraph 2205 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2205 and, therefore, Teva denies same.

2206. Teva denies the allegations contained in Paragraph 2206 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2206 and, therefore, Teva denies same.

2207. Teva denies the allegations contained in Paragraph 2207 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2207 and, therefore, Teva denies same.

2208. Teva denies the allegations contained in Paragraph 2208 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2208 and, therefore, Teva denies same.

2209. Teva denies the allegations contained in Paragraph 2209 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2209 and, therefore, Teva denies same.

2210. Teva denies the allegations contained in Paragraph 2210 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2210 and, therefore, Teva denies same.

2211. Teva denies the allegations contained in Paragraph 2211 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2211 and, therefore, Teva denies same.

2212. Teva denies the allegations contained in Paragraph 2212 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2212 and, therefore, Teva denies same.

2213. Teva denies the allegations contained in Paragraph 2213 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2213 and, therefore, Teva denies same.

**QQQQQ. Theophylline ER**

2214. Teva denies the allegations contained in Paragraph 2214 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2214 and, therefore, Teva denies same.

2215. Teva denies the allegations contained in Paragraph 2215 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2215 and, therefore, Teva denies same.

2216. Teva denies the allegations contained in Paragraph 2216 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2216 and, therefore, Teva denies same.

2217. Teva denies the allegations contained in Paragraph 2217 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2217 and, therefore, Teva denies same.

2218. Teva denies the allegations contained in Paragraph 2218 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2218 and, therefore, Teva denies same.

2219. Teva denies the allegations contained in Paragraph 2219 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2219 and, therefore, Teva denies same.

**RRRRR. Timolol Maleate**

2220. The allegations contained in Paragraph 2220 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2220 and, therefore, Teva denies same.

2221. The allegations contained in Paragraph 2221 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2221 and, therefore, Teva denies same.

2222. The allegations contained in Paragraph 2222 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2222 and, therefore, Teva denies same.

2223. The allegations contained in Paragraph 2223 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2223 and, therefore, Teva denies same.

2224. The allegations contained in Paragraph 2224 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2224 and, therefore, Teva denies same.

**SSSSS. <u>Tobramycin</u>**

2225. Teva admits the allegations contained in Paragraph 2225.

2226. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Tobramycin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2226 and, therefore, Teva denies same.

2227. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Tobramycin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2227 and, therefore, Teva denies same.

2228. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Tobramycin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2228 and, therefore, Teva denies same.

2229. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Tobramycin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2229 and, therefore, Teva denies same.

2230. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Tobramycin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2230 and, therefore, Teva denies same.

2231. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Tobramycin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2231 and, therefore, Teva denies same.

2232. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Tobramycin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2232 and, therefore, Teva denies same.

2233. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Tobramycin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2233 and, therefore, Teva denies same.

**TTTTT. Tolterodine**

2234. Teva admits the allegations contained in Paragraph 2234.

1. Tolterodine ER

2235. Teva denies the allegations contained in Paragraph 2235 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2235 and, therefore, Teva denies same.

2236. Teva denies the allegations contained in Paragraph 2236 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2236 and, therefore, Teva denies same.

2237. Teva denies the allegations contained in Paragraph 2237 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2237 and, therefore, Teva denies same.

2238. Teva denies the allegations contained in Paragraph 2238 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2238 and, therefore, Teva denies same.

2239. Teva denies the allegations contained in Paragraph 2239 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2239 and, therefore, Teva denies same.

2240. Teva denies the allegations contained in Paragraph 2240 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2240 and, therefore, Teva denies same.

2241. Teva denies the allegations contained in Paragraph 2241 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2241 and, therefore, Teva denies same.

2242. Teva denies the allegations contained in Paragraph 2242 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2242 and, therefore, Teva denies same.

2243. Teva denies the allegations contained in Paragraph 2243 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2243 and, therefore, Teva denies same.

2244. Teva denies the allegations contained in Paragraph 2244 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2244 and, therefore, Teva denies same.

2245. Teva denies the allegations contained in Paragraph 2245 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2245 and, therefore, Teva denies same.

2. Tolterodine Tartrate

2246. Teva denies the allegations contained in Paragraph 2246 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2246 and, therefore, Teva denies same.

2247. Teva denies the allegations contained in Paragraph 2247 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2247 and, therefore, Teva denies same.

2248. Teva denies the allegations contained in Paragraph 2248 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2248 and, therefore, Teva denies same.

2249. Teva denies the allegations contained in Paragraph 2249 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2249 and, therefore, Teva denies same.

2250. Teva denies the allegations contained in Paragraph 2250 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2250 and, therefore, Teva denies same.

2251. Teva denies the allegations contained in Paragraph 2251 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2251 and, therefore, Teva denies same.

2252. Teva denies the allegations contained in Paragraph 2252 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2252 and, therefore, Teva denies same.

2253. Teva denies the allegations contained in Paragraph 2253 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2253 and, therefore, Teva denies same.

**UUUUU. Triamcinolone Acetonide**

2254. The allegations contained in Paragraph 2254 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2254 and, therefore, Teva denies same.

2255. The allegations contained in Paragraph 2255 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2255 and, therefore, Teva denies same.

2256. The allegations contained in Paragraph 2256 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2256 and, therefore, Teva denies same.

2257. The allegations contained in Paragraph 2257 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2257 and, therefore, Teva denies same.

2258. The allegations contained in Paragraph 2258 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2258 and, therefore, Teva denies same.

2259. The allegations contained in Paragraph 2259 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2259 and, therefore, Teva denies same.

**VVVVV. Triamterene HCTZ**

2260. The allegations contained in Paragraph 2260 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2260 and, therefore, Teva denies same.

2261. The allegations contained in Paragraph 2261 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2261 and, therefore, Teva denies same.

2262. The allegations contained in Paragraph 2262 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2262 and, therefore, Teva denies same.

2263. The allegations contained in Paragraph 2263 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2263 and, therefore, Teva denies same.

2264. The allegations contained in Paragraph 2264 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2264 and, therefore, Teva denies same.

2265. The allegations contained in Paragraph 2265 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2265 and, therefore, Teva denies same.

**WWWWWW. Ursodiol**

2266. The allegations contained in Paragraph 2266 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2266 and, therefore, Teva denies same.

2267. The allegations contained in Paragraph 2267 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2267 and, therefore, Teva denies same.

2268. The allegations contained in Paragraph 2268 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2268 and, therefore, Teva denies same.

2269. The allegations contained in Paragraph 2269 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2269 and, therefore, Teva denies same.

2270. The allegations contained in Paragraph 2270 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2270 and, therefore, Teva denies same.

2271. The allegations contained in Paragraph 2271 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2271 and, therefore, Teva denies same.

2272. The allegations contained in Paragraph 2272 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2272 and, therefore, Teva denies same.

2273. The allegations contained in Paragraph 2273 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2273 and, therefore, Teva denies same.

2274. The allegations contained in Paragraph 2274 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2274 and, therefore, Teva denies same.

2275. The allegations contained in Paragraph 2275 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2275 and, therefore, Teva denies same.

2276. The allegations contained in Paragraph 2276 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2276 and, therefore, Teva denies same.

2277. The allegations contained in Paragraph 2277 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2277 and, therefore, Teva denies same.

2278. The allegations contained in Paragraph 2278 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2278 and, therefore, Teva denies same.

2279. The allegations contained in Paragraph 2279 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2279 and, therefore, Teva denies same.

2280. The allegations contained in Paragraph 2280 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2280 and, therefore, Teva denies same.

2281. The allegations contained in Paragraph 2281 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2281 and, therefore, Teva denies same.

**XXXXX. Valsartan HCTZ**

2282. The allegations contained in Paragraph 2282 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2282 and, therefore, Teva denies same.

2283. The allegations contained in Paragraph 2283 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2283 and, therefore, Teva denies same.

2284. The allegations contained in Paragraph 2284 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2284 and, therefore, Teva denies same.

2285. The allegations contained in Paragraph 2285 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2285 and, therefore, Teva denies same.

2286. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2286 and, therefore, Teva denies same

2287. The allegations contained in Paragraph 2287 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2287 and, therefore, Teva denies same.

2288. The allegations contained in Paragraph 2288 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2288 and, therefore, Teva denies same.

2289. The allegations contained in Paragraph 2289 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2289 and, therefore, Teva denies same.

2290. The allegations contained in Paragraph 2290 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2290 and, therefore, Teva denies same.

2291. The allegations contained in Paragraph 2291 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2291 and, therefore, Teva denies same.

2292. The allegations contained in Paragraph 2292 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2292 and, therefore, Teva denies same.

2293. The allegations contained in Paragraph 2293 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2293 and, therefore, Teva denies same.

2294. The allegations contained in Paragraph 2294 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2294 and, therefore, Teva denies same.

2295. The allegations contained in Paragraph 2295 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2295 and, therefore, Teva denies same.

**YYYYY. Verapamil**

2296. The allegations contained in Paragraph 2296 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2296 and, therefore, Teva denies same.

2297. The allegations contained in Paragraph 2297 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2297 and, therefore, Teva denies same.

2298. The allegations contained in Paragraph 2298 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2298 and, therefore, Teva denies same.

2299. The allegations contained in Paragraph 2299 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2299 and, therefore, Teva denies same.

**ZZZZZ. Zoledronic Acid**

2300. The allegations contained in Paragraph 2300 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2300 and, therefore, Teva denies same.

2301. The allegations contained in Paragraph 2301 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2301 and, therefore, Teva denies same.

2302. The allegations contained in Paragraph 2302 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2302 and, therefore, Teva denies same.

2303. The allegations contained in Paragraph 2303 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2303 and, therefore, Teva denies same.

2304. The allegations contained in Paragraph 2304 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2304 and, therefore, Teva denies same.

2305. The allegations contained in Paragraph 2305 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2305 and, therefore, Teva denies same.

2306. The allegations contained in Paragraph 2306 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2306 and, therefore, Teva denies same.

2307. The allegations contained in Paragraph 2307 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2307 and, therefore, Teva denies same.

## XIII. THE CONSPIRATORS INCREASE PRICES IN BUNCHES

2308. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2308 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2308 and, therefore, Teva denies same.

2309. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2309 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2309 and, therefore, Teva denies same.

### A. Aprahamian and Perfetto of Taro Lead Price Increases on Alclometasone Dipropionate, Ammonium Lactate, Betamethasone Dipropionate, Betamethasone Valerate, Carbamazepine, Clomipramine HCL, Desonide, and Terconazole

2310. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2310 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2310 and, therefore, Teva denies same.

2311. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2311 that are directed toward it. Teva

lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2311 and, therefore, Teva denies same.

2312. The allegations contained in Paragraph 2312 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2312 and, therefore, Teva denies same.

2313. The allegations contained in Paragraph 2313 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2313 and, therefore, Teva denies same.

2314. The allegations contained in Paragraph 2314 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2314 and, therefore, Teva denies same.

2315. The allegations contained in Paragraph 2315 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2315 and, therefore, Teva denies same.

2316. The allegations contained in Paragraph 2316 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2316 and, therefore, Teva denies same.

2317. The allegations contained in Paragraph 2317 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2317 and, therefore, Teva denies same

2318. The allegations contained in Paragraph 2318 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2318 and, therefore, Teva denies same.

2319. The allegations contained in Paragraph 2319 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2319 and, therefore, Teva denies same.

2320. The allegations contained in Paragraph 2320 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2320 and, therefore, Teva denies same.

2321. The allegations contained in Paragraph 2321 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2321 and, therefore, Teva denies same.

2322. The allegations contained in Paragraph 2322 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2322 and, therefore, Teva denies same.

2323. The allegations contained in Paragraph 2323 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2323 and, therefore, Teva denies same.

2324. The allegations contained in Paragraph 2324 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2324 and, therefore, Teva denies same.

2325. The allegations contained in Paragraph 2325 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2325 and, therefore, Teva denies same.

2326. The allegations contained in Paragraph 2326 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2326 and, therefore, Teva denies same.

2327. The allegations contained in Paragraph 2327 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2327 and, therefore, Teva denies same.

2328. The allegations contained in Paragraph 2328 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2328 and, therefore, Teva denies same.

2329. The allegations contained in Paragraph 2329 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2329 and, therefore, Teva denies same.

2330. The allegations contained in Paragraph 2330 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2330 and, therefore, Teva denies same.

2331. The allegations contained in Paragraph 2331 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2331 and, therefore, Teva denies same.

2332. The allegations contained in Paragraph 2332 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2332 and, therefore, Teva denies same.

2333. The allegations contained in Paragraph 2333 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2333 and, therefore, Teva denies same.

2334. The allegations contained in Paragraph 2334 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2334 and, therefore, Teva denies same.

2335. The allegations contained in Paragraph 2335 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2335 and, therefore, Teva denies same.

2336. The allegations contained in Paragraph 2336 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2336 and, therefore, Teva denies same.

2337. The allegations contained in Paragraph 2337 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2337 and, therefore, Teva denies same.

2338. The allegations contained in Paragraph 2338 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2338 and, therefore, Teva denies same.

2339. The allegations contained in Paragraph 2339 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2339 and, therefore, Teva denies same.

2340. The allegations contained in Paragraph 2340 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2340 and, therefore, Teva denies same.

2341. The allegations contained in Paragraph 2341 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2341 and, therefore, Teva denies same.

2342. The allegations contained in Paragraph 2342 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2342 and, therefore, Teva denies same.

2343. The allegations contained in Paragraph 2343 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2343 and, therefore, Teva denies same.

2344. The allegations contained in Paragraph 2344 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2344 and, therefore, Teva denies same.

2345. The allegations contained in Paragraph 2345 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2345 and, therefore, Teva denies same.

2346. The allegations contained in Paragraph 2346 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2346 and, therefore, Teva denies same.

2347. The allegations contained in Paragraph 2347 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2347 and, therefore, Teva denies same.

**B. Sandoz Coordinates with Aurobindo to Allocate Markets for Oxacillin Sodium and Nafcillin Sodium Injectable Vials**

2348. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2348 and, therefore, Teva denies same.

2349. The allegations contained in Paragraph 2349 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2349 and, therefore, Teva denies same.

2350. The allegations contained in Paragraph 2350 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2350 and, therefore, Teva denies same.

2351. The allegations contained in Paragraph 2351 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2351 and, therefore, Teva denies same.

2352. The allegations contained in Paragraph 2352 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2352 and, therefore, Teva denies same.

2353. The allegations contained in Paragraph 2353 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2353 and, therefore, Teva denies same.

2354. The allegations contained in Paragraph 2354 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2354 and, therefore, Teva denies same.

2355. The allegations contained in Paragraph 2355 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2355 and, therefore, Teva denies same.

2356. The allegations contained in Paragraph 2356 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2356 and, therefore, Teva denies same.

2357. The allegations contained in Paragraph 2357 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2357 and, therefore, Teva denies same.

### C. Glenmark Leads Price Increases on Ciclopirox Cream and Mometasone Furoate

2358. The allegations contained in Paragraph 2358 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2358 and, therefore, Teva denies same.

2359. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2359 and, therefore, Teva denies same.

2360. The allegations contained in Paragraph 2360 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2360 and, therefore, Teva denies same.

2361. The allegations contained in Paragraph 2361 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2361 and, therefore, Teva denies same.

2362. The allegations contained in Paragraph 2362 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2362 and, therefore, Teva denies same.

2363. The allegations contained in Paragraph 2363 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2363 and, therefore, Teva denies same.

2364. The allegations contained in Paragraph 2364 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2364 and, therefore, Teva denies same.

2365. The allegations contained in Paragraph 2365 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2365 and, therefore, Teva denies same.

2366. The allegations contained in Paragraph 2366 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2366 and, therefore, Teva denies same.

2367. The allegations contained in Paragraph 2367 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2367 and, therefore, Teva denies same.

2368. The allegations contained in Paragraph 2368 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2368 and, therefore, Teva denies same.

2369. The allegations contained in Paragraph 2369 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2369 and, therefore, Teva denies same.

2370. The allegations contained in Paragraph 2370 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2370 and, therefore, Teva denies same.

2371. The allegations contained in Paragraph 2371 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2371 and, therefore, Teva denies same.

2372. The allegations contained in Paragraph 2372 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2372 and, therefore, Teva denies same.

2373. The allegations contained in Paragraph 2373 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2373 and, therefore, Teva denies same.

2374. The allegations contained in Paragraph 2374 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2374 and, therefore, Teva denies same.

2375. The allegations contained in Paragraph 2375 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2375 and, therefore, Teva denies same.

2376. The allegations contained in Paragraph 2376 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2376 and, therefore, Teva denies same.

**D. Nisha Patel's First List of Increase Candidates: Adapalene Gel; Nabumetone; Fluconazole Tablets; Ranitidine; Moexipril; Moexipril HCTZ; Pravastatin; and Ondansetron**

2377. Teva denies the allegations contained in Paragraph 2377 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2377 and, therefore, Teva denies same.

2378. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks

knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2378 and, therefore, Teva denies same.

2379. Teva denies the allegations contained in Paragraph 2379 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2379 and, therefore, Teva denies same.

2380. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2380 and, therefore, Teva denies same.

2381. Teva denies the allegations contained in Paragraph 2381 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2381 and, therefore, Teva denies same.

2382. Teva denies the allegations contained in Paragraph 2382 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2382 and, therefore, Teva denies same.

2383. Teva denies the allegations contained in Paragraph 2383 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2383 and, therefore, Teva denies same.

1. Glenmark

2384. Teva denies the allegations contained in Paragraph 2384 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2384 and, therefore, Teva denies same.

2385. Teva denies the allegations contained in Paragraph 2385 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2385 and, therefore, Teva denies same.

2386. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2386 and, therefore, Teva denies same.

2387. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2387 and, therefore, Teva denies same.

2388. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2388 and, therefore, Teva denies same.

2389. Teva denies the allegations contained in Paragraph 2389 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2389 and, therefore, Teva denies same.

2390. Teva denies the allegations contained in Paragraph 2390 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2390 and, therefore, Teva denies same.

2391. Teva denies the allegations contained in Paragraph 2391 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2391 and, therefore, Teva denies same.

2392. Teva denies the allegations contained in Paragraph 2392 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2392 and, therefore, Teva denies same.

2393. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations in Paragraph 2393 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2393 and, therefore, Teva denies same.

2. Sandoz

2394. Teva denies the allegations contained in Paragraph 2394 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2394 and, therefore, Teva denies same.

2395. Teva denies the allegations contained in Paragraph 2395 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2395 and, therefore, Teva denies same.

2396. Teva denies the allegations contained in Paragraph 2396 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2396 and, therefore, Teva denies same.

2397. Teva denies the allegations contained in Paragraph 2397 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2397 and, therefore, Teva denies same.

2398. Teva denies the allegations contained in Paragraph 2398 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2398 and, therefore, Teva denies same.

2399. Teva denies the allegations contained in Paragraph 2399 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2399 and, therefore, Teva denies same.

2400. Teva denies the allegations contained in Paragraph 2400 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2400 and, therefore, Teva denies same.

2401. Teva denies the allegations contained in Paragraph 2401 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2401 and, therefore, Teva denies same.

2402. Teva denies the allegations contained in Paragraph 2402 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2402 and, therefore, Teva denies same.

2403. Teva denies the allegations contained in Paragraph 2403 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2403 and, therefore, Teva denies same.

2404. Teva denies the allegations contained in Paragraph 2404 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2404 and, therefore, Teva denies same.

3. Taro

2405. Teva denies the allegations contained in Paragraph 2405 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2405 and, therefore, Teva denies same.

2406. Teva denies the allegations contained in Paragraph 2406 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2406 and, therefore, Teva denies same.

2407. Teva denies the allegations contained in Paragraph 2407 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2407 and, therefore, Teva denies same.

2408. Teva denies the allegations contained in Paragraph 2408 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2408 and, therefore, Teva denies same.

**E. Nisha Patel's July 3, 2013 Price Increases: Adapalene Gel, Cefaclor ER Tablets, Cefadroxil Tablets, Cefdinir Capsules and Oral Suspension, Cefprozil Tablets, Cimedine Tablets, Doxazosin Mesylate Tablets, Fluconazole Tablets, Fluocinonide Cream, Gel, and Ointment, Methotrexate Tablets, Moexipril HCL Tablets, Moexipril HCL/HCTZ Tablets, Nabumetone Tablets, Nadolol Tablets, Oxybutynin Chloride Tablets, Prazosin HCL Capsules, and Ranitidine HCL Tablets**

2409. Teva denies the allegations contained in Paragraph 2409 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2409 and, therefore, Teva denies same.

2410. Teva denies the allegations contained in Paragraph 2410 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2410 and, therefore, Teva denies same.

2411. Teva denies the allegations contained in Paragraph 2411 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2411 and, therefore, Teva denies same.

2412. Teva denies the allegations contained in Paragraph 2412 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2412 and, therefore, Teva denies same.

2413. Teva denies the allegations contained in Paragraph 2413 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2413 and, therefore, Teva denies same.

1. Upsher-Smith

2414. Teva denies the allegations contained in Paragraph 2414 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2414 and, therefore, Teva denies same.

2415. Teva admits the allegations contained in Paragraph 2415.

2416. Teva denies the allegations contained in Paragraph 2416 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2416 and, therefore, Teva denies same.

2417. Teva denies the allegations contained in Paragraph 2417 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2417 and, therefore, Teva denies same.

2418. Teva denies the allegations contained in Paragraph 2418 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2418 and, therefore, Teva denies same.

2419. Teva denies the allegations contained in Paragraph 2419 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2419 and, therefore, Teva denies same.

2420. Teva denies the allegations contained in Paragraph 2420 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2420 and, therefore, Teva denies same.

2421. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations in Paragraph 2421 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2421 and, therefore, Teva denies same.

2. Mylan

2422. Teva denies the allegations contained in Paragraph 2422 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2422 and, therefore, Teva denies same.

2423. Teva denies the allegations contained in Paragraph 2423 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2423 and, therefore, Teva denies same.

2424. Teva denies the allegations contained in Paragraph 2424 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2424 and, therefore, Teva denies same.

2425. Teva denies the allegations contained in Paragraph 2425 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2425 and, therefore, Teva denies same.

2426. Teva denies the allegations contained in Paragraph 2426 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2426 and, therefore, Teva denies same.

2427. Teva denies the allegations contained in Paragraph 2427 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2427 and, therefore, Teva denies same.

2428. Teva denies the allegations contained in Paragraph 2428 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2428 and, therefore, Teva denies same.

2429. Teva denies the allegations contained in Paragraph 2429 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2429 and, therefore, Teva denies same.

2430. Teva denies the allegations contained in Paragraph 2430 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2430 and, therefore, Teva denies same.

2431. Teva denies the allegations contained in Paragraph 2431 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2431 and, therefore, Teva denies same.

2432. Teva denies the allegations contained in Paragraph 2432 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2432 and, therefore, Teva denies same.

2433. Teva denies the allegations contained in Paragraph 2433 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2433 and, therefore, Teva denies same.

2434. Teva denies the allegations contained in Paragraph 2434 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2434 and, therefore, Teva denies same.

2435. Teva denies the allegations contained in Paragraph 2435 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2435 and, therefore, Teva denies same.

2436. Teva denies the allegations contained in Paragraph 2436 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2436 and, therefore, Teva denies same.

3. Sandoz

2437. Teva denies the allegations contained in Paragraph 2437 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2437 and, therefore, Teva denies same.

2438. The allegations contained in Paragraph 2438 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2438 and, therefore, Teva denies same.

2439. Teva denies the allegations contained in Paragraph 2439 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2439 and, therefore, Teva denies same.

2440. The allegations contained in Paragraph 2440 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2440 and, therefore, Teva denies same.

2441. Teva denies the allegations contained in Paragraph 2441 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2441 and, therefore, Teva denies same.

**F. Summer 2013: Sandoz and Mylan Coordinate to Orchestrate Price Increases on Diltiazem HCL, Haloperidol, Clomipramine, Tizanidine, Levothyroxine, and Nadolol**

2442. Teva denies the allegations contained in Paragraph 2442 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2442 and, therefore, Teva denies same.

2443. Teva denies the allegations contained in Paragraph 2443 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2443 and, therefore, Teva denies same.

2444. Teva denies the allegations contained in Paragraph 2444 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2444 and, therefore, Teva denies same.

2445. The allegations contained in Paragraph 2445 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2445 and, therefore, Teva denies same.

2446. The allegations contained in Paragraph 2446 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2446 and, therefore, Teva denies same.

2447. The allegations contained in Paragraph 2447 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2447 and, therefore, Teva denies same.

2448. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations in Paragraph 2448 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2448 and, therefore, Teva denies same.

1. Haloperidol and Trifluoperazine HCL

2449. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2449 and, therefore, Teva denies same.

2450. The allegations contained in Paragraph 2450 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2450 and, therefore, Teva denies same.

2451. The allegations contained in Paragraph 2451 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2451 and, therefore, Teva denies same.

2452. The allegations contained in Paragraph 2452 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2452 and, therefore, Teva denies same.

2453. The allegations contained in Paragraph 2453 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2453 and, therefore, Teva denies same.

2454. The allegations contained in Paragraph 2454 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2454 and, therefore, Teva denies same.

2455. The allegations contained in Paragraph 2455 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2455 and, therefore, Teva denies same.

2456. The allegations contained in Paragraph 2456 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2456 and, therefore, Teva denies same.

2457. The allegations contained in Paragraph 2457 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2457 and, therefore, Teva denies same.

2458. The allegations contained in Paragraph 2458 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2458 and, therefore, Teva denies same.

2. Tizanidine

2459. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2459 and, therefore, Teva denies same.

2460. The allegations contained in Paragraph 2460 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2460 and, therefore, Teva denies same.

2461. The allegations contained in Paragraph 2461 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2461 and, therefore, Teva denies same.

2462. The allegations contained in Paragraph 2462 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2462 and, therefore, Teva denies same.

2463. The allegations contained in Paragraph 2463 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2463 and, therefore, Teva denies same.

2464. The allegations contained in Paragraph 2464 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2464 and, therefore, Teva denies same.

2465. The allegations contained in Paragraph 2465 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2465 and, therefore, Teva denies same.

2466. The allegations contained in Paragraph 2466 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2466 and, therefore, Teva denies same.

2467. The allegations contained in Paragraph 2467 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2467 and, therefore, Teva denies same.

2468. The allegations contained in Paragraph 2468 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2468 and, therefore, Teva denies same.

## G. Enalapril Maleate

2469. Teva denies the allegations contained in Paragraph 2469 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2469 and, therefore, Teva denies same.

2470. Teva admits the allegations contained in Paragraph 2470.

2471. Teva denies the allegations contained in Paragraph 2471 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2471 and, therefore, Teva denies same.

2472. Teva denies the allegations contained in Paragraph 2472 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2472 and, therefore, Teva denies same.

2473. Teva denies the allegations contained in Paragraph 2473 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2473 and, therefore, Teva denies same.

2474. Teva denies the allegations contained in Paragraph 2474 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2474 and, therefore, Teva denies same.

2475. Teva denies the allegations contained in Paragraph 2475 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2475 and, therefore, Teva denies same.

2476. Teva denies the allegations contained in Paragraph 2476 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2476 and, therefore, Teva denies same.

2477. Teva denies the allegations contained in Paragraph 2477 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2477 and, therefore, Teva denies same.

2478. Teva denies the allegations contained in Paragraph 2478 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2478 and, therefore, Teva denies same.

2479. Teva denies the allegations contained in Paragraph 2479 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2479 and, therefore, Teva denies same.

2480. Teva denies the allegations contained in Paragraph 2480 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2480 and, therefore, Teva denies same.

2481. Teva denies the allegations contained in Paragraph 2481 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2481 and, therefore, Teva denies same.

2482. Teva denies the allegations contained in Paragraph 2482 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2482 and, therefore, Teva denies same.

2483. Teva denies the allegations contained in Paragraph 2483 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2483 and, therefore, Teva denies same.

### H. August 9, 2013 Price Increases ("Patel's Round 2"): Amiloride HCL/HCTZ Tablets, Clemastine Fumarate Oral Liquid and Tablets, Diclofenac Tablets, Diltiazem HCL Tablets, Etodolac ER Tablets, Ketoprofen Capsules, Ketorolac Tablets, Pravastatin Tablets, Tometin Sodium Capsules

2484. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2484 directed toward it. Teva lacks

knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2484 and, therefore, Teva denies same.

2485. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2485 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2485 and, therefore, Teva denies same.

2486. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2486 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2486 and, therefore, Teva denies same.

2487. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2487 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2487 and, therefore, Teva denies same.

2488. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2488 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2488 and, therefore, Teva denies same.

2489. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2489 and, therefore, Teva denies same.

2490. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2490 and, therefore, Teva denies same.

2491. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2491 and, therefore, Teva denies same.

2492. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2492 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2492 and, therefore, Teva denies same.

2493. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2493 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2493 and, therefore, Teva denies same.

2494. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2494 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2494 and, therefore, Teva denies same.

1. Mylan

2495. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2495 directed toward it. Teva lacks

knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2495 and, therefore, Teva denies same.

2496. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2496 and, therefore, Teva denies same.

2497. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2497 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2497 and, therefore, Teva denies same.

2498. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2498 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2498 and, therefore, Teva denies same.

2499. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2499 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2499 and, therefore, Teva denies same.

2500. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2500 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2500 and, therefore, Teva denies same.

2501. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2501 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2501 and, therefore, Teva denies same.

2502. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2502 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2502 and, therefore, Teva denies same.

2. Etodolac

2503. Teva admits the allegations contained in Paragraph 2503.

2504. Teva denies the allegations contained in Paragraph 2504 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2504 and, therefore, Teva denies same.

2505. Teva denies the allegations contained in Paragraph 2505 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2505 and, therefore, Teva denies same.

2506. The allegations contained in Paragraph 2506 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2506 and, therefore, Teva denies same.

2507. Teva denies the allegations contained in Paragraph 2507 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2507 and, therefore, Teva denies same.

2508. The allegations contained in Paragraph 2508 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2508 and, therefore, Teva denies same.

2509. Teva denies the allegations contained in Paragraph 2509 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2509 and, therefore, Teva denies same.

2510. Teva denies the allegations contained in Paragraph 2510 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2510 and, therefore, Teva denies same.

2511. Teva denies the allegations contained in Paragraph 2511 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2511 and, therefore, Teva denies same.

2512. Teva denies the allegations contained in Paragraph 2512 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2512 and, therefore, Teva denies same.

2513. Teva denies the allegations contained in Paragraph 2513 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2513 and, therefore, Teva denies same.

2514. The allegations contained in Paragraph 2514 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2514 and, therefore, Teva denies same.

2515. The allegations contained in Paragraph 2515 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2515 and, therefore, Teva denies same.

2516. Teva denies the allegations contained in Paragraph 2516 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2516 and, therefore, Teva denies same.

2517. Teva denies the allegations contained in Paragraph 2517 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2517 and, therefore, Teva denies same.

2518. The allegations contained in Paragraph 2518 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2518 and, therefore, Teva denies same.

2519. Teva denies the allegations contained in Paragraph 2519 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2519 and, therefore, Teva denies same.

2520. Teva denies the allegations contained in Paragraph 2520 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2520 and, therefore, Teva denies same.

2521. Teva denies the allegations contained in Paragraph 2521 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2521 and, therefore, Teva denies same.

2522. Teva denies the allegations contained in Paragraph 2522 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2522 and, therefore, Teva denies same.

2523. Teva denies the allegations contained in Paragraph 2523 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2523 and, therefore, Teva denies same.

3. Impact of Price Increases

2524. Teva denies the allegations contained in Paragraph 2524 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2524 and, therefore, Teva denies same.

2525. Teva denies the allegations contained in Paragraph 2525 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2525 and, therefore, Teva denies same.

2526. Teva denies the allegations contained in Paragraph 2526 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2526 and, therefore, Teva denies same.

4. Price Increase Hiatus

2527. Teva denies the allegations contained in Paragraph 2527 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2527 and, therefore, Teva denies same.

2528. Teva denies the allegations contained in Paragraph 2528 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2528 and, therefore, Teva denies same.

2529. Teva denies the allegations contained in Paragraph 2529 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2529 and, therefore, Teva denies same.

2530. Teva denies the allegations contained in Paragraph 2530 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2530 and, therefore, Teva denies same.

2531. Teva denies the allegations contained in Paragraph 2531 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2531 and, therefore, Teva denies same.

**I. March 7, 2014: (Niacin ER)**

2532. Teva admits the allegations contained in Paragraph 2532.

2533. Teva denies the allegations contained in Paragraph 2533 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2533 and, therefore, Teva denies same.

2534. Teva denies the allegations contained in Paragraph 2534 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2534 and, therefore, Teva denies same.

2535. Teva denies the allegations contained in Paragraph 2535 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2535 and, therefore, Teva denies same.

2536. Teva denies the allegations contained in Paragraph 2536 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2536 and, therefore, Teva denies same.

2537. Teva denies the allegations contained in Paragraph 2537 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2537 and, therefore, Teva denies same.

2538. Teva denies the allegations contained in Paragraph 2538 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2538 and, therefore, Teva denies same.

2539. Teva denies the allegations contained in Paragraph 2539 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2539 and, therefore, Teva denies same.

2540. Teva denies the allegations contained in Paragraph 2540 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2540 and, therefore, Teva denies same.

2541. Teva denies the allegations contained in Paragraph 2541 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2541 and, therefore, Teva denies same.

2542. Teva denies the allegations contained in Paragraph 2542 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2542 and, therefore, Teva denies same.

2543. Teva denies the allegations contained in Paragraph 2543 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2543 and, therefore, Teva denies same.

**J. April 4, 2014 Price Increases: Azithromycin Suspension and Oral Suspension, Bumetanide Tablets, Cephalexin Suspension, Clarithromycin ER Tablets, Cyproheptadine HCL Tablets, Dicloxacillin Sodium Capsules, Diflunisal Tablets, Estazolam Tablets, Ethosuximide Capsules and Oral Suspension, Hydroxyzine**

**Pamoate Capsules, Ketoconazole (Cream and Tablets), Medroxyprogesterone Tablets, Estradiol/Norethindrone Acetate Tablets, Nystatin Oral Tablets, Pentoxifylline Tablets, Tamoxifen Citrate Tablets, Theophylline ER Tablets**

2544. Teva denies the allegations contained in Paragraph 2544 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2544 and, therefore, Teva denies same.

2545. Teva denies the allegations contained in Paragraph 2545 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2545 and, therefore, Teva denies same.

2546. Teva denies the allegations contained in Paragraph 2546 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2546 and, therefore, Teva denies same.

2547. Teva denies the allegations contained in Paragraph 2547 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2547 and, therefore, Teva denies same.

2548. Teva denies the allegations contained in Paragraph 2548 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2548 and, therefore, Teva denies same.

2549. Teva denies the allegations contained in Paragraph 2549 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2549 and, therefore, Teva denies same.

2550. Teva denies the allegations contained in Paragraph 2550 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2550 and, therefore, Teva denies same.

2551. Teva denies the allegations contained in Paragraph 2551 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2551 and, therefore, Teva denies same.

2552. Teva denies the allegations contained in Paragraph 2552 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2552 and, therefore, Teva denies same.

2553. Teva denies the allegations contained in Paragraph 2553 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2553 and, therefore, Teva denies same.

2554. Teva denies the allegations contained in Paragraph 2554 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2554 and, therefore, Teva denies same.

2555. Teva denies the allegations contained in Paragraph 2555 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2555 and, therefore, Teva denies same.

1. Lupin (Cephalexin Oral Suspension)

2556. Teva denies the allegations contained in Paragraph 2556 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2556 and, therefore, Teva denies same.

2557. Teva denies the allegations contained in Paragraph 2557 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2557 and, therefore, Teva denies same.

2558. Teva denies the allegations contained in Paragraph 2558 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2558 and, therefore, Teva denies same.

2559. Teva denies the allegations contained in Paragraph 2559 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2559 and, therefore, Teva denies same.

2560. Teva denies the allegations contained in Paragraph 2560 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2560 and, therefore, Teva denies same.

2561. Teva denies the allegations contained in Paragraph 2561 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2561 and, therefore, Teva denies same.

2562. Teva denies the allegations contained in Paragraph 2562 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2562 and, therefore, Teva denies same.

2563. Teva denies the allegations contained in Paragraph 2563 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2563 and, therefore, Teva denies same.

2564. Teva denies the allegations contained in Paragraph 2564 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2564 and, therefore, Teva denies same.

2565. Teva denies the allegations contained in Paragraph 2565 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2565 and, therefore, Teva denies same.

2566. Teva denies the allegations contained in Paragraph 2566 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2566 and, therefore, Teva denies same.

2. Greenstone (Azithromycin Oral Suspension, Azithromycin Suspension, and Medroxyprogesterone Tablets)

2567. Teva denies the allegations contained in Paragraph 2567 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2567 and, therefore, Teva denies same.

2568. Teva denies the allegations contained in Paragraph 2568 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2568 and, therefore, Teva denies same.

2569. Teva denies the allegations contained in Paragraph 2569 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2569 and, therefore, Teva denies same.

2570. Teva denies the allegations contained in Paragraph 2570 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2570 and, therefore, Teva denies same.

2571. Teva denies the allegations contained in Paragraph 2571 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2571 and, therefore, Teva denies same.

2572. Teva denies the allegations contained in Paragraph 2572 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2572 and, therefore, Teva denies same.

2573. Teva denies the allegations contained in Paragraph 2573 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2573 and, therefore, Teva denies same.

2574. Teva denies the allegations contained in Paragraph 2574 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2574 and, therefore, Teva denies same.

3. Teva (Clarithromycin ER Tablets, Tamoxifen Citrate and Estazolam)

2575. Teva denies the allegations contained in Paragraph 2575 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2575 and, therefore, Teva denies same.

2576. Teva denies the allegations contained in Paragraph 2576 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2576 and, therefore, Teva denies same.

2577. Teva denies the allegations contained in Paragraph 2577 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2577 and, therefore, Teva denies same.

2578. Teva denies the allegations contained in Paragraph 2578 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2578 and, therefore, Teva denies same.

2579. Teva denies the allegations contained in Paragraph 2579 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2579 and, therefore, Teva denies same.

2580. Teva denies the allegations contained in Paragraph 2580 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2580 and, therefore, Teva denies same.

2581. Teva denies the allegations contained in Paragraph 2581 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2581 and, therefore, Teva denies same.

2582. Teva denies the allegations contained in Paragraph 2582 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2582 and, therefore, Teva denies same.

2583. Teva denies the allegations contained in Paragraph 2583 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2583 and, therefore, Teva denies same.

2584. Teva denies the allegations contained in Paragraph 2584 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2584 and, therefore, Teva denies same.

2585. Teva denies the allegations contained in Paragraph 2585 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2585 and, therefore, Teva denies same.

2586. Teva denies the allegations contained in Paragraph 2586 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2586 and, therefore, Teva denies same.

2587. Teva denies the allegations contained in Paragraph 2587 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2587 and, therefore, Teva denies same.

2588. Teva denies the allegations contained in Paragraph 2588 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2588 and, therefore, Teva denies same.

2589. Teva denies the allegations contained in Paragraph 2589 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2589 and, therefore, denies same.

4. Multiple Manufacturers (Ketoconazole Cream and Tablets)

2590. Teva denies the allegations contained in Paragraph 2590 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2590 and, therefore, Teva denies same.

2591. Teva denies the allegations contained in Paragraph 2591 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2591 and, therefore, Teva denies same.

2592. Teva denies the allegations contained in Paragraph 2592 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2592 and, therefore, Teva denies same.

2593. Teva denies the allegations contained in Paragraph 2593 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2593 and, therefore, Teva denies same.

2594. The allegations contained in Paragraph 2594 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2594 and, therefore, Teva denies same.

2595. The allegations contained in Paragraph 2595 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2595 and, therefore, Teva denies same.

2596. Teva denies the allegations contained in Paragraph 2596 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2596 and, therefore, Teva denies same.

2597. Teva denies the allegations contained in Paragraph 2597 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2597 and, therefore, Teva denies same.

2598. Teva denies the allegations contained in Paragraph 2598 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2598 and, therefore, Teva denies same.

2599. Teva denies the allegations contained in Paragraph 2599 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2599 and, therefore, Teva denies same.

2600. Teva denies the allegations contained in Paragraph 2600 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2600 and, therefore, Teva denies same.

2601. Teva denies the allegations contained in Paragraph 2601 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2601 and, therefore, Teva denies same.

2602. Teva denies the allegations contained in Paragraph 2602 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2602 and, therefore, Teva denies same.

2603. Teva denies the allegations contained in Paragraph 2603 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2603 and, therefore, Teva denies same.

2604. Teva denies the allegations contained in Paragraph 2604 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2604 and, therefore, Teva denies same.

5. New Relationships Emerge

2605. Teva denies the allegations contained in Paragraph 2605 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2605 and, therefore, Teva denies same.

(a) Breckenridge

2606. Teva denies the allegations contained in Paragraph 2606 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2606 and, therefore, Teva denies same.

2607. Teva denies the allegations contained in Paragraph 2607 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2607 and, therefore, Teva denies same.

2608. Teva denies the allegations contained in Paragraph 2608 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2608 and, therefore, Teva denies same.

2609. Teva denies the allegations contained in Paragraph 2609 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2609 and, therefore, Teva denies same.

2610. Teva denies the allegations contained in Paragraph 2610 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2610 and, therefore, Teva denies same.

2611. Teva denies the allegations contained in Paragraph 2611 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2611 and, therefore, Teva denies same.

2612. Teva denies the allegations contained in Paragraph 2612 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2612 and, therefore, Teva denies same.

2613. Teva denies the allegations contained in Paragraph 2613 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2613 and, therefore, Teva denies same.

(b) Rising

2614. Teva denies the allegations contained in Paragraph 2614 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2614 and, therefore, Teva denies same.

2615. Teva denies the allegations contained in Paragraph 2615 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2615 and, therefore, Teva denies same.

2616. Teva denies the allegations contained in Paragraph 2616 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2616 and, therefore, Teva denies same.

2617. Teva denies the allegations contained in Paragraph 2617 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2617 and, therefore, Teva denies same.

2618. Teva denies the allegations contained in Paragraph 2618 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2618 and, therefore, Teva denies same.

2619. Teva denies the allegations contained in Paragraph 2619 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2619 and, therefore, Teva denies same.

2620. Teva denies the allegations contained in Paragraph 2620 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2620 and, therefore, Teva denies same.

(c) Versapharm

2621. Teva denies the allegations contained in Paragraph 2621 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2621 and, therefore, Teva denies same.

2622. Teva denies the allegations contained in Paragraph 2622 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2622 and, therefore, Teva denies same.

2623. Teva denies the allegations contained in Paragraph 2623 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2623 and, therefore, Teva denies same.

2624. Teva denies the allegations contained in Paragraph 2624 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2624 and, therefore, Teva denies same.

2625. Teva denies the allegations contained in Paragraph 2625 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2625 and, therefore, Teva denies same.

2626. Teva denies the allegations contained in Paragraph 2626 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2626 and, therefore, Teva denies same.

6. Valeant

2627. Teva denies the allegations contained in Paragraph 2627 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2627 and, therefore, Teva denies same.

2628. Teva denies the allegations contained in Paragraph 2628 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2628 and, therefore, Teva denies same.

7. Impact

2629. Teva denies the allegations contained in Paragraph 2629 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2629 and, therefore, Teva denies same.

**K. August 28, 2014 Price Increases: Amiloride HCL/HCTZ Tablets, Amoxicillin/Clavulanate Chewable Tablets, Carbamazepine Chewable Tablets, Carbamazepine Tablets, Clemastine Fumarate Tablets, Clotrimazole Solution, Desmopressin Acetate Tablets, Diclofenac Potassium Tablets, Disopyramide Phosphate Capsules, Enalapril Maleate Tablets, Epitol Tablets, Flurbiprofen Tablets, Flutamide Capsules, Fluvastatin Sodium Capsules, Hydroxyurea Capsules, Loperamide HCL Capsules, Penicillin VK Tablets, Prazosin HCL Capsules, Prochlorperazine Tablets, Topiramate Sprinkle Capsules, Warfarin Sodium Tablets**

2630. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Clotrimazole. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2630 and, therefore, Teva denies same.

2631. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Clotrimazole. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2631 and, therefore, Teva denies same.

2632. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Clotrimazole. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2632 and, therefore, Teva denies same.

2633. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2633 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2633 and, therefore, Teva denies same.

2634. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2634 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2634 and, therefore, Teva denies same.

2635. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2635 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2635 and, therefore, Teva denies same.

2636. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2636 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2636 and, therefore, Teva denies same.

2637. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2637 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2637 and, therefore, Teva denies same.

1. Mylan

2638. Teva denies the allegations contained in Paragraph 2638 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2638 and, therefore, Teva denies same.

2639. Teva denies the allegations contained in Paragraph 2639 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2639 and, therefore, Teva denies same.

2640. Teva denies the allegations contained in Paragraph 2640 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2640 and, therefore, Teva denies same.

2641. Teva denies the allegations contained in Paragraph 2641 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2641 and, therefore, Teva denies same.

2642. Teva denies the allegations contained in Paragraph 2642 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2642 and, therefore, Teva denies same.

2643. Teva denies the allegations contained in Paragraph 2643 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2643 and, therefore, Teva denies same.

2644. Teva denies the allegations contained in Paragraph 2644 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2644 and, therefore, Teva denies same.

2645. Teva denies the allegations contained in Paragraph 2645 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2645 and, therefore, Teva denies same.

2646. Teva denies the allegations contained in Paragraph 2646 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2646 and, therefore, Teva denies same.

2647. Teva denies the allegations contained in Paragraph 2647 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2647 and, therefore, Teva denies same.

2648. Teva denies the allegations contained in Paragraph 2648 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2648 and, therefore, Teva denies same.

2649. Teva denies the allegations contained in Paragraph 2649 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2649 and, therefore, Teva denies same.

2650. Teva denies the allegations contained in Paragraph 2650 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2650 and, therefore, Teva denies same.

2651. Teva denies the allegations contained in Paragraph 2651 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2651 and, therefore, Teva denies same.

2. Taro

2652. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Clotrimazole. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2652 and, therefore, Teva denies same.

2653. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Clotrimazole. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2653 and, therefore, Teva denies same.

2654. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Clotrimazole. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2654 and, therefore, Teva denies same.

2655. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Clotrimazole. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2655 and, therefore, Teva denies same.

2656. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2656 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2656 and, therefore, Teva denies same.

2657. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2657 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2657 and, therefore, Teva denies same.

2658. Teva denies the allegations contained in Paragraph 2658 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2658 and, therefore, Teva denies same.

2659. The allegations contained in Paragraph 2659 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2659 and, therefore, Teva denies same.

2660. Teva denies the allegations contained in Paragraph 2660 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2660 and, therefore, Teva denies same.

2661. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Clotrimazole. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2661 and, therefore, Teva denies same.

2662. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2662 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2662 and, therefore, Teva denies same.

2663. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2663 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2663 and, therefore, Teva denies same.

2664. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2664 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2664 and, therefore, Teva denies same.

2665. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Clotrimazole. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2665 and, therefore, Teva denies same.

3. Zydus

2666. Teva denies the allegations contained in Paragraph 2666 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2666 and, therefore, Teva denies same.

2667. Teva denies the allegations contained in Paragraph 2667 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2667 and, therefore, Teva denies same.

2668. Teva denies the allegations contained in Paragraph 2668 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2668 and, therefore, Teva denies same.

2669. Teva denies the allegations contained in Paragraph 2669 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2669 and, therefore, Teva denies same.

2670. Teva denies the allegations contained in Paragraph 2670 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2670 and, therefore, Teva denies same.

2671. Teva denies the allegations contained in Paragraph 2671 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2671 and, therefore, Teva denies same.

4. Competitors Follow Teva

2672. Teva denies the allegations contained in Paragraph 2672 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2672 and, therefore, Teva denies same.

2673. Teva denies the allegations contained in Paragraph 2673 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2673 and, therefore, Teva denies same.

2674. Teva denies the allegations contained in Paragraph 2674 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2674 and, therefore, Teva denies same.

2675. Teva denies the allegations contained in Paragraph 2675 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2675 and, therefore, Teva denies same.

2676. Teva denies the allegations contained in Paragraph 2676 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2676 and, therefore, Teva denies same.

**L. January 28, 2015 Price Increases: Bethanechol Chloride Tablets, Ciprofloxacin HCL Tablets, Diltiazem HCL Tablets, Estradiol Tablets, Fluoxetine HCL Tablets, Glimepiride Tablets, Griseofulvin Suspension, Isoniazid, Ketoprofen Capsules, Ketorolac Tromethamine Tablets, Nortriptyline HCL Capsules, Propranolol**

2677. Teva denies the allegations contained in Paragraph 2677 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2677 and, therefore, Teva denies same.

2678. Teva denies the allegations contained in Paragraph 2678 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2678 and, therefore, Teva denies same.

2679. Teva denies the allegations contained in Paragraph 2679 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2679 and, therefore, Teva denies same.

2680. Teva denies the allegations contained in Paragraph 2680 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2680 and, therefore, Teva denies same.

2681. Teva denies the allegations contained in Paragraph 2681 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2681 and, therefore, Teva denies same.

2682. Teva denies the allegations contained in Paragraph 2682 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2682 and, therefore, Teva denies same.

1. Ciprofloxacin HCL and Glimepiride

2683. Teva admits the allegations contained in Paragraph 2683.

2684. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2684 and, therefore, Teva denies same.

2685. The allegations contained in Paragraph 2685 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2685 and, therefore, Teva denies same.

2686. Teva denies the allegations contained in Paragraph 2686 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2686 and, therefore, Teva denies same.

2687. Teva denies the allegations contained in Paragraph 2687 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2687 and, therefore, Teva denies same.

2688. Teva denies the allegations contained in Paragraph 2688 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2688 and, therefore, Teva denies same.

2689. Teva denies the allegations contained in Paragraph 2689 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2689 and, therefore, Teva denies same.

2690. Teva denies the allegations contained in Paragraph 2690 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2690 and, therefore, Teva denies same.

2691. Teva denies the allegations contained in Paragraph 2691 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2691 and, therefore, Teva denies same.

2692. Teva denies the allegations contained in Paragraph 2692 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2692 and, therefore, Teva denies same.

2. Griseofulvin

2693. Teva admits the allegations contained in Paragraph 2693.

2694. The allegations contained in Paragraph 2694 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2694 and, therefore, Teva denies same.

2695. Teva denies the allegations contained in Paragraph 2695 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2695 and, therefore, Teva denies same.

2696. The allegations contained in Paragraph 2694 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2694 and, therefore, Teva denies same.

2697. Teva denies the allegations contained in Paragraph 2697 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2697 and, therefore, Teva denies same.

2698. Teva denies the allegations contained in Paragraph 2698 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2698 and, therefore, Teva denies same.

2699. Teva denies the allegations contained in Paragraph 2699 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2699 and, therefore, Teva denies same.

## XIV. AFTER SUCCESSFULLY COLLUDING, DEFENDANTS' QUALITY RANKINGS IMPROVE

2700. Teva denies the allegations contained in Paragraph 2700 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2700 and, therefore, Teva denies same.

2701. Teva denies the allegations contained in Paragraph 2701 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2701 and, therefore, Teva denies same.

### A. Apotex

2702. Teva denies the allegations contained in Paragraph 2702 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2702 and, therefore, Teva denies same.

2703. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2703 and, therefore, Teva denies same.

2704. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2704 and, therefore, Teva denies same.

2705. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2705 and, therefore, Teva denies same.

2706. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2706 and, therefore, Teva denies same.

2707. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2707 and, therefore, Teva denies same.

2708. Teva denies the allegations contained in Paragraph 2708 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2708 and, therefore, Teva denies same.

2709. Teva denies the allegations contained in Paragraph 2709 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2709 and, therefore, Teva denies same.

2710. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2710 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2710 and, therefore, Teva denies same.

**B.** **Zydus**

2711. Teva denies the allegations contained in Paragraph 2711 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2711 and, therefore, Teva denies same.

2712. Teva denies the allegations contained in Paragraph 2712 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2712 and, therefore, Teva denies same.

2713. Teva denies the allegations contained in Paragraph 2713 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2713 and, therefore, Teva denies same.

2714. Teva denies the allegations contained in Paragraph 2714 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2714 and, therefore, Teva denies same.

2715. Teva denies the allegations contained in Paragraph 2715 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2715 and, therefore, Teva denies same.

2716. Teva denies the allegations contained in Paragraph 2716 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2716 and, therefore, Teva denies same.

2717. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2717 and, therefore, Teva denies same.

2718. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2718 and, therefore, Teva denies same.

2719. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2719 and, therefore, Teva denies same.

**C. Heritage**

2720. Teva denies the allegations contained in Paragraph 2720 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2720 and, therefore, Teva denies same.

2721. Teva denies the allegations contained in Paragraph 2721 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2721 and, therefore, Teva denies same.

**D. Lupin**

2722. Teva denies the allegations contained in Paragraph 2722 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2722 and, therefore, Teva denies same.

2723. Teva denies the allegations contained in Paragraph 2723 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2723 and, therefore, Teva denies same.

2724. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2724 and, therefore, Teva denies same.

2725. Teva denies the allegations contained in Paragraph 2725 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2725 and, therefore, Teva denies same.

2726. Teva denies the allegations contained in Paragraph 2726 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2726 and, therefore, Teva denies same.

**E. Par**

2727. Teva denies the allegations contained in Paragraph 2727 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2727 and, therefore, Teva denies same.

2728. Teva denies the allegations contained in Paragraph 2728 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2728 and, therefore, Teva denies same.

2729. Teva denies the allegations contained in Paragraph 2729 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2729 and, therefore, Teva denies same.

2730. Teva denies the allegations contained in Paragraph 2730 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2730 and, therefore, Teva denies same.

2731. Teva denies the allegations contained in Paragraph 2731 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2731 and, therefore, Teva denies same.

2732. Teva denies the allegations contained in Paragraph 2732 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2732 and, therefore, Teva denies same.

2733. Teva denies the allegations contained in Paragraph 2733 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2733 and, therefore, Teva denies same.

**F. Greenstone**

2734. Teva denies the allegations contained in Paragraph 2734 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2734 and, therefore, Teva denies same.

2735. Teva denies the allegations contained in Paragraph 2735 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2735 and, therefore, Teva denies same.

2736. Teva denies the allegations contained in Paragraph 2736 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2736 and, therefore, Teva denies same.

2737. Teva denies the allegations contained in Paragraph 2737 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2737 and, therefore, Teva denies same.

**G. Amneal**

2738. Teva denies the allegations contained in Paragraph 2738 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2738 and, therefore, Teva denies same.

2739. Teva denies the allegations contained in Paragraph 2739 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2739 and, therefore, Teva denies same.

2740. Teva denies the allegations contained in Paragraph 2740 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2740 and, therefore, Teva denies same.

2741. Teva denies the allegations contained in Paragraph 2741 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2741 and, therefore, Teva denies same.

2742. Teva denies the allegations contained in Paragraph 2742 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2742 and, therefore, Teva denies same.

### H. Rising – Hydroxyzine Pamoate & Diflunisal Tablets

2743. Teva denies the allegations contained in Paragraph 2743 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2743 and, therefore, Teva denies same.

2744. Teva denies the allegations contained in Paragraph 2744 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2744 and, therefore, Teva denies same.

2745. Teva denies the allegations contained in Paragraph 2745 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2745 and, therefore, Teva denies same.

2746. Teva denies the allegations contained in Paragraph 2746 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2746 and, therefore, Teva denies same.

2747. Teva denies the allegations contained in Paragraph 2747 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2747 and, therefore, Teva denies same.

2748. Teva denies the allegations contained in Paragraph 2748 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2748 and, therefore, Teva denies same.

**I. Breckenridge**

2749. Teva denies the allegations contained in Paragraph 2749 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2749 and, therefore, Teva denies same.

2750. Teva denies the allegations contained in Paragraph 2750 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2750 and, therefore, Teva denies same.

2751. Teva denies the allegations contained in Paragraph 2751 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2751 and, therefore, Teva denies same.

2752. Teva denies the allegations contained in Paragraph 2752 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2752 and, therefore, Teva denies same.

2753. Teva denies the allegations contained in Paragraph 2753 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2753 and, therefore, Teva denies same.

2754. Teva denies the allegations contained in Paragraph 2754 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2754 and, therefore, Teva denies same.

### J. Glenmark

2755. Teva denies the allegations contained in Paragraph 2755 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2755 and, therefore, Teva denies same.

2756. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2756 and, therefore, Teva denies same.

2757. Teva denies the allegations contained in Paragraph 2757 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2757 and, therefore, Teva denies same.

### K. A Commitment to the Overarching Conspiracy Was Instrumental to the Success of the Price-Fixing Agreements

2758. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2758 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2758 and, therefore, Teva denies same.

2759. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2759 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2759 and, therefore, Teva denies same.

2760. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2760 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2760 and, therefore, Teva denies same.

2761. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2761 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2761 and, therefore, Teva denies same.

**L. "Quality Competitor" Rankings Relate to Price Increases, But Even "Low Quality" Competitors Comply With the Overarching Conspiracy**

2762. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2762 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2762 and, therefore, Teva denies same.

1. Camber and Teva Fix Prices on Ranitidine HCL

2763. Teva denies the allegations contained in Paragraph 2763 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2763 and, therefore, Teva denies same.

2764. Teva denies the allegations contained in Paragraph 2764 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2764 and, therefore, Teva denies same.

2765. Teva denies the allegations contained in Paragraph 2765 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2765 and, therefore, Teva denies same.

2766. Teva denies the allegations contained in Paragraph 2766 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2766 and, therefore, Teva denies same.

2767. Teva denies the allegations contained in Paragraph 2767 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2767 and, therefore, Teva denies same.

2768. Teva denies the allegations contained in Paragraph 2768 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2768 and, therefore, Teva denies same.

2769. Teva denies the allegations contained in Paragraph 2769 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2769 and, therefore, Teva denies same.

2770. Teva denies the allegations contained in Paragraph 2770 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2770 and, therefore, Teva denies same.

2771. Teva denies the allegations contained in Paragraph 2771 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2771 and, therefore, Teva denies same.

2772. Teva denies the allegations contained in Paragraph 2772 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2772 and, therefore, Teva denies same.

2773. Teva denies the allegations contained in Paragraph 2773 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2773 and, therefore, Teva denies same.

2774. Teva denies the allegations contained in Paragraph 2774 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2774 and, therefore, Teva denies same.

2775. Teva denies the allegations contained in Paragraph 2775 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2775 and, therefore, Teva denies same.

2776. Teva denies the allegations contained in Paragraph 2776 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2776 and, therefore, Teva denies same.

2777. Teva denies the allegations contained in Paragraph 2777 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2777 and, therefore, Teva denies same.

2778. The allegations contained in Paragraph 2778 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2778 and, therefore, Teva denies same.

2779. Teva denies the allegations contained in Paragraph 2779 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2779 and, therefore, Teva denies same.

2780. Teva denies the allegations contained in Paragraph 2780 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2780 and, therefore, Teva denies same.

2781. Teva denies the allegations contained in Paragraph 2781 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2781 and, therefore, Teva denies same.

2782. Teva denies the allegations contained in Paragraph 2782 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2782 and, therefore, Teva denies same.

2783. Teva denies the allegations contained in Paragraph 2783 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2783 and, therefore, Teva denies same.

2784. Teva denies the allegations contained in Paragraph 2784 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2784 and, therefore, Teva denies same.

2785. Teva denies the allegations contained in Paragraph 2785 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2785 and, therefore, Teva denies same.

2786. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2786 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2786 and, therefore, Teva denies same.

## XV. CONSCIOUSNESS OF GUILT

2787. Teva denies the allegations contained in Paragraph 2787 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2787 and, therefore, Teva denies same.

2788. Teva denies the allegations contained in Paragraph 2788 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2788 and, therefore, Teva denies same.

2789. Teva denies the allegations contained in Paragraph 2789 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2789 and, therefore, Teva denies same.

2790. Teva denies the allegations contained in Paragraph 2790 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2790 and, therefore, Teva denies same.

2791. Teva denies the allegations contained in Paragraph 2791 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2791 and, therefore, Teva denies same.

2792. Teva denies the allegations contained in Paragraph 2792 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2792 and, therefore, Teva denies same.

2793. Teva denies the allegations contained in Paragraph 2793 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2793 and, therefore, Teva denies same.

2794. Teva denies the allegations contained in Paragraph 2794 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2794 and, therefore, Teva denies same.

2795. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2795 and, therefore, Teva denies same.

2796. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2796 and, therefore, Teva denies same.

2797. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Pravastatin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2797 and, therefore, Teva denies same.

2798. Teva denies the allegations contained in Paragraph 2798 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2798 and, therefore, Teva denies same.

2799. Teva denies the allegations contained in Paragraph 2799 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2799 and, therefore, Teva denies same.

2800. Teva denies the allegations contained in Paragraph 2800 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2800 and, therefore, Teva denies same.

2801. The allegations contained in Paragraph 2801 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2801 and, therefore, Teva denies same.

2802. The allegations contained in Paragraph 2802 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2802 and, therefore, Teva denies same.

## XVI. THE GENERIC DRUG INDUSTRY WAS SUSCEPTIBLE TO COLLUSION

2803. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2803 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2803 and, therefore, Teva denies same.

2804. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2804 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2804 and, therefore, Teva denies same.

2805. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2805 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2805 and, therefore, Teva denies same.

2806. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2806 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2806 and, therefore, Teva denies same.

2807. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2807 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2807 and, therefore, Teva denies same.

2808. Teva lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2808 and, therefore, Teva denies same.

2809. Teva denies the allegations contained in Paragraph 2809 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2809 and, therefore, Teva denies same.

2810. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2810 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2810 and, therefore, Teva denies same.

2811. Teva denies the allegations contained in Paragraph 2811 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2811 and, therefore, Teva denies same.

2812. Teva denies the allegations contained in Paragraph 2812 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2812 and, therefore, Teva denies same.

2813. Teva denies the allegations contained in Paragraph 2813 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2813 and, therefore, Teva denies same.

## XVII. DEFENDANTS' CONSPIRACY WAS EFFECTIVE AND IS STILL ONGOING

2814. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2814 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2814 and, therefore, Teva denies same.

2815. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2815 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2815 and, therefore, Teva denies same.

2816. Teva denies the allegations contained in Paragraph 2816 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2816 and, therefore, Teva denies same.

2817. Teva denies the allegations contained in Paragraph 2817 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2817 and, therefore, Teva denies same.

2818. Teva denies the allegations contained in Paragraph 2818 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2818 and, therefore, Teva denies same.

2819. Teva denies the allegations contained in Paragraph 2819 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2819 and, therefore, Teva denies same.

2820. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2820 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2820 and, therefore, Teva denies same.

2821. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2821 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2821 and, therefore, Teva denies same.

## XVIII. DISCOVERY WILL ESTABLISH THE FULL SCOPE OF THE CONSPIRACY

2822. Teva denies the allegations contained in Paragraph 2822 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2822 and, therefore, Teva denies same.

## XIX. TOLLING OF THE STATUTE OF LIMITATIONS

2823. Paragraph 2823 consists of legal conclusions to which no response is required. To the extent a response is required, Teva denies the allegations contained in Paragraph 2823 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2823 and, therefore, Teva denies same.

2824. Paragraph 2824 consists of legal conclusions to which no response is required. To the extent a response is required, Teva denies the allegations contained in Paragraph 2824 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2824 and, therefore, Teva denies same.

2825. Paragraph 2825 consists of legal conclusions to which no response is required. To the extent a response is required, Teva denies the allegations contained in Paragraph 2825 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2825 and, therefore, Teva denies same.

2826. Paragraph 2826 consists of legal conclusions to which no response is required. To the extent a response is required, Teva denies the allegations contained in Paragraph 2826 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2826 and, therefore, Teva denies same.

2827. Paragraph 2827 consists of legal conclusions to which no response is required. To the extent a response is required, Teva denies the allegations contained in Paragraph 2827 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2827 and, therefore, Teva denies same.

2828. Paragraph 2828 consists of legal conclusions to which no response is required. To the extent a response is required, Teva denies the allegations contained in Paragraph 2828 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2828 and, therefore, Teva denies same.

2829. Paragraph 2829 consists of legal conclusions to which no response is required. To the extent a response is required, Teva denies the allegations contained in Paragraph 2829 that are

directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2829 and, therefore, Teva denies same.

**A. Spoliation of Evidence**

2830. Teva denies the allegations contained in Paragraph 2830 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2830 and, therefore, Teva denies same.

2831. Teva denies the allegations contained in Paragraph 2831 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2831 and, therefore, Teva denies same.

2832. Teva denies the allegations contained in Paragraph 2832 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2832 and, therefore, Teva denies same.

2833. Teva denies the allegations contained in Paragraph 2833 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2833 and, therefore, Teva denies same.

**B. Obstruction of Justice**

2834. Teva denies the allegations contained in Paragraph 2834 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2834 and, therefore, Teva denies same.

2835. Teva denies the allegations contained in Paragraph 2835 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2835 and, therefore, Teva denies same.

2836. The allegations contained in Paragraph 2836 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Teva lacks knowledge

or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2836 and, therefore, Teva denies same.

2837. Paragraph 2837 consists of legal conclusions to which no response is required. To the extent a response is required, Teva denies the allegations contained in Paragraph 2837 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2837 and, therefore, Teva denies same.

2838. Paragraph 2838 consists of legal conclusions to which no response is required. To the extent a response is required, Teva denies the allegations contained in Paragraph 2838 that are directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2838 and, therefore, Teva denies same.

## XX. ANTITRUST VIOLATIONS

### A. Count One – Overarching Conspiracy on all Price-Fixed Generic Drugs Against all Defendants

2839. Teva incorporates by reference the preceding Paragraphs of this Answer in response to the allegations contained in Paragraph 2839.

2840. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2840 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2840 and, therefore, Teva denies same.

2841. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2841 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2841 and, therefore, Teva denies same.

2842. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2842 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2842 and, therefore, Teva denies same.

2843. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2843 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2843 and, therefore, Teva denies same.

2844. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2844 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2844 and, therefore, Teva denies same.

2845. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2845 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2845 and, therefore, Teva denies same.

2846. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2846 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2846 and, therefore, Teva denies same.

2847. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2847 directed toward it. Teva lacks

knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2847 and, therefore, Teva denies same.

2848. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2848 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2848 and, therefore, Teva denies same.

2849. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2849 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2849 and, therefore, Teva denies same.

2850. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2850 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2850 and, therefore, Teva denies same.

2851. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2851 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2851 and, therefore, Teva denies same.

2852. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2852 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2852 and, therefore, Teva denies same.

2853. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2853 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2853 and, therefore, Teva denies same.

2854. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2854 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2854 and, therefore, Teva denies same.

2855. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2855 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2855 and, therefore, Teva denies same.

2856. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2856 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2856 and, therefore, Teva denies same.

2857. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2857 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2857 and, therefore, Teva denies same.

2858. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2858 directed toward it. Teva lacks

knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2858 and, therefore, Teva denies same.

2859. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2859 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2859 and, therefore, Teva denies same.

2860. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2860 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2860 and, therefore, Teva denies same.

**B. Count Two (Pled in the Alternative to Count One) Against Teva, Teva, Amneal, Apotex, Aurobindo, Breckenridge, Dr. Reddy's, Glenmark, Greenstone, Lannett, Lupin, Mylan, Par, Pfizer, Sandoz, Taro, Upsher-Smith, Wockhardt, and Zydus**

2861. Teva incorporates by reference the preceding Paragraphs of this Answer in response to the allegations contained in Paragraph 2861.

2862. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies participating in an antitrust conspiracy involving Clotrimazole, Pravastatin, or Tobramycin. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2862 and, therefore, Teva denies same.

2863. Teva denies the allegations in Paragraph 2863 directed toward it, except admits only that Teva is named as a defendant in this action. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2863 and, therefore, Teva denies same.

2864. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2864 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2864 and, therefore, Teva denies same.

2865. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2865 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2865 and, therefore, Teva denies same.

2866. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2866 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2866 and, therefore, Teva denies same.

2867. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2867 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2867 and, therefore, Teva denies same.

2868. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2868 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2868 and, therefore, Teva denies same.

2869. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2869 directed toward it. Teva lacks

knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2869 and, therefore, Teva denies same.

2870. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2870 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2870 and, therefore, Teva denies same.

2871. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2871 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2871 and, therefore, Teva denies same.

2872. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2872 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2872 and, therefore, Teva denies same.

2873. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2873 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2873 and, therefore, Teva denies same.

2874. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2874 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2874 and, therefore, Teva denies same.

2875. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2875 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2875 and, therefore, Teva denies same.

### C. Counts Three through One Hundred Ninety (Individual Conspiracies)

2876. Teva incorporates by reference the preceding Paragraphs of this Answer in response to the allegations contained in Paragraph 2876.

2877. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2877 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2877 and, therefore, Teva denies same.

2878. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2878 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2878 and, therefore, Teva denies same.

2879. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2879 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2879 and, therefore, Teva denies same.

2880. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2880 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2880 and, therefore, Teva denies same.

2881. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2881 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2881 and, therefore, Teva denies same.

2882. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2882 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2882 and, therefore, Teva denies same.

2883. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2883 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2883 and, therefore, Teva denies same.

2884. With the exception of the conduct specifically described in Exhibit A of Teva's DPA, Teva denies the allegations contained in Paragraph 2884 directed toward it. Teva lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2884 and, therefore, Teva denies same.

## XXI. PRAYER FOR RELIEF

Teva denies any and all allegations contained in the "WHEREFORE" clauses and denies that Plaintiffs are entitled to the requested relief, or to any relief whatsoever.

## XXII. JURY DEMAND

Teva hereby demands a trial by jury on all issues that may be tried and decided by jury.

## AFFIRMATIVE DEFENSES AND OTHER DEFENSES

Without admitting liability as to any of the claims asserted in the Complaint or assuming any burden of proof that they would not otherwise bear under applicable law, Teva asserts the following affirmative defenses to each and every cause of action alleged in the Complaint.

### FIRST AFFIRMATIVE DEFENSE

1. Plaintiffs fail to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

2. Plaintiffs' claims are barred, in whole or in part, because Plaintiffs and the putative class lack Article III and statutory standing to assert their claims.

### THIRD AFFIRMATIVE DEFENSE

3. Plaintiffs' claims are barred, in whole or in part, by the applicable statutes of limitations.

### FOURTH AFFIRMATIVE DEFENSE

4. Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered any antitrust or other injury, or any damages as a result of any conduct alleged in this lawsuit, including because Plaintiffs have passed on any alleged overcharges.

### FIFTH AFFIRMATIVE DEFENSE

5. Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered injury proximately caused by any conduct on the part of Teva and/or have not suffered, and will not suffer, injury of the type that the relevant statutes were designed to prevent.

### SIXTH AFFIRMATIVE DEFENSE

6. The damages alleged in the Complaint, if any, were caused, in whole or in part, by Plaintiffs' own conduct, by the conduct of persons or entities with regard to whom Plaintiffs are

legally responsible, and/or by the conduct of persons or entities with regard to whom Teva is not legally responsible, and not by any alleged conduct on the part of Teva.

**SEVENTH AFFIRMATIVE DEFENSE**

7. Plaintiffs' claims are barred, in whole or in part, because Plaintiffs failed to mitigate damages, if any, allegedly suffered as a result of the conduct they allege. Alternatively, any damages sustained by Plaintiffs, which Teva denies, must be reduced by the amount that such damages would have been reduced had Plaintiffs exercised reasonable diligence in mitigating their damages.

**EIGHTH AFFIRMATIVE DEFENSE**

8. Plaintiffs' claims are barred, in whole or in part, because Plaintiffs' alleged damages, if any, are too remote and speculative, and because of the impossibility of proof as to those damages.

**NINTH AFFIRMATIVE DEFENSE**

9. To the extent Plaintiffs' claims would result in Teva's paying damages to more than one claimant for the same alleged overcharge, they are barred because such multiple liability would violate rights guaranteed to Teva by the United States Constitution, including, without limitation, rights guaranteed under the Due Process Clauses of the Fifth and Fourteenth Amendments.

**TENTH AFFIRMATIVE DEFENSE**

10. Plaintiffs' claims are barred, in whole or in part, because Plaintiffs' damages, if any, resulted from the acts or omissions of third parties over whom Teva had no control, which constitute intervening or superseding causes of harm.

**ELEVENTH AFFIRMATIVE DEFENSE**

11. Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver, estoppel, unclean hands, and/or laches.

**TWELFTH AFFIRMATIVE DEFENSE**

12. Plaintiffs' claims are barred, in whole or in part, because the application of a state's law to conduct in other states would violate the Dormant Commerce Clause of the United States Constitution because such laws, facially and as applied to the alleged conduct at issue, would impose a burden on interstate commerce that is clearly excessive in relation to the putative local benefits. *See, e.g., Comptroller of Treasury of Maryland v. Wynne*, 135 S. Ct. 1787, 1794 (2015).

**THIRTEENTH AFFIRMATIVE DEFENSE**

13. Any and all of Teva's actions alleged by Plaintiffs were unilateral, consistent with its independent self-interest and the operation of a competitive marketplace, and lawful.

**FOURTEENTH AFFIRMATIVE DEFENSE**

14. Plaintiffs' claims are barred, in whole or in part, because the acts or omissions of Teva did not substantially lessen competition in any properly defined market.

**FIFTEENTH AFFIRMATIVE DEFENSE**

15. Without admitting the existence of any contract, combination, or conspiracy in restraint of trade, and expressly denying same, Plaintiffs' claims are barred, in whole or in part, by non-settling Defendants' right to set off any amounts paid to Plaintiffs by any Defendants who have settled, or do settle, Plaintiffs' claims against them in this action.

**SIXTEENTH AFFIRMATIVE DEFENSE**

16. Teva also reserves all affirmative defenses under Federal Rule of Civil Procedure 8(c) and any other defenses, at law or in equity, that may now exist or in the future be available based on discovery and further factual investigation in this case.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

17. Teva adopts by reference any additional, applicable affirmative, or other defense pleaded by any other Defendant in this matter.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

18. Plaintiffs' claims are barred, reduced, and/or limited pursuant to applicable statutory and common law regarding limitations of awards, caps on recovery, and setoffs.

**NINETEENTH AFFIRMATIVE DEFENSE**

19. Teva's rights under the Due Process Clause of the United States Constitution are violated by any financial or other arrangement that might distort a government attorney's duty to pursue justice rather than his or her personal interests, financial or otherwise, in the context of a civil enforcement proceeding. *See, e.g.*, *Marshall v. Jerrico, Inc.*, 446 U.S. 238 (1980).

**TWENTIETH AFFIRMATIVE DEFENSE**

20. The imposition of civil monetary penalties in this action would violate the Excessive Fines Clause of the Eighth Amendment of the United States Constitution. The civil penalties sought by Plaintiffs are grossly disproportional to the gravity of Teva's purported conduct and thereby unconstitutional. *See United States v. Bajakajian*, 524 U.S. 321, 334 (1998).

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

21. Plaintiffs' claims are barred, in whole or in part, because they fail to plead conspiracy or fraud with the particularity required under applicable law.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

22. Plaintiffs' claims are barred, in whole or in part, because none of the actions alleged to have been taken by Teva harmed consumers.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

23. Plaintiffs' claims are barred, in whole or in part, by the defense or privilege of competition.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

24. Plaintiffs' claims based on conspiracy are barred, in whole or in part, because civil conspiracy is not actionable in the absence of an underlying wrongful act or tort.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

25. Plaintiffs' Complaint, and the causes of action allegedly contained herein, is barred, in whole or in part, because it does not present a justiciable controversy.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

26. Plaintiffs' claims are barred, in whole or in part, by the voluntary payment doctrine, under which one cannot recover payments made with full knowledge of the facts.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

27. Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have failed to state a claim for injunctive relief, insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the requisite showing of threatened harm or continuing harm.

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

28. To the extent that Plaintiffs attempt to seek equitable relief against Teva, they are not entitled to such relief because they have an adequate remedy at law.

**TWENTY-NINTH AFFIRMATIVE DEFENSE**

29. Claims against Teva for damages are barred, in whole or in part, by the doctrine of consent and/or ratification to the extent that Plaintiffs have received and/or paid for products manufactured, marketed, and sold by Teva after the filing of Plaintiffs' original complaint.

**THIRTIETH AFFIRMATIVE DEFENSE**

30. To the extent that any actionable conduct occurred, Plaintiffs' claims are barred because all such conduct would have been committed by individuals acting *ultra vires*.

**THIRTY-FIRST AFFIRMATIVE DEFENSE**

31. Teva is entitled to complete indemnity (express or implied), contribution, proportional fault, comparative fault, allocation, apportionment, and offset against parties (including severed parties and/or those proceeding in bankruptcy) and non-parties.

**RESERVATION OF DEFENSES AND AFFIRMATIVE DEFENSES**

Teva hereby gives notice that it intends to assert and rely upon such other defenses and affirmative defenses that may become available or apparent as this action proceeds, and thus reserves the right to amend this Answer to assert such defenses.

**PRAYER FOR RELIEF**

WHEREFORE, Teva denies that it is liable to Plaintiffs for any amount, and respectfully requests that this Court deny the relief requested by Plaintiffs, dismiss Plaintiffs' claims in their entirety with prejudice, enter judgment in favor of Teva, award Teva all reasonable attorneys' fees and costs, and afford Teva any other relief as the Court finds just and proper.

Dated: March 2, 2026

Respectfully submitted,

By: */s/ Seth A. Moskowitz*

Seth A. Moskowitz
Sheron Korpus
Seth Davis
KASOWITZ LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
smoskowitz@kasowitz.com
skorpus@kasowitz.com
sdavis@kasowitz.com

*Attorneys for Defendants Pliva, Inc. and Teva Pharmaceuticals USA, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of March 2026, I caused the foregoing to be electronically filed and served through the Court's ECF system.

*/s/ Seth A. Moskowitz*
Seth A. Moskowitz