**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724 |
| THE KROGER CO., ALBERTSONS COMPANIES, LLC, AND H.E. BUTT GROCERY COMPANY L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS HOLDCO U.S., INC., ACTAVIS PHARMA, INC., AKORN, INC., APOTEX CORP., AUROBINDO PHARMA USA, INC., BRECKENRIDGE PHARMACEUTICAL, INC., CITRON PHARMA, LLC, DR. REDDY'S LABORATORIES, INC., EPIC PHARMA, LLC, FOUGERA PHARMACEUTICALS, INC., G&W LABORATORIES, INC., GLENMARK PHARMACEUTICALS INC., USA, HERITAGE PHARMACEUTICALS, INC., HI-TECH PHARMACAL CO., INC., IMPAX LABORATORIES, INC., LANNETT COMPANY, INC., LUPIN PHARMACEUTICALS, INC., MAYNE PHARMA USA INC., MORTON GROVE PHARMACEUTICALS, INC., MYLAN INC., MYLAN PHARMACEUTICALS, INC., MYLAN N.V., OCEANSIDE PHARMACEUTICALS, INC., PAR PHARMACEUTICAL, INC., PERRIGO NEW YORK, INC., PLIVA, INC., SANDOZ, INC., SUN PHARMACEUTICAL INDUSTRIES, INC., TARO PHARMACEUTICALS USA, INC. TELIGENT, INC., TEVA PHARMACEUTICALS USA, INC., UDL LABORATORIES, INC., UPSHER-SMITH LABORATORIES, LLC, WEST-WARD PHARMACEUTICALS CORP., WOCKHARDT USA LLC, VALEANT PHARMACEUTICALS NORTH AMERICA LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, AND ZYDUS PHARMACEUTICALS (USA) INC.,<br><br>Defendants. | No. 18-cv-284<br><br>HON. CYNTHIA M. RUFE<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS ACTAVIS HOLDCO U.S., INC. & ACTAVIS PHARMA, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS THE KROGER CO., ALBERTSONS COMPANIES, LLC, AND H.E. BUTT GROCERY COMPANY L.P.'S SECOND AMENDED COMPLAINT**

Defendants Actavis Holdco U.S., Inc. and Actavis Pharma, Inc. (together, "Actavis"), by and through their counsel, hereby submit their Answer and Affirmative Defenses to the Second Amended Complaint (the "Complaint") filed by Plaintiffs The Kroger Co., Albertsons Companies, LLC, and H.E. Butt Grocery Company L.P. (collectively, "Plaintiffs"). Actavis is responding to the allegations in the Complaint that are directed toward Actavis. Except as otherwise stated below, all allegations in the Complaint directed toward Actavis are denied. Except as otherwise stated below, Actavis is without knowledge or information sufficient to form a belief concerning the truth of the allegations in the Complaint that are directed toward other Defendants and, therefore, denies same.

## I. INTRODUCTION

1. Actavis denies the allegations contained in Paragraph 1 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1 and, therefore, Actavis denies same.

2. Actavis denies the allegations contained in Paragraph 2 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2 and, therefore, Actavis denies same.

3. Actavis denies the allegations contained in Paragraph 3 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 3 and, therefore, Actavis denies same.

4. Actavis denies the allegations contained in Paragraph 4 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 4 and, therefore, Actavis denies same.

5. Actavis denies the allegations contained in Paragraph 5 directed toward it, except admits only that certain State Attorneys General ("AGs") are conducting an investigation related to the generic pharmaceutical industry. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 5 and, therefore, Actavis denies same.

6. Actavis denies the allegations contained in Paragraph 6 directed toward it, except admits only that certain State AGs are conducting an investigation related to the generic pharmaceutical industry. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 6 and, therefore, Actavis denies same.

7. Actavis denies the allegations contained in Paragraph 7 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 7 and, therefore, Actavis denies same.

8. Actavis denies the allegations contained in Paragraph 8 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 8 and, therefore, Actavis denies same.

9. Actavis denies the allegations contained in Paragraph 9 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 9 and, therefore, Actavis denies same.

10. Actavis denies the allegations contained in Paragraph 10 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 10 and, therefore, Actavis denies same.

11. Actavis denies the allegations contained in Paragraph 11 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 11 and, therefore, Actavis denies same.

12. Actavis denies the allegations contained in Paragraph 12 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 12 and, therefore, Actavis denies same.

## II. DRUGS INVOLVED IN THE CONSPIRACY

13. Actavis denies the allegations contained in Paragraph 13 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 13 and, therefore, Actavis denies same.

## III. VENUE AND JURISDICTION

14. Paragraph 14 contains legal conclusions to which no response is required and is therefore denied.

15. Paragraph 15 contains legal conclusions to which no response is required and is therefore denied.

16. Paragraph 16 contains legal conclusions to which no response is required and is therefore denied.

17. Paragraph 17 contains legal conclusions to which no response is required and is therefore denied.

## IV. PARTIES

### A. Plaintiffs

18. Actavis denies the allegations contained in Paragraph 18 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 18 and, therefore, Actavis denies same.

19. Actavis denies the allegations contained in Paragraph 19 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 19 and, therefore, Actavis denies same.

20. Actavis denies the allegations contained in Paragraph 20 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 20 and, therefore, Actavis denies same.

### B. Defendants

21. Actavis denies the allegations contained in Paragraph 21 directed toward it, except admits only that Actavis Holdco U.S., Inc. was a Delaware corporation with its principal place of business in Parsippany, New Jersey; and that, in August 2016, Teva Pharmaceuticals U.S., Inc. acquired Allergan plc's generics business (including Actavis). Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 21 and, therefore, Actavis denies same.

22. Actavis denies the allegations contained in Paragraph 22 directed toward it, except admits only that Actavis Pharma, Inc. was a Delaware corporation with its principal place of business in Parsippany, New Jersey.

23. The allegations contained in Paragraph 23 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and, therefore, Actavis denies same.

24. The allegations contained in Paragraph 24 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and, therefore, Actavis denies same.

25. The allegations contained in Paragraph 25 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and, therefore, Actavis denies same.

26. The allegations contained in Paragraph 26 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and, therefore, Actavis denies same.

27. The allegations contained in Paragraph 27 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and, therefore, Actavis denies same.

28. The allegations contained in Paragraph 28 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 and, therefore, Actavis denies same.

29. The allegations contained in Paragraph 29 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 and, therefore, Actavis denies same.

30. The allegations contained in Paragraph 30 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 and, therefore, Actavis denies same.

31. The allegations contained in Paragraph 31 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and, therefore, Actavis denies same.

32. The allegations contained in Paragraph 32 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 and, therefore, Actavis denies same.

33. The allegations contained in Paragraph 33 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 and, therefore, Actavis denies same.

34. The allegations contained in Paragraph 34 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and, therefore, Actavis denies same.

35. The allegations contained in Paragraph 35 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and, therefore, Actavis denies same.

36. The allegations contained in Paragraph 36 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 and, therefore, Actavis denies same.

37. The allegations contained in Paragraph 37 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and, therefore, Actavis denies same.

38. The allegations contained in Paragraph 38 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and, therefore, Actavis denies same.

39. The allegations contained in Paragraph 39 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and, therefore, Actavis denies same.

40. The allegations contained in Paragraph 40 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 and, therefore, Actavis denies same.

41. The allegations contained in Paragraph 41 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 and, therefore, Actavis denies same.

42. The allegations contained in Paragraph 42 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and, therefore, Actavis denies same.

43. The allegations contained in Paragraph 43 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 and, therefore, Actavis denies same.

44. The allegations contained in Paragraph 44 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 and, therefore, Actavis denies same.

45. The allegations contained in Paragraph 45 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 and, therefore, Actavis denies same.

46. The allegations contained in Paragraph 46 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and, therefore, Actavis denies same.

47. The allegations contained in Paragraph 47 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 and, therefore, Actavis denies same.

48. The allegations contained in Paragraph 48 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 and, therefore, Actavis denies same.

49. The allegations contained in Paragraph 49 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 and, therefore, Actavis denies same.

50. The allegations contained in Paragraph 50 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and, therefore, Actavis denies same.

51. The allegations contained in Paragraph 51 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 and, therefore, Actavis denies same.

52. The allegations contained in Paragraph 52 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 and, therefore, Actavis denies same.

53. The allegations contained in Paragraph 53 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and, therefore, Actavis denies same.

54. The allegations contained in Paragraph 54 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 and, therefore, Actavis denies same.

55. The allegations contained in Paragraph 55 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 and, therefore, Actavis denies same.

56. The allegations contained in Paragraph 56 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and, therefore, Actavis denies same.

57. The allegations contained in Paragraph 57 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and, therefore, Actavis denies same.

58. The allegations contained in Paragraph 58 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 and, therefore, Actavis denies same.

59. The allegations contained in Paragraph 59 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 and, therefore, Actavis denies same.

60. The allegations contained in Paragraph 60 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 and, therefore, Actavis denies same.

61. The allegations contained in Paragraph 61 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 and, therefore, Actavis denies same.

62. The allegations contained in Paragraph 62 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 and, therefore, Actavis denies same.

63. The allegations contained in Paragraph 63 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 and, therefore, Actavis denies same.

64. The allegations contained in Paragraph 64 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 and, therefore, Actavis denies same.

65. The allegations contained in Paragraph 65 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 and, therefore, Actavis denies same.

66. The allegations contained in Paragraph 66 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 and, therefore, Actavis denies same.

67. The allegations contained in Paragraph 67 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 and, therefore, Actavis denies same.

68. The allegations contained in Paragraph 68 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 and, therefore, Actavis denies same.

69. The allegations contained in Paragraph 69 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 and, therefore, Actavis denies same.

**C. Co-Conspirators and Agents**

70. Actavis denies the allegations contained in Paragraph 70 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 70 and, therefore, Actavis denies same.

71. Actavis denies the allegations contained in Paragraph 71 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 71 and, therefore, Actavis denies same.

72. Actavis denies the allegations contained in Paragraph 72 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 72 and, therefore, Actavis denies same.

73. Actavis denies the allegations contained in Paragraph 73 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 73 and, therefore, Actavis denies same.

74. Actavis denies the allegations contained in Paragraph 74 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 74 and, therefore, Actavis denies same.

## V. <u>TRADE AND COMMERCE</u>

75. Paragraph 75 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations in Paragraph 75 directed toward it, except admits only that Actavis sold generic drugs in the United States. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 75 and, therefore, Actavis denies same.

76. Paragraph 76 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations in Paragraph 76 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 76 and, therefore, Actavis denies same.

## VI. <u>GENERIC DRUGS, THE FDCA AND THE HATCH-WAXMAN AMENDMENTS</u>

77. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 and, therefore, Actavis denies same.

78. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 and, therefore, Actavis denies same.

79. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 and, therefore, Actavis denies same.

80. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and, therefore, Actavis denies same.

81. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and, therefore, Actavis denies same.

82. Paragraph 82 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 and, therefore, Actavis denies same.

83. Paragraph 83 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 and, therefore, Actavis denies same.

84. Actavis denies the allegations in Paragraph 84 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 84 and, therefore, Actavis denies same.

85. Actavis denies the allegations in Paragraph 85 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 85 and, therefore, Actavis denies same.

86. Actavis denies the allegations in Paragraph 86 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 86 and, therefore, Actavis denies same.

87. Actavis denies the allegations in Paragraph 87 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 87 and, therefore, Actavis denies same.

88. Actavis denies the allegations in Paragraph 88 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 88 and, therefore, Actavis denies same.

89. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 and, therefore, Actavis denies same.

90. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 and, therefore, Actavis denies same.

91. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 and, therefore, Actavis denies same.

## VII. THE DOJ AND STATE ATTORNEYS GENERAL INVESTIGATIONS

92. Actavis denies the allegations contained in Paragraph 92 directed toward it, except admits only that the Department of Justice ("DOJ") and certain State AGs are conducting investigations related to the generic pharmaceutical industry. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 92 and, therefore, Actavis denies same.

### A. The DOJ is Leading a Broad-Ranging Criminal Investigation Into the Anticompetitive Conduct of Generic Drug Manufacturers

93. Actavis denies the allegations contained in Paragraph 93 directed toward it, except admits only that the DOJ is conducting an investigation related to the generic pharmaceutical industry. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 93 and, therefore, Actavis denies same.

94. Actavis denies the allegations contained in Paragraph 94 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 94 and, therefore, Actavis denies same.

95. Paragraph 95 purports to quote from an online Bloomberg News article, the contents of which speak for themselves. Actavis denies all remaining allegations contained in Paragraph 95 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 95 and, therefore, Actavis denies same.

96. Actavis denies all remaining allegations contained in Paragraph 96 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 96 and, therefore, Actavis denies same.

97. The allegations contained in Paragraph 97 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 and, therefore, Actavis denies same.

98. Actavis denies the allegations contained in Paragraph 98 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 98 and, therefore, Actavis denies same.

99. Actavis denies the allegations contained in Paragraph 99 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 99 and, therefore, Actavis denies same.

100. Actavis denies the allegations contained in Paragraph 100 directed toward it, except admits only that Actavis received a DOJ grand jury subpoena. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 100 and, therefore, Actavis denies same.

101. Actavis denies the allegations contained in Paragraph 101 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 101 and, therefore, Actavis denies same.

102. Paragraph 102 purports to quote from the DOJ's website, the contents of which speak for themselves. Actavis denies the allegations contained in Paragraph 102 directed toward

it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 102 and, therefore, Actavis denies same.

103. Actavis denies the allegations contained in Paragraph 103 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 103 and, therefore, Actavis denies same.

104. Actavis denies the allegations contained in Paragraph 104 toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 104 and, therefore, Actavis denies same.

105. Actavis denies the allegations contained in Paragraph 105 toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 105 and, therefore, Actavis denies same.

106. The allegations contained in Paragraph 106 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 106 and, therefore, Actavis denies same.

107. The allegations contained in Paragraph 107 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 107 and, therefore, Actavis denies same.

108. The allegations contained in Paragraph 108 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 108 and, therefore, Actavis denies same.

109. The allegations contained in Paragraph 109 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 109 and, therefore, Actavis denies same.

110. The allegations contained in Paragraph 110 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 110 and, therefore, Actavis denies same.

111. The allegations contained in Paragraph 111 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 111 and, therefore, Actavis denies same.

112. The allegations contained in Paragraph 112 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 112 and, therefore, Actavis denies same.

113. The allegations contained in Paragraph 113 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 113 and, therefore, Actavis denies same.

114. The allegations contained in Paragraph 114 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 114 and, therefore, Actavis denies same.

115. The allegations contained in Paragraph 115 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 115 and, therefore, Actavis denies same.

116. The allegations contained in Paragraph 116 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 116 and, therefore, Actavis denies same.

117. The remaining allegations contained in Paragraph 117 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 117 and, therefore, Actavis denies same.

118. The allegations contained in Paragraph 118 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 118 and, therefore, Actavis denies same.

119. The allegations contained in Paragraph 119 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 119 and, therefore, Actavis denies same.

120. The allegations contained in Paragraph 120 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 120 and, therefore, Actavis denies same.

121. The allegations contained in Paragraph 121 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 121 and, therefore, Actavis denies same.

122. The allegations contained in Paragraph 122 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 122 and, therefore, Actavis denies same.

123. The allegations contained in Paragraph 123 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 123 and, therefore, Actavis denies same.

124. The allegations contained in Paragraph 124 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 124 and, therefore, Actavis denies same.

125. The allegations contained in Paragraph 125 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 125 and, therefore, Actavis denies same.

126. The allegations contained in Paragraph 126 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 126 and, therefore, Actavis denies same.

127. The allegations contained in Paragraph 127 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 127 and, therefore, Actavis denies same.

128. The allegations contained in Paragraph 128 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 128 and, therefore, Actavis denies same.

129. Actavis denies the allegations contained in Paragraph 129 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 129 and, therefore, Actavis denies same.

**B. At Least 49 State Attorneys General are Also Investigating the Anticompetitive Conduct in the Generic Drug Industry**

130. Actavis denies the allegations contained in Paragraph 130 directed toward it, except admits only that certain State AGs have filed civil actions based on their investigations related to generic drug pricing. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 130 and, therefore, Actavis denies same.

131. Actavis denies the allegations contained in Paragraph 131 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 131 and, therefore, Actavis denies same.

132. Actavis denies the allegations contained in Paragraph 132 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 132 and, therefore, Actavis denies same.

133. Actavis denies the allegations contained in Paragraph 133 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 133 and, therefore, Actavis denies same.

134. Actavis denies the allegations contained in Paragraph 134 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 134 and, therefore, Actavis denies same.

135. The allegations contained in Paragraph 135 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 135 and, therefore, Actavis denies same.

136. Actavis denies the allegations contained in Paragraph 136 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 136 and, therefore, Actavis denies same.

137. Actavis denies the allegations contained in Paragraph 137 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 137 and, therefore, Actavis denies same.

## VIII. CONGRESSIONAL RESPONSES TO GENERIC DRUG PRICE INCREASES

138. Actavis denies the allegations contained in Paragraph 138 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 138 and, therefore, Actavis denies same.

139. Actavis denies the allegations contained in Paragraph 139 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 139 and, therefore, Actavis denies same.

140. Actavis denies the allegations contained in Paragraph 140 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 140 and, therefore, Actavis denies same.

141. Actavis denies the allegations contained in Paragraph 141 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 141 and, therefore, Actavis denies same.

## IX. THE GENERIC DRUG INDUSTRY WAS CHARACTERIZED BY AN EXTREMELY HIGH LEVEL OF COMPETITOR CONTACTS, WHICH FACILITATED COLLUSION BETWEEN DEFENDANTS

142. Actavis denies the allegations contained in Paragraph 142 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 142 and, therefore, Actavis denies same.

143. Actavis denies all remaining allegations contained in Paragraph 143 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 143 and, therefore, Actavis denies same.

144. Actavis denies the allegations contained in Paragraph 144 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 144 and, therefore, Actavis denies same.

**A. Defendants Used Trade Association Meetings to Facilitate Their Collusion**

145. Actavis denies the allegations contained in Paragraph 145 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 145 and, therefore, Actavis denies same.

146. Actavis denies the allegations contained in Paragraph 146 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 146 and, therefore, Actavis denies same.

147. Actavis denies the allegations contained in Paragraph 147 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 147 and, therefore, Actavis denies same.

148. Actavis denies the allegations contained in Paragraph 148 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 148 and, therefore, Actavis denies same.

149. Actavis denies the allegations contained in Paragraph 149 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 149 and, therefore, Actavis denies same.

150. Actavis denies the allegations contained in Paragraph 150 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 150 and, therefore, Actavis denies same.

151. Actavis denies the allegations contained in Paragraph 151 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 151 and, therefore, Actavis denies same.

152. Paragraph 152 purports to quote GPhA's website, the contents of which speak for themselves. Actavis denies the allegations contained in Paragraph 152 directed toward it, except

admits only that Actavis was a member of the GPhA at certain points in time. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 152 and, therefore, Actavis denies same.

153. Actavis admits only that certain former Actavis employees attended certain GPhA meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 153 and, therefore, Actavis denies same.

154. Actavis denies the allegations contained in Paragraph 154 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 154 and, therefore, Actavis denies same.

155. Actavis denies the allegations contained in Paragraph 155 directed toward it, except admits only that certain former Actavis employees attended certain GPhA meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 155 and, therefore, Actavis denies same.

156. Actavis denies the allegations contained in Paragraph 156 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 156 and, therefore, Actavis denies same.

157. The allegations contained in Paragraph 157 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 157 and, therefore, Actavis denies same.

158. Actavis denies the allegations contained in Paragraph 158 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 158 and, therefore, Actavis denies same.

159. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 159 and, therefore, Actavis denies same.

160. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 160 and, therefore, Actavis denies same.

161. Actavis denies the allegations contained in Paragraph 161 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 161 and, therefore, Actavis denies same.

162. Paragraph 162 purports to summarize ECRM's website, the contents of which speak for themselves. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 162 and, therefore, Actavis denies same

163. Actavis denies the allegations contained in Paragraph 163 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 163 and, therefore, Actavis denies same.

164. Actavis denies the allegations contained in Paragraph 164 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 164 and, therefore, Actavis denies same.

165. Actavis denies the allegations contained in Paragraph 165 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 165 and, therefore, Actavis denies same.

166. Actavis denies the allegations contained in Paragraph 166 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 166 and, therefore, Actavis denies same.

167. Actavis denies the allegations contained in Paragraph 167 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 167 and, therefore, Actavis denies same.

168. Actavis denies the allegations contained in Paragraph 168 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 168 and, therefore, Actavis denies same.

169. Actavis denies the allegations contained in Paragraph 169 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 169 and, therefore, Actavis denies same.

**B. Defendants Communicated in Secret through E-Mail, Telephone, and Text Messages**

170. Actavis denies the allegations contained in Paragraph 170 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 170 and, therefore, Actavis denies same.

171. Paragraph 171 purports to cite to telephone records, the contents of which speak for themselves. Actavis denies the remaining allegations contained in Paragraph 171 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 171 and, therefore, Actavis denies same.

172. Actavis denies the allegations contained in Paragraph 172 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 172 and, therefore, Actavis denies same.

173. Actavis denies the allegations contained in Paragraph 173 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 173 and, therefore, Actavis denies same.

### C. The Overarching Conspiracy between Generic Drug Manufacturers – Playing Nice in the Sandbox

174. Actavis denies the allegations contained in Paragraph 174 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 174 and, therefore, Actavis denies same.

175. Actavis denies the allegations contained in Paragraph 175 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 175 and, therefore, Actavis denies same.

176. Actavis denies the allegations contained in Paragraph 176 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 176 and, therefore, Actavis denies same.

177. Actavis denies the allegations contained in Paragraph 177 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 177 and, therefore, Actavis denies same.

178. Actavis denies the allegations contained in Paragraph 178 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 178 and, therefore, Actavis denies same.

179. The allegations contained in Paragraph 179 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 179 and, therefore, Actavis denies same.

180. The allegations contained in Paragraph 180 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 180 and, therefore, Actavis denies same.

181. Actavis denies the allegations contained in Paragraph 181 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 181 and, therefore, Actavis denies same.

182. Actavis denies the allegations contained in Paragraph 182 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 182 and, therefore, Actavis denies same.

183. Actavis denies the allegations contained in Paragraph 183 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 183 and, therefore, Actavis denies same.

184. Actavis denies the allegations contained in Paragraph 184 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 184 and, therefore, Actavis denies same.

185. Actavis denies the allegations contained in Paragraph 185 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 185 and, therefore, Actavis denies same.

186. The allegations contained in Paragraph 186 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 186 and, therefore, Actavis denies same.

187. The allegations contained in Paragraph 187 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 187 and, therefore, Actavis denies same.

188. The allegations contained in Paragraph 188 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 188 and, therefore, Actavis denies same.

189. Actavis denies the allegations contained in Paragraph 189 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 189 and, therefore, Actavis denies same.

190. Actavis denies the allegations contained in Paragraph 190 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 190 and, therefore, Actavis denies same.

191. Actavis denies the allegations contained in Paragraph 191 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 191 and, therefore, Actavis denies same.

192. Actavis denies the allegations contained in Paragraph 192 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 192 and, therefore, Actavis denies same.

193. Actavis denies the allegations contained in Paragraph 193 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 193 and, therefore, Actavis denies same.

194. Actavis denies the allegations contained in Paragraph 194 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 194 and, therefore, Actavis denies same.

195. The allegations contained in Paragraph 195 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 195 and, therefore, Actavis denies same.

196. The allegations contained in Paragraph 196 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 196 and, therefore, Actavis denies same.

197. The allegations contained in Paragraph 197 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 197 and, therefore, Actavis denies same.

198. Actavis denies the allegations contained in Paragraph 198 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 198 and, therefore, Actavis denies same.

199. The allegations contained in Paragraph 199 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 199 and, therefore, Actavis denies same.

200. Actavis denies the allegations contained in Paragraph 200 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 200 and, therefore, Actavis denies same.

201. Actavis denies the allegations contained in Paragraph 201 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 201 and, therefore, Actavis denies same.

202. Actavis denies the allegations contained in Paragraph 202 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 202 and, therefore, Actavis denies same.

203. The allegations contained in Paragraph 203 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 203 and, therefore, Actavis denies same.

204. Actavis denies the allegations contained in Paragraph 204 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 204 and, therefore, Actavis denies same.

205. The allegations contained in Paragraph 205 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 205 and, therefore, Actavis denies same.

206. The allegations contained in Paragraph 206 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 206 and, therefore, Actavis denies same.

207. Actavis denies the allegations contained in Paragraph 207 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 207 and, therefore, Actavis denies same.

208. Actavis denies the allegations contained in Paragraph 208 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 208 and, therefore, Actavis denies same.

209. Actavis denies the allegations contained in Paragraph 209 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 209 and, therefore, Actavis denies same.

210. The allegations contained in Paragraph 210 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 210 and, therefore, Actavis denies same.

211. The allegations contained in Paragraph 211 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 211 and, therefore, Actavis denies same.

212. Actavis denies the allegations contained in Paragraph 212 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 212 and, therefore, Actavis denies same.

213. Actavis denies the allegations contained in Paragraph 213 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 213 and, therefore, Actavis denies same.

214. Actavis denies the allegations contained in Paragraph 214 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 214 and, therefore, Actavis denies same.

215. Actavis denies the allegations contained in Paragraph 215 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 215 and, therefore, Actavis denies same.

216. The allegations contained in Paragraph 216 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 216 and, therefore, Actavis denies same.

217. The allegations contained in Paragraph 217 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 217 and, therefore, Actavis denies same.

218. Actavis denies the allegations contained in Paragraph 218 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 218 and, therefore, Actavis denies same.

## X. INDUSTRY COMMENTARY FURTHER SUGGESTS THAT DEFENDANTS' COLLUSIVE CONDUCT IS A PLAUSIBLE EXPLANATION FOR THE INCREASED PRICES OF THE PRICE-FIXED GENERIC DRUGS

224. Actavis denies the allegations contained in Paragraph 224 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 224 and, therefore, Actavis denies same.[1]

225. Actavis denies the allegations contained in Paragraph 225 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 225 and, therefore, Actavis denies same.

## XI. CORPORATE AND INDIVIDUAL RELATIONSHIPS THAT ALLOWED THE CONSPIRACY TO EVOLVE

226. The allegations contained in Paragraph 226 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 226 and, therefore, Actavis denies same.

227. The allegations contained in Paragraph 227 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 227 and, therefore, Actavis denies same.

228. The allegations contained in Paragraph 228 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 228 and, therefore, Actavis denies same.

---

[1] Plaintiffs' Complaint skipped from Paragraph 218 to Paragraph 224. Actavis has maintained this numbering accordingly.

229. Actavis denies the allegations contained in Paragraph 229 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 229 and, therefore, Actavis denies same.

230. The allegations contained in Paragraph 230 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 230 and, therefore, Actavis denies same.

231. The allegations contained in Paragraph 231 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 231 and, therefore, Actavis denies same.

232. The allegations contained in Paragraph 232 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 232 and, therefore, Actavis denies same.

**A. Ranking "Quality of Competition" to Identify Price Increase Candidates**

233. The allegations contained in Paragraph 233 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 233 and, therefore, Actavis denies same.

234. The allegations contained in Paragraph 234 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 234 and, therefore, Actavis denies same.

235. The allegations contained in Paragraph 235 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 235 and, therefore, Actavis denies same.

236. Actavis denies the allegations contained in Paragraph 236 directed toward it. The remaining allegations contained in Paragraph 236 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 236 and, therefore, Actavis denies same.

237. Actavis denies the allegations contained in Paragraph 237 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 237 and, therefore, Actavis denies same.

238. The allegations contained in Paragraph 238 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 238 and, therefore, Actavis denies same.

239. The allegations contained in Paragraph 239 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 239 and, therefore, Actavis denies same.

240. Actavis denies the allegations contained in Paragraph 240 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 240 and, therefore, Actavis denies same.

1. <u>The "High Quality" Competitor Relationships</u>

241. Actavis denies the allegations contained in Paragraph 241 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 241 and, therefore, Actavis denies same.

(a) **Mylan (+3)**

242. The allegations contained in Paragraph 242 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 242 and, therefore, Actavis denies same.

243. The allegations contained in Paragraph 243 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 243 and, therefore, Actavis denies same.

244. The allegations contained in Paragraph 244 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 244 and, therefore, Actavis denies same.

245. The allegations contained in Paragraph 245 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 245 and, therefore, Actavis denies same.

246. The allegations contained in Paragraph 246 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 246 and, therefore, Actavis denies same.

(b) **Watson/Actavis (+3)**

247. Actavis denies the allegations contained in Paragraph 247 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 247 and, therefore, Actavis denies same.

248. Actavis denies the allegations contained in Paragraph 248 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 248 and, therefore, Actavis denies same.

249. Actavis denies the allegations contained in Paragraph 249 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 249 and, therefore, Actavis denies same.

250. Actavis denies the allegations contained in Paragraph 250 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 250 and, therefore, Actavis denies same.

(c) **Sandoz (+3)**

251. The allegations contained in Paragraph 251 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 251 and, therefore, Actavis denies same.

252. The allegations contained in Paragraph 252 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 252 and, therefore, Actavis denies same.

253. The allegations contained in Paragraph 253 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 253 and, therefore, Actavis denies same.

(d) **Glenmark (+3)**

254. The allegations contained in Paragraph 254 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 254 and, therefore, Actavis denies same.

255. The allegations contained in Paragraph 255 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 255 and, therefore, Actavis denies same.

256. The allegations contained in Paragraph 256 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 256 and, therefore, Actavis denies same.

(e) **Taro (+3)**

257. The allegations contained in Paragraph 257 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 257 and, therefore, Actavis denies same.

258. The allegations contained in Paragraph 258 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 258 and, therefore, Actavis denies same.

(f) **Lupin (+2)**

259. The allegations contained in Paragraph 259 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 259 and, therefore, Actavis denies same.

260. The allegations contained in Paragraph 260 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 260 and, therefore, Actavis denies same.

261. The allegations contained in Paragraph 261 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 261 and, therefore, Actavis denies same.

**B. Individual Relationships**

262. Actavis denies the allegations contained in Paragraph 262 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 262 and, therefore, Actavis denies same.

1. Ara Aprahamian

263. Actavis denies the allegations contained in Paragraph 263 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 263 and, therefore, Actavis denies same.

2. David Berthold

264. Actavis denies the allegations contained in Paragraph 264 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 264 and, therefore, Actavis denies same.

3. Jim Brown

265. Actavis denies the allegations contained in Paragraph 265 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 265 and, therefore, Actavis denies same.

4. Maureen Cavanaugh

266. Actavis denies the allegations contained in Paragraph 266 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 266 and, therefore, Actavis denies same.

5. Marc Falkin

267. Actavis denies the allegations contained in Paragraph 267 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 267 and, therefore, Actavis denies same.

6. Jim Grauso

268. Actavis denies the allegations contained in Paragraph 268 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 268 and, therefore, Actavis denies same.

269. The allegations contained in Paragraph 269 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 269 and, therefore, Actavis denies same.

7. Kevin Green

270. The allegations contained in Paragraph 270 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 270 and, therefore, Actavis denies same.

271. The allegations contained in Paragraph 271 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 271 and, therefore, Actavis denies same.

8. Armando Kellum

272. Actavis denies the allegations contained in Paragraph 272 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 272 and, therefore, Actavis denies same.

9. Jill Nailor

273. Actavis denies the allegations contained in Paragraph 273 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 273 and, therefore, Actavis denies same.

274. Actavis denies the allegations contained in Paragraph 274 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 274 and, therefore, Actavis denies same.

10. James Nesta

275. Actavis denies the allegations contained in Paragraph 275 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 275 and, therefore, Actavis denies same.

11. Konstantin Ostaficiuk

276. Actavis denies the allegations contained in Paragraph 276 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 276 and, therefore, Actavis denies same.

12. Nisha Patel

277. Actavis denies the allegations contained in Paragraph 277 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 277 and, therefore, Actavis denies same.

13. David Rekenthaler

278. Actavis denies the allegations contained in Paragraph 278 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 278 and, therefore, Actavis denies same.

14. Rick Rogerson

279. Actavis denies the allegations contained in Paragraph 279 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 279 and, therefore, Actavis denies same.

15. Tracy Sullivan

280. Actavis denies the allegations contained in Paragraph 280 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 280 and, therefore, Actavis denies same.

## XII. THE CONSPIRATORIAL PRICE-FIXING, BID-RIGGING, & MARKET ALLOCATION AGREEMENTS

281. Actavis denies the allegations contained in Paragraph 281 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 281 and, therefore, Actavis denies same.

282. Paragraph 282 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 282 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 282 and, therefore, Actavis denies same.

283. Actavis denies the allegations contained in Paragraph 283 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 283 and, therefore, Actavis denies same.

284. Actavis denies the allegations contained in Paragraph 284 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 284 and, therefore, Actavis denies same.

285. Actavis denies the allegations contained in Paragraph 285 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 285 and, therefore, Actavis denies same.

286. Actavis denies the allegations contained in Paragraph 286 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 286 and, therefore, Actavis denies same.

287. Actavis denies the allegations contained in Paragraph 287 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 287 and, therefore, Actavis denies same.

288. Actavis denies the allegations contained in Paragraph 288 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 288 and, therefore, Actavis denies same.

289. Actavis denies the allegations contained in Paragraph 289 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 289 and, therefore, Actavis denies same.

290. Actavis denies the allegations contained in Paragraph 290 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 290 and, therefore, Actavis denies same.

291. Actavis denies the allegations contained in Paragraph 291 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 291 and, therefore, Actavis denies same.

292. Actavis denies the allegations contained in Paragraph 292 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 292 and, therefore, Actavis denies same.

293. Actavis denies the allegations contained in Paragraph 293 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 293 and, therefore, Actavis denies same.

294. Actavis denies the allegations contained in Paragraph 294 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 294 and, therefore, Actavis denies same.

**A. Acetazolamide**

295. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 295 and, therefore, Actavis denies same.

1. Acetazolamide Tablets

296. The allegations contained in Paragraph 296 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 296 and, therefore, Actavis denies same.

297. The allegations contained in Paragraph 297 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 297 and, therefore, Actavis denies same.

298. The allegations contained in Paragraph 298 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 298 and, therefore, Actavis denies same.

299. The allegations contained in Paragraph 299 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 299 and, therefore, Actavis denies same.

300. The allegations contained in Paragraph 300 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 300 and, therefore, Actavis denies same.

301. The allegations contained in Paragraph 301 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 301 and, therefore, Actavis denies same.

302. The allegations contained in Paragraph 302 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 302 and, therefore, Actavis denies same.

303. The allegations contained in Paragraph 303 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 303 and, therefore, Actavis denies same.

304. The allegations contained in Paragraph 304 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 304 and, therefore, Actavis denies same.

2. Acetazolamide Capsules

305. The allegations contained in Paragraph 305 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 305 and, therefore, Actavis denies same.

306. The allegations contained in Paragraph 306 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 306 and, therefore, Actavis denies same.

307. The allegations contained in Paragraph 307 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 307 and, therefore, Actavis denies same.

308. The allegations contained in Paragraph 308 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 308 and, therefore, Actavis denies same.

309. The allegations contained in Paragraph 309 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 309 and, therefore, Actavis denies same.

310. The allegations contained in Paragraph 310 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 310 and, therefore, Actavis denies same.

311. The allegations contained in Paragraph 311 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 311 and, therefore, Actavis denies same.

**B. Adapalene**

312. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 312 and, therefore, Actavis denies same.

313. The allegations contained in Paragraph 313 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 313 and, therefore, Actavis denies same.

314. The allegations contained in Paragraph 314 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 314 and, therefore, Actavis denies same.

315. The allegations contained in Paragraph 315 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 315 and, therefore, Actavis denies same.

316. The allegations contained in Paragraph 316 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 316 and, therefore, Actavis denies same.

317. The allegations contained in Paragraph 317 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 317 and, therefore, Actavis denies same.

318. The allegations contained in Paragraph 318 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 318 and, therefore, Actavis denies same.

319. The allegations contained in Paragraph 319 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 319 and, therefore, Actavis denies same.

320. The allegations contained in Paragraph 320 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 320 and, therefore, Actavis denies same.

321. The allegations contained in Paragraph 321 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 321 and, therefore, Actavis denies same.

322. The allegations contained in Paragraph 322 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 322 and, therefore, Actavis denies same.

323. The allegations contained in Paragraph 323 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 323 and, therefore, Actavis denies same.

324. The allegations contained in Paragraph 324 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 324 and, therefore, Actavis denies same.

325. The allegations contained in Paragraph 325 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 325 and, therefore, Actavis denies same.

326. The allegations contained in Paragraph 326 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 326 and, therefore, Actavis denies same.

327. The allegations contained in Paragraph 327 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 327 and, therefore, Actavis denies same.

328. The allegations contained in Paragraph 328 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 328 and, therefore, Actavis denies same.

329. The allegations contained in Paragraph 329 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 329 and, therefore, Actavis denies same.

330. The allegations contained in Paragraph 330 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 330 and, therefore, Actavis denies same.

331. The allegations contained in Paragraph 331 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 331 and, therefore, Actavis denies same.

332. The allegations contained in Paragraph 332 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 332 and, therefore, Actavis denies same.

**C. Albuterol**

333. The allegations contained in Paragraph 333 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 333 and, therefore, Actavis denies same.

334. The allegations contained in Paragraph 334 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 334 and, therefore, Actavis denies same.

335. Actavis denies the allegations contained in Paragraph 335 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 335 and, therefore, Actavis denies same.

336. The allegations contained in Paragraph 336 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 336 and, therefore, Actavis denies same.

337. Actavis denies the allegations contained in Paragraph 337 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 337 and, therefore, Actavis denies same.

338. Actavis denies the allegations contained in Paragraph 338 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 338 and, therefore, Actavis denies same.

339. The allegations contained in Paragraph 339 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 339 and, therefore, Actavis denies same.

340. The allegations contained in Paragraph 340 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 340 and, therefore, Actavis denies same.

341. The allegations contained in Paragraph 341 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 341 and, therefore, Actavis denies same.

342. The allegations contained in Paragraph 342 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 342 and, therefore, Actavis denies same.

343. Actavis admits only that certain former Actavis employees attended certain trade association events. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 343 and, therefore, Actavis denies same.

**D. Alclometasone Dipropionate**

344. The allegations contained in Paragraph 344 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 344 and, therefore, Actavis denies same.

345. The allegations contained in Paragraph 345 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 345 and, therefore, Actavis denies same.

346. The allegations contained in Paragraph 346 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 346 and, therefore, Actavis denies same.

347. The allegations contained in Paragraph 347 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 347 and, therefore, Actavis denies same.

348. The allegations contained in Paragraph 348 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 348 and, therefore, Actavis denies same.

349. The allegations contained in Paragraph 349 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 349 and, therefore, Actavis denies same.

350. The allegations contained in Paragraph 350 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 350 and, therefore, Actavis denies same.

351. The allegations contained in Paragraph 351 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 351 and, therefore, Actavis denies same.

352. The allegations contained in Paragraph 352 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 352 and, therefore, Actavis denies same.

353. The allegations contained in Paragraph 353 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 353 and, therefore, Actavis denies same.

354. The allegations contained in Paragraph 354 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 354 and, therefore, Actavis denies same.

355. The allegations contained in Paragraph 355 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 355 and, therefore, Actavis denies same.

**E. Allopurinol**

356. Actavis denies the allegations contained in Paragraph 356 directed toward it, except admits only that Actavis manufactured Allopurinol at certain points in time, and that Allopurinol is a xanthine oxidase inhibitor used to treat gout and kidney stones. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 356 and, therefore, Actavis denies same.

357. Actavis denies the allegations contained in Paragraph 357 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 357 and, therefore, Actavis denies same.

358. Actavis denies the allegations contained in Paragraph 358 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 358 and, therefore, Actavis denies same.

359. Actavis denies the allegations contained in Paragraph 359 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 359 and, therefore, Actavis denies same.

360. Actavis denies the allegations contained in Paragraph 360 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 360 and, therefore, Actavis denies same.

361. Actavis denies the allegations contained in Paragraph 361 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 361 and, therefore, Actavis denies same.

362. Actavis denies the allegations contained in Paragraph 362 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 362 and, therefore, Actavis denies same.

363. Actavis denies the allegations contained in Paragraph 363 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 363 and, therefore, Actavis denies same.

**F. Amantadine HCL**

364. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 364 and, therefore, Actavis denies same.

365. The allegations contained in Paragraph 365 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 365 and, therefore, Actavis denies same.

366. The allegations contained in Paragraph 366 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 366 and, therefore, Actavis denies same.

367. The allegations contained in Paragraph 367 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 367 and, therefore, Actavis denies same.

368. The allegations contained in Paragraph 368 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 368 and, therefore, Actavis denies same.

369. The allegations contained in Paragraph 369 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 369 and, therefore, Actavis denies same.

**G. Amiloride HCL/HCTZ**

370. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 370 and, therefore, Actavis denies same.

371. The allegations contained in Paragraph 371 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 371 and, therefore, Actavis denies same.

372. The allegations contained in Paragraph 372 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 372 and, therefore, Actavis denies same.

373. Actavis denies the allegations contained in Paragraph 373 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 373 and, therefore, Actavis denies same.

374. The allegations contained in Paragraph 374 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 374 and, therefore, Actavis denies same.

375. Actavis denies the allegations contained in Paragraph 375 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 375 and, therefore, Actavis denies same.

**H. Amitriptyline**

376. The allegations contained in Paragraph 376 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 376 and, therefore, Actavis denies same.

377. The allegations contained in Paragraph 377 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 377 and, therefore, Actavis denies same.

378. The allegations contained in Paragraph 378 are directed toward other Defendants and, therefore, no response is required. Actavis lacks knowledge or information sufficient to form

a belief as to the truth of the remaining allegations contained in Paragraph 378 and, therefore, Actavis denies same.

379. The allegations contained in Paragraph 379 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 379 and, therefore, Actavis denies same.

380. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 380 and, therefore, Actavis denies same.

381. The allegations contained in Paragraph 381 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 381 and, therefore, Actavis denies same.

382. Actavis denies the allegations contained in Paragraph 382 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 382 and, therefore, Actavis denies same.

383. The allegations contained in Paragraph 383 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 383 and, therefore, Actavis denies same.

384. The allegations contained in Paragraph 384 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 384 and, therefore, Actavis denies same.

385. The allegations contained in Paragraph 385 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 385 and, therefore, Actavis denies same.

386. The allegations contained in Paragraph 386 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 386 and, therefore, Actavis denies same.

387. The allegations contained in Paragraph 387 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 387 and, therefore, Actavis denies same.

388. The allegations contained in Paragraph 388 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 388 and, therefore, Actavis denies same.

389. The allegations contained in Paragraph 389 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 389 and, therefore, Actavis denies same.

390. The allegations contained in Paragraph 390 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 390 and, therefore, Actavis denies same.

391. The allegations contained in Paragraph 391 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 391 and, therefore, Actavis denies same.

392. The allegations contained in Paragraph 392 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 392 and, therefore, Actavis denies same.

393. The allegations contained in Paragraph 393 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 393 and, therefore, Actavis denies same.

394. The allegations contained in Paragraph 394 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 394 and, therefore, Actavis denies same.

395. The allegations contained in Paragraph 395 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 395 and, therefore, Actavis denies same.

396. The allegations contained in Paragraph 396 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 396 and, therefore, Actavis denies same.

397. The allegations contained in Paragraph 397 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 397 and, therefore, Actavis denies same.

398. The allegations contained in Paragraph 398 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 398 and, therefore, Actavis denies same.

**I. Amphetamine/Dextroamphetamine**

399. Actavis admits the allegations contained in Paragraph 399.

400. Actavis denies the allegations contained in Paragraph 400 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 400 and, therefore, Actavis denies same.

401. Actavis denies the allegations contained in Paragraph 401 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 401 and, therefore, Actavis denies same.

402. Actavis denies the allegations contained in Paragraph 402 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 402 and, therefore, Actavis denies same.

403. Actavis denies the allegations contained in Paragraph 403 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 403 and, therefore, Actavis denies same.

404. Actavis denies the allegations contained in Paragraph 404 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 404 and, therefore, Actavis denies same.

405. Actavis denies the allegations contained in Paragraph 405 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 405 and, therefore, Actavis denies same.

406. Actavis denies the allegations contained in Paragraph 406 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 406 and, therefore, Actavis denies same.

407. The allegations contained in Paragraph 407 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 407 and, therefore, Actavis denies same.

408. Actavis denies the allegations contained in Paragraph 408 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 408 and, therefore, Actavis denies same.

409. Actavis denies the allegations contained in Paragraph 409 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 409 and, therefore, Actavis denies same.

410. Actavis denies the allegations contained in Paragraph 410 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 410 and, therefore, Actavis denies same.

411. Actavis denies the allegations contained in Paragraph 411 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 411 and, therefore, Actavis denies same.

**J. Atenolol Chlorthalidone**

412. Actavis admits the allegations contained in Paragraph 412.

413. Actavis denies the allegations contained in Paragraph 413 directed toward it, except admits only that Actavis manufactured Atenolol Chlorthalidone tablets at certain points in time. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 413 and, therefore, Actavis denies same.

414. Actavis denies the allegations contained in Paragraph 414 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 414 and, therefore, Actavis denies same.

415. Actavis denies the allegations contained in Paragraph 415 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 415 and, therefore, Actavis denies same.

416. Actavis denies the allegations contained in Paragraph 416 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 416 and, therefore, Actavis denies same.

**K. Baclofen**

417. The allegations contained in Paragraph 417 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 417 and, therefore, Actavis denies same.

418. The allegations contained in Paragraph 418 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 418 and, therefore, Actavis denies same.

419. The allegations contained in Paragraph 419 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 419 and, therefore, Actavis denies same.

420. The allegations contained in Paragraph 420 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 420 and, therefore, Actavis denies same.

421. The allegations contained in Paragraph 421 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 421 and, therefore, Actavis denies same.

422. The allegations contained in Paragraph 422 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 422 and, therefore, Actavis denies same.

423. The allegations contained in Paragraph 423 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 423 and, therefore, Actavis denies same.

424. The allegations contained in Paragraph 424 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 424 and, therefore, Actavis denies same.

425. The allegations contained in Paragraph 425 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 425 and, therefore, Actavis denies same.

426. The allegations contained in Paragraph 426 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 426 and, therefore, Actavis denies same.

427. The allegations contained in Paragraph 427 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 427 and, therefore, Actavis denies same.

428. The allegations contained in Paragraph 428 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 428 and, therefore, Actavis denies same.

429. The allegations contained in Paragraph 429 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 429 and, therefore, Actavis denies same.

430. The allegations contained in Paragraph 430 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 430 and, therefore, Actavis denies same.

431. The allegations contained in Paragraph 431 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 431 and, therefore, Actavis denies same.

432. Actavis denies the allegations contained in Paragraph 432 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 432 and, therefore, Actavis denies same.

433. The allegations contained in Paragraph 433 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 433 and, therefore, Actavis denies same.

434. The allegations contained in Paragraph 434 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 434 and, therefore, Actavis denies same.

435. The allegations contained in Paragraph 435 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 435 and, therefore, Actavis denies same.

436. The allegations contained in Paragraph 436 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 436 and, therefore, Actavis denies same.

437. The allegations contained in Paragraph 437 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 437 and, therefore, Actavis denies same.

438. The allegations contained in Paragraph 438 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 438 and, therefore, Actavis denies same.

**L. Balsalazide Disodium**

439. The allegations contained in Paragraph 439 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 439 and, therefore, Actavis denies same.

440. Actavis denies the allegations contained in Paragraph 440 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 440 and, therefore, Actavis denies same.

441. The allegations contained in Paragraph 441 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 441 and, therefore, Actavis denies same.

442. The allegations contained in Paragraph 442 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 442 and, therefore, Actavis denies same.

443. The allegations contained in Paragraph 443 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 443 and, therefore, Actavis denies same.

**M. Benazepril HCTZ**

444. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 444 and, therefore, denies the same.

445. The allegations contained in Paragraph 445 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 445 and, therefore, Actavis denies same.

446. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 446 and, therefore, Actavis denies same.

447. The allegations contained in Paragraph 447 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 447 and, therefore, Actavis denies same.

448. The allegations contained in Paragraph 448 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 448 and, therefore, Actavis denies same.

449. The allegations contained in Paragraph 449 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 449 and, therefore, Actavis denies same.

450. The allegations contained in Paragraph 450 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 450 and, therefore, Actavis denies same.

451. The allegations contained in Paragraph 451 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 451 and, therefore, Actavis denies same.

452. The allegations contained in Paragraph 452 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 452 and, therefore, Actavis denies same.

453. The allegations contained in Paragraph 453 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 453 and, therefore, Actavis denies same.

454. The allegations contained in Paragraph 454 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 454 and, therefore, Actavis denies same.

455. The allegations contained in Paragraph 455 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 455 and, therefore, Actavis denies same.

456. The allegations contained in Paragraph 456 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 456 and, therefore, Actavis denies same.

457. The allegations contained in Paragraph 457 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 457 and, therefore, Actavis denies same.

458. The allegations contained in Paragraph 458 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 458 and, therefore, Actavis denies same.

## N. Betamethasone Dipropionate

459. Actavis admits only that Betamethasone Dipropionate is a steroid used to treat a variety of skin conditions, and that Actavis manufactured certain formulations of Betamethasone Dipropionate at certain points in time. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 459 and, therefore, Actavis denies same.

### 1. Lotion, Cream, and Ointment

460. The allegations contained in Paragraph 460 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 460 and, therefore, Actavis denies same.

461. The allegations contained in Paragraph 461 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 461 and, therefore, Actavis denies same.

462. The allegations contained in Paragraph 462 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 462 and, therefore, Actavis denies same.

463. The allegations contained in Paragraph 463 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 463 and, therefore, Actavis denies same.

464. The allegations contained in Paragraph 464 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 464 and, therefore, Actavis denies same.

465. The allegations contained in Paragraph 465 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 465 and, therefore, Actavis denies same.

466. Actavis denies the allegations contained in Paragraph 466 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 466 and, therefore, Actavis denies same.

467. Actavis denies the allegations contained in Paragraph 467 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 467 and, therefore, Actavis denies same.

2. CBD

468. Actavis denies the allegations contained in Paragraph 468 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 468 and, therefore, Actavis denies same.

469. Actavis denies the allegations contained in Paragraph 469 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 469 and, therefore, Actavis denies same.

470. Actavis denies the allegations contained in Paragraph 470 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 470 and, therefore, Actavis denies same.

471. Actavis denies the allegations contained in Paragraph 471 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 471 and, therefore, Actavis denies same.

472. Actavis denies the allegations contained in Paragraph 472 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 472 and, therefore, Actavis denies same.

473. Actavis denies the allegations contained in Paragraph 473 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 473 and, therefore, Actavis denies same.

474. Actavis denies the allegations contained in Paragraph 474 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 474 and, therefore, Actavis denies same.

475. Actavis denies the allegations contained in Paragraph 475 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 475 and, therefore, Actavis denies same.

476. Actavis denies the allegations contained in Paragraph 476 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 476 and, therefore, Actavis denies same.

477. The allegations contained in Paragraph 477 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 477 and, therefore, Actavis denies same.

478. The allegations contained in Paragraph 478 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 478 and, therefore, Actavis denies same.

479. The allegations contained in Paragraph 479 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 479 and, therefore, Actavis denies same.

480. The allegations contained in Paragraph 480 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 480 and, therefore, Actavis denies same.

481. Actavis denies the allegations contained in Paragraph 481 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 481 and, therefore, Actavis denies same.

482. Actavis denies the allegations contained in Paragraph 482 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 482 and, therefore, Actavis denies same.

483. Actavis denies the allegations contained in Paragraph 483 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 483 and, therefore, Actavis denies same.

484. Actavis denies the allegations contained in Paragraph 484 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 484 and, therefore, Actavis denies same.

485. The allegations contained in Paragraph 485 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 485 and, therefore, Actavis denies same.

486. The allegations contained in Paragraph 486 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 486 and, therefore, Actavis denies same.

487. The allegations contained in Paragraph 487 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 487 and, therefore, Actavis denies same.

488. The allegations contained in Paragraph 488 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 488 and, therefore, Actavis denies same.

489. The allegations contained in Paragraph 489 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 489 and, therefore, Actavis denies same.

490. The allegations contained in Paragraph 490 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 490 and, therefore, Actavis denies same.

**O. Betamethasone Valerate**

491. Actavis admits only that Betamethasone Valerate is a corticosteroid used to treat a variety of skin conditions, and that Actavis manufactured certain formulations of Betamethasone Valerate at certain points in time. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 491 and, therefore, Actavis denies same.

1. <u>Lotion</u>

492. The allegations contained in Paragraph 492 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 492 and, therefore, Actavis denies same.

493. The allegations contained in Paragraph 493 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 493 and, therefore, Actavis denies same.

494. The allegations contained in Paragraph 494 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 494 and, therefore, Actavis denies same.

495. The allegations contained in Paragraph 495 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 495 and, therefore, Actavis denies same.

496. The allegations contained in Paragraph 496 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 496 and, therefore, Actavis denies same.

497. The allegations contained in Paragraph 497 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 497 and, therefore, Actavis denies same.

498. The allegations contained in Paragraph 498 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 498 and, therefore, Actavis denies same.

499. The allegations contained in Paragraph 499 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 499 and, therefore, Actavis denies same.

500. The allegations contained in Paragraph 500 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 500 and, therefore, Actavis denies same.

501. The allegations contained in Paragraph 501 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 501 and, therefore, Actavis denies same.

502. The allegations contained in Paragraph 502 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 502 and, therefore, Actavis denies same.

503. The allegations contained in Paragraph 503 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 503 and, therefore, Actavis denies same.

504. The allegations contained in Paragraph 504 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 504 and, therefore, Actavis denies same.

505. The allegations contained in Paragraph 505 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 505 and, therefore, Actavis denies same.

2. Ointment

506. The allegations contained in Paragraph 506 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 506 and, therefore, Actavis denies same.

507. Actavis denies the allegations contained in Paragraph 507 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 507 and, therefore, Actavis denies same.

508. The allegations contained in Paragraph 508 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 508 and, therefore, Actavis denies same.

509. Actavis denies the allegations contained in Paragraph 509 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 509 and, therefore, Actavis denies same.

510. Actavis denies the allegations contained in Paragraph 510 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 510 and, therefore, Actavis denies same.

511. The allegations contained in Paragraph 511 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 511 and, therefore, Actavis denies same.

512. The allegations contained in Paragraph 512 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 512 and, therefore, Actavis denies same.

513. Actavis denies the allegations contained in Paragraph 513 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 513 and, therefore, Actavis denies same.

514. The allegations contained in Paragraph 514 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 514 and, therefore, Actavis denies same.

515. Actavis denies the allegations contained in Paragraph 515 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 515 and, therefore, Actavis denies same.

516. The allegations contained in Paragraph 516 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 516 and, therefore, Actavis denies same.

517. The allegations contained in Paragraph 517 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 517 and, therefore, Actavis denies same.

518. The allegations contained in Paragraph 518 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 518 and, therefore, Actavis denies same.

519. The allegations contained in Paragraph 519 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 519 and, therefore, Actavis denies same.

**P. Bromocriptine Mesylate Tablets**

520. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 520 and, therefore, Actavis denies same.

521. The allegations contained in Paragraph 521 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 521 and, therefore, Actavis denies same.

522. The allegations contained in Paragraph 522 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 522 and, therefore, Actavis denies same.

523. The allegations contained in Paragraph 523 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 523 and, therefore, Actavis denies same.

524. The allegations contained in Paragraph 524 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 524 and, therefore, Actavis denies same.

525. The allegations contained in Paragraph 525 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 525 and, therefore, Actavis denies same.

526. The allegations contained in Paragraph 526 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 526 and, therefore, Actavis denies same.

527. The allegations contained in Paragraph 527 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 527 and, therefore, Actavis denies same.

528. The allegations contained in Paragraph 528 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 528 and, therefore, Actavis denies same.

529. The allegations contained in Paragraph 529 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 529 and, therefore, Actavis denies same.

530. The allegations contained in Paragraph 530 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 530 and, therefore, Actavis denies same.

531. The allegations contained in Paragraph 531 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 531 and, therefore, Actavis denies same.

532. The allegations contained in Paragraph 532 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 532 and, therefore, Actavis denies same.

533. The allegations contained in Paragraph 533 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 533 and, therefore, Actavis denies same.

534. The allegations contained in Paragraph 534 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 534 and, therefore, Actavis denies same.

535. The allegations contained in Paragraph 535 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 535 and, therefore, Actavis denies same.

536. The allegations contained in Paragraph 536 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 536 and, therefore, Actavis denies same.

537. The allegations contained in Paragraph 537 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 537 and, therefore, Actavis denies same.

538. The allegations contained in Paragraph 538 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 538 and, therefore, Actavis denies same.

539. The allegations contained in Paragraph 539 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 539 and, therefore, Actavis denies same.

540. The allegations contained in Paragraph 540 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 540 and, therefore, Actavis denies same.

541. The allegations contained in Paragraph 541 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 541 and, therefore, Actavis denies same.

542. The allegations contained in Paragraph 542 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 542 and, therefore, Actavis denies same.

543. The allegations contained in Paragraph 543 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 543 and, therefore, Actavis denies same.

544. The allegations contained in Paragraph 544 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 544 and, therefore, Actavis denies same.

545. The allegations contained in Paragraph 545 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 545 and, therefore, Actavis denies same.

**Q. Budesonide DR Capsules**

546. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 546 and, therefore, Actavis denies same.

547. The allegations contained in Paragraph 547 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 547 and, therefore, Actavis denies same.

548. The allegations contained in Paragraph 548 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 548 and, therefore, Actavis denies same.

549. The allegations contained in Paragraph 549 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 549 and, therefore, Actavis denies same.

550. The allegations contained in Paragraph 550 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 550 and, therefore, Actavis denies same.

551. The allegations contained in Paragraph 551 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 551 and, therefore, Actavis denies same.

552. The allegations contained in Paragraph 552 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 552 and, therefore, Actavis denies same.

**R. Budesonide Inhalation**

553. Actavis denies the allegations contained in Paragraph 553 directed toward it, except admits only that Actavis manufactured certain formulations of Budesonide Inhalation at certain points in time, and that Budesonide Inhalation is an anti-inflammatory steroid, administered through inhalers or similar devices, used to prevent asthma attacks. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 553 and, therefore, Actavis denies same.

554. The allegations contained in Paragraph 554 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 554 and, therefore, Actavis denies same.

555. Actavis denies the allegations contained in Paragraph 555 directed toward it, except admits only that Actavis won a legal challenge in federal district court regarding the patent for Pulmicort Respules. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 555 and, therefore, Actavis denies same.

556. Actavis denies the allegations contained in Paragraph 556 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 556 and, therefore, Actavis denies same.

557. Actavis denies the allegations contained in Paragraph 557 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 557 and, therefore, Actavis denies same.

558. Actavis denies the allegations contained in Paragraph 558 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 558 and, therefore, Actavis denies same.

559. Actavis denies the allegations contained in Paragraph 559 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 559 and, therefore, Actavis denies same.

560. Actavis denies the allegations contained in Paragraph 560 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 560 and, therefore, Actavis denies same.

**S. Buspirone Hydrochloride Tablets**

561. Actavis admits the allegations contained in Paragraph 561.

562. Actavis denies the allegations contained in Paragraph 562 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 562 and, therefore, Actavis denies same.

563. Actavis denies the allegations contained in Paragraph 563 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 563 and, therefore, Actavis denies same.

564. Actavis denies the allegations contained in Paragraph 564 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 564 and, therefore, Actavis denies same.

**T. Butorphanol Tartrate**

565. The allegations contained in Paragraph 565 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 565 and, therefore, Actavis denies same.

566. The allegations contained in Paragraph 566 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 566 and, therefore, Actavis denies same.

567. The allegations contained in Paragraph 567 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 567 and, therefore, Actavis denies same.

568. The allegations contained in Paragraph 568 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 568 and, therefore, Actavis denies same.

569. Actavis denies the allegations contained in Paragraph 569 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 569 and, therefore, Actavis denies same.

**U. Cabergoline**

570. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 570 and, therefore, Actavis denies same.

571. The allegations contained in Paragraph 571 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 571 and, therefore, Actavis denies same.

572. The allegations contained in Paragraph 572 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 572 and, therefore, Actavis denies same.

573. The allegations contained in Paragraph 573 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 573 and, therefore, Actavis denies same.

574. The allegations contained in Paragraph 574 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 574 and, therefore, Actavis denies same.

575. The allegations contained in Paragraph 575 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 575 and, therefore, Actavis denies same.

576. The allegations contained in Paragraph 576 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 576 and, therefore, Actavis denies same.

**V. Calcipotriene**

577. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 577 and, therefore, Actavis denies same.

578. The allegations contained in Paragraph 578 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 578 and, therefore, Actavis denies same.

579. The allegations contained in Paragraph 579 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 579 and, therefore, Actavis denies same.

580. The allegations contained in Paragraph 580 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 580 and, therefore, Actavis denies same.

581. The allegations contained in Paragraph 581 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 581 and, therefore, Actavis denies same.

582. The allegations contained in Paragraph 582 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 582 and, therefore, Actavis denies same.

583. The allegations contained in Paragraph 583 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 583 and, therefore, Actavis denies same.

584. The allegations contained in Paragraph 584 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 584 and, therefore, Actavis denies same.

585. The allegations contained in Paragraph 585 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 585 and, therefore, Actavis denies same.

586. The allegations contained in Paragraph 586 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 586 and, therefore, Actavis denies same.

**W. Calcipotriene Betamethasone**

587. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 587 and, therefore, Actavis denies same.

588. The allegations contained in Paragraph 588 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 588 and, therefore, Actavis denies same.

589. The allegations contained in Paragraph 589 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 589 and, therefore, Actavis denies same.

590. The allegations contained in Paragraph 590 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 590 and, therefore, Actavis denies same.

591. The allegations contained in Paragraph 591 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 591 and, therefore, Actavis denies same.

592. The allegations contained in Paragraph 592 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 592 and, therefore, Actavis denies same.

593. The allegations contained in Paragraph 593 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 593 and, therefore, Actavis denies same.

594. The allegations contained in Paragraph 594 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 594 and, therefore, Actavis denies same.

595. The allegations contained in Paragraph 595 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 595 and, therefore, Actavis denies same.

596. The allegations contained in Paragraph 596 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 596 and, therefore, Actavis denies same.

597. The allegations contained in Paragraph 597 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 597 and, therefore, Actavis denies same.

598. The allegations contained in Paragraph 598 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 598 and, therefore, Actavis denies same.

599. The allegations contained in Paragraph 599 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 599 and, therefore, Actavis denies same.

600. The allegations contained in Paragraph 600 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 600 and, therefore, Actavis denies same

601. The allegations contained in Paragraph 601 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 601 and, therefore, Actavis denies same.

602. The allegations contained in Paragraph 602 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 602 and, therefore, Actavis denies same.

603. The allegations contained in Paragraph 603 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 603 and, therefore, Actavis denies same.

604. The allegations contained in Paragraph 604 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 604 and, therefore, Actavis denies same.

605. The allegations contained in Paragraph 605 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 605 and, therefore, Actavis denies same.

606. The allegations contained in Paragraph 606 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 606 and, therefore, Actavis denies same.

607. The allegations contained in Paragraph 607 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 607 and, therefore, Actavis denies same.

608. The allegations contained in Paragraph 608 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 608 and, therefore, Actavis denies same.

609. The allegations contained in Paragraph 609 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 609 and, therefore, Actavis denies same.

610. The allegations contained in Paragraph 610 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 610 and, therefore, Actavis denies same.

611. The allegations contained in Paragraph 611 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 611 and, therefore, Actavis denies same.

612. The allegations contained in Paragraph 612 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 612 and, therefore, Actavis denies same.

**X. Capecitabine**

613. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 613 and, therefore, Actavis denies same.

614. The allegations contained in Paragraph 614 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 614 and, therefore, Actavis denies same.

615. The allegations contained in Paragraph 615 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 615 and, therefore, Actavis denies same.

616. The allegations contained in Paragraph 616 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 616 and, therefore, Actavis denies same.

617. The allegations contained in Paragraph 617 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 617 and, therefore, Actavis denies same.

618. The allegations contained in Paragraph 618 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 618 and, therefore, Actavis denies same.

619. The allegations contained in Paragraph 619 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 619 and, therefore, Actavis denies same.

620. The allegations contained in Paragraph 620 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 620 and, therefore, Actavis denies same.

621. The allegations contained in Paragraph 621 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 621 and, therefore, Actavis denies same.

622. The allegations contained in Paragraph 622 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 622 and, therefore, Actavis denies same.

623. The allegations contained in Paragraph 623 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 623 and, therefore, Actavis denies same.

624. The allegations contained in Paragraph 624 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 624 and, therefore, Actavis denies same.

625. The allegations contained in Paragraph 625 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 625 and, therefore, Actavis denies same.

626. The allegations contained in Paragraph 626 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 626 and, therefore, Actavis denies same.

627. The allegations contained in Paragraph 627 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 627 and, therefore, Actavis denies same.

**Y. Captopril**

628. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 628 and, therefore, Actavis denies same.

629. The allegations contained in Paragraph 629 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 629 and, therefore, Actavis denies same.

630. The allegations contained in Paragraph 630 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 630 and, therefore, Actavis denies same.

631. The allegations contained in Paragraph 631 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 631 and, therefore, Actavis denies same.

632. The allegations contained in Paragraph 632 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 632 and, therefore, Actavis denies same.

633. The allegations contained in Paragraph 633 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 633 and, therefore, Actavis denies same.

634. The allegations contained in Paragraph 634 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 634 and, therefore, Actavis denies same.

635. Actavis denies the allegations contained in Paragraph 635 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 635 and, therefore, Actavis denies same.

**Z. Carbamazepine**

636. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 636 and, therefore, Actavis denies same.

637. The allegations contained in Paragraph 637 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 637 and, therefore, Actavis denies same.

638. The allegations contained in Paragraph 638 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 638 and, therefore, Actavis denies same.

639. The allegations contained in Paragraph 639 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 639 and, therefore, Actavis denies same.

640. The allegations contained in Paragraph 640 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 640 and, therefore, Actavis denies same.

641. The allegations contained in Paragraph 641 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 641 and, therefore, Actavis denies same.

642. The allegations contained in Paragraph 642 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 642 and, therefore, Actavis denies same.

643. The allegations contained in Paragraph 643 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 643 and, therefore, Actavis denies same.

644. The allegations contained in Paragraph 644 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 644 and, therefore, Actavis denies same.

645. The allegations contained in Paragraph 645 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 645 and, therefore, Actavis denies same.

646. The allegations contained in Paragraph 646 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 646 and, therefore, Actavis denies same.

647. The allegations contained in Paragraph 647 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 647 and, therefore, Actavis denies same.

648. The allegations contained in Paragraph 648 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 648 and, therefore, Actavis denies same.

649. The allegations contained in Paragraph 649 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 649 and, therefore, Actavis denies same.

650. The allegations contained in Paragraph 650 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 650 and, therefore, Actavis denies same.

651. Actavis denies the allegations contained in Paragraph 651 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 651 and, therefore, Actavis denies same.

**AA. Cefpodoxime Proxetil**

652. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 652 and, therefore, Actavis denies same.

653. The allegations contained in Paragraph 653 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 653 and, therefore, Actavis denies same.

654. The allegations contained in Paragraph 654 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 654 and, therefore, Actavis denies same.

655. The allegations contained in Paragraph 655 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 655 and, therefore, Actavis denies same.

656. The allegations contained in Paragraph 656 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 656 and, therefore, Actavis denies same.

657. The allegations contained in Paragraph 657 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 657 and, therefore, Actavis denies same.

658. The allegations contained in Paragraph 658 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 658 and, therefore, Actavis denies same.

659. The allegations contained in Paragraph 659 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 659 and, therefore, Actavis denies same.

660. The allegations contained in Paragraph 660 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 660 and, therefore, Actavis denies same.

661. The allegations contained in Paragraph 661 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 661 and, therefore, Actavis denies same.

662. The allegations contained in Paragraph 662 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 662 and, therefore, Actavis denies same.

663. The allegations contained in Paragraph 663 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 663 and, therefore, Actavis denies same.

664. The allegations contained in Paragraph 664 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 664 and, therefore, Actavis denies same.

665. The allegations contained in Paragraph 665 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 665 and, therefore, Actavis denies same.

666. The allegations contained in Paragraph 666 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 666 and, therefore, Actavis denies same.

**BB. Cefuroxime Axetil**

667. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 667 and, therefore, Actavis denies same.

668. The allegations contained in Paragraph 668 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 668 and, therefore, Actavis denies same.

669. The allegations contained in Paragraph 669 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 669 and, therefore, Actavis denies same.

670. The allegations contained in Paragraph 670 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 670 and, therefore, Actavis denies same.

671. The allegations contained in Paragraph 671 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 671 and, therefore, Actavis denies same.

672. Actavis denies the allegations contained in Paragraph 672 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 672 and, therefore, Actavis denies same.

**CC. Celecoxib**

673. Actavis admits the allegations contained in Paragraph 673.

674. The allegations contained in Paragraph 674 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 674 and, therefore, Actavis denies same.

675. Actavis denies the allegations contained in Paragraph 675 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 675 and, therefore, Actavis denies same.

676. Actavis denies the allegations contained in Paragraph 676 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 676 and, therefore, Actavis denies same.

677. Actavis denies the allegations contained in Paragraph 677 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 677 and, therefore, Actavis denies same.

678. Actavis denies the allegations contained in Paragraph 678 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 678 and, therefore, Actavis denies same.

679. Actavis denies the allegations contained in Paragraph 679 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 679 and, therefore, Actavis denies same.

**DD. Chlorpromazine**

680. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 680 and, therefore, Actavis denies same.

681. The allegations contained in Paragraph 681 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 681 and, therefore, Actavis denies same.

682. The allegations contained in Paragraph 682 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 682 and, therefore, Actavis denies same.

683. The allegations contained in Paragraph 683 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 683 and, therefore, Actavis denies same.

684. The allegations contained in Paragraph 684 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 684 and, therefore, Actavis denies same.

685. The allegations contained in Paragraph 685 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 685 and, therefore, Actavis denies same.

686. The allegations contained in Paragraph 686 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 686 and, therefore, Actavis denies same.

**EE. Cholestyramine**

687. The allegations contained in Paragraph 687 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 687 and, therefore, Actavis denies same.

688. The allegations contained in Paragraph 688 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 688 and, therefore, Actavis denies same.

689. The allegations contained in Paragraph 689 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 689 and, therefore, Actavis denies same.

690. The allegations contained in Paragraph 690 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 690 and, therefore, Actavis denies same.

691. Actavis denies the allegations contained in Paragraph 691 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 691 and, therefore, Actavis denies same.

**FF. Ciclopirox**

692. Paragraph 692 contains incomplete allegations and requires no response from Actavis. To the extent a response is required, Actavis denies the allegations contained in Paragraph 692 directed toward it, except admits only that Ciclopirox is an antifungal medicine sold in a variety of formulations. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 692 and, therefore, Actavis denies same.

693. The allegations contained in Paragraph 693 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 693 and, therefore, Actavis denies same.

694. The allegations contained in Paragraph 694 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 694 and, therefore, Actavis denies same.

695. The allegations contained in Paragraph 695 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 695 and, therefore, Actavis denies same.

696. The allegations contained in Paragraph 696 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 696 and, therefore, Actavis denies same.

697. The allegations contained in Paragraph 697 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 697 and, therefore, Actavis denies same.

698. The allegations contained in Paragraph 698 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 698 and, therefore, Actavis denies same.

699. The allegations contained in Paragraph 699 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 699 and, therefore, Actavis denies same.

700. The allegations contained in Paragraph 700 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 700 and, therefore, Actavis denies same.

701. The allegations contained in Paragraph 701 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 701 and, therefore, Actavis denies same.

702. The allegations contained in Paragraph 702 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 702 and, therefore, Actavis denies same.

703. The allegations contained in Paragraph 703 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 703 and, therefore, Actavis denies same.

704. The allegations contained in Paragraph 704 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 704 and, therefore, Actavis denies same.

705. The allegations contained in Paragraph 705 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 705 and, therefore, Actavis denies same.

706. The allegations contained in Paragraph 706 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 706 and, therefore, Actavis denies same.

707. The allegations contained in Paragraph 707 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 707 and, therefore, Actavis denies same.

708. The allegations contained in Paragraph 708 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 708 and, therefore, Actavis denies same.

709. The allegations contained in Paragraph 709 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 709 and, therefore, Actavis denies same.

710. The allegations contained in Paragraph 710 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 710 and, therefore, Actavis denies same.

711. The allegations contained in Paragraph 711 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 711 and, therefore, Actavis denies same.

712. The allegations contained in Paragraph 712 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 712 and, therefore, Actavis denies same.

713. The allegations contained in Paragraph 713 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 713 and, therefore, Actavis denies same.

714. The allegations contained in Paragraph 714 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 714 and, therefore, Actavis denies same.

715. The allegations contained in Paragraph 715 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 715 and, therefore, Actavis denies same.

716. The allegations contained in Paragraph 716 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 716 and, therefore, Actavis denies same.

717. The allegations contained in Paragraph 717 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 717 and, therefore, Actavis denies same.

718. The allegations contained in Paragraph 718 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 718 and, therefore, Actavis denies same.

719. The allegations contained in Paragraph 719 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 719 and, therefore, Actavis denies same.

720. The allegations contained in Paragraph 720 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 720 and, therefore, Actavis denies same.

721. The allegations contained in Paragraph 721 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 721 and, therefore, Actavis denies same.

722. The allegations contained in Paragraph 722 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 722 and, therefore, Actavis denies same.

723. The allegations contained in Paragraph 723 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 723 and, therefore, Actavis denies same.

724. The allegations contained in Paragraph 724 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 724 and, therefore, Actavis denies same.

725. The allegations contained in Paragraph 725 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 725 and, therefore, Actavis denies same.

726. Actavis denies the allegations contained in Paragraph 726 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 726 and, therefore, Actavis denies the same.

## GG. Clindamycin Phosphate

727. Actavis admits the allegations contained in Paragraph 727.

728. The allegations contained in Paragraph 728 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 728 and, therefore, Actavis denies same.

### 1. The First Coordinated Price Increase (60ml Solution – Fougera and Greenstone)

729. The allegations contained in Paragraph 729 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 729 and, therefore, Actavis denies same.

730. The allegations contained in Paragraph 730 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 730 and, therefore, Actavis denies same.

731. The allegations contained in Paragraph 731 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 731 and, therefore, Actavis denies same.

732. The allegations contained in Paragraph 732 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 732 and, therefore, Actavis denies same.

733. The allegations contained in Paragraph 733 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 733 and, therefore, Actavis denies same.

734. The allegations contained in Paragraph 734 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 734 and, therefore, Actavis denies same.

735. The allegations contained in Paragraph 735 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 735 and, therefore, Actavis denies same.

736. The allegations contained in Paragraph 736 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 736 and, therefore, Actavis denies same.

737. The allegations contained in Paragraph 737 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 737 and, therefore, Actavis denies same.

738. The allegations contained in Paragraph 738 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 738 and, therefore, Actavis denies same.

739. The allegations contained in Paragraph 739 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 739 and, therefore, Actavis denies same.

2. The Second Coordinated Increase (October 2012 – All Formulations – Sandoz and Greenstone)

740. The allegations contained in Paragraph 740 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 740 and, therefore, Actavis denies same.

741. The allegations contained in Paragraph 741 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 741 and, therefore, Actavis denies same.

742. The allegations contained in Paragraph 742 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 742 and, therefore, Actavis denies same.

743. The allegations contained in Paragraph 743 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 743 and, therefore, Actavis denies same.

744. The allegations contained in Paragraph 744 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 744 and, therefore, Actavis denies same.

745. The allegations contained in Paragraph 745 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 745 and, therefore, Actavis denies same.

746. The allegations contained in Paragraph 746 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 746 and, therefore, Actavis denies same.

747. The allegations contained in Paragraph 747 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 747 and, therefore, Actavis denies same.

748. The allegations contained in Paragraph 748 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 748 and, therefore, Actavis denies same.

749. The allegations contained in Paragraph 749 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 749 and, therefore, Actavis denies same.

750. The allegations contained in Paragraph 750 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 750 and, therefore, Actavis denies same.

751. The allegations contained in Paragraph 751 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 751 and, therefore, Actavis denies same.

752. The allegations contained in Paragraph 752 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 752 and, therefore, Actavis denies same.

753. The allegations contained in Paragraph 753 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 753 and, therefore, Actavis denies same.

754. The allegations contained in Paragraph 754 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 754 and, therefore, Actavis denies same.

3. New Entrants on Clindamycin Solution – Actavis, Perrigo and Taro – Do Not Significantly Erode Pricing

755. The allegations contained in Paragraph 755 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 755 and, therefore, Actavis denies same.

756. The allegations contained in Paragraph 756 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 756 and, therefore, Actavis denies same.

757. The allegations contained in Paragraph 757 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 757 and, therefore, Actavis denies same.

758. The allegations contained in Paragraph 758 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 758 and, therefore, Actavis denies same.

759. The allegations contained in Paragraph 759 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 759 and, therefore, Actavis denies same.

760. The allegations contained in Paragraph 760 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 760 and, therefore, Actavis denies same.

761. The allegations contained in Paragraph 761 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 761 and, therefore, Actavis denies same.

762. The allegations contained in Paragraph 762 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 762 and, therefore, Actavis denies same.

763. The allegations contained in Paragraph 763 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 763 and, therefore, Actavis denies same.

764. The allegations contained in Paragraph 764 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 764 and, therefore, Actavis denies same.

765. The allegations contained in Paragraph 765 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 765 and, therefore, Actavis denies same.

766. The allegations contained in Paragraph 766 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 766 and, therefore, Actavis denies same.

767. The allegations contained in Paragraph 767 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 767 and, therefore, Actavis denies same.

768. The allegations contained in Paragraph 768 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 768 and, therefore, Actavis denies same.

769. The allegations contained in Paragraph 769 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 769 and, therefore, Actavis denies same.

770. The allegations contained in Paragraph 770 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 770 and, therefore, Actavis denies same.

771. The allegations contained in Paragraph 771 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 771 and, therefore, Actavis denies same.

772. The allegations contained in Paragraph 772 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 772 and, therefore, Actavis denies same.

773. The allegations contained in Paragraph 773 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 773 and, therefore, Actavis denies same.

774. The allegations contained in Paragraph 774 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 774 and, therefore, Actavis denies same.

775. The allegations contained in Paragraph 775 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 775 and, therefore, Actavis denies same.

776. The allegations contained in Paragraph 776 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 776 and, therefore, Actavis denies same.

777. The allegations contained in Paragraph 777 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 777 and, therefore, Actavis denies same.

778. Actavis denies the allegations contained in Paragraph 778 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 778 and, therefore, Actavis denies same.

4. The Third Coordinated Price Increase (2014 – All Formulations Except Solution – Sandoz and Greenstone)

779. The allegations contained in Paragraph 779 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 779 and, therefore, Actavis denies same.

780. The allegations contained in Paragraph 780 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 780 and, therefore, Actavis denies same.

781. The allegations contained in Paragraph 781 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 781 and, therefore, Actavis denies same.

782. The allegations contained in Paragraph 782 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 782 and, therefore, Actavis denies same.

783. The allegations contained in Paragraph 783 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 783 and, therefore, Actavis denies same.

**HH. Clobetasol**

784. Actavis denies the allegations contained in Paragraph 784 directed toward it, except admits only that it sold certain formulations of Clobetasol. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 784 and, therefore, Actavis denies same.

785. Actavis denies the allegations contained in Paragraph 785 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 785 and, therefore, Actavis denies same.

786. Actavis denies the allegations contained in Paragraph 786 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 786 and, therefore, Actavis denies same.

787. The allegations contained in Paragraph 787 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 787 and, therefore, Actavis denies same.

788. Paragraph 788 purports to quote from an August 2016 GAO report, the contents of which speak for themselves. Actavis denies the allegations contained in Paragraph 788 directed

toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 788 and, therefore, Actavis denies same.

789. Actavis denies the allegations contained in Paragraph 789 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 789 and, therefore, Actavis denies same.

790. Actavis denies the allegations contained in Paragraph 790 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 790 and, therefore, Actavis denies same.

791. Actavis admits only that certain former Actavis employees attended certain NACDS meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 791 and, therefore, Actavis denies same.

792. Actavis admits only that certain former Actavis employees attended certain GPhA meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 792 and, therefore, Actavis denies same.

793. Actavis admits only that certain former Actavis employees attended certain NACDS meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 793 and, therefore, Actavis denies same.

794. Actavis admits only that certain former Actavis employees attended certain GPhA meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 794 and, therefore, Actavis denies same.

795. Actavis admits only that certain former Actavis employees attended certain NACDS meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 795 and, therefore, Actavis denies same.

796. Actavis admits only that certain former Actavis employees attended certain HDMA meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 796 and, therefore, Actavis denies same.

797. Actavis admits only that certain former Actavis employees attended certain GPhA meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 797 and, therefore, Actavis denies same.

798. Actavis admits only that certain former Actavis employees attended certain NACDS meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 798 and, therefore, Actavis denies same.

799. Actavis admits only that certain former Actavis employees attended certain GPhA meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 799 and, therefore, Actavis denies same.

800. Actavis admits only that certain former Actavis employees attended certain NACDS meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 800 and, therefore, Actavis denies same.

801. Actavis admits only that certain former Actavis employees attended certain GPhA meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 801 and, therefore, Actavis denies same.

802. Actavis admits only that certain former Actavis employees attended certain NACDS meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 802 and, therefore, Actavis denies same.

803. Actavis admits only that certain former Actavis employees attended certain HDMA meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 803 and, therefore, Actavis denies same.

804. Actavis admits only that certain former Actavis employees attended certain GPhA meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 804 and, therefore, Actavis denies same.

805. Actavis admits only that certain former Actavis employees attended certain NACDS meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 805 and, therefore, Actavis denies same.

806. Actavis admits only that certain former Actavis employees attended certain trade association events. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 806 and, therefore, Actavis denies same.

## II. Clomipramine

807. The allegations contained in Paragraph 807 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 807 and, therefore, Actavis denies same.

808. The allegations contained in Paragraph 808 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 808 and, therefore, Actavis denies same.

809. The allegations contained in Paragraph 809 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 809 and, therefore, Actavis denies same.

810. The allegations contained in Paragraph 810 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 810 and, therefore, Actavis denies same.

811. The allegations contained in Paragraph 811 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 811 and, therefore, Actavis denies same.

812. The allegations contained in Paragraph 812 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 812 and, therefore, Actavis denies same.

813. The allegations contained in Paragraph 813 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 813 and, therefore, Actavis denies same.

814. The allegations contained in Paragraph 814 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 814 and, therefore, Actavis denies same.

815. The allegations contained in Paragraph 815 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 815 and, therefore, Actavis denies same.

816. The allegations contained in Paragraph 816 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 816 and, therefore, Actavis denies same.

817. The allegations contained in Paragraph 817 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 817 and, therefore, Actavis denies same.

818. The allegations contained in Paragraph 818 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 818 and, therefore, Actavis denies same.

819. The allegations contained in Paragraph 819 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 819 and, therefore, Actavis denies same.

820. The allegations contained in Paragraph 820 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 820 and, therefore, Actavis denies same.

821. The allegations contained in Paragraph 821 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 821 and, therefore, Actavis denies same.

822. The allegations contained in Paragraph 822 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 822 and, therefore, Actavis denies same.

823. The allegations contained in Paragraph 823 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 823 and, therefore, Actavis denies same.

824. The allegations contained in Paragraph 824 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 824 and, therefore, Actavis denies same.

825. The allegations contained in Paragraph 825 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 825 and, therefore, Actavis denies same.

826. The allegations contained in Paragraph 826 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 826 and, therefore, Actavis denies same.

827. The allegations contained in Paragraph 827 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 827 and, therefore, Actavis denies same.

828. The allegations contained in Paragraph 828 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 828 and, therefore, Actavis denies same.

829. The allegations contained in Paragraph 829 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 829 and, therefore, Actavis denies same.

830. Paragraph 830 purports to quote from a Fall 2014 senate hearing and a United States GAO Report issued in August 2016, the contents of which speak for themselves. Actavis denies all remaining allegations contained in Paragraph 830 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 830 and, therefore, Actavis denies same.

831. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 831 and, therefore, Actavis denies same.

832. Actavis denies the allegations contained in Paragraph 832 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 832 and, therefore, Actavis denies same.

833. Actavis denies the allegations contained in Paragraph 833 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 833 and, therefore, Actavis denies same.

834. The allegations contained in Paragraph 834 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 834 and, therefore, Actavis denies same.

835. The allegations contained in Paragraph 835 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 835 and, therefore, Actavis denies same.

836. The allegations contained in Paragraph 836 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 836 and, therefore, Actavis denies same.

837. The allegations contained in Paragraph 837 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 837 and, therefore, Actavis denies same.

838. The allegations contained in Paragraph 838 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 838 and, therefore, Actavis denies same.

839. The allegations contained in Paragraph 839 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 839 and, therefore, Actavis denies same.

840. The allegations contained in Paragraph 840 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 840 and, therefore, Actavis denies same.

841. The allegations contained in Paragraph 841 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 841 and, therefore, Actavis denies same.

**JJ. Clonidine-TTS Patch**

842. Actavis admits the allegations contained in Paragraph 842.

843. The allegations contained in Paragraph 843 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 843 and, therefore, Actavis denies same.

844. The allegations contained in Paragraph 844 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 844 and, therefore, Actavis denies same.

845. The allegations contained in Paragraph 845 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 845 and, therefore, Actavis denies same.

846. The allegations contained in Paragraph 846 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 846 and, therefore, Actavis denies same.

847. The allegations contained in Paragraph 847 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 847 and, therefore, Actavis denies same.

848. The allegations contained in Paragraph 848 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 848 and, therefore, Actavis denies same.

849. The allegations contained in Paragraph 849 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 849 and, therefore, Actavis denies same.

850. The allegations contained in Paragraph 850 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 850 and, therefore, Actavis denies same.

851. The allegations contained in Paragraph 851 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 851 and, therefore, Actavis denies same.

852. The allegations contained in Paragraph 852 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 852 and, therefore, Actavis denies same.

853. The allegations contained in Paragraph 853 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 853 and, therefore, Actavis denies same.

854. The allegations contained in Paragraph 854 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 854 and, therefore, Actavis denies same.

855. The allegations contained in Paragraph 855 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 855 and, therefore, Actavis denies same.

856. The allegations contained in Paragraph 856 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 856 and, therefore, Actavis denies same.

857. The allegations contained in Paragraph 857 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 857 and, therefore, Actavis denies same.

858. Actavis denies the allegations contained in Paragraph 858 directed toward it, except admits only that Actavis sold certain formulations of Clonidine. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 858 and, therefore, Actavis denies same.

859. Actavis denies the allegations contained in Paragraph 859 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 859 and, therefore, Actavis denies same.

860. Actavis denies the allegations contained in Paragraph 860 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 860 and, therefore, Actavis denies same.

861. Actavis denies the allegations contained in Paragraph 861 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 861 and, therefore, Actavis denies same.

862. Actavis denies the allegations contained in Paragraph 862 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 862 and, therefore, Actavis denies same.

863. Actavis denies the allegations contained in Paragraph 863 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 863 and, therefore, Actavis denies same.

864. Actavis denies the allegations contained in Paragraph 864 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 864 and, therefore, Actavis denies same.

**KK. Clotrimazole**

865. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 865 and, therefore, Actavis denies same.

866. The allegations contained in Paragraph 866 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 866 and, therefore, Actavis denies same.

867. The allegations contained in Paragraph 867 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 867 and, therefore, Actavis denies same.

868. The allegations contained in Paragraph 868 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 868 and, therefore, Actavis denies same.

869. The allegations contained in Paragraph 869 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 869 and, therefore, Actavis denies same.

870. The allegations contained in Paragraph 870 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 870 and, therefore, Actavis denies same.

871. The allegations contained in Paragraph 871 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 871 and, therefore, Actavis denies same.

872. The allegations contained in Paragraph 872 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 872 and, therefore, Actavis denies same.

873. The allegations contained in Paragraph 873 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 873 and, therefore, Actavis denies same.

874. The allegations contained in Paragraph 874 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 874 and, therefore, Actavis denies same.

875. The allegations contained in Paragraph 875 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 875 and, therefore, Actavis denies same.

876. The allegations contained in Paragraph 876 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 876 and, therefore, Actavis denies same.

877. The allegations contained in Paragraph 877 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 877 and, therefore, Actavis denies same.

878. The allegations contained in Paragraph 878 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 878 and, therefore, Actavis denies same.

**LL. Desogestrel/Ethinyl Estradiol Tablets (Kariva)**

879. Actavis denies the allegations contained in Paragraph 879 directed toward it, except admits only that Desogestrel/Ethinyl Estradiol is an oral contraceptive combination pill containing progestin and estrogen, and that Actavis manufactured Desogestrel/Ethinyl Estradiol at certain points in time. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 879 and, therefore, Actavis denies same.

880. The allegations contained in Paragraph 880 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 880 and, therefore, Actavis denies same.

881. Actavis denies the allegations contained in Paragraph 881 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 881 and, therefore, Actavis denies same.

882. Actavis denies the allegations contained in Paragraph 882 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 882 and, therefore, Actavis denies same.

**MM. Desonide**

883. Actavis admits only that Desonide ointment and cream are available in the United States. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 883 and, therefore, Actavis denies same.

884. Actavis denies the allegations contained in Paragraph 884 directed toward it, except admits only that Actavis sold certain formulations of Desonide at certain points in time. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 884 and, therefore, Actavis denies same.

885. Actavis denies the allegations contained in Paragraph 885 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 885 and, therefore, Actavis denies same.

886. Actavis denies the allegations contained in Paragraph 886 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 886 and, therefore, Actavis denies same.

887. Actavis denies the allegations contained in Paragraph 887 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 887 and, therefore, Actavis denies same.

888. Actavis denies the allegations contained in Paragraph 888 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 888 and, therefore, Actavis denies same.

889. Paragraph 889 purports to quote from an August 2016 GAO report, the contents of which speak for themselves. Actavis denies the remaining allegations contained in Paragraph 889 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 889 and, therefore, Actavis denies same.

890. Actavis denies the allegations contained in Paragraph 890 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 890 and, therefore, Actavis denies same.

891. Actavis denies the allegations contained in Paragraph 891 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 891 and, therefore, Actavis denies same.

892. Actavis denies the allegations contained in Paragraph 892 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 892 and, therefore, Actavis denies same.

893. Actavis admits only that certain former Actavis employees attended certain GPhA meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 893 and, therefore, Actavis denies same.

894. Actavis admits only that certain former Actavis employees attended certain GPhA meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 894 and, therefore, Actavis denies same.

895. Actavis denies the allegations contained in Paragraph 895 directed toward it, except admits only that certain former Actavis employees attended certain NACDS meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 895 and, therefore, Actavis denies same.

896. Actavis admits only that certain former Actavis employees attended certain HDMA meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 896 and, therefore, Actavis denies same.

897. Actavis admits only that certain former Actavis employees attended certain GPhA meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 897 and, therefore, Actavis denies same.

898. Actavis admits only that certain former Actavis employees attended certain NACDS meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 898 and, therefore, Actavis denies same.

899. Actavis admits only that certain former Actavis employees attended certain GPhA meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 899 and, therefore, Actavis denies same.

900. Actavis admits only that certain former Actavis employees attended certain NACDS meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 900 and, therefore, Actavis denies same.

901. Actavis admits only that certain former Actavis employees attended certain NACDS meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 901 and, therefore, Actavis denies same.

902. Actavis admits only that certain former Actavis employees attended certain trade association events. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 902 and, therefore, Actavis denies same.

**NN. Desoximetasone Ointment**

903. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 903 and, therefore, Actavis denies same.

904. The allegations contained in Paragraph 904 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 904 and, therefore, Actavis denies same.

905. The allegations contained in Paragraph 905 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 905 and, therefore, Actavis denies same.

906. The allegations contained in Paragraph 906 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 906 and, therefore, Actavis denies same.

907. The allegations contained in Paragraph 907 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 907 and, therefore, Actavis denies same.

908. The allegations contained in Paragraph 908 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 908 and, therefore, Actavis denies same.

909. The allegations contained in Paragraph 909 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 909 and, therefore, Actavis denies same.

910. The allegations contained in Paragraph 910 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 910 and, therefore, Actavis denies same.

911. The allegations contained in Paragraph 911 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 911 and, therefore, Actavis denies same.

912. The allegations contained in Paragraph 912 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 912 and, therefore, Actavis denies same.

913. The allegations contained in Paragraph 913 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 913 and, therefore, Actavis denies same.

914. The allegations contained in Paragraph 914 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 914 and, therefore, Actavis denies same.

915. The allegations contained in Paragraph 915 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 915 and, therefore, Actavis denies same.

916. The allegations contained in Paragraph 916 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 916 and, therefore, Actavis denies same.

917. The allegations contained in Paragraph 917 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 917 and, therefore, Actavis denies same.

918. The allegations contained in Paragraph 918 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 918 and, therefore, Actavis denies same.

919. The allegations contained in Paragraph 919 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 919 and, therefore, Actavis denies same.

920. The allegations contained in Paragraph 920 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 920 and, therefore, Actavis denies same.

921. The allegations contained in Paragraph 921 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 921 and, therefore, Actavis denies same.

922. The allegations contained in Paragraph 922 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 922 and, therefore, Actavis denies same.

923. The allegations contained in Paragraph 923 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 923 and, therefore, Actavis denies same.

924. The allegations contained in Paragraph 924 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 924 and, therefore, Actavis denies same.

**OO. Dexmethylphenidate HCL Extended Release**

925. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 925 and, therefore, Actavis denies same.

926. The allegations contained in Paragraph 926 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 926 and, therefore, Actavis denies same.

927. The allegations contained in Paragraph 927 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 927 and, therefore, Actavis denies same.

928. The allegations contained in Paragraph 928 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 928 and, therefore, Actavis denies same.

929. The allegations contained in Paragraph 929 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 929 and, therefore, Actavis denies same.

930. The allegations contained in Paragraph 930 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 930 and, therefore, Actavis denies same.

931. The allegations contained in Paragraph 931 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 931 and, therefore, Actavis denies same.

932. The allegations contained in Paragraph 932 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 932 and, therefore, Actavis denies same.

933. The allegations contained in Paragraph 933 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 933 and, therefore, Actavis denies same.

**PP. Dextroamphetamine Sulfate Extended Release**

934. Actavis admits the allegations contained in Paragraph 934.

935. Actavis denies the allegations contained in Paragraph 935 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 935 and, therefore, Actavis denies same.

936. The allegations contained in Paragraph 936 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 936 and, therefore, Actavis denies same.

937. The allegations contained in Paragraph 937 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 937 and, therefore, Actavis denies same.

938. Actavis denies the allegations contained in Paragraph 938 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 938 and, therefore, Actavis denies same.

939. Actavis denies the allegations contained in Paragraph 939 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 939 and, therefore, Actavis denies same.

940. Actavis denies the allegations contained in Paragraph 940 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 940 and, therefore, Actavis denies same.

**QQ. Digoxin**

941. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 941 and, therefore, Actavis denies same.

942. The allegations contained in Paragraph 942 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 942 and, therefore, Actavis denies same.

943. The allegations contained in Paragraph 943 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 943 and, therefore, Actavis denies same.

944. The allegations contained in Paragraph 944 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 944 and, therefore, Actavis denies same.

945. The allegations contained in Paragraph 945 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 945 and, therefore, Actavis denies same.

946. The allegations contained in Paragraph 946 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 946 and, therefore, Actavis denies same.

947. The allegations contained in Paragraph 947 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 947 and, therefore, Actavis denies same.

948. The allegations contained in Paragraph 948 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 948 and, therefore, Actavis denies same.

949. The allegations contained in Paragraph 949 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 949 and, therefore, Actavis denies same.

950. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 950 and, therefore, Actavis denies same.

951. The allegations contained in Paragraph 951 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 951 and, therefore, Actavis denies same.

952. The allegations contained in Paragraph 952 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 952 and, therefore, Actavis denies same.

953. The allegations contained in Paragraph 953 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 953 and, therefore, Actavis denies same.

954. The allegations contained in Paragraph 954 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 954 and, therefore, Actavis denies same.

955. The allegations contained in Paragraph 955 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 955 and, therefore, Actavis denies same.

956. The allegations contained in Paragraph 956 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 956 and, therefore, Actavis denies same.

957. The allegations contained in Paragraph 957 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 957 and, therefore, Actavis denies same.

958. The allegations contained in Paragraph 958 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 958 and, therefore, Actavis denies same.

959. The allegations contained in Paragraph 959 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 959 and, therefore, Actavis denies same.

960. The allegations contained in Paragraph 960 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 960 and, therefore, Actavis denies same.

961. The allegations contained in Paragraph 961 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 961 and, therefore, Actavis denies same.

962. The allegations contained in Paragraph 962 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 962 and, therefore, Actavis denies same.

963. The allegations contained in Paragraph 963 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 963 and, therefore, Actavis denies same.

**RR. Diphenoxylate Atropine**

964. The allegations contained in Paragraph 964 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 964 and, therefore, Actavis denies same.

965. The allegations contained in Paragraph 965 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 965 and, therefore, Actavis denies same.

966. The allegations contained in Paragraph 966 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 966 and, therefore, Actavis denies same.

967. The allegations contained in Paragraph 967 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 967 and, therefore, Actavis denies same.

968. Actavis denies the allegations contained in Paragraph 968 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 968 and, therefore, Actavis denies same.

**SS. Divalproex ER**

969. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 969 and, therefore, Actavis denies same.

970. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 970 and, therefore, Actavis denies same.

971. The allegations contained in Paragraph 971 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 971 and, therefore, Actavis denies same.

972. The allegations contained in Paragraph 972 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 972 and, therefore, Actavis denies same.

973. The allegations contained in Paragraph 973 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 973 and, therefore, Actavis denies same.

974. The allegations contained in Paragraph 974 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 974 and, therefore, Actavis denies same.

975. The allegations contained in Paragraph 975 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 975 and, therefore, Actavis denies same.

976. The allegations contained in Paragraph 976 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 976 and, therefore, Actavis denies same.

977. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 977 and, therefore, Actavis denies same.

978. The allegations contained in Paragraph 978 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 978 and, therefore, Actavis denies same.

979. The allegations contained in Paragraph 979 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 979 and, therefore, Actavis denies same.

980. The allegations contained in Paragraph 980 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 980 and, therefore, Actavis denies same.

981. The allegations contained in Paragraph 981 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 981 and, therefore, Actavis denies same.

982. The allegations contained in Paragraph 982 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 982 and, therefore, Actavis denies same.

983. The allegations contained in Paragraph 983 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 983 and, therefore, Actavis denies same.

984. The allegations contained in Paragraph 984 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 984 and, therefore, Actavis denies same.

985. The allegations contained in Paragraph 985 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 985 and, therefore, Actavis denies same.

986. The allegations contained in Paragraph 986 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 986 and, therefore, Actavis denies same.

987. The allegations contained in Paragraph 987 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 987 and, therefore, Actavis denies same.

988. The allegations contained in Paragraph 988 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 988 and, therefore, Actavis denies same.

989. The allegations contained in Paragraph 989 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 989 and, therefore, Actavis denies same.

990. The allegations contained in Paragraph 990 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 990 and, therefore, Actavis denies same.

991. The allegations contained in Paragraph 991 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 991 and, therefore, Actavis denies same.

992. The allegations contained in Paragraph 992 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 992 and, therefore, Actavis denies same.

993. The allegations contained in Paragraph 993 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 993 and, therefore, Actavis denies same.

994. The allegations contained in Paragraph 994 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 994 and, therefore, Actavis denies same.

995. The allegations contained in Paragraph 995 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 995 and, therefore, Actavis denies same.

**TT. Doxycycline**

996. Actavis admits only that various formulations of Doxycycline have been available in the United States. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 996 and, therefore, Actavis denies same.

997. Actavis denies the allegations contained in Paragraph 997 directed toward it, except admits only that Actavis manufactured certain formulations of Doxycycline at certain points in time. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 997 and, therefore, Actavis denies same.

998. Actavis denies the allegations contained in Paragraph 998 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 998 and, therefore, Actavis denies same.

1. The Doxy Hyclate Collusive Price Increase

999. Actavis denies the allegations contained in Paragraph 999 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 999 and, therefore, Actavis denies same.

1000. Actavis denies the allegations contained in Paragraph 1000 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1000 and, therefore, Actavis denies same.

1001. Actavis denies the allegations contained in Paragraph 1001 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1001 and, therefore, Actavis denies same.

1002. Actavis denies the allegations contained in Paragraph 1002 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1002 and, therefore, Actavis denies same.

1003. Actavis denies the allegations contained in Paragraph 1003 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1003 and, therefore, Actavis denies same.

1004. The allegations contained in Paragraph 1004 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1004 and, therefore, Actavis denies same.

1005. The allegations contained in Paragraph 1005 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1005 and, therefore, Actavis denies same.

1006. The allegations contained in Paragraph 1006 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1006 and, therefore, Actavis denies same.

1007. The allegations contained in Paragraph 1007 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1007 and, therefore, Actavis denies same.

2. The Doxy Mono Collusive Price Increase

1008. The allegations contained in Paragraph 1008 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1008 and, therefore, Actavis denies same.

1009. The allegations contained in Paragraph 1009 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1009 and, therefore, Actavis denies same.

1010. The allegations contained in Paragraph 1010 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1010 and, therefore, Actavis denies same.

1011. The allegations contained in Paragraph 1011 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1011 and, therefore, Actavis denies same.

1012. The allegations contained in Paragraph 1012 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1012 and, therefore, Actavis denies same.

1013. The allegations contained in Paragraph 1013 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1013 and, therefore, Actavis denies same.

1014. The allegations contained in Paragraph 1014 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1014 and, therefore, Actavis denies same.

1015. The allegations contained in Paragraph 1015 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1015 and, therefore, Actavis denies same.

1016. The allegations contained in Paragraph 1016 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1016 and, therefore, Actavis denies same.

1017. The allegations contained in Paragraph 1017 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1017 and, therefore, Actavis denies same.

1018. The allegations contained in Paragraph 1018 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1018 and, therefore, Actavis denies same.

1019. The allegations contained in Paragraph 1019 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1019 and, therefore, Actavis denies same.

1020. The allegations contained in Paragraph 1020 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1020 and, therefore, Actavis denies same.

3. Collusion on Doxy DR

1021. The allegations contained in Paragraph 1021 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1021 and, therefore, Actavis denies same.

1022. The allegations contained in Paragraph 1022 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1022 and, therefore, Actavis denies same.

1023. The allegations contained in Paragraph 1023 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1023 and, therefore, Actavis denies same.

1024. The allegations contained in Paragraph 1024 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1024 and, therefore, Actavis denies same.

1025. The allegations contained in Paragraph 1025 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1025 and, therefore, Actavis denies same.

1026. The allegations contained in Paragraph 1026 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1026 and, therefore, Actavis denies same.

1027. The allegations contained in Paragraph 1027 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1027 and, therefore, Actavis denies same.

1028. The allegations contained in Paragraph 1028 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1028 and, therefore, Actavis denies same.

1029. The allegations contained in Paragraph 1029 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1029 and, therefore, Actavis denies same.

1030. Actavis denies the allegations contained in Paragraph 1030 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1030 and, therefore, Actavis denies same.

**UU. Drospirenone and ethinyl estradiol (Ocella)**

1031. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1031 and, therefore, Actavis denies same.

1032. The allegations contained in Paragraph 1032 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1032 and, therefore, Actavis denies same.

1033. The allegations contained in Paragraph 1033 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1033 and, therefore, Actavis denies same.

1034. The allegations contained in Paragraph 1034 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1034 and, therefore, Actavis denies same.

1035. Actavis denies the allegations contained in Paragraph 1035 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1035 and, therefore, Actavis denies same.

1036. Actavis denies the allegations contained in Paragraph 1036 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1036 and, therefore, Actavis denies same.

1037. Actavis denies the allegations contained in Paragraph 1037 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1037 and, therefore, Actavis denies same.

1038. Actavis denies the allegations contained in Paragraph 1038 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1038 and, therefore, Actavis denies same.

1039. Actavis denies the allegations contained in Paragraph 1039 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1039 and, therefore, Actavis denies same.

1040. Actavis denies the allegations contained in Paragraph 1040 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1040 and, therefore, Actavis denies same.

1041. The allegations contained in Paragraph 1041 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1041 and, therefore, Actavis denies same.

1042. The allegations contained in Paragraph 1042 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1042 and, therefore, Actavis denies same.

1043. The allegations contained in Paragraph 1043 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1043 and, therefore, Actavis denies same.

1044. The allegations contained in Paragraph 1044 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1044 and, therefore, Actavis denies same.

1045. The allegations contained in Paragraph 1045 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1045 and, therefore, Actavis denies same.

1046. The allegations contained in Paragraph 1046 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1046 and, therefore, Actavis denies same.

1047. The allegations contained in Paragraph 1047 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1047 and, therefore, Actavis denies same.

1048. The allegations contained in Paragraph 1048 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1048 and, therefore, Actavis denies same.

**VV. Econazole**

1049. The allegations contained in Paragraph 1049 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1049 and, therefore, Actavis denies same.

1050. The allegations contained in Paragraph 1050 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1050 and, therefore, Actavis denies same.

1051. The allegations contained in Paragraph 1051 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1051 and, therefore, Actavis denies same.

1052. The allegations contained in Paragraph 1052 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1052 and, therefore, Actavis denies same.

1053. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1053 and, therefore, Actavis denies same.

1054. The allegations contained in Paragraph 1054 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1054 and, therefore, Actavis denies same.

1055. The allegations contained in Paragraph 1055 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1055 and, therefore, Actavis denies same.

1056. The allegations contained in Paragraph 1056 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1056 and, therefore, Actavis denies same.

1057. The allegations contained in Paragraph 1057 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1057 and, therefore, Actavis denies same.

1058. The allegations contained in Paragraph 1058 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1058 and, therefore, Actavis denies same.

1059. The allegations contained in Paragraph 1059 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1059 and, therefore, Actavis denies same.

1060. The allegations contained in Paragraph 1060 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1060 and, therefore, Actavis denies same.

1061. The allegations contained in Paragraph 1061 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1061 and, therefore, Actavis denies same.

1062. The allegations contained in Paragraph 1062 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1062 and, therefore, Actavis denies same.

1063. The allegations contained in Paragraph 1063 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1063 and, therefore, Actavis denies same.

1064. The allegations contained in Paragraph 1064 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1064 and, therefore, Actavis denies same.

1065. The allegations contained in Paragraph 1065 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1065 and, therefore, Actavis denies same.

1066. The allegations contained in Paragraph 1066 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1066 and, therefore, Actavis denies same.

1067. The allegations contained in Paragraph 1067 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1067 and, therefore, Actavis denies same.

1068. The allegations contained in Paragraph 1068 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1068 and, therefore, Actavis denies same.

1069. The allegations contained in Paragraph 1069 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1069 and, therefore, Actavis denies same.

1070. The allegations contained in Paragraph 1070 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1070 and, therefore, Actavis denies same.

1071. The allegations contained in Paragraph 1071 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1071 and, therefore, Actavis denies same.

1072. The allegations contained in Paragraph 1072 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1072 and, therefore, Actavis denies same.

1073. The allegations contained in Paragraph 1073 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1073 and, therefore, Actavis denies same.

1074. The allegations contained in Paragraph 1074 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1074 and, therefore, Actavis denies same.

1075. The allegations contained in Paragraph 1075 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1075 and, therefore, Actavis denies same.

1076. The allegations contained in Paragraph 1076 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1076 and, therefore, Actavis denies same.

1077. The allegations contained in Paragraph 1077 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1077 and, therefore, Actavis denies same.

1078. The allegations contained in Paragraph 1078 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1078 and, therefore, Actavis denies same.

1079. Actavis denies the allegations contained in Paragraph 1079 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1079 and, therefore, Actavis denies same.

1080. Actavis denies the allegations contained in Paragraph 1080 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1080 and, therefore, Actavis denies same.

**WW. Enalapril Maleate**

1081. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1081 and, therefore, Actavis denies same.

1082. The allegations contained in Paragraph 1082 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1082 and, therefore, Actavis denies same.

1083. The allegations contained in Paragraph 1083 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1083 and, therefore, Actavis denies same.

1084. The allegations contained in Paragraph 1084 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1084 and, therefore, Actavis denies same.

1085. The allegations contained in Paragraph 1085 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1085 and, therefore, Actavis denies same.

1086. The allegations contained in Paragraph 1086 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1086 and, therefore, Actavis denies same.

1087. The allegations contained in Paragraph 1087 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1087 and, therefore, Actavis denies same.

1088. The allegations contained in Paragraph 1088 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1088 and, therefore, Actavis denies same.

1089. The allegations contained in Paragraph 1089 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1089 and, therefore, Actavis denies same.

1090. The allegations contained in Paragraph 1090 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1090 and, therefore, Actavis denies same.

1091. The allegations contained in Paragraph 1091 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1091 and, therefore, Actavis denies same.

1092. The allegations contained in Paragraph 1092 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1092 and, therefore, Actavis denies same.

1093. The allegations contained in Paragraph 1093 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1093 and, therefore, Actavis denies same.

1094. The allegations contained in Paragraph 1094 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1094 and, therefore, Actavis denies same.

1095. The allegations contained in Paragraph 1095 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1095 and, therefore, Actavis denies same.

1096. The allegations contained in Paragraph 1096 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1096 and, therefore, Actavis denies same.

1097. The allegations contained in Paragraph 1097 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1097 and, therefore, Actavis denies same.

1098. The allegations contained in Paragraph 1098 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1098 and, therefore, Actavis denies same.

1099. The allegations contained in Paragraph 1099 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1099 and, therefore, Actavis denies same.

1100. The allegations contained in Paragraph 1100 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1100 and, therefore, Actavis denies same.

1101. The allegations contained in Paragraph 1101 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1101 and, therefore, Actavis denies same.

1102. The allegations contained in Paragraph 1102 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1102 and, therefore, Actavis denies same.

1103. Actavis denies the allegations contained in Paragraph 1103 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1103 and, therefore, Actavis denies same.

## XX. Entecavir

1104. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1104 and, therefore, Actavis denies same.

1105. The allegations contained in Paragraph 1105 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1105 and, therefore, Actavis denies same.

1106. The allegations contained in Paragraph 1106 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1106 and, therefore, Actavis denies same.

1107. The allegations contained in Paragraph 1107 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1107 and, therefore, Actavis denies same.

1108. The allegations contained in Paragraph 1108 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1108 and, therefore, Actavis denies same.

1109. The allegations contained in Paragraph 1109 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1109 and, therefore, Actavis denies same.

1110. The allegations contained in Paragraph 1110 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1110 and, therefore, Actavis denies same.

1111. The allegations contained in Paragraph 1111 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1111 and, therefore, Actavis denies same.

1112. The allegations contained in Paragraph 1112 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1112 and, therefore, Actavis denies same.

1113. The allegations contained in Paragraph 1113 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1113 and, therefore, Actavis denies same.

## YY. Eplerenone Tablets

1114. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1114 and, therefore, Actavis denies same.

1115. The allegations contained in Paragraph 1115 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1115 and, therefore, Actavis denies same.

1116. The allegations contained in Paragraph 1116 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1116 and, therefore, Actavis denies same.

1117. The allegations contained in Paragraph 1117 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1117 and, therefore, Actavis denies same.

1118. The allegations contained in Paragraph 1118 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1118 and, therefore, Actavis denies same.

1119. The allegations contained in Paragraph 1119 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1119 and, therefore, Actavis denies same.

1120. The allegations contained in Paragraph 1120 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1120 and, therefore, Actavis denies same.

## ZZ. Erythromycin Solution

1121. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1121 and, therefore, Actavis denies same.

1122. The allegations contained in Paragraph 1122 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1122 and, therefore, Actavis denies same.

1123. The allegations contained in Paragraph 1123 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1123 and, therefore, Actavis denies same.

1124. The allegations contained in Paragraph 1124 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1124 and, therefore, Actavis denies same.

1125. The allegations contained in Paragraph 1125 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1125 and, therefore, Actavis denies same.

1126. The allegations contained in Paragraph 1126 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1126 and, therefore, Actavis denies same.

1127. The allegations contained in Paragraph 1127 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1127 and, therefore, Actavis denies same.

1128. The allegations contained in Paragraph 1128 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1128 and, therefore, Actavis denies same.

1129. The allegations contained in Paragraph 1129 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1129 and, therefore, Actavis denies same.

1130. The allegations contained in Paragraph 1130 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1130 and, therefore, Actavis denies same.

1131. The allegations contained in Paragraph 1131 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1131 and, therefore, Actavis denies same.

1132. The allegations contained in Paragraph 1132 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1132 and, therefore, Actavis denies same.

1133. The allegations contained in Paragraph 1133 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1133 and, therefore, Actavis denies same.

1134. The allegations contained in Paragraph 1134 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1134 and, therefore, Actavis denies same.

1135. The allegations contained in Paragraph 1135 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1135 and, therefore, Actavis denies same.

1136. The allegations contained in Paragraph 1136 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1136 and, therefore, Actavis denies same.

1137. The allegations contained in Paragraph 1137 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1137 and, therefore, Actavis denies same.

1138. The allegations contained in Paragraph 1138 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1138 and, therefore, Actavis denies same.

1139. The allegations contained in Paragraph 1139 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1139 and, therefore, Actavis denies same.

1140. The allegations contained in Paragraph 1140 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1140 and, therefore, Actavis denies same.

1141. The allegations contained in Paragraph 1141 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1141 and, therefore, Actavis denies same.

1142. The allegations contained in Paragraph 1142 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1142 and, therefore, Actavis denies same.

1143. The allegations contained in Paragraph 1143 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1143 and, therefore, Actavis denies same.

1144. The allegations contained in Paragraph 1144 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1144 and, therefore, Actavis denies same.

1145. The allegations contained in Paragraph 1145 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1145 and, therefore, Actavis denies same.

1146. The allegations contained in Paragraph 1146 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1146 and, therefore, Actavis denies same.

1147. The allegations contained in Paragraph 1147 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1147 and, therefore, Actavis denies same.

1148. The allegations contained in Paragraph 1148 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1148 and, therefore, Actavis denies same.

1149. The allegations contained in Paragraph 1149 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1149 and, therefore, Actavis denies same.

1150. The allegations contained in Paragraph 1150 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1150 and, therefore, Actavis denies same.

1151. The allegations contained in Paragraph 1151 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1151 and, therefore, Actavis denies same.

1152. The allegations contained in Paragraph 1152 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1152 and, therefore, Actavis denies same.

**AAA. Estradiol Tablets**

1153. Actavis denies the allegations contained in Paragraph 1153 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1153 and, therefore, Actavis denies same.

1154. Actavis denies the allegations contained in Paragraph 1154 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1154 and, therefore, Actavis denies same.

**BBB. Estradiol/Norethindrone Acetate Tablets (Mimvey)**

1155. The allegations contained in Paragraph 1155 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1155 and, therefore, Actavis denies same.

1156. Actavis denies the allegations contained in Paragraph 1156 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1156 and, therefore, Actavis denies same.

1157. The allegations contained in Paragraph 1157 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1157 and, therefore, Actavis denies same.

1158. The allegations contained in Paragraph 1158 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1158 and, therefore, Actavis denies same.

1159. The allegations contained in Paragraph 1159 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1159 and, therefore, Actavis denies same.

1160. The allegations contained in Paragraph 1160 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1160 and, therefore, Actavis denies same.

**CCC. Ethambutol HCL Tablets**

1161. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1161 and, therefore, Actavis denies same.

1162. The allegations contained in Paragraph 1162 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1162 and, therefore, Actavis denies same.

1163. The allegations contained in Paragraph 1163 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1163 and, therefore, Actavis denies same.

1164. The allegations contained in Paragraph 1164 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1164 and, therefore, Actavis denies same.

1165. The allegations contained in Paragraph 1165 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1165 and, therefore, Actavis denies same.

1166. The allegations contained in Paragraph 1166 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1166 and, therefore, Actavis denies same.

1167. The allegations contained in Paragraph 1167 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1167 and, therefore, Actavis denies same.

1168. The allegations contained in Paragraph 1168 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1168 and, therefore, Actavis denies same.

1169. The allegations contained in Paragraph 1169 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1169 and, therefore, Actavis denies same.

1170. The allegations contained in Paragraph 1170 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1170 and, therefore, Actavis denies same.

1171. The allegations contained in Paragraph 1171 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1171 and, therefore, Actavis denies same.

1172. The allegations contained in Paragraph 1172 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1172 and, therefore, Actavis denies same.

1173. The allegations contained in Paragraph 1173 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1173 and, therefore, Actavis denies same.

1174. The allegations contained in Paragraph 1174 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1174 and, therefore, Actavis denies same.

1175. The allegations contained in Paragraph 1175 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1175 and, therefore, Actavis denies same.

1176. The allegations contained in Paragraph 1176 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1176 and, therefore, Actavis denies same.

**DDD. Ethinyl Estradiol and Levonorgestrel**

1177. The allegations contained in Paragraph 1177 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1177 and, therefore, Actavis denies same.

1178. The allegations contained in Paragraph 1178 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1178 and, therefore, Actavis denies same.

1179. The allegations contained in Paragraph 1179 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1179 and, therefore, Actavis denies same.

1180. The allegations contained in Paragraph 1180 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1180 and, therefore, Actavis denies same.

1181. The allegations contained in Paragraph 1181 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1181 and, therefore, Actavis denies same.

1182. The allegations contained in Paragraph 1182 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1182 and, therefore, Actavis denies same.

**EEE. Etodolac**

1183. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1183 and, therefore, Actavis denies same.

1184. The allegations contained in Paragraph 1184 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1184 and, therefore, Actavis denies same.

1185. The allegations contained in Paragraph 1185 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1185 and, therefore, Actavis denies same.

1186. The allegations contained in Paragraph 1186 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1186 and, therefore, Actavis denies same.

1187. The allegations contained in Paragraph 1187 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1187 and, therefore, Actavis denies same.

1188. The allegations contained in Paragraph 1188 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1188 and, therefore, Actavis denies same.

1189. The allegations contained in Paragraph 1189 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1189 and, therefore, Actavis denies same.

1190. The allegations contained in Paragraph 1190 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1190 and, therefore, Actavis denies same.

1191. The allegations contained in Paragraph 1191 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1191 and, therefore, Actavis denies same.

1192. The allegations contained in Paragraph 1192 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1192 and, therefore, Actavis denies same.

1193. The allegations contained in Paragraph 1193 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1193 and, therefore, Actavis denies same.

1194. The allegations contained in Paragraph 1194 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1194 and, therefore, Actavis denies same.

1195. The allegations contained in Paragraph 1195 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1195 and, therefore, Actavis denies same.

1196. The allegations contained in Paragraph 1196 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1196 and, therefore, Actavis denies same.

1197. The allegations contained in Paragraph 1197 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1197 and, therefore, Actavis denies same.

1198. The allegations contained in Paragraph 1198 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1198 and, therefore, Actavis denies same.

1199. The allegations contained in Paragraph 1199 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1199 and, therefore, Actavis denies same.

1200. The allegations contained in Paragraph 1200 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1200 and, therefore, Actavis denies same.

1201. The allegations contained in Paragraph 1201 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1201 and, therefore, Actavis denies same.

1202. The allegations contained in Paragraph 1202 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1202 and, therefore, Actavis denies same.

1203. The allegations contained in Paragraph 1203 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1203 and, therefore, Actavis denies same.

1204. The allegations contained in Paragraph 1204 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1204 and, therefore, Actavis denies same.

1205. The allegations contained in Paragraph 1205 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1205 and, therefore, Actavis denies same.

1206. The allegations contained in Paragraph 1206 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1206 and, therefore, Actavis denies same.

1207. The allegations contained in Paragraph 1207 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1207 and, therefore, Actavis denies same.

1208. The allegations contained in Paragraph 1208 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1208 and, therefore, Actavis denies same.

1209. The allegations contained in Paragraph 1209 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1209 and, therefore, Actavis denies same.

**FFF. Fenofibrate**

1210. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1210 and, therefore, Actavis denies same.

1211. The allegations contained in Paragraph 1211 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1211 and, therefore, Actavis denies same.

1212. The allegations contained in Paragraph 1212 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1212 and, therefore, Actavis denies same.

1213. The allegations contained in Paragraph 1213 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1213 and, therefore, Actavis denies same.

1214. The allegations contained in Paragraph 1214 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1214 and, therefore, Actavis denies same.

1215. The allegations contained in Paragraph 1215 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1215 and, therefore, Actavis denies same.

1216. The allegations contained in Paragraph 1216 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1216 and, therefore, Actavis denies same.

1217. The allegations contained in Paragraph 1217 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1217 and, therefore, Actavis denies same.

1218. The allegations contained in Paragraph 1218 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1218 and, therefore, Actavis denies same.

1219. The allegations contained in Paragraph 1219 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1219 and, therefore, Actavis denies same.

1220. The allegations contained in Paragraph 1220 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1220 and, therefore, Actavis denies same.

1221. The allegations contained in Paragraph 1221 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1221 and, therefore, Actavis denies same.

1222. The allegations contained in Paragraph 1222 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1222 and, therefore, Actavis denies same.

1223. The allegations contained in Paragraph 1223 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1223 and, therefore, Actavis denies same.

1224. The allegations contained in Paragraph 1224 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1224 and, therefore, Actavis denies same.

1225. The allegations contained in Paragraph 1225 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1225 and, therefore, Actavis denies same.

1226. The allegations contained in Paragraph 1226 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1226 and, therefore, Actavis denies same.

1227. The allegations contained in Paragraph 1227 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1227 and, therefore, Actavis denies same.

1228. The allegations contained in Paragraph 1228 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1228 and, therefore, Actavis denies same.

1229. The allegations contained in Paragraph 1229 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1229 and, therefore, Actavis denies same.

1230. The allegations contained in Paragraph 1230 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1230 and, therefore, Actavis denies same.

1231. The allegations contained in Paragraph 1231 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1231 and, therefore, Actavis denies same.

1232. The allegations contained in Paragraph 1232 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1232 and, therefore, Actavis denies same.

1233. The allegations contained in Paragraph 1233 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1233 and, therefore, Actavis denies same.

1234. The allegations contained in Paragraph 1234 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1234 and, therefore, Actavis denies same.

1235. The allegations contained in Paragraph 1235 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1235 and, therefore, Actavis denies same.

**GGG. Fluocinolone Acetonide**

1236. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1236 and, therefore, Actavis denies same.

1237. The allegations contained in Paragraph 1237 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1237 and, therefore, Actavis denies same.

1238. The allegations contained in Paragraph 1238 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1238 and, therefore, Actavis denies same.

1239. The allegations contained in Paragraph 1239 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1239 and, therefore, Actavis denies same.

1240. The allegations contained in Paragraph 1240 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1240 and, therefore, Actavis denies same.

1241. The allegations contained in Paragraph 1241 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1241 and, therefore, Actavis denies same.

1242. The allegations contained in Paragraph 1242 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1242 and, therefore, Actavis denies same.

1243. The allegations contained in Paragraph 1243 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1243 and, therefore, Actavis denies same.

1244. The allegations contained in Paragraph 1244 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1244 and, therefore, Actavis denies same.

1245. The allegations contained in Paragraph 1245 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1245 and, therefore, Actavis denies same.

1246. The allegations contained in Paragraph 1246 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1246 and, therefore, Actavis denies same.

1247. The allegations contained in Paragraph 1247 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1247 and, therefore, Actavis denies same.

1248. The allegations contained in Paragraph 1248 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1248 and, therefore, Actavis denies same.

1249. The allegations contained in Paragraph 1249 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1249 and, therefore, Actavis denies same.

1250. The allegations contained in Paragraph 1250 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1250 and, therefore, Actavis denies same.

1251. The allegations contained in Paragraph 1251 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1151 and, therefore, Actavis denies same.

1252. The allegations contained in Paragraph 1252 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1252 and, therefore, Actavis denies same.

1253. The allegations contained in Paragraph 1253 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1253 and, therefore, Actavis denies same.

1254. The allegations contained in Paragraph 1254 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1254 and, therefore, Actavis denies same.

1255. The allegations contained in Paragraph 1255 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1255 and, therefore, Actavis denies same.

1256. The allegations contained in Paragraph 1256 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1256 and, therefore, Actavis denies same.

**HHH. Fluocinonide**

1257. Actavis admits only that Fluocinonide is a topical corticosteroid used to treat a variety of skin conditions and is available in the United States. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1257 and, therefore, Actavis denies same.

1258. Actavis admits the allegations contained in Paragraph 1258.

1259. The allegations contained in Paragraph 1259 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1259 and, therefore, Actavis denies same.

1260. The allegations contained in Paragraph 1260 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1260 and, therefore, Actavis denies same.

1261. The allegations contained in Paragraph 1261 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1261 and, therefore, Actavis denies same.

1262. The allegations contained in Paragraph 1262 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1262 and, therefore, Actavis denies same.

1263. The allegations contained in Paragraph 1263 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1263 and, therefore, Actavis denies same.

1264. The allegations contained in Paragraph 1264 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1264 and, therefore, Actavis denies same.

1265. The allegations contained in Paragraph 1265 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1265 and, therefore, Actavis denies same.

1266. The allegations contained in Paragraph 1266 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1266 and, therefore, Actavis denies same.

1267. The allegations contained in Paragraph 1267 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1267 and, therefore, Actavis denies same.

1268. The allegations contained in Paragraph 1268 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1268 and, therefore, Actavis denies same.

1269. Actavis denies the allegations contained in Paragraph 1269 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1269 and, therefore, Actavis denies same.

1270. The allegations contained in Paragraph 1270 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1270 and, therefore, Actavis denies same.

1271. The allegations contained in Paragraph 1271 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1271 and, therefore, Actavis denies same.

1272. The allegations contained in Paragraph 1272 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1272 and, therefore, Actavis denies same.

1273. The allegations contained in Paragraph 1273 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1273 and, therefore, Actavis denies same.

1274. The allegations contained in Paragraph 1274 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1274 and, therefore, Actavis denies same.

1275. The allegations contained in Paragraph 1275 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1275 and, therefore, Actavis denies same.

1276. The allegations contained in Paragraph 1276 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1276 and, therefore, Actavis denies same.

1277. The allegations contained in Paragraph 1277 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1277 and, therefore, Actavis denies same.

1278. The allegations contained in Paragraph 1278 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1278 and, therefore, Actavis denies same.

1279. The allegations contained in Paragraph 1279 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1279 and, therefore, Actavis denies same.

1280. The allegations contained in Paragraph 1280 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1280 and, therefore, Actavis denies same.

1281. The allegations contained in Paragraph 1281 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1281 and, therefore, Actavis denies same.

1282. The allegations contained in Paragraph 1282 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1282 and, therefore, Actavis denies same.

1283. The allegations contained in Paragraph 1283 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1283 and, therefore, Actavis denies same.

1284. The allegations contained in Paragraph 1284 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1284 and, therefore, Actavis denies same.

1285. The allegations contained in Paragraph 1285 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1285 and, therefore, Actavis denies same.

1286. The allegations contained in Paragraph 1286 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1286 and, therefore, Actavis denies same.

1287. The allegations contained in Paragraph 1287 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1287 and, therefore, Actavis denies same.

1288. The allegations contained in Paragraph 1288 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1288 and, therefore, Actavis denies same.

1289. The allegations contained in Paragraph 1289 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1289 and, therefore, Actavis denies same.

1290. The allegations contained in Paragraph 1290 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1290 and, therefore, Actavis denies same.

1291. Actavis denies the allegations contained in Paragraph 1291 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1291 and, therefore, Actavis denies same.

1292. The allegations contained in Paragraph 1292 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1292 and, therefore, Actavis denies same.

1293. The allegations contained in Paragraph 1293 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1293 and, therefore, Actavis denies same.

1294. The allegations contained in Paragraph 1294 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1294 and, therefore, Actavis denies same.

1295. The allegations contained in Paragraph 1295 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1295 and, therefore, Actavis denies same.

1296. The allegations contained in Paragraph 1296 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1296 and, therefore, Actavis denies same.

1297. The allegations contained in Paragraph 1297 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1297 and, therefore, Actavis denies same.

1298. The allegations contained in Paragraph 1298 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1298 and, therefore, Actavis denies same.

1299. The allegations contained in Paragraph 1299 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1299 and, therefore, Actavis denies same.

1300. The allegations contained in Paragraph 1300 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1300 and, therefore, Actavis denies same.

1301. The allegations contained in Paragraph 1301 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1301 and, therefore, Actavis denies same.

1302. The allegations contained in Paragraph 1302 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1302 and, therefore, Actavis denies same.

1303. The allegations contained in Paragraph 1303 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1303 and, therefore, Actavis denies same.

1304. The allegations contained in Paragraph 1304 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1304 and, therefore, Actavis denies same.

1305. The allegations contained in Paragraph 1305 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1305 and, therefore, Actavis denies same.

**III. Fluticasone Propionate**

1306. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1306 and, therefore, Actavis denies same.

1307. The allegations contained in Paragraph 1307 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1307 and, therefore, Actavis denies same.

1308. The allegations contained in Paragraph 1308 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1308 and, therefore, Actavis denies same.

1309. The allegations contained in Paragraph 1309 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1309 and, therefore, Actavis denies same.

1310. The allegations contained in Paragraph 1310 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1310 and, therefore, Actavis denies same.

1311. The allegations contained in Paragraph 1311 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1311 and, therefore, Actavis denies same.

1312. The allegations contained in Paragraph 1312 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1312 and, therefore, Actavis denies same.

1313. The allegations contained in Paragraph 1313 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1313 and, therefore, Actavis denies same.

1314. The allegations contained in Paragraph 1314 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1314 and, therefore, Actavis denies same.

1315. The allegations contained in Paragraph 1315 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1315 and, therefore, Actavis denies same.

1316. The allegations contained in Paragraph 1316 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1316 and, therefore, Actavis denies same.

1317. The allegations contained in Paragraph 1317 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1317 and, therefore, Actavis denies same.

1318. The allegations contained in Paragraph 1318 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1318 and, therefore, Actavis denies same.

1319. The allegations contained in Paragraph 1319 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1319 and, therefore, Actavis denies same.

1320. The allegations contained in Paragraph 1320 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1320 and, therefore, Actavis denies same.

1321. The allegations contained in Paragraph 1321 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1321 and, therefore, Actavis denies same.

1322. The allegations contained in Paragraph 1322 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1322 and, therefore, Actavis denies same.

1323. The allegations contained in Paragraph 1323 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1323 and, therefore, Actavis denies same.

1324. The allegations contained in Paragraph 1324 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1324 and, therefore, Actavis denies same.

1325. The allegations contained in Paragraph 1325 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1325 and, therefore, Actavis denies same.

1326. The allegations contained in Paragraph 1326 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1326 and, therefore, Actavis denies same.

1327. The allegations contained in Paragraph 1327 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1327 and, therefore, Actavis denies same.

1328. The allegations contained in Paragraph 1328 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1328 and, therefore, Actavis denies same.

1329. The allegations contained in Paragraph 1329 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1329 and, therefore, Actavis denies same.

1330. The allegations contained in Paragraph 1330 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1330 and, therefore, Actavis denies same.

1331. The allegations contained in Paragraph 1331 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1331 and, therefore, Actavis denies same.

**JJJ. Fosinopril HCTZ**

1332. The allegations contained in Paragraph 1332 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1332 and, therefore, Actavis denies same.

1333. The allegations contained in Paragraph 1333 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as .to the truth of the allegations contained in Paragraph 1333 and, therefore, Actavis denies same.

1334. The allegations contained in Paragraph 1334 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1334 and, therefore, Actavis denies same.

1335. The allegations contained in Paragraph 1335 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1335 and, therefore, Actavis denies same.

1336. The allegations contained in Paragraph 1336 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1336 and, therefore, Actavis denies same.

1337. The allegations contained in Paragraph 1337 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1337 and, therefore, Actavis denies same.

1338. The allegations contained in Paragraph 1338 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1338 and, therefore, Actavis denies same.

1339. The allegations contained in Paragraph 1339 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1339 and, therefore, Actavis denies same.

1340. The allegations contained in Paragraph 1340 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1340 and, therefore, Actavis denies same.

1341. The allegations contained in Paragraph 1341 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1341 and, therefore, Actavis denies same.

1342. The allegations contained in Paragraph 1342 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1342 and, therefore, Actavis denies same.

1343. The allegations contained in Paragraph 1343 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1343 and, therefore, Actavis denies same.

1344. The allegations contained in Paragraph 1344 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1344 and, therefore, Actavis denies same.

1345. The allegations contained in Paragraph 1345 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1345 and, therefore, Actavis denies same.

1346. The allegations contained in Paragraph 1346 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1346 and, therefore, Actavis denies same.

1347. The allegations contained in Paragraph 1347 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1347 and, therefore, Actavis denies same.

1348. The allegations contained in Paragraph 1348 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1348 and, therefore, Actavis denies same.

1349. Actavis denies the allegations contained in Paragraph 1349 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1349 and, therefore, Actavis denies same.

1350. Actavis denies the allegations contained in Paragraph 1350 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1350 and, therefore, Actavis denies same.

1351. Actavis denies the allegations contained in Paragraph 1351 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1351 and, therefore, Actavis denies same.

**KKK. Gabapentin Tablets**

1352. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1352 and, therefore, Actavis denies same.

1353. The allegations contained in Paragraph 1353 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1353 and, therefore, Actavis denies same.

1354. The allegations contained in Paragraph 1354 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1354 and, therefore, Actavis denies same.

1355. The allegations contained in Paragraph 1355 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1355 and, therefore, Actavis denies same.

1356. The allegations contained in Paragraph 1356 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1356 and, therefore, Actavis denies same.

1357. The allegations contained in Paragraph 1357 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1357 and, therefore, Actavis denies same.

1358. The allegations contained in Paragraph 1358 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1358 and, therefore, Actavis denies same.

**LLL. Glipizide-Metformin**

1359. The allegations contained in Paragraph 1359 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1359 and, therefore, Actavis denies same.

1360. The allegations contained in Paragraph 1360 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1360 and, therefore, Actavis denies same.

1361. The allegations contained in Paragraph 1361 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1361 and, therefore, Actavis denies same.

1362. The allegations contained in Paragraph 1362 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1362 and, therefore, Actavis denies same.

1363. The allegations contained in Paragraph 1363 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1363 and, therefore, Actavis denies same.

1364. The allegations contained in Paragraph 1364 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1364 and, therefore, Actavis denies same.

**MMM. Glyburide**

1365. The allegations contained in Paragraph 1365 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1365 and, therefore, Actavis denies same.

1366. The allegations contained in Paragraph 1366 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1366 and, therefore, Actavis denies same.

1367. The allegations contained in Paragraph 1367 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1367 and, therefore, Actavis denies same.

1368. The allegations contained in Paragraph 1368 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1368 and, therefore, Actavis denies same.

1369. The allegations contained in Paragraph 1369 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1369 and, therefore, Actavis denies same.

1370. The allegations contained in Paragraph 1370 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1370 and, therefore, Actavis denies same.

1371. The allegations contained in Paragraph 1371 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1371 and, therefore, Actavis denies same.

1372. The allegations contained in Paragraph 1372 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1372 and, therefore, Actavis denies same.

1373. The allegations contained in Paragraph 1373 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1373 and, therefore, Actavis denies same.

1374. The allegations contained in Paragraph 1374 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1374 and, therefore, Actavis denies same.

1375. The allegations contained in Paragraph 1375 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1375 and, therefore, Actavis denies same.

1376. The allegations contained in Paragraph 1376 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1376 and, therefore, Actavis denies same.

1377. The allegations contained in Paragraph 1377 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1377 and, therefore, Actavis denies same.

1378. The allegations contained in Paragraph 1378 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1378 and, therefore, Actavis denies same.

1379. The allegations contained in Paragraph 1379 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1379 and, therefore, Actavis denies same.

**NNN. Glyburide-Metformin**

1380. Actavis denies the allegations contained in Paragraph 1380 directed toward it, except admits only that Actavis sold Glyburide-Metformin in the United States. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1380 and, therefore, Actavis denies same.

1381. The allegations contained in Paragraph 1381 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1381 and, therefore, Actavis denies same.

1382. The allegations contained in Paragraph 1382 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1382 and, therefore, Actavis denies same.

1383. Actavis denies the allegations contained in Paragraph 1383 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1383 and, therefore, Actavis denies same.

1384. The allegations contained in Paragraph 1384 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1384 and, therefore, Actavis denies same.

1385. Actavis denies the allegations contained in Paragraph 1385 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1385 and, therefore, Actavis denies same.

1386. The allegations contained in Paragraph 1386 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1386 and, therefore, Actavis denies same.

1387. Actavis denies the allegations contained in Paragraph 1387 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1387 and, therefore, Actavis denies same.

1388. Actavis denies the allegations contained in Paragraph 1388 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1388 and, therefore, Actavis denies same.

1389. Actavis denies the allegations contained in Paragraph 1389 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1389 and, therefore, Actavis denies same.

1390. Actavis denies the allegations contained in Paragraph 1390 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1390 and, therefore, Actavis denies same.

**OOO. Halobetasol Propionate**

1391. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1391 and, therefore, Actavis denies same.

1392. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1392 and, therefore, Actavis denies same.

1. The First Coordinated Price Increase – September 2012

1393. The allegations contained in Paragraph 1393 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1393 and, therefore, Actavis denies same.

1394. The allegations contained in Paragraph 1394 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1394 and, therefore, Actavis denies same.

1395. The allegations contained in Paragraph 1395 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1395 and, therefore, Actavis denies same.

1396. The allegations contained in Paragraph 1396 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1396 and, therefore, Actavis denies same

1397. The allegations contained in Paragraph 1397 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1397 and, therefore, Actavis denies same.

1398. The allegations contained in Paragraph 1398 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1398 and, therefore, Actavis denies same

1399. The allegations contained in Paragraph 1399 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1399 and, therefore, Actavis denies same

1400. The allegations contained in Paragraph 1400 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1400 and, therefore, Actavis denies same

2. The Second Coordinated Price Increase – March/April 2013

1401. The allegations contained in Paragraph 1401 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1401 and, therefore, Actavis denies same.

1402. The allegations contained in Paragraph 1402 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1402 and, therefore, Actavis denies same.

1403. The allegations contained in Paragraph 1403 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1403 and, therefore, Actavis denies same.

1404. The allegations contained in Paragraph 1404 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1404 and, therefore, Actavis denies same.

3. Sandoz Launches Halobetasol Cream

1405. The allegations contained in Paragraph 1405 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1405 and, therefore, Actavis denies same.

1406. The allegations contained in Paragraph 1406 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1406 and, therefore, Actavis denies same.

1407. The allegations contained in Paragraph 1407 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1407 and, therefore, Actavis denies same.

1408. The allegations contained in Paragraph 1408 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1408 and, therefore, Actavis denies same.

1409. The allegations contained in Paragraph 1409 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1409 and, therefore, Actavis denies same.

1410. The allegations contained in Paragraph 1410 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1410 and, therefore, Actavis denies same.

1411. The allegations contained in Paragraph 1411 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1411 and, therefore, Actavis denies same.

1412. The allegations contained in Paragraph 1412 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1412 and, therefore, Actavis denies same.

1413. The allegations contained in Paragraph 1413 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1413 and, therefore, Actavis denies same.

1414. The allegations contained in Paragraph 1414 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1414 and, therefore, Actavis denies same.

1415. The allegations contained in Paragraph 1415 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1415 and, therefore, Actavis denies same.

1416. The allegations contained in Paragraph 1416 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1416 and, therefore, Actavis denies same.

1417. The allegations contained in Paragraph 1417 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1417 and, therefore, Actavis denies same.

1418. The allegations contained in Paragraph 1418 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1418 and, therefore, Actavis denies same.

1419. The allegations contained in Paragraph 1419 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1419 and, therefore, Actavis denies same.

1420. The allegations contained in Paragraph 1420 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1420 and, therefore, Actavis denies same.

1421. The allegations contained in Paragraph 1421 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1421 and, therefore, Actavis denies same.

1422. The allegations contained in Paragraph 1422 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1422 and, therefore, Actavis denies same.

1423. The allegations contained in Paragraph 1423 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1423 and, therefore, Actavis denies same.

1424. The allegations contained in Paragraph 1424 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1424 and, therefore, Actavis denies same.

1425. The allegations contained in Paragraph 1425 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1425 and, therefore, Actavis denies same.

4. Taro Launches Halobetasol Cream and Ointment

1426. The allegations contained in Paragraph 1426 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1426 and, therefore, Actavis denies same.

1427. The allegations contained in Paragraph 1427 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1427 and, therefore, Actavis denies same.

1428. The allegations contained in Paragraph 1428 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1428 and, therefore, Actavis denies same.

1429. The allegations contained in Paragraph 1429 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1429 and, therefore, Actavis denies same.

1430. The allegations contained in Paragraph 1430 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1430 and, therefore, Actavis denies same.

1431. The allegations contained in Paragraph 1431 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1431 and, therefore, Actavis denies same.

1432. The allegations contained in Paragraph 1432 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1432 and, therefore, Actavis denies same.

1433. The allegations contained in Paragraph 1433 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1433 and, therefore, Actavis denies same.

1434. The allegations contained in Paragraph 1434 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1434 and, therefore, Actavis denies same.

1435. The allegations contained in Paragraph 1435 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1435 and, therefore, Actavis denies same.

1436. The allegations contained in Paragraph 1436 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1436 and, therefore, Actavis denies same.

**PPP. Hydralazine**

1437. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1437 and, therefore, Actavis denies same.

1438. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1438 and, therefore, Actavis denies same.

1439. Actavis denies the allegations contained in Paragraph 1439 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1439 and, therefore, Actavis denies same.

1440. Actavis denies the allegations contained in Paragraph 1440 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1440 and, therefore, Actavis denies same.

1441. The allegations contained in Paragraph 1441 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1441 and, therefore, Actavis denies same.

1442. The allegations contained in Paragraph 1442 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1442 and, therefore, Actavis denies same.

1443. The allegations contained in Paragraph 1443 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1443 and, therefore, Actavis denies same.

1444. The allegations contained in Paragraph 1444 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1444 and, therefore, Actavis denies same.

1445. The allegations contained in Paragraph 1445 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1445 and, therefore, Actavis denies same.

1446. The allegations contained in Paragraph 1446 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1446 and, therefore, Actavis denies same.

1447. Actavis denies the allegations contained in Paragraph 1447 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1447 and, therefore, Actavis denies same.

**QQQ. Hydrocortisone Acetate Suppositories (Anucort HC)**

1448. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1448 and, therefore, Actavis denies same.

1449. The allegations contained in Paragraph 1449 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1449 and, therefore, Actavis denies same.

1450. The allegations contained in Paragraph 1450 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1450 and, therefore, Actavis denies same.

1451. The allegations contained in Paragraph 1451 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1451 and, therefore, Actavis denies same.

1452. The allegations contained in Paragraph 1452 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1452 and, therefore, Actavis denies same.

1453. The allegations contained in Paragraph 1453 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1453 and, therefore, Actavis denies same.

1454. The allegations contained in Paragraph 1454 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1454 and, therefore, Actavis denies same.

1455. The allegations contained in Paragraph 1455 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1455 and, therefore, Actavis denies same.

1456. The allegations contained in Paragraph 1456 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1456 and, therefore, Actavis denies same.

1457. The allegations contained in Paragraph 1457 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1457 and, therefore, Actavis denies same.

1458. The allegations contained in Paragraph 1458 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1458 and, therefore, Actavis denies same.

1459. The allegations contained in Paragraph 1459 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1459 and, therefore, Actavis denies same.

1460. The allegations contained in Paragraph 1460 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1460 and, therefore, Actavis denies same.

1461. The allegations contained in Paragraph 1461 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1461 and, therefore, Actavis denies same.

1462. The allegations contained in Paragraph 1462 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1462 and, therefore, Actavis denies same.

1463. The allegations contained in Paragraph 1463 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1463 and, therefore, Actavis denies same.

1464. The allegations contained in Paragraph 1464 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1464 and, therefore, Actavis denies same.

1465. The allegations contained in Paragraph 1465 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1465 and, therefore, Actavis denies same.

1466. The allegations contained in Paragraph 1466 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1466 and, therefore, Actavis denies same.

1467. The allegations contained in Paragraph 1467 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1467 and, therefore, Actavis denies same.

1468. The allegations contained in Paragraph 1468 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1468 and, therefore, Actavis denies same.

1469. The allegations contained in Paragraph 1469 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1469 and, therefore, Actavis denies same.

1470. The allegations contained in Paragraph 1470 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1470 and, therefore, Actavis denies same.

1471. The allegations contained in Paragraph 1471 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1471 and, therefore, Actavis denies same.

1472. The allegations contained in Paragraph 1472 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1472 and, therefore, Actavis denies same.

1473. The allegations contained in Paragraph 1473 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1473 and, therefore, Actavis denies same.

1474. The allegations contained in Paragraph 1474 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1474 and, therefore, Actavis denies same.

1475. The allegations contained in Paragraph 1475 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1475 and, therefore, Actavis denies same.

**RRR. Hydrocortisone Valerate Cream**

1476. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1476 and, therefore, Actavis denies same.

1477. The allegations contained in Paragraph 1477 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1477 and, therefore, Actavis denies same.

1478. The allegations contained in Paragraph 1478 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1478 and, therefore, Actavis denies same.

1479. The allegations contained in Paragraph 1479 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1479 and, therefore, Actavis denies same.

1480. The allegations contained in Paragraph 1480 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1480 and, therefore, Actavis denies same.

1481. The allegations contained in Paragraph 1481 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1481 and, therefore, Actavis denies same.

1482. The allegations contained in Paragraph 1482 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1482 and, therefore, Actavis denies same.

**SSS. Imiquimod Cream**

1483. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1483 and, therefore, Actavis denies same.

1484. The allegations contained in Paragraph 1484 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1484 and, therefore, Actavis denies same.

1. Perrigo Entry (April 2010)

1485. The allegations contained in Paragraph 1485 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1485 and, therefore, Actavis denies same.

1486. The allegations contained in Paragraph 1486 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1486 and, therefore, Actavis denies same.

1487. The allegations contained in Paragraph 1487 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1487 and, therefore, Actavis denies same.

1488. The allegations contained in Paragraph 1488 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1488 and, therefore, Actavis denies same.

1489. The allegations contained in Paragraph 1489 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1489 and, therefore, Actavis denies same.

1490. The allegations contained in Paragraph 1490 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1490 and, therefore, Actavis denies same.

1491. The allegations contained in Paragraph 1491 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1491 and, therefore, Actavis denies same.

1492. The allegations contained in Paragraph 1492 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1492 and, therefore, Actavis denies same.

1493. The allegations contained in Paragraph 1493 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1493 and, therefore, Actavis denies same.

1494. The allegations contained in Paragraph 1494 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1494 and, therefore, Actavis denies same.

1495. The allegations contained in Paragraph 1495 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1495 and, therefore, Actavis denies same.

1496. The allegations contained in Paragraph 1496 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1496 and, therefore, Actavis denies same.

1497. The allegations contained in Paragraph 1497 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1497 and, therefore, Actavis denies same.

1498. The allegations contained in Paragraph 1498 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1498 and, therefore, Actavis denies same.

2. Sandoz Entry (February 2011)

1499. The allegations contained in Paragraph 1499 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1499 and, therefore, Actavis denies same.

1500. The allegations contained in Paragraph 1500 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1500 and, therefore, Actavis denies same.

1501. The allegations contained in Paragraph 1501 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1501 and, therefore, Actavis denies same.

1502. The allegations contained in Paragraph 1502 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1502 and, therefore, Actavis denies same.

1503. The allegations contained in Paragraph 1503 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1503 and, therefore, Actavis denies same.

1504. The allegations contained in Paragraph 1504 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1504 and, therefore, Actavis denies same.

1505. The allegations contained in Paragraph 1505 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1505 and, therefore, Actavis denies same.

1506. The allegations contained in Paragraph 1506 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1506 and, therefore, Actavis denies same.

3. Taro Entry (July 2011)

1507. The allegations contained in Paragraph 1507 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1507 and, therefore, Actavis denies same.

1508. The allegations contained in Paragraph 1508 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1508 and, therefore, Actavis denies same.

1509. The allegations contained in Paragraph 1509 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1509 and, therefore, Actavis denies same.

1510. The allegations contained in Paragraph 1510 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1510 and, therefore, Actavis denies same.

1511. The allegations contained in Paragraph 1511 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1511 and, therefore, Actavis denies same.

1512. The allegations contained in Paragraph 1512 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1512 and, therefore, Actavis denies same.

1513. The allegations contained in Paragraph 1513 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1513 and, therefore, Actavis denies same.

1514. The allegations contained in Paragraph 1514 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1514 and, therefore, Actavis denies same.

1515. The allegations contained in Paragraph 1515 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1515 and, therefore, Actavis denies same.

1516. The allegations contained in Paragraph 1516 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1516 and, therefore, Actavis denies same.

1517. The allegations contained in Paragraph 1517 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1517 and, therefore, Actavis denies same.

1518. The allegations contained in Paragraph 1518 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1518 and, therefore, Actavis denies same.

1519. The allegations contained in Paragraph 1519 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1519 and, therefore, Actavis denies same.

1520. The allegations contained in Paragraph 1520 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1520 and, therefore, Actavis denies same.

1521. The allegations contained in Paragraph 1521 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1521 and, therefore, Actavis denies same.

1522. The allegations contained in Paragraph 1522 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1522 and, therefore, Actavis denies same.

**TTT. Irbesartan**

1523. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1523 and, therefore, Actavis denies same.

1524. The allegations contained in Paragraph 1524 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1524 and, therefore, Actavis denies same.

1525. The allegations contained in Paragraph 1525 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1525 and, therefore, Actavis denies same.

1526. The allegations contained in Paragraph 1526 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1526 and, therefore, Actavis denies same.

1527. The allegations contained in Paragraph 1527 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1527 and, therefore, Actavis denies same.

1528. The allegations contained in Paragraph 1528 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1528 and, therefore, Actavis denies same.

**UUU. Isosorbide Dinitrate**

1529. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1529 and, therefore, Actavis denies same.

1530. The allegations contained in Paragraph 1530 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1530 and, therefore, Actavis denies same.

1531. The allegations contained in Paragraph 1531 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1531 and, therefore, Actavis denies same.

1532. The allegations contained in Paragraph 1532 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1532 and, therefore, Actavis denies same.

1533. The allegations contained in Paragraph 1533 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1533 and, therefore, Actavis denies same.

1534. Actavis denies the allegations contained in Paragraph 1534 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1534 and, therefore, Actavis denies same.

**VVV. Labetalol**

1535. Actavis admits the allegations contained in Paragraph 1535.

1536. Actavis denies the allegations contained in Paragraph 1536 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1536 and, therefore, Actavis denies same.

1537. Actavis denies the allegations contained in Paragraph 1537 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1537 and, therefore, Actavis denies same.

1538. The allegations contained in Paragraph 1538 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1538 and, therefore, Actavis denies same.

1539. The allegations contained in Paragraph 1539 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1539 and, therefore, Actavis denies same.

1540. Actavis denies the allegations contained in Paragraph 1540 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1540 and, therefore, Actavis denies same.

**WWW. Lamivudine/Zidovudine (Generic Combivir)**

1541. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1541 and, therefore, Actavis denies same.

1542. The allegations contained in Paragraph 1542 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1542 and, therefore, Actavis denies same.

1543. The allegations contained in Paragraph 1543 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1543 and, therefore, Actavis denies same.

1544. The allegations contained in Paragraph 1544 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1544 and, therefore, Actavis denies same.

1545. The allegations contained in Paragraph 1545 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1545 and, therefore, Actavis denies same.

1546. The allegations contained in Paragraph 1546 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1546 and, therefore, Actavis denies same.

1547. The allegations contained in Paragraph 1547 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1547 and, therefore, Actavis denies same.

1548. The allegations contained in Paragraph 1548 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1548 and, therefore, Actavis denies same.

1549. The allegations contained in Paragraph 1549 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1549 and, therefore, Actavis denies same.

1550. The allegations contained in Paragraph 1550 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1550 and, therefore, Actavis denies same.

1551. The allegations contained in Paragraph 1551 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1551 and, therefore, Actavis denies same.

1552. The allegations contained in Paragraph 1552 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1552 and, therefore, Actavis denies same.

1553. The allegations contained in Paragraph 1553 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1553 and, therefore, Actavis denies same.

1554. The allegations contained in Paragraph 1554 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1554 and, therefore, Actavis denies same.

**XXX. Latanoprost Drops**

1555. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1555 and, therefore, Actavis denies same.

1556. The allegations contained in Paragraph 1556 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1556 and, therefore, Actavis denies same.

1557. The allegations contained in Paragraph 1557 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1557 and, therefore, Actavis denies same.

1558. The allegations contained in Paragraph 1558 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1558 and, therefore, Actavis denies same.

1559. The allegations contained in Paragraph 1559 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1559 and, therefore, Actavis denies same.

1560. The allegations contained in Paragraph 1560 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1560 and, therefore, Actavis denies same.

1561. The allegations contained in Paragraph 1561 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1561 and, therefore, Actavis denies same.

1562. The allegations contained in Paragraph 1562 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1562 and, therefore, Actavis denies same.

1563. The allegations contained in Paragraph 1563 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1563 and, therefore, Actavis denies same.

1564. The allegations contained in Paragraph 1564 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1564 and, therefore, Actavis denies same.

1565. The allegations contained in Paragraph 1565 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1565 and, therefore, Actavis denies same.

1566. The allegations contained in Paragraph 1566 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1566 and, therefore, Actavis denies same.

1567. The allegations contained in Paragraph 1567 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1567 and, therefore, Actavis denies same.

1568. The allegations contained in Paragraph 1568 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1568 and, therefore, Actavis denies same.

1569. The allegations contained in Paragraph 1569 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1569 and, therefore, Actavis denies same.

1570. The allegations contained in Paragraph 1570 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1570 and, therefore, Actavis denies same.

1571. The allegations contained in Paragraph 1571 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1571 and, therefore, Actavis denies same.

1572. The allegations contained in Paragraph 1572 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1572 and, therefore, Actavis denies same.

1573. The allegations contained in Paragraph 1573 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1573 and, therefore, Actavis denies same.

1574. The allegations contained in Paragraph 1574 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1574 and, therefore, Actavis denies same.

1575. The allegations contained in Paragraph 1575 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1575 and, therefore, Actavis denies same.

1576. The allegations contained in Paragraph 1576 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1576 and, therefore, Actavis denies same.

1577. The allegations contained in Paragraph 1577 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1577 and, therefore, Actavis denies same.

1578. The allegations contained in Paragraph 1578 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1578 and, therefore, Actavis denies same.

1579. Actavis denies the allegations contained in Paragraph 1579 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1579 and, therefore, Actavis denies same.

1580. The allegations contained in Paragraph 1580 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1580 and, therefore, Actavis denies same.

**YYY. Leflunomide**

1581. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1581 and, therefore, Actavis denies same.

1582. The allegations contained in Paragraph 1582 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1582 and, therefore, Actavis denies same.

1583. The allegations contained in Paragraph 1583 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1583 and, therefore, Actavis denies same.

1584. The allegations contained in Paragraph 1584 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1584 and, therefore, Actavis denies same.

1585. The allegations contained in Paragraph 1585 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1585 and, therefore, Actavis denies same.

1586. Actavis denies the allegations contained in Paragraph 1586 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1586 and, therefore, Actavis denies same.

## ZZZ. Levothyroxine

1587. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1587 and, therefore, Actavis denies same.

1588. The allegations contained in Paragraph 1588 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1588 and, therefore, Actavis denies same.

1589. The allegations contained in Paragraph 1589 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1589 and, therefore, Actavis denies same.

1590. The allegations contained in Paragraph 1590 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1590 and, therefore, Actavis denies same.

1591. The allegations contained in Paragraph 1591 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1591 and, therefore, Actavis denies same.

1592. The allegations contained in Paragraph 1592 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1592 and, therefore, Actavis denies same.

1593. The allegations contained in Paragraph 1593 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1593 and, therefore, Actavis denies same.

1594. The allegations contained in Paragraph 1594 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1594 and, therefore, Actavis denies same.

1595. The allegations contained in Paragraph 1595 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1595 and, therefore, Actavis denies same.

1596. The allegations contained in Paragraph 1596 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1596 and, therefore, Actavis denies same.

1597. The allegations contained in Paragraph 1597 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1597 and, therefore, Actavis denies same.

1598. The allegations contained in Paragraph 1598 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1598 and, therefore, Actavis denies same.

1599. The allegations contained in Paragraph 1599 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1599 and, therefore, Actavis denies same.

1600. The allegations contained in Paragraph 1600 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1600 and, therefore, Actavis denies same.

1601. The allegations contained in Paragraph 1601 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1601 and, therefore, Actavis denies same.

1602. The allegations contained in Paragraph 1602 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1602 and, therefore, Actavis denies same.

1603. The allegations contained in Paragraph 1603 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1603 and, therefore, Actavis denies same.

1604. The allegations contained in Paragraph 1604 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1604 and, therefore, Actavis denies same.

1605. The allegations contained in Paragraph 1605 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1605 and, therefore, Actavis denies same.

1606. The allegations contained in Paragraph 1606 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1606 and, therefore, Actavis denies same.

1607. The allegations contained in Paragraph 1607 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1607 and, therefore, Actavis denies same.

1608. The allegations contained in Paragraph 1608 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1608 and, therefore, Actavis denies same.

**AAAA. Lidocaine Ointment**

1609. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1609 and, therefore, Actavis denies same.

1610. The allegations contained in Paragraph 1610 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1610 and, therefore, Actavis denies same.

1611. The allegations contained in Paragraph 1611 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1611 and, therefore, Actavis denies same.

1612. The allegations contained in Paragraph 1612 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1612 and, therefore, Actavis denies same.

1613. The allegations contained in Paragraph 1613 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1613 and, therefore, Actavis denies same.

1614. The allegations contained in Paragraph 1614 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1614 and, therefore, Actavis denies same.

1615. The allegations contained in Paragraph 1615 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1615 and, therefore, Actavis denies same.

1616. The allegations contained in Paragraph 1616 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1616 and, therefore, Actavis denies same.

1617. The allegations contained in Paragraph 1617 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1617 and, therefore, Actavis denies same.

1618. The allegations contained in Paragraph 1618 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1618 and, therefore, Actavis denies same.

1619. The allegations contained in Paragraph 1619 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1619 and, therefore, Actavis denies same.

1620. The allegations contained in Paragraph 1620 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1620 and, therefore, Actavis denies same.

1621. The allegations contained in Paragraph 1621 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1621 and, therefore, Actavis denies same.

1622. The allegations contained in Paragraph 1622 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1622 and, therefore, Actavis denies same.

1623. The allegations contained in Paragraph 1623 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1623 and, therefore, Actavis denies same.

1624. The allegations contained in Paragraph 1624 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1624 and, therefore, Actavis denies same.

1625. The allegations contained in Paragraph 1625 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1625 and, therefore, Actavis denies same.

1626. The allegations contained in Paragraph 1626 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1626 and, therefore, Actavis denies same.

1627. The allegations contained in Paragraph 1627 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1627 and, therefore, Actavis denies same.

1628. The allegations contained in Paragraph 1628 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1628 and, therefore, Actavis denies same.

1629. The allegations contained in Paragraph 1629 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1629 and, therefore, Actavis denies same.

1630. The allegations contained in Paragraph 1630 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1630 and, therefore, Actavis denies same.

1631. The allegations contained in Paragraph 1631 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1631 and, therefore, Actavis denies same.

1632. The allegations contained in Paragraph 1632 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1632 and, therefore, Actavis denies same.

1633. The allegations contained in Paragraph 1633 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1633 and, therefore, Actavis denies same.

1634. The allegations contained in Paragraph 1634 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1634 and, therefore, Actavis denies same.

1635. The allegations contained in Paragraph 1635 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1635 and, therefore, Actavis denies same.

**BBBB. Lidocaine-Prilocaine**

1636. The allegations contained in Paragraph 1636 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1636 and, therefore, Actavis denies same.

1637. The allegations contained in Paragraph 1637 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1637 and, therefore, Actavis denies same.

1638. The allegations contained in Paragraph 1638 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1638 and, therefore, Actavis denies same.

1639. The allegations contained in Paragraph 1639 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1639 and, therefore, Actavis denies same.

1640. The allegations contained in Paragraph 1640 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1640 and, therefore, Actavis denies same.

1641. The allegations contained in Paragraph 1641 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1641 and, therefore, Actavis denies same.

1642. The allegations contained in Paragraph 1642 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1642 and, therefore, Actavis denies same.

1643. The allegations contained in Paragraph 1643 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1643 and, therefore, Actavis denies same.

1644. The allegations contained in Paragraph 1644 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1644 and, therefore, Actavis denies same.

1645. The allegations contained in Paragraph 1645 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1645 and, therefore, Actavis denies same.

1646. The allegations contained in Paragraph 1646 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1646 and, therefore, Actavis denies same.

1647. The allegations contained in Paragraph 1647 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1647 and, therefore, Actavis denies same.

1648. The allegations contained in Paragraph 1648 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1648 and, therefore, Actavis denies same.

1649. The allegations contained in Paragraph 1649 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1649 and, therefore, Actavis denies same.

1650. The allegations contained in Paragraph 1650 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1650 and, therefore, Actavis denies same.

1651. The allegations contained in Paragraph 1651 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1651 and, therefore, Actavis denies same.

1652. The allegations contained in Paragraph 1652 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the of the allegations contained in Paragraph 1652 and, therefore, Actavis denies same.

1653. The allegations contained in Paragraph 1653 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1653 and, therefore, Actavis denies same.

**CCCC. Loperamide HCL Capsules**

1654. The allegations contained in Paragraph 1654 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1654 and, therefore, Actavis denies same.

1655. Actavis denies the allegations contained in Paragraph 1655 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1655 and, therefore, Actavis denies same.

1656. Actavis denies the allegations contained in Paragraph 1656 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1656 and, therefore, Actavis denies same.

**DDDD. Meprobamate**

1657. The allegations contained in Paragraph 1657 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1657 and, therefore, Actavis denies same.

1658. The allegations contained in Paragraph 1658 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1658 and, therefore, Actavis denies same.

1659. The allegations contained in Paragraph 1659 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1659 and, therefore, Actavis denies same.

1660. The allegations contained in Paragraph 1660 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1660 and, therefore, Actavis denies same.

1661. The allegations contained in Paragraph 1661 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1661 and, therefore, Actavis denies same.

1662. The allegations contained in Paragraph 1662 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1662 and, therefore, Actavis denies same.

1663. The allegations contained in Paragraph 1663 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1663 and, therefore, Actavis denies same.

1664. The allegations contained in Paragraph 1664 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1664 and, therefore, Actavis denies same.

**EEEE. Metformin ER**

1665. Actavis admits the allegations contained in Paragraph 1665.

1666. Actavis denies the allegations contained in Paragraph 1666 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1666 and, therefore, Actavis denies same.

1667. Actavis denies the allegations contained in Paragraph 1667 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1667 and, therefore, Actavis denies same.

1668. Actavis denies the allegations contained in Paragraph 1668 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1668 and, therefore, Actavis denies same.

1669. Actavis denies the allegations contained in Paragraph 1669 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1669 and, therefore, Actavis denies same.

1670. Actavis denies the allegations contained in Paragraph 1670 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1670 and, therefore, Actavis denies same.

**FFFF. Methadone HCL**

1671. The allegations contained in Paragraph 1671 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1671 and, therefore, Actavis denies same.

1672. The allegations contained in Paragraph 1672 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1672 and, therefore, Actavis denies same.

1673. The allegations contained in Paragraph 1673 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1673 and, therefore, Actavis denies same.

1674. Actavis denies the allegations contained in Paragraph 1674 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1674 and, therefore, Actavis denies same.

**GGGG. Methazolamide Tablets**

1675. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1675 and, therefore, Actavis denies same.

1676. The allegations contained in Paragraph 1676 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1676 and, therefore, Actavis denies same.

1677. The allegations contained in Paragraph 1677 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1677 and, therefore, Actavis denies same.

1678. The allegations contained in Paragraph 1678 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1678 and, therefore, Actavis denies same.

1679. The allegations contained in Paragraph 1679 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1679 and, therefore, Actavis denies same.

1680. The allegations contained in Paragraph 1680 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1680 and, therefore, Actavis denies same.

1681. The allegations contained in Paragraph 1681 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1681 and, therefore, Actavis denies same.

1682. The allegations contained in Paragraph 1682 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1682 and, therefore, Actavis denies same.

1683. The allegations contained in Paragraph 1683 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1683 and, therefore, Actavis denies same.

1684. The allegations contained in Paragraph 1684 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1684 and, therefore, Actavis denies same.

1685. The allegations contained in Paragraph 1685 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1685 and, therefore, Actavis denies same

1686. The allegations contained in Paragraph 1686 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1686 and, therefore, Actavis denies same.

1687. The allegations contained in Paragraph 1687 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1687 and, therefore, Actavis denies same.

1688. The allegations contained in Paragraph 1688 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1688 and, therefore, Actavis denies same.

**HHHH. Methylphenidate**

1689. Actavis admits the allegations contained in Paragraph 1689.

1690. Actavis denies the allegations contained in Paragraph 1690 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1690 and, therefore, Actavis denies same.

1691. The allegations contained in Paragraph 1691 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1691 and, therefore, Actavis denies same.

1692. The allegations contained in Paragraph 1692 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1692 and, therefore, Actavis denies same.

1693. Actavis denies the allegations contained in Paragraph 1693 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1693 and, therefore, Actavis denies same.

1694. Actavis denies the allegations contained in Paragraph 1694 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1694 and, therefore, Actavis denies same.

1695. Actavis denies the allegations contained in Paragraph 1695 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1695 and, therefore, Actavis denies same.

1696. Actavis denies the allegations contained in Paragraph 1696 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1696 and, therefore, Actavis denies same.

1697. The allegations contained in Paragraph 1697 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1697 and, therefore, Actavis denies same.

1698. The allegations contained in Paragraph 1698 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1698 and, therefore, Actavis denies same.

1699. Actavis denies the allegations contained in Paragraph 1699 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1699 and, therefore, Actavis denies same.

1700. Actavis denies the allegations contained in Paragraph 1700 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1700 and, therefore, Actavis denies same.

1701. Actavis denies the allegations contained in Paragraph 1701 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1701 and, therefore, Actavis denies same.

**IIII. Methylprednisolone**

1702. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1702 and, therefore, Actavis denies same.

1703. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1703 and, therefore, Actavis denies same.

1704. The allegations contained in Paragraph 1704 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1704 and, therefore, Actavis denies same.

1705. The allegations contained in Paragraph 1705 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1705 and, therefore, Actavis denies same.

1706. The allegations contained in Paragraph 1706 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1706 and, therefore, Actavis denies same.

1707. The allegations contained in Paragraph 1707 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1707 and, therefore, Actavis denies same.

1708. The allegations contained in Paragraph 1708 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1708 and, therefore, Actavis denies same.

1709. The allegations contained in Paragraph 1709 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1709 and, therefore, Actavis denies same.

1710. The allegations contained in Paragraph 1710 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1710 and, therefore, Actavis denies same.

1711. The allegations contained in Paragraph 1711 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1711 and, therefore, Actavis denies same.

1712. Actavis denies the allegations contained in Paragraph 1712 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1712 and, therefore, Actavis denies same.

**JJJJ. Metronidazole**

1713. Actavis denies the allegations in Paragraph 1713 directed toward it, except admits only that Metronidazole is available in several formulations, and that Actavis sold Metronidazole in the United States. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1713 and, therefore, Actavis denies same.

1. <u>Metronidazole Gel</u>

1714. The allegations contained in Paragraph 1714 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1714 and, therefore, Actavis denies same.

1715. The allegations contained in Paragraph 1715 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1715 and, therefore, Actavis denies same.

1716. The allegations contained in Paragraph 1716 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1716 and, therefore, Actavis denies same.

1717. The allegations contained in Paragraph 1717 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1717 and, therefore, Actavis denies same.

1718. The allegations contained in Paragraph 1718 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1718 and, therefore, Actavis denies same.

1719. The allegations contained in Paragraph 1719 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1719 and, therefore, Actavis denies same.

1720. The allegations contained in Paragraph 1720 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1720 and, therefore, Actavis denies same.

1721. The allegations contained in Paragraph 1721 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1721 and, therefore, Actavis denies same.

1722. The allegations contained in Paragraph 1722 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1722 and, therefore, Actavis denies same.

1723. The allegations contained in Paragraph 1723 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1723 and, therefore, Actavis denies same.

1724. The allegations contained in Paragraph 1724 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1724 and, therefore, Actavis denies same.

1725. The allegations contained in Paragraph 1725 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1725 and, therefore, Actavis denies same.

1726. The allegations contained in Paragraph 1726 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1726 and, therefore, Actavis denies same.

1727. The allegations contained in Paragraph 1727 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1727 and, therefore, Actavis denies same.

1728. The allegations contained in Paragraph 1728 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1728 and, therefore, Actavis denies same.

1729. The allegations contained in Paragraph 1729 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1729 and, therefore, Actavis denies same.

1730. The allegations contained in Paragraph 1730 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1730 and, therefore, Actavis denies same.

1731. The allegations contained in Paragraph 1731 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1731 and, therefore, Actavis denies same.

1732. The allegations contained in Paragraph 1732 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1732 and, therefore, Actavis denies same.

1733. The allegations contained in Paragraph 1733 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1733 and, therefore, Actavis denies same.

1734. The allegations contained in Paragraph 1734 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1734 and, therefore, Actavis denies same.

1735. The allegations contained in Paragraph 1735 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1735 and, therefore, Actavis denies same.

1736. The allegations contained in Paragraph 1736 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1736 and, therefore, Actavis denies same.

1737. The allegations contained in Paragraph 1737 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1737 and, therefore, Actavis denies same.

1738. The allegations contained in Paragraph 1738 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1738 and, therefore, Actavis denies same.

1739. The allegations contained in Paragraph 1739 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1739 and, therefore, Actavis denies same.

1740. The allegations contained in Paragraph 1740 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1740 and, therefore, Actavis denies same.

1741. The allegations contained in Paragraph 1741 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1741 and, therefore, Actavis denies same.

1742. The allegations contained in Paragraph 1742 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1742 and, therefore, Actavis denies same.

1743. The allegations contained in Paragraph 1743 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1743 and, therefore, Actavis denies same.

1744. The allegations contained in Paragraph 1744 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1744 and, therefore, Actavis denies same.

1745. The allegations contained in Paragraph 1745 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1745 and, therefore, Actavis denies same.

1746. The allegations contained in Paragraph 1746 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1746 and, therefore, Actavis denies same.

1747. The allegations contained in Paragraph 1747 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1747 and, therefore, Actavis denies same.

1748. The allegations contained in Paragraph 1748 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1748 and, therefore, Actavis denies same.

1749. The allegations contained in Paragraph 1749 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1749 and, therefore, Actavis denies same.

1750. The allegations contained in Paragraph 1750 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1750 and, therefore, Actavis denies same.

1751. The allegations contained in Paragraph 1751 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1751 and, therefore, Actavis denies same.

1752. The allegations contained in Paragraph 1752 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1752 and, therefore, Actavis denies same.

2. Metronidazole Cream and Lotion

1753. Actavis denies the allegations contained in Paragraph 1753 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1753 and, therefore, Actavis denies same.

1754. Actavis denies the allegations contained in Paragraph 1754 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1754 and, therefore, Actavis denies same.

1755. Actavis denies the allegations contained in Paragraph 1755 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1755 and, therefore, Actavis denies same.

1756. Actavis denies the allegations contained in Paragraph 1756 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1756 and, therefore, Actavis denies same.

1757. The allegations contained in Paragraph 1757 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1757 and, therefore, Actavis denies same.

1758. Actavis denies the allegations contained in Paragraph 1758 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1758 and, therefore, Actavis denies same.

1759. The allegations contained in Paragraph 1759 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1759 and, therefore, Actavis denies same.

1760. Actavis denies the allegations contained in Paragraph 1760 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1760 and, therefore, Actavis denies same.

1761. The allegations contained in Paragraph 1761 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1761 and, therefore, Actavis denies same.

1762. Actavis denies the allegations contained in Paragraph 1762 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1762 and, therefore, Actavis denies same.

1763. The allegations contained in Paragraph 1763 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1763 and, therefore, Actavis denies same.

1764. The allegations contained in Paragraph 1764 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1764 and, therefore, Actavis denies same.

1765. Actavis denies the allegations contained in Paragraph 1765 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1765 and, therefore, Actavis denies same.

1766. Actavis denies the allegations contained in Paragraph 1766 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1766 and, therefore, Actavis denies same.

1767. Actavis denies the allegations contained in Paragraph 1767 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1767 and, therefore, Actavis denies same.

1768. Actavis denies the allegations contained in Paragraph 1768 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1768 and, therefore, Actavis denies same.

1769. The allegations contained in Paragraph 1769 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1769 and, therefore, Actavis denies same.

1770. The allegations contained in Paragraph 1770 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1770 and, therefore, Actavis denies same.

1771. The allegations contained in Paragraph 1771 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1771 and, therefore, Actavis denies same.

1772. The allegations contained in Paragraph 1772 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1772 and, therefore, Actavis denies same.

3. Metronidazole Vaginal

1773. The allegations contained in Paragraph 1773 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1773 and, therefore, Actavis denies same.

1774. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1774 and, therefore, Actavis denies same.

1775. The allegations contained in Paragraph 1775 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1775 and, therefore, Actavis denies same.

1776. The allegations contained in Paragraph 1776 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1776 and, therefore, Actavis denies same.

1777. The allegations contained in Paragraph 1777 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1777 and, therefore, Actavis denies same.

1778. Actavis denies the allegations contained in Paragraph 1778 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1778 and, therefore, Actavis denies same

1779. The allegations contained in Paragraph 1779 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1779 and, therefore, Actavis denies same

1780. The allegations contained in Paragraph 1780 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1780 and, therefore, Actavis denies same.

1781. The allegations contained in Paragraph 1781 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1781 and, therefore, Actavis denies same.

1782. The allegations contained in Paragraph 1782 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1782 and, therefore, Actavis denies same.

1783. The allegations contained in Paragraph 1783 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1783 and, therefore, Actavis denies same.

1784. The allegations contained in Paragraph 1784 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1784 and, therefore, Actavis denies same.

**KKKK. Moexipril Hydrochloride Tablets**

1785. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1785 and, therefore, Actavis denies same.

1786. The allegations contained in Paragraph 1786 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1786 and, therefore, Actavis denies same.

1787. The allegations contained in Paragraph 1787 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1787 and, therefore, Actavis denies same.

1788. The allegations contained in Paragraph 1788 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1788 and, therefore, Actavis denies same.

1789. The allegations contained in Paragraph 1789 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1789 and, therefore, Actavis denies same.

1790. The allegations contained in Paragraph 1790 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1790 and, therefore, Actavis denies same.

1791. The allegations contained in Paragraph 1791 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1791 and, therefore, Actavis denies same.

1792. The allegations contained in Paragraph 1792 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1792 and, therefore, Actavis denies same.

**LLLL.Nadolol**

1793. The allegations contained in Paragraph 1793 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1793 and, therefore, Actavis denies same.

1794. The allegations contained in Paragraph 1794 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1794 and, therefore, Actavis denies same.

1795. The allegations contained in Paragraph 1795 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1795 and, therefore, Actavis denies same.

1796. The allegations contained in Paragraph 1796 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1796 and, therefore, Actavis denies same.

1797. The allegations contained in Paragraph 1797 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1797 and, therefore, Actavis denies same.

1798. The allegations contained in Paragraph 1798 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1798 and, therefore, Actavis denies same.

1799. The allegations contained in Paragraph 1799 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1799 and, therefore, Actavis denies same.

1800. The allegations contained in Paragraph 1800 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1800 and, therefore, Actavis denies same.

1801. The allegations contained in Paragraph 1801 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1801 and, therefore, Actavis denies same.

1802. The allegations contained in Paragraph 1802 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1802 and, therefore, Actavis denies same.

1803. The allegations contained in Paragraph 1803 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1803 and, therefore, Actavis denies same.

1804. The allegations contained in Paragraph 1804 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1804 and, therefore, Actavis denies same.

**MMMM. Naproxen Sodium**

1805. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1805 and, therefore, Actavis denies same.

1806. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1806 and, therefore, Actavis denies same.

1807. The allegations contained in Paragraph 1807 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1807 and, therefore, Actavis denies same.

1808. The allegations contained in Paragraph 1808 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1808 and, therefore, Actavis denies same.

**NNNN. Niacin ER**

1809. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1809 and, therefore, Actavis denies same.

1810. The allegations contained in Paragraph 1810 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1810 and, therefore, Actavis denies same.

1811. The allegations contained in Paragraph 1811 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1811 and, therefore, Actavis denies same.

1812. The allegations contained in Paragraph 1812 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1812 and, therefore, Actavis denies same.

1813. The allegations contained in Paragraph 1813 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1813 and, therefore, Actavis denies same.

1814. The allegations contained in Paragraph 1814 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1814 and, therefore, Actavis denies same.

1815. The allegations contained in Paragraph 1815 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1815 and, therefore, Actavis denies same.

1816. The allegations contained in Paragraph 1816 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1816 and, therefore, Actavis denies same.

1817. The allegations contained in Paragraph 1817 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1817 and, therefore, Actavis denies same.

1818. The allegations contained in Paragraph 1818 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1818 and, therefore, Actavis denies same.

1819. The allegations contained in Paragraph 1819 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1819 and, therefore, Actavis denies same.

1820. The allegations contained in Paragraph 1820 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1820 and, therefore, Actavis denies same.

1821. The allegations contained in Paragraph 1821 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1821 and, therefore, Actavis denies same.

**OOOO. Nimodipine**

1822. The allegations contained in Paragraph 1822 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1822 and, therefore, Actavis denies same.

1823. The allegations contained in Paragraph 1823 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1823 and, therefore, Actavis denies same.

1824. The allegations contained in Paragraph 1824 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1824 and, therefore, Actavis denies same.

1825. The allegations contained in Paragraph 1825 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1825 and, therefore, Actavis denies same.

1826. The allegations contained in Paragraph 1826 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1826 and, therefore, Actavis denies same.

1827. The allegations contained in Paragraph 1827 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1827 and, therefore, Actavis denies same.

1828. The allegations contained in Paragraph 1828 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1828 and, therefore, Actavis denies same.

1829. Actavis denies the allegations contained in Paragraph 1829 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1829 and, therefore, Actavis denies same.

**PPPP. Nitrofurantoin Macrocrystal Capsules**

1830. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1830 and, therefore, Actavis denies same.

1831. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1831 and, therefore, Actavis denies same.

1832. The allegations contained in Paragraph 1832 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1832 and, therefore, Actavis denies same.

1833. The allegations contained in Paragraph 1833 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1833 and, therefore, Actavis denies same.

1834. The allegations contained in Paragraph 1834 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1834 and, therefore, Actavis denies same.

1835. The allegations contained in Paragraph 1835 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1835 and, therefore, Actavis denies same.

**QQQQ. Norethindrone Acetate**

1836. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1836 and, therefore, Actavis denies same.

1837. The allegations contained in Paragraph 1837 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1837 and, therefore, Actavis denies same.

1838. The allegations contained in Paragraph 1838 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1838 and, therefore, Actavis denies same.

**RRRR. Norethindrone/ethinyl estradiol (Balziva®)**

1839. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1839 and, therefore, Actavis denies same.

1840. The allegations contained in Paragraph 1840 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1840 and, therefore, Actavis denies same.

1841. The allegations contained in Paragraph 1841 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1841 and, therefore, Actavis denies same.

1842. The allegations contained in Paragraph 1842 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1842 and, therefore, Actavis denies same.

1843. The allegations contained in Paragraph 1843 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1843 and, therefore, Actavis denies same.

1844. The allegations contained in Paragraph 1844 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1844 and, therefore, Actavis denies same.

**SSSS. Nortriptyline Hydrochloride**

1845. Actavis admits the allegations contained in Paragraph 1845.

1846. Actavis denies the allegations contained in Paragraph 1846 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1846 and, therefore, Actavis denies same.

1847. The allegations contained in Paragraph 1847 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1847 and, therefore, Actavis denies same.

1848. Actavis denies the allegations contained in Paragraph 1848 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1848 and, therefore, Actavis denies same.

1849. The allegations contained in Paragraph 1849 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1849 and, therefore, Actavis denies same.

1850. The allegations contained in Paragraph 1850 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1850 and, therefore, Actavis denies same.

1851. Actavis denies the allegations contained in Paragraph 1851 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1851 and, therefore, Actavis denies same.

1852. The allegations contained in Paragraph 1852 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1852 and, therefore, Actavis denies same.

1853. Actavis denies the allegations contained in Paragraph 1853 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1853 and, therefore, Actavis denies same.

1854. Actavis denies the allegations contained in Paragraph 1854 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1854 and, therefore, Actavis denies same.

1855. Actavis denies the allegations contained in Paragraph 1855 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1855 and, therefore, Actavis denies same.

1856. The allegations contained in Paragraph 1856 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1856 and, therefore, Actavis denies same.

1857. Actavis denies the allegations contained in Paragraph 1857 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1857 and, therefore, Actavis denies same.

1858. Actavis denies the allegations contained in Paragraph 1858 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1858 and, therefore, Actavis denies same.

1859. The allegations contained in Paragraph 1859 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1859 and, therefore, Actavis denies same.

1860. The allegations contained in Paragraph 1860 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1860 and, therefore, Actavis denies same.

1861. Actavis denies the allegations contained in Paragraph 1861 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1861 and, therefore, Actavis denies same.

1862. Actavis denies the allegations contained in Paragraph 1862 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1862 and, therefore, Actavis denies same.

1863. The allegations contained in Paragraph 1863 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1863 and, therefore, Actavis denies same.

1864. The allegations contained in Paragraph 1864 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1864 and, therefore, Actavis denies same.

**TTTT. Nystatin**

1865. Actavis denies the allegations contained in Paragraph 1865 directed toward it, except admits only that Actavis sold Nystatin in the United States. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1865 and, therefore, Actavis denies same.

1866. Actavis denies the allegations contained in Paragraph 1866 directed toward it, except admits only that Actavis manufactured Nystatin external cream at certain points in time. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1866 and, therefore, Actavis denies same.

1867. Actavis denies the allegations contained in Paragraph 1867 directed toward it, except admits only that Actavis manufactured Nystatin ointment at certain points in time. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1867 and, therefore, Actavis denies same.

1868. The allegations contained in Paragraph 1868 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1868 and, therefore, Actavis denies same.

1. <u>Nystatin Cream</u>

1869. Actavis denies the allegations contained in Paragraph 1869 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1869 and, therefore, Actavis denies same.

1870. The allegations contained in Paragraph 1870 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1870 and, therefore, Actavis denies same.

1871. The allegations contained in Paragraph 1871 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1871 and, therefore, Actavis denies same.

1872. Actavis denies the allegations contained in Paragraph 1872 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1872 and, therefore, Actavis denies same.

1873. Actavis denies the allegations contained in Paragraph 1873 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1873 and, therefore, Actavis denies same.

1874. Actavis denies the allegations contained in Paragraph 1874 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1874 and, therefore, Actavis denies same.

2. Nystatin Ointment

1875. Actavis denies the allegations contained in Paragraph 1875 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1875 and, therefore, Actavis denies same.

1876. Actavis denies the allegations contained in Paragraph 1876 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1876 and, therefore, Actavis denies same.

1877. Actavis denies the allegations contained in Paragraph 1877 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1877 and, therefore, Actavis denies same.

1878. Actavis denies the allegations contained in Paragraph 1878 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1878 and, therefore, Actavis denies same.

1879. Actavis denies the allegations contained in Paragraph 1879 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1879 and, therefore, Actavis denies same.

3. Nystatin Tablets

1880. The allegations contained in Paragraph 1880 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1880 and, therefore, Actavis denies same.

1881. The allegations contained in Paragraph 1881 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1881 and, therefore, Actavis denies same.

1882. The allegations contained in Paragraph 1882 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1882 and, therefore, Actavis denies same.

1883. The allegations contained in Paragraph 1883 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1883 and, therefore, Actavis denies same.

1884. The allegations contained in Paragraph 1884 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1884 and, therefore, Actavis denies same.

1885. The allegations contained in Paragraph 1885 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1885 and, therefore, Actavis denies same.

1886. The allegations contained in Paragraph 1886 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1885 and, therefore, Actavis denies same.

1887. The allegations contained in Paragraph 1887 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1887 and, therefore, Actavis denies same.

**UUUU. Nystatin Triamcinolone**

1888. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1888 and, therefore, Actavis denies same.

1889. The allegations contained in Paragraph 1889 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1889 and, therefore, Actavis denies same.

1890. The allegations contained in Paragraph 1890 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1890 and, therefore, Actavis denies same.

1891. The allegations contained in Paragraph 1891 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1891 and, therefore, Actavis denies same.

1892. The allegations contained in Paragraph 1892 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1892 and, therefore, Actavis denies same.

1893. The allegations contained in Paragraph 1893 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1893 and, therefore, Actavis denies same.

1894. The allegations contained in Paragraph 1894 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1894 and, therefore, Actavis denies same.

1895. The allegations contained in Paragraph 1895 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1895 and, therefore, Actavis denies same.

1896. The allegations contained in Paragraph 1896 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1896 and, therefore, Actavis denies same.

1897. The allegations contained in Paragraph 1897 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1897 and, therefore, Actavis denies same.

1898. The allegations contained in Paragraph 1898 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1898 and, therefore, Actavis denies same.

1899. The allegations contained in Paragraph 1899 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1899 and, therefore, Actavis denies same.

1900. The allegations contained in Paragraph 1900 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1900 and, therefore, Actavis denies same.

1901. The allegations contained in Paragraph 1901 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1901 and, therefore, Actavis denies same.

1902. The allegations contained in Paragraph 1902 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1902 and, therefore, Actavis denies same.

1903. The allegations contained in Paragraph 1903 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1903 and, therefore, Actavis denies same.

1904. The allegations contained in Paragraph 1904 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1904 and, therefore, Actavis denies same.

1905. The allegations contained in Paragraph 1905 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1905 and, therefore, Actavis denies same.

1906. The allegations contained in Paragraph 1906 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1906 and, therefore, Actavis denies same.

1907. The allegations contained in Paragraph 1907 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1907 and, therefore, Actavis denies same.

1908. The allegations contained in Paragraph 1908 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1908 and, therefore, Actavis denies same.

1909. The allegations contained in Paragraph 1909 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1909 and, therefore, Actavis denies same.

1910. The allegations contained in Paragraph 1910 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1910 and, therefore, Actavis denies same.

1911. The allegations contained in Paragraph 1911 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1911 and, therefore, Actavis denies same.

1912. The allegations contained in Paragraph 1912 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1912 and, therefore, Actavis denies same.

1913. The allegations contained in Paragraph 1913 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1913 and, therefore, Actavis denies same.

1914. The allegations contained in Paragraph 1914 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1914 and, therefore, Actavis denies same.

1915. The allegations contained in Paragraph 1915 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1915 and, therefore, Actavis denies same.

1916. The allegations contained in Paragraph 1916 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1916 and, therefore, Actavis denies same.

1917. The allegations contained in Paragraph 1917 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1917 and, therefore, Actavis denies same.

1918. The allegations contained in Paragraph 1918 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1918 and, therefore, Actavis denies same.

1919. The allegations contained in Paragraph 1919 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1919 and, therefore, Actavis denies same.

1920. The allegations contained in Paragraph 1920 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1920 and, therefore, Actavis denies same.

1921. The allegations contained in Paragraph 1921 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1921 and, therefore, Actavis denies same.

1922. The allegations contained in Paragraph 1922 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1922 and, therefore, Actavis denies same.

1923. The allegations contained in Paragraph 1923 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1923 and, therefore, Actavis denies same.

1924. The allegations contained in Paragraph 1924 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1924 and, therefore, Actavis denies same.

1925. The allegations contained in Paragraph 1925 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1925 and, therefore, Actavis denies same.

1926. The allegations contained in Paragraph 1926 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1926 and, therefore, Actavis denies same.

1927. Actavis denies the allegations contained in Paragraph 1927 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1927 and, therefore, Actavis denies same.

**VVVV. Omega-3-Acid Ethyl Esters**

1928. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1928 and, therefore, Actavis denies same.

1929. The allegations contained in Paragraph 1929 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1929 and, therefore, Actavis denies same.

1930. The allegations contained in Paragraph 1930 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1930 and, therefore, Actavis denies same.

1931. The allegations contained in Paragraph 1931 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1931 and, therefore, Actavis denies same.

1932. The allegations contained in Paragraph 1932 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1932 and, therefore, Actavis denies same.

1933. The allegations contained in Paragraph 1933 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1933 and, therefore, Actavis denies same.

1934. The allegations contained in Paragraph 1934 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1934 and, therefore, Actavis denies same.

1935. The allegations contained in Paragraph 1935 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1935 and, therefore, Actavis denies same.

1936. The allegations contained in Paragraph 1936 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1936 and, therefore, Actavis denies same.

1937. The allegations contained in Paragraph 1937 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1937 and, therefore, Actavis denies same.

1938. The allegations contained in Paragraph 1938 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1938 and, therefore, Actavis denies same.

**WWWW. Oxaprozin Tablets**

1939. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1939 and, therefore, Actavis denies same.

1940. The allegations contained in Paragraph 1940 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1940 and, therefore, Actavis denies same.

1941. The allegations contained in Paragraph 1941 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1941 and, therefore, Actavis denies same.

1942. The allegations contained in Paragraph 1942 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1942 and, therefore, Actavis denies same.

1943. The allegations contained in Paragraph 1943 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1943 and, therefore, Actavis denies same.

1944. The allegations contained in Paragraph 1944 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1944 and, therefore, Actavis denies same.

1945. The allegations contained in Paragraph 1945 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1945 and, therefore, Actavis denies same.

1946. The allegations contained in Paragraph 1946 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1946 and, therefore, Actavis denies same.

1947. The allegations contained in Paragraph 1947 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1947 and, therefore, Actavis denies same.

1948. The allegations contained in Paragraph 1948 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1948 and, therefore, Actavis denies same.

1949. The allegations contained in Paragraph 1949 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1949 and, therefore, Actavis denies same.

1950. The allegations contained in Paragraph 1950 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1950 and, therefore, Actavis denies same.

1951. The allegations contained in Paragraph 1951 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1951 and, therefore, Actavis denies same.

1952. The allegations contained in Paragraph 1952 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1952 and, therefore, Actavis denies same.

1953. The allegations contained in Paragraph 1953 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1953 and, therefore, Actavis denies same.

1954. The allegations contained in Paragraph 1954 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1954 and, therefore, Actavis denies same.

1955. The allegations contained in Paragraph 1955 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1955 and, therefore, Actavis denies same.

1956. The allegations contained in Paragraph 1956 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1956 and, therefore, Actavis denies same.

1957. The allegations contained in Paragraph 1957 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1957 and, therefore, Actavis denies same.

1958. The allegations contained in Paragraph 1958 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1958 and, therefore, Actavis denies same.

1959. The allegations contained in Paragraph 1959 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1959 and, therefore, Actavis denies same.

1960. The allegations contained in Paragraph 1960 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1960 and, therefore, Actavis denies same.

1961. The allegations contained in Paragraph 1961 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1961 and, therefore, Actavis denies same.

1962. The allegations contained in Paragraph 1962 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1962 and, therefore, Actavis denies same.

1963. The allegations contained in Paragraph 1963 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1963 and, therefore, Actavis denies same.

1964. Actavis denies the allegations contained in Paragraph 1964 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1964 and, therefore, Actavis denies same.

**XXXX. Oxycodone/Acetaminophen**

1965. Actavis admits the allegations contained in Paragraph 1965.

1966. Actavis denies the allegations contained in Paragraph 1966 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1966 and, therefore, Actavis denies same.

1967. Actavis denies the allegations contained in Paragraph 1967 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1967 and, therefore, Actavis denies same.

1968. Actavis denies the allegations contained in Paragraph 1968 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1968 and, therefore, Actavis denies same.

1969. Actavis denies the allegations contained in Paragraph 1969 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1969 and, therefore, Actavis denies same.

1970. Actavis denies the allegations contained in Paragraph 1970 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1970 and, therefore, Actavis denies same.

1971. Actavis denies the allegations contained in Paragraph 1971 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1971 and, therefore, Actavis denies same.

1972. Actavis denies the allegations contained in Paragraph 1972 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1972 and, therefore, Actavis denies same.

**YYYY. Paricalcitol**

1973. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1973 and, therefore, Actavis denies same.

1974. The allegations contained in Paragraph 1974 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1974 and, therefore, Actavis denies same.

1975. The allegations contained in Paragraph 1975 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1975 and, therefore, Actavis denies same.

1976. The allegations contained in Paragraph 1976 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1976 and, therefore, Actavis denies same.

1977. The allegations contained in Paragraph 1977 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1977 and, therefore, Actavis denies same.

1978. The allegations contained in Paragraph 1978 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1978 and, therefore, Actavis denies same.

1979. The allegations contained in Paragraph 1979 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1979 and, therefore, Actavis denies same.

1980. The allegations contained in Paragraph 1980 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1980 and, therefore, Actavis denies same.

1981. The allegations contained in Paragraph 1981 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1981 and, therefore, Actavis denies same.

1982. The allegations contained in Paragraph 1982 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1982 and, therefore, Actavis denies same.

1983. The allegations contained in Paragraph 1983 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1983 and, therefore, Actavis denies same.

1984. The allegations contained in Paragraph 1984 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1984 and, therefore, Actavis denies same.

1985. The allegations contained in Paragraph 1985 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1985 and, therefore, Actavis denies same.

1986. The allegations contained in Paragraph 1986 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1986 and, therefore, Actavis denies same.

1987. The allegations contained in Paragraph 1987 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1987 and, therefore, Actavis denies same.

1988. The allegations contained in Paragraph 1988 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1988 and, therefore, Actavis denies same.

1989. The allegations contained in Paragraph 1989 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1989 and, therefore, Actavis denies same.

1990. The allegations contained in Paragraph 1990 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1990 and, therefore, Actavis denies same.

1991. The allegations contained in Paragraph 1991 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1991 and, therefore, Actavis denies same.

1992. The allegations contained in Paragraph 1992 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1992 and, therefore, Actavis denies same.

1993. The allegations contained in Paragraph 1993 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1993 and, therefore, Actavis denies same.

1994. The allegations contained in Paragraph 1994 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1994 and, therefore, Actavis denies same.

1995. The allegations contained in Paragraph 1995 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1995 and, therefore, Actavis denies same.

1996. The allegations contained in Paragraph 1996 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1996 and, therefore, Actavis denies same.

1997. The allegations contained in Paragraph 1997 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1997 and, therefore, Actavis denies same.

1998. The allegations contained in Paragraph 1998 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1998 and, therefore, Actavis denies same.

1999. The allegations contained in Paragraph 1999 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1999 and, therefore, Actavis denies same.

2000. The allegations contained in Paragraph 2000 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2000 and, therefore, Actavis denies same.

2001. The allegations contained in Paragraph 2001 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2001 and, therefore, Actavis denies same.

2002. The allegations contained in Paragraph 2002 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2002 and, therefore, Actavis denies same.

2003. The allegations contained in Paragraph 2003 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2003 and, therefore, Actavis denies same.

**ZZZZ. Paromomycin**

2004. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2004 and, therefore, Actavis denies same.

2005. The allegations contained in Paragraph 2005 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2005 and, therefore, Actavis denies same.

2006. The allegations contained in Paragraph 2006 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2006 and, therefore, Actavis denies same.

2007. The allegations contained in Paragraph 2007 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2007 and, therefore, Actavis denies same.

2008. The allegations contained in Paragraph 2008 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2008 and, therefore, Actavis denies same.

2009. Actavis denies the allegations contained in Paragraph 2009 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2009 and, therefore, Actavis denies same.

**AAAAA. Permethrin**

2010. Actavis denies the allegations contained in Paragraph 2010 directed toward it, except admits only that Permethrin is a medication used to treat scabies, and that Actavis manufactured certain formulations of Permethrin at certain points in time. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2010 and, therefore, Actavis denies same.

2011. Actavis denies the allegations contained in Paragraph 2011 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2011 and, therefore, Actavis denies same.

2012. Actavis denies the allegations contained in Paragraph 2012 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2012 and, therefore, Actavis denies same.

2013. Actavis denies the allegations contained in Paragraph 2013 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2013 and, therefore, Actavis denies same.

2014. Actavis denies the allegations contained in Paragraph 2014 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2014 and, therefore, Actavis denies same.

2015. Actavis denies the allegations contained in Paragraph 2015 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2015 and, therefore, Actavis denies same.

2016. Actavis denies the allegations contained in Paragraph 2016 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2016 and, therefore, Actavis denies same.

**BBBBB. Perphenazine**

2017. The allegations contained in Paragraph 2017 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2017 and, therefore, Actavis denies same.

2018. The allegations contained in Paragraph 2018 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2018 and, therefore, Actavis denies same.

2019. The allegations contained in Paragraph 2019 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2019 and, therefore, Actavis denies same.

2020. The allegations contained in Paragraph 2020 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2020 and, therefore, Actavis denies same.

2021. The allegations contained in Paragraph 2021 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2021 and, therefore, Actavis denies same.

2022. The allegations contained in Paragraph 2022 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2022 and, therefore, Actavis denies same.

**CCCCC. Phenytoin Sodium Capsules**

2023. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2023 and, therefore, Actavis denies same.

2024. The allegations contained in Paragraph 2024 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2024 and, therefore, Actavis denies same.

2025. The allegations contained in Paragraph 2025 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2025 and, therefore, Actavis denies same.

2026. The allegations contained in Paragraph 2026 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2026 and, therefore, Actavis denies same.

2027. The allegations contained in Paragraph 2027 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2027 and, therefore, Actavis denies same.

2028. The allegations contained in Paragraph 2028 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2028 and, therefore, Actavis denies same.

2029. The allegations contained in Paragraph 2029 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2029 and, therefore, Actavis denies same.

2030. The allegations contained in Paragraph 2030 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2030 and, therefore, Actavis denies same.

2031. The allegations contained in Paragraph 2031 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2031 and, therefore, Actavis denies same.

2032. The allegations contained in Paragraph 2032 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2032 and, therefore, Actavis denies same.

2033. The allegations contained in Paragraph 2033 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2033 and, therefore, Actavis denies same.

2034. The allegations contained in Paragraph 2034 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2034 and, therefore, Actavis denies same.

2035. The allegations contained in Paragraph 2035 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2035 and, therefore, Actavis denies same.

2036. The allegations contained in Paragraph 2036 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2036 and, therefore, Actavis denies same.

2037. The allegations contained in Paragraph 2037 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2037 and, therefore, Actavis denies same.

2038. The allegations contained in Paragraph 2038 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2038 and, therefore, Actavis denies same.

2039. The allegations contained in Paragraph 2039 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2039 and, therefore, Actavis denies same.

**DDDDD. Pilocarpine HCL**

2040. Actavis denies the allegations contained in Paragraph 2040 directed toward it, except admits only that Pilocarpine HCL is a drug used to treat mouth dryness and saliva gland damage, and that Actavis manufactured certain formulations of Pilocarpine HCL at certain points in time. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2040 and, therefore, Actavis denies same.

2041. Actavis denies the allegations contained in Paragraph 2041 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2041 and, therefore, Actavis denies same.

2042. Actavis denies the allegations contained in Paragraph 2042 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2042 and, therefore, Actavis denies same.

2043. Actavis denies the allegations contained in Paragraph 2043 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2043 and, therefore, Actavis denies same.

**EEEEE. Pioglitazone HCL Metformin HCL Tablets**

2044. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2044 and, therefore, Actavis denies same.

2045. The allegations contained in Paragraph 2045 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2045 and, therefore, Actavis denies same.

2046. The allegations contained in Paragraph 2046 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2046 and, therefore, Actavis denies same.

2047. The allegations contained in Paragraph 2047 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2047 and, therefore, Actavis denies same.

2048. The allegations contained in Paragraph 2048 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2048 and, therefore, Actavis denies same.

2049. The allegations contained in Paragraph 2049 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2049 and, therefore, Actavis denies same.

2050. The allegations contained in Paragraph 2050 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2050 and, therefore, Actavis denies same.

2051. The allegations contained in Paragraph 2051 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2051 and, therefore, Actavis denies same.

2052. The allegations contained in Paragraph 2052 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2052 and, therefore, Actavis denies same.

2053. The allegations contained in Paragraph 2053 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2053 and, therefore, Actavis denies same.

2054. The allegations contained in Paragraph 2054 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2054 and, therefore, Actavis denies same.

2055. The allegations contained in Paragraph 2055 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2055 and, therefore, Actavis denies same.

2056. The allegations contained in Paragraph 2056 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2056 and, therefore, Actavis denies same.

2057. The allegations contained in Paragraph 2057 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2057 and, therefore, Actavis denies same.

2058. The allegations contained in Paragraph 2058 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2058 and, therefore, Actavis denies same.

2059. The allegations contained in Paragraph 2059 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2059 and, therefore, Actavis denies same.

2060. The allegations contained in Paragraph 2060 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2060 and, therefore, Actavis denies same.

2061. The allegations contained in Paragraph 2061 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2061 and, therefore, Actavis denies same.

2062. The allegations contained in Paragraph 2062 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2062 and, therefore, Actavis denies same.

2063. The allegations contained in Paragraph 2063 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2063 and, therefore, Actavis denies same.

2064. The allegations contained in Paragraph 2064 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2064 and, therefore, Actavis denies same.

2065. The allegations contained in Paragraph 2065 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2065 and, therefore, Actavis denies same.

**FFFFF. Piroxicam**

2066. The allegations contained in Paragraph 2066 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2066 and, therefore, Actavis denies same.

2067. The allegations contained in Paragraph 2067 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2067 and, therefore, Actavis denies same.

2068. The allegations contained in Paragraph 2068 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2068 and, therefore, Actavis denies same.

2069. The allegations contained in Paragraph 2069 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2069 and, therefore, Actavis denies same.

2070. The allegations contained in Paragraph 2070 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2070 and, therefore, Actavis denies same.

2071. The allegations contained in Paragraph 2071 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2071 and, therefore, Actavis denies same.

2072. The allegations contained in Paragraph 2072 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2072 and, therefore, Actavis denies same.

2073. The allegations contained in Paragraph 2073 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2073 and, therefore, Actavis denies same.

2074. The allegations contained in Paragraph 2074 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2074 and, therefore, Actavis denies same.

2075. The allegations contained in Paragraph 2075 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2075 and, therefore, Actavis denies same.

2076. The allegations contained in Paragraph 2076 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2076 and, therefore, Actavis denies same.

2077. The allegations contained in Paragraph 2077 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2077 and, therefore, Actavis denies same.

**GGGGG. Potassium Chloride**

2078. Actavis admits the allegations contained in Paragraph 2078.

2079. Actavis denies the allegations contained in Paragraph 2079 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2079 and, therefore, Actavis denies same.

2080. Actavis denies the allegations contained in Paragraph 2080 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2080 and, therefore, Actavis denies same.

2081. Actavis denies the allegations contained in Paragraph 2081 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2081 and, therefore, Actavis denies same.

2082. Actavis denies the allegations contained in Paragraph 2082 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2082 and, therefore, Actavis denies same.

2083. Actavis denies the allegations contained in Paragraph 2083 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2083 and, therefore, Actavis denies same.

2084. Actavis denies the allegations contained in Paragraph 2084 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2084 and, therefore, Actavis denies same.

2085. Actavis denies the allegations contained in Paragraph 2085 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2085 and, therefore, Actavis denies same.

**HHHHH. Pravastatin**

2086. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2086 and, therefore, Actavis denies same.

2087. The allegations contained in Paragraph 2087 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2087 and, therefore, Actavis denies same.

2088. The allegations contained in Paragraph 2088 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2088 and, therefore, Actavis denies same.

2089. The allegations contained in Paragraph 2089 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2089 and, therefore, Actavis denies same.

2090. The allegations contained in Paragraph 2090 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2090 and, therefore, Actavis denies same.

2091. The allegations contained in Paragraph 2091 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2091 and, therefore, Actavis denies same.

2092. The allegations contained in Paragraph 2092 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2092 and, therefore, Actavis denies same.

2093. The allegations contained in Paragraph 2093 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2093 and, therefore, Actavis denies same.

2094. The allegations contained in Paragraph 2094 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2094 and, therefore, Actavis denies same.

2095. The allegations contained in Paragraph 2095 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2095 and, therefore, Actavis denies same.

2096. The allegations contained in Paragraph 2096 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2096 and, therefore, Actavis denies same.

2097. The allegations contained in Paragraph 2097 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2097 and, therefore, Actavis denies same.

2098. The allegations contained in Paragraph 2098 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2098 and, therefore, Actavis denies same.

2099. The allegations contained in Paragraph 2099 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2099 and, therefore, Actavis denies same.

2100. The allegations contained in Paragraph 2100 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2100 and, therefore, Actavis denies same.

2101. The allegations contained in Paragraph 2101 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2101 and, therefore, Actavis denies same.

2102. The allegations contained in Paragraph 2102 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2102 and, therefore, Actavis denies same.

2103. The allegations contained in Paragraph 2103 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2103 and, therefore, Actavis denies same.

2104. The allegations contained in Paragraph 2104 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2104 and, therefore, Actavis denies same.

2105. The allegations contained in Paragraph 2105 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2105 and, therefore, Actavis denies same.

2106. The allegations contained in Paragraph 2106 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2106 and, therefore, Actavis denies same.

2107. The allegations contained in Paragraph 2107 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2107 and, therefore, Actavis denies same.

2108. The allegations contained in Paragraph 2108 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2108 and, therefore, Actavis denies same.

2109. The allegations contained in Paragraph 2109 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2109 and, therefore, Actavis denies same.

2110. The allegations contained in Paragraph 2110 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2110 and, therefore, Actavis denies same.

2111. The allegations contained in Paragraph 2111 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2111 and, therefore, Actavis denies same.

2112. The allegations contained in Paragraph 2112 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2112 and, therefore, Actavis denies same.

2113. The allegations contained in Paragraph 2113 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2113 and, therefore, Actavis denies same.

2114. Actavis denies the allegations contained in Paragraph 2114 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2114 and, therefore, Actavis denies same.

2115. Actavis denies the allegations contained in Paragraph 2115 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2115 and, therefore, Actavis denies same.

2116. Actavis denies the allegations contained in Paragraph 2116 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2116 and, therefore, Actavis denies same.

2117. Actavis denies the allegations contained in Paragraph 2117 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2117 and, therefore, Actavis denies same.

## IIIII. Prednisolone Acetate

2118. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2118 and, therefore, Actavis denies same.

2119. The allegations contained in Paragraph 2119 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2119 and, therefore, Actavis denies same.

2120. The allegations contained in Paragraph 2120 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2120 and, therefore, Actavis denies same.

2121. The allegations contained in Paragraph 2121 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2121 and, therefore, Actavis denies same.

2122. The allegations contained in Paragraph 2122 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2122 and, therefore, Actavis denies same.

**JJJJJ. Prednisone**

2123. Actavis denies the allegations contained in Paragraph 2123 directed toward it, except admits only that Prednisone is a corticosteroid used to treat conditions such as arthritis, blood disorders, and breathing problems, and that Actavis manufactured certain formulations of Prednisone at certain points in time. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2123 and, therefore, Actavis denies same.

2124. Actavis denies the allegations contained in Paragraph 2124 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2124 and, therefore, Actavis denies same.

2125. Actavis denies the allegations contained in Paragraph 2125 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2125 and, therefore, Actavis denies same.

2126. Actavis denies the allegations contained in Paragraph 2126 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2126 and, therefore, Actavis denies same.

2127. Actavis denies the allegations contained in Paragraph 2127 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2127 and, therefore, Actavis denies same.

2128. Actavis denies the allegations contained in Paragraph 2128 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2128 and, therefore, Actavis denies same.

**KKKKK. Prochlorperazine**

2129. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2129 and, therefore, Actavis denies same.

2130. The allegations contained in Paragraph 2130 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2130 and, therefore, Actavis denies same.

1. <u>Suppositories</u>

2131. The allegations contained in Paragraph 2131 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2131 and, therefore, Actavis denies same.

2132. The allegations contained in Paragraph 2132 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2132 and, therefore, Actavis denies same.

2133. The allegations contained in Paragraph 2133 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2133 and, therefore, Actavis denies same.

2134. The allegations contained in Paragraph 2134 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2134 and, therefore, Actavis denies same.

2135. The allegations contained in Paragraph 2135 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2135 and, therefore, Actavis denies same.

2136. The allegations contained in Paragraph 2136 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2136 and, therefore, Actavis denies same.

2137. The allegations contained in Paragraph 2137 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2137 and, therefore, Actavis denies same.

2138. The allegations contained in Paragraph 2138 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2138 and, therefore, Actavis denies same.

2139. The allegations contained in Paragraph 2139 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2139 and, therefore, Actavis denies same.

2140. The allegations contained in Paragraph 2140 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2140 and, therefore, Actavis denies same.

2141. The allegations contained in Paragraph 2141 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2141 and, therefore, Actavis denies same.

2. Tablets

2142. The allegations contained in Paragraph 2142 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2142 and, therefore, Actavis denies same.

2143. The allegations contained in Paragraph 2143 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2143 and, therefore, Actavis denies same.

2144. The allegations contained in Paragraph 2144 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2144 and, therefore, Actavis denies same.

**LLLLL. Promethazine HCL**

2145. Actavis denies the allegations contained in Paragraph 2145 directed toward it, except admits only that Promethazine HCL is an antihistamine used to treat some allergies, nausea, and vomiting, and that Actavis manufactured certain formulations of Promethazine HCL at certain points in time. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2145 and, therefore, Actavis denies same.

2146. Actavis denies the allegations contained in Paragraph 2146 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2146 and, therefore, Actavis denies same

2147. Actavis denies the allegations contained in Paragraph 2147 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2147 and, therefore, Actavis denies same.

2148. Actavis denies the allegations contained in Paragraph 2148 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2148 and, therefore, Actavis denies same.

2149. The allegations contained in Paragraph 2149 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2149 and, therefore, Actavis denies same.

2150. The allegations contained in Paragraph 2150 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2150 and, therefore, Actavis denies same.

2151. Actavis denies the allegations contained in Paragraph 2151 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2151 and, therefore, Actavis denies same/

2152. The allegations contained in Paragraph 2152 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2152 and, therefore, Actavis denies same.

2153. Actavis denies the allegations contained in Paragraph 2153 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2153 and, therefore, Actavis denies same.

2154. Actavis denies the allegations contained in Paragraph 2154 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2154 and, therefore, Actavis denies same.

2155. The allegations contained in Paragraph 2155 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2155 and, therefore, Actavis denies same.

2156. Actavis denies the allegations contained in Paragraph 2156 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2156 and, therefore, Actavis denies same.

2157. Actavis denies the allegations contained in Paragraph 2157 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2157 and, therefore, Actavis denies same.

2158. The allegations contained in Paragraph 2158 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2158 and, therefore, Actavis denies same.

2159. The allegations contained in Paragraph 2159 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2159 and, therefore, Actavis denies same.

2160. Actavis denies the allegations contained in Paragraph 2160 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2160 and, therefore, Actavis denies same.

2161. The allegations contained in Paragraph 2161 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2161 and, therefore, Actavis denies same.

2162. The allegations contained in Paragraph 2162 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2162 and, therefore, Actavis denies same.

2163. The allegations contained in Paragraph 2163 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2163 and, therefore, Actavis denies same.

2164. Actavis denies the allegations contained in Paragraph 2164 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2164 and, therefore, Actavis denies same.

2165. The allegations contained in Paragraph 2165 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2165 and, therefore, Actavis denies same.

2166. Actavis denies the allegations contained in Paragraph 2166 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2166 and, therefore, Actavis denies same.

2167. Actavis denies the allegations contained in Paragraph 2167 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2167 and, therefore, Actavis denies same.

2168. Actavis denies the allegations contained in Paragraph 2168 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2168 and, therefore, Actavis denies same.

2169. Actavis denies the allegations contained in Paragraph 2169 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2169 and, therefore, Actavis denies same.

2170. Actavis denies the allegations contained in Paragraph 2170 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2170 and, therefore, Actavis denies same.

2171. The allegations contained in Paragraph 2171 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2171 and, therefore, Actavis denies same.

2172. Actavis denies the allegations contained in Paragraph 2172 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2172 and, therefore, Actavis denies same.

**MMMMM. Propranolol**

2173. Actavis admits only that Propranolol is a beta blocker available in the United States that is used to treat conditions such as high blood pressure, irregular heartbeats, and shaking. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2173 and, therefore, Actavis denies same.

2174. Actavis denies the allegations contained in Paragraph 2174 directed toward it, except admits only that Actavis sold certain formulations of Propranolol. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2174 and, therefore, Actavis denies same.

1. Propranolol Capsules

2175. Actavis denies the allegations contained in Paragraph 2175 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2175 and, therefore, Actavis denies same.

2176. Actavis denies the allegations contained in Paragraph 2176 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2176 and, therefore, Actavis denies same.

2. Propranolol Tablets

2177. Actavis denies the allegations contained in Paragraph 2177 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2177 and, therefore, Actavis denies same.

2178. Actavis denies the allegations contained in Paragraph 2178 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2178 and, therefore, Actavis denies same.

2179. Actavis denies the allegations contained in Paragraph 2179 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2179 and, therefore, Actavis denies same.

2180. Actavis denies the allegations contained in Paragraph 2180 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2180 and, therefore, Actavis denies same.

2181. Actavis denies the allegations contained in Paragraph 2181 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2181 and, therefore, Actavis denies same.

2182. Actavis denies the allegations contained in Paragraph 2182 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2182 and, therefore, Actavis denies same.

2183. Actavis denies the allegations contained in Paragraph 2183 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2183 and, therefore, Actavis denies same.

2184. Actavis denies the allegations contained in Paragraph 2184 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2184 and, therefore, Actavis denies same.

2185. Actavis denies the allegations contained in Paragraph 2185 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2185 and, therefore, Actavis denies same.

2186. Actavis denies the allegations contained in Paragraph 2186 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2186 and, therefore, Actavis denies same.

2187. Actavis denies the allegations contained in Paragraph 2187 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2187 and, therefore, Actavis denies same.

**NNNNN. Spironolactone HCTZ**

2188. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2188 and, therefore, Actavis denies same.

2189. The allegations contained in Paragraph 2189 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2189 and, therefore, Actavis denies same.

2190. The allegations contained in Paragraph 2190 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2190 and, therefore, Actavis denies same.

2191. The allegations contained in Paragraph 2191 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2191 and, therefore, Actavis denies same.

**OOOOO. Tacrolimus Ointment**

2192. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2192 and, therefore, Actavis denies same.

2193. The allegations contained in Paragraph 2193 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2193 and, therefore, Actavis denies same.

2194. The allegations contained in Paragraph 2194 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2194 and, therefore, Actavis denies same.

2195. The allegations contained in Paragraph 2195 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2195 and, therefore, Actavis denies same.

2196. The allegations contained in Paragraph 2196 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2196 and, therefore, Actavis denies same.

2197. The allegations contained in Paragraph 2197 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2197 and, therefore, Actavis denies same.

2198. The allegations contained in Paragraph 2198 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2198 and, therefore, Actavis denies same.

2199. The allegations contained in Paragraph 2199 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2199 and, therefore, Actavis denies same.

2200. The allegations contained in Paragraph 2200 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2200 and, therefore, Actavis denies same.

2201. The allegations contained in Paragraph 2201 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2201 and, therefore, Actavis denies same.

**PPPPP. Temozolomide**

2202. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2202 and, therefore, Actavis denies same.

2203. The allegations contained in Paragraph 2203 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2203 and, therefore, Actavis denies same.

2204. The allegations contained in Paragraph 2204 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2204 and, therefore, Actavis denies same.

2205. The allegations contained in Paragraph 2205 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2205 and, therefore, Actavis denies same.

2206. The allegations contained in Paragraph 2206 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2206 and, therefore, Actavis denies same.

2207. The allegations contained in Paragraph 2207 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2207 and, therefore, Actavis denies same.

2208. The allegations contained in Paragraph 2208 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2208 and, therefore, Actavis denies same.

2209. The allegations contained in Paragraph 2209 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2209 and, therefore, Actavis denies same.

2210. The allegations contained in Paragraph 2210 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2210 and, therefore, Actavis denies same.

2211. The allegations contained in Paragraph 2211 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2211 and, therefore, Actavis denies same.

2212. The allegations contained in Paragraph 2212 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2212 and, therefore, Actavis denies same.

2213. The allegations contained in Paragraph 2213 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2213 and, therefore, Actavis denies same.

**QQQQQ. Theophylline ER**

2214. The allegations contained in Paragraph 2214 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2214 and, therefore, Actavis denies same.

2215. The allegations contained in Paragraph 2215 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2215 and, therefore, Actavis denies same.

2216. The allegations contained in Paragraph 2216 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2216 and, therefore, Actavis denies same.

2217. The allegations contained in Paragraph 2217 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2217 and, therefore, Actavis denies same.

2218. The allegations contained in Paragraph 2218 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2218 and, therefore, Actavis denies same.

2219. The allegations contained in Paragraph 2219 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2219 and, therefore, Actavis denies same.

**RRRRR. Timolol Maleate**

2220. The allegations contained in Paragraph 2220 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2220 and, therefore, Actavis denies same.

2221. The allegations contained in Paragraph 2221 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2221 and, therefore, Actavis denies same.

2222. The allegations contained in Paragraph 2222 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2222 and, therefore, Actavis denies same.

2223. The allegations contained in Paragraph 2223 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2223 and, therefore, Actavis denies same.

2224. The allegations contained in Paragraph 2224 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2224 and, therefore, Actavis denies same.

**SSSSS. Tobramycin**

2225. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2225 and, therefore, Actavis denies same.

2226. The allegations contained in Paragraph 2226 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2226 and, therefore, Actavis denies same.

2227. The allegations contained in Paragraph 2227 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2227 and, therefore, Actavis denies same.

2228. The allegations contained in Paragraph 2228 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2228 and, therefore, Actavis denies same.

2229. The allegations contained in Paragraph 2229 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2229 and, therefore, Actavis denies same.

2230. The allegations contained in Paragraph 2230 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2230 and, therefore, Actavis denies same.

2231. The allegations contained in Paragraph 2231 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2231 and, therefore, Actavis denies same.

2232. The allegations contained in Paragraph 2232 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2232 and, therefore, Actavis denies same.

2233. The allegations contained in Paragraph 2233 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2233 and, therefore, Actavis denies same.

**TTTTT. Tolterodine**

2234. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2234 and, therefore, Actavis denies same.

1. Tolterodine ER

2235. The allegations contained in Paragraph 2235 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2235 and, therefore, Actavis denies same.

2236. The allegations contained in Paragraph 2236 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2236 and, therefore, Actavis denies same

2237. The allegations contained in Paragraph 2237 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2237 and, therefore, Actavis denies same.

2238. The allegations contained in Paragraph 2238 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2238 and, therefore, Actavis denies same.

2239. The allegations contained in Paragraph 2239 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2239 and, therefore, Actavis denies same.

2240. The allegations contained in Paragraph 2240 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2240 and, therefore, Actavis denies same.

2241. The allegations contained in Paragraph 2241 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2241 and, therefore, Actavis denies same.

2242. The allegations contained in Paragraph 2242 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2242 and, therefore, Actavis denies same.

2243. The allegations contained in Paragraph 2243 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2243 and, therefore, Actavis denies same.

2244. The allegations contained in Paragraph 2244 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2244 and, therefore, Actavis denies same.

2245. The allegations contained in Paragraph 2245 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2245 and, therefore, Actavis denies same.

2. Tolterodine Tartrate

2246. The allegations contained in Paragraph 2246 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2246 and, therefore, Actavis denies same.

2247. The allegations contained in Paragraph 2247 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2247 and, therefore, Actavis denies same.

2248. The allegations contained in Paragraph 2248 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2248 and, therefore, Actavis denies same.

2249. The allegations contained in Paragraph 2249 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2249 and, therefore, Actavis denies same.

2250. The allegations contained in Paragraph 2250 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2250 and, therefore, Actavis denies same.

2251. The allegations contained in Paragraph 2251 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2251 and, therefore, Actavis denies same.

2252. The allegations contained in Paragraph 2252 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2252 and, therefore, Actavis denies same.

2253. The allegations contained in Paragraph 2253 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2253 and, therefore, Actavis denies same.

**UUUUU. Triamcinolone Acetonide**

2254. The allegations contained in Paragraph 2254 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2254 and, therefore, Actavis denies same.

2255. The allegations contained in Paragraph 2255 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2255 and, therefore, Actavis denies same.

2256. The allegations contained in Paragraph 2256 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2256 and, therefore, Actavis denies same.

2257. The allegations contained in Paragraph 2257 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2257 and, therefore, Actavis denies same.

2258. The allegations contained in Paragraph 2258 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2258 and, therefore, Actavis denies same.

2259. The allegations contained in Paragraph 2259 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2259 and, therefore, Actavis denies same.

**VVVVV. Triamterene HCTZ**

2260. Actavis denies the allegations contained in Paragraph 2260 directed toward it, except admits only that Triamterene HCTZ is a medication used to treat ailments such as high blood pressure, and that Actavis manufactured certain formulations of Triamterene HCTZ at certain points in time. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2260 and, therefore, Actavis denies same.

2261. Actavis denies the allegations contained in Paragraph 2261 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2261 and, therefore, Actavis denies same.

2262. The allegations contained in Paragraph 2262 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2262 and, therefore, Actavis denies same.

2263. Actavis denies the allegations contained in Paragraph 2263 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2263 and, therefore, Actavis denies same.

2264. The allegations contained in Paragraph 2264 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2264 and, therefore, Actavis denies same.

2265. Actavis denies the allegations contained in Paragraph 2265 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2265 and, therefore, Actavis denies same.

**WWWWWW. Ursodiol**

2266. Actavis denies the allegations contained in Paragraph 2266 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2266 and, therefore, Actavis denies same.

2267. Actavis denies the allegations contained in Paragraph 2267 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2267 and, therefore, Actavis denies same.

2268. Actavis denies the allegations contained in Paragraph 2268 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2268 and, therefore, Actavis denies same.

2269. Actavis denies the allegations contained in Paragraph 2269 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2269 and, therefore, Actavis denies same.

2270. Actavis denies the allegations contained in Paragraph 2270 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2270 and, therefore, Actavis denies same.

2271. Actavis denies the allegations contained in Paragraph 2271 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2271 and, therefore, Actavis denies same.

2272. Actavis admits only that certain former Actavis employees attended certain GPhA meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2272 and, therefore, Actavis denies same.

2273. Actavis admits only that certain former Actavis employees attended certain GPhA meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2273 and, therefore, Actavis denies same.

2274. Actavis admits only that certain former Actavis employees attended certain HDMA meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2274 and, therefore, Actavis denies same.

2275. Actavis admits only that certain former Actavis employees attended certain NACDS meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2275 and, therefore, Actavis denies same.

2276. Actavis admits only that certain former Actavis employees attended certain GPhA meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2276 and, therefore, Actavis denies same.

2277. Actavis admits only that certain former Actavis employees attended certain MMCAP meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2277 and, therefore, Actavis denies same.

2278. Actavis admits only that certain former Actavis employees attended certain HDMA meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2278 and, therefore, Actavis denies same.

2279. Actavis admits only that certain former Actavis employees attended certain GPhA meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2279 and, therefore, Actavis denies same.

2280. Actavis admits only that certain former Actavis employees attended certain NACDS meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2280 and, therefore, Actavis denies same.

2281. Actavis admits only that certain former Actavis employees attended certain GPhA meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2281 and, therefore, Actavis denies same.

**XXXXX. Valsartan HCTZ**

2282. The allegations contained in Paragraph 2282 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2282 and, therefore, Actavis denies same.

2283. The allegations contained in Paragraph 2283 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2283 and, therefore, Actavis denies same.

2284. The allegations contained in Paragraph 2284 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2284 and, therefore, Actavis denies same.

2285. The allegations contained in Paragraph 2285 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2285 and, therefore, Actavis denies same.

2286. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2286 and, therefore, Actavis denies same

2287. The allegations contained in Paragraph 2287 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2287 and, therefore, Actavis denies same.

2288. The allegations contained in Paragraph 2288 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2288 and, therefore, Actavis denies same.

2289. The allegations contained in Paragraph 2289 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2289 and, therefore, Actavis denies same.

2290. The allegations contained in Paragraph 2290 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2290 and, therefore, Actavis denies same.

2291. The allegations contained in Paragraph 2291 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2291 and, therefore, Actavis denies same.

2292. The allegations contained in Paragraph 2292 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2292 and, therefore, Actavis denies same.

2293. The allegations contained in Paragraph 2293 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2293 and, therefore, Actavis denies same.

2294. The allegations contained in Paragraph 2294 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2294 and, therefore, Actavis denies same.

2295. The allegations contained in Paragraph 2295 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2295 and, therefore, Actavis denies same.

**YYYYY. Verapamil**

2296. Actavis denies the allegations contained in Paragraph 2296 directed toward it, except admits only that Verapamil is available in the United States, and that Actavis sold Verapamil in the United States. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2296 and, therefore, Actavis denies same.

2297. Actavis denies the allegations contained in Paragraph 2297 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2297 and, therefore, Actavis denies same.

2298. The allegations contained in Paragraph 2298 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2298 and, therefore, Actavis denies same.

2299. Actavis denies the allegations contained in Paragraph 2299 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2299 and, therefore, Actavis denies same.

**ZZZZZ. Zoledronic Acid**

2300. The allegations contained in Paragraph 2300 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2300 and, therefore, Actavis denies same.

2301. The allegations contained in Paragraph 2301 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2301 and, therefore, Actavis denies same.

2302. The allegations contained in Paragraph 2302 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2302 and, therefore, Actavis denies same.

2303. The allegations contained in Paragraph 2303 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2303 and, therefore, Actavis denies same.

2304. The allegations contained in Paragraph 2304 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2304 and, therefore, Actavis denies same.

2305. The allegations contained in Paragraph 2305 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2305 and, therefore, Actavis denies same.

2306. The allegations contained in Paragraph 2306 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2306 and, therefore, Actavis denies same.

2307. Actavis denies the allegations contained in Paragraph 2307 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2307 and, therefore, Actavis denies same.

## XIII. THE CONSPIRATORS INCREASE PRICES IN BUNCHES

2308. Actavis denies the allegations contained in Paragraph 2308 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2308 and, therefore, Actavis denies same.

2309. Actavis denies the allegations contained in Paragraph 2309 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2309 and, therefore, Actavis denies same.

**A. Aprahamian and Perfetto of Taro Lead Price Increases on Alclometasone Dipropionate, Ammonium Lactate, Betamethasone Dipropionate, Betamethasone Valerate, Carbamazepine, Clomipramine HCL, Desonide, and Terconazole**

2310. The allegations contained in Paragraph 2310 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2310 and, therefore, Actavis denies same.

2311. The allegations contained in Paragraph 2311 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2311 and, therefore, Actavis denies same.

2312. The allegations contained in Paragraph 2312 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2312 and, therefore, Actavis denies same.

2313. Actavis denies the allegations contained in Paragraph 2313 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2313 and, therefore, Actavis denies same.

2314. The allegations contained in Paragraph 2314 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2314 and, therefore, Actavis denies same.

2315. The allegations contained in Paragraph 2315 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2315 and, therefore, Actavis denies same.

2316. The allegations contained in Paragraph 2316 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2316 and, therefore, Actavis denies same.

2317. The allegations contained in Paragraph 2317 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2317 and, therefore, Actavis denies same

2318. The allegations contained in Paragraph 2318 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2318 and, therefore, Actavis denies same.

2319. The allegations contained in Paragraph 2319 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2319 and, therefore, Actavis denies same.

2320. The allegations contained in Paragraph 2320 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2320 and, therefore, Actavis denies same.

2321. The allegations contained in Paragraph 2321 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2321 and, therefore, Actavis denies same.

2322. Actavis denies the allegations contained in Paragraph 2322 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2322 and, therefore, Actavis denies same.

2323. The allegations contained in Paragraph 2323 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2323 and, therefore, Actavis denies same.

2324. The allegations contained in Paragraph 2324 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2324 and, therefore, Actavis denies same.

2325. The allegations contained in Paragraph 2325 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2325 and, therefore, Actavis denies same.

2326. The allegations contained in Paragraph 2326 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2326 and, therefore, Actavis denies same.

2327. The allegations contained in Paragraph 2327 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2327 and, therefore, Actavis denies same.

2328. Actavis admits only that certain former Actavis employees attended certain NACDS meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2328 and, therefore, Actavis denies same.

2329. The allegations contained in Paragraph 2329 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2329 and, therefore, Actavis denies same.

2330. The allegations contained in Paragraph 2330 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2330 and, therefore, Actavis denies same.

2331. Actavis denies the allegations contained in Paragraph 2331 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2331 and, therefore, Actavis denies same.

2332. Actavis denies the allegations contained in Paragraph 2332 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2332 and, therefore, Actavis denies same.

2333. The allegations contained in Paragraph 2333 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2333 and, therefore, Actavis denies same.

2334. Actavis denies the allegations contained in Paragraph 2334 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2334 and, therefore, Actavis denies same.

2335. The allegations contained in Paragraph 2335 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2335 and, therefore, Actavis denies same.

2336. The allegations contained in Paragraph 2336 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2336 and, therefore, Actavis denies same.

2337. The allegations contained in Paragraph 2337 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2337 and, therefore, Actavis denies same.

2338. Actavis denies the allegations contained in Paragraph 2338 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2338 and, therefore, Actavis denies same.

2339. The allegations contained in Paragraph 2339 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2339 and, therefore, Actavis denies same.

2340. Actavis denies the allegations contained in Paragraph 2340 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2340 and, therefore, Actavis denies same.

2341. Actavis denies the allegations contained in Paragraph 2341 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2341 and, therefore, Actavis denies same.

2342. The allegations contained in Paragraph 2342 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2342 and, therefore, Actavis denies same.

2343. Actavis denies the allegations contained in Paragraph 2343 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2343 and, therefore, Actavis denies same.

2344. The allegations contained in Paragraph 2344 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2344 and, therefore, Actavis denies same.

2345. Actavis denies the allegations contained in Paragraph 2345 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2345 and, therefore, Actavis denies same.

2346. The allegations contained in Paragraph 2346 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2346 and, therefore, Actavis denies same.

2347. The allegations contained in Paragraph 2347 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2347 and, therefore, Actavis denies same.

**B. Sandoz Coordinates with Aurobindo to Allocate Markets for Oxacillin Sodium and Nafcillin Sodium Injectable Vials**

2348. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2348 and, therefore, Actavis denies same.

2349. The allegations contained in Paragraph 2349 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2349 and, therefore, Actavis denies same.

2350. The allegations contained in Paragraph 2350 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2350 and, therefore, Actavis denies same.

2351. The allegations contained in Paragraph 2351 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2351 and, therefore, Actavis denies same.

2352. The allegations contained in Paragraph 2352 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2352 and, therefore, Actavis denies same.

2353. The allegations contained in Paragraph 2353 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2353 and, therefore, Actavis denies same.

2354. The allegations contained in Paragraph 2354 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2354 and, therefore, Actavis denies same.

2355. The allegations contained in Paragraph 2355 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2355 and, therefore, Actavis denies same.

2356. The allegations contained in Paragraph 2356 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2356 and, therefore, Actavis denies same.

2357. The allegations contained in Paragraph 2357 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2357 and, therefore, Actavis denies same.

**C. Glenmark Leads Price Increases on Ciclopirox Cream and Mometasone Furoate**

2358. The allegations contained in Paragraph 2358 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2358 and, therefore, Actavis denies same.

2359. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2359 and, therefore, Actavis denies same.

2360. The allegations contained in Paragraph 2360 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2360 and, therefore, Actavis denies same.

2361. The allegations contained in Paragraph 2361 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2361 and, therefore, Actavis denies same.

2362. The allegations contained in Paragraph 2362 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2362 and, therefore, Actavis denies same.

2363. The allegations contained in Paragraph 2363 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2363 and, therefore, Actavis denies same.

2364. The allegations contained in Paragraph 2364 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2364 and, therefore, Actavis denies same.

2365. The allegations contained in Paragraph 2365 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2365 and, therefore, Actavis denies same.

2366. The allegations contained in Paragraph 2366 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2366 and, therefore, Actavis denies same.

2367. The allegations contained in Paragraph 2367 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2367 and, therefore, Actavis denies same.

2368. The allegations contained in Paragraph 2368 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2368 and, therefore, Actavis denies same.

2369. The allegations contained in Paragraph 2369 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2369 and, therefore, Actavis denies same.

2370. The allegations contained in Paragraph 2370 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2370 and, therefore, Actavis denies same.

2371. The allegations contained in Paragraph 2371 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2371 and, therefore, Actavis denies same.

2372. The allegations contained in Paragraph 2372 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2372 and, therefore, Actavis denies same.

2373. The allegations contained in Paragraph 2373 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2373 and, therefore, Actavis denies same.

2374. The allegations contained in Paragraph 2374 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2374 and, therefore, Actavis denies same.

2375. The allegations contained in Paragraph 2375 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2375 and, therefore, Actavis denies same.

2376. The allegations contained in Paragraph 2376 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2376 and, therefore, Actavis denies same.

**D. Nisha Patel's First List of Increase Candidates: Adapalene Gel; Nabumetone; Fluconazole Tablets; Ranitidine; Moexipril; Moexipril HCTZ; Pravastatin; and Ondansetron**

2377. Actavis denies the allegations contained in Paragraph 2377 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2377 and, therefore, Actavis denies same.

2378. The allegations contained in Paragraph 2378 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2378 and, therefore, Actavis denies same.

2379. The allegations contained in Paragraph 2379 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2379 and, therefore, Actavis denies same.

2380. Actavis denies the allegations contained in Paragraph 2380 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2380 and, therefore, Actavis denies same.

2381. Actavis denies the allegations contained in Paragraph 2381 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2381 and, therefore, Actavis denies same.

2382. The allegations contained in Paragraph 2382 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2382 and, therefore, Actavis denies same.

2383. Actavis denies the allegations contained in Paragraph 2383 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2383 and, therefore, Actavis denies same.

1. <u>Glenmark</u>

2384. The allegations contained in Paragraph 2384 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2384 and, therefore, Actavis denies same.

2385. The allegations contained in Paragraph 2385 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2385 and, therefore, Actavis denies same.

2386. The allegations contained in Paragraph 2386 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2386 and, therefore, Actavis denies same.

2387. The allegations contained in Paragraph 2387 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2387 and, therefore, Actavis denies same.

2388. The allegations contained in Paragraph 2388 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2388 and, therefore, Actavis denies same.

2389. The allegations contained in Paragraph 2389 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2389 and, therefore, Actavis denies same.

2390. The allegations contained in Paragraph 2390 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2390 and, therefore, Actavis denies same.

2391. The allegations contained in Paragraph 2391 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2391 and, therefore, Actavis denies same.

2392. The allegations contained in Paragraph 2392 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2392 and, therefore, Actavis denies same.

2393. Actavis denies the allegations contained in Paragraph 2393 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2393 and, therefore, Actavis denies same.

2. Sandoz

2394. The allegations contained in Paragraph 2394 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2394 and, therefore, Actavis denies same.

2395. The allegations contained in Paragraph 2395 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2395 and, therefore, Actavis denies same.

2396. The allegations contained in Paragraph 2396 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2396 and, therefore, Actavis denies same.

2397. The allegations contained in Paragraph 2397 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2397 and, therefore, Actavis denies same.

2398. The allegations contained in Paragraph 2398 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2398 and, therefore, Actavis denies same.

2399. The allegations contained in Paragraph 2399 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2399 and, therefore, Actavis denies same.

2400. The allegations contained in Paragraph 2400 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2400 and, therefore, Actavis denies same.

2401. The allegations contained in Paragraph 2401 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2401 and, therefore, Actavis denies same.

2402. The allegations contained in Paragraph 2402 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2402 and, therefore, Actavis denies same.

2403. The allegations contained in Paragraph 2403 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2403 and, therefore, Actavis denies same.

2404. The allegations contained in Paragraph 2404 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2404 and, therefore, Actavis denies same.

3. Taro

2405. The allegations contained in Paragraph 2405 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2405 and, therefore, Actavis denies same.

2406. The allegations contained in Paragraph 2406 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2406 and, therefore, Actavis denies same.

2407. The allegations contained in Paragraph 2407 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2407 and, therefore, Actavis denies same.

2408. The allegations contained in Paragraph 2408 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2408 and, therefore, Actavis denies same.

**E. Nisha Patel's July 3, 2013 Price Increases: Adapalene Gel, Cefaclor ER Tablets, Cefadroxil Tablets, Cefdinir Capsules and Oral Suspension, Cefprozil Tablets, Cimedine Tablets, Doxazosin Mesylate Tablets, Fluconazole Tablets, Fluocinonide Cream, Gel, and Ointment, Methotrexate Tablets, Moexipril HCL Tablets, Moexipril HCL/HCTZ Tablets, Nabumetone Tablets, Nadolol Tablets, Oxybutynin Chloride Tablets, Prazosin HCL Capsules, and Ranitidine HCL Tablets**

2409. The allegations contained in Paragraph 2409 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2409 and, therefore, Actavis denies same.

2410. The allegations contained in Paragraph 2410 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2410 and, therefore, Actavis denies same.

2411. The allegations contained in Paragraph 2411 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2411 and, therefore, Actavis denies same.

2412. The allegations contained in Paragraph 2412 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2412 and, therefore, Actavis denies same.

2413. Actavis denies the allegations contained in Paragraph 2413 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2413 and, therefore, Actavis denies same.

1. Upsher-Smith

2414. The allegations contained in Paragraph 2414 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2414 and, therefore, Actavis denies same.

2415. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2415 and, therefore, Actavis denies same.

2416. The allegations contained in Paragraph 2416 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2416 and, therefore, Actavis denies same.

2417. The allegations contained in Paragraph 2417 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2417 and, therefore, Actavis denies same.

2418. The allegations contained in Paragraph 2418 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2418 and, therefore, Actavis denies same.

2419. The allegations contained in Paragraph 2419 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2419 and, therefore, Actavis denies same.

2420. The allegations contained in Paragraph 2420 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2420 and, therefore, Actavis denies same

2421. The allegations contained in Paragraph 2421 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2421 and, therefore, Actavis denies same.

2. Mylan

2422. The allegations contained in Paragraph 2422 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2422 and, therefore, Actavis denies same.

2423. The allegations contained in Paragraph 2423 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2423 and, therefore, Actavis denies same.

2424. The allegations contained in Paragraph 2424 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2424 and, therefore, Actavis denies same.

2425. The allegations contained in Paragraph 2425 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2425 and, therefore, Actavis denies same.

2426. The allegations contained in Paragraph 2426 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2426 and, therefore, Actavis denies same.

2427. The allegations contained in Paragraph 2427 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2427 and, therefore, Actavis denies same.

2428. Actavis denies the allegations contained in Paragraph 2428 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2428 and, therefore, Actavis denies same.

2429. The allegations contained in Paragraph 2429 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2429 and, therefore, Actavis denies same.

2430. The allegations contained in Paragraph 2430 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2430 and, therefore, Actavis denies same.

2431. The allegations contained in Paragraph 2431 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2431 and, therefore, Actavis denies same.

2432. The allegations contained in Paragraph 2432 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2432 and, therefore, Actavis denies same.

2433. The allegations contained in Paragraph 2433 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2433 and, therefore, Actavis denies same.

2434. The allegations contained in Paragraph 2434 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2434 and, therefore, Actavis denies same.

2435. The allegations contained in Paragraph 2435 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2435 and, therefore, Actavis denies same.

2436. The allegations contained in Paragraph 2436 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2436 and, therefore, Actavis denies same.

3. Sandoz

2437. The allegations contained in Paragraph 2437 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2437 and, therefore, Actavis denies same.

2438. The allegations contained in Paragraph 2438 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2438 and, therefore, Actavis denies same.

2439. The allegations contained in Paragraph 2439 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2439 and, therefore, Actavis denies same.

2440. The allegations contained in Paragraph 2440 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2440 and, therefore, Actavis denies same.

2441. The allegations contained in Paragraph 2441 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2441 and, therefore, Actavis denies same.

**F. Summer 2013: Sandoz and Mylan Coordinate to Orchestrate Price Increases on Diltiazem HCL, Haloperidol, Clomipramine, Tizanidine, Levothyroxine, and Nadolol**

2442. The allegations contained in Paragraph 2442 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2442 and, therefore, Actavis denies same.

2443. The allegations contained in Paragraph 2443 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2443 and, therefore, Actavis denies same.

2444. The allegations contained in Paragraph 2444 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2444 and, therefore, Actavis denies same.

2445. The allegations contained in Paragraph 2445 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2445 and, therefore, Actavis denies same.

2446. The allegations contained in Paragraph 2446 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2446 and, therefore, Actavis denies same.

2447. The allegations contained in Paragraph 2447 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2447 and, therefore, Actavis denies same.

2448. The allegations contained in Paragraph 2448 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2448 and, therefore, Actavis denies same.

1. Haloperidol and Trifluoperazine HCL

2449. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2449 and, therefore, Actavis denies same.

2450. The allegations contained in Paragraph 2450 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2450 and, therefore, Actavis denies same.

2451. The allegations contained in Paragraph 2451 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2451 and, therefore, Actavis denies same.

2452. The allegations contained in Paragraph 2452 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2452 and, therefore, Actavis denies same.

2453. The allegations contained in Paragraph 2453 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2453 and, therefore, Actavis denies same.

2454. The allegations contained in Paragraph 2454 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2454 and, therefore, Actavis denies same.

2455. The allegations contained in Paragraph 2455 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2455 and, therefore, Actavis denies same.

2456. The allegations contained in Paragraph 2456 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2456 and, therefore, Actavis denies same.

2457. The allegations contained in Paragraph 2457 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2457 and, therefore, Actavis denies same.

2458. The allegations contained in Paragraph 2458 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2458 and, therefore, Actavis denies same.

2. Tizanidine

2459. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2459 and, therefore, Actavis denies same.

2460. The allegations contained in Paragraph 2460 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2460 and, therefore, Actavis denies same.

2461. The allegations contained in Paragraph 2461 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2461 and, therefore, Actavis denies same.

2462. The allegations contained in Paragraph 2462 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2462 and, therefore, Actavis denies same.

2463. The allegations contained in Paragraph 2463 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2463 and, therefore, Actavis denies same.

2464. The allegations contained in Paragraph 2464 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2464 and, therefore, Actavis denies same.

2465. The allegations contained in Paragraph 2465 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2465 and, therefore, Actavis denies same.

2466. The allegations contained in Paragraph 2466 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2466 and, therefore, Actavis denies same.

2467. The allegations contained in Paragraph 2467 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2467 and, therefore, Actavis denies same.

2468. The allegations contained in Paragraph 2468 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2468 and, therefore, Actavis denies same.

**G. Enalapril Maleate**

2469. The allegations contained in Paragraph 2469 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2469 and, therefore, Actavis denies same.

2470. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2470 and, therefore, Actavis denies same.

2471. The allegations contained in Paragraph 2471 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2471 and, therefore, Actavis denies same.

2472. The allegations contained in Paragraph 2472 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2472 and, therefore, Actavis denies same.

2473. The allegations contained in Paragraph 2473 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2473 and, therefore, Actavis denies same.

2474. The allegations contained in Paragraph 2474 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2474 and, therefore, Actavis denies same.

2475. The allegations contained in Paragraph 2475 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2475 and, therefore, Actavis denies same.

2476. The allegations contained in Paragraph 2476 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2476 and, therefore, Actavis denies same.

2477. The allegations contained in Paragraph 2477 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2477 and, therefore, Actavis denies same.

2478. The allegations contained in Paragraph 2478 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2478 and, therefore, Actavis denies same.

2479. The allegations contained in Paragraph 2479 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2479 and, therefore, Actavis denies same.

2480. The allegations contained in Paragraph 2480 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2480 and, therefore, Actavis denies same.

2481. The allegations contained in Paragraph 2481 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2481 and, therefore, Actavis denies same.

2482. The allegations contained in Paragraph 2482 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2482 and, therefore, Actavis denies same.

2483. The allegations contained in Paragraph 2483 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2483 and, therefore, Actavis denies same.

### H. August 9, 2013 Price Increases ("Patel's Round 2"): Amiloride HCL/HCTZ Tablets, Clemastine Fumarate Oral Liquid and Tablets, Diclofenac Tablets, Diltiazem HCL Tablets, Etodolac ER Tablets, Ketoprofen Capsules, Ketorolac Tablets, Pravastatin Tablets, Tometin Sodium Capsules

2484. The allegations contained in Paragraph 2484 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2484 and, therefore, Actavis denies same.

2485. The allegations contained in Paragraph 2485 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2485 and, therefore, Actavis denies same.

2486. Actavis denies the allegations contained in Paragraph 2486 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2486 and, therefore, Actavis denies same.

2487. The allegations contained in Paragraph 2487 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2487 and, therefore, Actavis denies same.

2488. Actavis denies the allegations contained in Paragraph 2488 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2488 and, therefore, Actavis denies same.

2489. Actavis denies the allegations contained in Paragraph 2489 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2489 and, therefore, Actavis denies same.

2490. Actavis denies the allegations contained in Paragraph 2490 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2490 and, therefore, Actavis denies same.

2491. Actavis denies the allegations contained in Paragraph 2491 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2491 and, therefore, Actavis denies same.

2492. The allegations contained in Paragraph 2492 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2492 and, therefore, Actavis denies same.

2493. The allegations contained in Paragraph 2493 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2493 and, therefore, Actavis denies same.

2494. The allegations contained in Paragraph 2494 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2494 and, therefore, Actavis denies same.

1. Mylan

2495. The allegations contained in Paragraph 2495 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2495 and, therefore, Actavis denies same.

2496. The allegations contained in Paragraph 2496 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2496 and, therefore, Actavis denies same.

2497. The allegations contained in Paragraph 2497 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2497 and, therefore, Actavis denies same.

2498. The allegations contained in Paragraph 2498 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2498 and, therefore, Actavis denies same.

2499. The allegations contained in Paragraph 2499 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2499 and, therefore, Actavis denies same.

2500. The allegations contained in Paragraph 2500 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2500 and, therefore, Actavis denies same.

2501. The allegations contained in Paragraph 2501 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2501 and, therefore, Actavis denies same.

2502. The allegations contained in Paragraph 2502 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2502 and, therefore, Actavis denies same.

2. Etodolac

2503. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2503 and, therefore, Actavis denies same.

2504. The allegations contained in Paragraph 2504 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2504 and, therefore, Actavis denies same.

2505. The allegations contained in Paragraph 2505 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2505 and, therefore, Actavis denies same.

2506. The allegations contained in Paragraph 2506 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2506 and, therefore, Actavis denies same.

2507. The allegations contained in Paragraph 2507 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2507 and, therefore, Actavis denies same.

2508. The allegations contained in Paragraph 2508 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2508 and, therefore, Actavis denies same.

2509. The allegations contained in Paragraph 2509 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2509 and, therefore, Actavis denies same.

2510. The allegations contained in Paragraph 2510 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2510 and, therefore, Actavis denies same.

2511. The allegations contained in Paragraph 2511 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2511 and, therefore, Actavis denies same.

2512. The allegations contained in Paragraph 2512 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2512 and, therefore, Actavis denies same.

2513. The allegations contained in Paragraph 2513 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2513 and, therefore, Actavis denies same.

2514. The allegations contained in Paragraph 2514 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2514 and, therefore, Actavis denies same.

2515. The allegations contained in Paragraph 2515 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2515 and, therefore, Actavis denies same.

2516. The allegations contained in Paragraph 2516 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2516 and, therefore, Actavis denies same.

2517. The allegations contained in Paragraph 2517 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2517 and, therefore, Actavis denies same.

2518. The allegations contained in Paragraph 2518 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2518 and, therefore, Actavis denies same.

2519. The allegations contained in Paragraph 2519 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2519 and, therefore, Actavis denies same.

2520. The allegations contained in Paragraph 2520 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2520 and, therefore, Actavis denies same.

2521. The allegations contained in Paragraph 2521 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2521 and, therefore, Actavis denies same.

2522. The allegations contained in Paragraph 2522 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2522 and, therefore, Actavis denies same.

2523. The allegations contained in Paragraph 2523 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2523 and, therefore, Actavis denies same.

3. Impact of Price Increases

2524. The allegations contained in Paragraph 2524 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2524 and, therefore, Actavis denies same.

2525. The allegations contained in Paragraph 2525 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2525 and, therefore, Actavis denies same.

2526. The allegations contained in Paragraph 2526 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2526 and, therefore, Actavis denies same.

4. Price Increase Hiatus

2527. The allegations contained in Paragraph 2527 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2527 and, therefore, Actavis denies same.

2528. The allegations contained in Paragraph 2528 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2528 and, therefore, Actavis denies same.

2529. The allegations contained in Paragraph 2529 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2529 and, therefore, Actavis denies same.

2530. The allegations contained in Paragraph 2530 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2530 and, therefore, Actavis denies same.

2531. The allegations contained in Paragraph 2531 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2531 and, therefore, Actavis denies same.

**I. March 7, 2014: (Niacin ER)**

2532. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2532 and, therefore, Actavis denies same.

2533. The allegations contained in Paragraph 2533 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2533 and, therefore, Actavis denies same.

2534. The allegations contained in Paragraph 2534 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2534 and, therefore, Actavis denies same.

2535. The allegations contained in Paragraph 2535 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2535 and, therefore, Actavis denies same.

2536. The allegations contained in Paragraph 2536 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2536 and, therefore, Actavis denies same.

2537. The allegations contained in Paragraph 2537 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2537 and, therefore, Actavis denies same.

2538. The allegations contained in Paragraph 2538 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2538 and, therefore, Actavis denies same.

2539. The allegations contained in Paragraph 2539 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2539 and, therefore, Actavis denies same.

2540. The allegations contained in Paragraph 2540 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2540 and, therefore, Actavis denies same.

2541. The allegations contained in Paragraph 2541 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2541 and, therefore, Actavis denies same.

2542. The allegations contained in Paragraph 2542 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2542 and, therefore, Actavis denies same.

2543. The allegations contained in Paragraph 2543 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2543 and, therefore, Actavis denies same.

**J. April 4, 2014 Price Increases: Azithromycin Suspension and Oral Suspension, Bumetanide Tablets, Cephalexin Suspension, Clarithromycin ER Tablets, Cyproheptadine HCL Tablets, Dicloxacillin Sodium Capsules, Diflunisal Tablets, Estazolam Tablets, Ethosuximide Capsules and Oral Suspension, Hydroxyzine Pamoate Capsules, Ketoconazole (Cream and Tablets), Medroxyprogesterone**

**Tablets, Estradiol/Norethindrone Acetate Tablets, Nystatin Oral Tablets, Pentoxifylline Tablets, Tamoxifen Citrate Tablets, Theophylline ER Tablets**

2544. Actavis denies the allegations contained in Paragraph 2544 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2544 and, therefore, Actavis denies same.

2545. Actavis denies the allegations contained in Paragraph 2545 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2545 and, therefore, Actavis denies same.

2546. The allegations contained in Paragraph 2546 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2546 and, therefore, Actavis denies same.

2547. Actavis denies the allegations contained in Paragraph 2547 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2547 and, therefore, Actavis denies same.

2548. Actavis denies the allegations contained in Paragraph 2548 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2548 and, therefore, Actavis denies same.

2549. Actavis denies the allegations contained in Paragraph 2549 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2549 and, therefore, Actavis denies same.

2550. Actavis denies the allegations contained in Paragraph 2550 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2550 and, therefore, Actavis denies same.

2551. The allegations contained in Paragraph 2551 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2551 and, therefore, Actavis denies same.

2552. The allegations contained in Paragraph 2552 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2552 and, therefore, Actavis denies same.

2553. Actavis denies the allegations contained in Paragraph 2553 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2553 and, therefore, Actavis denies same.

2554. Actavis denies the allegations contained in Paragraph 2554 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2554 and, therefore, Actavis denies same.

2555. Actavis denies the allegations contained in Paragraph 2555 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2555 and, therefore, Actavis denies same.

1. Lupin (Cephalexin Oral Suspension)

2556. The allegations contained in Paragraph 2556 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2556 and, therefore, Actavis denies same.

2557. The allegations contained in Paragraph 2557 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2557 and, therefore, Actavis denies same.

2558. The allegations contained in Paragraph 2558 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2558 and, therefore, Actavis denies same.

2559. The allegations contained in Paragraph 2559 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2559 and, therefore, Actavis denies same.

2560. The allegations contained in Paragraph 2560 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2560 and, therefore, Actavis denies same.

2561. The allegations contained in Paragraph 2561 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2561 and, therefore, Actavis denies same.

2562. The allegations contained in Paragraph 2562 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2562 and, therefore, Actavis denies same.

2563. The allegations contained in Paragraph 2563 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2563 and, therefore, Actavis denies same.

2564. The allegations contained in Paragraph 2564 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2564 and, therefore, Actavis denies same.

2565. The allegations contained in Paragraph 2565 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2565 and, therefore, Actavis denies same.

2566. The allegations contained in Paragraph 2566 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2566 and, therefore, Actavis denies same.

2. Greenstone (Azithromycin Oral Suspension, Azithromycin Suspension, and Medroxyprogesterone Tablets)

2567. The allegations contained in Paragraph 2567 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2567 and, therefore, Actavis denies same.

2568. The allegations contained in Paragraph 2568 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2568 and, therefore, Actavis denies same.

2569. The allegations contained in Paragraph 2569 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2569 and, therefore, Actavis denies same.

2570. The allegations contained in Paragraph 2570 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2570 and, therefore, Actavis denies same.

2571. The allegations contained in Paragraph 2571 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2571 and, therefore, Actavis denies same.

2572. The allegations contained in Paragraph 2572 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2572 and, therefore, Actavis denies same.

2573. The allegations contained in Paragraph 2573 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2573 and, therefore, Actavis denies same.

2574. The allegations contained in Paragraph 2574 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2574 and, therefore, Actavis denies same.

3. Actavis (Clarithromycin ER Tablets, Tamoxifen Citrate and Estazolam)

2575. Actavis denies the allegations contained in Paragraph 2575 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2575 and, therefore, Actavis denies same.

2576. Actavis denies the allegations contained in Paragraph 2576 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2576 and, therefore, Actavis denies same.

2577. Actavis denies the allegations contained in Paragraph 2577 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2577 and, therefore, Actavis denies same.

2578. Actavis denies the allegations contained in Paragraph 2578 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2578 and, therefore, Actavis denies same.

2579. Actavis denies the allegations contained in Paragraph 2579 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2579 and, therefore, Actavis denies same.

2580. Actavis denies the allegations contained in Paragraph 2580 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2580 and, therefore, Actavis denies same.

2581. Actavis denies the allegations contained in Paragraph 2581 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2581 and, therefore, Actavis denies same.

2582. Actavis denies the allegations contained in Paragraph 2582 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2582 and, therefore, Actavis denies same.

2583. Actavis denies the allegations contained in Paragraph 2583 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2583 and, therefore, Actavis denies same.

2584. Actavis denies the allegations contained in Paragraph 2584 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2584 and, therefore, Actavis denies same.

2585. Actavis denies the allegations contained in Paragraph 2585 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2585 and, therefore, Actavis denies same.

2586. Actavis denies the allegations contained in Paragraph 2586 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2586 and, therefore, Actavis denies same.

2587. Actavis denies the allegations contained in Paragraph 2587 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2587 and, therefore, Actavis denies same.

2588. Actavis denies the allegations contained in Paragraph 2588 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2588 and, therefore, Actavis denies same.

2589. Actavis denies the allegations contained in Paragraph 2589 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2589 and, therefore, denies same.

4. Multiple Manufacturers (Ketoconazole Cream and Tablets)

2590. The allegations contained in Paragraph 2590 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2590 and, therefore, Actavis denies same.

2591. The allegations contained in Paragraph 2591 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2591 and, therefore, Actavis denies same.

2592. The allegations contained in Paragraph 2592 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2592 and, therefore, Actavis denies same.

2593. The allegations contained in Paragraph 2593 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2593 and, therefore, Actavis denies same.

2594. The allegations contained in Paragraph 2594 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2594 and, therefore, Actavis denies same.

2595. The allegations contained in Paragraph 2595 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2595 and, therefore, Actavis denies same.

2596. The allegations contained in Paragraph 2596 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2596 and, therefore, Actavis denies same.

2597. The allegations contained in Paragraph 2597 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2597 and, therefore, Actavis denies same.

2598. The allegations contained in Paragraph 2598 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2598 and, therefore, Actavis denies same.

2599. The allegations contained in Paragraph 2599 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2599 and, therefore, Actavis denies same.

2600. The allegations contained in Paragraph 2600 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2600 and, therefore, Actavis denies same.

2601. The allegations contained in Paragraph 2601 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2601 and, therefore, Actavis denies same.

2602. The allegations contained in Paragraph 2602 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2602 and, therefore, Actavis denies same.

2603. The allegations contained in Paragraph 2603 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2603 and, therefore, Actavis denies same.

2604. The allegations contained in Paragraph 2604 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2604 and, therefore, Actavis denies same.

5. New Relationships Emerge

2605. Actavis denies the allegations contained in Paragraph 2605 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2605 and, therefore, Actavis denies same.

(a) Breckenridge

2606. The allegations contained in Paragraph 2606 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2606 and, therefore, Actavis denies same.

2607. The allegations contained in Paragraph 2607 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2607 and, therefore, Actavis denies same.

2608. The allegations contained in Paragraph 2608 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2608 and, therefore, Actavis denies same.

2609. The allegations contained in Paragraph 2609 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2609 and, therefore, Actavis denies same.

2610. The allegations contained in Paragraph 2610 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2610 and, therefore, Actavis denies same.

2611. The allegations contained in Paragraph 2611 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2611 and, therefore, Actavis denies same.

2612. The allegations contained in Paragraph 2612 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2612 and, therefore, Actavis denies same.

2613. The allegations contained in Paragraph 2613 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2613 and, therefore, Actavis denies same.

(b) Rising

2614. The allegations contained in Paragraph 2614 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2614 and, therefore, Actavis denies same.

2615. The allegations contained in Paragraph 2615 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2615 and, therefore, Actavis denies same.

2616. The allegations contained in Paragraph 2616 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2616 and, therefore, Actavis denies same.

2617. The allegations contained in Paragraph 2617 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2617 and, therefore, Actavis denies same.

2618. The allegations contained in Paragraph 2618 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2618 and, therefore, Actavis denies same.

2619. The allegations contained in Paragraph 2619 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2619 and, therefore, Actavis denies same.

2620. The allegations contained in Paragraph 2620 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2620 and, therefore, Actavis denies same.

(c) Versapharm

2621. The allegations contained in Paragraph 2621 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2621 and, therefore, Actavis denies same.

2622. The allegations contained in Paragraph 2622 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2622 and, therefore, Actavis denies same.

2623. The allegations contained in Paragraph 2623 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2623 and, therefore, Actavis denies same.

2624. The allegations contained in Paragraph 2624 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2624 and, therefore, Actavis denies same.

2625. The allegations contained in Paragraph 2625 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2625 and, therefore, Actavis denies same.

2626. The allegations contained in Paragraph 2626 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2626 and, therefore, Actavis denies same.

6. Valeant

2627. The allegations contained in Paragraph 2627 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2627 and, therefore, Actavis denies same.

2628. The allegations contained in Paragraph 2628 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2628 and, therefore, Actavis denies same.

7. Impact

2629. The allegations contained in Paragraph 2629 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2629 and, therefore, Actavis denies same.

**K. August 28, 2014 Price Increases: Amiloride HCL/HCTZ Tablets, Amoxicillin/Clavulanate Chewable Tablets, Carbamazepine Chewable Tablets, Carbamazepine Tablets, Clemastine Fumarate Tablets, Clotrimazole Solution, Desmopressin Acetate Tablets, Diclofenac Potassium Tablets, Disopyramide Phosphate Capsules, Enalapril Maleate Tablets, Epitol Tablets, Flurbiprofen Tablets, Flutamide Capsules, Fluvastatin Sodium Capsules, Hydroxyurea Capsules, Loperamide HCL Capsules, Penicillin VK Tablets, Prazosin HCL Capsules, Prochlorperazine Tablets, Topiramate Sprinkle Capsules, Warfarin Sodium Tablets**

2630. Actavis denies the allegations contained in Paragraph 2630 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2630 and, therefore, Actavis denies same.

2631. Actavis denies the allegations contained in Paragraph 2631 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2631 and, therefore, Actavis denies same.

2632. Actavis denies the allegations contained in Paragraph 2632 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2632 and, therefore, Actavis denies same

2633. Actavis denies the allegations contained in Paragraph 2633 directed toward it, except admits only that certain former Actavis employees attended certain NACDS meetings. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2633 and, therefore, Actavis denies same.

2634. Actavis denies the allegations contained in Paragraph 2634 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2634 and, therefore, Actavis denies same.

2635. The allegations contained in Paragraph 2635 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2635 and, therefore, Actavis denies same.

2636. The allegations contained in Paragraph 2636 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2636 and, therefore, Actavis denies same.

2637. Actavis denies the allegations contained in Paragraph 2637 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2637 and, therefore, Actavis denies same.

1. Mylan

2638. The allegations contained in Paragraph 2638 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2638 and, therefore, Actavis denies same.

2639. The allegations contained in Paragraph 2639 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2639 and, therefore, Actavis denies same.

2640. The allegations contained in Paragraph 2640 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2640 and, therefore, Actavis denies same.

2641. The allegations contained in Paragraph 2641 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2641 and, therefore, Actavis denies same.

2642. The allegations contained in Paragraph 2642 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2642 and, therefore, Actavis denies same.

2643. The allegations contained in Paragraph 2643 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2643 and, therefore, Actavis denies same.

2644. The allegations contained in Paragraph 2644 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2644 and, therefore, Actavis denies same.

2645. The allegations contained in Paragraph 2645 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2645 and, therefore, Actavis denies same.

2646. The allegations contained in Paragraph 2646 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2646 and, therefore, Actavis denies same.

2647. The allegations contained in Paragraph 2647 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2647 and, therefore, Actavis denies same.

2648. The allegations contained in Paragraph 2648 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2648 and, therefore, Actavis denies same.

2649. The allegations contained in Paragraph 2649 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2649 and, therefore, Actavis denies same.

2650. The allegations contained in Paragraph 2650 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2650 and, therefore, Actavis denies same.

2651. The allegations contained in Paragraph 2651 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2651 and, therefore, Actavis denies same.

2. Taro

2652. The allegations contained in Paragraph 2652 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2652 and, therefore, Actavis denies same.

2653. The allegations contained in Paragraph 2653 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2653 and, therefore, Actavis denies same.

2654. The allegations contained in Paragraph 2654 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2654 and, therefore, Actavis denies same.

2655. The allegations contained in Paragraph 2655 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2655 and, therefore, Actavis denies same.

2656. The allegations contained in Paragraph 2656 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2656 and, therefore, Actavis denies same.

2657. The allegations contained in Paragraph 2657 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2657 and, therefore, Actavis denies same.

2658. The allegations contained in Paragraph 2658 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2658 and, therefore, Actavis denies same.

2659. The allegations contained in Paragraph 2659 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2659 and, therefore, Actavis denies same.

2660. The allegations contained in Paragraph 2660 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2660 and, therefore, Actavis denies same.

2661. The allegations contained in Paragraph 2661 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2661 and, therefore, Actavis denies same.

2662. The allegations contained in Paragraph 2662 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2662 and, therefore, Actavis denies same.

2663. The allegations contained in Paragraph 2663 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2663 and, therefore, Actavis denies same.

2664. The allegations contained in Paragraph 2664 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2664 and, therefore, Actavis denies same.

2665. The allegations contained in Paragraph 2665 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2665 and, therefore, Actavis denies same.

3. Zydus

2666. The allegations contained in Paragraph 2666 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2666 and, therefore, Actavis denies same.

2667. Actavis denies the allegations contained in Paragraph 2270 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2270 and, therefore, Actavis denies same.

2668. The allegations contained in Paragraph 2668 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2668 and, therefore, Actavis denies same.

2669. The allegations contained in Paragraph 2669 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2669 and, therefore, Actavis denies same.

2670. Actavis denies the allegations contained in Paragraph 2670 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2670 and, therefore, Actavis denies same.

2671. Actavis denies the allegations contained in Paragraph 2671 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2671 and, therefore, Actavis denies same.

4. Competitors Follow Teva

2672. Actavis denies the allegations contained in Paragraph 2672 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2672 and, therefore, Actavis denies same.

2673. The allegations contained in Paragraph 2673 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2673 and, therefore, Actavis denies same.

2674. Actavis denies the allegations contained in Paragraph 2674 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2674 and, therefore, Actavis denies same.

2675. Actavis denies the allegations contained in Paragraph 2675 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2675 and, therefore, Actavis denies same.

2676. The allegations contained in Paragraph 2676 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2676 and, therefore, Actavis denies same.

**L. January 28, 2015 Price Increases: Bethanechol Chloride Tablets, Ciprofloxacin HCL Tablets, Diltiazem HCL Tablets, Estradiol Tablets, Fluoxetine HCL Tablets,**

**Glimepiride Tablets, Griseofulvin Suspension, Isoniazid, Ketoprofen Capsules, Ketorolac Tromethamine Tablets, Nortriptyline HCL Capsules, Propranolol**

2677. Actavis denies the allegations contained in Paragraph 2677 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2677 and, therefore, Actavis denies same.

2678. The allegations contained in Paragraph 2678 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2678 and, therefore, Actavis denies same.

2679. Actavis denies the allegations contained in Paragraph 2679 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2679 and, therefore, Actavis denies same.

2680. Actavis denies the allegations contained in Paragraph 2680 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2680 and, therefore, Actavis denies same.

2681. Actavis denies the allegations contained in Paragraph 2681 directed toward it, except admits only that certain former Actavis employees attended certain trade association events. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2681 and, therefore, Actavis denies same.

2682. Actavis denies the allegations contained in Paragraph 2682 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2682 and, therefore, Actavis denies same.

1. <u>Ciprofloxacin HCL and Glimepiride</u>

2683. Actavis admits the allegations contained in Paragraph 2683.

2684. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2684 and, therefore, Actavis denies same.

2685. The allegations contained in Paragraph 2685 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2685 and, therefore, Actavis denies same.

2686. The allegations contained in Paragraph 2686 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2686 and, therefore, Actavis denies same.

2687. The allegations contained in Paragraph 2687 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2687 and, therefore, Actavis denies same.

2688. The allegations contained in Paragraph 2688 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2688 and, therefore, Actavis denies same.

2689. The allegations contained in Paragraph 2689 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2689 and, therefore, Actavis denies same.

2690. The allegations contained in Paragraph 2690 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2690 and, therefore, Actavis denies same.

2691. Actavis denies the allegations contained in Paragraph 2691 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2691 and, therefore, Actavis denies same.

2692. Actavis denies the allegations contained in Paragraph 2692 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2692 and, therefore, Actavis denies same.

2. Griseofulvin

2693. Actavis admits the allegations contained in Paragraph 2693.

2694. The allegations contained in Paragraph 2694 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2694 and, therefore, Actavis denies same.

2695. Actavis denies the allegations contained in Paragraph 2695 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2695 and, therefore, Actavis denies same.

2696. Actavis denies the allegations contained in Paragraph 2696 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2696 and, therefore, Actavis denies same.

2697. Actavis denies the allegations contained in Paragraph 2697 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2697 and, therefore, Actavis denies same.

2698. Actavis denies the allegations contained in Paragraph 2698 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2698 and, therefore, Actavis denies same.

2699. Actavis denies the allegations contained in Paragraph 2699 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2699 and, therefore, Actavis denies same.

## XIV. AFTER SUCCESSFULLY COLLUDING, DEFENDANTS' QUALITY RANKINGS IMPROVE

2700. The allegations contained in Paragraph 2700 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2700 and, therefore, Actavis denies same.

2701. Actavis denies the allegations contained in Paragraph 2701 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2701 and, therefore, Actavis denies same.

### A. Apotex

2702. The allegations contained in Paragraph 2702 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2702 and, therefore, Actavis denies same.

2703. The allegations contained in Paragraph 2703 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2703 and, therefore, Actavis denies same.

2704. The allegations contained in Paragraph 2704 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2704 and, therefore, Actavis denies same.

2705. The allegations contained in Paragraph 2705 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2705 and, therefore, Actavis denies same.

2706. The allegations contained in Paragraph 2706 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2706 and, therefore, Actavis denies same.

2707. The allegations contained in Paragraph 2707 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2707 and, therefore, Actavis denies same.

2708. The allegations contained in Paragraph 2708 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2708 and, therefore, Actavis denies same.

2709. The allegations contained in Paragraph 2709 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2709 and, therefore, Actavis denies same.

2710. The allegations contained in Paragraph 2710 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2710 and, therefore, Actavis denies same.

**B. Zydus**

2711. The allegations contained in Paragraph 2711 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2711 and, therefore, Actavis denies same.

2712. The allegations contained in Paragraph 2712 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2712 and, therefore, Actavis denies same.

2713. The allegations contained in Paragraph 2713 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2713 and, therefore, Actavis denies same.

2714. The allegations contained in Paragraph 2714 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2714 and, therefore, Actavis denies same.

2715. The allegations contained in Paragraph 2715 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2715 and, therefore, Actavis denies same.

2716. The allegations contained in Paragraph 2716 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2716 and, therefore, Actavis denies same.

2717. The allegations contained in Paragraph 2717 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2717 and, therefore, Actavis denies same.

2718. The allegations contained in Paragraph 2718 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2718 and, therefore, Actavis denies same.

2719. The allegations contained in Paragraph 2719 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2719 and, therefore, Actavis denies same.

**C. Heritage**

2720. The allegations contained in Paragraph 2720 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2720 and, therefore, Actavis denies same.

2721. The allegations contained in Paragraph 2721 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2721 and, therefore, Actavis denies same.

**D. Lupin**

2722. The allegations contained in Paragraph 2722 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2722 and, therefore, Actavis denies same.

2723. The allegations contained in Paragraph 2723 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2723 and, therefore, Actavis denies same.

2724. The allegations contained in Paragraph 2724 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2724 and, therefore, Actavis denies same.

2725. The allegations contained in Paragraph 2725 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2725 and, therefore, Actavis denies same.

2726. The allegations contained in Paragraph 2726 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2726 and, therefore, Actavis denies same.

**E. Par**

2727. The allegations contained in Paragraph 2727 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2727 and, therefore, Actavis denies same.

2728. The allegations contained in Paragraph 2728 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2728 and, therefore, Actavis denies same.

2729. The allegations contained in Paragraph 2729 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2729 and, therefore, Actavis denies same.

2730. The allegations contained in Paragraph 2730 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2730 and, therefore, Actavis denies same.

2731. The allegations contained in Paragraph 2731 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2731 and, therefore, Actavis denies same.

2732. The allegations contained in Paragraph 2732 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2732 and, therefore, Actavis denies same.

2733. The allegations contained in Paragraph 2733 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2733 and, therefore, Actavis denies same.

**F. Greenstone**

2734. The allegations contained in Paragraph 2734 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2734 and, therefore, Actavis denies same.

2735. The allegations contained in Paragraph 2735 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2735 and, therefore, Actavis denies same.

2736. The allegations contained in Paragraph 2736 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2736 and, therefore, Actavis denies same.

2737. The allegations contained in Paragraph 2737 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2737 and, therefore, Actavis denies same.

### G. Amneal

2738. The allegations contained in Paragraph 2738 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2738 and, therefore, Actavis denies same.

2739. The allegations contained in Paragraph 2739 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2739 and, therefore, Actavis denies same.

2740. The allegations contained in Paragraph 2740 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2740 and, therefore, Actavis denies same.

2741. The allegations contained in Paragraph 2741 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2741 and, therefore, Actavis denies same.

2742. The allegations contained in Paragraph 2742 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2742 and, therefore, Actavis denies same.

**H. <u>Rising – Hydroxyzine Pamoate & Diflunisal Tablets</u>**

2743. The allegations contained in Paragraph 2743 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2743 and, therefore, Actavis denies same.

2744. The allegations contained in Paragraph 2744 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2744 and, therefore, Actavis denies same.

2745. The allegations contained in Paragraph 2745 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2745 and, therefore, Actavis denies same.

2746. The allegations contained in Paragraph 2746 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2746 and, therefore, Actavis denies same.

2747. The allegations contained in Paragraph 2747 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2747 and, therefore, Actavis denies same.

2748. The allegations contained in Paragraph 2748 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2748 and, therefore, Actavis denies same.

**I. Breckenridge**

2749. The allegations contained in Paragraph 2749 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2749 and, therefore, Actavis denies same.

2750. The allegations contained in Paragraph 2750 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2750 and, therefore, Actavis denies same.

2751. The allegations contained in Paragraph 2751 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2751 and, therefore, Actavis denies same.

2752. The allegations contained in Paragraph 2752 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2752 and, therefore, Actavis denies same.

2753. The allegations contained in Paragraph 2753 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2753 and, therefore, Actavis denies same.

2754. The allegations contained in Paragraph 2754 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2754 and, therefore, Actavis denies same.

### J. Glenmark

2755. The allegations contained in Paragraph 2755 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2755 and, therefore, Actavis denies same.

2756. The allegations contained in Paragraph 2756 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2756 and, therefore, Actavis denies same.

2757. The allegations contained in Paragraph 2757 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2757 and, therefore, Actavis denies same.

**K. A Commitment to the Overarching Conspiracy Was Instrumental to the Success of the Price-Fixing Agreements**

2758. Actavis denies the allegations contained in Paragraph 2758 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2758 and, therefore, Actavis denies same.

2759. Actavis denies the allegations contained in Paragraph 2759 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2759 and, therefore, Actavis denies same.

2760. The allegations contained in Paragraph 2760 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2760 and, therefore, Actavis denies same.

2761. Actavis denies the allegations contained in Paragraph 2761 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2761 and, therefore, Actavis denies same.

**L. "Quality Competitor" Rankings Relate to Price Increases, But Even "Low Quality" Competitors Comply With the Overarching Conspiracy**

2762. The allegations contained in Paragraph 2762 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2762 and, therefore, Actavis denies same.

1. Camber and Teva Fix Prices on Ranitidine HCL

2763. The allegations contained in Paragraph 2763 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2763 and, therefore, Actavis denies same.

2764. The allegations contained in Paragraph 2764 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2764 and, therefore, Actavis denies same.

2765. The allegations contained in Paragraph 2765 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2765 and, therefore, Actavis denies same.

2766. The allegations contained in Paragraph 2766 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2766 and, therefore, Actavis denies same.

2767. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2767 and, therefore, Actavis denies same.

2768. The allegations contained in Paragraph 2768 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2768 and, therefore, Actavis denies same.

2769. Actavis denies the allegations contained in Paragraph 2769 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2769 and, therefore, Actavis denies same.

2770. Actavis denies the allegations contained in Paragraph 2770 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2770 and, therefore, Actavis denies same.

2771. Actavis denies the allegations contained in Paragraph 2771 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2771 and, therefore, Actavis denies same.

2772. The allegations contained in Paragraph 2772 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2772 and, therefore, Actavis denies same.

2773. The allegations contained in Paragraph 2773 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2773 and, therefore, Actavis denies same.

2774. The allegations contained in Paragraph 2774 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2774 and, therefore, Actavis denies same.

2775. The allegations contained in Paragraph 2775 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2775 and, therefore, Actavis denies same.

2776. The allegations contained in Paragraph 2776 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2776 and, therefore, Actavis denies same.

2777. The allegations contained in Paragraph 2777 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2777 and, therefore, Actavis denies same.

2778. The allegations contained in Paragraph 2778 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2778 and, therefore, Actavis denies same.

2779. The allegations contained in Paragraph 2779 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2779 and, therefore, Actavis denies same.

2780. The allegations contained in Paragraph 2780 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2780 and, therefore, Actavis denies same.

2781. The allegations contained in Paragraph 2781 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2781 and, therefore, Actavis denies same.

2782. The allegations contained in Paragraph 2782 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2782 and, therefore, Actavis denies same.

2783. The allegations contained in Paragraph 2783 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2783 and, therefore, Actavis denies same.

2784. The allegations contained in Paragraph 2784 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2784 and, therefore, Actavis denies same.

2785. The allegations contained in Paragraph 2785 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2785 and, therefore, Actavis denies same.

2786. The allegations contained in Paragraph 2786 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2786 and, therefore, Actavis denies same.

## XV. CONSCIOUSNESS OF GUILT

2787. Actavis denies the allegations contained in Paragraph 2787 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2787 and, therefore, Actavis denies same.

2788. The allegations contained in Paragraph 2788 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2788 and, therefore, Actavis denies same.

2789. The allegations contained in Paragraph 2789 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2789 and, therefore, Actavis denies same.

2790. The allegations contained in Paragraph 2790 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2790 and, therefore, Actavis denies same.

2791. Actavis denies the allegations contained in Paragraph 2791 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2791 and, therefore, Actavis denies same.

2792. The allegations contained in Paragraph 2792 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2792 and, therefore, Actavis denies same.

2793. The allegations contained in Paragraph 2793 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2793 and, therefore, Actavis denies same.

2794. Actavis denies the allegations contained in Paragraph 2794 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2794 and, therefore, Actavis denies same.

2795. The allegations contained in Paragraph 2795 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2795 and, therefore, Actavis denies same.

2796. The allegations contained in Paragraph 2796 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2796 and, therefore, Actavis denies same.

2797. The allegations contained in Paragraph 2797 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2797 and, therefore, Actavis denies same.

2798. The allegations contained in Paragraph 2798 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2798 and, therefore, Actavis denies same.

2799. The allegations contained in Paragraph 2799 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2799 and, therefore, Actavis denies same.

2800. The allegations contained in Paragraph 2800 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2800 and, therefore, Actavis denies same.

2801. The allegations contained in Paragraph 2801 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2801 and, therefore, Actavis denies same.

2802. The allegations contained in Paragraph 2802 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2802 and, therefore, Actavis denies same.

## XVI. THE GENERIC DRUG INDUSTRY WAS SUSCEPTIBLE TO COLLUSION

2803. Paragraph 2803 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2803 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2803 and, therefore, Actavis denies same.

2804. Actavis denies the allegations contained in Paragraph 2804 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2804 and, therefore, Actavis denies same.

2805. Actavis denies the allegations contained in Paragraph 2805 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2805 and, therefore, Actavis denies same.

2806. Actavis denies the allegations contained in Paragraph 2806 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2806 and, therefore, Actavis denies same.

2807. Actavis denies the allegations contained in Paragraph 2807 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2807 and, therefore, Actavis denies same.

2808. Actavis denies the allegations contained in Paragraph 2808 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2808 and, therefore, Actavis denies same.

2809. Actavis denies the allegations contained in Paragraph 2809 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2809 and, therefore, Actavis denies same.

2810. Actavis denies the allegations contained in Paragraph 2810 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2810 and, therefore, Actavis denies same.

2811. Actavis denies the allegations contained in Paragraph 2811 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2811 and, therefore, Actavis denies same.

2812. Actavis denies the allegations contained in Paragraph 2812 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2812 and, therefore, Actavis denies same.

2813. Actavis denies the allegations contained in Paragraph 2813 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2813 and, therefore, Actavis denies same.

## XVII. DEFENDANTS' CONSPIRACY WAS EFFECTIVE AND IS STILL ONGOING

2814. Actavis denies the allegations contained in Paragraph 2814 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2814 and, therefore, Actavis denies same.

2815. Actavis denies the allegations contained in Paragraph 2815 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2815 and, therefore, Actavis denies same,

2816. Actavis denies the allegations contained in Paragraph 2816 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2816 and, therefore, Actavis denies same.

2817. The allegations contained in Paragraph 2817 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2817 and, therefore, Actavis denies same.

2818. The allegations contained in Paragraph 2818 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2818 and, therefore, Actavis denies same.

2819. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2819 and, therefore, Actavis denies same.

2820. Actavis denies the allegations contained in Paragraph 2820 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2820 and, therefore, Actavis denies same.

2821. Actavis denies the allegations contained in Paragraph 2821 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2821 and, therefore, Actavis denies same.

## XVIII. DISCOVERY WILL ESTABLISH THE FULL SCOPE OF THE CONSPIRACY

2822. Paragraph 2822 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2822 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2822 and, therefore, Actavis denies same.

## XIX. TOLLING OF THE STATUTE OF LIMITATIONS

2823. Paragraph 2823 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2823 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2823 and, therefore, Actavis denies same.

2824. Paragraph 2824 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2824 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2824 and, therefore, Actavis denies same.

2825. Paragraph 2825 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2825

directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2825 and, therefore, Actavis denies same.

2826. Paragraph 2826 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2826 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2826 and, therefore, Actavis denies same.

2827. Paragraph 2827 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2827 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2827 and, therefore, Actavis denies same.

2828. Paragraph 2828 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2828 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2828 and, therefore, Actavis denies same.

2829. Paragraph 2829 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2829 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2829 and, therefore, Actavis denies same.

**A. Spoliation of Evidence**

2830. Actavis denies the allegations contained in Paragraph 2830 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2830 and, therefore, Actavis denies same.

2831. The allegations contained in Paragraph 2831 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2831 and, therefore, Actavis denies same.

2832. The allegations contained in Paragraph 2832 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2832 and, therefore, Actavis denies same.

2833. The allegations contained in Paragraph 2833 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2833 and, therefore, Actavis denies same.

**B. Obstruction of Justice**

2834. Actavis denies the allegations contained in Paragraph 2834 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2834 and, therefore, Actavis denies same.

2835. The allegations contained in Paragraph 2835 are directed toward other Defendants and, therefore, no response is required. To the extent a response is required, Actavis lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2835 and, therefore, Actavis denies same.

2836. Actavis denies the allegations contained in Paragraph 2836 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2836 and, therefore, Actavis denies same.

2837. Paragraph 2837 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2837

directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2837 and, therefore, Actavis denies same.

2838. Paragraph 2838 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2838 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2838 and, therefore, Actavis denies same.

## XX. ANTITRUST VIOLATIONS

### A. Count One – Overarching Conspiracy on all Price-Fixed Generic Drugs Against all Defendants

2839. Actavis incorporates by reference the preceding Paragraphs of this Answer in response to the allegations contained in Paragraph 2839.

2840. Paragraph 2840 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2840 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2840 and, therefore, Actavis denies same.

2841. Actavis denies the allegations contained in Paragraph 2841 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2841 and, therefore, Actavis denies same.

2842. Actavis denies the allegations contained in Paragraph 2842 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2842 and, therefore, Actavis denies same.

2843. Actavis denies the allegations contained in Paragraph 2843 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2843 and, therefore, Actavis denies same.

2844. Actavis denies the allegations contained in Paragraph 2844 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2844 and, therefore, Actavis denies same.

2845. Actavis denies the allegations contained in Paragraph 2845 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2845 and, therefore, Actavis denies same.

2846. Actavis denies the allegations contained in Paragraph 2846 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2846 and, therefore, Actavis denies same.

2847. Actavis denies the allegations contained in Paragraph 2847 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2847 and, therefore, Actavis denies same.

2848. Actavis denies the allegations contained in Paragraph 2848 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2848 and, therefore, Actavis denies same.

2849. Actavis denies the allegations contained in Paragraph 2849 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2849 and, therefore, Actavis denies same.

2850. Actavis denies the allegations contained in Paragraph 2850 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2850 and, therefore, Actavis denies same.

2851. Actavis denies the allegations contained in Paragraph 2851 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2851 and, therefore, Actavis denies same.

2852. Actavis denies the allegations contained in Paragraph 2852 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2852 and, therefore, Actavis denies same.

2853. Actavis denies the allegations contained in Paragraph 2853 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2853 and, therefore, Actavis denies same.

2854. Actavis denies the allegations contained in Paragraph 2854 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2854 and, therefore, Actavis denies same.

2855. Paragraph 2855 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2855 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2855 and, therefore, Actavis denies same.

2856. Paragraph 2856 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2856 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2856 and, therefore, Actavis denies same.

2857. Paragraph 2857 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2857 that

are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2857 and, therefore, Actavis denies same.

2858. Paragraph 2858 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2858 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2858 and, therefore, Actavis denies same.

2859. Paragraph 2859 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2859 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2859 and, therefore, Actavis denies same.

2860. Paragraph 2860 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2860 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2860 and, therefore, Actavis denies same.

**B. Count Two (Pled in the Alternative to Count One) Against Teva, Actavis, Amneal, Apotex, Aurobindo, Breckenridge, Dr. Reddy's, Glenmark, Greenstone, Lannett, Lupin, Mylan, Par, Pfizer, Sandoz, Taro, Upsher-Smith, Wockhardt, and Zydus**

2861. Actavis incorporates by reference the preceding Paragraphs of this Answer in response to the allegations contained in Paragraph 2861.

2862. Actavis denies the allegations contained in Paragraph 2862 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2862 and, therefore, Actavis denies same.

2863. Actavis denies the allegations in Paragraph 2863 directed toward it, except admits only that Actavis is named as a defendant in this action. Actavis lacks knowledge or information

sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2863 and, therefore, Actavis denies same.

2864. Paragraph 2864 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2864 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2864 and, therefore, Actavis denies same.

2865. Actavis denies the allegations contained in Paragraph 2865 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2865 and, therefore, Actavis denies same.

2866. Actavis denies the allegations contained in Paragraph 2866 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2866 and, therefore, Actavis denies same.

2867. Actavis denies the allegations contained in Paragraph 2867 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2867 and, therefore, Actavis denies same.

2868. Actavis denies the allegations contained in Paragraph 2868 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2868 and, therefore, Actavis denies same.

2869. Actavis denies the allegations contained in Paragraph 2869 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2869 and, therefore, Actavis denies same.

2870. Paragraph 2870 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2870 that

are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2870 and, therefore, Actavis denies same.

2871. Paragraph 2871 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2871 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2871 and, therefore, Actavis denies same.

2872. Paragraph 2872 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2872 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2872 and, therefore, Actavis denies same.

2873. Paragraph 2873 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2873 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2873 and, therefore, Actavis denies same.

2874. Paragraph 2874 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2874 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2874 and, therefore, Actavis denies same.

2875. Paragraph 2875 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2875 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2875 and, therefore, Actavis denies same.

**C. Counts Three through One Hundred Ninety (Individual Conspiracies)**

2876. Actavis incorporates by reference the preceding Paragraphs of this Answer in response to the allegations contained in Paragraph 2876.

2877. Actavis denies the allegations contained in Paragraph 2877 directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2877 and, therefore, Actavis denies same.

2878. Paragraph 2878 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2878 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2878 and, therefore, Actavis denies same.

2879. Paragraph 2879 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2879 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2879 and, therefore, Actavis denies same.

2880. Paragraph 2880 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2880 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2880 and, therefore, Actavis denies same.

2881. Paragraph 2881 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2881 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2881 and, therefore, Actavis denies same.

2882. Paragraph 2882 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2882 that

are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2882 and, therefore, Actavis denies same.

2883. Paragraph 2883 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2883 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2883 and, therefore, Actavis denies same.

2884. Paragraph 2884 consists of legal conclusions to which no response is required. To the extent a response is required, Actavis denies the allegations contained in Paragraph 2884 that are directed toward it. Actavis lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2884 and, therefore, Actavis denies same.

## XXI. PRAYER FOR RELIEF

Actavis denies any and all allegations contained in the "WHEREFORE" clauses and denies that Plaintiffs are entitled to the requested relief, or to any relief whatsoever.

## XXII. JURY DEMAND

Actavis hereby demands a trial by jury on all issues that may be tried and decided by jury.

## AFFIRMATIVE DEFENSES AND OTHER DEFENSES

Without assuming any burden it would not otherwise bear, and reserving its right to amend its Answer to assert additional defenses as they may become known during discovery, Actavis asserts the following separate and additional defenses:

### FIRST AFFIRMATIVE DEFENSE

1. Plaintiffs fail to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

2. Plaintiffs' claims are barred, in whole or in part, because Plaintiffs and the putative class lack Article III and statutory standing to assert their claims.

**THIRD AFFIRMATIVE DEFENSE**

3. Plaintiffs' claims are barred, in whole or in part, by the applicable statutes of limitations.

**FOURTH AFFIRMATIVE DEFENSE**

4. Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered any antitrust or other injury, or any damages as a result of any conduct alleged in this lawsuit, including because Plaintiffs have passed on any alleged overcharges.

**FIFTH AFFIRMATIVE DEFENSE**

5. Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered injury proximately caused by any conduct on the part of Actavis and/or has not suffered, and will not suffer, injury of the type that the relevant statutes were designed to prevent.

**SIXTH AFFIRMATIVE DEFENSE**

6. The damages alleged in Plaintiffs' Complaint, if any, were caused, in whole or in part, by Plaintiffs' own conduct, by the conduct of persons or entities with regard to whom Plaintiffs are legally responsible, and/or by the conduct of persons or entities with regard to whom Actavis is not legally responsible, and not by any alleged conduct on the part of Actavis.

**SEVENTH AFFIRMATIVE DEFENSE**

7. Plaintiffs' claims are barred, in whole or in part, because Plaintiffs failed to mitigate damages, if any, allegedly suffered as a result of the conduct they allege. Alternatively, any damages sustained by Plaintiffs, which Actavis denies, must be reduced by the amount that such damages would have been reduced had Plaintiffs exercised reasonable diligence in mitigating their damages.

**EIGHTH AFFIRMATIVE DEFENSE**

8. Plaintiffs' claims are barred, in whole or in part, because Plaintiffs' alleged damages, if any, are too remote and speculative, and because of the impossibility of proof as to those damages.

**NINTH AFFIRMATIVE DEFENSE**

9. To the extent Plaintiffs' claims would result in Actavis's paying damages to more than one claimant for the same alleged overcharge, they are barred because such multiple liability would violate rights guaranteed Actavis by the United States Constitution, including, without limitation, rights guaranteed under the Due Process Clause of the Fifth and Fourteenth Amendments.

**TENTH AFFIRMATIVE DEFENSE**

10. Plaintiffs' claims are barred, in whole or in part, because Plaintiffs' damages, if any, resulted from the acts or omissions of third parties over whom Actavis had no control, which constitute intervening or superseding causes of harm.

**ELEVENTH AFFIRMATIVE DEFENSE**

11. Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver, estoppel, unclean hands, and/or laches.

**TWELFTH AFFIRMATIVE DEFENSE**

12. Plaintiffs' claims are barred, in whole or in part, because the application of a state's law to conduct in other states would violate the Dormant Commerce Clause of the United States Constitution because such laws, facially and as applied to the alleged conduct at issue, would impose a burden on interstate commerce that is clearly excessive in relation to the putative local benefits. *See, e.g.*, *Comptroller of Treasury of Maryland v. Wynne*, 135 S. Ct. 1787, 1794 (2015).

**THIRTEENTH AFFIRMATIVE DEFENSE**

13. Any and all of Actavis's actions alleged by Plaintiffs were unilateral, consistent with its independent self-interest and the operation of a competitive marketplace, and lawful.

**FOURTEENTH AFFIRMATIVE DEFENSE**

14. Plaintiffs' claims are barred, in whole or in part, because the acts or omissions of Actavis did not substantially lessen competition in any properly defined market.

**FIFTEENTH AFFIRMATIVE DEFENSE**

15. Without admitting the existence of any contract, combination or conspiracy in restraint of trade, and expressly denying same, Plaintiffs' claims are barred, in whole or in part, by non-settling Defendants' right to set off any amounts paid to Plaintiffs by any Defendants who have settled, or do settle, Plaintiffs' claims against them in this action.

**SIXTEENTH AFFIRMATIVE DEFENSE**

16. Actavis also reserves all affirmative defenses under Federal Rule of Civil Procedure 8(c) and any other defenses, at law or in equity, that may now exist or in the future be available based on discovery and further factual investigation in this case.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

17. Actavis adopts by reference any additional applicable affirmative, or other, defense pleaded by any other Defendant in this matter.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

18. Plaintiffs' claims are barred, reduced, and/or limited pursuant to applicable statutory and common law regarding limitations of awards, caps on recovery, and setoffs.

**NINETEENTH AFFIRMATIVE DEFENSE**

19. Actavis's rights under the Due Process Clause of the United States Constitution are violated by any financial or other arrangement that might distort a government attorney's duty to pursue justice rather than his or her personal interests, financial or otherwise, in the context of a civil enforcement proceeding. *See, e.g., Marshall v. Jerrico, Inc.*, 446 U.S. 238 (1980).

**TWENTIETH AFFIRMATIVE DEFENSE**

20. The imposition of civil monetary penalties in this action would violate the Excessive Fines Clause of the Eighth Amendment of the United States Constitution. The civil penalties sought by Plaintiffs are grossly disproportional to the gravity of Actavis's purported conduct and thereby unconstitutional. *See United States v. Bajakajian*, 524 U.S. 321, 334 (1998).

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

21. Plaintiffs' claims are barred, in whole or in part, because they fail to plead conspiracy or fraud with the particularity required under applicable law.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

22. Plaintiffs' claims are barred, in whole or in part, because none of the actions alleged to have been taken by Actavis harmed consumers.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

23. Plaintiffs' claims are barred, in whole or in part, by the defense or privilege of competition.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

24. Plaintiffs' claims based on conspiracy are barred, in whole or in part, because civil conspiracy is not actionable in the absence of an underlying wrongful act or tort.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

25. Plaintiffs' Complaint, and the cause of action allegedly contained herein, is barred, in whole or in part, because it does not present a justiciable controversy.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

26. Plaintiffs' claims are barred, in whole or in part, by the voluntary payment doctrine, under which one cannot recover payments made with full knowledge of the facts.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

27. Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have failed to state a claim for injunctive relief, insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the requisite showing of threatened harm or continuing harm.

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

28. To the extent that Plaintiffs attempt to seek equitable relief against Actavis, they are not entitled to such relief because they have an adequate remedy at law.

**TWENTY-NINTH AFFIRMATIVE DEFENSE**

29. Claims against Actavis for damages are barred, in whole or in part, by the doctrine of consent and/or ratification to the extent that Plaintiffs have received and/or paid for products manufactured, marketed, and sold by Actavis after the filing of Plaintiffs' original complaint.

**THIRTIETH AFFIRMATIVE DEFENSE**

30. To the extent that any actionable conduct occurred, Plaintiffs' claims are barred because all such conduct would have been committed by individuals acting *ultra vires*.

## <u>THIRTY-FIRST AFFIRMATIVE DEFENSE</u>

31. Actavis is entitled to complete indemnity (express or implied), contribution, proportional fault, comparative fault, allocation, apportionment, and offset against parties (including severed parties, and/or those proceeding in bankruptcy) and non-parties.

## <u>PRAYER FOR RELIEF</u>

WHEREFORE, Actavis denies that it is liable to Plaintiffs for any amount, and respectfully requests that this Court deny the relief requested by Plaintiffs, dismiss Plaintiffs' claims in their entirety with prejudice, enter judgment in favor of Actavis, award Actavis all reasonable attorneys' fees and costs, and afford Actavis any other relief as the Court finds just and proper.

Dated: March 2, 2026

Respectfully submitted,

By: *<u>/s/ Seth A. Moskowitz</u>*

Seth A. Moskowitz
Sheron Korpus
Seth Davis
KASOWITZ LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
smoskowitz@kasowitz.com
skorpus@kasowitz.com
sdavis@kasowitz.com

*Attorneys for Defendants Actavis Holdco U.S., Inc. and Actavis Pharma, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of March 2026, I caused the foregoing to be electronically filed and served through the Court's ECF system.

/s/ *Seth A. Moskowitz*
Seth A. Moskowitz