**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

THE KROGER CO., ALBERTSONS COMPANIES, LLC, AND H.E. BUTT GROCERY COMPANY L.P.,

Plaintiffs,

vs.

ACTAVIS HOLDCO U.S., INC., ACTAVIS PHARMA, INC., AKORN, INC., ALVOGEN INC., AMNEAL PHARMACEUTICALS, INC., AMNEAL PHARMACEUTICALS, LLC, APOTEX CORP., AUROBINDO PHARMA USA, INC., BRECKENRIDGE PHARMACEUTICAL, INC., CAMBER PHARMACEUTICALS, INC., CITRON PHARMA, LLC, DR. REDDY'S LABORATORIES, INC., EMCURE PHARMACEUTICALS, LTD., ENDO INTERNATIONAL PLC, EPIC PHARMA, LLC, FOUGERA PHARMACEUTICALS, INC., G&W LABORATORIES, INC., GENERICS BIDCO I, LLC, GLENMARK PHARMACEUTICALS INC., USA, GREENSTONE LLC, HERITAGE PHARMACEUTICALS, INC., HI-TECH PHARMACAL CO., INC., HIKMA LABS, INC., HIKMA PHARMACEUTICALS, USA, INC., IMPAX LABORATORIES, INC., JUBILANT CADISTA PHARMACEUTICALS, INC., LANNETT COMPANY, INC., LUPIN PHARMACEUTICALS, INC., MAYNE PHARMA USA INC., MALLINCKRODT INC., MALLINCKRODT LLC, MALLINCKRODT PLC; MORTON GROVE PHARMACEUTICALS, INC., MYLAN PHARMACEUTICALS, INC., MYLAN, INC., MYLAN N.V., OCEANSIDE PHARMACEUTICALS, INC., PAR PHARMACEUTICAL, INC.,

CIVIL ACTION: 18-cv-284-CMR

JURY TRIAL DEMANDED

PERRIGO NEW YORK, INC., PFIZER INC., PLIVA, INC., SANDOZ, INC., STRIDES PHARMA, INC., SUN PHARMACEUTICAL INDUSTRIES, INC., TARO PHARMACEUTICALS USA, INC., TELIGENT, INC., TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC., UDL LABORATORIES, INC., UPSHER-SMITH LABORATORIES, LLC, VALEANT PHARMACEUTICALS NORTH AMERICA, LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, INC., VERSAPHARM, INC., WEST-WARD COLUMBUS, INC. WESTWARD PHARMACEUTICALS CORP., WOCKHARDT USA LLC, AND ZYDUS PHARMACEUTICALS (USA) INC.

**DEFENDANT TARO PHARMACEUTICALS U.S.A., INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendant Taro Pharmaceuticals U.S.A., Inc. ("Taro") hereby responds[1] to the allegations in the Second Amended Complaint dated September 4, 2020 ("Complaint") filed by the Kroger Co., Albertsons Companies, LLC, and H.E. Butt Grocery Company L.P. ("Plaintiffs").

Taro denies the allegations in the Complaint except as specifically admitted; denies any allegations as to which there is no specific response; and denies all titles, headings, footnotes, subheadings, and any other material not contained in numbered paragraphs. The headings and sub-headings in the Complaint require no response. However, to the extent a response is required, Taro denies all allegations in the headings and sub-headings in the Complaint. The headings used in this Answer are those used in the Complaint and are intended for the convenience of the reader only.

[1] Taro's Answer is submitted pursuant to Pretrial Order No. 326. MDL ECF No. 3997. Taro's Answer is therefore provided without any waiver of arguments or relief sought in any pending motion to dismiss the Complaint.

Taro's Answer is solely on its own behalf and is answering allegations only as to itself. Taro lacks knowledge or information to form a belief about the truth of the allegations in the Complaint that are directed toward other Defendants or which purport to reference statements or documents from other Defendants, and on that basis denies all such allegations.

To the extent that Plaintiffs purport to quote from documents in the Complaint, Taro refers to the documents themselves for their actual and complete contents. Taro has not attempted to verify the accuracy, completeness, or existence of Plaintiffs' quotations. To the extent that the quotations are incomplete, inaccurate, or misleading, or the underlying documents do not exist, Taro denies the allegations.

## I. INTRODUCTION

1. It is admitted that Plaintiffs purport to bring this Action as stated. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph and specifically denies that it engaged in unlawful conduct and denies that it participated in a conspiracy or a series of conspiracies.

2. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph. Further, Taro denies that it has engaged in unlawful conduct alleged in the Complaint and denies that it participated in a conspiracy or series of conspiracies.

3. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those

allegations in this paragraph. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph. Further, Taro denies that it has engaged in unlawful conduct alleged in the Complaint and denies that the deferred prosecution agreement entered into by Taro constitutes an admission of any conspiracy alleged by Plaintiff or proves the existence of either an overarching conspiracy or an individual drug conspiracy.

4. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro admits that it entered into a deferred prosecution agreement with DOJ ("DPA"), which agreement expired in July 2023. Taro denies that any statements in the DPA constitute admissions of the unlawful conduct alleged in this paragraph or of any unlawful conduct alleged in the Complaint. Further, while Taro admits that the DOJ Antitrust Division charged Ara Aprahamian with violations of the Sherman Act, the DOJ subsequently and voluntarily dismissed the charges against Mr. Aprahamian with prejudice. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

5. Taro denies the allegations in this paragraph and denies the allegations in the AG Complaint. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the allegations in this paragraph.

6. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Further, AG Complaint speaks for itself and no response is required.

To the extent a response is required, Taro denies the remainder of the allegations in this paragraph. Further, Taro denies that it has engaged in unlawful conduct alleged in the Complaint.

7. Denied.

8. Taro denies that this paragraph provides a complete and/or accurate description of the economic principles and aspects of the generic drug industry purportedly described and states that issues pertaining to sales, pricing, and the market for pharmaceutical products must be considered on a case-by-case basis and therefore, Taro denies the allegations as set forth in this paragraph. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

9. Taro denies that this paragraph provides a complete and/or accurate description of the economic principles and aspects of the generic drug industry purportedly described and states that issues pertaining to sales, pricing, and the market for pharmaceutical products must be considered on a case-by-case basis and therefore, Taro denies the allegations as set forth in this paragraph. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

10. Denied. Further, Taro denies that it participated in a conspiracy or series of conspiracies.

11. Denied. Further, Taro denies that it participated in a conspiracy or series of conspiracies.

12. This paragraph contains a statement of the case for which no response is required. Further, The allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph.

## II. DRUGS INVOLVED IN THE CONSPIRACY

13. Taro admits that that the Complaint lists a number of drugs purportedly described as "Price-Fixed Generic Drugs". Taro denies that there was price fixing on any of the drugs listed, in any dosage, strength or formulation. Further, Taro did not manufacture or sell a number of the drugs listed and therefore, Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to those drugs and persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

## III. VENUE AND JURISDICTION

14. Taro admits that Plaintiff brought an action as purported. The allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph.

15. The allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the allegations in this paragraph.

16. (a)-(d) The allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro admits that Taro sold generic drugs in the District and certain states in the United States. Taro denies the remainder of the allegations in this paragraph.

17. (a)-(f) The allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro admits that Taro sold generic drugs in this District and in certain states in the United States. Taro denies the remainder of the allegations in this paragraph.

## IV. PARTIES

### A. Plaintiffs

18. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph and denies that Plaintiffs sustained injury and damages as a proximate result of Taro's actions.

19. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph and denies that Plaintiffs sustained injury and damages as a proximate result of Taro's actions.

20. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph and denies that Plaintiffs sustained injury and damages as a proximate result of Taro's actions.

### B. Defendants

21. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

22. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

23. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

24. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

25. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

26. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

27. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

28. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

29. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

30. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

31. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

32. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

33. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

34. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

35. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

36. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

37. (a)-(r) Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

38. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

39. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

40. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

41. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

42. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

43. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

44. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

45. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

46. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

47. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

48. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

49. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

50. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

51. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

52. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

53. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

54. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

55. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro admits that Sun Pharmaceutical Industries Ltd., was during the Relevant Period, a majority owner of Taro Pharmaceutical Industries, Ltd.

56. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

57. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

58. Taro admits that it is a New York corporation with its principal place of business in Hawthorne, New York. Taro admits that Taro Pharmaceuticals U.S.A., Inc. is an indirectly wholly owned subsidiary of Taro Pharmaceutical Industries, Ltd., an Israeli corporation. Taro admits that Taro sold certain generic drugs to certain purchasers in this District and certain states in the United States. Taro denies the remaining allegations in this paragraph. Taro denies that it engaged in unlawful conduct as alleged in the Complaint and denies that it engaged in a conspiracy or series of conspiracies.

59. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

60. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

61. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

62. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

63. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

64. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

65. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

66. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

67. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

68. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

69. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

### C. Co-Conspirators and Agents

70. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations are related to Taro, they are denied.

71. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations are related to Taro, they are denied.

72. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations are related to Taro, they are denied.

73. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations are related to Taro, they are denied.

74. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations are related to Taro, they are denied.

## V. TRADE AND COMMERCE

75. (a)-(d) Taro admits that it sold some of the generic drugs identified in paragraph 13 of the Complaint in a number of states in the United States, including this District. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph.

76. Taro denies the allegations in this paragraph as they relate to Taro. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Further, the allegations in this paragraph state legal conclusions for which no response is required. Further, Taro denies that it has engaged in the unlawful conduct alleged in the Complaint.

## VI. GENERIC DRUGS, THE FDCA AND THE HATCH-WAXMAN AMENDMENTS

77. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph. Taro further denies that the allegations in this paragraph provide a complete and/or accurate description of the generic drug industry and states that pricing for generic drugs must be considered on a case-by-case basis. Further, this paragraph alleges generalized and incomplete principles of economics that Taro can neither admit or deny and, on that basis, denies those allegations.

78. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph. Taro further denies that the allegations in this paragraph provide a complete and/or accurate description of the generic drug industry and states that pricing for generic drugs must be considered on a case-by-case basis. Further, this paragraph alleges generalized and incomplete principles of economics that Taro can neither admit or deny and, on that basis, denies those allegations.

79. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph. Taro

further denies that the allegations in this paragraph provide a complete and/or accurate description of the generic drug industry and states that pricing for generic drugs must be considered on a case-by-case basis. Further, this paragraph alleges generalized and incomplete principles of economics that Taro can neither admit or deny and, on that basis, denies those allegations.

80. Taro further denies that the allegations in this paragraph provide a complete and/or accurate description of the generic drug industry and states that pricing for generic drugs must be considered on a case-by-case basis. Further, this paragraph alleges generalized and incomplete principles of economics that Taro can neither admit or deny and, on that basis, denies those allegations. Taro denies the remainder of the allegations in this paragraph.

81. Taro admits that it provides enormous savings to consumers, pharmacies, and other drug purchasers, as well as to private health insurers, health and welfare funds, state Medicaid programs and other persons and entities. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

82. Taro admits that generic drug manufacturers obtain FDA approval to market and sell generic versions of a brand drug in the United States through the filing of an ANDA. Taro further admits that the Hatch-Waxman Act provides the statutory framework in which the FDA evaluates and approves ANDAs. Taro denies that this paragraph provides a complete and/or accurate description of the economic principles and aspects of the generic drug industry purportedly described. Further, the allegations state legal conclusions and purported legislative goals for which no response is required. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and,

on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

83. The allegations in this paragraph state legal conclusions and purported legislative goals for which no response is required. To the extent a response is required, the language of the statue speaks for itself and it is denied. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies those allegations in this paragraph.

84. The allegations in this paragraph state legal conclusions and purported legislative goals for which no response is required. To the extent a response is required, the language of the statue speaks for itself and it is denied. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies those allegations in this paragraph.

85. The allegations in this paragraph state legal conclusions and purported legislative goals for which no response is required. To the extent a response is required, the language of the statue speaks for itself and it is denied. Taro admits that the Hatch-Waxman Act provides the statutory framework in which the FDA evaluates and approves ANDAs. Further, Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

86. Taro admits that, as a generic drug manufacturer, it provides enormous savings to consumers, pharmacies, and other drug purchasers, as well as to private health insurers, health and welfare funds, state Medicaid programs and other persons and entities. Further, Taro admits that generic versions of brand name drugs contain the same active ingredient and are determined by

the FDA to be just as safe and effective, as their brand name counterparts. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph. Further, Taro denies that this paragraph provides a complete and/or accurate description of the economic principles and aspects of the generic drug industry purportedly described and states that issues pertaining to sales, pricing, and the market for pharmaceutical products must be considered on a case-by-case basis and therefore, Taro denies the allegations as set forth in this paragraph.

87. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph. Taro denies that this paragraph provides a complete and/or accurate description of the economic principles and aspects of the generic drug industry purportedly described and states that issues pertaining to sales, pricing, and the market for pharmaceutical products must be considered on a case-by-case basis and therefore, Taro denies the allegations as set forth in this paragraph.

88. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro admits that almost every state has adopted substitution laws, but denies the characterization of those laws in this paragraph. Further, the allegations in this paragraph state legal conclusions and purported legislative goals for which no response is required. To the extent a response is required, the language of the statute speaks for itself and it is denied.

89. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies those allegations in this paragraph.

90. Taro denies that this paragraph and accompanying graphics provide a complete and/or accurate description of the economic principles and aspects of the generic drug industry purportedly described, and states that issues pertaining to sales, pricing, and the market for

pharmaceutical products must be considered on a case-by-case basis and therefore, Taro denies the allegations as set forth. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remaining allegations in this paragraph.

91. Taro admits that generic manufacturers typically report a Wholesale Acquisition Cost ("WAC"). Taro denies the characterization of WAC in this paragraph. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remaining allegations in this paragraph.

## VII. THE DOJ AND STATE ATTORNEYS GENERAL INVESTIGATIONS

92. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

### A. The DOJ is Leading a Broad-Ranging Criminal Investigation Into the Anticompetitive Conduct of Generic Drug Manufacturers

93. Taro admits that it received a grand jury subpoena relating to a DOJ investigation into generic drug pricing. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

94. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

95. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

96. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

97. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

98. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Further, the allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the allegations in this paragraph. Further, Taro denies that it has engaged in the unlawful conduct alleged in the Complaint.

99. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies the allegations in the referenced DOJ press release. By way of further response, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions

for which no response is required. To the extent a response is required, Taro denies the allegations in this paragraph.

100. Taro admits that it received a grand jury subpoena relating to a DOJ investigation into generic drug pricing. Taro states that the referenced source or sources speak for themselves and do not require a response. By way of further response, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent a response is required, Taro denies the allegations in this paragraph. Further, Taro denies that it has engaged in unlawful conduct alleged in the Complaint.

101. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro specifically denies that the receipt of a subpoena is an indication that antitrust offenses have occurred involving Taro. By way of further response, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the allegations in this paragraph.

102. Taro states that the referenced source or sources speak for themselves and do not require a response. By way of further response, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the allegations in this paragraph.

103. Taro states that the referenced source or sources speak for themselves and do not require a response. By way of further response, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the allegations in this paragraph.

104. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the allegations in this paragraph.

105. Taro admits that DOJ filed a Criminal Information against Taro, which was dismissed with prejudice in August 2023, in connection with DOJ's criminal investigation into the generic pharmaceutical drug industry. Further, while Taro admits that DOJ charged Ara Aprahamian with violations of the Sherman Act, DOJ subsequently and voluntarily dismissed the charges against Mr. Aprahamian with prejudice. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

106. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

107. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

108. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

109. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

110. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

111. Taro states that the referenced source or sources speak for themselves and do not require a response. Further, while Taro admits that the DOJ Antitrust Division charged Ara Aprahamian with violations of the Sherman Act, the DOJ subsequently and voluntarily dismissed the charges against Mr. Aprahamian with prejudice. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the reminder of the allegations and denies that it participated in a conspiracy or series of conspiracies as alleged in the Complaint.

112. Taro states that the referenced source or sources speak for themselves and do not require a response. By way of further response, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and,

on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the allegations in this paragraph.

113. Taro states that the referenced source or sources speak for themselves and do not require a response. By way of further response, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the allegations in this paragraph.

114. Taro states that the referenced source or sources speak for themselves and do not require a response. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

115. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies the allegations in the referenced AG complaint. By way of further response, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph.

116. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro lacks sufficient knowledge or information to form a belief as to the truth

of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this Paragraph.

117. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

118. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

119. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

120. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

121. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

122. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro lacks sufficient knowledge or information to form a belief as to the truth

of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

123. Taro admits that DOJ filed a Criminal Information against Taro, which DOJ voluntarily dismissed with prejudice in August 2023, in which it alleged conspiracies involving Sandoz Inc. and Defendant Teva. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the unlawful conduct alleged in this paragraph and denies that it participated in any conspiracy alleged in the Complaint.

124. Taro admits that it entered into a deferred prosecution agreement with DOJ on or around July 23, 2020 ("DPA"), which agreement expired in July 2023. Taro denies that any statements in the DPA constitute admissions of the unlawful conduct alleged in this paragraph or of any unlawful conduct alleged in the Complaint. Taro further states that the referenced source or sources speak for themselves and do not require a response. Taro further admits DOJ charged Ara Aprahamian with violations of the Sherman Act, which charges were subsequently and voluntarily dismissed against Mr. Aprahamian with prejudice. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph and denies that it participated in any conspiracy alleged in the Complaint.

125. Taro denies that any statements in the DPA constitute admissions of the unlawful conduct alleged in this paragraph or of any unlawful conduct alleged in the Complaint. Taro further states that the referenced source or sources speak for themselves and do not require a response, and that the remaining allegations in this paragraph state legal conclusions for which no response

is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph and denies that it participated in any conspiracy alleged in the Complaint.

126. Taro denies that any statements in the DPA constitute admissions of the unlawful conduct alleged in this paragraph or of any unlawful conduct alleged in the Complaint. Taro further states that the referenced source or sources speak for themselves and do not require a response, and that the remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph and denies that it participated in any conspiracy alleged in the Complaint.

127. Taro states that the referenced source or sources speak for themselves and do not require a response. By way of further response, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

128. Taro states that the referenced source or sources speak for themselves and do not require a response. By way of further response, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

129. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**B. At Least 49 State Attorneys General are Also Investigating the Anticompetitive Conduct in the Generic Drug Industry**

130. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies the allegations in the referenced complaint. By way of further

response, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph and denies that it engaged in the unlawful conduct alleged in the Complaint.

131. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies the allegations in the referenced state civil enforcement actions. By way of further response, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph and denies that it engaged in the unlawful conduct alleged in the Complaint.

132. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph and denies that it engaged in the unlawful conduct alleged in the Complaint.

133. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies the allegations in the referenced state civil enforcement actions.

By way of further response, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph and denies that it engaged in the unlawful conduct alleged in the Complaint.

134. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies the allegations in the referenced state civil enforcement actions. By way of further response, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph and denies that it engaged in the unlawful conduct alleged in the Complaint.

135. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

136. Denied.

137. (a)-(g) Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

## VIII. CONGRESSIONAL RESPONSES TO GENERIC DRUG PRICE INCREASES

138. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro otherwise denies the allegations in this paragraph.

139. Taro admits that it received a letter from Congress in the Fall of 2014. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

140. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro otherwise denies the allegations in this paragraph.

141. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies that this paragraph provides a complete and/or accurate description of the economic principles and aspects of the generic drug industry purportedly described, and states that issues pertaining to sales, pricing, and the market for pharmaceutical products must be considered on a case-by-case basis and therefore, Taro denies the allegations as set forth. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remaining allegations in this paragraph.

## IX. THE GENERIC DRUG INDUSTRY WAS CHARACTERIZED BY AN EXTREMELY HIGH LEVEL OF COMPETITOR CONTACTS, WHICH FACILITATED COLLUSION BETWEEN DEFENDANTS

142. Denied.

143. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro otherwise denies the allegations in this paragraph.

144. Denied. Further, Taro denies that it has engaged in the unlawful conduct as alleged in the Complaint.

**A. Defendants Used Trade Association Meetings to Facilitate Their Collusion**

145. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro denies that it has engaged in unlawful conduct alleged in the Complaint. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

146. Taro admits that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro denies that it has engaged in unlawful conduct alleged in the Complaint. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

147. (a)-(g) Denied. Further, Taro denies that it has engaged in the unlawful conduct alleged in the Complaint.

148. Denied. Further, Taro denies that it has engaged in the unlawful conduct alleged in the Complaint.

149. Denied. Further, Taro denies that it has engaged in the unlawful conduct alleged in the Complaint.

150. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies the allegations in the referenced DOJ investigation and state civil enforcement actions. By way of further response, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph. Further, Taro denies that it has engaged in unlawful conduct alleged in the Complaint.

151. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations and denies the information as contained in the chart referenced in this paragraph. Further, Taro denies that it has engaged in unlawful conduct alleged in the Complaint. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

152. Taro admits that it was a member of the GPhA during the relevant time period of the Complaint. The referenced source speaks for itself and therefore, no response is required.

Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied. Further, Taro denies that it has engaged in unlawful conduct alleged in the Complaint.

153. Taro admits that it was a member of the GPhA during the relevant time period of the Complaint. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

154. Taro states that the referenced source or sources speak for themselves and do not require a response. Further, Taro denies the allegations as set forth in the States AG complaint and denies that it engaged in the unlawful conduct as alleged in the Complaint. Further, Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the allegations in this paragraph as they relate to Taro.

155. Taro admits that Jim Kedrowski served on the GPhA's board. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Further, Taro demies that it engaged in the unlawful conduct alleged in the Complaint.

156. Denied.

157. Taro admits that it was a member of the HDMA during the relevant time period of the Complaint. Taro otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

158. Denied.

159. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

160. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

161. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

162. Taro admits that trade association meetings were held periodically by ECRM. Taro otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

163. Taro admits that trade association meetings were held periodically by ECRM. Taro otherwise lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

164. Taro denies the allegations in this paragraph. Further, to the extent the allegations in this paragraph state legal conclusions, no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph.

165. It is admitted that Taro's headquarters in located in New York. As to all other allegations, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. By way of further response, the allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph and denies that it has engaged in the unlawful conduct alleged in the Complaint.

166. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. By way of further response, the allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph and denies that it has engaged in the unlawful conduct alleged in the Complaint.

167. Taro denies the allegations in this paragraph. Further, to the extent the allegations in this paragraph state legal conclusions, no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph and denies that it has engaged in the unlawful conduct alleged in the Complaint.

168. Denied.

169. Denied.

**B. Defendants Communicated in Secret through E-Mail, Telephone, and Text Messages**

170. Denied.

171. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

172. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

173. Denied.

**C. The Overarching Conspiracy between Generic Drug Manufacturers – Playing Nice in the Sandbox**

174. Denied.

175. Taro denies the allegations in this paragraph and specifically denies that it engaged in unlawful conduct as outlined in this paragraph and denies that it participated in a conspiracy or a series of conspiracies. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required.

176. Taro denies the allegations in this paragraph and specifically denies that it engaged in unlawful conduct as outlined in this paragraph and denies that it participated in a conspiracy or a series of conspiracies. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required.

177. Taro denies the allegations in this paragraph and specifically denies that it engaged in unlawful conduct as outlined in this paragraph and denies that it participated in a conspiracy or a series of conspiracies. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required.

178. Taro denies the allegations in this paragraph and specifically denies that it engaged in unlawful conduct as outlined in this paragraph and denies that it participated in a conspiracy or a series of conspiracies. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

179. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph and the referenced graphic.

180. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph and the referenced graphic.

181. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph and the referenced graphic.

182. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph and the referenced graphic.

183. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph and the referenced graphic.

184. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph and the referenced graphic.

185. Taro denies the allegations in this paragraph and specifically denies that it engaged in unlawful conduct as outlined in this paragraph and denies that it participated in a conspiracy or a series of conspiracies. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the allegations in this paragraph.

186. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph and specifically denies that it engaged in unlawful conduct as outlined in this paragraph and denies that it participated in a conspiracy or a series of conspiracies.

187. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph. Taro denies that it has engaged in the unlawful conduct alleged in the Complaint.

188. Taro denies the allegations in this paragraph and related graphic and specifically denies that it engaged in unlawful conduct as outlined in this paragraph and denies that it participated in a conspiracy or a series of conspiracies. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

189. Taro denies the allegations in this paragraph and specifically denies that it engaged in unlawful conduct as outlined in this paragraph and denies that it participated in a conspiracy or a series of conspiracies. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

190. Taro denies the allegations in this paragraph and specifically denies that it engaged in unlawful conduct as outlined in this paragraph and denies that it participated in a conspiracy or a series of conspiracies.

191. Taro denies the allegations in this paragraph and specifically denies that it engaged in unlawful conduct as outlined in this paragraph and denies that it participated in a conspiracy or a series of conspiracies. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal

conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations.

192. Taro denies the allegations in this paragraph and specifically denies that it engaged in unlawful conduct as outlined in this paragraph and denies that it participated in a conspiracy or a series of conspiracies. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the allegations in this paragraph.

193. Taro denies the allegations in this paragraph and specifically denies that it engaged in unlawful conduct as outlined in this paragraph. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

194. Taro denies the allegations in this paragraph. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

195. Taro states that the referenced source or sources speak for themselves and do not require a response. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

196. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

197. Taro denies the allegations in this paragraph. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

198. Taro denies the allegations in this paragraph. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

199. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies that it has engaged in the unlawful conduct alleged in the Complaint.

200. Taro denies the allegations in this paragraph. Further, Taro denies that it has engaged in the unlawful conduct alleged in the Complaint. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

201. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

202. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

203. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

204. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

205. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

206. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies the allegations in this paragraph. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies that it has engaged in the unlawful conduct alleged in the Complaint.

207. Taro denies the allegations in this paragraph and specifically denies that it engaged in unlawful conduct as outlined in this paragraph. Taro lacks sufficient knowledge or information

to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required.

208. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

209. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

210. Taro states that the referenced source or sources speak for themselves and do not require a response. Further, Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies that it has engaged in the unlawful conduct alleged in the Complaint.

211. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

212. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies that it has engaged in the unlawful conduct alleged in the Complaint.

213. Taro denies the allegations in this paragraph. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

214. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

215. Taro denies the allegations in this paragraph as they relate to Taro. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies that it has engaged in the unlawful conduct alleged in the Complaint.

216. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

217. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

218. Taro denies the allegations in this paragraph. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

219. [Complaint is missing Paragraph 219]

220. [Complaint is missing Paragraph 220]

221. [Complaint is missing Paragraph 221]

222. [Complaint is missing Paragraph 222]

223. [Complaint is missing Paragraph 223]

## X. INDUSTRY COMMENTARY FURTHER SUGGESTS THAT DEFENDANTS' COLLUSIVE CONDUCT IS A PLAUSIBLE EXPLANATION FOR THE INCREASED PRICES OF THE PRICE-FIXED GENERIC DRUGS

224. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations. Further, this paragraph alleges generalized and incomplete principles of economics that Taro can neither admit or deny and, on that basis, denies those allegations.

225. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph. Further, this paragraph alleges generalized and incomplete principles of economics that Taro can neither admit or deny and, on that basis, denies those allegations.

## XI. CORPORATE AND INDIVIDUAL RELATIONSHIPS THAT ALLOWED THE CONSPIRACY TO EVOLVE

226. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

227. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

228. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

229. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

230. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies the allegations in this paragraph as they relate to Taro. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

231. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

232. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

**A. Ranking "Quality of Competition" to Identify Price Increase Candidates**

233. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

234. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

235. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

236. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

237. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

238. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

239. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

240. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1. **The "High Quality" Competitor Relationships**

241. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

*(a) Mylan (+3)*

242. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

243. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

244. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

245. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

246. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

*(b) Watson/Actavis (+3)*

247. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

248. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

249. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

250. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

*(c) Sandoz (+3)*

251. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

252. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

253. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

*(d) Glenmark (+3)*

254. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

255. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

256. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

*(e) Taro (+3)*

257. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

258. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

*(f) Lupin (+2)*

259. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

260. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

261. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

**B. <u>Individual Relationships</u>**

262. Denied.

1. <u>Ara Aprahamian</u>

263. Taro admits that Ara Aprahamian was a Vice President of Generic Sales and Marketing from in or around March 2013 to in or around August 2018. Taro denies that Ara Aprahamian is the Vice President of Sales at Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph, and, on that basis,

denies those allegations in this paragraph. Taro denies that it engaged in the unlawful conduct alleged in the Complaint.

2. David Berthold

264. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph as they relate to Taro.

3. Jim Brown

265. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph as they relate to Taro.

4. Maureen Cavanaugh

266. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph as they relate to Taro.

5. Marc Falkin

267. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph as they relate to Taro.

6. Jim Grauso

268. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph as they relate to Taro.

269. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph as they relate to Taro.

7. Kevin Green

270. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph as they relate to Taro.

271. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph as they relate to Taro.

8. Armando Kellum

272. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph as they relate to Taro.

9. Jill Nailor

273. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph as they relate to Taro.

274. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph as they relate to Taro.

10. James Nesta

275. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph as they relate to Taro.

11. Konstantin Ostaficiuk

276. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph as they relate to Taro.

12. Nisha Patel

277. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph as they relate to Taro.

13. <u>David Rekenthaler</u>

278. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph as they relate to Taro.

14. <u>Rick Rogerson</u>

279. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph as they relate to Taro.

15. <u>Tracy Sullivan</u>

280. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph as they relate to Taro.

## XII. THE CONSPIRATORIAL PRICE-FIXING, BID-RIGGING, & MARKET ALLOCATION AGREEMENTS

281. Denied.

282. Taro denies the allegations as set forth in this paragraph. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro specifically denies that it engaged in unlawful conduct

as outlined in this paragraph and denies that it participated in a conspiracy or a series of conspiracies.

283. Taro denies the allegations as set forth in this paragraph. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro specifically denies that it engaged in unlawful conduct as outlined in this paragraph and denies that it participated in a conspiracy or a series of conspiracies.

284. Taro admits that a Maximum Allowable Cost ("MAC") determination is one of several methodologies that may be used to determine the prices paid to pharmacies for dispensing generic drugs. Taro denies that MAC is the sole such methodology and further denies that it represents the "upper limit that a prescription drug payor will pay a pharmacy for a generic drug." Taro also denies that this paragraph provides a complete and/or accurate description of the economic principles and aspects of the generic drug industry purportedly described, and states that issues pertaining to sales, pricing, and the market for pharmaceutical products must be considered on a case-by-case basis and therefore, Taro denies the allegations as set forth. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

285. Taro denies that this paragraph provides a complete and/or accurate description of the economic principles and aspects of the generic drug industry purportedly described, and states that issues pertaining to sales, pricing, and the market for pharmaceutical products must be

considered on a case-by-case basis and therefore, Taro denies the allegations as set forth. Taro denies the remainder of the allegations in this paragraph.

286. Taro admits that a given AB-rated generic drug is bioequivalent to both the associated branded version and to other AB-rated generic drugs of that branded version. However, Taro denies that this paragraph provides a complete and/or accurate description of the economic principles and aspects of the generic drug industry purportedly described, and states that issues pertaining to sales, pricing, and the market for pharmaceutical products must be considered on a case-by-case basis and therefore, Taro denies the allegations as set forth. Taro denies the remainder of the allegations in this paragraph.

287. Taro denies the allegations in this paragraph. Further, Taro denies that this paragraph provides a complete and/or accurate description of the economic principles and aspects of the generic drug industry purportedly described, and states that issues pertaining to sales, pricing, and the market for pharmaceutical products must be considered on a case-by-case basis and therefore, Taro denies the allegations as set forth.

288. Denied.

289. Denied. Further, Taro denies that it engaged in unlawful conduct as outlined in this paragraph and denies that it participated in a conspiracy or a series of conspiracies.

290. Denied. Taro specifically denies that it engaged in unlawful conduct as outlined in this paragraph and denies that it participated in a conspiracy or a series of conspiracies.

291. Denied. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal

conclusions for which no response is required. To the extent a response is required, Taro denies the allegations.

292. Denied.

293. Taro denies the allegations in this paragraph. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph and specifically denies that it engaged in unlawful conduct as outlined in this paragraph and denies that it participated in a conspiracy or a series of conspiracies.

294. Denied.

**A. Acetazolamide**

295. Taro admits that it sold acetazolamide tablets during the relevant time period. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph.

1. Acetazolamide Tablets

296. Taro admits that it sold acetazolamide tablets during the relevant time period. Taro denies the remainder of the allegations in this paragraph.

297. Taro admits that it sold 125 mg and 250 mg acetazolamide tablets during the relevant time period. Taro denies the remainder of the allegations in this paragraph.

298. Denied.

299. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro otherwise denies the allegations in this paragraph.

300. Denied.

301. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations. Further, Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

302. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

303. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

304. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies that it engaged in the unlawful conduct as alleged in this paragraph.

2. <u>Acetazolamide Capsules</u>

305. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

306. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

307. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

308. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

309. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

310. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

311. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**B. Adapalene**

312. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

313. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

314. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

315. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

316. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

317. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

318. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

319. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

320. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

321. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

322. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

323. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

324. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

325. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

326. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

327. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

328. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

329. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

330. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

331. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

332. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**C. <u>Albuterol</u>**

333. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

334. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

335. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

336. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

337. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

338. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

339. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

340. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

341. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

342. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

343. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**D. <u>Alclometasone Dipropionate</u>**

344. Taro admits that Alclometasone Dipropionate may be prescribed to treat a variety of skin conditions. Taro admits that it has been on the market for decades and is available in several forms.

345. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

346. Taro denies the allegations in this paragraph and related graphic as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

347. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

348. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

349. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

350. Taro denies the allegations in this paragraph and related graphic as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

351. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

352. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

353. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

354. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

355. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

### E. Allopurinol

356. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

357. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

358. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

359. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

360. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

361. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

362. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

363. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**F. Amantadine HCL**

364. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

365. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

366. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

367. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

368. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

369. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**G. Amiloride HCL/HCTZ**

370. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

371. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

372. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

373. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

374. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

375. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**H. <u>Amitriptyline</u>**

376. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

377. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

378. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

379. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

380. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

381. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

382. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

383. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

384. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

385. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

386. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

387. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

388. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

389. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

390. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

391. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

392. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

393. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

394. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

395. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

396. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

397. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

398. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**I. <u>Amphetamine/Dextroamphetamine</u>**

399. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

400. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

401. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

402. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

403. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

404. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

405. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

406. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

407. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

408. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

409. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

410. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

411. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**J. Atenolol Chlorthalidone**

412. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

413. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

414. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

415. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

416. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**K. Baclofen**

417. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

418. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

419. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

420. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

421. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

422. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

423. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

424. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

425. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

426. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

427. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

428. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

429. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

430. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

431. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

432. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

433. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

434. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

435. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

436. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

437. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

438. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**L. Balsalazide Disodium**

439. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

440. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

441. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

442. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

443. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**M. Benazepril HCTZ**

444. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

445. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

446. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

447. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

448. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

449. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

450. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

451. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

452. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

453. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

454. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

455. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

456. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

457. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

458. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**N. Betamethasone Dipropionate**

459. Taro admits that Betamethasone Dipropionate is a corticosteroid used to treat a variety of skin conditions that has been designated by the World Health Organization as an essential medicine.

1. Lotion, Cream, and Ointment

460. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

461. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

462. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

463. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

464. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

465. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

466. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

467. Denied.

2. CBD

468. Taro admits that it sold CBD Cream and CBD Lotion in or around 2011. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

469. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

470. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

471. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

472. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

473. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

474. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

475. Taro denies the allegations in this paragraph and related graphic as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

476. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

477. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

478. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

479. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that

relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

480. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

481. Taro denies the allegations in this paragraph and the related graphic as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

482. Denied.

483. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

484. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

485. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to

persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

486. Taro denies the allegations in this paragraph and related graphic as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

487. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

488. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

489. Denied.

490. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

**O. <u>Betamethasone Valerate</u>**

491. Taro admits that Betamethasone Valerate is a topical corticosteroid used for the treatment of skin conditions. Taro further admits that it manufactured Betamethasone Valerate cream during the relevant time period.

1. Lotion

492. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

493. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

494. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

495. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

496. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

497. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

498. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

499. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

500. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

501. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

502. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

503. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

504. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

505. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2. Ointment

506. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

507. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

508. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

509. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

510. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

511. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

512. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

513. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

514. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

515. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

516. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

517. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

518. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

519. Denied.

**P. Bromocriptine Mesylate Tablets**

520. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

521. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

522. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

523. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

524. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

525. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

526. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

527. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

528. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

529. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

530. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

531. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

532. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

533. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

534. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

535. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

536. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

537. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

538. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

539. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

540. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

541. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

542. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

543. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

544. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

545. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**Q. <u>Budesonide DR Capsules</u>**

546. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

547. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

548. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

549. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

550. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

551. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

552. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**R. Budesonide Inhalation**

553. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

554. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

555. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

556. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

557. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

558. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

559. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

560. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**S. Buspirone Hydrochloride Tablets**

561. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

562. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

563. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

564. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**T. Butorphanol Tartrate**

565. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

566. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

567. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

568. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

569. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**U. Cabergoline**

570. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

571. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

572. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

573. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

574. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

575. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

576. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**V. <u>Calcipotriene</u>**

577. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

578. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

579. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

580. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

581. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

582. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

583. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

584. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

585. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

586. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**W. Calcipotriene Betamethasone**

587. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

588. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

589. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

590. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

591. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

592. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

593. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

594. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

595. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

596. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

597. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

598. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

599. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

600. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

601. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

602. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

603. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

604. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

605. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

606. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

607. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

608. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

609. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

610. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

611. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

612. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**X. <u>Capecitabine</u>**

613. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

614. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

615. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

616. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

617. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

618. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

619. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

620. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

621. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

622. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

623. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

624. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

625. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

626. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

627. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**Y. Captopril**

628. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

629. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

630. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

631. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

632. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

633. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

634. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

635. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

### Z. Carbamazepine

636. Taro admits that Carbamazepine comes in tablet, chewable tablet, and extended release tablet forms and is used to prevent seizures and treat bipolar disorder.

637. Taro admits that it manufactured Carbamazepine tablets, chewable tablets, and extended release tablets during the relevant time period. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro otherwise denies the allegations in this paragraph.

638. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

639. Denied.

640. Denied.

641. Denied.

642. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

643. Denied.

644. Denied.

645. Denied.

646. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

647. Taro admits that it announced price increases for its Carbamazepine Tablets and Chewable Tablets in or around June 2014. Taro otherwise denies the allegations in this paragraph.

648. Taro denies the allegations in this paragraph as they relate to Taro. Taro denies that this paragraph provides a complete and/or accurate description of the economic principles and aspects of the generic drug industry purportedly described and states that issues pertaining to sales, pricing, and the market for pharmaceutical products must be considered on a case-by-case basis, and therefore, denies the allegations. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

649. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to

persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

650. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

651. Denied.

**AA. Cefpodoxime Proxetil**

652. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

653. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

654. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

655. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

656. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

657. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

658. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

659. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

660. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

661. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

662. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

663. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

664. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

665. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

666. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**BB. Cefuroxime Axetil**

667. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

668. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

669. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

670. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

671. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

672. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**CC. Celecoxib**

673. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

674. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

675. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

676. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

677. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

678. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

679. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**DD. Chlorpromazine**

680. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

681. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

682. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

683. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

684. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

685. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

686. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**EE. Cholestyramine**

687. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

688. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

689. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

690. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

691. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**FF. <u>Ciclopirox</u>**

692. Taro admits that Ciclopirox is an antifungal medicine sold in a variety of forms. Taro further admits that it marketed Ciclopirox shampoo during the relevant time period. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro otherwise denies the allegations in this paragraph.

693. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

694. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

695. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

696. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

697. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

698. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

699. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

700. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

701. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

702. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

703. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

704. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

705. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

706. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

707. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

708. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

709. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

710. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

711. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

712. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

713. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

714. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

715. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

716. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

717. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

718. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

719. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

720. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

721. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

722. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

723. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

724. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

725. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

726. Taro denies the allegations in this paragraph and denies that it has engaged in the unlawful conduct alleged in the complaint. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**GG. Clindamycin Phosphate**

727. Taro admits that Clindamycin Phosphate is a topical antibiotic used on the skin to stop the growth of certain bacteria that cause acne and comes in a variety of formulations.

728. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1. The First Coordinated Price Increase (60ml Solution – Fougera and Greenstone)

729. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

730. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

731. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

732. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

733. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

734. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

735. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

736. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

737. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

738. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

739. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2. The Second Coordinated Increase (October 2012 – All Formulations – Sandoz and Greenstone

740. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

741. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

742. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

743. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

744. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

745. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

746. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

747. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

748. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

749. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

750. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

751. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

752. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

753. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

754. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

3. New Entrants on Clindamycin Solution – Actavis, Perrigo and Taro – Do Not Significantly Erode Pricing

755. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

756. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

757. Taro admits that Taro held an ANDA for Clindamycin Solution during the relevant period. Taro denies the remainder of the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

758. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro further denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

759. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

760. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to

persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

761. Taro denies the allegations in this paragraph and related graphic as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

762. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

763. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

764. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

765. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

766. Taro denies the allegations in this paragraph and referenced graphic as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

767. Taro states that the referenced source or sources speak for themselves and do not require a response. Further, Taro denies the allegations in this paragraph and referenced graphic as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

768. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies the remainder of the allegations in this paragraph and denies the characterization of the source document. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

769. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

770. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro also lacks knowledge or information sufficient to form a belief as to the

truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

771. Denied.

772. Denied.

773. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

774. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

775. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

776. Taro denies the allegations in this paragraph and the referenced graphic as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

777. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

778. Taro denies the allegations in this paragraph as they relate to Taro, Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

4. The Third Coordinated Price Increase (2014 – All Formulations Except Solution – Sandoz and Greenstone

779. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

780. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

781. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

782. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

783. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**HH. Clobetasol**

784. Taro admits that certain formulations of Clobetasol have been available in the United States for decades. Taro otherwise denies the allegations in this paragraph.

785. Taro denies that this paragraph provides a complete and/or accurate description of the economic principles and aspects of the generic drug industry purportedly described and states that issues pertaining to sales, pricing, and the market for pharmaceutical products must be considered on a case-by-case basis, and therefore, denies the allegations. Further, Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

786. Taro admits that it announced price increases for its Clobetasol products in or around June 2014. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro otherwise denies the allegations in this paragraph.

787. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

788. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

789. Denied.

790. Denied.

791. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies

the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

792. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

793. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

794. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the

truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

795. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

796. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

797. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

798. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

799. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

800. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

801. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the

truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

802. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

803. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

804. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

805. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies

the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

806. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

**II. <u>Clomipramine</u>**

807. Taro admits that Clomipramine HCL is known by the brand name Anafranil, is used to treat obsessive-compulsive disorder, panic disorder, major depressive disorder, and chronic pain, and is considered an essential medicine by the World Health Organization. Taro further admits it sells Clomipramine pursuant to ANDAs that were approved by the FDA in or around December 1996. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

808. Taro admits that it sold certain formulations of Clomipramine in the United States during the relevant period. Taro otherwise denies the allegations in this paragraph.

809. Denied.

810. Taro admits that it announced price increases for its Clomipramine products in or around May 2013. Taro denies the remainder of the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the

allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

811. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

812. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

813. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

814. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

815. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

816. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

817. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

818. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

819. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

820. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

821. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

822. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

823. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

824. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

825. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

826. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

827. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

828. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to

persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

829. Denied.

830. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

831. Denied.

832. Denied.

833. Denied.

834. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

835. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

836. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

837. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

838. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

839. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the

truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

840. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

841. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**JJ. Clonidine-TTS Patch**

842. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

843. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

844. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

845. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

846. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

847. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

848. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

849. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

850. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

851. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

852. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

853. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

854. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

855. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

856. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

857. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

858. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

859. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

860. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

861. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

862. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

863. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

864. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

### KK. Clotrimazole

865. Taro admits that Clotrimazole is an antifungal medication used to treat a variety of fungal infections and is available in several formulations.

866. Denied.

867. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

868. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

869. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

870. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

871. Taro denies the allegations in this paragraph and the referenced graphics as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

872. Taro states that the referenced source or sources speak for themselves and do not require a response Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

873. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the allegations as they relate to Taro.

874. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

875. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

876. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

877. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

878. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**LL. Desogestrel/Ethinyl Estradiol Tablets (Kariva)**

879. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

880. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

881. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

882. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**MM. Desonide**

883. Taro admits that Desonide is available in both ointment and cream forms. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

884. Taro admits that it sold certain formulations of Desonide in the United States to during the relevant period. Taro otherwise denies the allegations in this paragraph.

885. Taro admits that it sold certain formulations of Desonide in the United States during the relevant period. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations.

886. Taro denies that this paragraph provides a complete and/or accurate description of the economic principles and aspects of the generic drug industry purportedly described and states that issues pertaining to sales, pricing, and the market for pharmaceutical products must be considered on a case-by-case basis, and therefore, denies the allegations. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph as they relate to Taro.

887. Taro denies that this paragraph provides a complete and/or accurate description of the economic principles and aspects of the generic drug industry purportedly described and states that issues pertaining to sales, pricing, and the market for pharmaceutical products must be considered on a case-by-case basis, and therefore, denies the allegations. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph as they relate to Taro.

888. Taro denies the allegations in this paragraph as they relate to Taro and denies that it engages in a conspiracy or conspiracies as alleged in this paragraph. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

889. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

890. Denied.

891. Taro denies that this paragraph provides a complete and/or accurate description of the economic principles and aspects of the generic drug industry purportedly described and states that issues pertaining to sales, pricing, and the market for pharmaceutical products must be considered on a case-by-case basis, and therefore, denies the allegations. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph as they relate to Taro.

892. Denied.

893. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

894. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

895. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

896. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

897. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

898. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the

truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

899. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

900. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

901. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

902. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies

the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

**NN. Desoximetasone Ointment**

903. Taro admits that Desoximetasone Ointment is a corticosteroid known by the brand name Topicort and used to treat a variety of skin conditions.

904. Taro admits that it manufactured Desoximetasone Ointment as of the summer of 2012. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

905. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

906. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

907. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

908. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to

persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

909. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

910. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

911. Taro denies the allegations in this paragraph as they relate to Taro and denies that it had an agreement with Sandoz as alleged. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

912. Denied.

913. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

914. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

915. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

916. Taro denies the allegations in this paragraph and referenced graphic as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

917. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

918. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

919. Taro denies the allegations in this paragraph and referenced graphic as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

920. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

921. Denied.

922. Denied.

923. Denied.

924. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

**OO. Dexmethylphenidate HCL Extended Release**

925. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

926. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

927. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

928. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

929. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

930. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

931. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

932. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

933. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**PP. Dextroamphetamine Sulfate Extended Release**

934. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

935. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

936. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

937. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

938. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

939. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

940. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**QQ. Digoxin**

941. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

942. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

943. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

944. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

945. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

946. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

947. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

948. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

949. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

950. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

951. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

952. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

953. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

954. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

955. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

956. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

957. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

958. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

959. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

960. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

961. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

962. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

963. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**RR. Diphenoxylate Atropine**

964. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

965. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

966. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

967. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

968. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**SS. Divalproex ER**

969. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

970. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

971. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

972. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

973. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

974. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

975. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

976. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

977. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

978. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

979. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

980. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

981. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

982. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

983. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

984. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

985. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

986. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

987. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

988. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

989. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

990. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

991. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

992. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

993. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

994. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

995. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

## TT. Doxycycline

996. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

997. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

998. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

### 1. The Doxy Hyclate Collusive Price Increase

999. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1000. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1001. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1002. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1003. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1004. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1005. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1006. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1007. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2. The Doxy Mono Collusive Price Increase

1008. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1009. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1010. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1011. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1012. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1013. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1014. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1015. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1016. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1017. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1018. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1019. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1020. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

3. Collusion on Doxy DR

1021. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1022. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1023. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1024. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1025. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1026. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1027. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1028. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1029. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1030. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**UU. Drospirenone and ethinyl estradiol (Ocella)**

1031. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1032. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1033. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1034. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1035. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1036. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1037. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1038. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1039. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1040. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1041. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1042. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1043. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1044. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1045. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1046. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1047. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1048. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**VV. <u>Econazole</u>**

1049. Taro admits that it sold Econazole cream during the relevant period pursuant to an ANDA approved in or around November 2002. Taro lacks knowledge or information sufficient to

form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1050. Taro admits that it sold Econazole cream in certain states in the United States during the relevant period. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1051. Taro admits that it sold Econazole cream in the United States during the relevant period. Taro otherwise denies the allegations in this paragraph.

1052. Denied.

1053. Denied.

1054. Denied.

1055. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

1056. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1057. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1058. Denied.

1059. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1060. Taro admits that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

1061. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1062. Taro admits that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or

information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

1063. Denied.

1064. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1065. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1066. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1067. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1068. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1069. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1070. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1071. Denied.

1072. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1073. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1074. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

1075. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

1076. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

1077. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1078. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

1079. Denied.

1080. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**WW. Enalapril Maleate**

1081. Taro admits that Enalapril Maleate is known by the brand name Vasotec and is a drug used in the treatment of high blood pressure and congestive heart failure.

1082. Denied.

1083. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1084. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1085. Denied.

1086. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1087. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1088. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1089. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1090. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1091. Denied.

1092. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to

persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1093. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1094. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1095. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1096. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1097. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1098. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1099. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1100. Taro denies the allegation in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1101. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1102. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1103. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies that it has engaged in the unlawful conduct alleged in this paragraph.

**XX. Entecavir**

1104. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1105. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1106. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1107. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1108. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1109. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1110. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1111. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1112. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1113. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**YY. Eplerenone Tablets**

1114. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1115. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1116. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1117. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1118. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1119. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1120. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**ZZ. Erythromycin Solution**

1121. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1122. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1123. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1124. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1125. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1126. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1127. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1128. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1129. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1130. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1131. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1132. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1133. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1134. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1135. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1136. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1137. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1138. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1139. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1140. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1141. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1142. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1143. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1144. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1145. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1146. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1147. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1148. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1149. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1150. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1151. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1152. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**AAA. Estradiol Tablets**

1153. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1154. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**BBB. Estradiol/Norethindrone Acetate Tablets (Mimvey)**

1155. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1156. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1157. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1158. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1159. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1160. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**CCC. Ethambutol HCL Tablets**

1161. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1162. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1163. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1164. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1165. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1166. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1167. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1168. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1169. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1170. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1171. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1172. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1173. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1174. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1175. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1176. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**DDD. Ethinyl Estradiol and Levonorgestrel**

1177. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1178. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1179. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1180. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1181. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1182. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**EEE. Etodolac**

1183. Taro admits that Etodolac is known by the brand name Lodine a nonsteroidal anti-inflammatory drug (NSAID) and is also available in extended release form.

1184. Taro admits that it sold certain formulations of Etodolac in the United States during the relevant period. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro otherwise denies the allegations in this paragraph.

1185. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1186. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1187. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1188. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1189. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1190. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1191. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1192. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1193. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1194. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1195. Taro states that the referenced source or sources speak for themselves and do not require a response Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1196. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1197. Taro denies the allegations and referenced graph in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1198. Taro denies the allegations and referenced graph in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1199. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to

persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1200. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1201. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1202. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1203. Taro denies the allegations in this paragraph and referenced graph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1204. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1205. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1206. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1207. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1208. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1209. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**FFF. <u>Fenofibrate</u>**

1210. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1211. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1212. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1213. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1214. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1215. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1216. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1217. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1218. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1219. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1220. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1221. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1222. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1223. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1224. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1225. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1226. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1227. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1228. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1229. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1230. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1231. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1232. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1233. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1234. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1235. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**GGG. Fluocinolone Acetonide**

1236. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1237. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1238. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1239. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1240. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1241. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1242. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1243. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1244. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1245. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1246. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1247. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1248. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1249. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1250. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1251. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1252. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1253. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1254. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1255. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1256. Denied.

**HHH. <u>Fluocinonide</u>**

1257. Taro admits that Fluocinonide is a topical corticosteroid used to treat a variety of skin conditions. Taro further admits that Lidex is one of the brand names by which Fluocinonide products are known. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro otherwise denies the allegations in this paragraph.

1258. Taro admits that Fluocinonide is available in a variety of formulations, including a cream, gel, and ointment.

1259. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1260. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1261. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to

persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1262. Taro denies the allegations in this paragraph and referenced graph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1263. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1264. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1265. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1266. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1267. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1268. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph.

1269. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1270. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1271. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies that this paragraph provides a complete and/or accurate description of the economic principles and aspects of the generic drug industry purportedly described, and states that issues pertaining to sales, pricing, and the market for pharmaceutical products must be considered on a case-by-case basis and therefore, Taro denies the allegations as set forth. Taro denies the remainder of the allegations in this paragraph.

1272. Taro admits that it announced price increases for certain of its Fluocinonide formulations in or around June 2014. Taro otherwise denies the allegations in this paragraph.

1273. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to

persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1274. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1275. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1276. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1277. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1278. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1279. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1280. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to

persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1281. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1282. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1283. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1284. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1285. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1286. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1287. Taro admits that it announced a price increase on certain of its Fluocinonide products in or around June 2014. Taro denies the remainder of the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1288. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1289. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1290. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1291. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1292. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1293. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1294. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1295. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1296. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1297. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1298. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1299. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1300. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1301. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1302. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1303. Taro states that the referenced source or sources speak for themselves and do not require a response To the extent a response is required, Taro denies the allegations in this paragraph.

1304. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1305. Taro states that the referenced source or sources speak for themselves and do not require a response To the extent a response is required, Taro denies the allegations in this paragraph.

**III. Fluticasone Propionate**

1306. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1307. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1308. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1309. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1310. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1311. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1312. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1313. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1314. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1315. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1316. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1317. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1318. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1319. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1320. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1321. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1322. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1323. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1324. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1325. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1326. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1327. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1328. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1329. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1330. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1331. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**JJJ. Fosinopril HCTZ**

1332. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1333. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1334. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1335. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1336. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1337. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1338. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1339. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1340. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1341. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1342. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1343. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1344. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1345. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1346. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1347. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1348. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1349. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1350. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1351. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**KKK. Gabapentin Tablets**

1352. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1353. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1354. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1355. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1356. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1357. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1358. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**LLL. Glipizide-Metformin**

1359. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1360. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1361. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1362. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1363. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1364. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**MMM. Glyburide**

1365. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1366. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1367. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1368. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1369. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1370. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1371. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1372. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1373. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1374. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1375. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1376. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1377. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1378. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1379. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**NNN. <u>Glyburide-Metformin</u>**

1380. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1381. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1382. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1383. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1384. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1385. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1386. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1387. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1388. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1389. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1390. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**OOO. <u>Halobetasol Propionate</u>**

1391. Taro admits that Halobetasol Propionate is a corticosteroid used to treat a variety of skin conditions, and is known as Ultravate among other brand names.

1392. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1. The First Coordinated Price Increase – September 2012

1393. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1394. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1395. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1396. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1397. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1398. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1399. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1400. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2. The Second Coordinated Price Increase – March/April 2013

1401. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1402. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1403. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1404. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

3. Sandoz Launches Halobetasol Cream

1405. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1406. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1407. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1408. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1409. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1410. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1411. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1412. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1413. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1414. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1415. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1416. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1417. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1418. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1419. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1420. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1421. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1422. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1423. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1424. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1425. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

4. Taro Launches Halobetasol Cream and Ointment

1426. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1427. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1428. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1429. Taro states that the referenced source or sources speak for themselves and do not require a response To the extent a response is required, Taro denies the allegations in this paragraph.

1430. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1431. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1432. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1433. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1434. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1435. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1436. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**PPP. Hydralazine**

1437. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1438. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1439. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1440. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1441. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1442. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1443. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1444. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1445. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1446. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1447. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**QQQ. Hydrocortisone Acetate Suppositories (Anucort HC)**

1448. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1449. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1450. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1451. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1452. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1453. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1454. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1455. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1456. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1457. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1458. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1459. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1460. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1461. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1462. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1463. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1464. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1465. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1466. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1467. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1468. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1469. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1470. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1471. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1472. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1473. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1474. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1475. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**RRR. <u>Hydrocortisone Valerate Cream</u>**

1476. Taro admits that Hydrocortisone Valerate Cream is a topical corticosteroid used to treat a variety of skin conditions.

1477. Taro admits that it sold Hydrocortisone Valerate Cream in the United States during the relevant period. Taro otherwise denies the allegations in this paragraph and denies that it participated in a conspiracy or unlawful acts as alleged in this paragraph.

1478. Taro admits that it published updated list pricing for its Hydrocortisone Valerate Cream in early June 2014. Taro otherwise denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1479. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1480. Taro denies the allegations in this paragraph and graphic as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1481. Taro denies the allegations in this paragraph as they relate to Taro and denies that it colluded with competitors as alleged in this paragraph. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other

than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1482. Taro denies the allegations in this paragraph as they relate to Taro and denies it engaged in a conspiracy or overarching conspiracy as alleged in this paragraph. Taro likewise denies the allegations regarding a "Taro Strategy". Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

**SSS. Imiquimod Cream**

1483. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1484. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1. Perrigo Entry (April 2010)

1485. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1486. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1487. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1488. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1489. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1490. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1491. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1492. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1493. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1494. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1495. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1496. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1497. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1498. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2. Sandoz Entry (February 2011)

1499. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1500. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1501. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1502. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1503. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1504. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1505. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1506. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

3. Taro Entry (July 2011)

1507. Taro admits that it received FDA approval to sell Imiquimod Cream in 2011. Taro otherwise denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1508. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1509. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1510. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1511. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1512. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1513. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1514. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1515. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1516. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1517. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1518. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1519. Denied.

1520. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1521. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1522. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

**TTT. <u>Irbesartan</u>**

1523. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1524. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1525. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1526. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1527. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1528. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**UUU. Isosorbide Dinitrate**

1529. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1530. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1531. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1532. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1533. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1534. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**VVV. <u>Labetalol</u>**

1535. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1536. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1537. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1538. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1539. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1540. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**WWW. Lamivudine/Zidovudine (Generic Combivir)**

1541. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1542. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1543. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1544. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1545. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1546. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1547. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1548. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1549. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1550. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1551. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1552. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1553. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1554. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**XXX. Latanoprost Drops**

1555. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1556. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1557. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1558. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1559. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1560. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1561. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1562. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1563. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1564. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1565. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1566. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1567. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1568. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1569. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1570. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1571. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1572. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1573. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1574. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1575. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1576. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1577. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1578. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1579. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1580. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**YYY. <u>Leflunomide</u>**

1581. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1582. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1583. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1584. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1585. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1586. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**ZZZ. <u>Levothyroxine</u>**

1587. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1588. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1589. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1590. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1591. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1592. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1593. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1594. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1595. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1596. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1597. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1598. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1599. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1600. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1601. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1602. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1603. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1604. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1605. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1606. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1607. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1608. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**AAAA. <u>Lidocaine Ointment</u>**

1609. Taro admits that Lidocaine Ointment is an anesthetic used to temporarily numb and relieve pain.

1610. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1611. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1612. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1613. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1614. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1615. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1616. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1617. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1618. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1619. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1620. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1621. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1622. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations.

1623. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph.

1624. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1625. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1626. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1627. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1628. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1629. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to

persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1630. Taro denies the allegations in this paragraph as they relate to Taro and denies that the allegations in this paragraph accurately reflect the context and complete information of the referenced internal conference call. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1631. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1632. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1633. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph.

1634. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1635. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**BBBB. Lidocaine-Prilocaine**

1636. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1637. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1638. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1639. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1640. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1641. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1642. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1643. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1644. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1645. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1646. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1647. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1648. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1649. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1650. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1651. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1652. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1653. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**CCCC. Loperamide HCL Capsules**

1654. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1655. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1656. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**DDDD. <u>Meprobamate</u>**

1657. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1658. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1659. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1660. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1661. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1662. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1663. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1664. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**EEEE. Metformin ER**

1665. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1666. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1667. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1668. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1669. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1670. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**FFFF. Methadone HCL**

1671. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1672. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1673. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1674. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**GGGG. Methazolamide Tablets**

1675. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1676. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1677. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1678. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1679. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1680. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1681. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1682. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1683. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1684. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1685. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1686. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1687. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1688. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**HHHH. Methylphenidate**

1689. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1690. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1691. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1692. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1693. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1694. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1695. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1696. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1697. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1698. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1699. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1700. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1701. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

## IIII. Methylprednisolone

1702. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1703. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1704. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1705. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1706. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1707. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1708. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1709. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1710. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1711. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1712. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**JJJJ. Metronidazole**

1713. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent this paragraph references Taro, the allegations are denied.

1. Metronidazole Gel

1714. Taro admits that Metronidazole Gel is a topical antibiotic prescribed for the treatment of skin conditions. Taro further admits that it sold certain formulations of Metronidazole Gel during the relevant period. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1715. Denied.

1716. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the allegations as they relate to Taro.

1717. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1718. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to

persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1719. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1720. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1721. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1722. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1723. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1724. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1725. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1726. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1727. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1728. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1729. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1730. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this

paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1731. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1732. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1733. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1734. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies any allegations that relate to Taro.

1735. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1736. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1737. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1738. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies any allegations as they relate to Taro.

1739. Taro admits that it entered the Metro Gel 1% market in 2014. Taro otherwise denies the allegations in this paragraph.

1740. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1741. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph. Taro also lacks knowledge or information sufficient to form a belief as to the truth of

the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1742. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1743. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1744. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1745. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1746. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1747. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1748. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1749. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1750. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1751. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1752. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2. Metronidazole Cream and Lotion

1753. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1754. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1755. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1756. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1757. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1758. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1759. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1760. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1761. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1762. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1763. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1764. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1765. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1766. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1767. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1768. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1769. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1770. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1771. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1772. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

3. Metronidazole Vaginal

1773. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1774. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1775. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1776. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1777. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1778. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1779. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1780. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1781. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1782. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1783. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1784. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**KKKK. Moexipril Hydrochloride Tablets**

1785. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1786. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1787. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1788. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1789. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1790. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1791. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1792. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**LLLL. Nadolol**

1793. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1794. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1795. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1796. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1797. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1798. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1799. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1800. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1801. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1802. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1803. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1804. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**MMMM. Naproxen Sodium**

1805. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1806. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1807. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1808. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**NNNN. Niacin ER**

1809. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1810. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1811. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1812. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1813. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1814. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1815. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1816. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1817. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1818. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1819. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1820. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1821. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**OOOO. Nimodipine**

1822. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1823. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1824. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1825. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1826. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1827. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1828. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1829. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**PPPP. Nitrofurantoin Macrocrystal Capsules**

1830. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1831. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1832. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1833. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1834. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1835. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**QQQQ. Norethindrone Acetate**

1836. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1837. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1838. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**RRRR. <u>Norethindrone/ethinyl estradiol (Balziva®)</u>**

1839. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1840. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1841. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1842. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1843. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1844. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**SSSS. <u>Nortriptyline Hydrochloride</u>**

1845. Taro admits that Nortriptyline Hydrochloride is a drug used to treat depression.

1846. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1847. Denied.

1848. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph.

1849. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph.

1850. Denied.

1851. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1852. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1853. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1854. Denied.

1855. Denied.

1856. Denied.

1857. Denied.

1858. Denied.

1859. Denied.

1860. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1861. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1862. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1863. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1864. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**TTTT. Nystatin**

1865. Taro admits that it sold certain formulations of Nystatin during the Relevant Period. Taro admits that Nystatin is considered an essential medicine by the WHO. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or

entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1866. Taro admits it sold Nystatin cream during the relevant time period. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1867. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1868. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1. Nystatin Cream

1869. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1870. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph and denies that it entered into an overarching market allocation agreement as alleged in this paragraph.

1871. Taro denies the allegations in this paragraph as they relate to Taro, and denies that it entered into a Fair share agreement as alleged. Taro lacks knowledge or information sufficient

to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1872. Taro denies the allegations in this paragraph as they relate to Taro and denies that Taro had an agreement with Defendants as alleged. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1873. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the allegations in this paragraph as they relate to Taro and denies that it participated in a conspiracy or series of conspiracies.

1874. Denied.

2. Nystatin Ointment

1875. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1876. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1877. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1878. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1879. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

3. Nystatin Tablets

1880. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1881. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1882. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1883. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1884. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1885. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1886. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1887. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**UUUU. Nystatin Triamcinolone**

1888. Taro admits that Nystatin Triamcinolone Cream and Ointment is used for the treatment of cutaneous candidiasis.

1889. Taro admits that it sold Nystatin Triamcinolone Cream and Ointment during the relevant time period. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1890. Denied.

1891. Denied as stated.

1892. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1893. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1894. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1895. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1896. Taro admits that it announced an increase in the list pricing of its NT Cream product in February 2013. Taro denies the remainder of the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1897. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1898. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1899. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to

persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1900. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1901. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1902. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1903. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1904. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1905. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to

persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1906. Denied.

1907. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1908. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

1909. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1910. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a reply is required, Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis,

denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1911. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1912. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1913. Taro denies the allegations in this paragraph as they relate to Taro. Taro denies that Plaintiffs offer a complete or accurate description of interactions among competitors and pricing practices in the generic drug marketplace. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1914. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph.

1915. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1916. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations.

1917. Taro states that the referenced source or sources speak for themselves and do not require a response. Further, Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1918. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1919. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph and accompanying graphic.

1920. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1921. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1922. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the allegations as they relate to Taro.

1923. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

1924. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph and denies the allegation that there was a competitor agreement.

1925. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the allegations as they relate to Taro.

1926. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph and denies the allegation that there was a competitor agreement.

1927. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

**VVVV. <u>Omega-3-Acid Ethyl Esters</u>**

1928. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1929. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1930. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1931. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1932. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1933. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1934. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1935. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1936. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1937. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1938. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**WWWW. Oxaprozin Tablets**

1939. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1940. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1941. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1942. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1943. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1944. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1945. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1946. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1947. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1948. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1949. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1950. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1951. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1952. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1953. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1954. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1955. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1956. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1957. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1958. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1959. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1960. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1961. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1962. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1963. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1964. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**XXXX. <u>Oxycodone/Acetaminophen</u>**

1965. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1966. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1967. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1968. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1969. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1970. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1971. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1972. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**YYYY. Paricalcitol**

1973. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1974. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1975. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1976. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1977. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1978. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1979. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1980. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1981. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1982. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1983. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1984. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1985. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1986. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1987. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1988. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1989. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1990. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1991. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1992. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1993. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1994. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1995. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1996. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1997. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1998. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1999. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2000. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2001. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2002. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2003. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

### ZZZZ. Paromomycin

2004. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2005. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2006. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2007. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2008. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2009. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**AAAAA. Permethrin**

2010. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2011. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2012. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2013. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2014. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2015. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2016. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**BBBBB. Perphenazine**

2017. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2018. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2019. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2020. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2021. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2022. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**CCCCC. Phenytoin Sodium Capsules**

2023. Taro admits that a brand name of Phenytoin Sodium Extended Release Capsules is Dilantin, and further admits that it is an anticonvulsant medication used to treat seizures.

2024. Taro admits that it sold Phenytoin Sodium Extended Release Capsules during the relevant time period. Taro denies that Defendant Sun Pharmaceutical Industries, Inc. is Taro's parent company. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2025. Taro states that the referenced source or sources speak for themselves and do not require a response. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2026. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2027. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2028. Taro admits that certain Taro employees sometimes attended trade association meetings and industry events, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2029. Taro admits that certain Taro employees sometimes attended trade association meetings and industry events, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2030. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations are related to Taro, they are denied.

2031. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2032. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2033. Taro admits that it announced increases in the list pricing of its Phenytoin Sodium Capsules in or about the summer of 2014. Taro denies the remainder of the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2034. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2035. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2036. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2037. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2038. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2039. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

**DDDDD. Pilocarpine HCL**

2040. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2041. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2042. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2043. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**EEEEE. Pioglitazone HCL Metformin HCL Tablets**

2044. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2045. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2046. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2047. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2048. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2049. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2050. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2051. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2052. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2053. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2054. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2055. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2056. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2057. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2058. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2059. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2060. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2061. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2062. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2063. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2064. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2065. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to

persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

**FFFFF. Piroxicam**

2066. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2067. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2068. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2069. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2070. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2071. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2072. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2073. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2074. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2075. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2076. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**GGGGG. Potassium Chloride**

2077. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2078. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2079. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2080. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2081. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2082. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2083. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2084. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2085. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**HHHHH. Pravastatin**

2086. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2087. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2088. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2089. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2090. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2091. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2092. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2093. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2094. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2095. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2096. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2097. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2098. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2099. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2100. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2101. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2102. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2103. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2104. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2105. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2106. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2107. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2108. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2109. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2110. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2111. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2112. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2113. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2114. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2115. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2116. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2117. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**IIIII. Prednisolone Acetate**

2118. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2119. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2120. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2121. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2122. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**JJJJJ. <u>Prednisone</u>**

2123. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2124. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2125. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2126. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2127. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2128. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**KKKKK. Prochlorperazine**

2129. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2130. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1. Suppositories

2131. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2132. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2133. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2134. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2135. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2136. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2137. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2138. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2139. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2140. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2141. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2. Tablets

2142. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2143. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2144. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**LLLLL. Promethazine HCL**

2145. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2146. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2147. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2148. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2149. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2150. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2151. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2152. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2153. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2154. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2155. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2156. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2157. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2158. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2159. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2160. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2161. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2162. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2163. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2164. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2165. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2166. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2167. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2168. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2169. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2170. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2171. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2172. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**MMMMM. Propranolol**

2173. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2174. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1. Propranolol Capsules

2175. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2176. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2. Propranolol Tablets

2177. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2178. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2179. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2180. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2181. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2182. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2183. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2184. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2185. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2186. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2187. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**NNNNN. Spironolactone HCTZ**

2188. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2189. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2190. Taro denies the allegations in this paragraph as they relate to Taro. Taro denies that Plaintiffs offer a complete or accurate description of interactions among competitors and pricing practices in the generic drug marketplace. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2191. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**OOOOO. Tacrolimus Ointment**

2192. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2193. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2194. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2195. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2196. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2197. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2198. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2199. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2200. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2201. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**PPPPP. Temozolomide**

2202. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2203. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2204. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2205. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2206. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2207. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2208. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2209. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2210. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2211. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2212. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2213. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**QQQQQ. <u>Theophylline ER</u>**

2214. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2215. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2216. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2217. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2218. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2219. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**RRRRR. Timolol Maleate**

2220. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2221. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2222. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2223. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2224. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**SSSSS. Tobramycin**

2225. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2226. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2227. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2228. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2229. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2230. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2231. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2232. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2233. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**TTTTT. <u>Tolterodine</u>**

2234. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1. <u>Tolterodine ER</u>

2235. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2236. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2237. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2238. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2239. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2240. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2241. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2242. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2243. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2244. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2245. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2. Tolterodine Tartrate

2246. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2247. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2248. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2249. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2250. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2251. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2252. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2253. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**UUUUU. <u>Triamcinolone Acetonide</u>**

2254. Taro admits that Triamcinolone Acetonide is a corticosteroid used to treat a variety of skin conditions and is available in both cream and ointment formulations. Taro further admits

it sold Triamcinolone Acetonide cream and ointment during the Relevant Period. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2255. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2256. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2257. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2258. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2259. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

**VVVVV. <u>Triamterene HCTZ</u>**

2260. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2261. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2262. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2263. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2264. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2265. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**WWWWWW. Ursodiol**

2266. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2267. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2268. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2269. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2270. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2271. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2272. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2273. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2274. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2275. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2276. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2277. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2278. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2279. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2280. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2281. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**XXXXX. Valsartan HCTZ**

2282. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2283. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2284. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2285. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2286. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2287. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2288. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2289. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2290. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2291. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2292. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2293. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2294. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2295. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**YYYYY. Verapamil**

2296. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2297. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2298. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2299. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**ZZZZZ. Zoledronic Acid**

2300. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2301. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2302. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2303. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2304. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2305. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2306. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2307. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

## XIII. THE CONSPIRATORS INCREASE PRICES IN BUNCHES

2308. Denied. Taro specifically denies that it engaged in the unlawful conduct alleged in the Complaint and denies that it participated in "fair share" agreements, price fixing agreements, a conspiracy or series of conspiracies.

2309. Denied. Taro specifically denies that it engaged in the unlawful conduct alleged in the Complaint and denies that it participated in "fair share" or price fixing agreements, a conspiracy or series of conspiracies.

### A. Aprahamian and Perfetto of Taro Lead Price Increases on Alclometasone, Dipropionate, Ammonium Lactate, Betamethasone Dipropionate,

**Betamethasone Valerate, Carbamazepine, Clomipramine HCL, Desonide, and Terconazole**

2310. Denied. Further, Taro specifically denies that it engaged in unlawful conduct as alleged in this paragraph and denies that it participated in collusion, conspiracy or a series of conspiracies.

2311. Denied. Further, Taro specifically denies That it engaged in unlawful conduct as alleged in this paragraph and denies that it participated in collusion, conspiracy or a series of conspiracies.

2312. Denied. Further, Taro specifically denies that it engaged in unlawful conduct as outlined in this paragraph and denies that it participated in collusion, conspiracy or a series of conspiracies.

2313. Denied. Further, Taro specifically denies that it engaged in unlawful conduct as outlined in this paragraph and denies that it participated in collusion, conspiracy or a series of conspiracies.

2314. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2315. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2316. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to

persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2317. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2318. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2319. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2320. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2321. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2322. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2323. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2324. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2325. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2326. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2327. Denied.

2328. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the

Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. As to all further allegations, they are denied.

2329. Denied as stated.

2330. Denied.

2331. Taro denies the allegations in this paragraph as they relate to Taro. Taro denies that Plaintiffs offer a complete or accurate description of interactions among competitors and pricing practices in the generic drug marketplace. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2332. Taro denies the allegations in this paragraph as they relate to Taro. Taro denies that Plaintiffs offer a complete or accurate description of interactions among competitors and pricing practices in the generic drug marketplace. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2333. Taro denies the allegations in this paragraph as they relate to Taro. Taro denies that Plaintiffs offer a complete or accurate description of interactions among competitors and pricing practices in the generic drug marketplace. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and,

on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2334. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegation are related to Taro, they are denied.

2335. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations are related to Taro, they are denied.

2336. Denied.

2337. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2338. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2339. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2340. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2341. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2342. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2343. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2344. Denied.

2345. Denied.

2346. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2347. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**B. Sandoz Coordinates with Aurobindo to Allocate Markets for Oxacillin Sodium and Nafcillin Sodium Injectable Vials**

2348. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2349. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2350. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2351. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2352. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2353. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2354. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2355. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2356. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2357. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

### C. Glenmark Leads Price Increases on Ciclopirox Cream and Mometasone Furoate

2358. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2359. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2360. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2361. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2362. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2363. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2364. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2365. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2366. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2367. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2368. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2369. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2370. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2371. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2372. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2373. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2374. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2375. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2376. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**D. Nisha Patel's First List of Increase Candidates: Adapalene Gel; Nabumetone; Fluconazole Tablets; Ranitidine; Moexipril; Moexipril HCTZ; Pravastatin; and Ondansetron**

2377. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2378. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2379. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2380. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2381. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations and graphics relate to Taro, they are denied.

2382. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2383. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

1. Glenmark

2384. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2385. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2386. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2387. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2388. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2389. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2390. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2391. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2392. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2393. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2. Sandoz

2394. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2395. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2396. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2397. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2398. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2399. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2400. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2401. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2402. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2403. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2404. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

3. Taro

2405. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2406. Denied.

2407. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph.

2408. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

**E. Nisha Patel's July 3, 2013 Price Increases: Adapalene Gel, Cefaclor ER Tablets, Cefadroxil Tablets, Cefdinir Capsules and Oral Suspension; Cefprozil Tablets, Cimedine Tablets, Doxazosin Mesylate Tablets, Fluconazole Tablets, Flucinonide Cream, Gel, and Ointment, Methotrexate Tablets, Moexipril HCL Tablets, Moexipril HCL/HCTZ Tablets,**

**Nabumetone Tablets, Nadolol Tablets, Oxybutynin Chloride Tablets, Prazosin HCL Capsules, and Ranitidine HCL Tablets**

2409. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2410. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2411. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2412. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2413. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

1. Upsher-Smith

2414. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2415. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2416. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2417. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2418. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2419. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2420. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2421. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2. Mylan

2422. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2423. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2424. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2425. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2426. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2427. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2428. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2429. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2430. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2431. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2432. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2433. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2434. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2435. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2436. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

3. Sandoz

2437. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2438. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2439. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2440. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2441. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**F. Summer 2013: Sandoz and Mylan Coordinate to Orchestrate Price Increases on Diltiazem HCL, Haloperidol, Clomipramine, Tiznidine, Levothyroxine, and Nadolol**

2442. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2443. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2444. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2445. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2446. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2447. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2448. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1. Haloperidol and Trifluoperazine HCL

2449. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2450. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2451. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2452. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2453. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2454. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2455. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2456. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2457. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2458. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2. Tizanidine

2459. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2460. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2461. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2462. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2463. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2464. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2465. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2466. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2467. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2468. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**G. Enalapril Maleate**

2469. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2470. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2471. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2472. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2473. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2474. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2475. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2476. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2477. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2478. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2479. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2480. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2481. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2482. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2483. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

### H. August 9, 2013 Price Increases ("Patel's Round 2"): Amiloride HCL/HCTZ Tablets, Clemastine Fumarate Oral Liquid and Tablets, Diclofenac Tablets, Diltiazem HCL Tablets, Etodolac ER Tablets, Ketoprofen Capsules, Ketoralac Tablets, Pravastatin Tablets, Tometin Sodium Capsules

2484. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2485. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2486. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2487. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2488. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2489. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2490. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2491. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2492. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2493. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2494. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1. Mylan

2495. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2496. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2497. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2498. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2499. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2500. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2501. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2502. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2. Etodolac

2503. Taro admits that Etodolac is a NSAID used to treat pain, swelling, and joint stiffness from arthritis and is also available in an extended-release form.

2504. Taro admits it manufactured and sold certain strengths and formulations of Etodolac during the relevant period. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro otherwise denies the allegations in this paragraph.

2505. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

Taro denies the remainder of the allegations in this paragraph including that it entered into an overarching "fair share" agreement or agreements.

2506. Denied.

2507. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2508. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2509. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2510. Denied.

2511. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2512. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2513. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2514. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2515. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph.

2516. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2517. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2518. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2519. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2520. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2521. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2522. Taro admits that it raised the WAC price of Etodolac some time in summer of 2013. As to the remainder of the allegations, they are denied. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2523. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

3. Impact of Price Increases

2524. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2525. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2526. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

4. Price Increase Hiatus

2527. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2528. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2529. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2530. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2531. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**I. March 7, 2014: (Niacin ER)**

2532. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2533. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2534. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2535. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2536. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2537. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2538. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2539. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2540. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2541. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2542. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2543. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

### J. April 4, 2014 Price Increases: Azithromycin Suspension and Oral Suspension, Bumetanide Tablets, Cephalexin Suspension, Clarithromycin ER Tablets, Cyproheptadine HCL Tablets, Dicloxacillin Sodium Capsules, Diflunisal Tablets, Estazolam Tablets, Ethosuximide Capsules and Oral Suspension, Hydroxyzine Pamoate Capsules, Ketoconazole (Cream and Tablets), Medroxyprogesterone Tablets, Estradiol/Norethindrone Acetate Tablets, Nystatin Oral Tablets, Pentoxifylline Tablets, Tamoxifen Citrate Tablets, Theophylline ER Tablets

2544. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to

persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2545. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2546. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2547. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2548. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2549. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2550. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2551. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2552. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2553. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2554. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2555. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1. Lupin (Cephalexin Oral Suspension)

2556. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2557. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2558. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2559. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2560. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2561. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2562. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2563. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2564. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2565. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2566. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2. Greenstone (Azithromycin Oral Suspension, Azithromycin Suspension, and Medroxyprogesterone Tablets

2567. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2568. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2569. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2570. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2571. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2572. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2573. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2574. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

3. Actavis (Clarithromycin ER tablets, Tamoxifen Citrate and Estazolam)

2575. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2576. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2577. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2578. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2579. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2580. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2581. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2582. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2583. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2584. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2585. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2586. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2587. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2588. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2589. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

4. Multiple Manufacturers (Ketoconazole Cream and Tablets)

2590. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2591. Taro admits that it sold Ketoconazole cream and tablets during the relevant time period. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2592. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2593. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies that it engaged in a conspiracy or series of conspiracies.

2594. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2595. Denied.

2596. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2597. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2598. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2599. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2600. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2601. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2602. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2603. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2604. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph and denies that it participated in an overarching fair share agreement.

5. New Relationships Emerge

2605. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

*(a) Breckenridge*

2606. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2607. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2608. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2609. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2610. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2611. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2612. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2613. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

*(b) Rising*

2614. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2615. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2616. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2617. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2618. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2619. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2620. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

*(c) Versapharm*

2621. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2622. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2623. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2624. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2625. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2626. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

6. Valeant

2627. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2628. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

7. Impact

2629. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**K. August 28, 2014 Price Increases: Amiloride HCL/HCTZ Tablets, Amoxicillin/Clavulanate Chewable Tablets, Carbamazepine Chewable Tablets, Carbamazepine Tablets, Clemastine Fumarate Tablets, Clotrimazole Solution, Desmopressin Acetate Tablets, Diclofenac Potassium Tablets, Disopyramide Phosphate Capsules, Enalapril Maleate Tablets, Epitol Tablets, Flurbiprofen Tablets, Flutamide Capsules, Fluvastatin Sodium Capsules, Hydroxyurea Capsules, Loperamide HCL Capsules, Penicillin VK Tablets, Prazosin HCL Capsules, Prochlorperazine Tablets, Topiramate Sprinkle Capsules, Warfarin Sodium Tablets**

2630. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2631. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2632. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2633. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2634. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2635. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2636. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2637. aro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

1. Mylan

2638. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2639. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2640. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2641. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2642. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2643. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2644. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2645. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2646. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2647. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2648. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2649. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2650. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2651. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2. Taro

2652. Taro admits that it announced list price increases for certain Taro products, including certain of its Fluocinonide, Carbamazepine, Clotrimazole, and Warfarin products, in or around the summer of 2014. Taro denies the remainder of the allegations in this paragraph.

2653. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to

persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2654. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2655. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2656. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2657. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2658. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2659. Taro admits that Warfarin Sodium Tablets are blood thinners used to treat and prevent blood clots. Taro admits that it sold Warfarin Sodium tablets and announced a list price

increase on certain of its Warfarin products in 2014. The remainder of the allegations in this paragraph are denied.

2660. Taro admits that it sold certain formulations of Warfarin in 2014. Taro denies the remainder of the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2661. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2662. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2663. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2664. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2665. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

3. Zydus

2666. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2667. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2668. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2669. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2670. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2671. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

4. Competitors Follow Teva

2672. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2673. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2674. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2675. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2676. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

### L. January 28, 2015 Price Increases: Bethanechol Chloride Tablets, Ciprofloxacin HCL Tablets, Diltiazem HCL Tablets, Estradiol Tablets, Fluoxetine HCL Tablets, Glimepiride Tablets, Griseofulvin Suspension, Isoniazid, Ketoprofen Capsules, Ketorolac Tromethamine Tablets, Nortriptyline HCL Capsules, Propranolol

2677. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2678. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2679. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2680. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2681. Taro admits that it has been a member of certain trade associations and further that certain Taro employees attended trade association events during the relevant time period of the Complaint, but Taro lacks the knowledge or information sufficient to confirm all of the specific Taro employees who may have attended any particular meeting or event. Therefore, Taro denies the allegations. Further, Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2682. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

1. Ciprofloxacin HCL and Glimepiride

2683. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2684. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2685. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2686. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2687. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2688. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2689. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2690. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2691. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2692. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2. Griseofulvin

2693. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2694. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2695. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2696. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2697. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2698. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2699. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

## XIV. AFTER SUCCESSFULLY COLLUDING, DEFENDANTS' QUALITY RANKINGS IMPROVE

2700. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied. Taro denies that it engaged in a conspiracy or series of conspiracies.

2701. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

### A. Apotex

2702. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2703. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2704. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2705. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2706. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2707. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2708. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2709. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2710. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**B. Zydus**

2711. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2712. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2713. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2714. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2715. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2716. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2717. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2718. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2719. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**C. <u>Heritage</u>**

2720. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2721. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**D. <u>Lupin</u>**

2722. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2723. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2724. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2725. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2726. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**E. Par**

2727. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2728. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2729. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2730. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2731. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2732. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2733. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**F. Greenstone**

2734. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2735. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2736. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2737. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**G. Amneal**

2738. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2739. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2740. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2741. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2742. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**H. Rising – Hydroxyzine Pamoate & Diflunisal Tablets**

2743. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2744. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2745. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2746. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2747. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2748. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**I. <u>Breckenridge</u>**

2749. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2750. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2751. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2752. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2753. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2754. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**J. <u>Glenmark</u>**

2755. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2756. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2757. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

**K. <u>A Commitment to the Overarching Conspiracy Was Instrumental to the Success of the Price-Fixing Agreements</u>**

2758. Denied. Further, Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro further denies that it engaged in a conspiracy or series of conspiracies or engaged in “fair share” agreements.

2759. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2760. Taro denies the allegations in this paragraph as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph and further denies that it engaged in a conspiracy or series of conspiracies or engaged in “fair share” agreements.

2761. Taro denies the allegations in this paragraph as they relate to Taro. Further, Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Further, Taro denies that it engaged in a conspiracy or series of conspiracies or engaged in "fair share" agreements

## L. "Quality Competitor" Rankings Relate to Price Increases, But Even "Low Quality" Competitors Comply With the Overarching Conspiracy

2762. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

### 1. Camber and Teva Fix Prices on Ranitidine HCL

2763. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2764. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2765. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2766. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2767. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2768. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2769. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2770. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2771. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2772. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2773. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2774. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2775. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2776. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2777. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2778. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2779. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2780. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2781. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2782. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2783. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2784. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2785. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2786. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

## XV. CONSCIOUSNESS OF GUILT

2787. Taro denies the allegations in this paragraph as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Further, Taro denies that it engaged in unlawful conduct as outlined in this paragraph and denies that it participated in a conspiracy or a series of conspiracies.

2788. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2789. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2790. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2791. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2792. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2793. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2794. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2795. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2796. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2797. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. To the extent the allegations relate to Taro, they are denied.

2798. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2799. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2800. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2801. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2802. Taro lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

## XVI. THE GENERIC DRUG INDUSTRY WAS SUSCEPTIBLE TO COLLUSION

2803. This paragraph states legal conclusions for which no response is required. To the extent a response is required, Taro denies the allegations in this paragraph and specifically denies that it engaged in unlawful conduct as outlined in this paragraph and denies that it participated in a conspiracy or a series of conspiracies.

2804. Denied. Taro denies the allegations in this paragraph and specifically denies that it engaged in unlawful conduct as outlined in this paragraph and denies that it participated in a conspiracy or a series of conspiracies.

2805. Taro denies the allegations in this paragraph as they relate to Taro. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph and specifically denies that it engaged in unlawful conduct as outlined in this paragraph and denies that it participated in a conspiracy or a series of conspiracies.

2806. Denied. Taro denies that this paragraph provides a complete and/or accurate description of the economic principles and aspects of the generic drug industry purportedly described and states that issues pertaining to barriers to entry, sales, pricing, and the market for pharmaceutical products must be considered on a case-by-case basis and therefore, Taro denies the allegations as set forth in this paragraph. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro

and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2807. Denied. Taro denies that this paragraph provides a complete and/or accurate description of the economic principles and aspects of the generic drug industry purportedly described and states that issues pertaining to sales, pricing, and the market for pharmaceutical products must be considered on a case-by-case basis and therefore, Taro denies the allegations as set forth in this paragraph. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2808. Denied. Taro denies that this paragraph provides a complete and/or accurate description of the economic principles and aspects of the generic drug industry purportedly described and states that issues pertaining to sales, pricing, and the market for pharmaceutical products must be considered on a case-by-case basis and therefore, Taro denies the allegations as set forth in this paragraph. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2809. Taro admits that a generic drug must be the therapeutic equivalent of its branded counterpart. Taro denies the remainder of the allegations.

2810. Denied.

2811. Denied.

2812. Denied.

2813. Denied. Taro denies that this paragraph provides a complete and/or accurate description of the economic principles and aspects of the generic drug industry purportedly described and states that issues pertaining to sales, pricing, and the market for pharmaceutical products must be considered on a case-by-case basis and therefore, Taro denies the allegations as set forth in this paragraph. Taro otherwise denies the remainder of the allegations in this paragraph.

## XVII. DEFENDANTS' CONSPIRACY WAS EFFECTIVE AND IS STILL ONGOING

2814. Denied. Taro further denies that it engaged in the unlawful conduct alleged in the complaint and denies that it engaged in a conspiracy or series of conspiracies.

2815. Denied. Taro further denies that it engaged in the unlawful conduct alleged in the complaint and denies that it engaged in a conspiracy or series of conspiracies or an overarching market allocation agreement.

2816. Denied. Taro denies the allegations as they relate to Taro. Taro also lacks knowledge or information sufficient to form a belief as to the truth of the allegations that relate to persons or entities other than Taro and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph

2817. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph.

2818. Taro states that the referenced source or sources speak for themselves and do not require a response. To the extent a response is required, Taro denies the allegations in this paragraph. Further, Taro lacks sufficient knowledge or information to form a belief as to the truth

of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the allegations as they relate to Taro.

2819. Denied.

2820. Denied. Taro further denies that it engaged in the unlawful conduct alleged in the complaint and denies that it engaged in a conspiracy or series of conspiracies.

2821. Denied. Taro further denies that it engaged in the unlawful conduct alleged in the complaint and denies that it engaged in a conspiracy or series of conspiracies.

## XVIII. DISCOVERY WILL ESTABLISH THE FULL SCOPE OF THE CONSPIRACY

2822. The allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies those allegations in this paragraph. Taro further denies that it engaged in the unlawful conduct alleged in the complaint and denies that it engaged in a conspiracy or series of conspiracies.

## XIX. TOLLING OF THE STATUTE OF LIMITATIONS

2823. (a)-(c) Denied. Further, the allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies those allegations in this paragraph.

2824. Denied. Further, the allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies those allegations in this paragraph. Taro further denies that it engaged in the unlawful conduct alleged in the complaint and denies that it engaged in a conspiracy or series of conspiracies.

2825. Denied. Further, the remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies those allegations in this paragraph.

2826. Denied. Further, the remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph.

2827. (a)-(e) Denied. Taro specifically denies that it engaged in the unlawful conduct alleged in the Complaint and denies that it engaged in a conspiracy or series of conspiracies.

2828. Denied. Taro specifically denies that it engaged in the unlawful conduct alleged in the Complaint and denies that it engaged in a conspiracy or series of conspiracies.

2829. Denied. Taro specifically denies that it engaged in the unlawful conduct alleged in the Complaint and denies that it engaged in a conspiracy or series of conspiracies.

**A. Spoilation of Evidence**

2830. Denied.

2831. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2832. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2833. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

**B. Obstruction of Justice**

2834. Taro denies the allegations as they relate to Taro. Taro specifically denies that it engaged in the unlawful conduct alleged in the Complaint and denies that it engaged in a conspiracy or series of conspiracies.

2835. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2836. Taro denies the allegations as they relate to Taro. Taro lacks sufficient knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies the remainder of the allegations in this paragraph.

2837. Taro denies the allegations as they relate to Taro. The remaining allegations in this paragraph state legal conclusions for which no response is required. To the extent a response is required, Taro denies the remainder of the allegations in this paragraph. Taro denies that it has engaged in the unlawful conduct alleged in the Complaint.

2838. Denied.

## XX. ANTITRUST VIOLATIONS

### A. Count One – Overarching Conspiracy on all Price-Fixed Drugs Against All Defendants

2839. Defendant Taro hereby incorporates its responses set forth above as if fully set forth herein.

2840. Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2841. Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or

information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2842. Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2843. Denied. Taro denies the allegations in this paragraph. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2844. Denied. Further, this paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct and conspiracy.

2845. Denied. Further, this paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro

denies all other allegations in this paragraph, including allegations of unlawful conduct and overarching conspiracy.

2846. Denied. Further, this paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct and conspiracy.

2847. Denied. Further, this paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct and conspiracy.

2848. Denied. Further, this paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct and conspiracy.

2849. Denied. Further, this paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons

or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct and conspiracy.

2850. Denied. Further, this paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct and conspiracy.

2851. Denied. Further, this paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct and conspiracy.

2852. Denied. Further, this paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct and conspiracy.

2853. Denied. Further, this paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without

knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct and conspiracy.

2854. Denied. Further, this paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct and conspiracy.

2855. Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2856. (a)-(d) Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct and conspiracy.

2857. (a)-(d) Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct and conspiracy.

2858. (a)-(d) Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct and conspiracy.

2859. (a)-(c) Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct and conspiracy and denies that Plaintiffs and direct purchasers have been deprived of the benefit of free and open competition.

2860. Denied. It is specifically denied that Plaintiffs have been injured in their business or property and denies that each Plaintiff sustained an injury as a result of the actions of Taro. Further, this paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

**B. Count Two (Pled in the Alternative to Count One) Against Teva, Actavis, Amneal, Apotex, Aurobindo, Breckenridge, Dr. Reddy's, Glenmark, Greenstone, Lannett, Lupin, Mulan, Par, Pfizer, Sandoz, Taro, Upsher-Smith, Wockhardt, and Zydus**

2861. Defendant Taro hereby incorporates its responses set forth above as if fully set forth herein.

2862. This paragraph requires no response.

2863. This paragraph requires no response.

2864. Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2865. Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2866. Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2867. Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2868. Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2869. Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other

than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2870. Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2871. (a)-(d) Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2872. (a)-(d) Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2873. Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Further, Taro is without knowledge or information to form a belief as to the truth of the allegations that relate to persons or entities other than Taro, and, on that basis, denies those allegations in this paragraph. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2874. (a)-(c) Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2875. Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct and specifically denies that Plaintiffs have been injured in their business or property and denies that each Plaintiff sustained an injury as a result of the actions of Taro.

**C. <u>Counts Three through One Hundred Ninety (Individual Conspiracies)</u>**

2876. Defendant Taro hereby incorporates its responses set forth above as if fully set forth herein.

2877. Taro denies the allegations as they relate to Taro in those Counts in which Taro is identified as a Defendant as outlined in this paragraph. Specifically, Taro denies the allegations in Counts 3, 4, 6, 11, 19, 20, 33, 42, 47, 48, 49, 51, 55, 56, 70, 71, 73, 82, 85, 86, 90, 99, 103, 106, 110, 118, 129, 142, 143, 144, 157, 175, 183, 189 and any other Count in which allegations are made against Taro, but do not specifically name Taro. The remaining Counts are directed to Defendants other than Taro and therefore, no response is required. To the extent a response is required, Taro denies the allegations. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2878. Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations in this paragraph and in those Counts in which Taro is named or in which allegations are made against Taro but Taro is not named. The remaining Counts are directed to Defendants other than Taro and therefore, no response is required. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2879. Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations in those Counts in which Taro is named or in which allegations are made against Taro but Taro is not named. The remaining Counts are directed to Defendants other than Taro and therefore, no response is required. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2880. (a)-(d) Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations in those Counts in which Taro is named or in which allegations are made against Taro but Taro is not named. The remaining Counts are directed to Defendants other than Taro and therefore, no response is required. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2881. (a)-(d) Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations in those Counts in which Taro is named or in which allegations are made against Taro but Taro is not named. The remaining Counts are directed to Defendants other than Taro and therefore, no response is required. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2882. Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations in those Counts in which Taro is named or in which allegations are made against Taro but Taro is not named. The remaining Counts are directed to Defendants other than Taro and therefore, no response is required. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2883. (a)-(c) Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations in those Counts in which Taro is named or in which allegations are made against Taro but Taro is not named. The remaining Counts

are directed to Defendants other than Taro and therefore, no response is required. Further, Taro specifically denies that Plaintiffs and other direct purchasers of generic drugs have been deprived of the benefit of free and open competition. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

2884. Denied. This paragraph contains legal conclusions and requires no response. To the extent a response is required, Taro denies the allegations in those Counts in which Taro is named or in which allegations are made against Taro but Taro is not named. The remaining Counts are directed to Defendants other than Taro and therefore, no response is required. Taro denies all other allegations in this paragraph, including allegations of unlawful conduct.

## XXI. PRAYER FOR RELIEF

A. This paragraph contains a plea for relief that requires no response. Taro further states that Plaintiffs are not entitled to any relief. Taro requests that the Court deny Plaintiffs requested relief and enter judgment in Taro's favor.

B. This paragraph contains a plea for relief that requires no response. Taro further states that Plaintiff States are not entitled to any relief. Taro requests that the Court deny Plaintiffs requested relief and enter judgment in Taro's favor.

C. This paragraph contains a plea for relief that requires no response. Taro further states that Plaintiffs are not entitled to any relief. Taro requests that the Court deny Plaintiffs requested relief and enter judgment in Taro's favor.

D. This paragraph contains a plea for relief that requires no response. Taro further states that Plaintiffs are not entitled to any relief. Taro requests that the Court deny Plaintiffs requested relief and enter judgment in Taro's favor.

Wherefore, Taro requests this Honorable Court to deny Plaintiffs requested relief and enter judgment in favor of Taro.

## JURY DEMAND

No response is required to Plaintiffs' jury demand

## AFFIRMATIVE DEFENSES

Taro does not admit any liability that Plaintiffs have been injured or damaged in any way, or that Plaintiffs are entitled to any relief whatsoever. Without assuming any burdens of proof to which applicable law assigns to Plaintiff or any burdens of proof that it would not otherwise bear, Taro asserts the following affirmative defenses. Taro reserves the right to amend or supplement its Affirmative Defenses:

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails, in whole or in part, to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the Complaint fails to plead conspiracy or fraud with the particularity required under applicable law.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs do not have standing.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are improperly joined within the meaning of the Federal Rules of Civil Procedure 20 because they did not arise out of the same transaction, occurrence, or series of transactions or occurrences, and/or do not involve questions of law or fact common to all defendants.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims against Taro are barred to the extent they have agreed to arbitration, chosen a different forum for the resolution of their claims, or waived a jury trial. This Court lacks jurisdiction to adjudicate any claim pertaining to those agreements.

SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or part, because Plaintiffs have not suffered any actual injury or damage as a result of the conduct alleged as a basis of this lawsuit.

SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered injury proximately caused by the alleged conduct on the part of Taro.

EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the alleged damages, if any, are too remote or speculative to allow recovery, and because of the impossibility of ascertaining and allocating those alleged damages with reasonable certainty.

NINTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or part, to the extent Plaintiffs failed to take all necessary, reasonable, and appropriate actions to mitigate their alleged damages, if any. Alternatively, any damages sustained by Plaintiffs, which Taro denies, must be reduced by the amount that such damages would have been reduced had Plaintiffs exercised reasonable diligence in mitigating their damages.

TENTH AFFIRMATIVE DEFENSE

Plaintiffs' attempt to allege a conspiracy that allegedly began as early as November 2010, that they claim resulted in their paying higher prices for the products in issue, but Plaintiffs allege no facts that explain or justify their delay in bringing this lawsuit. Plaintiffs are barred from pursuing all or part of such a claim by the doctrines of estoppel and laches.

ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because any injury or damages the

Plaintiffs may have suffered were caused solely or proximately by market conditions or the acts and omissions of others and not by any act or omission attributable to Taro.

TWELFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred to the extent any recovery would be duplicative of a recovery by other plaintiffs and in other lawsuits, subjecting Taro to the possibility of multiple recovery which is barred by the United States Constitution and any other applicable laws.

THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because none of the alleged actions taken by Taro harmed Plaintiffs.

FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the defense or privilege of competition.

FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by res judicata and the case law prohibiting plaintiffs from splitting claims or causes of action to the extent they are duplicative of or redundant to claims brought by Plaintiffs in other actions or create confusion as to what conduct is at issue in this action.

SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims based on conspiracy are barred, in whole or in part, because civil conspiracy is not actionable in the absence of an underlying wrongful act or tort.

SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' complaint, and the cause of action allegedly contained herein, is barred, in whole or in part, because it does not present a justiciable controversy.

EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have failed to state a claim for injunctive relief, insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the requisite showing of threatened harm or continuing harm.

NINETEENTH AFFIRMATIVE DEFENSE

To the extent that Plaintiffs attempt to seek equitable relief against Taro, they are not entitled to such relief because they have an adequate remedy at law.

TWENTIETH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred to the extent the remedies sought are unconstitutional, contrary to public policy, go beyond applicable statutory ceilings on recoverable damages, and/or are otherwise unauthorized.

TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiffs fail to allege facts or causes of action against Taro sufficient to support a claim for attorneys' fees, treble damages, and/or legal fees.

TWENTY-SECOND AFFIRMATIVE DEFENSE

Any and all of the injuries or damages suffered by Plaintiffs resulted solely from conduct and/or conditions for which Taro is not responsible and for which it cannot be held liable. Plaintiffs' claims are barred, in whole or in part, because the harm alleged was proximately caused by the negligence, gross negligence, or intentional and malicious acts of intervening third parties not under the control of Taro.

TWENTY-THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or part, because the relief sought is broader than what is necessary to remedy the alleged harm.

TWENTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by non-settling Defendants' right to set off any amounts paid to Plaintiffs by and Defendants who have settled, or do settle, Plaintiffs' claims against them in this action.

TWENTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the statute of limitations.

TWENTY-SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole or in part because Plaintiffs suffered no antitrust injury and/or have passed on any alleged overcharges.

TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred because the actions or practices of Taro that are the subject of the Complaint were undertaken unilaterally for legitimate business reasons and in pursuit of Taro's independent interests and those of its customers, and were not the result of any unlawful contract, combination or conspiracy between Taro and any other person or entity.

TWENTY-EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because none of the alleged actions by Taro injured or substantially lessened competition in any relevant market.

TWENTY-NINTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the voluntary payment doctrine, under which one cannot recover payments made with full knowledge of the facts.

THIRTIETH AFFIRMATIVE DEFENSE

Taro is entitled to complete indemnity (express or implied), contribution, proportional fault, comparative fault, allocation, apportionment, and offset against parties, including severed

parties and/or those proceeding in bankruptcy, and non-parties.

THIRTY-FIRST AFFIRMATIVE DEFENSE

Claims against Taro for damages are barred, in whole or in part, by the doctrine of consent and/or ratification to the extent Plaintiffs have received and/or paid for products manufactured, marketed and sold by Taro after the filing of Plaintiffs' original complaint.

THIRTY-SECOND AFFIRMATIVE DEFENSE

To the extent that any actionable conduct occurred, the Plaintiffs claims are barred because any such conduct by any current or former Taro employee, would have been committed by individuals acting *ultra vires* and/or for their own benefit and contrary to Taro's interests.

THIRTY-THIRD AFFIRMATIVE DEFENSE

Defendant Taro hereby incorporates any affirmative defense applicable to Taro not identified above and asserted by any other Defendant.

RESERVATION OF RIGHTS TO AFFIRMATIVE DEFENSES

Defendant Taro hereby expressly reserves the right to assert any affirmative defense not identified above that becomes available to it over the course of this litigation and thus reserves the right to amend its Answer to incorporate such defenses.

Dated: March 2, 2026

Respectfully Submitted,

*/s/ Christopher P. Wilson*

John M. Taladay
Christopher P. Wilson
JoAnna Adkisson
Michael Munoz
**BAKER BOTTS LLP**
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
john.taladay@bakerbotts.com

christopher.wilson@bakerbotts.com
joanna.adkisson@bakerbotts.com
michael.munoz@bakerbotts.com

Lauri A. Kavulich
CLARK HILL PLC
2001 Market St, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8500
Facsimile: (215) 640-8501
lkavulich@clarkhill.com

Lindsay S. Fouse
CLARK HILL PLC
301 Grant St, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7711
Facsimile: (412) 394-2555
lfouse@clarkhill.com

*Counsel for Defendant Taro Pharmaceuticals U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

I certify that, on March 2, 2026, I caused the foregoing Defendant Taro Pharmaceuticals U.S.A., Inc.'s Answer and Affirmative Defenses to Plaintiffs' Second Amended Complaint to be served upon all counsel of record via the Court's ECF system.

*/s/ Christopher P. Wilson*

Christopher P. Wilson
**BAKER BOTTS LLP**
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
christopher.wilson@bakerbotts.com