**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE KROGER CO., ALBERTSONS COMPANIES, LLC, AND H.E. BUTT GROCERY COMPANY L.P.,<br><br>*Plaintiff*,<br><br>v.<br><br>ACTAVIS HOLDCO U.S., INC., ACTAVIS PHARMA, INC., AKORN, INC., ALVOGEN INC., AMNEAL PHARMACEUTICALS, INC., AMNEAL PHARMACEUTICALS, LLC, APOTEX CORP., AUROBINDO PHARMA USA, INC., BRECKENRIDGE PHARMACEUTICAL, INC., CAMBER PHARMACEUTICALS, INC., CITRON PHARMA, LLC, DR. REDDY'S LABORATORIES, INC., EMCURE PHARMACEUTICALS, LTD., ENDO INTERNATIONAL PLC, EPIC PHARMA, LLC, FOUGERA PHARMACEUTICALS, INC., G&W LABORATORIES, INC., GENERICS BIDCO I, LLC, GLENMARK PHARMACEUTICALS INC., USA, GREENSTONE LLC, HERITAGE PHARMACEUTICALS, INC., HI-TECH PHARMACAL CO., INC., HIKMA LABS, INC., HIKMA PHARMACEUTICALS, USA, INC., IMPAX LABORATORIES, INC., JUBILANT CADISTA PHARMACEUTICALS, INC., LANNETT COMPANY, INC., LUPIN PHARMACEUTICALS, INC., MAYNE PHARMA USA INC., MALLINCKRODT INC., MALLINCKRODT LLC, MALLINCKRODT PLC; MORTON GROVE PHARMACEUTICALS, INC., MYLAN PHARMACEUTICALS, INC., MYLAN, INC., MYLAN N.V., OCEANSIDE PHARMACEUTICALS, INC., PAR PHARMACEUTICAL, INC., PERRIGO NEW YORK, INC., PFIZER INC., PLIVA, INC., SANDOZ, INC., STRIDES PHARMA, INC., SUN PHARMACEUTICAL INDUSTRIES, INC., TARO PHARMACEUTICALS USA, INC., TELIGENT, INC., TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC., UDL LABORATORIES, INC., UPSHER-SMITH LABORATORIES, LLC, VALEANT | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE<br><br>Civil Action No: 18-cv-284-CMR<br><br>**JURY TRIAL DEMANDED**<br><br>March 2, 2026 |

PHARMACEUTICALS NORTH AMERICA, LLC, VALEANT PHARMACEUTICALS INTERNATIONAL, INC., VERSAPHARM, INC.,WEST-WARD COLUMBUS, INC. WEST-WARD PHARMACEUTICALS CORP., WOCKHARDT USA LLC, AND ZYDUS PHARMACEUTICALS (USA) INC.

*Defendants*.

**DEFENDANT LANNETT COMPANY, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO KROGER'S THIRD AMENDED COMPLAINT**

Defendant Lannett Company, Inc. ("Lannett") respectfully submits this Answer and Affirmative Defenses to The Kroger Co., Albertsons Company, Inc., and H.E. Butt Grocery Company L.P.'s Third Amended Complaint ("Complaint"), filed on April 1, 2024. Lannett reserves the right to amend and supplement this Answer as may be appropriate or necessary.

**PRELIMINARY STATEMENT**

For avoidance of doubt, Lannett denies any alleged wrongdoing or conspiracy related to the marketing, pricing, or selling of any generic drug product, and nothing in this Answer should be construed to the contrary. Lannett denies any allegations in the Complaint not specifically admitted herein, including (i) allegations as to any relief sought, and (ii) any allegations contained in any of the headings, sub-headings, footnotes, and any other allegations not contained in a numbered paragraph. To the extent that any titles, headings, subheadings, paragraphs, or footnotes of the Complaint are intended to be allegations directed at Lannett and require a response, they are denied unless expressly admitted herein.

In this Answer, Lannett refers at various points to documents, actions, or statements that the Complaint purports to characterize, selectively quote, or otherwise reference. To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Lannett respectfully refers this Court to the referenced or quoted materials for a complete and accurate statement of their contents and denies any allegations inconsistent therewith; such references are not intended to be, and should not be construed as, an admission that the cited materials are (1) correctly cited or quoted by Plaintiffs, (2) relevant to this, or any other, action, or (3) admissible in this, or any other, action. In referencing a document, action, or statement in the Complaint,

Lannett does not admit—and expressly preserves all rights to object to, contest, or deny—the authenticity, accuracy, applicability, or admissibility of any such document, action, or statement.

Lannett lacks knowledge or information to form a belief as to the truth of the allegations in the Complaint directed towards other Defendants to this action, and those allegations are therefore denied. Lannett also denies that Plaintiffs is entitled to relief in any respect.

Lannett reserves the right to seek to amend and supplement its Answer and/or Defenses as may be appropriate or necessary.

## I. INTRODUCTION

1. Lannett denies the allegations in Paragraph 1. Lannett also denies that it engaged in any "unlawful conspiracy" or other wrongdoing including with respect to pricing or other competitive terms.

2. Lannett denies the allegations in the first sentence of Paragraph 2. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2 and, on that basis, denies those allegations. Lannett also denies that it engaged in any "conspiracy" or other wrongdoing including with respect to pricing or other competitive term.

3. Lannett denies the allegations in the first sentence of Paragraph 3. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 3 and, on that basis, denies those allegations. Lannett also denies that it engaged in any "conspiracy" or other wrongdoing including with respect to pricing or other competitive term.

4. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 and, on that basis, denies those allegations. Lannett

expressly denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

5. Lannett admits only that it is aware that the Attorneys General of several States have filed civil actions related to generic drug pricing. The pleadings in those actions speak for themselves. Lannett does not admit the accuracy of the statements in Paragraph 5 and denies Plaintiffs' characterization to the extent it is inconsistent with such writings. To the extent any further response is required, Lannett denies the remainder of allegations in Paragraph 5. Lannett also expressly denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

6. Lannett admits only that it is aware that the Attorneys General of several States have filed civil actions related to generic drug pricing. The pleadings in those actions speak for themselves. Lannett does not admit the accuracy of the statements in Paragraph 6 and denies Plaintiffs' characterization to the extent it is inconsistent with such writings. To the extent any further response is required, Lannett denies the remainder of allegations in Paragraph 6. Lannett also expressly denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

7. Lannett denies the allegations in Paragraph 7. Lannett expressly denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

8. Lannett denies the allegations in Paragraph 8. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

9. Lannett denies the allegations in Paragraph 9. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

10. Lannett denies the allegations in Paragraph 10. Lannett expressly denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

11. Lannett denies the allegations in Paragraph 11. Lannett expressly denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

12. Lannett denies the allegations in Paragraph 12. Lannett expressly denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

## II. DRUGS INVOLVED IN THE CONSPIRACY

13. Paragraph 13 is a definitional statement that does not make any allegations that require a response. To the extent a response is required, Lannett admits only that Plaintiff is purporting to define the term "Price-Fixed Generic Drugs" as set out in Paragraph 13 but denies that doing so adequately puts Lannett on notice of the allegations because the allegation includes multiple variables or conditions for the defined term, thereby rendering it unclear what the term is intended to mean in particular contexts. To the extent any further response is required, any actual allegations in this paragraph are denied.

## III. VENUE AND JURISDICTION

14. The allegations in Paragraph 14 are legal conclusions to which no response is required. To the extent any response is required, Lannett lacks knowledge or information

sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 and, on that basis, denies those allegations.

15. The allegations in Paragraph 15 are legal conclusions to which no response is required. To the extent any response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 and, on that basis, denies those allegations.

16. The allegations in Paragraph 16 are legal conclusions to which no response is required. To the extent any response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 and, on that basis, denies those allegations.

17. The allegations in Paragraph 17 are legal conclusions to which no response is required. To the extent any response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 and, on that basis, denies those allegations.

## IV. PARTIES

### A. Plaintiffs

18. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 and, on that basis, denies those allegations.

19. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and, on that basis, denies those allegations.

20. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 and, on that basis, denies those allegations.

**B. <u>Defendants</u>**

21. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and, on that basis, denies those allegations.

22. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 and, on that basis, denies those allegations.

23. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and, on that basis, denies those allegations.

24. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and, on that basis, denies those allegations.

25. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and, on that basis, denies those allegations.

26. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and, on that basis, denies those allegations.

27. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and, on that basis, denies those allegations.

28. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 and, on that basis, denies those allegations.

29. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 and, on that basis, denies those allegations.

30. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 and, on that basis, denies those allegations.

31. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and, on that basis, denies those allegations.

32. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 and, on that basis, denies those allegations.

33. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 and, on that basis, denies those allegations.

34. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and, on that basis, denies those allegations.

35. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and, on that basis, denies those allegations.

36. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 and, on that basis, denies those allegations.

37. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and, on that basis, denies those allegations.

38. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and, on that basis, denies those allegations.

39. Lannett admits only that it is a corporation organized and existing under the laws of the State of Delaware and admits that it marketed and sold certain generic pharmaceutical products in this District and throughout the United States. Lannett denies that its principal place of business is in Philadelphia, Pennsylvania. The second sentence is a definitional statement that does not make any allegations that require a response. To the extent a response is required to the second sentence, the allegations are denied. Lannett denies the allegations in the third sentence. Lannett expressly denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

40. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 and, on that basis, denies those allegations.

41. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 and, on that basis, denies those allegations.

42. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and, on that basis, denies those allegations.

43. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 and, on that basis, denies those allegations.

44. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 and, on that basis, denies those allegations.

45. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 and, on that basis, denies those allegations.

46. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and, on that basis, denies those allegations.

47. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 and, on that basis, denies those allegations.

48. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 and, on that basis, denies those allegations.

49. Lannett lacks knowledge or information sufficient to form a belief as the truth of the allegations contained in Paragraph 49 and, on that basis, denies those allegations.

50. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and, on that basis, denies those allegations.

51. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 and, on that basis, denies those allegations.

52. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 and, on that basis, denies those allegations.

53. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and, on that basis, denies those allegations.

54. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 and, on that basis, denies those allegations.

55. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 and, on that basis, denies those allegations.

56. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and, on that basis, denies those allegations.

57. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and, on that basis, denies those allegations.

58. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 and, on that basis, denies those allegations.

59. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 and, on that basis, denies those allegations.

60. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 and, on that basis, denies those allegations.

61. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 and, on that basis, denies those allegations.

62. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 and, on that basis, denies those allegations.

63. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 and, on that basis, denies those allegations.

64. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 and, on that basis, denies those allegations.

65. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 and, on that basis, denies those allegations.

66. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 and, on that basis, denies those allegations.

67. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 and, on that basis, denies those allegations.

**C. <u>Co-Conspirators and Agents</u>**

68. Lannett denies the allegations in Paragraph 68. Lannett expressly denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

69. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 and, on that basis, denies those allegations. Lannett expressly denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

70. Lannett denies the allegations in Paragraph 70. Lannett expressly denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

71. Lannett denies the allegations in Paragraph 71. Lannett expressly denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

72. To the extent the allegations in Paragraph 72 are directed to Lannett, the allegations are denied. For any other allegations in this paragraph, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies those allegations. Lannett expressly denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

## V. <u>SANDOZ SPIN-OFF & NOVARTIS' PARTICIPATION IN THE CONSPIRACY</u>

73. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 and, on that basis, denies those allegations.

74. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 and, on that basis, denies those allegations.

75. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75 and, on that basis, denies those allegations.

76. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 and, on that basis, denies those allegations.

77. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 and, on that basis, denies those allegations.

78. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 and, on that basis, denies those allegations.

79. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 and, on that basis, denies those allegations.

80. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and, on that basis, denies those allegations.

81. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and, on that basis, denies those allegations.

82. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 and, on that basis, denies those allegations.

83. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 and, on that basis, denies those allegations.

84. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and, on that basis, denies those allegations.

85. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 and, on that basis, denies those allegations.

86. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 and, on that basis, denies those allegations.

87. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and, on that basis, denies those allegations.

88. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 and, on that basis, denies those allegations.

89. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 and, on that basis, denies those allegations.

90. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 and, on that basis, denies those allegations.

91. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 and, on that basis, denies those allegations.

92. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 and, on that basis, denies those allegations.

93. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 and, on that basis, denies those allegations.

94. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 and, on that basis, denies those allegations.

95. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 and, on that basis, denies those allegations.

96. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 and, on that basis, denies those allegations.

97. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 and, on that basis, denies those allegations.

98. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 and, on that basis, denies those allegations.

99. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 and, on that basis, denies those allegations.

100. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 and, on that basis, denies those allegations.

101. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 and, on that basis, denies those allegations.

## VI. TRADE AND COMMERCE

102. The allegations in Paragraph 102 are legal conclusions to which no response is required. To the extent any response is required, Lannett denies the allegations in Paragraph 102.

103. The allegations in Paragraph 103 are legal conclusions to which no response is required. To the extent any response is required, Lannett denies the allegations in Paragraph 103.

## VII. GENERIC DRUGS, THE FDCA AND THE HATCH-WAXMAN AMENDMENTS

104. The allegations in Paragraph 104 are legal conclusions to which no response is required. To the extent any response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 and, on that basis, denies those allegations.

105. The allegations in Paragraph 105 are legal conclusions to which no response is required. To the extent any response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105 and, on that basis, denies those allegations.

106. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 and, on that basis, denies those allegations.

107. The allegations in Paragraph 107 are legal conclusions to which no response is required. To the extent any response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 and, on that basis, denies those allegations.

108. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 108 and, on that basis, denies those allegations.

109. The allegations in Paragraph 109 purport to characterize federal statutes, which are in writing and speak for themselves. By way of further response, the allegations in Paragraph 109 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 109.

110. The allegations in Paragraph 110 purport to characterize federal statutes, which are in writing and speak for themselves. By way of further response, the allegations in Paragraph 110 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 110.

111. The allegations in Paragraph 111 purport to characterize a federal statute, which is in writing and speaks for itself. By way of further response, the allegations in Paragraph 111 are legal conclusions to which no response is required. To the extent a response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 111 and, on that basis, denies those allegations.

112. The allegations in Paragraph 112 purport to characterize a federal statute, which is in writing and speaks for itself. By way of further response, the allegations in Paragraph 112 are legal conclusions to which no response is required. To the extent a response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 112 and, on that basis, denies those allegations.

113. Lannett admits only the allegations contained in the first sentence of Paragraph 113. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 113 and, on that basis, denies those allegations.

114. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 114 and, on that basis, denies those allegations.

115. The allegations in Paragraph 115 purport to characterize federal and state statutes, which are in writing and speak for themselves. By way of further response, the allegations in the second sentence of Paragraph 115 are also legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 115.

116. The allegations in Paragraph 116 are legal conclusions to which no response is required. To the extent a response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 116 and, on that basis, denies those allegations.

117. The allegations in Paragraph 117 are legal conclusions to which no response is required. To the extent a response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, as phrased, and, on that basis, denies those allegations.

118. Lannett admits the allegations contained in Paragraph 118 only as to Lannett, but does not purport to have complete knowledge of the industry. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 118 and, on that basis, denies those allegations.

## VIII. THE DOJ AND STATE ATTORNEYS GENERAL INVESTIGATIONS

119. Lannett admits only that it has received subpoenas from the DOJ and the Connecticut Attorney General. Otherwise, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 119 and, on that basis, denies those allegations.

**A. The DOJ is Leading a Broad-Ranging Criminal Investigation Into the Anticompetitive Conduct of Generic Drug Manufacturers**

120. Lannett admits only that it has received subpoenas from the DOJ. Otherwise, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 120 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

121. The allegations in Paragraph 121 purport to characterize and/or quote from a public document, which is in writing and speaks for itself. Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writing itself. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

122. The allegations in Paragraph 122 purport to characterize and/or quote from a public document, which is in writing and speaks for itself. Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writing itself. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

123. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 123 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

124. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 124 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

125. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 125 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

126. The allegations in Paragraph 126 purport to characterize and/or quote from a public document, which is in writing and speaks for itself. Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writing itself. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 126 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

127. Lannett admits only that it has received subpoenas from the DOJ. Otherwise, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 127 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

128. The allegations in Paragraph 128 purport to characterize and/or quote from a public document, which is in writing and speaks for itself. Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writing itself. The remaining allegations in Paragraph 128 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 128. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

129. The allegations in Paragraph 129 purport to characterize and/or quote from public documents, which are in writing and speak for themselves. Lannett denies Plaintiffs'

characterization to the extent it is inconsistent with the writing itself. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

130. The allegations in Paragraph 130 purport to characterize and/or quote from a court filing, which is in writing and speaks for itself. Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writing itself. To the extent a further response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 130 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

131. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 131 and, on that basis, denies those allegations.

132. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132 and, on that basis, denies those allegations.

133. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 and, on that basis, denies those allegations.

134. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 134 and, on that basis, denies those allegations.

135. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 135 and, on that basis, denies those allegations.

136. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 136 and, on that basis, denies those allegations. Lannett

also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

137. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 137 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

138. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 138 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

139. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 139 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

140. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 140 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

141. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

142. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

143. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

144. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

145. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

146. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 146 and, on that basis, denies those allegations.

147. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 147 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

148. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

149. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 149 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

150. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 150 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

151. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 151 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

152. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 152 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

153. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 153 and, on that basis, denies those allegations. Lannett

also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

154. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 154 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

155. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 155 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

156. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

157. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 157 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

**B. At Least 49 State Attorneys General are Also Investigating the Anticompetitive Conduct in the Generic Drug Industry**

158. Lannett admits only that it is aware that the Attorney General of several States have filed civil actions related to generic drug pricing. The pleadings in those actions are in writing and speak for themselves. Lannett does not admit the accuracy of the statements in Paragraph 158 and denies Plaintiffs' characterization to the extent it is inconsistent with such writings. To

the extent any further response is required, Lannett denies the remainder of allegations in Paragraph 158. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

159. Lannett denies the allegations in Paragraph 159. Lannett expressly denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

160. Lannett denies the allegations in Paragraph 160. Lannett expressly denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

161. Lannett denies the allegations in Paragraph 161. Lannett expressly denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

162. Lannett denies the allegations in Paragraph 162. Lannett expressly denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

163. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 163 and, on that basis, denies those allegations.

164. Lannett denies the allegations in Paragraph 164. Lannett expressly denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

165. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 165 and, on that basis, denies those allegations.

## IX. CONGRESSIONAL RESPONSES TO GENERIC DRUG PRICE INCREASES

166. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 166 and, on that basis, denies those allegations.

167. The allegations in Paragraph 167 purport to characterize and/or quote from a press release, which is in writing and speaks for itself. Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writing itself. To the extent a further response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 167 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

168. The allegations in Paragraph 168 purport to characterize and/or quote from a public document, which is in writing and speaks for itself. Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writing itself. To the extent a further response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 168 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

169. The allegations in Paragraph 169 purport to characterize and/or quote from a GAO report, which is in writing and speaks for itself. Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writing itself. To the extent a further response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 169 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

## X. THE GENERIC DRUG INDUSTRY WAS CHARACTERIZED BY AN EXTREMELY HIGH LEVEL OF COMPETITOR CONTACTS, WHICH FACILITATED COLLUSION BETWEEN DEFENDANTS

170. Lannett denies the allegations contained in Paragraph 170. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

171. Lannett denies the allegations contained in Paragraph 171. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

172. Lannett denies the allegations contained in Paragraph 172. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

### A. Defendants Used Trade Association Meetings to Facilitate Their Collusion

173. Lannett denies the allegations contained in Paragraph 173. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

174. Lannett denies the allegations contained in Paragraph 174. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

175. Lannett denies the allegations contained in Paragraph 175. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

176. Lannett denies the allegations contained in Paragraph 176. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

177. Lannett denies the allegations contained in Paragraph 177. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

178. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 178 and, on that basis, denies those allegations.

179. Lannett denies the allegations contained in Paragraph 179. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

180. The allegations in Paragraph 180 purport to characterize and/or quote from a public website, which is in writing and speaks for itself. Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writing itself. To the extent any further response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

181. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 181 and, on that basis, denies those allegations.

182. Lannett denies the allegations contained in Paragraph 182. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

183. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 183 and, on that basis, denies those allegations. Lannett

also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

184. Lannett denies the allegations contained in Paragraph 184. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

185. The allegations in Paragraph 185 purport to characterize and/or quote from a public website, which is in writing and speaks for itself. Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writing itself. Lannett admits only that it has been a member of HDMA. Otherwise, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 185 and, on that basis, denies those allegations.

186. Lannett denies the allegations contained in Paragraph 186. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

187. The allegations in Paragraph 187 purport to characterize and/or quote from a public website, which is in writing and speaks for itself. Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writing itself. Otherwise, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 187 and, on that basis, denies those allegations.

188. The allegations in Paragraph 188 purport to characterize and/or quote from a public website, which is in writing and speaks for itself. Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writing itself. Otherwise, Lannett lacks knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 188 and, on that basis, denies those allegations.

189. The allegations in Paragraph 189 purport to characterize and/or quote from a public website, which is in writing and speaks for itself. Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writing itself. Otherwise, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 189 and, on that basis, denies those allegations.

190. The allegations in Paragraph 190 purport to characterize and/or quote from a public website, which is in writing and speaks for itself. Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writing itself. Otherwise, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 190 and, on that basis, denies those allegations.

191. Lannett denies the allegations in Paragraph 191. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

192. Lannett denies the allegations in Paragraph 192. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

193. Lannett denies the allegations in Paragraph 193. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

194. Lannett denies the allegations in Paragraph 194. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

195. Lannett denies the allegations in Paragraph 195. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

196. Lannett denies the allegations in Paragraph 196. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

197. Lannett denies the allegations in Paragraph 197. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

### B. Defendants Communicated in Secret through E-Mail, Telephone, and Text Messages

198. Lannett denies the allegations in Paragraph 198. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

199. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 199 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

200. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 200 and, on that basis, denies those allegations. Lannett

also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

201. Lannett denies the allegations in Paragraph 201. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

### C. <u>The Overarching Conspiracy between Generic Drug Manufacturers – Playing Nice in the Sandbox</u>

202. Lannett denies the allegations in Paragraph 202. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

203. Lannett denies the allegations in Paragraph 203. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

204. Lannett denies the allegations in Paragraph 204. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

205. Lannett denies the allegations in Paragraph 205. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

206. Lannett denies the allegations in Paragraph 206. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

207. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 207 and, on that basis, denies those allegations.

208. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 208 and, on that basis, denies those allegations.

209. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 209 and, on that basis, denies those allegations.

210. Lannett denies the allegations in Paragraph 210. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

211. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 211 and, on that basis, denies those allegations.

212. Lannett denies the allegations in Paragraph 212. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

213. Lannett denies the allegations in Paragraph 213. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

214. Lannett denies the allegations in Paragraph 214. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

215. Lannett denies the allegations in Paragraph 215. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

216. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 216 and, on that basis, denies those allegations.

217. Lannett denies the allegations in Paragraph 217. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

218. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 218 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

219. Lannett denies the allegations in Paragraph 219. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

220. Lannett denies the allegations in Paragraph 220. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

221. Lannett denies the allegations in Paragraph 221. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

222. Lannett denies the allegations in Paragraph 222. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

223. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 223 and, on that basis, denies those allegations.

224. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 224 and, on that basis, denies those allegations.

225. Lannett denies the allegations in Paragraph 225. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

226. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 226 and, on that basis, denies those allegations.

227. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 227 and, on that basis, denies those allegations.

228. Lannett denies the allegations in Paragraph 228. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

229. Lannett denies the allegations in Paragraph 229. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

230. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 230 and, on that basis, denies those allegations.

231. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 231 and, on that basis, denies those allegations.

232. Lannett denies the allegations in Paragraph 232. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

233. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 233 and, on that basis, denies those allegations.

234. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 234 and, on that basis, denies those allegations.

235. Lannett denies the allegations in Paragraph 235. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

236. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 236 and, on that basis, denies those allegations.

237. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 237 and, on that basis, denies those allegations.

238. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 238 and, on that basis, denies those allegations.

239. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 239 and, on that basis, denies those allegations.

240. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 240 and, on that basis, denies those allegations.

241. Lannett denies the allegations in Paragraph 241. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

242. Lannett denies the allegations in Paragraph 242. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

243. Lannett denies the allegations in Paragraph 243. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

244. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 244 and, on that basis, denies those allegations.

245. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 245 and, on that basis, denies those allegations.

246. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 246 and, on that basis, denies those allegations.

## XI. INDUSTRY COMMENTARY FURTHER SUGGESTS THAT DEFENDANTS' COLLUSIVE CONDUCT IS A PLAUSIBLE EXPLANATION FOR THE INCREASED PRICES OF THE PRICE-FIXED GENERIC DRUGS

247. The allegations in Paragraph 247 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 247. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

248. The allegations in Paragraph 248 purport to characterize and/or quote from a GAO report, which is in writing and speaks for itself. Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writing itself. To the extent a further response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 248 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

## XII. CORPORATE AND INDIVIDUAL RELATIONSHIPS THAT ALLOWED THE CONSPIRACY TO EVOLVE

249. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 249 and, on that basis, denies those allegations.

250. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 250 and, on that basis, denies those allegations.

251. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 251 and, on that basis, denies those allegations.

252. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 252 and, on that basis, denies those allegations.

253. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 253 and, on that basis, denies those allegations.

254. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 254 and, on that basis, denies those allegations.

255. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 255 and, on that basis, denies those allegations.

### A. Ranking "Quality of Competition" to Identify Price Increase Candidates

256. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 256 and, on that basis, denies those allegations.

257. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 257 and, on that basis, denies those allegations.

258. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 258 and, on that basis, denies those allegations.

259. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 259 and, on that basis, denies those allegations.

260. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 260 and, on that basis, denies those allegations.

261. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 261 and, on that basis, denies those allegations.

262. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 262 and, on that basis, denies those allegations.

263. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 263 and, on that basis, denies those allegations.

**1. <u>The "High Quality" Competitor Relationships</u>**

264. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 264 and, on that basis, denies those allegations.

**a. *<u>Mylan (+3)</u>***

265. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 265 and, on that basis, denies those allegations.

266. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 266 and, on that basis, denies those allegations.

267. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 267 and, on that basis, denies those allegations.

268. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 268 and, on that basis, denies those allegations.

269. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 269 and, on that basis, denies those allegations.

**b. *<u>Watson/Actavis (+3)</u>***

270. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 270 and, on that basis, denies those allegations.

271. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 271 and, on that basis, denies those allegations.

272. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 272 and, on that basis, denies those allegations.

273. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 273 and, on that basis, denies those allegations.

**c. *<u>Sandoz (+3)</u>***

274. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 274 and, on that basis, denies those allegations.

275. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 275 and, on that basis, denies those allegations.

276. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 276 and, on that basis, denies those allegations.

**d. *<u>Glenmark (+3)</u>***

277. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 277 and, on that basis, denies those allegations.

278. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 278 and, on that basis, denies those allegations.

279. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 279 and, on that basis, denies those allegations.

**e. *Taro (+3)***

280. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 280 and, on that basis, denies those allegations.

281. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 281 and, on that basis, denies those allegations.

**f. *Lupin (+2)***

282. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 282 and, on that basis, denies those allegations.

283. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 283 and, on that basis, denies those allegations.

284. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 284 and, on that basis, denies those allegations.

**B. Individual Relationships**

285. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 285 and, on that basis, denies those allegations.

**1. Ara Aprahamian**

286. Lannett denies the allegations in Paragraph 286. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

**2. David Berthold**

287. Lannett denies the allegations in Paragraph 287. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

**3. Jim Brown**

288. Lannett denies the allegations in Paragraph 288. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

**4. <u>Maureen Cavanaugh</u>**

289. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 289 and, on that basis, denies those allegations.

**5. <u>Marc Falkin</u>**

290. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 290 and, on that basis, denies those allegations.

**6. <u>Jim Grauso</u>**

291. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 291 and, on that basis, denies those allegations.

292. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 292 and, on that basis, denies those allegations.

**7. <u>Kevin Green</u>**

293. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 293 and, on that basis, denies those allegations.

294. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 294 and, on that basis, denies those allegations.

**8. <u>Armando Kellum</u>**

295. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 295 and, on that basis, denies those allegations.

**9. <u>Jill Nailor</u>**

296. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 296 and, on that basis, denies those allegations.

297. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 297 and, on that basis, denies those allegations.

**10. <u>James Nesta</u>**

298. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 298 and, on that basis, denies those allegations.

**11. <u>Konstantin Ostaficiuk</u>**

299. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 299 and, on that basis, denies those allegations.

**12. <u>Nisha Patel</u>**

300. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 300 and, on that basis, denies those allegations.

**13. <u>David Rekenthaler</u>**

301. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 301 and, on that basis, denies those allegations.

**14. <u>Rick Rogerson</u>**

302. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 302 and, on that basis, denies those allegations.

**15. <u>Tracy Sullivan</u>**

303. Lannett admits only that it has employed Tracy Sullivan as Director of National Accounts. By way of further response, to the extent the allegations of Paragraph 303 purport to characterize telephone records and/or written communications which speak for themselves, Lannett denies Plaintiff's characterization to the extent it is inconsistent with the writings, and

to the extent the allegation suggests that there was any agreement with any defendant. Otherwise, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 303 and, on that basis, denies those allegations. Lannett specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

## XIII. THE CONSPIRATORIAL PRICE-FIXING, BID-RIGGING, & MARKET ALLOCATION AGREEMENTS

304. Lannett denies the allegations in Paragraph 304. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

305. Lannett denies the allegations in Paragraph 305. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

306. Lannett denies the allegations in Paragraph 306. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

307. Lannett denies the allegations in Paragraph 307. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

308. Lannett denies the allegations in Paragraph 308. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

309. Lannett denies the allegations in Paragraph 309. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

310. Lannett denies the allegations in Paragraph 310. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

311. Lannett denies the allegations in Paragraph 311. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

312. Lannett denies the allegations in Paragraph 312. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

313. Lannett denies the allegations in Paragraph 313. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

314. Lannett denies the allegations in Paragraph 314. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

315. Lannett denies the allegations in Paragraph 315. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

316. Lannett denies the allegations in Paragraph 316. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

317. Lannett denies the allegations in Paragraph 317. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

### A. Acetazolamide

318. Lannett admits only that at certain points in time Taro and Lannett both sold Acetazolamide tablets, and that Acetazolamide is available in more than one formulation. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the rest of the allegations contained in Paragraph 318 and, on that basis, denies those allegations.

#### 1. Acetazolamide Tablets

319. Lannett admits only that Taro and Lannett have both sold Acetazolamide tablets but denies the characterization that Taro and Lannett have ever "dominated" the market. Lannett also denies that it ever "coordinated pricing and market share" with Taro. Lannett specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

320. Lannett admits only that Acetazolamide is sold in two dosages, and that at certain points in time it marketed and sold the 250mg version of Acetazolamide tablets. Lannett denies that it ever entered into an "agreement" with Taro to elevate prices. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms. To the extent a further response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph and, on that basis, denies them.

321. Lannett denies the allegations in Paragraph 321. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

322. Lannett denies the allegations contained in the first sentence of Paragraph 322. By way of further response, to the extent the allegations of Paragraph 322 purport to characterize telephone records which speak for themselves, Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was any agreement with any defendant. Otherwise, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 322 and, on that basis, denies those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

323. With respect to the allegations regarding Lannett in the first sentence of Paragraph 323, Lannett admits only that from time to time it may increase prices on its drugs, but denies that it engaged in any conspiracy or other wrongdoing. Lannett otherwise denies the allegations contained in Paragraph 323. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

324. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 324 and, on that basis, denies those allegations. By way of further response, to the extent the allegations of Paragraph 324 purport to characterize written communications which speak for themselves, Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was any agreement with any defendant. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

325. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 325 and, on that basis, denies those allegations. By way of further response, to the extent the allegations of Paragraph 325 purport to characterize telephone records which speak for themselves, Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was any agreement with any defendant. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

326. Lannett admits only that from time to time it may increase prices on its drugs, but denies that it engaged in any conspiracy or other wrongdoing. Lannett otherwise denies the allegations contained in Paragraph 326. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

327. Lannett denies the allegations in Paragraph 327. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

**2. <u>Acetazolamide Capsules</u>**

328. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 328 and, on that basis, denies those allegations.

329. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 329 and, on that basis, denies those allegations.

330. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 330 and, on that basis, denies those allegations.

331. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 331 and, on that basis, denies those allegations.

332. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 332 and, on that basis, denies those allegations.

333. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 333 and, on that basis, denies those allegations.

334. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 334 and, on that basis, denies those allegations.

**B. Adapalene**

335. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 335 and, on that basis, denies those allegations.

336. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 336 and, on that basis, denies those allegations.

337. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 337 and, on that basis, denies those allegations.

338. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 338 and, on that basis, denies those allegations.

339. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 339 and, on that basis, denies those allegations.

340. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 340 and, on that basis, denies those allegations.

341. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 341 and, on that basis, denies those allegations.

342. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 342 and, on that basis, denies those allegations.

343. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 343 and, on that basis, denies those allegations.

344. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 344 and, on that basis, denies those allegations.

345. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 345 and, on that basis, denies those allegations.

346. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 346 and, on that basis, denies those allegations.

347. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 347 and, on that basis, denies those allegations.

348. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 348 and, on that basis, denies those allegations.

349. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 349 and, on that basis, denies those allegations.

350. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 350 and, on that basis, denies those allegations.

351. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 351 and, on that basis, denies those allegations.

352. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 352 and, on that basis, denies those allegations.

353. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 353 and, on that basis, denies those allegations.

354. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 354 and, on that basis, denies those allegations.

355. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 355 and, on that basis, denies those allegations.

**C. <u>Albuterol</u>**

356. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 356 and, on that basis, denies those allegations.

357. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 357 and, on that basis, denies those allegations.

358. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 358 and, on that basis, denies those allegations.

359. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 359 and, on that basis, denies those allegations.

360. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 360 and, on that basis, denies those allegations.

361. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 361 and, on that basis, denies those allegations.

362. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 362 and, on that basis, denies those allegations.

363. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 363 and, on that basis, denies those allegations.

364. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 364 and, on that basis, denies those allegations.

365. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 365 and, on that basis, denies those allegations.

366. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 366 and, on that basis, denies those allegations.

**D. Alclometasone Dipropionate**

367. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 367 and, on that basis, denies those allegations.

368. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 368 and, on that basis, denies those allegations.

369. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 369 and, on that basis, denies those allegations.

370. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 370 and, on that basis, denies those allegations.

371. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 371 and, on that basis, denies those allegations.

372. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 372 and, on that basis, denies those allegations.

373. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 373 and, on that basis, denies those allegations.

374. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 374 and, on that basis, denies those allegations.

375. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 375 and, on that basis, denies those allegations.

376. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 376 and, on that basis, denies those allegations.

377. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 377 and, on that basis, denies those allegations.

378. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 378 and, on that basis, denies those allegations.

**E. Allopurinol**

379. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 379 and, on that basis, denies those allegations.

380. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 380 and, on that basis, denies those allegations.

381. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 381 and, on that basis, denies those allegations.

382. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 382 and, on that basis, denies those allegations.

383. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 383 and, on that basis, denies those allegations.

384. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 384 and, on that basis, denies those allegations.

385. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 385 and, on that basis, denies those allegations.

386. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 386 and, on that basis, denies those allegations.

**F. Amantadine HCL**

387. Lannett admits only that Amantadine HCL is a medication used to treat flu and Parkinson's disease. Otherwise, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 387 and, on that basis, denies those allegations.

388. With respect to the allegations in Paragraph 388 pertaining to Lannett, Lannett specifically denies the allegation that it was a manufacturer of Amantadine. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 388 and, on that basis, denies those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

389. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first, second, and third sentences of Paragraph 389 and, on that basis, denies those allegations. As for the rest of the allegations, Lannett admits only that from time to time, it may increase prices on its drugs but denies the characterization that Lannett "complied with its fair share agreement." Lannett specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms. To the extent a further response is required, the allegations are denied.

390. Lannett denies the allegations contained in Paragraph 390. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

391. Lannett denies the allegations contained in Paragraph 391. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

392. Lannett denies the allegations contained in Paragraph 392. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

**G. <u>Amiloride HCL/HCTZ</u>**

393. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 393 and, on that basis, denies those allegations.

394. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 394 and, on that basis, denies those allegations.

395. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 395 and, on that basis, denies those allegations.

396. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 396 and, on that basis, denies those allegations.

397. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 397 and, on that basis, denies those allegations.

398. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 398 and, on that basis, denies those allegations.

**H. <u>Amitriptyline</u>**

399. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 399 and, on that basis, denies those allegations.

400. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 400 and, on that basis, denies those allegations.

401. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 401 and, on that basis, denies those allegations.

402. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 402 and, on that basis, denies those allegations.

403. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 403 and, on that basis, denies those allegations.

404. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 404 and, on that basis, denies those allegations.

405. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 405 and, on that basis, denies those allegations.

406. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 406 and, on that basis, denies those allegations.

407. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 407 and, on that basis, denies those allegations.

408. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 408 and, on that basis, denies those allegations.

409. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 409 and, on that basis, denies those allegations.

410. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 410 and, on that basis, denies those allegations.

411. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 411 and, on that basis, denies those allegations.

412. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 412 and, on that basis, denies those allegations.

413. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 413 and, on that basis, denies those allegations.

414. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 414 and, on that basis, denies those allegations.

415. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 415 and, on that basis, denies those allegations.

416. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 416 and, on that basis, denies those allegations.

417. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 417 and, on that basis, denies those allegations.

418. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 418 and, on that basis, denies those allegations.

419. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 419 and, on that basis, denies those allegations.

420. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 420 and, on that basis, denies those allegations.

421. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 421 and, on that basis, denies those allegations.

## I. Amphetamine/Dextroamphetamine

422. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 422 and, on that basis, denies those allegations.

423. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 423 and, on that basis, denies those allegations.

424. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 424 and, on that basis, denies those allegations.

425. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 425 and, on that basis, denies those allegations.

426. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 426 and, on that basis, denies those allegations.

427. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 427 and, on that basis, denies those allegations.

428. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 428 and, on that basis, denies those allegations.

429. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 429 and, on that basis, denies those allegations.

430. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 430 and, on that basis, denies those allegations.

431. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 431 and, on that basis, denies those allegations.

432. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 432 and, on that basis, denies those allegations.

433. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 433 and, on that basis, denies those allegations.

434. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 434 and, on that basis, denies those allegations.

J. **Atenolol Chlorthalidone**

435. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 435 and, on that basis, denies those allegations.

436. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 436 and, on that basis, denies those allegations.

437. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 437 and, on that basis, denies those allegations.

438. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 438 and, on that basis, denies those allegations.

439. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 439 and, on that basis, denies those allegations.

K. **Baclofen**

440. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 440 and, on that basis, denies those allegations. Lannett denies the allegations in the second sentence of Paragraph 440. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

441. Lannett denies that it dominated or dominates the market for Baclofen. Lannett also denies the last sentence of Paragraph 441. Otherwise, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 441 and, on that basis, denies those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

442. The allegations in Paragraph 442 purport to characterize and/or quote from a GAO report and other public documents, which are in writing and speak for themselves. Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the documents themselves. To the extent a further response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 442 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

443. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 443 and, on that basis, denies those allegations.

444. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 444 and, on that basis, denies those allegations.

445. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 445 and, on that basis, denies those allegations.

446. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 446 and, on that basis, denies those allegations.

447. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 447 and, on that basis, denies those allegations.

448. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 448 and, on that basis, denies those allegations.

449. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 449 and, on that basis, denies those allegations.

450. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 450 and, on that basis, denies those allegations.

451. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 451 and, on that basis, denies those allegations.

452. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 452 and, on that basis, denies those allegations.

453. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 453 and, on that basis, denies those allegations.

454. Lannett denies the allegations in Paragraph 454. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

455. Lannett denies the allegations in Paragraph 455. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

456. Lannett admits only that at certain times it experienced supply issues with respect to Baclofen. Beyond that, Lannett denies the allegations in Paragraph 456 as phrased. By way of further response, to the second sentence of Paragraph 456 purports to characterize and/or quote from written communications which speak for themselves, Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was any agreement with any defendant. To the extent a further response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 456 and, on that basis, denies them. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

457. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 457 and, on that basis, denies them. By way of further response, the allegations of Paragraph 457 purport to characterize and/or quote from written communications which speak for themselves, Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was any agreement with any defendant. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

458. Lannett admits only that at certain times Sullivan communicated with Patel, but Lannett otherwise denies the allegations in Paragraph 458 as phrased. By way of further response, the allegations of Paragraph 458 purport to characterize and/or quote telephone record and written communications which speak for themselves, Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was any agreement with any defendant. To the extent a further response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph and, on that basis, denies them. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

459. Lannett admits only that at certain times Sullivan communicated with Patel, but Lannett otherwise denies the allegations in Paragraph 459 as phrased. By way of further response, the allegations of Paragraph 459 purport to characterize telephone records which speak for themselves, Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was any agreement with any defendant. To the extent a further response is required, Lannett lacks knowledge or

information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph and, on that basis, denies them. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

460. Lannett admits only that at certain times Sullivan communicated with Patel, but Lannett otherwise denies the allegations in Paragraph 460 as phrased. By way of further response, the allegations of Paragraph 460 purport to characterize and/or quote from written communications which speak for themselves, Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was any agreement with any defendant. To the extent a further response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies them. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

461. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 461 and, on that basis, denies those allegations. By way of further response, the allegations of Paragraph 461 purport to characterize and/or quote from written communications which speak for themselves, and Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was any agreement with any defendant. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

## L. **Balsalazide Disodium**

462. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 462 and, on that basis, denies those allegations.

463. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 463 and, on that basis, denies those allegations.

464. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 464 and, on that basis, denies those allegations.

465. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 465 and, on that basis, denies those allegations.

466. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 466 and, on that basis, denies those allegations.

## M. **Benazepril HCTZ**

467. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 467 and, on that basis, denies those allegations.

468. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 468 and, on that basis, denies those allegations.

469. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 469 and, on that basis, denies those allegations.

470. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 470 and, on that basis, denies those allegations.

471. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 471 and, on that basis, denies those allegations.

472. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 472 and, on that basis, denies those allegations.

473. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 473 and, on that basis, denies those allegations.

474. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 474 and, on that basis, denies those allegations.

475. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 475 and, on that basis, denies those allegations.

476. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 476 and, on that basis, denies those allegations.

477. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 477 and, on that basis, denies those allegations.

478. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 478 and, on that basis, denies those allegations.

479. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 479 and, on that basis, denies those allegations.

480. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 480 and, on that basis, denies those allegations.

481. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 481 and, on that basis, denies those allegations.

**N. Betamethasone Dipropionate**

482. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 482 and, on that basis, denies those allegations.

**1. Lotion, Cream, and Ointment**

483. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 483 and, on that basis, denies those allegations.

484. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 484 and, on that basis, denies those allegations.

485. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 485 and, on that basis, denies those allegations.

486. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 486 and, on that basis, denies those allegations.

487. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 487 and, on that basis, denies those allegations.

488. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 488 and, on that basis, denies those allegations.

489. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 489 and, on that basis, denies those allegations.

490. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 490 and, on that basis, denies those allegations.

**2. CBD**

491. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 491 and, on that basis, denies those allegations.

492. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 492 and, on that basis, denies those allegations.

493. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 493 and, on that basis, denies those allegations.

494. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 494 and, on that basis, denies those allegations.

495. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 495 and, on that basis, denies those allegations.

496. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 496 and, on that basis, denies those allegations.

497. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 497 and, on that basis, denies those allegations.

498. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 498 and, on that basis, denies those allegations.

499. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 499 and, on that basis, denies those allegations.

500. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 500 and, on that basis, denies those allegations.

501. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 501 and, on that basis, denies those allegations.

502. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 502 and, on that basis, denies those allegations.

503. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 503 and, on that basis, denies those allegations.

504. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 504 and, on that basis, denies those allegations.

505. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 505 and, on that basis, denies those allegations.

506. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 506 and, on that basis, denies those allegations.

507. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 507 and, on that basis, denies those allegations.

508. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 508 and, on that basis, denies those allegations.

509. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 509 and, on that basis, denies those allegations.

510. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 510 and, on that basis, denies those allegations.

511. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 511 and, on that basis, denies those allegations.

512. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 512 and, on that basis, denies those allegations.

513. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 513 and, on that basis, denies those allegations.

## O. Betamethasone Valerate

514. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 514 and, on that basis, denies those allegations.

### 1. Lotion

515. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 515 and, on that basis, denies those allegations.

516. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 516 and, on that basis, denies those allegations.

517. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 517 and, on that basis, denies those allegations.

518. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 518 and, on that basis, denies those allegations.

519. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 519 and, on that basis, denies those allegations.

520. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 520 and, on that basis, denies those allegations.

521. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 521 and, on that basis, denies those allegations.

522. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 522 and, on that basis, denies those allegations.

523. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 523 and, on that basis, denies those allegations.

524. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 524 and, on that basis, denies those allegations.

525. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 525 and, on that basis, denies those allegations.

526. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 526 and, on that basis, denies those allegations.

527. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 527 and, on that basis, denies those allegations.

528. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 528 and, on that basis, denies those allegations.

**2. <u>Ointment</u>**

529. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 529 and, on that basis, denies those allegations.

530. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 530 and, on that basis, denies those allegations.

531. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 531 and, on that basis, denies those allegations.

532. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 532 and, on that basis, denies those allegations.

533. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 533 and, on that basis, denies those allegations.

534. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 534 and, on that basis, denies those allegations.

535. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 535 and, on that basis, denies those allegations.

536. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 536 and, on that basis, denies those allegations.

537. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 537 and, on that basis, denies those allegations.

538. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 538 and, on that basis, denies those allegations.

539. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 539 and, on that basis, denies those allegations.

540. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 540 and, on that basis, denies those allegations.

541. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 541 and, on that basis, denies those allegations.

542. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 542 and, on that basis, denies those allegations.

**P. <u>Bromocriptine Mesylate Tablets</u>**

543. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 543 and, on that basis, denies those allegations.

544. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 544 and, on that basis, denies those allegations.

545. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 545 and, on that basis, denies those allegations.

546. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 546 and, on that basis, denies those allegations.

547. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 547 and, on that basis, denies those allegations.

548. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 548 and, on that basis, denies those allegations.

549. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 549 and, on that basis, denies those allegations.

550. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 550 and, on that basis, denies those allegations.

551. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 551 and, on that basis, denies those allegations.

552. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 552 and, on that basis, denies those allegations.

553. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 553 and, on that basis, denies those allegations.

554. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 554 and, on that basis, denies those allegations.

555. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 555 and, on that basis, denies those allegations.

556. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 556 and, on that basis, denies those allegations.

557. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 557 and, on that basis, denies those allegations.

558. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 558 and, on that basis, denies those allegations.

559. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 559 and, on that basis, denies those allegations.

560. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 560 and, on that basis, denies those allegations.

561. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 561 and, on that basis, denies those allegations.

562. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 562 and, on that basis, denies those allegations.

563. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 563 and, on that basis, denies those allegations.

564. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 564 and, on that basis, denies those allegations.

565. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 565 and, on that basis, denies those allegations.

566. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 566 and, on that basis, denies those allegations.

567. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 567 and, on that basis, denies those allegations.

568. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 568 and, on that basis, denies those allegations.

**Q. Budesonide DR Capsules**

569. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 569 and, on that basis, denies those allegations.

570. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 570 and, on that basis, denies those allegations.

571. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 571 and, on that basis, denies those allegations.

572. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 572 and, on that basis, denies those allegations.

573. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 573 and, on that basis, denies those allegations.

574. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 574 and, on that basis, denies those allegations.

575. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 575 and, on that basis, denies those allegations.

**R. Budesonide Inhalation**

576. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 576 and, on that basis, denies those allegations.

577. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 577 and, on that basis, denies those allegations.

578. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 578 and, on that basis, denies those allegations.

579. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 579 and, on that basis, denies those allegations.

580. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 580 and, on that basis, denies those allegations.

581. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 581 and, on that basis, denies those allegations.

582. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 582 and, on that basis, denies those allegations.

583. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 583 and, on that basis, denies those allegations.

**S. <u>Buspirone Hydrochloride Tablets</u>**

584. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 584 and, on that basis, denies those allegations.

585. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 585 and, on that basis, denies those allegations.

586. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 586 and, on that basis, denies those allegations.

587. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 587 and, on that basis, denies those allegations.

**T. <u>Butorphanol Tartrate</u>**

588. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 588 and, on that basis, denies those allegations.

589. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 589 and, on that basis, denies those allegations.

590. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 590 and, on that basis, denies those allegations.

591. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 591 and, on that basis, denies those allegations.

592. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 592 and, on that basis, denies those allegations.

**U. Cabergoline**

593. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 593 and, on that basis, denies those allegations.

594. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 594 and, on that basis, denies those allegations.

595. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 595 and, on that basis, denies those allegations.

596. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 596 and, on that basis, denies those allegations.

597. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 597 and, on that basis, denies those allegations.

598. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 598 and, on that basis, denies those allegations.

599. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 599 and, on that basis, denies those allegations.

**V. Calcipotriene**

600. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 600 and, on that basis, denies those allegations.

601. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 601 and, on that basis, denies those allegations.

602. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 602 and, on that basis, denies those allegations.

603. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 603 and, on that basis, denies those allegations.

604. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 604 and, on that basis, denies those allegations.

605. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 605 and, on that basis, denies those allegations.

606. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 606 and, on that basis, denies those allegations.

607. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 607 and, on that basis, denies those allegations.

608. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 608 and, on that basis, denies those allegations.

609. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 609 and, on that basis, denies those allegations.

## W. Calcipotriene Betamethasone

610. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 610 and, on that basis, denies those allegations.

611. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 611 and, on that basis, denies those allegations.

612. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 612 and, on that basis, denies those allegations.

613. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 613 and, on that basis, denies those allegations.

614. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 614 and, on that basis, denies those allegations.

615. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 615 and, on that basis, denies those allegations.

616. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 616 and, on that basis, denies those allegations.

617. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 617 and, on that basis, denies those allegations.

618. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 618 and, on that basis, denies those allegations.

619. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 619 and, on that basis, denies those allegations.

620. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 620 and, on that basis, denies those allegations.

621. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 621 and, on that basis, denies those allegations.

622. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 622 and, on that basis, denies those allegations.

623. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 623 and, on that basis, denies those allegations.

624. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 624 and, on that basis, denies those allegations.

625. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 625 and, on that basis, denies those allegations.

626. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 626 and, on that basis, denies those allegations.

627. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 627 and, on that basis, denies those allegations.

628. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 628 and, on that basis, denies those allegations.

629. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 629 and, on that basis, denies those allegations.

630. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 630 and, on that basis, denies those allegations.

631. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 631 and, on that basis, denies those allegations.

632. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 632 and, on that basis, denies those allegations.

633. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 633 and, on that basis, denies those allegations.

634. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 634 and, on that basis, denies those allegations.

635. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 635 and, on that basis, denies those allegations.

## X. Capecitabine

636. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 636 and, on that basis, denies those allegations.

637. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 637 and, on that basis, denies those allegations.

638. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 638 and, on that basis, denies those allegations.

639. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 639 and, on that basis, denies those allegations.

640. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 640 and, on that basis, denies those allegations.

641. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 641 and, on that basis, denies those allegations.

642. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 642 and, on that basis, denies those allegations.

643. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 643 and, on that basis, denies those allegations.

644. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 644 and, on that basis, denies those allegations.

645. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 645 and, on that basis, denies those allegations.

646. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 646 and, on that basis, denies those allegations.

647. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 647 and, on that basis, denies those allegations.

648. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 648 and, on that basis, denies those allegations.

649. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 649 and, on that basis, denies those allegations.

650. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 650 and, on that basis, denies those allegations.

### Y. Captopril

651. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 651 and, on that basis, denies those allegations.

652. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 652 and, on that basis, denies those allegations.

653. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 653 and, on that basis, denies those allegations.

654. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 654 and, on that basis, denies those allegations.

655. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 655 and, on that basis, denies those allegations.

656. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 656 and, on that basis, denies those allegations.

657. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 657 and, on that basis, denies those allegations.

658. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 658 and, on that basis, denies those allegations.

**Z. Carbamazepine**

659. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 659 and, on that basis, denies those allegations.

660. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 660 and, on that basis, denies those allegations.

661. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 661 and, on that basis, denies those allegations.

662. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 662 and, on that basis, denies those allegations.

663. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 663 and, on that basis, denies those allegations.

664. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 664 and, on that basis, denies those allegations.

665. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 665 and, on that basis, denies those allegations.

666. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 666 and, on that basis, denies those allegations.

667. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 667 and, on that basis, denies those allegations.

668. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 668 and, on that basis, denies those allegations.

669. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 669 and, on that basis, denies those allegations.

670. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 670 and, on that basis, denies those allegations.

671. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 671 and, on that basis, denies those allegations.

672. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 672 and, on that basis, denies those allegations.

673. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 673 and, on that basis, denies those allegations.

674. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 674 and, on that basis, denies those allegations.

**AA. Cefpodoxime Proxetil**

675. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 675 and, on that basis, denies those allegations.

676. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 676 and, on that basis, denies those allegations.

677. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 677 and, on that basis, denies those allegations.

678. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 678 and, on that basis, denies those allegations.

679. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 679 and, on that basis, denies those allegations.

680. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 680 and, on that basis, denies those allegations.

681. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 681 and, on that basis, denies those allegations.

682. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 682 and, on that basis, denies those allegations.

683. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 683 and, on that basis, denies those allegations.

684. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 684 and, on that basis, denies those allegations.

685. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 685 and, on that basis, denies those allegations.

686. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 686 and, on that basis, denies those allegations.

687. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 687 and, on that basis, denies those allegations.

688. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 688 and, on that basis, denies those allegations.

689. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 689 and, on that basis, denies those allegations.

### BB. Cefuroxime Axetil

690. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 690 and, on that basis, denies those allegations.

691. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 691 and, on that basis, denies those allegations.

692. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 692 and, on that basis, denies those allegations.

693. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 693 and, on that basis, denies those allegations.

694. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 694 and, on that basis, denies those allegations.

695. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 695 and, on that basis, denies those allegations.

**CC. Celecoxib**

696. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 696 and, on that basis, denies those allegations.

697. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 697 and, on that basis, denies those allegations.

698. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 698 and, on that basis, denies those allegations.

699. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 699 and, on that basis, denies those allegations.

700. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 700 and, on that basis, denies those allegations.

701. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 701 and, on that basis, denies those allegations.

702. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 702 and, on that basis, denies those allegations.

**DD. Chlorpromazine**

703. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 703 and, on that basis, denies those allegations.

704. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 704 and, on that basis, denies those allegations.

705. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 705 and, on that basis, denies those allegations.

706. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 706 and, on that basis, denies those allegations.

707. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 707 and, on that basis, denies those allegations.

708. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 708 and, on that basis, denies those allegations.

709. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 709 and, on that basis, denies those allegations.

**EE. Cholestyramine**

710. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 710 and, on that basis, denies those allegations.

711. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 711 and, on that basis, denies those allegations.

712. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 712 and, on that basis, denies those allegations.

713. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 713 and, on that basis, denies those allegations.

714. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 714 and, on that basis, denies those allegations.

**FF. Ciclopirox**

715. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 715 and, on that basis, denies those allegations.

716. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 716 and, on that basis, denies those allegations.

717. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 717 and, on that basis, denies those allegations.

718. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 718 and, on that basis, denies those allegations.

719. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 719 and, on that basis, denies those allegations.

720. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 720 and, on that basis, denies those allegations.

721. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 721 and, on that basis, denies those allegations.

722. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 722 and, on that basis, denies those allegations.

723. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 723 and, on that basis, denies those allegations.

724. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 724 and, on that basis, denies those allegations.

725. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 725 and, on that basis, denies those allegations.

726. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 726 and, on that basis, denies those allegations.

727. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 727 and, on that basis, denies those allegations.

728. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 728 and, on that basis, denies those allegations.

729. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 729 and, on that basis, denies those allegations.

730. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 730 and, on that basis, denies those allegations.

731. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 731 and, on that basis, denies those allegations.

732. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 732 and, on that basis, denies those allegations.

733. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 733 and, on that basis, denies those allegations.

734. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 734 and, on that basis, denies those allegations.

735. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 735 and, on that basis, denies those allegations.

736. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 736 and, on that basis, denies those allegations.

737. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 737 and, on that basis, denies those allegations.

738. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 738 and, on that basis, denies those allegations.

739. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 739 and, on that basis, denies those allegations.

740. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 740 and, on that basis, denies those allegations.

741. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 741 and, on that basis, denies those allegations.

742. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 742 and, on that basis, denies those allegations.

743. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 743 and, on that basis, denies those allegations.

744. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 744 and, on that basis, denies those allegations.

745. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 745 and, on that basis, denies those allegations.

746. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 746 and, on that basis, denies those allegations.

747. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 747 and, on that basis, denies those allegations.

748. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 748 and, on that basis, denies those allegations.

749. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 749 and, on that basis, denies those allegations.

## GG. Clindamycin Phosphate

750. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 750 and, on that basis, denies those allegations.

751. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 751 and, on that basis, denies those allegations.

### 1. The First Coordinated Price Increase (60ml Solution – Fougera and Greenstone)

752. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 752 and, on that basis, denies those allegations.

753. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 753 and, on that basis, denies those allegations.

754. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 754 and, on that basis, denies those allegations.

755. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 755 and, on that basis, denies those allegations.

756. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 756 and, on that basis, denies those allegations.

757. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 757 and, on that basis, denies those allegations.

758. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 758 and, on that basis, denies those allegations.

759. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 759 and, on that basis, denies those allegations.

760. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 760 and, on that basis, denies those allegations.

761. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 761 and, on that basis, denies those allegations.

762. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 762 and, on that basis, denies those allegations.

### 2. The Second Coordinated Increase (October 2012 – All Formulations – Sandoz and Greenstone)

763. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 763 and, on that basis, denies those allegations.

764. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 764 and, on that basis, denies those allegations.

765. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 765 and, on that basis, denies those allegations.

766. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 766 and, on that basis, denies those allegations.

767. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 767 and, on that basis, denies those allegations.

768. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 768 and, on that basis, denies those allegations.

769. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 769 and, on that basis, denies those allegations.

770. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 770 and, on that basis, denies those allegations.

771. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 771 and, on that basis, denies those allegations.

772. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 772 and, on that basis, denies those allegations.

773. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 773 and, on that basis, denies those allegations.

774. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 774 and, on that basis, denies those allegations.

775. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 775 and, on that basis, denies those allegations.

776. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 776 and, on that basis, denies those allegations.

777. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 777 and, on that basis, denies those allegations.

### 3. New Entrants on Clindamycin Solution – Actavis, Perrigo and Taro – Do Not Significantly Erode Pricing

778. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 778 and, on that basis, denies those allegations.

779. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 779 and, on that basis, denies those allegations.

780. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 780 and, on that basis, denies those allegations.

781. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 781 and, on that basis, denies those allegations.

782. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 782 and, on that basis, denies those allegations.

783. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 783 and, on that basis, denies those allegations.

784. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 784 and, on that basis, denies those allegations.

785. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 785 and, on that basis, denies those allegations.

786. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 786 and, on that basis, denies those allegations.

787. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 787 and, on that basis, denies those allegations.

788. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 788 and, on that basis, denies those allegations.

789. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 789 and, on that basis, denies those allegations.

790. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 790 and, on that basis, denies those allegations.

791. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 791 and, on that basis, denies those allegations.

792. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 792 and, on that basis, denies those allegations.

793. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 793 and, on that basis, denies those allegations.

794. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 794 and, on that basis, denies those allegations.

795. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 795 and, on that basis, denies those allegations.

796. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 796 and, on that basis, denies those allegations.

797. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 797 and, on that basis, denies those allegations.

798. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 798 and, on that basis, denies those allegations.

799. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 799 and, on that basis, denies those allegations.

800. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 800 and, on that basis, denies those allegations.

801. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 801 and, on that basis, denies those allegations.

#### 4. The Third Coordinated Price Increase (2014 – All Formulations Except Solution – Sandoz and Greenstone)

802. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 802 and, on that basis, denies those allegations.

803. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 803 and, on that basis, denies those allegations.

804. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 804 and, on that basis, denies those allegations.

805. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 805 and, on that basis, denies those allegations.

806. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 806 and, on that basis, denies those allegations.

### HH. Clobetasol

807. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 807 and, on that basis, denies those allegations.

808. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 808 and, on that basis, denies those allegations.

809. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 809 and, on that basis, denies those allegations.

810. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 810 and, on that basis, denies those allegations.

811. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 811 and, on that basis, denies those allegations.

812. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 812 and, on that basis, denies those allegations.

813. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 813 and, on that basis, denies those allegations.

814. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 814 and, on that basis, denies those allegations.

815. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 815 and, on that basis, denies those allegations.

816. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 816 and, on that basis, denies those allegations.

817. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 817 and, on that basis, denies those allegations.

818. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 818 and, on that basis, denies those allegations.

819. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 819 and, on that basis, denies those allegations.

820. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 820 and, on that basis, denies those allegations.

821. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 821 and, on that basis, denies those allegations.

822. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 822 and, on that basis, denies those allegations.

823. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 823 and, on that basis, denies those allegations.

824. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 824 and, on that basis, denies those allegations.

825. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 825 and, on that basis, denies those allegations.

826. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 826 and, on that basis, denies those allegations.

827. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 827 and, on that basis, denies those allegations.

828. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 828 and, on that basis, denies those allegations.

829. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 829 and, on that basis, denies those allegations.

## II. Clomipramine

830. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 830 and, on that basis, denies those allegations.

831. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 831 and, on that basis, denies those allegations.

832. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 832 and, on that basis, denies those allegations.

833. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 833 and, on that basis, denies those allegations.

834. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 834 and, on that basis, denies those allegations.

835. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 835 and, on that basis, denies those allegations.

836. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 836 and, on that basis, denies those allegations.

837. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 837 and, on that basis, denies those allegations.

838. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 838 and, on that basis, denies those allegations.

839. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 839 and, on that basis, denies those allegations.

840. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 840 and, on that basis, denies those allegations.

841. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 841 and, on that basis, denies those allegations.

842. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 842 and, on that basis, denies those allegations.

843. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 843 and, on that basis, denies those allegations.

844. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 844 and, on that basis, denies those allegations.

845. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 845 and, on that basis, denies those allegations.

846. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 846 and, on that basis, denies those allegations.

847. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 847 and, on that basis, denies those allegations.

848. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 848 and, on that basis, denies those allegations.

849. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 849 and, on that basis, denies those allegations.

850. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 850 and, on that basis, denies those allegations.

851. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 851 and, on that basis, denies those allegations.

852. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 852 and, on that basis, denies those allegations.

853. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 853 and, on that basis, denies those allegations.

854. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 854 and, on that basis, denies those allegations.

855. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 855 and, on that basis, denies those allegations.

856. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 856 and, on that basis, denies those allegations.

857. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 857 and, on that basis, denies those allegations.

858. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 858 and, on that basis, denies those allegations.

859. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 859 and, on that basis, denies those allegations.

860. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 860 and, on that basis, denies those allegations.

861. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 861 and, on that basis, denies those allegations.

862. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 862 and, on that basis, denies those allegations.

863. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 863 and, on that basis, denies those allegations.

864. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 864 and, on that basis, denies those allegations.

### JJ. Clonidine-TTS Patch

865. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 865 and, on that basis, denies those allegations.

866. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 866 and, on that basis, denies those allegations.

867. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 867 and, on that basis, denies those allegations.

868. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 868 and, on that basis, denies those allegations.

869. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 869 and, on that basis, denies those allegations.

870. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 870 and, on that basis, denies those allegations.

871. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 871 and, on that basis, denies those allegations.

872. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 872 and, on that basis, denies those allegations.

873. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 873 and, on that basis, denies those allegations.

874. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 874 and, on that basis, denies those allegations.

875. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 875 and, on that basis, denies those allegations.

876. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 876 and, on that basis, denies those allegations.

877. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 877 and, on that basis, denies those allegations.

878. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 878 and, on that basis, denies those allegations.

879. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 879 and, on that basis, denies those allegations.

880. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 880 and, on that basis, denies those allegations.

881. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 881 and, on that basis, denies those allegations.

882. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 882 and, on that basis, denies those allegations.

883. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 883 and, on that basis, denies those allegations.

884. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 884 and, on that basis, denies those allegations.

885. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 885 and, on that basis, denies those allegations.

886. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 889 and, on that basis, denies those allegations.

887. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 887 and, on that basis, denies those allegations.

**KK. Clotrimazole**

888. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 888 and, on that basis, denies those allegations.

889. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 889 and, on that basis, denies those allegations.

890. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 890 and, on that basis, denies those allegations.

891. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 891 and, on that basis, denies those allegations.

892. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 892 and, on that basis, denies those allegations.

893. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 893 and, on that basis, denies those allegations.

894. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 894 and, on that basis, denies those allegations.

895. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 895 and, on that basis, denies those allegations.

896. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 896 and, on that basis, denies those allegations.

897. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 897 and, on that basis, denies those allegations.

898. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 898 and, on that basis, denies those allegations.

899. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 899 and, on that basis, denies those allegations.

900. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 900 and, on that basis, denies those allegations.

901. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 901 and, on that basis, denies those allegations.

**LL. Desogestrel/Ethinyl Estradiol Tablets (Kariva)**

902. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 902 and, on that basis, denies those allegations.

903. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 903 and, on that basis, denies those allegations.

904. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 904 and, on that basis, denies those allegations.

905. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 905 and, on that basis, denies those allegations.

**MM. Desonide**

906. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 906 and, on that basis, denies those allegations.

907. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 907 and, on that basis, denies those allegations.

908. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 908 and, on that basis, denies those allegations.

909. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 909 and, on that basis, denies those allegations.

910. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 910 and, on that basis, denies those allegations.

911. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 911 and, on that basis, denies those allegations.

912. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 912 and, on that basis, denies those allegations.

913. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 913 and, on that basis, denies those allegations.

914. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 914 and, on that basis, denies those allegations.

915. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 915892 and, on that basis, denies those allegations.

916. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 916 and, on that basis, denies those allegations.

917. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 917 and, on that basis, denies those allegations.

918. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 918 and, on that basis, denies those allegations.

919. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 919 and, on that basis, denies those allegations.

920. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 920 and, on that basis, denies those allegations.

921. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 921 and, on that basis, denies those allegations.

922. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 922 and, on that basis, denies those allegations.

923. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 923 and, on that basis, denies those allegations.

924. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 924 and, on that basis, denies those allegations.

925. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 925 and, on that basis, denies those allegations.

**NN. <u>Desoximetasone Ointment</u>**

926. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 926 and, on that basis, denies those allegations.

927. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 927 and, on that basis, denies those allegations.

928. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 928 and, on that basis, denies those allegations.

929. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 929 and, on that basis, denies those allegations.

930. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 930 and, on that basis, denies those allegations.

931. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 931 and, on that basis, denies those allegations.

932. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 932 and, on that basis, denies those allegations.

933. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 933 and, on that basis, denies those allegations.

934. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 934 and, on that basis, denies those allegations.

935. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 935 and, on that basis, denies those allegations.

936. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 936 and, on that basis, denies those allegations.

937. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 937 and, on that basis, denies those allegations.

938. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 938 and, on that basis, denies those allegations.

939. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 939 and, on that basis, denies those allegations.

940. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 940 and, on that basis, denies those allegations.

941. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 941 and, on that basis, denies those allegations.

942. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 942 and, on that basis, denies those allegations.

943. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 943 and, on that basis, denies those allegations.

944. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 944 and, on that basis, denies those allegations.

945. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 945 and, on that basis, denies those allegations.

946. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 946 and, on that basis, denies those allegations.

947. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 947 and, on that basis, denies those allegations.

**OO. Dexmethylphenidate HCL Extended Release**

948. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 948 and, on that basis, denies those allegations.

949. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 949 and, on that basis, denies those allegations.

950. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 950 and, on that basis, denies those allegations.

951. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 928 and, on that basis, denies those allegations.

952. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 929 and, on that basis, denies those allegations.

953. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 930 and, on that basis, denies those allegations.

954. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 931 and, on that basis, denies those allegations.

955. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 932 and, on that basis, denies those allegations.

956. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 933 and, on that basis, denies those allegations.

**PP. Dextroamphetamine Sulfate Extended Release**

957. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 934 and, on that basis, denies those allegations.

958. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 935 and, on that basis, denies those allegations.

959. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 936 and, on that basis, denies those allegations.

960. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 937 and, on that basis, denies those allegations.

961. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 938 and, on that basis, denies those allegations.

962. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 939 and, on that basis, denies those allegations.

963. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 940 and, on that basis, denies those allegations.

**QQ. Digoxin**

964. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 964 and, on that basis, denies those allegations. Lannett

also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

965. With respect to the allegations in Paragraph 965 pertaining to Lannett, Lannett specifically denies the allegation that it was a manufacturer of Digoxin. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 965 and, on that basis, denies those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

966. Lannett denies the allegations in Paragraph 966. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

967. With respect to the allegations in Paragraph 967 pertaining to Lannett, Lannett specifically denies the allegation that it was a manufacturer of Digoxin and also specifically denies the allegation that it (individually or with others) has ever "dominate[ed]" the market for Digoxin. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the other allegations contained in Paragraph 967 and, on that basis, denies those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

968. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 968 and, on that basis, denies those allegations.

969. Lannett denies the allegations in Paragraph 969. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

970. Lannett denies the allegations in Paragraph 970. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

971. Lannett denies the allegations in Paragraph 971. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

972. To the extent Paragraph 972 purports to characterize and/or quote from a GAO report, such documents are in writing and speak for themselves. Lannett does not admit the accuracy of the statements and denies Plaintiffs' characterization to the extent it is inconsistent with such writings. Otherwise, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 972 and, on that basis, denies those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

973. Lannett denies the allegations in Paragraph 973. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

974. Lannett denies the allegations in Paragraph 974. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

975. Lannett specifically denies that it ever "adhered" to any "anticompetitive agreements on pricing." Lannett otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 975 and, on that basis, denies

those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

976. Lannett denies the allegations in Paragraph 976. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

977. Lannett denies the allegations in Paragraph 977. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

978. Lannett denies the allegations in Paragraph 978 as phrased. To the extent a further response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 978 and, on that basis, denies those allegations.

979. Lannett admits only that it was represented at the June 2013 HDMA conference. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 979 and, on that basis, denies those allegations. To the extent any further response is required, the allegations are denied. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

980. Lannett admits only that it was represented at the August 10, 2013 NACDS Total Expo. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 980 and, on that basis, denies those allegations. To the extent any further response is required, the allegations are denied. Lannett also

specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

981. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 981 and, on that basis, denies those allegations.

982. Lannett admits only that it has been represented at some HDMA meetings. With respect to the specific conference identified, and more broadly with respect to any remaining allegation in this paragraph, Lannett lacks information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 982 and, on that basis, denies those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

983. Lannett admits only that it was represented at the NACDS Expo held in Boston, MA on August 23-26, 2014. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 983 and, on that basis, denies those allegations. To the extent any further response is required, the allegations are denied. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

984. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 984 and, on that basis, denies those allegations.

985. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 985 and, on that basis, denies those allegations.

986. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 986 and, on that basis, denies those allegations.

**RR. Diphenoxylate Atropine**

987. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 987 and, on that basis, denies those allegations.

988. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 988 and, on that basis, denies those allegations.

989. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 989 and, on that basis, denies those allegations.

990. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 990 and, on that basis, denies those allegations.

991. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 991 and, on that basis, denies those allegations.

**SS. Divalproex ER**

992. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 992 and, on that basis, denies those allegations.

993. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 993 and, on that basis, denies those allegations.

994. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 994 and, on that basis, denies those allegations.

995. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 995 and, on that basis, denies those allegations.

996. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 996 and, on that basis, denies those allegations.

997. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 997 and, on that basis, denies those allegations.

998. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 998 and, on that basis, denies those allegations.

999. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 999 and, on that basis, denies those allegations.

1000. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1000 and, on that basis, denies those allegations.

1001. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1001 and, on that basis, denies those allegations.

1002. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1002 and, on that basis, denies those allegations.

1003. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1003 and, on that basis, denies those allegations.

1004. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1004 and, on that basis, denies those allegations.

1005. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1005 and, on that basis, denies those allegations.

1006. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1006 and, on that basis, denies those allegations.

1007. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1007 and, on that basis, denies those allegations.

1008. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1008 and, on that basis, denies those allegations.

1009. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1009 and, on that basis, denies those allegations.

1010. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1010 and, on that basis, denies those allegations.

1011. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1011 and, on that basis, denies those allegations.

1012. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1012 and, on that basis, denies those allegations.

1013. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1013 and, on that basis, denies those allegations.

1014. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1014 and, on that basis, denies those allegations.

1015. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1015 and, on that basis, denies those allegations.

1016. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1016 and, on that basis, denies those allegations.

1017. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1017 and, on that basis, denies those allegations.

1018. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1018 and, on that basis, denies those allegations.

**TT. <u>Doxycycline</u>**

1019. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1019 and, on that basis, denies those allegations.

1020. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1020 and, on that basis, denies those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1021. Lannett denies the allegations in Paragraph 1021. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

**1. <u>The Doxy Hyclate Collusive Price Increase</u>**

1022. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1022 and, on that basis, denies those allegations.

1023. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1023 and, on that basis, denies those allegations.

1024. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1024 and, on that basis, denies those allegations.

1025. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1025 and, on that basis, denies those allegations.

1026. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1026 and, on that basis, denies those allegations.

1027. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1027 and, on that basis, denies those allegations.

1028. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1028 and, on that basis, denies those allegations.

1029. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1029 and, on that basis, denies those allegations.

1030. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1030 and, on that basis, denies those allegations.

**2. <u>The Doxy Mono Collusive Price Increase</u>**

1031. Lannett denies the allegations contained in Paragraph 1031. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1032. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in first and last sentence of Paragraph 1032 and, on that basis, denies those allegations. Lannett denies the allegations in the second sentence of Paragraph 1032. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1033. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1033 and, on that basis, denies those allegations. By way of further response, to the extent the allegations of Paragraph 1033 purport to characterize written communications which speak for themselves, Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was any agreement with any defendant. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1034. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1034 and, on that basis, denies those allegations. By way of further response, to the extent the allegations of Paragraph 1034 purport to characterize telephone records which speak for themselves, Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation

suggests that there was any agreement with any defendant. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1035. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1035 and, on that basis, denies those allegations. By way of further response, to the extent the allegations of Paragraph 1035 purport to characterize written communications which speak for themselves, Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was any agreement with any defendant. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1036. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1036 and, on that basis, denies those allegations. By way of further response, to the extent the allegations of Paragraph 1036 purport to characterize telephone records which speak for themselves, Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was any agreement with any defendant. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1037. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1037 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1038. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1038 and, on that basis, denies those allegations. By way of further response, to the extent the allegations of Paragraph 1038 purport to characterize written communications which speak for themselves, Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was any agreement with any defendant. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1039. The allegations in Paragraph 1039 are legal conclusions to which no response is required. To the extent any response is required, Lannett denies the allegations in Paragraph 1039. By way of further response, to the extent the allegations of Paragraph 1039 purport to characterize written communications which speak for themselves, Lannett also denies Plaintiffs' characterization to the extent it is inconsistent with the writings. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1040. Lannett denies the allegations in Paragraph 1040. By way of further response, to the extent the allegations of Paragraph 1040 purport to characterize written communications or telephone records which speak for themselves, Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was any agreement with any defendant. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1041. The allegations in the first sentence of Paragraph 1041 are legal conclusions no response is required. To the extent a response is required, Lannett denies the allegations contained in the first sentence of Paragraph 1041. Otherwise, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1041 and, on that basis, denies those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1042. Lannett specifically denies that it ever "reached [an] agreement to increase prices" with any defendants. Otherwise, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1042 and, on that basis, denies those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1043. Lannett denies the allegations in Paragraph 1043. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

### 3. <u>Collusion on Doxy DR</u>

1044. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1044 and, on that basis, denies those allegations.

1045. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1045 and, on that basis, denies those allegations.

1046. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1046 and, on that basis, denies those allegations.

1047. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1047 and, on that basis, denies those allegations.

1048. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1048 and, on that basis, denies those allegations.

1049. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1049 and, on that basis, denies those allegations.

1050. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1050 and, on that basis, denies those allegations.

1051. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1051 and, on that basis, denies those allegations.

1052. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1052 and, on that basis, denies those allegations.

1053. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1053 and, on that basis, denies those allegations.

**UU. Drospirenone and ethinyl estradiol (Ocella)**

1054. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1054 and, on that basis, denies those allegations.

1055. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1055 and, on that basis, denies those allegations.

1056. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1056 and, on that basis, denies those allegations.

1057. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1057 and, on that basis, denies those allegations.

1058. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1058 and, on that basis, denies those allegations.

1059. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1059 and, on that basis, denies those allegations.

1060. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1060 and, on that basis, denies those allegations.

1061. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1061 and, on that basis, denies those allegations.

1062. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1062 and, on that basis, denies those allegations.

1063. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1063 and, on that basis, denies those allegations.

1064. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1064 and, on that basis, denies those allegations.

1065. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1065 and, on that basis, denies those allegations.

1066. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1066 and, on that basis, denies those allegations.

1067. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1067 and, on that basis, denies those allegations.

1068. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1068 and, on that basis, denies those allegations.

1069. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1069 and, on that basis, denies those allegations.

1070. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1070 and, on that basis, denies those allegations.

1071. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1071 and, on that basis, denies those allegations.

**VV. <u>Econazole</u>**

1072. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1072 and, on that basis, denies those allegations.

1073. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1073 and, on that basis, denies those allegations.

1074. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1074 and, on that basis, denies those allegations.

1075. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1075 and, on that basis, denies those allegations.

1076. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1076 and, on that basis, denies those allegations.

1077. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1077 and, on that basis, denies those allegations.

1078. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1078 and, on that basis, denies those allegations.

1079. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1079 and, on that basis, denies those allegations.

1080. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1080 and, on that basis, denies those allegations.

1081. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1081 and, on that basis, denies those allegations.

1082. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1082 and, on that basis, denies those allegations.

1083. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1083 and, on that basis, denies those allegations.

1084. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1084 and, on that basis, denies those allegations.

1085. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1085 and, on that basis, denies those allegations.

1086. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1086 and, on that basis, denies those allegations.

1087. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1087 and, on that basis, denies those allegations.

1088. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1088 and, on that basis, denies those allegations.

1089. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1089 and, on that basis, denies those allegations.

1090. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1090 and, on that basis, denies those allegations.

1091. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1091 and, on that basis, denies those allegations.

1092. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1092 and, on that basis, denies those allegations.

1093. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1093 and, on that basis, denies those allegations.

1094. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1094 and, on that basis, denies those allegations.

1095. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1095 and, on that basis, denies those allegations.

1096. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1096 and, on that basis, denies those allegations.

1097. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1097 and, on that basis, denies those allegations.

1098. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1098 and, on that basis, denies those allegations.

1099. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1099 and, on that basis, denies those allegations.

1100. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1100 and, on that basis, denies those allegations.

1101. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1101 and, on that basis, denies those allegations.

1102. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1102 and, on that basis, denies those allegations.

1103. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1103 and, on that basis, denies those allegations.

**WW. Enalapril Maleate**

1104. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1104 and, on that basis, denies those allegations.

1105. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1105 and, on that basis, denies those allegations.

1106. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1106 and, on that basis, denies those allegations.

1107. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1107 and, on that basis, denies those allegations.

1108. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1108 and, on that basis, denies those allegations.

1109. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1109 and, on that basis, denies those allegations.

1110. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1110 and, on that basis, denies those allegations.

1111. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1111 and, on that basis, denies those allegations.

1112. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1112 and, on that basis, denies those allegations.

1113. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1113 and, on that basis, denies those allegations.

1114. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1114 and, on that basis, denies those allegations.

1115. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1115 and, on that basis, denies those allegations.

1116. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1116 and, on that basis, denies those allegations.

1117. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1117 and, on that basis, denies those allegations.

1118. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1118 and, on that basis, denies those allegations.

1119. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1119 and, on that basis, denies those allegations.

1120. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1120 and, on that basis, denies those allegations.

1121. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1121 and, on that basis, denies those allegations.

1122. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1122 and, on that basis, denies those allegations.

1123. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1123 and, on that basis, denies those allegations.

1124. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1124 and, on that basis, denies those allegations.

1125. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1125 and, on that basis, denies those allegations.

1126. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1126 and, on that basis, denies those allegations.

### XX. Entecavir

1127. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1127 and, on that basis, denies those allegations.

1128. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1128 and, on that basis, denies those allegations.

1129. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1129 and, on that basis, denies those allegations.

1130. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1130 and, on that basis, denies those allegations.

1131. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1131 and, on that basis, denies those allegations.

1132. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1132 and, on that basis, denies those allegations.

1133. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1133 and, on that basis, denies those allegations.

1134. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1134 and, on that basis, denies those allegations.

1135. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1135 and, on that basis, denies those allegations.

1136. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1136 and, on that basis, denies those allegations.

**YY. Eplerenone Tablets**

1137. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1137 and, on that basis, denies those allegations.

1138. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1138 and, on that basis, denies those allegations.

1139. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1139 and, on that basis, denies those allegations.

1140. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1140 and, on that basis, denies those allegations.

1141. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1141 and, on that basis, denies those allegations.

1142. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1142 and, on that basis, denies those allegations.

1143. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1143 and, on that basis, denies those allegations.

**ZZ. Erythromycin Solution**

1144. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1144 and, on that basis, denies those allegations.

1145. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1145 and, on that basis, denies those allegations.

1146. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1146 and, on that basis, denies those allegations.

1147. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1147 and, on that basis, denies those allegations.

1148. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1148 and, on that basis, denies those allegations.

1149. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1149 and, on that basis, denies those allegations.

1150. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1150 and, on that basis, denies those allegations.

1151. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1151 and, on that basis, denies those allegations.

1152. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1152 and, on that basis, denies those allegations.

1153. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1153 and, on that basis, denies those allegations.

1154. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1154 and, on that basis, denies those allegations.

1155. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1155 and, on that basis, denies those allegations.

1156. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1156 and, on that basis, denies those allegations.

1157. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1157 and, on that basis, denies those allegations.

1158. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1158 and, on that basis, denies those allegations.

1159. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1159 and, on that basis, denies those allegations.

1160. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1160 and, on that basis, denies those allegations.

1161. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1161 and, on that basis, denies those allegations.

1162. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1162 and, on that basis, denies those allegations.

1163. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1163 and, on that basis, denies those allegations.

1164. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1164 and, on that basis, denies those allegations.

1165. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1165 and, on that basis, denies those allegations.

1166. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1166 and, on that basis, denies those allegations.

1167. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1167 and, on that basis, denies those allegations.

1168. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1168 and, on that basis, denies those allegations.

1169. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1169 and, on that basis, denies those allegations.

1170. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1170 and, on that basis, denies those allegations.

1171. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1171 and, on that basis, denies those allegations.

1172. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1172 and, on that basis, denies those allegations.

1173. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1173 and, on that basis, denies those allegations.

1174. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1174 and, on that basis, denies those allegations.

1175. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1175 and, on that basis, denies those allegations.

**AAA. Estradiol Tablets**

1176. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1176 and, on that basis, denies those allegations.

1177. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1177 and, on that basis, denies those allegations.

**BBB. Estradiol/Norethindrone Acetate Tablets (Mimvey)**

1178. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1178 and, on that basis, denies those allegations.

1179. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1179 and, on that basis, denies those allegations.

1180. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1180 and, on that basis, denies those allegations.

1181. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1181 and, on that basis, denies those allegations.

1182. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1182 and, on that basis, denies those allegations.

1183. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1183 and, on that basis, denies those allegations.

**CCC. Ethambutol HCL Tablets**

1184. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1184 and, on that basis, denies those allegations.

1185. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1185 and, on that basis, denies those allegations.

1186. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1186 and, on that basis, denies those allegations.

1187. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1187 and, on that basis, denies those allegations.

1188. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1188 and, on that basis, denies those allegations.

1189. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1189 and, on that basis, denies those allegations.

1190. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1190 and, on that basis, denies those allegations.

1191. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1191 and, on that basis, denies those allegations.

1192. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1192 and, on that basis, denies those allegations.

1193. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1193 and, on that basis, denies those allegations.

1194. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1194 and, on that basis, denies those allegations.

1195. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1195 and, on that basis, denies those allegations.

1196. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1196 and, on that basis, denies those allegations.

1197. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1167 and, on that basis, denies those allegations.

1198. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1198 and, on that basis, denies those allegations.

1199. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1199 and, on that basis, denies those allegations.

## DDD. Ethinyl Estradiol and Levonorgestrel

1200. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1200 and, on that basis, denies those allegations.

1201. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1201 and, on that basis, denies those allegations.

1202. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1202 and, on that basis, denies those allegations.

1203. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1203 and, on that basis, denies those allegations.

1204. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1204 and, on that basis, denies those allegations.

1205. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1205 and, on that basis, denies those allegations.

**EEE. Etodolac**

1206. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1206 and, on that basis, denies those allegations.

1207. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1207 and, on that basis, denies those allegations.

1208. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1208 and, on that basis, denies those allegations.

1209. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1209 and, on that basis, denies those allegations.

1210. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1210 and, on that basis, denies those allegations.

1211. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1211 and, on that basis, denies those allegations.

1212. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1212 and, on that basis, denies those allegations.

1213. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1213 and, on that basis, denies those allegations.

1214. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1214 and, on that basis, denies those allegations.

1215. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1215 and, on that basis, denies those allegations.

1216. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1216 and, on that basis, denies those allegations.

1217. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1217 and, on that basis, denies those allegations.

1218. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1218 and, on that basis, denies those allegations.

1219. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1219 and, on that basis, denies those allegations.

1220. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1220 and, on that basis, denies those allegations.

1221. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1221 and, on that basis, denies those allegations.

1222. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1222 and, on that basis, denies those allegations.

1223. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1223 and, on that basis, denies those allegations.

1224. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1224 and, on that basis, denies those allegations.

1225. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1225 and, on that basis, denies those allegations.

1226. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1226 and, on that basis, denies those allegations.

1227. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1227 and, on that basis, denies those allegations.

1228. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1228 and, on that basis, denies those allegations.

1229. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1229 and, on that basis, denies those allegations.

1230. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1230 and, on that basis, denies those allegations.

1231. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1231 and, on that basis, denies those allegations.

1232. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1232 and, on that basis, denies those allegations.

**FFF. Fenofibrate**

1233. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1233 and, on that basis, denies those allegations.

1234. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1234 and, on that basis, denies those allegations.

1235. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1235 and, on that basis, denies those allegations.

1236. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1236 and, on that basis, denies those allegations.

1237. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1237 and, on that basis, denies those allegations.

1238. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1238 and, on that basis, denies those allegations.

1239. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1239 and, on that basis, denies those allegations.

1240. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1240 and, on that basis, denies those allegations.

1241. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1241 and, on that basis, denies those allegations.

1242. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1242 and, on that basis, denies those allegations.

1243. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1243 and, on that basis, denies those allegations.

1244. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1244 and, on that basis, denies those allegations.

1245. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1245 and, on that basis, denies those allegations.

1246. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1246 and, on that basis, denies those allegations.

1247. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1247 and, on that basis, denies those allegations.

1248. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1248 and, on that basis, denies those allegations.

1249. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1249 and, on that basis, denies those allegations.

1250. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1250 and, on that basis, denies those allegations.

1251. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1251 and, on that basis, denies those allegations.

1252. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1252 and, on that basis, denies those allegations.

1253. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1253 and, on that basis, denies those allegations.

1254. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1254 and, on that basis, denies those allegations.

1255. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1255 and, on that basis, denies those allegations.

1256. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1256 and, on that basis, denies those allegations.

1257. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1257 and, on that basis, denies those allegations.

1258. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1258 and, on that basis, denies those allegations.

### GGG. Fluocinolone Acetonide

1259. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1259 and, on that basis, denies those allegations.

1260. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1260 and, on that basis, denies those allegations.

1261. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1261 and, on that basis, denies those allegations.

1262. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1262 and, on that basis, denies those allegations.

1263. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1263 and, on that basis, denies those allegations.

1264. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1264 and, on that basis, denies those allegations.

1265. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1265 and, on that basis, denies those allegations.

1266. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1266 and, on that basis, denies those allegations.

1267. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1267 and, on that basis, denies those allegations.

1268. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1268 and, on that basis, denies those allegations.

1269. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1269 and, on that basis, denies those allegations.

1270. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1270 and, on that basis, denies those allegations.

1271. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1271 and, on that basis, denies those allegations.

1272. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1272 and, on that basis, denies those allegations.

1273. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1273 and, on that basis, denies those allegations.

1274. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1274 and, on that basis, denies those allegations.

1275. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1275 and, on that basis, denies those allegations.

1276. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12576and, on that basis, denies those allegations.

1277. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1277 and, on that basis, denies those allegations.

1278. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1278 and, on that basis, denies those allegations.

1279. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1279 and, on that basis, denies those allegations.

**HHH. <u>Fluocinonide</u>**

1280. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1280 and, on that basis, denies those allegations.

1281. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1281 and, on that basis, denies those allegations.

1282. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1282 and, on that basis, denies those allegations.

1283. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1283 and, on that basis, denies those allegations.

1284. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1284 and, on that basis, denies those allegations.

1285. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1285 and, on that basis, denies those allegations.

1286. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1286 and, on that basis, denies those allegations.

1287. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1287 and, on that basis, denies those allegations.

1288. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1288 and, on that basis, denies those allegations.

1289. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1289 and, on that basis, denies those allegations.

1290. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1290 and, on that basis, denies those allegations.

1291. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1291 and, on that basis, denies those allegations.

1292. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1292 and, on that basis, denies those allegations.

1293. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1293 and, on that basis, denies those allegations.

1294. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1294 and, on that basis, denies those allegations.

1295. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1295 and, on that basis, denies those allegations.

1296. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1296 and, on that basis, denies those allegations.

1297. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1297 and, on that basis, denies those allegations.

1298. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1298 and, on that basis, denies those allegations.

1299. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1299 and, on that basis, denies those allegations.

1300. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1300 and, on that basis, denies those allegations.

1301. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1301 and, on that basis, denies those allegations.

1302. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1302 and, on that basis, denies those allegations.

1303. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1303 and, on that basis, denies those allegations.

1304. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1304 and, on that basis, denies those allegations.

1305. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1305 and, on that basis, denies those allegations.

1306. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1306 and, on that basis, denies those allegations.

1307. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1307 and, on that basis, denies those allegations.

1308. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1308 and, on that basis, denies those allegations.

1309. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1309 and, on that basis, denies those allegations.

1310. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1310 and, on that basis, denies those allegations.

1311. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1311 and, on that basis, denies those allegations.

1312. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1312 and, on that basis, denies those allegations.

1313. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1313 and, on that basis, denies those allegations.

1314. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1314 and, on that basis, denies those allegations.

1315. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1315 and, on that basis, denies those allegations.

1316. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1316 and, on that basis, denies those allegations.

1317. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1317 and, on that basis, denies those allegations.

1318. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1318 and, on that basis, denies those allegations.

1319. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1319 and, on that basis, denies those allegations.

1320. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1320 and, on that basis, denies those allegations.

1321. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1321 and, on that basis, denies those allegations.

1322. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1322 and, on that basis, denies those allegations.

1323. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1323 and, on that basis, denies those allegations.

1324. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1324 and, on that basis, denies those allegations.

1325. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1325 and, on that basis, denies those allegations.

1326. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1326 and, on that basis, denies those allegations.

1327. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1327 and, on that basis, denies those allegations.

1328. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1328 and, on that basis, denies those allegations.

## III. Fluticasone Propionate

1329. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1329 and, on that basis, denies those allegations.

1330. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1330 and, on that basis, denies those allegations.

1331. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1331 and, on that basis, denies those allegations.

1332. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1332 and, on that basis, denies those allegations.

1333. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1333 and, on that basis, denies those allegations.

1334. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1334 and, on that basis, denies those allegations.

1335. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1335 and, on that basis, denies those allegations.

1336. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1336 and, on that basis, denies those allegations.

1337. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1337 and, on that basis, denies those allegations.

1338. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1338 and, on that basis, denies those allegations.

1339. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1339 and, on that basis, denies those allegations.

1340. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1340 and, on that basis, denies those allegations.

1341. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1341 and, on that basis, denies those allegations.

1342. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1342 and, on that basis, denies those allegations.

1343. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1343 and, on that basis, denies those allegations.

1344. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1344 and, on that basis, denies those allegations.

1345. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1345 and, on that basis, denies those allegations.

1346. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1346 and, on that basis, denies those allegations.

1347. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1347 and, on that basis, denies those allegations.

1348. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1348 and, on that basis, denies those allegations.

1349. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1349 and, on that basis, denies those allegations.

1350. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1350 and, on that basis, denies those allegations.

1351. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1351 and, on that basis, denies those allegations.

1352. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1352 and, on that basis, denies those allegations.

1353. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1353 and, on that basis, denies those allegations.

1354. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1354 and, on that basis, denies those allegations.

**JJJ. Fosinopril HCTZ**

1355. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1355 and, on that basis, denies those allegations.

1356. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1356 and, on that basis, denies those allegations.

1357. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1357 and, on that basis, denies those allegations.

1358. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1358 and, on that basis, denies those allegations.

1359. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1359 and, on that basis, denies those allegations.

1360. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1360 and, on that basis, denies those allegations.

1361. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1361 and, on that basis, denies those allegations.

1362. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1362 and, on that basis, denies those allegations.

1363. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1363 and, on that basis, denies those allegations.

1364. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1364 and, on that basis, denies those allegations.

1365. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1365 and, on that basis, denies those allegations.

1366. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1366 and, on that basis, denies those allegations.

1367. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1367 and, on that basis, denies those allegations.

1368. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1368 and, on that basis, denies those allegations.

1369. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1369 and, on that basis, denies those allegations.

1370. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1370 and, on that basis, denies those allegations.

1371. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1371 and, on that basis, denies those allegations.

1372. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1372 and, on that basis, denies those allegations.

1373. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1373 and, on that basis, denies those allegations.

1374. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1374 and, on that basis, denies those allegations.

**KKK. Gabapentin Tablets**

1375. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1375 and, on that basis, denies those allegations.

1376. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1376 and, on that basis, denies those allegations.

1377. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1377 and, on that basis, denies those allegations.

1378. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1378 and, on that basis, denies those allegations.

1379. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1379 and, on that basis, denies those allegations.

1380. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1380 and, on that basis, denies those allegations.

1381. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1381 and, on that basis, denies those allegations.

**LLL. Glipizide-Metformin**

1382. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1382 and, on that basis, denies those allegations.

1383. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1383 and, on that basis, denies those allegations.

1384. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1384 and, on that basis, denies those allegations.

1385. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1385 and, on that basis, denies those allegations.

1386. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1386 and, on that basis, denies those allegations.

1387. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1387 and, on that basis, denies those allegations.

**MMM. Glyburide**

1388. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1388 and, on that basis, denies those allegations.

1389. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1389 and, on that basis, denies those allegations.

1390. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1390 and, on that basis, denies those allegations.

1391. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1391 and, on that basis, denies those allegations.

1392. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1392 and, on that basis, denies those allegations.

1393. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1393 and, on that basis, denies those allegations.

1394. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1394 and, on that basis, denies those allegations.

1395. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1395 and, on that basis, denies those allegations.

1396. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1396 and, on that basis, denies those allegations.

1397. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1397 and, on that basis, denies those allegations.

1398. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1398 and, on that basis, denies those allegations.

1399. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1399 and, on that basis, denies those allegations.

1400. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1400 and, on that basis, denies those allegations.

1401. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1401 and, on that basis, denies those allegations.

1402. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1402 and, on that basis, denies those allegations.

**NNN. <u>Glyburide-Metformin</u>**

1403. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1403 and, on that basis, denies those allegations.

1404. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1404 and, on that basis, denies those allegations.

1405. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1405 and, on that basis, denies those allegations.

1406. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1406 and, on that basis, denies those allegations.

1407. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1407 and, on that basis, denies those allegations.

1408. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1408 and, on that basis, denies those allegations.

1409. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1409 and, on that basis, denies those allegations.

1410. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1410 and, on that basis, denies those allegations.

1411. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1411 and, on that basis, denies those allegations.

1412. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1412 and, on that basis, denies those allegations.

1413. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1413 and, on that basis, denies those allegations.

## OOO. Halobetasol Propionate

1414. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1414 and, on that basis, denies those allegations.

1415. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1415 and, on that basis, denies those allegations.

### 1. The First Coordinated Price Increase – September 2012

1416. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1416 and, on that basis, denies those allegations.

1417. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1417 and, on that basis, denies those allegations.

1418. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1418 and, on that basis, denies those allegations.

1419. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1419 and, on that basis, denies those allegations.

1420. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1420 and, on that basis, denies those allegations.

1421. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1421 and, on that basis, denies those allegations.

1422. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1422 and, on that basis, denies those allegations.

1423. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1423 and, on that basis, denies those allegations.

### 2. The Second Coordinated Price Increase – March/April 2013

1424. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1424 and, on that basis, denies those allegations.

1425. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1425 and, on that basis, denies those allegations.

1426. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1426 and, on that basis, denies those allegations.

1427. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1427 and, on that basis, denies those allegations.

### 3. Sandoz Launches Halobetasol Cream

1428. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1428 and, on that basis, denies those allegations.

1429. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1429 and, on that basis, denies those allegations.

1430. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1430 and, on that basis, denies those allegations.

1431. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1431 and, on that basis, denies those allegations.

1432. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1432 and, on that basis, denies those allegations.

1433. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1433 and, on that basis, denies those allegations.

1434. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1434 and, on that basis, denies those allegations.

1435. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1435 and, on that basis, denies those allegations.

1436. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1436 and, on that basis, denies those allegations.

1437. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1437 and, on that basis, denies those allegations.

1438. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1438 and, on that basis, denies those allegations.

1439. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1439 and, on that basis, denies those allegations.

1440. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1440 and, on that basis, denies those allegations.

1441. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1441 and, on that basis, denies those allegations.

1442. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1442 and, on that basis, denies those allegations.

1443. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1443 and, on that basis, denies those allegations.

1444. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1444 and, on that basis, denies those allegations.

1445. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1445 and, on that basis, denies those allegations.

1446. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1446 and, on that basis, denies those allegations.

1447. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1447 and, on that basis, denies those allegations.

1448. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1448 and, on that basis, denies those allegations.

**4. Taro Launches Halobetasol Cream and Ointment**

1449. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1449 and, on that basis, denies those allegations.

1450. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1450 and, on that basis, denies those allegations.

1451. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1451 and, on that basis, denies those allegations.

1452. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1452 and, on that basis, denies those allegations.

1453. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1453 and, on that basis, denies those allegations.

1454. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1454 and, on that basis, denies those allegations.

1455. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1455 and, on that basis, denies those allegations.

1456. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1456 and, on that basis, denies those allegations.

1457. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1457 and, on that basis, denies those allegations.

1458. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1458 and, on that basis, denies those allegations.

1459. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1459 and, on that basis, denies those allegations.

**PPP. Hydralazine**

1460. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1460 and, on that basis, denies those allegations.

1461. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1461 and, on that basis, denies those allegations.

1462. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1462 and, on that basis, denies those allegations.

1463. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1463 and, on that basis, denies those allegations.

1464. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1464 and, on that basis, denies those allegations.

1465. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1465 and, on that basis, denies those allegations.

1466. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1466 and, on that basis, denies those allegations.

1467. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1467 and, on that basis, denies those allegations.

1468. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1468 and, on that basis, denies those allegations.

1469. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1469 and, on that basis, denies those allegations.

1470. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1470 and, on that basis, denies those allegations.

**QQQ. Hydrocortisone Acetate Suppositories (Anucort HC)**

1471. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1471 and, on that basis, denies those allegations.

1472. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1472 and, on that basis, denies those allegations.

1473. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1473 and, on that basis, denies those allegations.

1474. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1474 and, on that basis, denies those allegations.

1475. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1475 and, on that basis, denies those allegations.

1476. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1476 and, on that basis, denies those allegations.

1477. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1477 and, on that basis, denies those allegations.

1478. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1478 and, on that basis, denies those allegations.

1479. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1479 and, on that basis, denies those allegations.

1480. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1480 and, on that basis, denies those allegations.

1481. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1481 and, on that basis, denies those allegations.

1482. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1482 and, on that basis, denies those allegations.

1483. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1483 and, on that basis, denies those allegations.

1484. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1484 and, on that basis, denies those allegations.

1485. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1485 and, on that basis, denies those allegations.

1486. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1486 and, on that basis, denies those allegations.

1487. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1487 and, on that basis, denies those allegations.

1488. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1488 and, on that basis, denies those allegations.

1489. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1489 and, on that basis, denies those allegations.

1490. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1490 and, on that basis, denies those allegations.

1491. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1491 and, on that basis, denies those allegations.

1492. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1492 and, on that basis, denies those allegations.

1493. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1493 and, on that basis, denies those allegations.

1494. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1494 and, on that basis, denies those allegations.

1495. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1495 and, on that basis, denies those allegations.

1496. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1496 and, on that basis, denies those allegations.

1497. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1497 and, on that basis, denies those allegations.

1498. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1498 and, on that basis, denies those allegations.

**RRR. Hydrocortisone Valerate Cream**

1499. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1499 and, on that basis, denies those allegations.

1500. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1500 and, on that basis, denies those allegations.

1501. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1501 and, on that basis, denies those allegations.

1502. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1502 and, on that basis, denies those allegations.

1503. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1503 and, on that basis, denies those allegations.

1504. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1504 and, on that basis, denies those allegations.

1505. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1505 and, on that basis, denies those allegations.

**SSS. Imiquimod Cream**

1506. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1506 and, on that basis, denies those allegations.

1507. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1507 and, on that basis, denies those allegations.

**1. Perrigo Entry (April 2010)**

1508. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1508 and, on that basis, denies those allegations.

1509. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1509 and, on that basis, denies those allegations.

1510. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1510 and, on that basis, denies those allegations.

1511. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1511 and, on that basis, denies those allegations.

1512. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1512 and, on that basis, denies those allegations.

1513. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1513 and, on that basis, denies those allegations.

1514. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1514 and, on that basis, denies those allegations.

1515. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1515 and, on that basis, denies those allegations.

1516. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1516 and, on that basis, denies those allegations.

1517. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1517 and, on that basis, denies those allegations.

1518. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1518 and, on that basis, denies those allegations.

1519. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1519 and, on that basis, denies those allegations.

1520. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1520 and, on that basis, denies those allegations.

1521. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1521 and, on that basis, denies those allegations.

**2. Sandoz Entry (February 2011)**

1522. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1522 and, on that basis, denies those allegations.

1523. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1523 and, on that basis, denies those allegations.

1524. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1524 and, on that basis, denies those allegations.

1525. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1525 and, on that basis, denies those allegations.

1526. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1526 and, on that basis, denies those allegations.

1527. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1527 and, on that basis, denies those allegations.

1528. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1528 and, on that basis, denies those allegations.

1529. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1529 and, on that basis, denies those allegations.

### 3. Taro Entry (July 2011)

1530. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1530 and, on that basis, denies those allegations.

1531. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1531 and, on that basis, denies those allegations.

1532. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1532 and, on that basis, denies those allegations.

1533. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1533 and, on that basis, denies those allegations.

1534. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1534 and, on that basis, denies those allegations.

1535. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1535 and, on that basis, denies those allegations.

1536. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1536 and, on that basis, denies those allegations.

1537. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1537 and, on that basis, denies those allegations.

1538. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1538 and, on that basis, denies those allegations.

1539. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1539 and, on that basis, denies those allegations.

1540. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1540 and, on that basis, denies those allegations.

1541. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1541 and, on that basis, denies those allegations.

1542. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1542 and, on that basis, denies those allegations.

1543. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1543 and, on that basis, denies those allegations.

1544. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1544 and, on that basis, denies those allegations.

1545. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1545 and, on that basis, denies those allegations.

**TTT. Irbesartan**

1546. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1546 and, on that basis, denies those allegations.

1547. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1547 and, on that basis, denies those allegations.

1548. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1548 and, on that basis, denies those allegations.

1549. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1549 and, on that basis, denies those allegations.

1550. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1550 and, on that basis, denies those allegations.

1551. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1551 and, on that basis, denies those allegations.

**UUU. Isosorbide Dinitrate**

1552. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1552 and, on that basis, denies those allegations.

1553. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1553 and, on that basis, denies those allegations.

1554. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1554 and, on that basis, denies those allegations.

1555. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1555 and, on that basis, denies those allegations.

1556. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1556 and, on that basis, denies those allegations.

1557. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1557 and, on that basis, denies those allegations.

**VVV. Labetalol**

1558. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1558 and, on that basis, denies those allegations.

1559. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1559 and, on that basis, denies those allegations.

1560. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1560 and, on that basis, denies those allegations.

1561. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1561 and, on that basis, denies those allegations.

1562. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1562 and, on that basis, denies those allegations.

1563. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1563 and, on that basis, denies those allegations.

**WWW. Lamivudine/Zidovudine (Generic Combivir)**

1564. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1564 and, on that basis, denies those allegations.

1565. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1565 and, on that basis, denies those allegations.

1566. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1566 and, on that basis, denies those allegations.

1567. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1567 and, on that basis, denies those allegations.

1568. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1568 and, on that basis, denies those allegations.

1569. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1569 and, on that basis, denies those allegations.

1570. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1570 and, on that basis, denies those allegations.

1571. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1571 and, on that basis, denies those allegations.

1572. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1572 and, on that basis, denies those allegations.

1573. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1573 and, on that basis, denies those allegations.

1574. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1574 and, on that basis, denies those allegations.

1575. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1575 and, on that basis, denies those allegations.

1576. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1576 and, on that basis, denies those allegations.

1577. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1577 and, on that basis, denies those allegations.

### XXX. Latanoprost Drops

1578. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1578 and, on that basis, denies those allegations.

1579. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1579 and, on that basis, denies those allegations.

1580. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1580 and, on that basis, denies those allegations.

1581. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1581 and, on that basis, denies those allegations.

1582. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1582 and, on that basis, denies those allegations.

1583. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1583 and, on that basis, denies those allegations.

1584. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1584 and, on that basis, denies those allegations.

1585. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1585 and, on that basis, denies those allegations.

1586. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1586 and, on that basis, denies those allegations.

1587. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1587 and, on that basis, denies those allegations.

1588. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1588 and, on that basis, denies those allegations.

1589. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1589 and, on that basis, denies those allegations.

1590. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1590 and, on that basis, denies those allegations.

1591. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1591 and, on that basis, denies those allegations.

1592. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1592 and, on that basis, denies those allegations.

1593. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1593 and, on that basis, denies those allegations.

1594. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1594 and, on that basis, denies those allegations.

1595. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1595 and, on that basis, denies those allegations.

1596. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1596 and, on that basis, denies those allegations.

1597. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1597 and, on that basis, denies those allegations.

1598. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1598 and, on that basis, denies those allegations.

1599. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1599 and, on that basis, denies those allegations.

1600. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1600 and, on that basis, denies those allegations.

1601. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1601 and, on that basis, denies those allegations.

1602. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1602 and, on that basis, denies those allegations.

1603. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1603 and, on that basis, denies those allegations.

**YYY. Leflunomide**

1604. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1604 and, on that basis, denies those allegations.

1605. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1605 and, on that basis, denies those allegations.

1606. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1606 and, on that basis, denies those allegations.

1607. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1607 and, on that basis, denies those allegations.

1608. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1608 and, on that basis, denies those allegations.

1609. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1609 and, on that basis, denies those allegations.

**ZZZ. Levothyroxine**

1610. Lannett admits the allegations contained in the first sentence of Paragraph 1610. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1610 and, on that basis, denies those allegations.

1611. Lannett denies the allegations contained in Paragraph 1611 pertaining to Lannett, and further specifically denies that it ever "dominated" the market. Lannett also specifically denies that it manufactures or has manufactured Levothyroxine. To the extent a further response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the other allegations contained in Paragraph 1611 and, on that basis, denies those allegations.

1612. Lannett denies the allegations contained in the first sentence of Paragraph 1612. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 1612 and, on that basis, denies those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1613. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1613 and, on that basis, denies those allegations.

1614. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1614 and, on that basis, denies those allegations.

1615. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1615 and, on that basis, denies those allegations. By way of further response, to the extent the allegations of Paragraph 1615 purport to characterize telephone records or written communications which speak for themselves, Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was any agreement with any defendant. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1616. As phrased, Lannett denies the allegations in Paragraph 1616. By way of further response, to the extent the allegations of Paragraph 1616 purport to characterize telephone records which speak for themselves, Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was any agreement with any defendant. To the extent a further response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1616 and, on that basis, denies those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1617. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1617 and, on that basis, denies those allegations. By way of further response, to the extent the allegations of Paragraph 1617 purport to characterize written communications which speak for themselves, Lannett denies Plaintiffs'

characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was any agreement with any defendant. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1618. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1618 and, on that basis, denies those allegations. By way of further response, to the extent the allegations of Paragraph 1618 purport to characterize telephone records which speak for themselves, Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was any agreement with any defendant. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1619. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1619 and, on that basis, denies those allegations.

1620. Lannett denies the allegations in Paragraph 1620. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1621. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1621 and, on that basis, denies those allegations. By way of further response, to the extent the allegations of Paragraph 1621 purport to characterize and/or quote written communications which speak for themselves, Lannett does not admit the accuracy of the statements therein and denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was

any agreement with any defendant. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1622. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1621 and, on that basis, denies those allegations. By way of further response, to the extent the allegations of Paragraph 1622 purport to characterize and/or quote written communications which speak for themselves, Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was any agreement with any defendant. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1623. The allegations in Paragraph 1623 purport to characterize and/or quote from a transcript of an earnings call, which is in writing and speaks for itself. Lannett does not admit the accuracy of the statements therein and denies Plaintiffs' characterization to the extent it is inconsistent with the writing itself. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1624. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1624 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1625. As phrased, the allegations in Paragraph 1625 are denied. To extent a further response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1625 and, on that basis, denies those

allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1626. Lannett denies the allegations in Paragraph 1626. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1627. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1627 and, on that basis, denies those allegations. By way of further response, to the extent the allegations of Paragraph 1627 purport to characterize telephone records which speak for themselves, Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was any agreement with any defendant. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1628. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1628 and, on that basis, denies those allegations. By way of further response, to the extent that the allegations of Paragraph 1628 purport to characterize telephone records and/or quote written communications which speak for themselves, Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was any agreement with any defendant. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1629. As phrased, Lannett denies the allegations contained in Paragraph 1629. To the extent a further response is required, Lannett lacks knowledge or information sufficient to

form a belief as to the truth of the allegations contained in Paragraph 1629 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1630. Lannett denies the allegations in Paragraph 1630. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

1631. Lannett denies the allegations in Paragraph 1631. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

**AAAA. Lidocaine Ointment**

1632. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1632 and, on that basis, denies those allegations.

1633. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1633 and, on that basis, denies those allegations.

1634. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1634 and, on that basis, denies those allegations.

1635. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1635 and, on that basis, denies those allegations.

1636. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1636 and, on that basis, denies those allegations.

1637. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1637 and, on that basis, denies those allegations.

1638. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1638 and, on that basis, denies those allegations.

1639. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1639 and, on that basis, denies those allegations.

1640. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1640 and, on that basis, denies those allegations.

1641. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1641 and, on that basis, denies those allegations.

1642. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1642 and, on that basis, denies those allegations.

1643. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1643 and, on that basis, denies those allegations.

1644. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1644 and, on that basis, denies those allegations.

1645. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1645 and, on that basis, denies those allegations.

1646. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1646 and, on that basis, denies those allegations.

1647. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1647 and, on that basis, denies those allegations.

1648. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1648 and, on that basis, denies those allegations.

1649. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1649 and, on that basis, denies those allegations.

1650. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1650 and, on that basis, denies those allegations.

1651. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1651 and, on that basis, denies those allegations.

1652. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1652 and, on that basis, denies those allegations.

1653. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1653 and, on that basis, denies those allegations.

1654. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1654 and, on that basis, denies those allegations.

1655. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1655 and, on that basis, denies those allegations.

1656. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1656 and, on that basis, denies those allegations.

1657. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1657 and, on that basis, denies those allegations.

1658. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1658 and, on that basis, denies those allegations.

**BBBB. Lidocaine-Prilocaine**

1659. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1659 and, on that basis, denies those allegations.

1660. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1660 and, on that basis, denies those allegations.

1661. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1661 and, on that basis, denies those allegations.

1662. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1662 and, on that basis, denies those allegations.

1663. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1663 and, on that basis, denies those allegations.

1664. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1664 and, on that basis, denies those allegations.

1665. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1665 and, on that basis, denies those allegations.

1666. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1666 and, on that basis, denies those allegations.

1667. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1667 and, on that basis, denies those allegations.

1668. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1668 and, on that basis, denies those allegations.

1669. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1669 and, on that basis, denies those allegations.

1670. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1670 and, on that basis, denies those allegations.

1671. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1671 and, on that basis, denies those allegations.

1672. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1672 and, on that basis, denies those allegations.

1673. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1673 and, on that basis, denies those allegations.

1674. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1674 and, on that basis, denies those allegations.

1675. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1675 and, on that basis, denies those allegations.

1676. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1676 and, on that basis, denies those allegations.

**CCCC. Loperamide HCL Capsules**

1677. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1677 and, on that basis, denies those allegations.

1678. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1678 and, on that basis, denies those allegations.

1679. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1679 and, on that basis, denies those allegations.

**DDDD. Meprobamate**

1680. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1680 and, on that basis, denies those allegations.

1681. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1681 and, on that basis, denies those allegations.

1682. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1682 and, on that basis, denies those allegations.

1683. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1683 and, on that basis, denies those allegations.

1684. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1684 and, on that basis, denies those allegations.

1685. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1685 and, on that basis, denies those allegations.

1686. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1686 and, on that basis, denies those allegations.

1687. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1687 and, on that basis, denies those allegations.

**EEEE. Metformin ER**

1688. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1688 and, on that basis, denies those allegations.

1689. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1689 and, on that basis, denies those allegations.

1690. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1690 and, on that basis, denies those allegations.

1691. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1691 and, on that basis, denies those allegations.

1692. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1692 and, on that basis, denies those allegations.

1693. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1693 and, on that basis, denies those allegations.

**FFFF. Methadone HCL**

1694. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1694 and, on that basis, denies those allegations.

1695. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1695 and, on that basis, denies those allegations.

1696. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1696 and, on that basis, denies those allegations.

1697. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1697 and, on that basis, denies those allegations.

**GGGG. Methazolamide Tablets**

1698. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1698 and, on that basis, denies those allegations.

1699. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1699 and, on that basis, denies those allegations.

1700. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1700 and, on that basis, denies those allegations.

1701. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1701 and, on that basis, denies those allegations.

1702. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1702 and, on that basis, denies those allegations.

1703. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1703 and, on that basis, denies those allegations.

1704. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1704 and, on that basis, denies those allegations.

1705. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1705 and, on that basis, denies those allegations.

1706. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1706 and, on that basis, denies those allegations.

1707. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1707 and, on that basis, denies those allegations.

1708. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1708 and, on that basis, denies those allegations.

1709. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1709 and, on that basis, denies those allegations.

1710. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1710 and, on that basis, denies those allegations.

1711. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1711 and, on that basis, denies those allegations.

**HHHH. Methylphenidate**

1712. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1712 and, on that basis, denies those allegations.

1713. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1713 and, on that basis, denies those allegations.

1714. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1714 and, on that basis, denies those allegations.

1715. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1715 and, on that basis, denies those allegations.

1716. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1716 and, on that basis, denies those allegations.

1717. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1717 and, on that basis, denies those allegations.

1718. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1718 and, on that basis, denies those allegations.

1719. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1719 and, on that basis, denies those allegations.

1720. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1720 and, on that basis, denies those allegations.

1721. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1721 and, on that basis, denies those allegations.

1722. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1722 and, on that basis, denies those allegations.

1723. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1723 and, on that basis, denies those allegations.

1724. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1724 and, on that basis, denies those allegations.

**IIII. Methylprednisolone**

1725. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1725 and, on that basis, denies those allegations.

1726. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1726 and, on that basis, denies those allegations.

1727. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1727 and, on that basis, denies those allegations.

1728. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1728 and, on that basis, denies those allegations.

1729. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1729 and, on that basis, denies those allegations.

1730. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1730 and, on that basis, denies those allegations.

1731. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1731 and, on that basis, denies those allegations.

1732. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1732 and, on that basis, denies those allegations.

1733. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1733 and, on that basis, denies those allegations.

1734. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1734 and, on that basis, denies those allegations.

1735. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1735 and, on that basis, denies those allegations.

**JJJJ. Metronidazole**

1736. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1736 and, on that basis, denies those allegations.

**1. Metronidazole Gel**

1737. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1737 and, on that basis, denies those allegations.

1738. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1738 and, on that basis, denies those allegations.

1739. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1739 and, on that basis, denies those allegations.

1740. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1740 and, on that basis, denies those allegations.

1741. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1741 and, on that basis, denies those allegations.

1742. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1742 and, on that basis, denies those allegations.

1743. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1743 and, on that basis, denies those allegations.

1744. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1744 and, on that basis, denies those allegations.

1745. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1745 and, on that basis, denies those allegations.

1746. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1746 and, on that basis, denies those allegations.

1747. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1747 and, on that basis, denies those allegations.

1748. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1748 and, on that basis, denies those allegations.

1749. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1749 and, on that basis, denies those allegations.

1750. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1750 and, on that basis, denies those allegations.

1751. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1751 and, on that basis, denies those allegations.

1752. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1752 and, on that basis, denies those allegations.

1753. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1753 and, on that basis, denies those allegations.

1754. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1754 and, on that basis, denies those allegations.

1755. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1755 and, on that basis, denies those allegations.

1756. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1756 and, on that basis, denies those allegations.

1757. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1757 and, on that basis, denies those allegations.

1758. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1758 and, on that basis, denies those allegations.

1759. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1759 and, on that basis, denies those allegations.

1760. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1760 and, on that basis, denies those allegations.

1761. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1761 and, on that basis, denies those allegations.

1762. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1762 and, on that basis, denies those allegations.

1763. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1763 and, on that basis, denies those allegations.

1764. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1764 and, on that basis, denies those allegations.

1765. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1765 and, on that basis, denies those allegations.

1766. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1766 and, on that basis, denies those allegations.

1767. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1767 and, on that basis, denies those allegations.

1768. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1768 and, on that basis, denies those allegations.

1769. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1769 and, on that basis, denies those allegations.

1770. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1770 and, on that basis, denies those allegations.

1771. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1771 and, on that basis, denies those allegations.

1772. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1772 and, on that basis, denies those allegations.

1773. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1773 and, on that basis, denies those allegations.

1774. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1774 and, on that basis, denies those allegations.

1775. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1775 and, on that basis, denies those allegations.

**2. Metronidazole Cream and Lotion**

1776. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1776 and, on that basis, denies those allegations.

1777. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1777 and, on that basis, denies those allegations.

1778. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1778 and, on that basis, denies those allegations.

1779. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1779 and, on that basis, denies those allegations.

1780. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1780 and, on that basis, denies those allegations.

1781. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1781 and, on that basis, denies those allegations.

1782. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1782 and, on that basis, denies those allegations.

1783. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1783 and, on that basis, denies those allegations.

1784. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1784 and, on that basis, denies those allegations.

1785. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1785 and, on that basis, denies those allegations.

1786. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1786 and, on that basis, denies those allegations.

1787. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1787 and, on that basis, denies those allegations.

1788. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1788 and, on that basis, denies those allegations.

1789. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1789 and, on that basis, denies those allegations.

1790. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1790 and, on that basis, denies those allegations.

1791. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1791 and, on that basis, denies those allegations.

1792. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1792 and, on that basis, denies those allegations.

1793. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1793 and, on that basis, denies those allegations.

1794. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1794 and, on that basis, denies those allegations.

1795. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1795 and, on that basis, denies those allegations.

**3. Metronidazole Vaginal**

1796. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1796 and, on that basis, denies those allegations.

1797. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1797 and, on that basis, denies those allegations.

1798. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1798 and, on that basis, denies those allegations.

1799. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1799 and, on that basis, denies those allegations.

1800. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1800 and, on that basis, denies those allegations.

1801. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1801 and, on that basis, denies those allegations.

1802. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1802 and, on that basis, denies those allegations.

1803. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1803 and, on that basis, denies those allegations.

1804. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1804 and, on that basis, denies those allegations.

1805. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1805 and, on that basis, denies those allegations.

1806. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1806 and, on that basis, denies those allegations.

1807. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1807 and, on that basis, denies those allegations.

**KKKK. <u>Moexipril Hydrochloride Tablets</u>**

1808. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1808 and, on that basis, denies those allegations.

1809. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1809 and, on that basis, denies those allegations.

1810. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1810 and, on that basis, denies those allegations.

1811. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1811 and, on that basis, denies those allegations.

1812. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1812 and, on that basis, denies those allegations.

1813. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1813 and, on that basis, denies those allegations.

1814. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1814 and, on that basis, denies those allegations.

1815. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1815 and, on that basis, denies those allegations.

**LLLL. <u>Nadolol</u>**

1816. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1816 and, on that basis, denies those allegations.

1817. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1817 and, on that basis, denies those allegations.

1818. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1818 and, on that basis, denies those allegations.

1819. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1819 and, on that basis, denies those allegations.

1820. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1820 and, on that basis, denies those allegations.

1821. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1821 and, on that basis, denies those allegations.

1822. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1822 and, on that basis, denies those allegations.

1823. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1823 and, on that basis, denies those allegations.

1824. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1824 and, on that basis, denies those allegations.

1825. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1825 and, on that basis, denies those allegations.

1826. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1826 and, on that basis, denies those allegations.

1827. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1827 and, on that basis, denies those allegations.

**MMMM. <u>Naproxen Sodium</u>**

1828. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1828 and, on that basis, denies those allegations.

1829. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1829 and, on that basis, denies those allegations.

1830. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1830 and, on that basis, denies those allegations.

1831. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1831 and, on that basis, denies those allegations.

**NNNN. <u>Niacin ER</u>**

1832. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1832 and, on that basis, denies those allegations.

1833. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1833 and, on that basis, denies those allegations.

1834. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1834 and, on that basis, denies those allegations.

1835. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1835 and, on that basis, denies those allegations.

1836. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1836 and, on that basis, denies those allegations.

1837. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1837 and, on that basis, denies those allegations.

1838. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1838 and, on that basis, denies those allegations.

1839. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1839 and, on that basis, denies those allegations.

1840. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1840 and, on that basis, denies those allegations.

1841. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1841 and, on that basis, denies those allegations.

1842. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1842 and, on that basis, denies those allegations.

1843. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1843 and, on that basis, denies those allegations.

1844. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1844 and, on that basis, denies those allegations.

**OOOO. Nimodipine**

1845. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1845 and, on that basis, denies those allegations.

1846. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1846 and, on that basis, denies those allegations.

1847. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1847 and, on that basis, denies those allegations.

1848. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1848 and, on that basis, denies those allegations.

1849. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1849 and, on that basis, denies those allegations.

1850. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1850 and, on that basis, denies those allegations.

1851. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1851 and, on that basis, denies those allegations.

1852. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1852 and, on that basis, denies those allegations.

**PPPP. Nitrofurantoin Macrocrystal Capsules**

1853. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1853 and, on that basis, denies those allegations.

1854. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1854 and, on that basis, denies those allegations.

1855. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1855 and, on that basis, denies those allegations.

1856. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1856 and, on that basis, denies those allegations.

1857. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1857 and, on that basis, denies those allegations.

1858. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1858 and, on that basis, denies those allegations.

**QQQQ. Norethindrone Acetate**

1859. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1859 and, on that basis, denies those allegations.

1860. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1860 and, on that basis, denies those allegations.

1861. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1861 and, on that basis, denies those allegations.

**RRRR. Norethindrone/ethinyl estradiol (Balziva®)**

1862. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1862 and, on that basis, denies those allegations.

1863. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1863 and, on that basis, denies those allegations.

1864. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1864 and, on that basis, denies those allegations.

1865. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1865 and, on that basis, denies those allegations.

1866. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1866 and, on that basis, denies those allegations.

1867. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1867 and, on that basis, denies those allegations.

**SSSS. Nortriptyline Hydrochloride**

1868. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1868 and, on that basis, denies those allegations.

1869. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1869 and, on that basis, denies those allegations.

1870. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1870 and, on that basis, denies those allegations.

1871. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1871 and, on that basis, denies those allegations.

1872. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1872 and, on that basis, denies those allegations.

1873. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1873 and, on that basis, denies those allegations.

1874. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1874 and, on that basis, denies those allegations.

1875. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1875 and, on that basis, denies those allegations.

1876. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1876 and, on that basis, denies those allegations.

1877. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1877 and, on that basis, denies those allegations.

1878. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1878 and, on that basis, denies those allegations.

1879. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1879 and, on that basis, denies those allegations.

1880. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1880 and, on that basis, denies those allegations.

1881. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1881 and, on that basis, denies those allegations.

1882. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1882 and, on that basis, denies those allegations.

1883. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1883 and, on that basis, denies those allegations.

1884. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1884 and, on that basis, denies those allegations.

1885. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1885 and, on that basis, denies those allegations.

1886. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1886 and, on that basis, denies those allegations.

1887. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1887 and, on that basis, denies those allegations.

**TTTT. Nystatin**

1888. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1888 and, on that basis, denies those allegations.

1889. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1889 and, on that basis, denies those allegations.

1890. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1890 and, on that basis, denies those allegations.

1891. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1891 and, on that basis, denies those allegations.

**1. Nystatin Cream**

1892. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1892 and, on that basis, denies those allegations.

1893. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1893 and, on that basis, denies those allegations.

1894. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1894 and, on that basis, denies those allegations.

1895. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1895 and, on that basis, denies those allegations.

1896. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1896 and, on that basis, denies those allegations.

1897. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1897 and, on that basis, denies those allegations.

**2. Nystatin Ointment**

1898. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1898 and, on that basis, denies those allegations.

1899. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1899 and, on that basis, denies those allegations.

1900. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1900 and, on that basis, denies those allegations.

1901. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1901 and, on that basis, denies those allegations.

1902. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1902 and, on that basis, denies those allegations.

**3. Nystatin Tablets**

1903. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1903 and, on that basis, denies those allegations.

1904. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1904 and, on that basis, denies those allegations.

1905. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1905 and, on that basis, denies those allegations.

1906. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1906 and, on that basis, denies those allegations.

1907. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18190784 and, on that basis, denies those allegations.

1908. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1908 and, on that basis, denies those allegations.

1909. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1909 and, on that basis, denies those allegations.

1910. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1910 and, on that basis, denies those allegations.

**UUUU. Nystatin Triamcinolone**

1911. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1911 and, on that basis, denies those allegations.

1912. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1912 and, on that basis, denies those allegations.

1913. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1913 and, on that basis, denies those allegations.

1914. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1914 and, on that basis, denies those allegations.

1915. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1915 and, on that basis, denies those allegations.

1916. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1916 and, on that basis, denies those allegations.

1917. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1917 and, on that basis, denies those allegations.

1918. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1918 and, on that basis, denies those allegations.

1919. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1919 and, on that basis, denies those allegations.

1920. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1920 and, on that basis, denies those allegations.

1921. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1921 and, on that basis, denies those allegations.

1922. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1922 and, on that basis, denies those allegations.

1923. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1923 and, on that basis, denies those allegations.

1924. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1924 and, on that basis, denies those allegations.

1925. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1925 and, on that basis, denies those allegations.

1926. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1926 and, on that basis, denies those allegations.

1927. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1927 and, on that basis, denies those allegations.

1928. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1928 and, on that basis, denies those allegations.

1929. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1929 and, on that basis, denies those allegations.

1930. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1930 and, on that basis, denies those allegations.

1931. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1931 and, on that basis, denies those allegations.

1932. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1932 and, on that basis, denies those allegations.

1933. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1933 and, on that basis, denies those allegations.

1934. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1934 and, on that basis, denies those allegations.

1935. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1935 and, on that basis, denies those allegations.

1936. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1936 and, on that basis, denies those allegations.

1937. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1937 and, on that basis, denies those allegations.

1938. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1938 and, on that basis, denies those allegations.

1939. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1939 and, on that basis, denies those allegations.

1940. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1940 and, on that basis, denies those allegations.

1941. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1941 and, on that basis, denies those allegations.

1942. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1942 and, on that basis, denies those allegations.

1943. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1943 and, on that basis, denies those allegations.

1944. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1944 and, on that basis, denies those allegations.

1945. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1945 and, on that basis, denies those allegations.

1946. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1946 and, on that basis, denies those allegations.

1947. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1947 and, on that basis, denies those allegations.

1948. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1948 and, on that basis, denies those allegations.

1949. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1949 and, on that basis, denies those allegations.

1950. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1950 and, on that basis, denies those allegations.

## VVVV. Omega-3-Acid Ethyl Esters

1951. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1951 and, on that basis, denies those allegations.

1952. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1952 and, on that basis, denies those allegations.

1953. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1953 and, on that basis, denies those allegations.

1954. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1954 and, on that basis, denies those allegations.

1955. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1955 and, on that basis, denies those allegations.

1956. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1956 and, on that basis, denies those allegations.

1957. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1957 and, on that basis, denies those allegations.

1958. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1958 and, on that basis, denies those allegations.

1959. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1959 and, on that basis, denies those allegations.

1960. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1960 and, on that basis, denies those allegations.

1961. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1961 and, on that basis, denies those allegations.

**WWWW. Oxaprozin Tablets**

1962. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1962 and, on that basis, denies those allegations.

1963. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1963 and, on that basis, denies those allegations.

1964. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1964 and, on that basis, denies those allegations.

1965. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1965 and, on that basis, denies those allegations.

1966. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1966 and, on that basis, denies those allegations.

1967. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1967 and, on that basis, denies those allegations.

1968. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1968 and, on that basis, denies those allegations.

1969. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1969 and, on that basis, denies those allegations.

1970. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1970 and, on that basis, denies those allegations.

1971. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1971 and, on that basis, denies those allegations.

1972. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1972 and, on that basis, denies those allegations.

1973. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1973 and, on that basis, denies those allegations.

1974. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1974 and, on that basis, denies those allegations.

1975. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1975 and, on that basis, denies those allegations.

1976. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1976 and, on that basis, denies those allegations.

1977. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1977 and, on that basis, denies those allegations.

1978. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1978 and, on that basis, denies those allegations.

1979. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1979 and, on that basis, denies those allegations.

1980. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1980 and, on that basis, denies those allegations.

1981. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1981 and, on that basis, denies those allegations.

1982. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1982 and, on that basis, denies those allegations.

1983. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1983 and, on that basis, denies those allegations.

1984. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1984 and, on that basis, denies those allegations.

1985. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1985 and, on that basis, denies those allegations.

1986. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1986 and, on that basis, denies those allegations.

1987. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1987 and, on that basis, denies those allegations.

**XXXX. <u>Oxycodone/Acetaminophen</u>**

1988. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1988 and, on that basis, denies those allegations.

1989. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1989 and, on that basis, denies those allegations.

1990. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1990 and, on that basis, denies those allegations.

1991. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1991 and, on that basis, denies those allegations.

1992. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1992 and, on that basis, denies those allegations.

1993. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1993 and, on that basis, denies those allegations.

1994. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1994 and, on that basis, denies those allegations.

1995. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1995 and, on that basis, denies those allegations.

**YYYY. Paricalcitol**

1996. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1996 and, on that basis, denies those allegations.

1997. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1997 and, on that basis, denies those allegations.

1998. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1998 and, on that basis, denies those allegations.

1999. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1999 and, on that basis, denies those allegations.

2000. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2000 and, on that basis, denies those allegations.

2001. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2001 and, on that basis, denies those allegations.

2002. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2002 and, on that basis, denies those allegations.

2003. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2003 and, on that basis, denies those allegations.

2004. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2004 and, on that basis, denies those allegations.

2005. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2005 and, on that basis, denies those allegations.

2006. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2006 and, on that basis, denies those allegations.

2007. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2007 and, on that basis, denies those allegations.

2008. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2008 and, on that basis, denies those allegations.

2009. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2009 and, on that basis, denies those allegations.

2010. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2010 and, on that basis, denies those allegations.

2011. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2011 and, on that basis, denies those allegations.

2012. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2012 and, on that basis, denies those allegations.

2013. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2013 and, on that basis, denies those allegations.

2014. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2014 and, on that basis, denies those allegations.

2015. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2015 and, on that basis, denies those allegations.

2016. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2016 and, on that basis, denies those allegations.

2017. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2017 and, on that basis, denies those allegations.

2018. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2018 and, on that basis, denies those allegations.

2019. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2019 and, on that basis, denies those allegations.

2020. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2020 and, on that basis, denies those allegations.

2021. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2021 and, on that basis, denies those allegations.

2022. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2022 and, on that basis, denies those allegations.

2023. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2023 and, on that basis, denies those allegations.

2024. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2024 and, on that basis, denies those allegations.

2025. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2025 and, on that basis, denies those allegations.

2026. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2026 and, on that basis, denies those allegations.

**ZZZZ. <u>Paromomycin</u>**

2027. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20274 and, on that basis, denies those allegations.

2028. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2028 and, on that basis, denies those allegations.

2029. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2029 and, on that basis, denies those allegations.

2030. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2030 and, on that basis, denies those allegations.

2031. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2031 and, on that basis, denies those allegations.

2032. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2032 and, on that basis, denies those allegations.

**AAAAA. Permethrin**

2033. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2033 and, on that basis, denies those allegations.

2034. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2034 and, on that basis, denies those allegations.

2035. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2035 and, on that basis, denies those allegations.

2036. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2036 and, on that basis, denies those allegations.

2037. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2037 and, on that basis, denies those allegations.

2038. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2038 and, on that basis, denies those allegations.

2039. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2039 and, on that basis, denies those allegations.

**BBBBB. Perphenazine**

2040. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2040 and, on that basis, denies those allegations.

2041. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2041 and, on that basis, denies those allegations.

2042. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2042 and, on that basis, denies those allegations.

2043. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2043 and, on that basis, denies those allegations.

2044. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2044 and, on that basis, denies those allegations.

2045. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2045 and, on that basis, denies those allegations.

**CCCCC. <u>Phenytoin Sodium Capsules</u>**

2046. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2046 and, on that basis, denies those allegations.

2047. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2047 and, on that basis, denies those allegations.

2048. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2048 and, on that basis, denies those allegations.

2049. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2049 and, on that basis, denies those allegations.

2050. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2050 and, on that basis, denies those allegations.

2051. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2051 and, on that basis, denies those allegations.

2052. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2052 and, on that basis, denies those allegations.

2053. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2053 and, on that basis, denies those allegations.

2054. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2054 and, on that basis, denies those allegations.

2055. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2055 and, on that basis, denies those allegations.

2056. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2056 and, on that basis, denies those allegations.

2057. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2057 and, on that basis, denies those allegations.

2058. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2058 and, on that basis, denies those allegations.

2059. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2059 and, on that basis, denies those allegations.

2060. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2060 and, on that basis, denies those allegations.

2061. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2061 and, on that basis, denies those allegations.

2062. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2062 and, on that basis, denies those allegations.

**DDDDD. Pilocarpine HCL**

2063. Lannett admits only the first sentence contained in Paragraph 2063, and that it has manufactured Pilocarpine tablets. Otherwise, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2063 and, on that basis, denies those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2064. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 2064 and, on that basis, denies those allegations. Lannett specifically denies the allegations contained in the second and third sentences of Paragraph 2064. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2065. Lannett denies the allegations in Paragraph 2065. By way of further response, to the extent the allegations of Paragraph 2065 purport to characterize telephone records which speak for themselves, Lannett denies Plaintiffs' characterization to the extent it is inconsistent with the writings, and to the extent the allegation suggests that there was any agreement with any defendant. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2066. Lannett denies the allegations in Paragraph 2066. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

**EEEEE. Pioglitazone HCL Metformin HCL Tablets**

2067. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2067 and, on that basis, denies those allegations.

2068. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2068 and, on that basis, denies those allegations.

2069. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2069 and, on that basis, denies those allegations.

2070. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2070 and, on that basis, denies those allegations.

2071. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2071 and, on that basis, denies those allegations.

2072. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2072 and, on that basis, denies those allegations.

2073. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2073 and, on that basis, denies those allegations.

2074. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20574 and, on that basis, denies those allegations.

2075. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2075 and, on that basis, denies those allegations.

2076. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2076 and, on that basis, denies those allegations.

2077. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2077 and, on that basis, denies those allegations.

2078. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2078 and, on that basis, denies those allegations.

2079. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2079 and, on that basis, denies those allegations.

2080. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2080 and, on that basis, denies those allegations.

2081. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2081 and, on that basis, denies those allegations.

2082. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2082 and, on that basis, denies those allegations.

2083. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2083 and, on that basis, denies those allegations.

2084. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2084 and, on that basis, denies those allegations.

2085. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2085 and, on that basis, denies those allegations.

2086. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2086 and, on that basis, denies those allegations.

2087. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2087 and, on that basis, denies those allegations.

2088. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2088 and, on that basis, denies those allegations.

**FFFFF. <u>Piroxicam</u>**

2089. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2089 and, on that basis, denies those allegations.

2090. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2090 and, on that basis, denies those allegations.

2091. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2091 and, on that basis, denies those allegations.

2092. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2092 and, on that basis, denies those allegations.

2093. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2093 and, on that basis, denies those allegations.

2094. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2094 and, on that basis, denies those allegations.

2095. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2095 and, on that basis, denies those allegations.

2096. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2096 and, on that basis, denies those allegations.

2097. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2097 and, on that basis, denies those allegations.

2098. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2098 and, on that basis, denies those allegations.

2099. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2099 and, on that basis, denies those allegations.

2100. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2100 and, on that basis, denies those allegations.

**GGGGG. <u>Potassium Chloride</u>**

2101. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2101 and, on that basis, denies those allegations.

2102. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2102 and, on that basis, denies those allegations.

2103. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2103 and, on that basis, denies those allegations.

2104. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2104 and, on that basis, denies those allegations.

2105. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2105 and, on that basis, denies those allegations.

2106. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2106 and, on that basis, denies those allegations.

2107. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2107 and, on that basis, denies those allegations.

2108. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2108 and, on that basis, denies those allegations.

**HHHHH. Pravastatin**

2109. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2109 and, on that basis, denies those allegations.

2110. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2110 and, on that basis, denies those allegations.

2111. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2111 and, on that basis, denies those allegations.

2112. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2112 and, on that basis, denies those allegations.

2113. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2113 and, on that basis, denies those allegations.

2114. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2114 and, on that basis, denies those allegations.

2115. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2115 and, on that basis, denies those allegations.

2116. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2116 and, on that basis, denies those allegations.

2117. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2117 and, on that basis, denies those allegations.

2118. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2118 and, on that basis, denies those allegations.

2119. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2119 *and, on that basis, denies those allegations.*

2120. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2120 and, on that basis, denies those allegations.

2121. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2121 and, on that basis, denies those allegations.

2122. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2122 and, on that basis, denies those allegations.

2123. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2123 and, on that basis, denies those allegations.

2124. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2124 and, on that basis, denies those allegations.

2125. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2125 and, on that basis, denies those allegations.

2126. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2126 and, on that basis, denies those allegations.

2127. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2127 and, on that basis, denies those allegations.

2128. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2128 and, on that basis, denies those allegations.

2129. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2129 and, on that basis, denies those allegations.

2130. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2130 and, on that basis, denies those allegations.

2131. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2131 and, on that basis, denies those allegations.

2132. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2132 and, on that basis, denies those allegations.

2133. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2133 and, on that basis, denies those allegations.

2134. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2134 and, on that basis, denies those allegations.

2135. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2135 and, on that basis, denies those allegations.

2136. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2136 and, on that basis, denies those allegations.

2137. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2137 and, on that basis, denies those allegations.

2138. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2138 and, on that basis, denies those allegations.

2139. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2139 and, on that basis, denies those allegations.

2140. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2140 and, on that basis, denies those allegations.

**IIIII. Prednisolone Acetate**

2141. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2141 and, on that basis, denies those allegations.

2142. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2142 and, on that basis, denies those allegations.

2143. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2143 and, on that basis, denies those allegations.

2144. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2144 and, on that basis, denies those allegations.

2145. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2145 and, on that basis, denies those allegations.

**JJJJJ. Prednisone**

2146. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2146 and, on that basis, denies those allegations.

2147. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2147 and, on that basis, denies those allegations.

2148. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2148 and, on that basis, denies those allegations.

2149. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2149 and, on that basis, denies those allegations.

2150. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2150 and, on that basis, denies those allegations.

2151. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2151 and, on that basis, denies those allegations.

**KKKKK. Prochlorperazine**

2152. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2152 and, on that basis, denies those allegations.

2153. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2153 and, on that basis, denies those allegations.

**1. Suppositories**

2154. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2154 and, on that basis, denies those allegations.

2155. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2155 and, on that basis, denies those allegations.

2156. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2156 and, on that basis, denies those allegations.

2157. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2157 and, on that basis, denies those allegations.

2158. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2158 and, on that basis, denies those allegations.

2159. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2159 and, on that basis, denies those allegations.

2160. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2160 and, on that basis, denies those allegations.

2161. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2161 and, on that basis, denies those allegations.

2162. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2162 and, on that basis, denies those allegations.

2163. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2163 and, on that basis, denies those allegations.

2164. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2164 and, on that basis, denies those allegations.

**2. <u>Tablets</u>**

2165. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2165 and, on that basis, denies those allegations.

2166. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2166 and, on that basis, denies those allegations.

2167. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2167 and, on that basis, denies those allegations.

**LLLLL. <u>Promethazine HCL</u>**

2168. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2168 and, on that basis, denies those allegations.

2169. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2169 and, on that basis, denies those allegations.

2170. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2170 and, on that basis, denies those allegations.

2171. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2171 and, on that basis, denies those allegations.

2172. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2172 and, on that basis, denies those allegations.

2173. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2173 and, on that basis, denies those allegations.

2174. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2174 and, on that basis, denies those allegations.

2175. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2175 and, on that basis, denies those allegations.

2176. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2176 and, on that basis, denies those allegations.

2177. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2177 and, on that basis, denies those allegations.

2178. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2178 and, on that basis, denies those allegations.

2179. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2179 and, on that basis, denies those allegations.

2180. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2180 and, on that basis, denies those allegations.

2181. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2181 and, on that basis, denies those allegations.

2182. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2182 and, on that basis, denies those allegations.

2183. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2183 and, on that basis, denies those allegations.

2184. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21684 and, on that basis, denies those allegations.

2185. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2185 and, on that basis, denies those allegations.

2186. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2186 and, on that basis, denies those allegations.

2187. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2187 and, on that basis, denies those allegations.

2188. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2188 and, on that basis, denies those allegations.

2189. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2189 and, on that basis, denies those allegations.

2190. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2190 and, on that basis, denies those allegations.

2191. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2191 and, on that basis, denies those allegations.

2192. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2192 and, on that basis, denies those allegations.

2193. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2193 and, on that basis, denies those allegations.

2194. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2194 and, on that basis, denies those allegations.

2195. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2195 and, on that basis, denies those allegations.

**MMMMM. Propranolol**

2196. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2196 and, on that basis, denies those allegations.

2197. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2197 and, on that basis, denies those allegations.

**1. Propranolol Capsules**

2198. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2198 and, on that basis, denies those allegations.

2199. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2199 and, on that basis, denies those allegations.

**2. Propranolol Tablets**

2200. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2200 and, on that basis, denies those allegations.

2201. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2201 and, on that basis, denies those allegations.

2202. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2202 and, on that basis, denies those allegations.

2203. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2203 and, on that basis, denies those allegations.

2204. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2204 and, on that basis, denies those allegations.

2205. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2205 and, on that basis, denies those allegations.

2206. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2206 and, on that basis, denies those allegations.

2207. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2207 and, on that basis, denies those allegations.

2208. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2208 and, on that basis, denies those allegations.

2209. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2209 and, on that basis, denies those allegations.

2210. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2210 and, on that basis, denies those allegations.

**NNNNN. <u>Spironolactone HCTZ</u>**

2211. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2211 and, on that basis, denies those allegations.

2212. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2212 and, on that basis, denies those allegations.

2213. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2213 and, on that basis, denies those allegations.

2214. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2214 and, on that basis, denies those allegations.

## OOOOO. Tacrolimus Ointment

2215. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2215 and, on that basis, denies those allegations.

2216. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2216 and, on that basis, denies those allegations.

2217. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2217 and, on that basis, denies those allegations.

2218. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2218 and, on that basis, denies those allegations.

2219. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2219 and, on that basis, denies those allegations.

2220. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2220 and, on that basis, denies those allegations.

2221. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2221 and, on that basis, denies those allegations.

2222. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2222 and, on that basis, denies those allegations.

2223. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2223 and, on that basis, denies those allegations.

2224. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2224 and, on that basis, denies those allegations.

**PPPPP. <u>Temozolomide</u>**

2225. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2225 and, on that basis, denies those allegations.

2226. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2226 and, on that basis, denies those allegations.

2227. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2227 and, on that basis, denies those allegations.

2228. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2228 and, on that basis, denies those allegations.

2229. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2229 and, on that basis, denies those allegations.

2230. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2230 and, on that basis, denies those allegations.

2231. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2231 and, on that basis, denies those allegations.

2232. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2232 and, on that basis, denies those allegations.

2233. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2233 and, on that basis, denies those allegations.

2234. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2234 and, on that basis, denies those allegations.

2235. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2235 and, on that basis, denies those allegations.

2236. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2236 and, on that basis, denies those allegations.

**QQQQQ. <u>Theophylline ER</u>**

2237. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2237 and, on that basis, denies those allegations.

2238. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2238 and, on that basis, denies those allegations.

2239. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2239 and, on that basis, denies those allegations.

2240. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2240 and, on that basis, denies those allegations.

2241. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2241 and, on that basis, denies those allegations.

2242. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2242 and, on that basis, denies those allegations.

**RRRRR. <u>Timolol Maleate</u>**

2243. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2243 and, on that basis, denies those allegations.

2244. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2244 and, on that basis, denies those allegations.

2245. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2245 and, on that basis, denies those allegations.

2246. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2246 and, on that basis, denies those allegations.

2247. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2247 and, on that basis, denies those allegations.

**SSSSS. <u>Tobramycin</u>**

2248. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2248 and, on that basis, denies those allegations.

2249. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2249 and, on that basis, denies those allegations.

2250. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2250 and, on that basis, denies those allegations.

2251. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2251 and, on that basis, denies those allegations.

2252. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2252 and, on that basis, denies those allegations.

2253. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2253 and, on that basis, denies those allegations.

2254. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2254 and, on that basis, denies those allegations.

2255. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2255 and, on that basis, denies those allegations.

2256. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2256 and, on that basis, denies those allegations.

**TTTTT. Tolterodine**

2257. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2257 and, on that basis, denies those allegations.

**1. Tolterodine ER**

2258. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2258 and, on that basis, denies those allegations.

2259. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2259 and, on that basis, denies those allegations.

2260. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2260 and, on that basis, denies those allegations.

2261. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2261 and, on that basis, denies those allegations.

2262. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2262 and, on that basis, denies those allegations.

2263. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2263 and, on that basis, denies those allegations.

2264. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2264 and, on that basis, denies those allegations.

2265. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2265 and, on that basis, denies those allegations.

2266. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2266 and, on that basis, denies those allegations.

2267. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2267 and, on that basis, denies those allegations.

2268. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2268 and, on that basis, denies those allegations.

**2. Tolterodine Tartrate**

2269. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2269 and, on that basis, denies those allegations.

2270. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2270 and, on that basis, denies those allegations.

2271. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2271 and, on that basis, denies those allegations.

2272. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2272 and, on that basis, denies those allegations.

2273. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2273 and, on that basis, denies those allegations.

2274. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2274 and, on that basis, denies those allegations.

2275. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2275 and, on that basis, denies those allegations.

2276. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2276 and, on that basis, denies those allegations.

**UUUUU. Triamcinolone Acetonide**

2277. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2277 and, on that basis, denies those allegations.

2278. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2278 and, on that basis, denies those allegations.

2279. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2279 and, on that basis, denies those allegations.

2280. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2280 and, on that basis, denies those allegations.

2281. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2281 and, on that basis, denies those allegations.

2282. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2282 and, on that basis, denies those allegations.

**VVVVV. Triamterene HCTZ**

2283. Lannett admits the first sentence contained in Paragraph 2283. Lannett also admits that it has manufactured Triamterene capsules. Otherwise, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2283 and, on that basis, denies those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2284. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2284 and, on that basis, denies those allegations.

2285. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 2285 and, on that basis, denies those allegations. Lannett denies the allegations contained in the second and third sentences of Paragraph 2285. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2286. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2286 and, on that basis, denies those allegations.

2287. Lannett denies the allegations in Paragraph 2287. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2288. Lannett denies the allegations in Paragraph 2288. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

**WWWWW. Ursodiol**

2289. Lannett denies the allegations in the third sentence of Paragraph 2289, and specifically denies that it "dominated" the market. Otherwise, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the other allegations contained in Paragraph 2289 and, on that basis, denies those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2290. Lannett denies the allegations in Paragraph 2290. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2291. Lannett admits only that the "WAC pricing" table Plaintiffs have included at Paragraph 2291 shows that Lannett did not increase prices (at all) as indicated by the absence of any percentage in the "Percentage Increase" field for the row associated with Lannett. Otherwise, the allegations in Paragraph 2291 are denied to the extent the allegations relate to Lannett. To the extent further response is required, particularly with respect to allegations about other Defendants, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2291 and, on that basis, denies those allegations. If any further response is required, the allegations are denied.

2292. To the extent Paragraph 2292 purports to characterize and/or quote from a GAO Report, the document is in writing and speaks for itself. Lannett does not admit the accuracy of the statements and denies Plaintiffs' characterization to the extent it is inconsistent with such document. Otherwise, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2292 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2293. The allegations in Paragraph 2293 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations. Lannett specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2294. Lannett denies the allegations in Paragraph 2294. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2295. Lannett admits only that it was represented at the October 2012 GPhA meeting in Bethesda, Maryland. Lannett lacks information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2295 and, on that basis, denies those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2296. Lannett admits only that it was represented at the June 2013 GPhA meeting in Bethesda, Maryland. Lannett lacks information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2296 and, on that basis, denies those

allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2297. Lannett admits only that it was represented at the June 2013 HDMA conference. Lannett lacks information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2297 and, on that basis, denies those allegations. Lannett specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2298. Lannett admits only that it was represented at the August 2013 NACDS conference. Lannett lacks information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2298 and, on that basis, denies those allegations. Lannett specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2299. Lannett admits only that it was represented at the October 2013 GPhA meeting in Bethesda, Maryland. Lannett lacks information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2299 and, on that basis, denies those allegations. Lannett specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2300. Lannett lacks information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2300 and, on that basis, denies those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2301. Lannett admits only that it was represented at the June 2014 HDMA meeting. Lannett lacks information sufficient to form a belief as to the truth of the remaining

allegations contained in Paragraph 2301 and, on that basis, denies those allegations. Lannett specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2302. Lannett admits only that it was represented at the June 2014 GPhA meeting. Lannett lacks information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2302 and, on that basis, denies those allegations. Lannett specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2303. Lannett admits only that it was represented at the August 2014 NACDS conference. Lannett lacks information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2303 and, on that basis, denies those allegations. Lannett specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2304. Lannett admits only that it was represented at the October 2014 GPhA meeting. Lannett lacks information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2304 and, on that basis, denies those allegations. Lannett specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

**XXXXX. Valsartan HCTZ**

2305. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2305 and, on that basis, denies those allegations.

2306. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2306 and, on that basis, denies those allegations.

2307. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2307 and, on that basis, denies those allegations.

2308. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2308 and, on that basis, denies those allegations.

2309. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2309 and, on that basis, denies those allegations.

2310. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2310 and, on that basis, denies those allegations.

2311. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2311 and, on that basis, denies those allegations.

2312. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2312 and, on that basis, denies those allegations.

2313. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2313 and, on that basis, denies those allegations.

2314. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2314 and, on that basis, denies those allegations.

2315. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2315 and, on that basis, denies those allegations.

2316. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2316 and, on that basis, denies those allegations.

2317. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2317 and, on that basis, denies those allegations.

2318. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2318 and, on that basis, denies those allegations.

**YYYYY. Verapamil**

2319. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2319 and, on that basis, denies those allegations.

2320. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2320 and, on that basis, denies those allegations.

2321. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2321 and, on that basis, denies those allegations.

2322. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2322 and, on that basis, denies those allegations.

**ZZZZZ. Zoledronic Acid**

2323. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2323 and, on that basis, denies those allegations.

2324. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2324 and, on that basis, denies those allegations.

2325. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2325 and, on that basis, denies those allegations.

2326. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2326 and, on that basis, denies those allegations.

2327. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2327 and, on that basis, denies those allegations.

2328. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2328 and, on that basis, denies those allegations.

2329. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2329 and, on that basis, denies those allegations.

2330. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2330 and, on that basis, denies those allegations.

## XIV. THE CONSPIRATORS INCREASE PRICES IN BUNCHES

2331. Lannett denies the allegations in Paragraph 2331. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2332. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2332 and, on that basis, denies those allegations.

### A. Aprahamian and Perfetto of Taro Lead Price Increases on Alclometasone Dipropionate, Ammonium Lactate, Betamethasone Dipropionate, Betamethasone Valerate, Carbamazepine, Clomipramine HCL, Desonide, and Terconazole

2333. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2333 and, on that basis, denies those allegations.

2334. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2334 and, on that basis, denies those allegations.

2335. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2335 and, on that basis, denies those allegations.

2336. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2336 and, on that basis, denies those allegations.

2337. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2337 and, on that basis, denies those allegations.

2338. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2338 and, on that basis, denies those allegations.

2339. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2339 and, on that basis, denies those allegations.

2340. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2340 and, on that basis, denies those allegations.

2341. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2341 and, on that basis, denies those allegations.

2342. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2342 and, on that basis, denies those allegations.

2343. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2343 and, on that basis, denies those allegations.

2344. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2344 and, on that basis, denies those allegations.

2345. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2345 and, on that basis, denies those allegations.

2346. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2346 and, on that basis, denies those allegations.

2347. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2347 and, on that basis, denies those allegations.

2348. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2348 and, on that basis, denies those allegations.

2349. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2349 and, on that basis, denies those allegations.

2350. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2350 and, on that basis, denies those allegations.

2351. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2351 and, on that basis, denies those allegations.

2352. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2352 and, on that basis, denies those allegations.

2353. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2353 and, on that basis, denies those allegations.

2354. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2354 and, on that basis, denies those allegations.

2355. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2355 and, on that basis, denies those allegations.

2356. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2356 and, on that basis, denies those allegations.

2357. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2357 and, on that basis, denies those allegations.

2358. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2358 and, on that basis, denies those allegations.

2359. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2359 and, on that basis, denies those allegations.

2360. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2360 and, on that basis, denies those allegations.

2361. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2361 and, on that basis, denies those allegations.

2362. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2362 and, on that basis, denies those allegations.

2363. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2363 and, on that basis, denies those allegations.

2364. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2364 and, on that basis, denies those allegations.

2365. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2365 and, on that basis, denies those allegations.

2366. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2366 and, on that basis, denies those allegations.

2367. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2367 and, on that basis, denies those allegations.

2368. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2368 and, on that basis, denies those allegations.

2369. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2369 and, on that basis, denies those allegations.

2370. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2370 and, on that basis, denies those allegations.

**B. Sandoz Coordinates with Aurobindo to Allocate Markets for Oxacillin Sodium and Nafcillin Sodium Injectable Vials**

2371. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2371 and, on that basis, denies those allegations.

2372. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2372 and, on that basis, denies those allegations.

2373. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2373 and, on that basis, denies those allegations.

2374. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2374 and, on that basis, denies those allegations.

2375. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2375 and, on that basis, denies those allegations.

2376. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2376 and, on that basis, denies those allegations.

2377. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2377 and, on that basis, denies those allegations.

2378. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2378 and, on that basis, denies those allegations.

2379. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2379 and, on that basis, denies those allegations.

2380. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2380 and, on that basis, denies those allegations.

### C. Glenmark Leads Price Increases on Ciclopirox Cream and Mometasone Furoate

2381. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2381 and, on that basis, denies those allegations.

2382. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2382 and, on that basis, denies those allegations.

2383. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2383 and, on that basis, denies those allegations.

2384. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2384 and, on that basis, denies those allegations.

2385. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2385 and, on that basis, denies those allegations.

2386. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2386 and, on that basis, denies those allegations.

2387. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2387 and, on that basis, denies those allegations.

2388. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2388 and, on that basis, denies those allegations.

2389. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2389 and, on that basis, denies those allegations.

2390. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2390 and, on that basis, denies those allegations.

2391. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2391 and, on that basis, denies those allegations.

2392. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2392 and, on that basis, denies those allegations.

2393. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2393 and, on that basis, denies those allegations.

2394. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2394 and, on that basis, denies those allegations.

2395. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2395 and, on that basis, denies those allegations.

2396. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2396 and, on that basis, denies those allegations.

2397. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2397 and, on that basis, denies those allegations.

2398. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2398 and, on that basis, denies those allegations.

2399. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2399 and, on that basis, denies those allegations.

### D. Nisha Patel's First List of Increase Candidates: Adapalene Gel; Nabumetone; Fluconazole Tablets; Ranitidine; Moexipril; Moexipril HCTZ; Pravastatin; and Ondansetron

2400. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2400 and, on that basis, denies those allegations.

2401. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2401 and, on that basis, denies those allegations.

2402. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2402 and, on that basis, denies those allegations.

2403. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2403 and, on that basis, denies those allegations.

2404. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2404 and, on that basis, denies those allegations.

2405. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2405 and, on that basis, denies those allegations.

2406. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2406 and, on that basis, denies those allegations.

**1. Glenmark**

2407. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2407 and, on that basis, denies those allegations.

2408. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2408 and, on that basis, denies those allegations.

2409. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2409 and, on that basis, denies those allegations.

2410. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2410 and, on that basis, denies those allegations.

2411. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2411 and, on that basis, denies those allegations.

2412. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2412 and, on that basis, denies those allegations.

2413. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2413 and, on that basis, denies those allegations.

2414. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2414 and, on that basis, denies those allegations.

2415. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2415 and, on that basis, denies those allegations.

2416. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2416 and, on that basis, denies those allegations.

**2. Sandoz**

2417. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2417 and, on that basis, denies those allegations.

2418. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2418 and, on that basis, denies those allegations.

2419. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2419 and, on that basis, denies those allegations.

2420. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2420 and, on that basis, denies those allegations.

2421. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2421 and, on that basis, denies those allegations.

2422. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2422 and, on that basis, denies those allegations.

2423. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2423 and, on that basis, denies those allegations.

2424. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2424 and, on that basis, denies those allegations.

2425. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2425 and, on that basis, denies those allegations.

2426. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2426 and, on that basis, denies those allegations.

2427. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2427 and, on that basis, denies those allegations.

**3. Taro**

2428. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2428 and, on that basis, denies those allegations.

2429. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2429 and, on that basis, denies those allegations.

2430. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2430 and, on that basis, denies those allegations.

2431. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2431 and, on that basis, denies those allegations.

**E. Nisha Patel's July 3, 2013 Price Increases: Adapalene Gel, Cefaclor ER Tablets, Cefadroxil Tablets, Cefdinir Capsules and Oral Suspension, Cefprozil Tablets, Cimedine Tablets, Doxazosin Mesylate Tablets, Fluconazole Tablets, Fluocinonide Cream, Gel, and Ointment, Methotrexate Tablets, Moexipril HCL Tablets, Moexipril HCL/HCTZ Tablets, Nabumetone Tablets, Nadolol Tablets, Oxybutynin Chloride Tablets, Prazosin HCL Capsules, and Ranitidine HCL Tablets**

2432. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2432 and, on that basis, denies those allegations.

2433. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2433 and, on that basis, denies those allegations.

2434. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2434 and, on that basis, denies those allegations.

2435. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2435 and, on that basis, denies those allegations.

2436. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2436 and, on that basis, denies those allegations.

**1. Upsher-Smith**

2437. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2437 and, on that basis, denies those allegations.

2438. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2438 and, on that basis, denies those allegations.

2439. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2439 and, on that basis, denies those allegations.

2440. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2440 and, on that basis, denies those allegations.

2441. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2441 and, on that basis, denies those allegations.

2442. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2442 and, on that basis, denies those allegations.

2443. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2443 and, on that basis, denies those allegations.

2444. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2444 and, on that basis, denies those allegations.

**2. Mylan**

2445. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2445 and, on that basis, denies those allegations.

2446. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2446 and, on that basis, denies those allegations.

2447. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2447 and, on that basis, denies those allegations.

2448. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2448 and, on that basis, denies those allegations.

2449. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2449 and, on that basis, denies those allegations.

2450. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2450 and, on that basis, denies those allegations.

2451. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2451 and, on that basis, denies those allegations.

2452. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2452 and, on that basis, denies those allegations.

2453. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2453 and, on that basis, denies those allegations.

2454. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2454 and, on that basis, denies those allegations.

2455. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2455 and, on that basis, denies those allegations.

2456. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2456 and, on that basis, denies those allegations.

2457. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2457 and, on that basis, denies those allegations.

2458. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2458 and, on that basis, denies those allegations.

2459. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2459 and, on that basis, denies those allegations.

**3. Sandoz**

2460. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2460 and, on that basis, denies those allegations.

2461. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2461 and, on that basis, denies those allegations.

2462. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2462 and, on that basis, denies those allegations.

2463. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2463 and, on that basis, denies those allegations.

2464. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2464 and, on that basis, denies those allegations.

**F. Summer 2013: Sandoz and Mylan Coordinate to Orchestrate Price Increases on Diltiazem HCL, Haloperidol, Clomipramine, Tizanidine, Levothyroxine, and Nadolol**

2465. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2465 and, on that basis, denies those allegations.

2466. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2466 and, on that basis, denies those allegations.

2467. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2467 and, on that basis, denies those allegations.

2468. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2468 and, on that basis, denies those allegations.

2469. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2469 and, on that basis, denies those allegations.

2470. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2470 and, on that basis, denies those allegations.

2471. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2471 and, on that basis, denies those allegations.

**1. Haloperidol and Trifluoperazine HCL**

2472. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2472 and, on that basis, denies those allegations.

2473. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2473 and, on that basis, denies those allegations.

2474. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2474 and, on that basis, denies those allegations.

2475. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2475 and, on that basis, denies those allegations.

2476. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2476 and, on that basis, denies those allegations.

2477. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2477 and, on that basis, denies those allegations.

2478. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2478 and, on that basis, denies those allegations.

2479. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2479 and, on that basis, denies those allegations.

2480. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2480 and, on that basis, denies those allegations.

2481. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2481 and, on that basis, denies those allegations.

**2. Tizanidine**

2482. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2482 and, on that basis, denies those allegations.

2483. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2483 and, on that basis, denies those allegations.

2484. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2484 and, on that basis, denies those allegations.

2485. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2485 and, on that basis, denies those allegations.

2486. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2486 and, on that basis, denies those allegations.

2487. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2487 and, on that basis, denies those allegations.

2488. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2488 and, on that basis, denies those allegations.

2489. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2489 and, on that basis, denies those allegations.

2490. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2490 and, on that basis, denies those allegations.

2491. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2491 and, on that basis, denies those allegations.

## G. Enalapril Maleate

2492. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2492 and, on that basis, denies those allegations.

2493. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2493 and, on that basis, denies those allegations.

2494. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2494 and, on that basis, denies those allegations.

2495. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2495 and, on that basis, denies those allegations.

2496. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2496 and, on that basis, denies those allegations.

2497. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2497 and, on that basis, denies those allegations.

2498. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2498 and, on that basis, denies those allegations.

2499. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2499 and, on that basis, denies those allegations.

2500. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2500 and, on that basis, denies those allegations.

2501. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2501 and, on that basis, denies those allegations.

2502. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2502 and, on that basis, denies those allegations.

2503. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2503 and, on that basis, denies those allegations.

2504. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2504 and, on that basis, denies those allegations.

2505. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2505 and, on that basis, denies those allegations.

2506. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2506 and, on that basis, denies those allegations.

**H. August 9, 2013 Price Increases ("Patel's Round 2"): Amiloride HCL/HCTZ Tablets, Clemastine Fumarate Oral Liquid and Tablets, Diclofenac Tablets, Diltiazem HCL Tablets, Etodolac ER Tablets, Ketoprofen Capsules, Ketorolac Tablets, Pravastatin Tablets, Tometin Sodium Capsules**

2507. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2507 and, on that basis, denies those allegations.

2508. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2508 and, on that basis, denies those allegations.

2509. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2509 and, on that basis, denies those allegations.

2510. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2510 and, on that basis, denies those allegations.

2511. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2511 and, on that basis, denies those allegations.

2512. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2512 and, on that basis, denies those allegations.

2513. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2513 and, on that basis, denies those allegations.

2514. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2514 and, on that basis, denies those allegations.

2515. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2515 and, on that basis, denies those allegations.

2516. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2516 and, on that basis, denies those allegations.

2517. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2517 and, on that basis, denies those allegations.

**1. Mylan**

2518. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2518 and, on that basis, denies those allegations.

2519. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2519 and, on that basis, denies those allegations.

2520. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2520 and, on that basis, denies those allegations.

2521. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2521 and, on that basis, denies those allegations.

2522. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2522 and, on that basis, denies those allegations.

2523. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2523 and, on that basis, denies those allegations.

2524. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2524 and, on that basis, denies those allegations.

2525. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2525 and, on that basis, denies those allegations.

**2. Etodolac**

2526. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2526 and, on that basis, denies those allegations.

2527. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2527 and, on that basis, denies those allegations.

2528. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2528 and, on that basis, denies those allegations.

2529. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2529 and, on that basis, denies those allegations.

2530. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2530 and, on that basis, denies those allegations.

2531. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2531 and, on that basis, denies those allegations.

2532. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2532 and, on that basis, denies those allegations.

2533. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2533 and, on that basis, denies those allegations.

2534. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2534 and, on that basis, denies those allegations.

2535. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2535 and, on that basis, denies those allegations.

2536. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2536 and, on that basis, denies those allegations.

2537. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2537 and, on that basis, denies those allegations.

2538. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2538 and, on that basis, denies those allegations.

2539. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2539 and, on that basis, denies those allegations.

2540. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2540 and, on that basis, denies those allegations.

2541. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2541 and, on that basis, denies those allegations.

2542. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2542 and, on that basis, denies those allegations.

2543. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2543 and, on that basis, denies those allegations.

2544. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2544 and, on that basis, denies those allegations.

2545. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2545 and, on that basis, denies those allegations.

2546. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2546 and, on that basis, denies those allegations.

**3. Impact of Price Increases**

2547. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2547 and, on that basis, denies those allegations.

2548. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2548 and, on that basis, denies those allegations.

2549. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2549 and, on that basis, denies those allegations.

**4. Price Increase Hiatus**

2550. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2550 and, on that basis, denies those allegations.

2551. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2551 and, on that basis, denies those allegations.

2552. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25252 and, on that basis, denies those allegations.

2553. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2553 and, on that basis, denies those allegations.

2554. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2554 and, on that basis, denies those allegations.

**I. <u>March 7, 2014: (Niacin ER)</u>**

2555. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2555 and, on that basis, denies those allegations.

2556. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2556 and, on that basis, denies those allegations.

2557. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2557 and, on that basis, denies those allegations.

2558. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2558 and, on that basis, denies those allegations.

2559. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2559 and, on that basis, denies those allegations.

2560. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2560 and, on that basis, denies those allegations.

2561. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2561 and, on that basis, denies those allegations.

2562. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2562 and, on that basis, denies those allegations.

2563. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2563 and, on that basis, denies those allegations.

2564. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2564 and, on that basis, denies those allegations.

2565. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2565 and, on that basis, denies those allegations.

2566. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2566 and, on that basis, denies those allegations.

**J. April 4, 2014 Price Increases: Azithromycin Suspension and Oral Suspension, Bumetanide Tablets, Cephalexin Suspension, Clarithromycin ER Tablets, Cyproheptadine HCL Tablets, Dicloxacillin Sodium Capsules, Diflunisal Tablets, Estazolam Tablets, Ethosuximide Capsules and Oral Suspension, Hydroxyzine Pamoate Capsules, Ketoconazole (Cream and Tablets), Medroxyprogesterone Tablets, Estradiol/Norethindrone Acetate Tablets, Nystatin Oral Tablets, Pentoxifylline Tablets, Tamoxifen Citrate Tablets, Theophylline ER Tablets**

2567. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2567 and, on that basis, denies those allegations.

2568. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2568 and, on that basis, denies those allegations.

2569. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2569 and, on that basis, denies those allegations.

2570. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2570 and, on that basis, denies those allegations.

2571. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2571 and, on that basis, denies those allegations.

2572. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2572 and, on that basis, denies those allegations.

2573. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2573 and, on that basis, denies those allegations.

2574. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2574 and, on that basis, denies those allegations.

2575. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2575 and, on that basis, denies those allegations.

2576. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2576 and, on that basis, denies those allegations.

2577. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2577 and, on that basis, denies those allegations.

2578. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2578 and, on that basis, denies those allegations.

**1. <u>Lupin (Cephalexin Oral Suspension)</u>**

2579. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2579 and, on that basis, denies those allegations.

2580. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2580 and, on that basis, denies those allegations.

2581. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2581 and, on that basis, denies those allegations.

2582. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2582 and, on that basis, denies those allegations.

2583. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2583 and, on that basis, denies those allegations.

2584. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2584 and, on that basis, denies those allegations.

2585. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2585 and, on that basis, denies those allegations.

2586. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2586 and, on that basis, denies those allegations.

2587. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2587 and, on that basis, denies those allegations.

2588. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2588 and, on that basis, denies those allegations.

2589. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2589 and, on that basis, denies those allegations.

### 2. Greenstone (Azithromycin Oral Suspension, Azithromycin Suspension, and Medroxyprogesterone Tablets)

2590. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2590 and, on that basis, denies those allegations.

2591. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2591 and, on that basis, denies those allegations.

2592. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2592 and, on that basis, denies those allegations.

2593. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2593 and, on that basis, denies those allegations.

2594. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2594 and, on that basis, denies those allegations.

2595. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2595 and, on that basis, denies those allegations.

2596. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2596 and, on that basis, denies those allegations.

2597. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2597 and, on that basis, denies those allegations.

### 3. Actavis (Clarithromycin ER Tablets, Tamoxifen Citrate and Estazolam)

2598. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2598 and, on that basis, denies those allegations.

2599. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2599 and, on that basis, denies those allegations.

2600. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2600 and, on that basis, denies those allegations.

2601. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2601 and, on that basis, denies those allegations.

2602. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2602 and, on that basis, denies those allegations.

2603. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2603 and, on that basis, denies those allegations.

2604. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2604 and, on that basis, denies those allegations.

2605. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2605 and, on that basis, denies those allegations.

2606. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2606 and, on that basis, denies those allegations.

2607. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2607 and, on that basis, denies those allegations.

2608. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2608 and, on that basis, denies those allegations.

2609. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2609 and, on that basis, denies those allegations.

2610. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2610 and, on that basis, denies those allegations.

2611. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2611 and, on that basis, denies those allegations.

2612. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2612 and, on that basis, denies those allegations.

**4. Multiple Manufacturers (Ketoconazole Cream and Tablets)**

2613. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2613 and, on that basis, denies those allegations.

2614. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2614 and, on that basis, denies those allegations.

2615. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2615 and, on that basis, denies those allegations.

2616. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2616 and, on that basis, denies those allegations.

2617. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2617 and, on that basis, denies those allegations.

2618. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2618 and, on that basis, denies those allegations.

2619. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2619 and, on that basis, denies those allegations.

2620. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2620 and, on that basis, denies those allegations.

2621. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2621 and, on that basis, denies those allegations.

2622. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2622 and, on that basis, denies those allegations.

2623. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2623 and, on that basis, denies those allegations.

2624. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2624 and, on that basis, denies those allegations.

2625. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2625 and, on that basis, denies those allegations.

2626. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2626 and, on that basis, denies those allegations.

2627. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2627 and, on that basis, denies those allegations.

**5. New Relationships Emerge**

2628. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2628 and, on that basis, denies those allegations.

**a. *Breckenridge***

2629. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2629 and, on that basis, denies those allegations.

2630. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2630 and, on that basis, denies those allegations.

2631. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2631 and, on that basis, denies those allegations.

2632. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2632 and, on that basis, denies those allegations.

2633. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2633 and, on that basis, denies those allegations.

2634. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2634 and, on that basis, denies those allegations.

2635. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2635 and, on that basis, denies those allegations.

2636. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2636 and, on that basis, denies those allegations.

**b. *Rising***

2637. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2637 and, on that basis, denies those allegations.

2638. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2638 and, on that basis, denies those allegations.

2639. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2639 and, on that basis, denies those allegations.

2640. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2640 and, on that basis, denies those allegations.

2641. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2641 and, on that basis, denies those allegations.

2642. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2642 and, on that basis, denies those allegations.

2643. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2643 and, on that basis, denies those allegations.

**c. *Versapharm***

2644. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2644 and, on that basis, denies those allegations.

2645. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2645 and, on that basis, denies those allegations.

2646. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2646 and, on that basis, denies those allegations.

2647. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2647 and, on that basis, denies those allegations.

2648. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2648 and, on that basis, denies those allegations.

2649. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2649 and, on that basis, denies those allegations.

### 6. Valeant

2650. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2650 and, on that basis, denies those allegations.

2651. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2651 and, on that basis, denies those allegations.

### 7. Impact

2652. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2652 and, on that basis, denies those allegations.

## K. August 28, 2014 Price Increases: Amiloride HCL/HCTZ Tablets, Amoxicillin/Clavulanate Chewable Tablets, Carbamazepine Chewable Tablets, Carbamazepine Tablets, Clemastine Fumarate Tablets, Clotrimazole Solution, Desmopressin Acetate Tablets, Diclofenac Potassium Tablets, Disopyramide Phosphate Capsules, Enalapril Maleate Tablets, Epitol Tablets, Flurbiprofen Tablets, Flutamide Capsules, Fluvastatin Sodium Capsules, Hydroxyurea Capsules, Loperamide HCL Capsules, Penicillin VK Tablets, Prazosin HCL Capsules, Prochlorperazine Tablets, Topiramate Sprinkle Capsules, Warfarin Sodium Tablets

2653. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2653 and, on that basis, denies those allegations.

2654. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2654 and, on that basis, denies those allegations.

2655. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2655 and, on that basis, denies those allegations.

2656. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2656 and, on that basis, denies those allegations.

2657. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2657 and, on that basis, denies those allegations.

2658. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2658 and, on that basis, denies those allegations.

2659. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2659 and, on that basis, denies those allegations.

2660. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2660 and, on that basis, denies those allegations.

**1. Mylan**

2661. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2661 and, on that basis, denies those allegations.

2662. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2662 and, on that basis, denies those allegations.

2663. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2663 and, on that basis, denies those allegations.

2664. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2664 and, on that basis, denies those allegations.

2665. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2665 and, on that basis, denies those allegations.

2666. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2666 and, on that basis, denies those allegations.

2667. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2667 and, on that basis, denies those allegations.

2668. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2668 and, on that basis, denies those allegations.

2669. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2669 and, on that basis, denies those allegations.

2670. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2670 and, on that basis, denies those allegations.

2671. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2671 and, on that basis, denies those allegations.

2672. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2672 and, on that basis, denies those allegations.

2673. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2673 and, on that basis, denies those allegations.

2674. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2674 and, on that basis, denies those allegations.

**2. Taro**

2675. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2675 and, on that basis, denies those allegations.

2676. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2676 and, on that basis, denies those allegations.

2677. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2677 and, on that basis, denies those allegations.

2678. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2678 and, on that basis, denies those allegations.

2679. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2679 and, on that basis, denies those allegations.

2680. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2680 and, on that basis, denies those allegations.

2681. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2681 and, on that basis, denies those allegations.

2682. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2682 and, on that basis, denies those allegations.

2683. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2683 and, on that basis, denies those allegations.

2684. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2684 and, on that basis, denies those allegations.

2685. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2685 and, on that basis, denies those allegations.

2686. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2686 and, on that basis, denies those allegations.

2687. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2687 and, on that basis, denies those allegations.

2688. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2688 and, on that basis, denies those allegations.

**3. Zydus**

2689. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2689 and, on that basis, denies those allegations.

2690. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2690 and, on that basis, denies those allegations.

2691. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2691 and, on that basis, denies those allegations.

2692. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2692 and, on that basis, denies those allegations.

2693. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2693 and, on that basis, denies those allegations.

2694. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2694 and, on that basis, denies those allegations.

#### 4. Competitors Follow Teva

2695. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2695 and, on that basis, denies those allegations.

2696. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2696 and, on that basis, denies those allegations.

2697. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2697 and, on that basis, denies those allegations.

2698. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2698 and, on that basis, denies those allegations.

2699. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2699 and, on that basis, denies those allegations.

### L. January 28, 2015 Price Increases: Bethanechol Chloride Tablets, Ciprofloxacin HCL Tablets, Diltiazem HCL Tablets, Estradiol Tablets, Fluoxetine HCL Tablets, Glimepiride Tablets, Griseofulvin Suspension,

**Isoniazid, Ketoprofen Capsules, Ketorolac Tromethamine Tablets, Nortriptyline HCL Capsules, Propranolol**

2700. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2700 and, on that basis, denies those allegations.

2701. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2701 and, on that basis, denies those allegations.

2702. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2702 and, on that basis, denies those allegations.

2703. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2703 and, on that basis, denies those allegations.

2704. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2704 and, on that basis, denies those allegations.

2705. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2705 and, on that basis, denies those allegations.

**1. Ciprofloxacin HCL and Glimepiride**

2706. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2706 and, on that basis, denies those allegations.

2707. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2707 and, on that basis, denies those allegations.

2708. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2708 and, on that basis, denies those allegations.

2709. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2709 and, on that basis, denies those allegations.

2710. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2710 and, on that basis, denies those allegations.

2711. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2711 and, on that basis, denies those allegations.

2712. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2712 and, on that basis, denies those allegations.

2713. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2713 and, on that basis, denies those allegations.

2714. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2714 and, on that basis, denies those allegations.

2715. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2715 and, on that basis, denies those allegations.

**2. Griseofulvin**

2716. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2716 and, on that basis, denies those allegations.

2717. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2717 and, on that basis, denies those allegations.

2718. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2718 and, on that basis, denies those allegations.

2719. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2719 and, on that basis, denies those allegations.

2720. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2720 and, on that basis, denies those allegations.

2721. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2721 and, on that basis, denies those allegations.

2722. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2722 and, on that basis, denies those allegations.

## XV. AFTER SUCCESSFULLY COLLUDING, DEFENDANTS' QUALITY RANKINGS IMPROVE

2723. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2723 and, on that basis, denies those allegations.

2724. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2724 and, on that basis, denies those allegations.

### A. Apotex

2725. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2725 and, on that basis, denies those allegations.

2726. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2726 and, on that basis, denies those allegations.

2727. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2727 and, on that basis, denies those allegations.

2728. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2728 and, on that basis, denies those allegations.

2729. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2729 and, on that basis, denies those allegations.

2730. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2730 and, on that basis, denies those allegations.

2731. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2731 and, on that basis, denies those allegations.

2732. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2732 and, on that basis, denies those allegations.

2733. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2733 and, on that basis, denies those allegations.

**B. Zydus**

2734. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2734 and, on that basis, denies those allegations.

2735. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2735 and, on that basis, denies those allegations.

2736. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2736 and, on that basis, denies those allegations.

2737. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2737 and, on that basis, denies those allegations.

2738. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2738 and, on that basis, denies those allegations.

2739. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2739 and, on that basis, denies those allegations.

2740. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2740 and, on that basis, denies those allegations.

2741. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2741 and, on that basis, denies those allegations.

2742. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2742 and, on that basis, denies those allegations.

**C. <u>Heritage</u>**

2743. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2743 and, on that basis, denies those allegations.

2744. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2744 and, on that basis, denies those allegations.

**D. <u>Lupin</u>**

2745. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2745 and, on that basis, denies those allegations.

2746. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2746 and, on that basis, denies those allegations.

2747. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2747 and, on that basis, denies those allegations.

2748. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2748 and, on that basis, denies those allegations.

2749. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2749 and, on that basis, denies those allegations.

**E. <u>Par</u>**

2750. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2750 and, on that basis, denies those allegations.

2751. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2751 and, on that basis, denies those allegations.

2752. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2752 and, on that basis, denies those allegations.

2753. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2753 and, on that basis, denies those allegations.

2754. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2754 and, on that basis, denies those allegations.

2755. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2755 and, on that basis, denies those allegations.

2756. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2756 and, on that basis, denies those allegations.

**F. Greenstone**

2757. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2757 and, on that basis, denies those allegations.

2758. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2758 and, on that basis, denies those allegations.

2759. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2759 and, on that basis, denies those allegations.

2760. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2760 and, on that basis, denies those allegations.

**G. Amneal**

2761. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2761 and, on that basis, denies those allegations.

2762. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2762 and, on that basis, denies those allegations.

2763. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2763 and, on that basis, denies those allegations.

2764. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2764 and, on that basis, denies those allegations.

2765. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2765 and, on that basis, denies those allegations.

### H. Rising – Hydroxyzine Pamoate & Diflunisal Tablets

2766. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2766 and, on that basis, denies those allegations.

2767. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2767 and, on that basis, denies those allegations.

2768. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2768 and, on that basis, denies those allegations.

2769. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2769 and, on that basis, denies those allegations.

2770. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2770 and, on that basis, denies those allegations.

2771. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2771 and, on that basis, denies those allegations.

### I. Breckenridge

2772. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2772 and, on that basis, denies those allegations.

2773. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2773 and, on that basis, denies those allegations.

2774. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2774 and, on that basis, denies those allegations.

2775. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2775 and, on that basis, denies those allegations.

2776. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2776 and, on that basis, denies those allegations.

2777. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2777 and, on that basis, denies those allegations.

### J. Glenmark

2778. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2778 and, on that basis, denies those allegations.

2779. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2779 and, on that basis, denies those allegations.

2780. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2780 and, on that basis, denies those allegations.

### K. A Commitment to the Overarching Conspiracy Was Instrumental to the Success of the Price-Fixing Agreements

2781. Lannett denies the allegations in Paragraph 2781. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2782. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2782 and, on that basis, denies those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2783. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2783 and, on that basis, denies those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2784. Lannett denies the allegations in Paragraph 2784. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

**L. <u>"Quality Competitor" Rankings Relate to Price Increases, But Even "Low Quality" Competitors Comply With the Overarching Conspiracy</u>**

2785. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2785 and, on that basis, denies those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

**1. <u>Camber and Teva Fix Prices on Ranitidine HCL</u>**

2786. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2786 and, on that basis, denies those allegations.

2787. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2787 and, on that basis, denies those allegations.

2788. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2788 and, on that basis, denies those allegations.

2789. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2789 and, on that basis, denies those allegations.

2790. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2790 and, on that basis, denies those allegations.

2791. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2791 and, on that basis, denies those allegations.

2792. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2792 and, on that basis, denies those allegations.

2793. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2793 and, on that basis, denies those allegations.

2794. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2794 and, on that basis, denies those allegations.

2795. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2795 and, on that basis, denies those allegations.

2796. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2796 and, on that basis, denies those allegations.

2797. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2797 and, on that basis, denies those allegations.

2798. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2798 and, on that basis, denies those allegations.

2799. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2799 and, on that basis, denies those allegations.

2800. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2800 and, on that basis, denies those allegations.

2801. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2801 and, on that basis, denies those allegations.

2802. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2802 and, on that basis, denies those allegations.

2803. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2803 and, on that basis, denies those allegations.

2804. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2804 and, on that basis, denies those allegations.

2805. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2805 and, on that basis, denies those allegations.

2806. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2806 and, on that basis, denies those allegations.

2807. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2807 and, on that basis, denies those allegations.

2808. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2808 and, on that basis, denies those allegations.

2809. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2809 and, on that basis, denies those allegations.

## XVI. CONSCIOUSNESS OF GUILT

2810. Lannett denies the allegations in Paragraph 2810. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2811. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2811 and, on that basis, denies those allegations.

2812. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2812 and, on that basis, denies those allegations.

2813. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2813 and, on that basis, denies those allegations.

2814. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2814 and, on that basis, denies those allegations.

2815. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2815 and, on that basis, denies those allegations.

2816. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2816 and, on that basis, denies those allegations.

2817. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2817 and, on that basis, denies those allegations.

2818. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2818 and, on that basis, denies those allegations.

2819. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2819 and, on that basis, denies those allegations.

2820. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2820 and, on that basis, denies those allegations.

2821. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2821 and, on that basis, denies those allegations.

2822. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2822 and, on that basis, denies those allegations.

2823. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2823 and, on that basis, denies those allegations.

2824. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2824 and, on that basis, denies those allegations.

2825. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2825 and, on that basis, denies those allegations.

## XVII. THE GENERIC DRUG INDUSTRY WAS SUSCEPTIBLE TO COLLUSION

2826. The allegations in Paragraph 2826 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations contained in Paragraph 2826. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2827. The allegations in Paragraph 2827 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 2827. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2828. The allegations in the first and last sentences of Paragraph 2828 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in the first and last sentences of Paragraph 2828. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2828 and, on that basis, denies those allegations. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2829. The allegations in Paragraph 2829 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 2829.

2830. The allegations in Paragraph 2830 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 2830.

2831. The allegations in Paragraph 2831 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 2831.

2832. The allegations in Paragraph 2832 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 2832.

2833. The allegations in Paragraph 2833 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 2833.

2834. Lannett denies the allegations in Paragraph 2834. Lannett also denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2835. The allegations in Paragraph 2835 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 2835.

2836. The allegations in Paragraph 2836 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 2836.

## XVIII. DEFENDANTS' CONSPIRACY WAS EFFECTIVE AND IS STILL ONGOING

2837. Lannett denies the allegations in Paragraph 2837. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2838. Lannett denies the allegations in Paragraph 2838. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2839. Lannett denies the allegations in Paragraph 2839. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2840. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2840 and, on that basis, denies those allegations.

2841. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2841 and, on that basis, denies those allegations.

2842. Lannett denies the allegations in Paragraph 2842. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2843. Lannett denies the allegations in Paragraph 2843. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2844. Lannett denies the allegations in Paragraph 2844. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

## XIX. DISCOVERY WILL ESTABLISH THE FULL SCOPE OF THE CONSPIRACY

2845. The allegations in Paragraph 2845 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 2845.

## XX. TOLLING OF THE STATUTE OF LIMITATIONS

2846. The allegations in Paragraph 2846 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 2846.

2847. The allegations in Paragraph 2847 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 2847.

2848. The allegations in Paragraph 2848 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 2848.

2849. The allegations in Paragraph 2849 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 2849.

2850. The allegations in Paragraph 2850 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 2850. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2851. The allegations in Paragraph 2851 are legal conclusions to which no response is required. To the extent a response is required, denies the allegations in Paragraph 2851.

2852. The allegations in Paragraph 2852 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 2852.

**A. Spoliation of Evidence**

2853. Lannett denies the allegations in Paragraph 2853. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2854. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2854 and, on that basis, denies those allegations.

2855. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2855 and, on that basis, denies those allegations.

2856. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2856 and, on that basis, denies those allegations.

**B. Obstruction of Justice**

2857. Lannett denies the allegations in Paragraph 2857. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2858. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2858 and, on that basis, denies those allegations.

2859. Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2859 and, on that basis, denies those allegations.

2860. The allegations in Paragraph 2860 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 2860.

2861. The allegations in Paragraph 2861 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 2861.

## XXI. ANTITRUST VIOLATIONS

### A. Count One – Overarching Conspiracy on all Price-Fixed Generic Drugs Against all Defendants

2862. Lannett incorporates by reference its preceding responses as if fully set forth herein.

2863. Lannett denies the allegations in Paragraph 2863. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2864. Lannett denies the allegations in Paragraph 2864. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2865. Lannett denies the allegations in Paragraph 2865. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2866. Lannett denies the allegations in Paragraph 2866. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2867. Lannett denies the allegations in Paragraph 2867. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2868. Lannett denies the allegations in Paragraph 2868. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2869. Lannett denies the allegations in Paragraph 2869. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2870. Lannett denies the allegations in Paragraph 2870. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2871. Lannett denies the allegations in Paragraph 2871. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2872. Lannett denies the allegations in Paragraph 2872. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2873. Lannett denies the allegations in Paragraph 2873. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2874. Lannett denies the allegations in Paragraph 2874. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing with respect to pricing or other competitive terms.

2875. Lannett denies the allegations in Paragraph 2875. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2876. Lannett denies the allegations in Paragraph 2876. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2877. Lannett denies the allegations in Paragraph 2877. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2878. Lannett denies the allegations in Paragraph 2878. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2879. Lannett denies the allegations in Paragraph 2879. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2880. Lannett denies the allegations in Paragraph 2880. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2881. Lannett denies the allegations in Paragraph 2881. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2882. Lannett denies the allegations in Paragraph 2882. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2883. The allegations in Paragraph 2883 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 2883.

**B. Count Two (Pled in the Alternative to Count One) Against Teva, Actavis, Amneal, Apotex, Aurobindo, Breckenridge, Dr. Reddy's, Glenmark, Greenstone, Lannett, Lupin, Mylan, Par, Pfizer, Sandoz, Taro, Upsher-Smith, Wockhardt, and Zydus**

2884. Lannett incorporates into reference its preceding responses as if fully set forth herein.

2885. Paragraph 2885 is a definitional statement that does not make any allegations that require a response. To the extent a response is required, Lannett admits only that Plaintiff is purporting to define a term as set out in this paragraph. Lannett lacks knowledge or information sufficient to form a belief as to the truth of any allegations contained in Paragraph 2885 that require a response and, on that basis, denies those allegations.

2886. Paragraph 2886 is a definitional statement that does not make any allegations that require a response. To the extent a response is required, Lannett admits only that Plaintiff is purporting to define a term or terms as set out in this paragraph. Lannett lacks knowledge or information sufficient to form a belief as to the truth of any allegations contained in Paragraph 2886 that require a response and, on that basis, denies those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2887. Lannett denies the allegations in Paragraph 2887. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2888. Lannett denies the allegations in Paragraph 2888. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2889. Lannett denies the allegations in Paragraph 2889. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2890. Lannett denies the allegations in Paragraph 2890. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2891. Lannett denies the allegations in Paragraph 2891. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2892. Lannett denies the allegations in Paragraph 2892. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2893. Lannett denies the allegations in Paragraph 2893. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2894. Lannett denies the allegations in Paragraph 2894. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2895. Lannett denies the allegations in Paragraph 2895. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2896. Lannett denies the allegations in Paragraph 2896. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2897. Lannett denies the allegations in Paragraph 2897. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2898. The allegations in Paragraph 2898 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 2898.

**C. <u>Counts Three through One Hundred Ninety (Individual Conspiracies)</u>**

2899. Lannett incorporates by reference its preceding responses as if fully set forth herein.

2900. Lannett denies the allegations in Paragraph 2900 to the extent they are directed to Lannett. For parts of Paragraph 2900 that are not directed to Lannett, to the extent any further response is required, Lannett lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies those allegations. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2901. Lannett denies the allegations in Paragraph 2901. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2902. Lannett denies the allegations in Paragraph 2902. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2903. Lannett denies the allegations in Paragraph 2903. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2904. Lannett denies the allegations in Paragraph 2904. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2905. Lannett denies the allegations in Paragraph 2905. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2906. Lannett denies the allegations in Paragraph 2906. Lannett also specifically denies that it engaged in any conspiracy or other wrongdoing including with respect to pricing or other competitive terms.

2907. The allegations in Paragraph 2907 are legal conclusions to which no response is required. To the extent a response is required, Lannett denies the allegations in Paragraph 2907.

## XXII. PRAYER FOR RELIEF

Lannett denies the allegations contained in Plaintiffs' Prayer for Relief and denies that Plaintiffs (or any affiliates and/or subsidiaries of Plaintiff identified or referenced in the Complaint)

are entitled to any relief whatsoever. Lannett demands that judgment be entered in Lannett's favor against Plaintiffs, and that Lannett be awarded costs, including reasonable attorneys' fees.

## JURY DEMAND

The jury trial demand does not constitute an averment of fact, and therefore no response is required.

## LANNETT'S DEFENSES

Having answered the allegations of the Third Amended Complaint ("Complaint"), and having denied any liability whatsoever, Lannett further denies any allegations that have not been expressly admitted (including in the footnotes and exhibits that are not reproduced here) and sets forth below its defenses.

Each defense is asserted as to all claims for relief against Lannett, except where otherwise noted. By setting forth these defenses, Lannett does not concede that these are affirmative defenses and does not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to Plaintiffs. Lannett does not admit or acknowledge that it bears the burden of proof or burden of persuasion with respect to any such defense. Moreover, nothing stated herein is intended or shall be construed as an acknowledgement that any particular issue or subject matter necessarily is relevant to Plaintiffs' allegations.

Lannett also reserves all affirmative defenses under Federal Rule of Civil Procedure 8(c) and any other defenses, at law or in equity, that may now exist or in the future be available based on discovery (including but not limited to expert discovery) and further factual investigation in this case.

Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses in this Answer as the facts and circumstances giving rise to the Complaint become known to Lannett throughout the course of this litigation.

FIRST DEFENSE

The Complaint fails, in whole or in part, to state a claim upon which relief can be granted.

SECOND DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the Complaint fails to plead conspiracy or fraud with the particularity required under applicable law.

THIRD DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have suffered no antitrust injury and/or do not have standing.

FOURTH DEFENSE

Plaintiffs' claims are improperly joined within the meaning of Federal Rule of Civil Procedure 20 because they did not arise out of the same transaction, occurrence, or series of transactions or occurrences, and/or do not involve questions of law or fact common to all defendants.

FIFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

SIXTH DEFENSE

Without admitting the existence of any contract, combination, or conspiracy in restraint of trade, and expressly denying same, Plaintiffs' claims are barred, in whole or in part, by non-settling Defendants' right to set off any amounts paid to Plaintiffs by Defendants who have settled, or do settle, Plaintiffs' claims against them in this action.

SEVENTH DEFENSE

Plaintiffs' claims are barred because Plaintiffs have not suffered any actual injury or damage as a result of any conduct alleged as a basis of this lawsuit.

EIGHTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered injury proximately caused by any conduct on the part of Lannett.

NINTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the alleged damages, if any, are too remote or speculative to allow recovery, and because of the impossibility of ascertaining and allocating those alleged damages with reasonable certainty.

TENTH DEFENSE

Plaintiffs' claims are barred to the extent Plaintiffs failed to take all necessary, reasonable, and appropriate actions to mitigate their alleged damages, if any. Alternatively, any damages sustained by Plaintiffs, which Lannett denies, must be reduced by the amount that such damages would have been reduced had Plaintiffs (and/or the entities that assigned the claims to Plaintiff at issue in this action) exercised reasonable diligence in mitigating their damages.

ELEVENTH DEFENSE

Plaintiffs' claims are barred from pursuing all or part of such a claim by the doctrines of estoppel and laches.

TWELFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because any injury or damages the Plaintiffs may have suffered were caused solely or proximately by market conditions or the acts and omissions of others and not by any act or omission attributable to Lannett.

THIRTEENTH DEFENSE

Plaintiffs' claims are barred because the actions or practices of Lannett that are the subject of the Complaint were undertaken unilaterally for legitimate business reasons and in pursuit of Lannett's independent interests and those of its customers, and were not the result of any unlawful contract, combination or conspiracy between Lannett and any other person or entity.

FOURTEENTH DEFENSE

Plaintiffs' claims are barred to the extent any recovery would be duplicative of a recovery by other plaintiffs and in other lawsuits, subjecting Lannett to the possibility of multiple recovery which is barred by the One Satisfaction Rule.

FIFTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because none of the alleged actions taken by Lannett injured competition in any relevant market.

SIXTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because none of the alleged actions taken by Lannett harmed consumers.

SEVENTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the defense or privilege of competition.

EIGHTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by res judicata and the case law prohibiting plaintiffs from splitting claims or causes of action to the extent they are duplicative of or redundant to claims brought by plaintiffs in other actions or create confusion as to what conduct is at issue in this action.

NINETEENTH DEFENSE

Plaintiffs' claims based on conspiracy are barred, in whole or in part, because civil conspiracy is not actionable in the absence of an underlying wrongful act or tort.

TWENTIETH DEFENSE

Plaintiffs' complaint, and the cause of action allegedly contained herein, is barred, in whole or in part, because it does not present a justiciable controversy.

TWENTY-FIRST DEFENSE

Plaintiffs' claims alleging a restraint of trade are barred, in whole or in part, because none of Lannett's challenged actions or omissions substantially lessened competition within any properly defined market.

TWENTY-SECOND DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the voluntary payment doctrine, under which one cannot recover payments made with full knowledge of the facts.

TWENTY-THIRD DEFENSE

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because any claimed injury or damage has been offset by benefits plaintiffs received with respect to the challenged conduct.

TWENTY-FOURTH DEFENSE

Lannett is entitled to complete indemnity (express or implied), contribution, proportional fault, comparative fault, allocation, apportionment, and offset against parties (including severed parties, and/or those proceeding in bankruptcy) and non-parties.

TWENTY-FIFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have failed to state a claim for injunctive relief, insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the requisite showing of threatened harm or continuing harm.

TWENTY-SIXTH DEFENSE

To the extent that Plaintiffs attempt to seek equitable relief against Lannett, they are not entitled to such relief because they have an adequate remedy at law.

TWENTY-SEVENTH DEFENSE

Claims against Lannett for damages are barred, in whole or in part, by the doctrine of consent and/or ratification to the extent that Plaintiffs have received and/or paid for products manufactured, marketed, and sold by Lannett after the filing of Plaintiffs' original complaint.

TWENTY-EIGHTH DEFENSE

Plaintiffs' claims are barred to the extent the remedies sought are unconstitutional, contrary to public policy, go beyond applicable statutory ceilings on recoverable damages, and/or are otherwise unauthorized.

TWENTY-NINTH DEFENSE

Plaintiffs fail to allege facts or causes of action against Lannett sufficient to support a claim for attorneys' fees, treble damages, and/or legal fees.

THIRTIETH DEFENSE

To the extent that any actionable conduct occurred, Plaintiffs' claims are barred because all such conduct would have been committed by individuals acting *ultra vires*.

THIRTY-FIRST DEFENSE

Any and all of the injuries or damages suffered by Plaintiffs resulted solely from conduct and/or conditions for which Lannett is not responsible and for which it cannot be held liable. Plaintiffs' claims are barred, in whole or in part, because the harm alleged was proximately caused by the negligence, gross negligence, or intentional and malicious acts of intervening third parties not under the control of Lannett.

THIRTY-SECOND DEFENSE

Plaintiffs' claims are barred because the relief sought is broader than what is necessary to remedy the alleged harm.

THIRTY-THIRD DEFENSE

Certain Plaintiffs' claims are barred in whole or in part by *Illinois Brick Co. v. Illinois*, 431 U.S. 720 (1977) and related cases because they did not purchase drugs at issue directly from Lannett or any other Defendant.

THIRTY-FOURTH DEFENSE

Plaintiffs' claims are barred to the extent they would result in Lannett paying damage awards or penalties that would violate rights guaranteed to Lannett by state law and by the United States Constitution, including rights guaranteed under the Excessive Fines Clause of the Eighth Amendment and the Due Process Clause of the Fourteenth Amendment.

THIRTY-FIFTH DEFENSE

Plaintiffs' claims are barred to the extent they seek to hold Lannett jointly and severally liable for damages caused by alleged individual conspiracies in which Lannett is not alleged to have participated and which involve drug products that Lannett did not sell during the alleged conspiracy period, if ever.

THIRTY-SIXTH DEFENSE

Plaintiffs' claims are barred because Plaintiffs have not suffered any actual damages as a result of the alleged conduct because any overcharges incurred by Plaintiffs were passed on to their customers. Plaintiffs increased the prices of the drug at issue to its customers in an amount equal to or greater than the alleged overcharges. Accordingly, Plaintiffs have not sustained any injury or damage and are not entitled to recover any damages from Lannett.

THIRTY-SEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Lannett's actions were privileged, justified, and/or excused.

THIRTY-EIGHTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, due to a lack of causation, including without limitation, with respect to conduct attributable and/or allegedly attributable to Lannett, the lack of the but-for cause or the proximate cause of any losses or damages that Plaintiffs seeks to recover in this action.

THIRTY-NINTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Lannett is not liable for the acts and/or omissions of any other defendant, entity, or individual.

FORTIETH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs would be unjustly enriched if they were permitted to obtain recovery in this action.

FORTY-FIRST DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs cannot establish that Defendants engaged in wrongful conduct that had a direct, substantial, and reasonably foreseeable effect on interstate commerce in the United States, including in this District.

INCORPORATION BY REFERENCE

To the extent applicable, Lannett hereby adopts and incorporates by reference any and all other defenses asserted or to be asserted by any other defendant in this action and any other statutory defenses available to them. Lannett also reserves the right to raise any additional defenses, counterclaims, cross-claims, and third-party claims not asserted herein of which it becomes aware at any subsequent stage of this action.

**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 38, DEFENDANT LANNETT DEMANDS A TRIAL BY JURY ON ALL CLAIMS SO TRIABLE**

Dated: March 2, 2026

Respectfully submitted,

*/s/ Julia Chapman*

George G. Gordon
Julia Chapman
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: (215) 994-2060
Fax: (215) 655-2240
george.gordon@dechert.com
julia.chapman@dechert.com

D. Brett Kohlhofer
Christie Burton
DECHERT LLP
1900 K Street NW
Washington, D.C.
Tel: (202) 261-3300
Fax: (202) 261-3333
d.brett.kohlhofer@dechert.com
christie.burton@dechert.com

*Attorneys for Defendant Lannett Company, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Julia Chapman*

Julia Chapman
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: (215) 994-2060
Fax: (215) 655-2240
julia.chapman@dechert.com