**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| **THIS DOCUMENT RELATES TO:**<br><br>***The Kroger Co. v. Actavis Holdco, et al.*** | **HON. CYNTHIA M. RUFE**<br><br>**Civil Action No. 18-284** |

**PRETRIAL ORDER NO. 330**
**(FIRST AMENDED PRETRIAL SCHEDULE FOR THE *KROGER* BELLWETHER CASE)**

**AND NOW**, this 2nd day of March 2026, it is hereby **ORDERED**:

1. The schedule of proceedings for the *Kroger* Bellwether is herein **AMENDED**, in the chart below, to include deadlines for *Daubert* motions and subsequent briefing.

2. The scope of the *Kroger* Bellwether remains as specified in Pretrial Order No. 326 [MDL Doc. No. 3997; 18-cv-284, Doc. No. 444].

| **DATE** | **DESCRIPTION** |
|---|---|
| March 2, 2026 | Defendants to Answer Complaint (without prejudice to any outstanding motions to dismiss) |
| June 5, 2026 | Plaintiffs' Expert Reports due |
| July 31, 2026 | Defendants' Expert Reports due |
| August 28, 2026 | Plaintiffs' Experts' Rebuttal Reports due |
| October 30, 2026 | Completion of Depositions for all experts |
| January 29, 2027 | Summary Judgment (and *Daubert*) Motions due |
| February 26, 2027 | Responses to Summary Judgment (and *Daubert*) Motions due |
| March 19, 2027 | Replies in Support of Summary Judgment (and *Daubert*) Motions due |
| April 6, 2027 | Oral argument on Summary Judgment (and certain *Daubert*) motions |
| April 30, 2027 | Deadline to move for limited discovery on authenticity and admissibility<br><br>Exchange initial deposition designations and exhibit lists |

| | |
|---|---|
| | Exchange initial witness lists with witnesses the parties "will call" or "may call" and whether parties will seek to present any witnesses by remote testimony or video deposition |
| May 7, 2027 | Deadline to oppose limited discovery on authenticity and admissibility<br><br>Exchange drafts of jury instructions and verdict forms<br><br>Exchange drafts of stipulations of undisputed facts |
| May 14, 2027 | Exchange objections to initial exhibit and witness lists and deposition designations and counter-designations |
| May 21, 2027 | Exchange objections to jury instructions and jury forms<br><br>Exchange topics for motions in limine |
| June 2, 2027 | Second exchange of exhibit lists and objections<br><br>Exchange drafts of jury questionnaire and voir dire<br><br>Resolve any disputes about page limits and format for motions in limine, and submit to the Court a joint stipulation or competing proposed Orders<br><br>Exchange drafts of pretrial memoranda to ensure consistent templates and formatting<br><br>Second exchange of stipulations of undisputed facts |
| June 9, 2027 | Exchange objections to deposition designations and counter-designations<br><br>Second exchange of jury instructions and verdict forms with further edits<br><br>Exchange further refined witness lists, identifying witnesses the party "will call" or "may call" and whether parties will seek to present any witnesses by remote testimony or video deposition |
| June 16, 2027 | Completion of all limited evidentiary pretrial discovery on authenticity and admissibility to be complete absent a showing of good cause<br><br>Exchange second drafts of jury questionnaire and voir dire<br><br>Filing motions in limine (parties may raise new motion in limine issues not previously discloses for good cause) |
| June 23, 2027 | Exchange objections to counter-counter deposition designations<br><br>Exchange FRE 1006 exhibits |

| | |
|---|---|
| July 2, 2027 | Final submission of exhibit lists (except FRE 1006 exhibits) with unresolved objections<br><br>Final submission of joint and contested questions for jury questionnaires & voir dire<br><br>Final submission of pretrial memos<br><br>Final submission of stipulation of undisputed facts |
| July 9, 2027 | Exchange objections to FRE 1006 exhibits<br><br>File oppositions to motions in limine |
| July 16, 2027 | Final submission of deposition designations with unresolved objections<br><br>Final submission of FRE 1006 exhibits with unresolved objections<br><br>Final submission of witness lists with unresolved objections |
| July 21, 2027 | Final pretrial conference |
| July 26-30, 2027 | Jury selection |
| August 2, 2027 | Exchange opening statement demonstratives 24 hours in advance of trial |
| August 3, 2027 | Trial begins |

It is so **ORDERED**.

**BY THE COURT**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**